UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

```
                        )
                        )
GOOGLE INC              )
            Plaintiff(s)  )
                        )        C 03-05340 JF
    -v-                 )
                        ) ORDER SETTING INITIAL CASE MANAGEMENT
AMERICAN BLIND          ) CONFERENCE
            Defendant(s) )
_____)
```

    IT IS HEREBY ORDERED that this action is assigned to the
Honorable Jeremy Fogel.  When serving the complaint or
notice of removal, the plaintiff or removing defendant must
serve on all other parties a copy of this order, the handbook
entitled "Dispute Resolution Procedures in the Northern District
of California" and all other documents specified in Civil Local Rule 4-2.
Counsel must comply with the case schedule listed below unless the
Court otherwise orders.

    IT IS FURTHER ORDERED that this action is assigned to the
Alternative Dispute Resolution (ADR) Multi-Option Program governed
by ADR Local Rule 3.  Counsel and clients must familiarize themselves
with that rule and with the handbook entitled "Dispute Resolution
Procedures in the Northern District of California."

                CASE SCHEDULE  [ADR MULTI-OPTION PROGRAM]

| Date | Event | Governing Rule |
|------|-------|----------------|
| 11/26/2003 | Complaint filed | |
| 03/08/2004 | Last day to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan | FRCivP 26(f) & ADR LR 3-5 |
| 03/08/2004 | Last day to file Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference | Civil L.R. 16-8 |
| 03/22/2004 | Last day to complete initial disclosures or state objection in Rule 26(f) Report, file/serve Case Management Statement, and file/serve Rule 26(f) Report | FRCivP 26(a)(1) Civil L.R.16-9 |
| 03/29/2004 | Case Management Conference in 3 at 10:30 AM | Civil L.R. 16-10 |