KEKER & VAN NEST, LLP
MICHAEL H. PAGE - #154913
MARK A. LEMLEY - #155830
RAVIND S. GREWAL - # 220543
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff
GOOGLE INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., and DOES 1-100, inclusive,<br><br>　　　　　　　　Defendants. | Case No. C 03-5340 JF (EAI)<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

The parties, through their counsel, hereby agree and stipulate as follows:

- WHEREAS on December 5, 2003, plaintiffs served the Complaint and Summons in this action upon American Blind and Wallpaper Factory, Inc.;

- IT IS HEREBY AGREED AND STIPULATED TO BY AND AMONG THE PARTIES THAT: the time for American Blind and Wallpaper Factory, Inc. to answer or otherwise respond to the complaint shall be extended thirty days, to on or before January 28, 2004.

323958.01

1
STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. Case No. C 03-5340 JF (EAI)

| | |
|---|---|
| Dated: December 23, 2003 | KEKER & VAN NEST, LLP |
| | |
| | By: /s/ MICHAEL H. PAGE<br>MICHAEL H. PAGE<br>Attorneys for Plaintiff<br>GOOGLE INC. |
| | |
| Dated: December 23, 2003 | KELLEY DRYE & WARREN LLP |
| | |
| | By: /s/ MICHAEL H. PAGE by authority<br>SUSAN GREENSPON<br>Attorneys for Defendant<br>AMERICAN BLIND & WALLPAPER<br>FACTORY, INC. |

IT IS SO ORDERED.

_____
Hon. Jeremy Fogel
United States District Judge