1
2
3
4
5
6

1    The Motion of American Blind & Wallpaper Factory, Inc. to dismiss the Complaint of
2 Plaintiff Google, Inc. came on for hearing on March 29, 2004, at 9:00 a.m., Courtroom 3, the
3 Honorable Jeremy Fogel presiding.
4    After considering the papers in support of and in opposition to the motion and the
5 arguments of counsel, the Court hereby finds that Google, Inc.'s Complaint was an improper
6 declaratory judgment action and was an anticipatory filing, and that American Blind's lawsuit
7 pending in the Southern District of New York will more fully and finally resolve the issues
8 presented in this case.  As a result, Defendant American Blind & Wallpaper Factory, Inc.'s
9 motion to dismiss is GRANTED without leave to amend.
10    IT IS SO ORDERED.

Date: _____          _____
                                      United States District Court Judge