1
2
3
4
5
6

## DECLARATION OF DAVID A. RAMMELT

I, David A. Rammelt, declare as follows:

1. I am an attorney at the law firm of Kelley Drye & Warren, LLP, counsel for American Blind & Wallpaper Factory, Inc. in the above-captioned litigation. I am a member in good standing of the State Bar of Illinois. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Permanent Injunction Order entered by the Hon. Gerald E. Rosen of the United States District Court for the Eastern District of Michigan on March 16, 2001 in the case captioned *Decoratetoday.com, Inc. v American Blind & Accessory Co.*, Case No. 01-CV-70804-DT.

3. Attached hereto as Exhibit 2 is a true and correct copy of a Google search "results" page on the term "American Blind and Wallpaper Factory."

4. Attached hereto as Exhibit 3 is a true and correct copy of a Google search "results" page on the term "american blinds," dated January 26, 2004.

5. Attached hereto as Exhibit 4 is a true and correct copy of a Google search "results" page on the term "americanblinds.com," dated January 26, 2004.

6. Attached hereto as Exhibit 5 is a true and correct copy of an e-mail from Glenn Manishin to Kulpreet Rana and Alexander MacGillivray, dated November 12, 2003.

7. Attached hereto as Exhibit 6 is a true and correct copy of a complaint filed in the United States District Court for the Southern District of New York on January 27, 2004, captioned *American Blind and Wallpaper Factory, Inc. v. Google, Inc. et al.*

8. Attached hereto as Exhibit 7 is a true and correct copy of a Netscape search "results" page on the term "american blinds," dated January 28, 2004.

9. Attached hereto as Exhibit 8 is a true and correct copy of a Netscape search "results" page on the term "America online," dated January 27, 2004.

Executed on January 28, 2004, at Chicago, Illinois.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

/s/ David A. Rammelt
David A. Rammelt

**ATTESTATION OF CONCURRENCE OF FILING**

I hereby attest that David A. Rammelt has concurred in the filing of this document.

/s/ Robert N. Phillips
Robert N. Phillips