# Google

Advanced Search · Preferences · Language Tools · Search Tips

[American Blind and Wallpaper Facto]  [Google Search]

The **AND** operator is unnecessary -- we include all search terms by default. [details]

**Web** · Images · Groups · Directory · News

Searched the web for **American Blind and Wallpaper Factory**.    Results **1** - **10** of about **49,900**. Search took **0.13**

**AmericanBlind & Wallpaper**                                         Sponsored
www.decoratetoday.com    25% - 85% Off plus Free Shipping  Blinds, wallcoverings, rugs & more    Link

Category:    Shopping > Home and Garden > Walls > Wallpaper

**American Blinds and Wallpaper**                               Sponsored Links
Description: Offering **wallpaper**, curtains, framed art, lighting, paint, **blinds and**
shutters, area rugs **and** home accents.                        Blinds, shades & shutters
Category: Shopping > Home and Garden > Decor and Design         Custom made **factory** direct blinds.
www.decoratetoday.com/ - Similar pages                          Low price great selection & service
                                                                www.theblindfactory.com
                                                                Interest: ▬▬▬▬

Home Special Offers•• Save Time & Money at BizRate.com          See your message here...
... Here is a list of 2 offers that match your search for **American Blind**
and **Wallpaper Factory**. ... **American Blind** and **Wallpaper Factory**. ...
bizrate.lycos.com/marketplace/merchandising/ savings_center__mid--18982,rf--wgg.html - 35k - Cached - Similar pages

**American Blind** and **Wallpaper Factory** Store Ratings•• See ...
BizRate.com -- Read **American Blind** and **Wallpaper Factory** store ratings,
compare prices and check store ratings before you buy. Search ...
bizrate.lycos.com/ ratings_guide/cust_reviews__mid--18982,rf--wgg.html - 46k - Cached - Similar pages

[ More results from bizrate.lycos.com ]

**American Blind** and **Wallpaper** coupon and coupon codes - Coupons for ...
... **American Blind** and **Wallpaper Factory** offers solutions for all of your
home decor needs. Shop for **wallpaper** and fabric, **blinds** and ...
www.couponmountain.com/American_Blind_and_Wallpaper/ American_Blind_and_Wallpaper_coupon_19f.html -
94k - Cached - Similar pages

Google Asks Judge to Lay Down Trademark Law
... asked a US district court to rule on whether some of the keywords it sells to advertisers
infringe on the trademarks of **American Blind** and **Wallpaper Factory**. ...
www.internetnews.com/IAR/article.php/_3285971 - 52k - Cached - Similar pages

PCWorld.com - Google Goes to Court
... District of California November 26, asked the court to rule that it was not violating
the trademarks of **American Blind** and **Wallpaper Factory** by selling keyword ...
www.pcworld.com/news/article/0,aid,113787,00.asp - Similar pages

www.abwf.com/
Similar pages

Mercury News | 12/06/2003 | Google seeks court's backing of online ...
... Google is trying to fend off a lawsuit from a Michigan company called **American Blind**
& **Wallpaper Factory**, which claims Google is infringing on its trademark by ...
www.siliconvalley.com/mld/siliconvalley/ business/columnists/gmsv/7429539.htm - 37k - Cached - Similar pages

backgroundboutique.com - background **wallpaper**
... **American Blind** and **Wallpaper Factory**/Decoratetoday Decoratetoday.com offers first    **EXHIBIT 2**
quality name brand **blinds** and **wallpaper**, plus top quality rugs, home accents ...
www.backgroundboutique.com/background/ background-wallpaper.html - 53k - Cached - Similar pages

Wallcoverings, **Blinds**, **Wallpaper**, Bedding, and Window Coverings ...
... You've seen **American Blinds** and **Wallpaper**, decoratetoday.com on TV, now explore **American Blind** and **Wallpaper Factory** site to see their home decorating online ...
rubyglen.com/s/h4.htm - 48k - Cached - Similar pages

# Goooooooooogle ▶

Result Page:    **1** 2 3 4 5 6 7 8 9 10    **Next**

[American Blind and Wallpaper Facto]  [Google Search]  Search within results

Dissatisfied with your search results? Help us improve.

Get the Google Toolbar: [Google - ▼ | Search Web ▼ | 🐾 | PageRank | 6 blocked | Auto]

Google Home - Advertise with Us - Business Solutions - Services & Tools - Jobs, Press, & Help

©2004 Google