Google Inc. v. American Blind & Wallpaper Factory, Inc.　　　　　　　　　　　　　　　　　　　　　　Doc. 6 Att. 3
Google Search: american blinds　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1 of 2
Case 5:03-cv-05340-JF　　Document 6-4　　Filed 01/28/2004　　Page 1 of 2



Advanced Search　　Preferences　　Language Tools　　Search Tips

[american blinds]　　[Google Search]

· Web · Images · Groups · Directory · News ·

Searched the web for **american blinds**.　　　Results **1** - **10** of about **308,000**. Search took **0.08** seconds.

**Quality Blinds Low Prices**　　　　　　　　　　　　　　　　　　　　　　　　　　　Sponsored Link
www.justblinds.com　　Featured on HGTV's Design on a Dime　We sell below many retailer's cost!

**Blinds**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Sponsored Link
www.ezblinds.com　　Free Shipping - Low Price Guarantee　HunterDouglas, Bali, Levelor & more

Category:　Shopping > Home and Garden > Windows > Window Coverings > Blinds

**American Blinds and Wallpaper**　　　　　　　　　　　　　　　　　　Sponsored Links
Description: Offering wallpaper, curtains, framed art, lighting, paint, **blinds** and
shutters, area rugs and home accents.
Category: Shopping > Home and Garden > Decor and Design　　　　**Blinds.com**
www.decoratetoday.com/ - Similar pages　　　　　　　　　　　　Get prices much lower than Lowes
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　and other home improvement stores.
**www.abwf.com/**　　　　　　　　　　　　　　　　　　　　　　　　　Blinds.com
Similar pages　　　　　　　　　　　　　　　　　　　　　　　　　　Interest: ▬▬▬

**Wallcoverings, Blinds, Wallpaper, Bedding, and Window**　　**All blinds up to 85% off**
**Coverings ...**　　　　　　　　　　　　　　　　　　　　　　　　　All 1st quality name brand **blinds**
... You've seen **American Blinds** and Wallpaper, decoratetoday.com on TV,　**American** Blind Factory Free UPS
now explore　　　　　　　　　　　　　　　　　　　　　　　　　　www.americanblindfactory.com
**American Blind** and Wallpaper Factory site to see their home decorating　Interest: ▬▬▬
online ...
rubyglen.com/s/h4.htm - 48k - Cached - Similar pages　　　　**Discount Blinds & Shades**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Over 100,000 Satisfied Customers
**American Blinds** and Wallpaper Coupon, **American Blinds**　　Free Shipping and Free Samples
**and ...**　　　　　　　　　　　　　　　　　　　　　　　　　　　　www.selectblinds.com
**American Blinds** and Wallpaper Coupon, **American Blinds** and Wallpaper　Interest: ▬▬▬
Coupons, **American**
**Blinds** and Wallpaper Coupon Code, **American Blinds** and Wallpaper　**Major Brand Blinds**
Promotion ...　　　　　　　　　　　　　　　　　　　　　　　　　Absolutely Mindboggling Prices!
www.jumpondeals.com/ coupons/american_blinds_and_wallpaper - 18k -　First Quality **Blinds** Up to 85% off
Cached - Similar pages　　　　　　　　　　　　　　　　　　　　www.stardecorating.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Interest: ▬▬▬
**Target : American Blinds, Wallpaper & More**
Target : **American Blinds**, Wallpaper & More, More Categories. ... keyword or　**www.eDirectBlinds.com**
item #. SHOP **AMERICAN BLINDS**, WALLPAPER & MORE, ...　　**Blinds**, Arches, Shutters and Shades
www.target.com/gp/browse.html?node=3944011 - 34k - Cached - Similar　Free Blind and Arch Samples
pages　　　　　　　　　　　　　　　　　　　　　　　　　　　　　www.eDirectBlinds.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Interest: ▬▬▬
**Decorate Today coupons: coupons, coupon codes, bargains, and**
**sales ...**　　　　　　　　　　　　　　　　　　　　　　　　　　　**Blinds**
... Click here to find out why! ~~~~ DECORATE TODAY (**American Blind** and　Expert Advice & Professional Work!
Wallpaper　　　　　　　　　　　　　　　　　　　　　　　　　　　Trust Home Depot At-Home Services
Factory) Free UPS Shipping! Save up to 25% - 85% off most retail store　www.homedepot.com
prices! ...　　　　　　　　　　　　　　　　　　　　　　　　　　　Interest: ▬▬▬
www.clevermoms.com/Decorate_Today_coupons.htm - 101k - Cached -
Similar pages　　　　　　　　　　　　　　　　　　　　　　　　　**Great Values On Blinds**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Excellent Selections & Low Prices
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Free Shipping & Fast Deliveries
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　www.netshutters.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Interest: ▬▬▬

**American Blind and Wallpaper coupon and coupon codes - Coupons for ...**
Online coupon savings at **American Blind** and Wallpaper. ... Home Page > Home & Garden
> **American Blind** and Wallpaper. InkTruck Save 10% off all ink purchases. ...
www.couponmountain.com/American_Blind_and_Wallpaper/
American_Blind_and_Wallpaper_coupon_19f.html - 94k - Cached - Similar pages

**Hunter Douglas Shades**
Visit your local dealer's website
- free Silhouette Ultraglide video.
www.hdwfg.com
Interest: ▬▬▬▬

See your message here...

**American Blind and Wallpaper coupon and coupon codes - Coupons for ...**
Online coupon savings at **American Blind** and Wallpaper. ... Home Page > **American Blind** and Wallpaper. InkTruck Save 15% off Ink orders over $100. ...
www.couponmountain.com/American_Blind_and_Wallpaper/
American_Blind_and_Wallpaper_couponf.html - 94k - Cached - Similar pages
[ More results from www.couponmountain.com ]

**American Blind and Wallpaper Factory Store Ratings•• See ...**
BizRate.com -- Read **American Blind** and Wallpaper Factory store ratings,
compare prices and check store ratings before you buy. Search ...
bizrate.lycos.com/ ratings_guide/cust_reviews__mid--18982,rf--wgg.html - 46k - Cached - Similar pages

**TeaLeaf : News : Press Releases : Press Release**
PRESS RELEASE **AMERICAN BLINDS**, WALLPAPER & MORE DEPLOYS TeaLeaf TECHNOLOGY. ...
www.tealeaf.com/news/press_releases/2003/1027.asp - 31k - Cached - Similar pages



Result Page:     1 2 3 4 5 6 7 8 9 10     **Next**

[american blinds]  [Google Search]  Search within results

Dissatisfied with your search results? Help us improve.

Google Home - Advertise with Us - Business Solutions - Services & Tools - Jobs, Press, & Help

©2004 Google