Google Inc. v. American Blind & Wallpaper Factory, Inc. Doc. 6 Att. 4
Google Search: "americanblinds.+com" Page 1 of 2
Case 5:03-cv-05340-JF Document 6-5 Filed 01/28/2004 Page 1 of 2

# Google™

Advanced Search · Preferences · Language Tools · Search Tips

`"americanblinds.+com"` [Google Search]

Web · Images · Groups · Directory · News

Searched the web for **"americanblinds.+com"**.   Results **1 - 10** of about **13**. Search took **0.14** seconds.

**Blinds** — Sponsored Link
www.ezblinds.com   Free Shipping - Low Price Guarantee HunterDouglas, Bali, Levelor & more

**Quality Blinds Low Prices** — Sponsored Link
www.justblinds.com   Featured on HGTV's Design on a Dime  We sell below many retailer's cost!

Did you mean: "***american blinds***.+com"

**WindowTreatments at AmericanBlind.com**
American Blind and Wallpaper Factory. Find the Best Blinds and Wallpaper Sales at AmericanBlindwallpaper.com. Home decorateing products! ...
outletstores.tripod.com/department-outlet-stores/ id20.html - 24k - Cached - Similar pages

> **Department Online-OutletStores.com**
> ... Listed outlet sites. NorthernTools.com SurefitSlipcovers.com **AmericanBlinds**.com
> Walmartoutlet SearsOutlet SpiegalOutlet PineMeadowGolf ChaptersIndigo.com ...
> outletstores.tripod.com/ - 21k - Cached - Similar pages
> [ More results from outletstores.tripod.com ]

**AmericanBlinds.com Coupons, Rebates and Coupon Codes**
... Home/Living. Jewelry. Kitchen. Office Supplies. Perfume. Pets. Shoes. Sports.
Sunglasses. Ties. Toys. Travel. Watches. **AmericanBlinds**.com Coupons & Cash Back
Rebate %. ...
www.rebateshare.com/merchants/258.asp - 25k - Cached - Similar pages

> **Home and Living Accessories - Cash Back Rebates & Coupons**
> Rebates, Coupons and Coupon Codes, Earn a 1.5% Rebate at Overstock.com. ...
> www.rebateshare.com/categories/home_living.asp - 101k - Cached - Similar pages
> [ More results from www.rebateshare.com ]

**AmericanBlinds.com**
TopRated Discount OnlineStores. **AmericanBlinds.com**. 100% Satisfaction Guarantee. Save up to 82% off first quality name wallcovering. ...
shopfor.tripod.com/onlinestores/id22.html - 16k - Cached - Similar pages

> **AmericanBlinds.com**
> ... **AmericanBlinds**.com. Save up to 82% off first quality name wallcovering. SHOP
> for a varity of wallcovering. BlindsandShutters. CurtainsandDraperies. ...

**Sponsored Links**

**Blinds.com**
Get prices much lower than Lowes and other home improvement stores.
Blinds.com
Interest: ====

**All blinds up to 85% off**
All 1st quality name brand blinds
American Blind Factory Free UPS
www.americanblindfactory.com
Interest: ====

**Blinds & Shades 87% off**
Wide selection of blinds and shades
Free Shipping and Free Samples
www.selectblinds.com
Interest: ====

**Major Brand Blinds**
Absolutely Mindboggling Prices!
First Quality Blinds Up to 85% off
www.stardecorating.com
Interest: ====

**www.eDirectBlinds.com**
Blinds, Arches, Shutters and Shades
Free Blind and Arch Samples
www.eDirectBlinds.com
Interest: ====

**Blinds at JCPenney**
Shop our great selection of custom & ready-made blinds for your home.
www.JCPenney.com
Interest: ====

**Blinds, Shutter & Shades**
Wide selection & sizes to choose
Custom made, Great price, Free ship
usblinds.net
Interest: ====

http://www.google.com/search?hl=en&lr=&ie=UTF-8&oe=UTF-8&client=lgtech-kb&q=...   1/26/2004

EXHIBIT 4


Dockets.Justia.com

shopfor.tripod.com/storeoutlets/id22.html - 24k - Supplemental Result - Cached - Similar pages
[ More results from shopfor.tripod.com ]

### Discount WallpaperBoarders at AmericanBlinds.com
Discount WallpaperBoarders at **AmericanBlinds.com**. Blind Search Engine. Wallpaper
Search Engine. American Blind and Wallpaper Factory. 100% Satisfaction Guarantee. ...
discount-windowblind.tripod.com/ - 16k - Supplemental Result - Cached - Similar pages

### American Blinds, Wallpaper and More - Special offers for ...
americanblinds discounts, american blinds discounts, **americanblinds**.com
online coupons. Shop American Blinds.com at Coupon Beach.com. ...
www.couponbeach.com/american_blinds.asp - Similar pages

### Amazon.com: Baby: 6-piece Crib Set - New Rainbow Fish
www.amazon.com/exec/obidos/tg/ detail/-/B000058DIN?v=glance - Similar pages

### Discount Codes - Online Coupon Codes - Promotional Offers - A and ...
... American Blind and Wallpaper Factory (**americanblinds**.com, decoratetoday.com).
Free Shipping within the 48 contiguous United States. ...
www.shoppersresource.com/onlinecouponcodes_A.htm - 46k - Cached - Similar pages

**Blinds, Shades & Shutters**
Free Samples & Design Advice
Free "How to" Measure Guide
www.SouthEastWholesale.com
Interest: ▬▬▬

See your message here...

*In order to show you the most relevant results, we have omitted some entries very similar to the 10 already displayed.
If you like, you can repeat the search with the omitted results included.*

Did you mean to search for: "**american blinds**.+com"

"americanblinds.+com"    [Google Search]    Search within results

Dissatisfied with your search results? Help us improve.

Google Home - Advertise with Us - Business Solutions - Services & Tools - Jobs, Press, & Help

©2004 Google