-----Original Message-----
**From:** Manishin, Glenn
**Sent:** Wednesday, November 12, 2003 1:38 PM
**To:** Kulpreet Rana (kulpreet@google.com); Alexander MacGillivray (amac@google.com)
**Subject:** FW: American Blind and Wallpaper Factory, Inc.

Kulpreet, Alex:

This is the situation referenced in my voicemails to Kulpreet. The failure to take down the search ad listings sold to third-parties for American Blind's registered trademarks seems to directly contradict Google's posted Trademark Complaint Procedures (http://www.google.com/tm_complaint.html). Our client is quite upset about the matter, which has been at issue for more than a year without progress, and has asked us to prepare a Vuitton-type lawsuit if the matter cannot be resolved. I of course would like to avoid that; we value Google as a client and very much hope we can continue to represent you on other matters in the future.

Please call me to discuss.

Thanks much.

Glenn

**EXHIBIT 5**