Google Inc. v. American Blind & Wallpaper Factory, Inc.                                       Doc. 6 Att. 7
Netscape Search: Results for "american blinds"                                                  Page 1 of 2
Case 5:03-cv-05340-JF    Document 6-8    Filed 01/28/2004    Page 1 of 2



**Netscape** Search | american blinds | Go    enhanced by Google

New! Search the Web for images of '**american blinds**'

**Sponsored Links** About This

- **Quality Blinds Low Prices**
  Featured on HGTV's Design on a Dime We sell below many retailer's cost!
  http://www.justblinds.com

- **Blinds**
  Free Shipping - Low Price Guarantee HunterDouglas, Bali, Levelor & more
  http://www.ezblinds.com

- **All blinds up to 85% off**
  All 1st quality name brand **blinds American** Blind Factory Free UPS
  http://www.americanblindfactory.com

- **Blinds.com**
  Get prices much lower than Lowes and other home improvement stores.
  http://Blinds.com

**Matching Sites** About This

Pag

1. http://www.decoratetoday.com/
   Offering wallpaper, curtains, framed art, lighting, paint, **blinds** and shutters, area rugs and home accents.
   http://www.decoratetoday.com/

2. http://www.abwf.com/
   http://www.abwf.com/

3. Wallcoverings, Blinds, Wallpaper, Bedding, and Window Coverings ...
   ... You've seen **American Blinds** and Wallpaper, decoratetoday.com on TV, now explore **American Blind** and Wallpap
   see their home decorating online ...
   http://rubyglen.com/s/h4.htm

4. American Blinds and Wallpaper Coupon, American Blinds and ...
   **American Blinds** and Wallpaper Coupon, **American Blinds** and Wallpaper Coupons, **American Blinds** and Wallpape
   **American Blinds** and Wallpaper Promotion ...
   http://www.jumpondeals.com/coupons/american_blinds_and_wallpaper

5. Target : **American Blinds**, Wallpaper & More
   Target : **American Blinds**, Wallpaper & More, More Categories. ... keyword or item #. SHOP **AMERICAN BLINDS**, WA
   MORE, ...
   http://www.target.com/gp/browse.html?node=3944011

6. Decorate Today coupons: coupons, coupon codes, bargains, and sales ...
   ... Click here to find out why! ~~~~ DECORATE TODAY (**American Blind** and Wallpaper Factory) Free UPS Shipping!
   85% off most retail store prices! ...
   http://www.clevermoms.com/Decorate_Today_coupons.htm

7. American Blind and Wallpaper coupon and coupon codes - Coupons for ...
   Online coupon savings at **American Blind** and Wallpaper. ... Home Page > Home & Garden > **American Blind** and W
   Save 10% off all ink purchases. ...
   http://www.couponmountain.com/American_Blind_and_Wallpaper/American_Blind_and_Wallpaper_coupon_19f.html

8. American Blind and Wallpaper coupon and coupon codes - Coupons for ...
   Online coupon savings at **American Blind** and Wallpaper. ... Home Page > **American Blind** and Wallpaper. InkTruck
   orders over $100. ...

**EXHIBIT 7**

Dockets.Justia.com

http://www.couponmountain.com/American_Blind_and_Wallpaper/American_Blind_and_Wallpaper_couponf.html

9. American Blind and Wallpaper Factory Store Ratings•• See ...
   BizRate.com -- Read American Blind and Wallpaper Factory store ratings, compare prices and check store ratings bef Search ...
   http://bizrate.lycos.com/ratings_guide/cust_reviews__mid--18982,rf--wgg.html

10. TeaLeaf : News : Press Releases : Press Release
    PRESS RELEASE AMERICAN BLINDS, WALLPAPER & MORE DEPLOYS TeaLeaf TECHNOLOGY. ...
    http://www.tealeaf.com/news/press_releases/2003/1027.asp

More Sponsored Links About This

- Major Brand Blinds
  Absolutely Mindboggling Prices! First Quality Blinds Up to 85% off
  http://www.stardecorating.com

- Discount Blinds & Shades
  Over 100,000 Satisfied Customers Free Shipping and Free Samples
  http://www.selectblinds.com

- www.eDirectBlinds.com
  Blinds, Arches, Shutters and Shades Free Blind and Arch Samples
  http://www.eDirectBlinds.com

- Blinds
  Expert Advice & Professional Work! Trust Home Depot At-Home Services
  http://www.homedepot.com

Narrow Your Search

- Shopping > Recreation > Outdoors > Hunting > Blinds
- Regional > North America > United States > Oklahoma > Business and Economy
- Regional > North America > Canada > Recreation and Sports > Outdoors
- Business > Construction and Maintenance > Materials and Supplies > Doors and Windows > Window Treatments
- Shopping > Home and Garden > Decor and Design

american blinds    [Go]    enhanced by Google

New! Search the Web for images of 'american blinds'



Help | Terms of Service | Privacy Policy | Download Netscape 7.1
About Netscape Network | Copyright © 2004 Netscape Communications Corp. All rights reserved.