Google Inc. v. American Blind & Wallpaper Factory, Inc.     Doc. 6 Att. 8

Netscape Search: Results for "america online"    Case 5:03-cv-05340-JF    Document 6-9    Filed 01/28/2004    Page 1 of 2    Page 1 of 2

**Netscape® network**    **Search**    [america online]    [Go]    enhanced by Google

New! Search the Web for images of 'america online'

**Matching Sites** About This

Page: 1 2 3 next

1. **AOL**
   The official AOL Web site.
   http://www.aol.com/

2. **Download AOL 9.0**
   Find the newest, hottest features on the Internet, *only* on AOL 9.0.
   http://free.aol.com/tryaolfree/cdt.adp?139331

3. **Welcome to AOL.com**
   NOTE: Many features of this site require Javascript and cookies. You can enable both via your browser's preferences settings. ...
   http://www.aol.com/

4. **America Online, Inc.**
   ... the Ninth Annual AOL Moviegoer Awards(tm) January 21, 2004 **America Online** Political Survey Indicates John Kerry Is More Electable Than Dean, Edwards January 19 ...
   http://www.corp.aol.com/

5. **BaseballAmerica.com**
   ... 2004 Preseason College All-**America** Team Selected in association with major league scouting directors. ... Copyright **America**. All rights reserved. ...
   http://www.baseballamerica.com/today/

6. **SoccerAmerica.com: US Soccer News**
   Welcome to Soccer **America**.com, ... **America's** No. 1 Soccer Magazine. ...
   http://www.socceramerica.com/

7. **AOL Watch**
   A diagram of what it's like trying to send e-mail to AOL.... Internet AOL Click on the face for "AOL Watch".
   http://www.aolsucks.org/

8. **BSA Image Collection**
   Botanical Society of **America Online** Image Collection. - educational images for instructional use. ...
   http://images.botany.org/

9. **http://search.aol.com/**
   http://search.aol.com/

10. **Welcome to AOL.com**
    http://www.blue.aol.com/

Pag

**Narrow Your Search**

- Society > Ethnicity > Latin American > Hispanic-American > Online Communities
- Society > Ethnicity > African > African-American > Online Communities
- Shopping > Food > Ethnic and Regional > North American
- Games > Gambling > Sports > Online > American Football
- Computers > Internet > Access Providers > International > AOL

[america online]    [Go]    enhanced by Google

New! Search the Web for images of 'america online'

Help | Terms of Service | Privacy Policy | Download Netscape 7.1
About Netscape Network | Copyright © 2004 Netscape Communications Corp. All rights reserved.

