1
2
3
4
5
6

1  TO PLAINTIFF AND ITS COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that on April 5, 2004, at 9:00 a.m., in Courtroom 3 of the
3  above-captioned court, Defendant American Blind and Wallpaper Factory, Inc. will and hereby
4  does move to dismiss, or alternatively, to stay, Plaintiff Google's Complaint because it is an
5  improper anticipatory filing and because the declaratory relief sought by Google is inappropriate.

6  The motion will be based on this Re-Notice of Motion, the Memorandum of Points and
7  Authorities previously filed by Defendant American Blind and Wallpaper Factory, Inc. on
8  January 28, 2004, the pleadings and papers on file in this action, the arguments of counsel, and
9  upon such other evidence as may be presented at the hearing on this matter.

10  Dated: January 30, 2004                     HOWREY SIMON ARNOLD & WHITE, LLP

12                                               By:   /s/ Robert N. Phillips
                                                       ROBERT N. PHILLIPS

14                                                     David A. Rammelt
                                                       Susan J. Greenspon
                                                       Christopher T. Sheean
15                                                     Dawn M. Beery
                                                       KELLEY DRYE & WARREN LLP
16                                                     333 West Wacker Drive
                                                       Suite 2600
17                                                     Chicago, Illinois 60606

18                                                     Attorneys for Defendant
                                                       AMERICAN BLIND AND WALLPAPER
19                                                     FACTORY, INC.