1

2

3

4

5

6

Dockets.Justia.com

1   The case management conference hearing is currently scheduled for March 29, 2004 at

2   10:30 a.m.  The hearing on defendant American Blind & Wallpaper Factory Inc.'s motion to

3   dismiss or, alternatively, to stay this action is scheduled for April 5, 2004 at 9:00 a.m.

4       The parties hereby stipulate by and between their respective counsel of record that, in the

5   interests of efficiency and judicial economy, the case management conference hearing date and

6   associated Rule 26 deadlines be vacated and re-noticed by the Court, to the extent necessary,

7

8   following the Court 's ruling on the pending motion.

9   Dated:  March 12, 2004                    HOWREY SIMON ARNOLD & WHITE, LLP

10

11

12                                          By:    /s/ Robert N. Phillips
                                                  ROBERT N. PHILLIPS

13                                              Ethan B. Andelman
                                                  HOWREY SIMON ARNOLD & WHITE
14                                              LLP
                                                  525 Market Street
15                                              Suite 3600
                                                  San Francisco, CA  94105
16
                                                  Attorneys for Defendant
17                                              AMERICAN BLIND AND WALLPAPER
                                                  FACTORY, INC.
18

19  Dated:  March 12, 2004                    KEKER & VAN NEST LLP

20

21                                          By:    /s/ Michael H. Page
                                                  MICHAEL H. PAGE
22
                                                  Ravind Singh Frewal, Esq.
23                                              Mark A. Lemley, Esq.
                                                  KEKER & VAN NEST LLP
24                                              710 Sansome Street
                                                  San Francisco, CA  94111-1704
25

26

27

28

C 03-5340
                    STIPULATION AND [PROPOSED] ORDER RE CASE
                    MANAGEMENT CONFERENCE

1

## ATTESTATION OF CONCURRENCE OF FILING

2        I, Robert N. Phillips, under penalty of perjury of the laws of the United States of America,

3  attest that concurrence in the filing of this document has been obtained from each of the other

4  signatories to this document.

5

6                                         /s/ Robert N. Phillips

                                            Robert N. Phillips

7

8  IT IS SO ORDERED.

9

10  Dated:_____

11                                    Hon. Jeremy Fogel

                                    United States District Court Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28