**EXHIBIT B**

**From:** Rose Hagan [hagan@google.com]
**Sent:** Thursday, September 26, 2002 9:41 AM
**To:** bills@decoratetoday.com
**Cc:** Lbalkovich@Google.Com
**Subject:** Keywords

Dear Bill:

This follows our telephone conversation today. As we discussed, Google would be able to prevent others from using as keywords your trademarks "American Blind and Wallpaper Factory," "American Blind Factory" and "DecorateToday." However, we could not prevent people from using the descriptive terms American blind, American wallpaper, or other formatives. In addition, due to Google's broad matching algorithm, ads with the keyword "blind" or "wallpaper" may appear when someone runs a search for "American Blind and Wallpaper Factory."

I hope this is helpful. Please let us know if you have questions.

Sincerely,

Rose A. Hagan
Senior Trademark Counsel
Google
2400 Bayshore Pkwy
Mountain View, CA  94043
Phone:  650-330-0100 ext. 1560
Fax:  650-618-1806
Email:  hagan@google.com

1