**EXHIBIT E**

Dockets.Justia.com

**Outgoing Message**  [Actions ▼]

From: "AdWords Support" <adwords-support@google.com>
To: joe.charno@decoratetoday.com
Date: Wed, 27 Aug 2003 22:20:54 -0700
Local: Wed, Aug 27 2003 10:20 pm
Duration: 3:01 minutes
Subject: [#3566164] Google AdWords Trademark Complaint

Hello Joe,

Thank you for notifying us of a possible improper use of your trademark in certain Google AdWords ads. As stated in our Terms and Conditions, advertisers are responsible for the keywords and ad text that they choose to use. As a courtesy to trademark owners, however, we do investigate such matters.

When we receive a complaint from a trademark owner, we first determine what ads appear when the trademarked term is entered as a search query on Google. We review the content of those ads to ensure that they are not misleading or improperly using the trademark as a keyword trigger. If they are, we disable those keywords from the ad campaign. We believe this represents a fair balance of each party's interests.

In this instance, we searched with your trademark, 'American Blind Factory' and determined that the ad in question does use your trademark as a keyword trigger. Rather, this ad appears when 'Blind Factory' is entered as a search query. This ad is not using your trademarked term as a keyword trigger; but using 'Blind Factory' as a keyword trigger.

We believe it is appropriate for this ad to be triggered if the non-trademarked term 'Blind Factory' is entered as part of a search query. Accordingly, we will take no further action.

We do, however, review the content of such ads to ensure that they do not mislead others into believing they correspond to the trademark owner's company. After all, it is not our intention to display misleading ads. In this particular case, we have not found that to be an issue.

Please feel free to email us at adwords-support@google.com if you have additional questions or concerns.

Sincerely,
The Google AdWords Team