1   Robert N. Phillips (SBN 120970)
      Ethan B. Andelman (SBN 209101)
2   HOWREY SIMON ARNOLD & WHITE, LLP
      525 Market Street, Suite 3600
3   San Francisco, CA 94105
      T: (415) 848-4900
4   F: (415) 848-4999

5   David A. Rammelt (Admitted *Pro Hac Vice*)
      Susan J. Greenspon (Admitted *Pro Hac Vice*)
6   Christopher T. Sheean
      Dawn M. Beery
7   KELLEY DRYE & WARREN LLP
      333 West Wacker Drive
8   Suite 2600
      Chicago, IL 60606
9   T: (312) 857-7070
      F: (312) 857-7095

Attorneys for Defendant
AMERICAN BLIND AND WALLPAPER
FACTORY, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., and DOES 1-100, INCLUSIVE,<br><br>            Defendant. | CASE NO. C 03-5340 JF<br><br>**STIPULATION AND ORDER RE CASE MANAGEMENT CONFERENCE** |

C 03-5340 JF
STIPULATION AND [PROPOSED] ORDER RE CASE
MANAGEMENT CONFERENCE

The case management conference hearing is currently scheduled for March 29, 2004 at 10:30 a.m.  The hearing on defendant American Blind & Wallpaper Factory Inc.'s motion to dismiss or, alternatively, to stay this action is scheduled for April 5, 2004 at 9:00 a.m.

The parties hereby stipulate by and between their respective counsel of record that, in the interests of efficiency and judicial economy, the case management conference hearing date and associated Rule 26 deadlines be vacated and re-noticed by the Court, to the extent necessary, following the Court 's ruling on the pending motion.

Dated:  March 12, 2004                              HOWREY SIMON ARNOLD & WHITE, LLP


                                                    By:    /s/ Robert N. Phillips
                                                           ROBERT N. PHILLIPS

                                                           Ethan B. Andelman
                                                           HOWREY SIMON ARNOLD & WHITE LLP
                                                           525 Market Street
                                                           Suite 3600
                                                           San Francisco, CA  94105

                                                           Attorneys for Defendant
                                                           AMERICAN BLIND AND WALLPAPER FACTORY, INC.

Dated:  March 12, 2004                              KEKER & VAN NEST LLP


                                                    By:    /s/ Michael H. Page
                                                           MICHAEL H. PAGE

                                                           Ravind Singh Frewal, Esq.
                                                           Mark A. Lemley, Esq.
                                                           KEKER & VAN NEST LLP
                                                           710 Sansome Street
                                                           San Francisco, CA  94111-1704

**ATTESTATION OF CONCURRENCE OF FILING**

I, Robert N. Phillips, under penalty of perjury of the laws of the United States of America, attest that concurrence in the filing of this document has been obtained from each of the other signatories to this document.

/s/ Robert N. Phillips
Robert N. Phillips

The Case Management Conference is continued until 4/19/04 at 10:30 A.M.

IT IS SO ORDERED.

Dated: 3/18/04

/s/electronic signature authorized
Hon. Jeremy Fogel
United States District Court Judge