**Bill Smith**

**From:** Britton Mauchline [britton@google.com]
**Sent:** Friday, January 03, 2003 2:52 PM
**To:** Bill Smith
**Subject:** RE: USA Wallpaper

Hi Bill-

I've sent an email to our trademark group to have USA Wallpaper taken off those words. I'll let you know as soon as it's been processed.

Thanks!

Britton Mauchline
Client Services Specialist

Google

401 N. Michigan Ave. #1200
Chicago, IL 60611
britton@google.com
312.840.8261 - p
312.840.8289 - f

> -----Original Message-----
> **From:** Bill Smith [mailto:Bill.Smith@decoratetoday.com]
> **Sent:** Friday, January 03, 2003 8:07 AM
> **To:** Britton Mauchline (britton@google.com)
> **Subject:** USA Wallpaper
>
> Britton,
>
> Can we block USA Wallpaper on our branded keywords? They were recently blocked from our words on Overture.
>
> Thanks,
>
> Bill
>
> Bill Smith
> Ecommerce Advisor
> American Blind and Wallpaper Factory
> www.decoratetoday.com
> 909 N. Sheldon
> Plymouth, MI 48170
> P: 734-254-1135
> bills@decoratetoday.com

EXHIBIT A