**Bill Smith**

| | |
|---|---|
| **From:** | Britton Mauchline [britton@google.com] |
| **Sent:** | Wednesday, November 20, 2002 9:09 AM |
| **To:** | Bill Smith |
| **Cc:** | Jeff Edwards; Kimberli Heard |
| **Subject:** | RE: Trademark Letter |

Hi Bill-

As your letter states, you have trademarks in place for AMERICAN BLIND & WALLPAPER
FACTORY, AMERICAN BLIND FACTORY and DECORATE TODAY. I'll follow-up with you
on my findings of advertisers that are bidding on your trademarked words. I'm unable to
block any advertisers on AMERICAN WALLPAPER FACTORY until we have a record of that
being a trademark for you as well. Please do forward that on to me if you do in fact hold that
trademark.

I'll be in touch soon with my findings. Thanks so much!


Britton Mauchline
Client Services Specialist
**Google**
401 N. Michigan Ave. #1200
Chicago, IL 60611
britton@google.com
312.840.8261 - p
312.840.8289 - f

> -----Original Message-----
> **From:** Bill Smith [mailto:Bill.Smith@decoratetoday.com]
> **Sent:** Monday, November 18, 2002 1:29 PM
> **To:** Britton Mauchline (E-mail)
> **Subject:** Trademark Letter
>
> Bill Smith
> Ecommerce Advisor
> American Blind and Wallpaper Factory
> www.decoratetoday.com
> 909 N. Sheldon
> Plymouth, MI 48170
> P: 734-254-1135
> bills@decoratetoday.com

EXHIBIT C

2/25/2004

Dockets.Justia.com