**Google AdWords Keyword Suggestions**     Close window

Get ideas for new keywords that can help you improve your ad relevance. If you're running your ads on broad-matched keywords, you may also find additional terms that may trigger your ads.

(Please note that we can't guarantee these keywords will improve your campaign performance. We also reserve the right to disapprove any new keywords you add. For more details, please review our Terms and Conditions.)

Enter **one** keyword or phrase per line:    Suggestions are tailored to language and country:



All Languages / English / Chinese (simplified) / Chinese (traditional) / Danish

All Countries / United States / United Kingdom / Canada / Germany

Show matching queries and suggestions

**More Specific Keywords**

These are popular queries that include your keyword. If you're showing your ads on broad-matched keywords, these queries may trigger your ads. To increase your clickthrough rate, you should consider replacing your general keywords with any relevant, more specific suggestions you see here. You should also identify any irrelevant terms and add them as negative matches (otherwise your ads will show for terms that don't pertain to your business).

- american blinds
- american blinds and wallpaper
- american wallpaper and blinds
- american blinds wallpaper
- american blinds & wallpaper
- american wallpaper & blinds
- american wallpaper blinds
- american wall paper and blinds
- american blinds and wallpaper factory
- american blinds and wall paper
- american windows and blinds
- american blinds com
- american window blinds
- american blinds wallpaper & more
- american window and blinds

**Similar Keywords**

**Expanded Broad Matches**
No expanded matches were found at this time.

**Here are additional keywords to consider:**
Add any relevant suggestions you see here to your keyword list or combine them with your current keywords to refine your targeting. (Please note that these terms aren't expanded broad matches-your ads won't automatically show for these terms.)

- american blind
- www americanblind com
- american blind wallpaper
- american wallpaper and blind company
- americanblind com
- americanblind
- american wall paper
- american blind and wallpaper co
- americanblinds
- americanblindandwallpaperfactory
- america blind
- america blinds
- american blind and wallpaper com
- america blind and wallpaper
- american blind and wall paper
- americanwallpaper

CH01/RAMMD/169428.1       **EXHIBIT D**

Dockets.Justia.com

- american blinds and windows
- american blinds and draperies
- american blinds company
- american blinds wallpaper and more
- american blinds and wallpaper company
- all american blinds
- american blinds and wallcoverings
- american mini blinds
- american blinds factory
- american blinds and wallpapers
- american blinds and shades
- american brand blinds
- american blinds and wallcovering
- american blinds & draperies
- american blinds and drapes
- american home blinds
- american wall and blinds
- american blinds and drapery
- american blinds and wallpaper com
- american standard blinds

- www americanblinds com
- americanblinds com
- blinds america
- blind america
- blinds
- mariak
- hunter douglas
- gotcha covered
- shades
- illumin8
- levolor
- levelor
- powerise
- shutters
- exterior
- duolite
- window blinds
- window coverings
- roman
- blind ambition
- shads
- eddie z's
- harrison drape
- blindsgalore
- shuters
- blinders
- colorel
- galore
- blind factory
- solarfective
- united shade
- room darkening
- roman shades
- hunter douglass
- grandwood
- comfortex
- envirowood
- eddie z
- shading
- bali
- winshades
- woven woods
- countrywoods
- duette
- grayber
- clubblinds
- vertical
- vertiglide
- graber
- hunterdouglas
- slat

- roll down
- venetian
- country woods
- wallcovering
- levelour
- budgetblinds
- windowshades
- nanik
- silentgliss
- no brainer
- everwoods
- windows blinds
- ready made
- ezblinds
- rollease
- windowfashions
- pleated
- nobrainer
- luminette
- 3day
- woodblinds
- rollershades
- decomatic
- levlor
- ambria
- 3 day
- blindz
- woodmates
- horizontal
- sunshades
- nextday
- nysan
- american blind and wallpaper
- louver
- baliblinds
- lightlines
- verticals
- shudders
- builders edge
- shadings
- blines
- cooleroo
- shademonster
- levelors
- levellor
- american blind & wallpaper
- 3 day blind
- crystalpleat
- motorized
- miniblinds
- three day

- mechoshade
- sunflex
- levalour
- smith & noble
- literise
- shutter
- levoler
- verosol
- blind
- nextdayblinds
- kresta
- next day
- bllinds
- plantation
- levolour
- usblinds
- miniblind
- lewis hyman
- nobrainerblinds
- hunterdouglass
- blindswholesale
- roll up
- eddiez
- levolar
- jencraft
- smith noble
- easyrise
- eclectics
- justblinds
- double bull
- powerrise
- rollershade
- vimco
- slats
- sivoia
- window
- insolroll
- levilor
- nuwood
- window treatments
- luminettes
- roman shade
- duettes
- skylight
- polywood
- windowcoverings
- mecho