# UNITED STATES DISTRICT COURT
### Judge Jeremy Fogel, Presiding
Courtroom No. 3 - 5th Floor

## Civil Minute Order

Court Proceedings: **Law and Motion Hearing, Mon, Apr 5, 2004 @ 9:00 AM**

Case Number: **CV-03-5340-JF/EAI**

Courtroom Deputy Clerk Diana Munz (408) 535-5166
Courtroom Reporter Peter Torreano (408) 999-0623

Page 1

| **TITLE:** | **GOOGLE V. AMERICAN BLIND &WALLPAPER** |
|---|---|
| **PLAINTIFF(S)**<br>Google Inc. | **DEFENDANT(S)**<br>American Blind & Wallpaper Factory |
| **Attorneys Present:** Michael Page | **Attorneys Present:** David Rammelt<br>Robert Phillips |

**PROCEEDINGS:**

Hearing on Motion to Dismiss or Stay held. Parties present.

Motion to Dismiss or Stay is taken under submission.

**Note:** The United States District Court is now on the Worldwide Web. Current court calendars, procedural questions and directions to the court can be found on our web site: **www.cand.uscourts.gov**