1  KEKER & VAN NEST, LLP
   MICHAEL H. PAGE - #154913
2  MARK A. LEMLEY - #155830
   RAVIND S. GREWAL - #220543
3  710 Sansome Street
   San Francisco, CA 94111-1704
4  Telephone: (415) 391-5400
   Facsimile: (415) 397-7188
5
   Attorneys for Plaintiff
6  GOOGLE INC.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | GOOGLE INC., a Delaware corporation,          Case No. C 03-5340-JF (EAI)
12 |                              Plaintiff,       **CERTIFICATION OF INTERESTED PARTIES**
13 |        v.
14 | AMERICAN BLIND & WALLPAPER
   | FACTORY, INC., a Delaware corporation
15 | d/b/a decoratetoday.com, Inc.; and DOES 1-
   | 100, inclusive,
16 |
   |                              Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

330003.01

CERTIFICATION OF INTERESTED PARTIES
CASE NO. C 03-5340-JF (EAI)

1   Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2   associations of person, firms, partnerships, corporations (including parent corporations) or other
3   entities (i) have a financial interest in the subject matter in controversy or in a party to the
4   proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5   substantially affected by the outcome of this proceeding:  Kleiner, Perkins, Caulfield & Byers
6   and Sequoia Capital (and various affiliated entities of Kleiner, Perkins, Caulfield & Byers and
7   Sequoia Capital).

8   Pursuant to Fed. R. Civ. P. 7.1(a), the undersigned further states that no parent or
9   publicly-held corporation owns 10% or more of Google Inc.'s stock.

10  Dated:  April 8, 2004                                         KEKER & VAN NEST, LLP

By:    /s/ Ravind S. Grewal
RAVIND S. GREWAL
Attorneys for Plaintiff
GOOGLE INC.

---

1
CERTIFICATION OF INTERESTED PARTIES
CASE NO. C 03-5340-JF (EAI)

330003.01