# UNITED STATES DISTRICT COURT
### Judge Jeremy Fogel, Presiding
Courtroom No. 3 - 5th Floor

## Civil Minute Order

Court Proceedings: **Case Management Conference, Mon, Apr 19, 2004 @ 10:30 AM**

Case Number: **CV-03-5340-JF/EAI**

Courtroom Deputy Clerk Diana Munz (408) 535-5166
Courtroom Reporter Not reported (408) 999-0623

Page 1

**TITLE:**     **GOOGLE V. AMERICAN BLIND &WALLPAPER**

| PLAINTIFF(S) | DEFENDANT(S) |
|---|---|
| Google Inc. | American Blind & Wallpaper Factory |

**Attorneys Present:** Michael Page     **Attorneys Present:** David Rammelt
    Robert Phillips

**PROCEEDINGS:**

Case Management conference held. Parties present.

Continued to 6/14/04 at 10:30 a.m. for further case management conference.

**Note:** The United States District Court is now on the Worldwide Web. Current court calendars, procedural questions and directions to the court can be found on our web site: **www.cand.uscourts.gov**