AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

GOOGLE INC., a Delware corporation,

        Plaintiff,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C 03-5340 JF

V.

AMERICAN BLIND & WALLPAPER FACTORY, INC., et al.

SEE ATTACHED CAPTION PAGE
TO:

Ask Jeeves, Inc.
5858 Horton Street
Suite 350
Emeryville, CA 94608

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (COUNTER)

David A. Rammelt
Susan J. Greenspon
Dawn M. Beery
KELLEY DRYE & WARREN LLP
333 West Wacker Drive, Suite 2600
Chicago, IL 60606
Telephone: (312) 857-7070; Facsimile: (312) 857-7095

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING
CLERK

MAY 0 4 2004
DATE

DIANE MIYASHIRO
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE May 7, 2004 |
| Name of SERVER (PRINT) Paula Orr | TITLE Legal Assistant to David A. Rammelt |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: ....................................................
................................................................................................

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and .....
discretion then residing therein.
   Name of person with whom the summons and complaint were left

☐ Returned unexecuted:

☒ xx  Other *(specify)*:  Service was accepted on behalf of Third-Party Defendants Ask Jeeves, Inc. and Earthlink, Inc. by Michael H. Page, Esq., Keker & Van Nest, 710 Sansome Street, San Francisco, California

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  May 7, 2004
             Date

Signature of Server

Kelley Drye & Warren LLP

Address of Server
333 West Wacker Drive
26th Floor
Chicago, Illinois  60606

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| | |
|---|---|
| 1 | Robert N. Phillips (SBN 120970) |
| | Ethan B. Andelman (SBN 209101) |
| 2 | HOWREY SIMON ARNOLD & WHITE |
| | 525 Market Street, Suite 3600 |
| 3 | San Francisco, CA 94105 |
| | T: (415) 848-4900 |
| 4 | F: (415) 848-4999 |
| 5 | David A. Rammelt (Admitted *Pro Hac Vice*) |
| | Susan J. Greenspon (Admitted *Pro Hac Vice*) |
| 6 | Dawn M. Beery |
| | KELLEY DRYE & WARREN LLP |
| 7 | 333 West Wacker Drive, Suite 2600 |
| | Chicago, IL 60606 |
| 8 | T: (312) 857-7070 |
| | F: (312) 857-7095 |
| 9 | |
| 10 | Attorneys for Defendant/Counter-Plaintiff |
| | AMERICAN BLIND AND WALLPAPER |
| | FACTORY, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 14 | | |
| 15 | GOOGLE INC., a Delaware corporation, | CASE NO. C 03-5340 JF |
| 16 | Plaintiff, | |
| 17 | v. | |
| 18 | AMERICAN BLIND & WALLPAPER FACTORY, INC., a | |
| 19 | Delaware corporation d/b/a decoratetoday.com, Inc., and DOES | |
| 20 | 1-100, INCLUSIVE, | |
| 21 | Defendant. | |
| 22 | | |
| 23 | AMERICAN BLIND & WALLPAPER FACTORY, INC., a | |
| 24 | Delaware corporation d/b/a decoratetoday.com, Inc., | |
| 25 | Counter-Plaintiff, | |
| 26 | v. | |
| 27 | GOOGLE, INC., AMERICA ONLINE, INC., NETSCAPE | |
| 28 | COMMUNICATIONS | |

| | |
|---|---|
| 1<br>2<br>3<br>4 | CORPORATION, COMPUSERVE INTERACTIVE SERVICES, INC., ASK JEEVES, INC., and EARTHLINK, INC.<br><br>Counter-Defendants/<br>Third-Party Defendants. |