1  KEKER & VAN NEST, LLP
   MICHAEL H. PAGE - #154913
2  MARK A. LEMLEY - #155830
   RAVIND S. GREWAL - #220543
3  710 Sansome Street
   San Francisco, CA  94111-1704
4  Telephone:  (415) 391-5400
   Facsimile:  (415) 397-7188
5
   Attorneys for Plaintiff and Counterdefendant
6  GOOGLE INC. and Third-Party Defendants
   ASK JEEVES, INC. and EARTHLINK, INC.
7

8                          UNITED STATES DISTRICT COURT
9
                          NORTHERN DISTRICT OF CALIFORNIA
10

11
   | | |
   |---|---|
   | GOOGLE INC., a Delaware corporation, | Case No. C 03-5340-JF (EAI) |
   | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COUNTERCLAIMS AND THIRD-PARTY CLAIMS** |
   | v. | |
   | AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.; and DOES 1-100, inclusive, | |
   | Defendants. | |
   | AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., | |
   | Counterclaimant, | |
   | v. | |
   | GOOGLE, INC., AMERICA ONLINE, INC., NETSCAPE COMMUNICATIONS CORPORATION, COMPUSERVE INTERACTIVE SERVICES, INC., ASK JEEVES, INC., and EARTHLINK, INC., | |
   | Counter-Defendants/ Third-Party Defendants. | |

332145.01

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND
TO COUNTERCLAIMS AND THIRD-PARTY CLAIMS
CASE NO. C 03-5340-JF (EAI)

Dockets.Justia.com

The parties, through their counsel, hereby agree and stipulate as follows:

- WHEREAS on May 4, 2004, defendant American Blind & Wallpaper Factory, Inc. ("American Blind") filed its Answer, Affirmative Defenses, Counterclaims and Third-Party Claims;

- WHEREAS Google Inc. and all of the third-party defendants have been served with American Blind's Answer, Affirmative Defenses, Counterclaims and Third-Party Claims, and deem service to be effective;

- IT IS HEREBY AGREED AND STIPULATED TO BY AND AMONG THE PARTIES THAT: the time for Google Inc., America Online, Inc., Netscape Communications Corporation, CompuServe Interactive Services, Inc., Ask Jeeves, Inc. and Earthlink, Inc. to answer or otherwise respond to defendant's counterclaims and third-party claims shall be extended thirty days, to on or before June 23, 2004.

Dated: May 21, 2004                              KEKER & VAN NEST, LLP

                                                 By:  _____/s/ Michael H. Page_____
                                                 MICHAEL H. PAGE
                                                 Attorneys for Plaintiff and
                                                 Counterdefendant Google, Inc. and
                                                 Third-Party Defendants Ask Jeeves, Inc.
                                                 and Earthlink, Inc.

Dated: May 21, 2004                              TAYLOR & COMPANY
                                                 LAW OFFICES, INC.

                                                 By:  _____/s/ Stephen E. Taylor_____
                                                 STEPHEN E. TAYLOR
                                                 Attorneys for Third-Party Defendants
                                                 America Online, Inc., Netscape
                                                 Communications Corporation and
                                                 CompuServe Interactive Services, Inc.

1
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND
TO COUNTERCLAIMS AND THIRD-PARTY CLAIMS
CASE NO. C 03-5340-JF (EAI)

332145.01

| | |
|---|---|
| Dated: May 21, 2004 | HOWREY SIMON ARNOLD & WHITE |

By: _____/s/ Robert N. Phillips_____
ROBERT N. PHILLIPS

David A. Rammelt
Susan J. Greenspon
Dawn M. Beery
KELLEY DRYE & WARREN LLP
333 West Wacker Drive, Suite 2600
Chicago, Illinois 60606

Attorneys for Defendant/Counterclaimant
American Blind and Wallpaper Factory, Inc.

IT IS SO ORDERED.

_____
HON. JEREMY FOGEL
Judge of the United States District Court

2
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND
TO COUNTERCLAIMS AND THIRD-PARTY CLAIMS
CASE NO. C 03-5340-JF (EAI)

332145.01