AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

GOOGLE INC., a Delware corporation,

    Plaintiff,

V.

AMERICAN BLIND & WALLPAPER FACTORY, INC., et al.

SEE ATTACHED CAPTION PAGE
TO:

Netscape Communications Corporation
501 E. Middlefield Road
Mountain View, CA 94043

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C 03-5340 JF

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S COUNTER- ATTORNEY

David A. Rammelt
Susan J. Greenspon
Dawn M. Beery
KELLEY DRYE & WARREN LLP
333 West Wacker Drive, Suite 2600
Chicago, IL 60606
Telephone: (312) 857-7070; Facsimile: (312) 857-7095

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING
CLERK

MAY 0 4 2004
DATE

(BY) DEPUTY CLERK

| | |
|---|---|
| 1 | Robert N. Phillips (SBN 120970) |
| 2 | Ethan B. Andelman (SBN 209101)<br>HOWREY SIMON ARNOLD & WHITE |
| 3 | 525 Market Street, Suite 3600<br>San Francisco, CA 94105 |
| 4 | T: (415) 848-4900<br>F: (415) 848-4999 |
| 5 | David A. Rammelt (Admitted *Pro Hac Vice*) |
| 6 | Susan J. Greenspon (Admitted *Pro Hac Vice*)<br>Dawn M. Beery |
| 7 | KELLEY DRYE & WARREN LLP<br>333 West Wacker Drive, Suite 2600 |
| 8 | Chicago, IL 60606<br>T: (312) 857-7070 |
| 9 | F: (312) 857-7095 |
| 10 | Attorneys for Defendant/Counter-Plaintiff<br>AMERICAN BLIND AND WALLPAPER |
| 11 | FACTORY, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., and DOES 1-100, INCLUSIVE,<br><br>    Defendant. | CASE NO. C 03-5340 JF |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.,<br><br>    Counter-Plaintiff,<br><br>v.<br><br>GOOGLE, INC., AMERICA ONLINE, INC., NETSCAPE COMMUNICATIONS | |

1 | CORPORATION, COMPUSERVE
INTERACTIVE SERVICES, INC.,
2 | ASK JEEVES, INC., and
EARTHLINK, INC.
3
   Counter-Defendants/
4   Third-Party Defendants.

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval and Process Service Company

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
-------------------------------------------------X
GOOGLE INC. a Delaware corporation,

        Plaintiff,

-against-                                    AFFIDAVIT OF SERVICE
                                                                                        C 03-5340 JF

AMERICAN BLIND & WALLPAPER
FACTORY, INC., et al.,

        Defendant(s).
-------------------------------------------------X
STATE OF NEW YORK    )
                S.S.:
COUNTY OF ALBANY    )

        DEBORAH WINN, being duly sworn, deposes and says that she is over the age of eighteen years, is an employee of the attorney service, D.L.S., Inc., and is not a party to this action.

        That on the 14TH day of May, 2004, at approximately the time of 11:55A.M., deponent served a true copy of the SUMMONS IN A CIVIL CASE AND DEFENDANT'S ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS upon NETSCAPE COMMUNICATIONS CORPORATION, c/o Registered Agent, Corporation Service Company, 80 State Street, Sixth Floor, Albany, New York, by personally delivering and leaving the same with NIKKI CHAPPLE who informed deponent that she holds the position of SERVICE OF PROCESS REPRESENTATIVE with that company and is authorized by appointment to receive service at that address.

        NIKKI CHAPPLE is a black female, approximately 35 years of age, stands approximately 5 feet 7 inches tall, weighs approximately 175 pounds with black hair and wears glasses.

_[signature]_
DEBORAH WINN
Sworn to before me this
17TH day of May, 2004

_[signature]_
NOTARY PUBLIC

Frank J. Panucci
Notary Public-State of NY
Qualified in Albany Co.
No. 4721156
Comm. Expires July 31, 2006

D.L.S., Inc.
100 State Street
Ste 220
Albany, NY 12207
518-449-8411
www.dlsny.com