<div style="writing-mode: vertical">UNITED STATES DISTRICT COURT<br/>For the Northern District of California</div>

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

GOOGLE INC.

       Plaintiff,

  v.

AMERICAN BLIND & WALLPAPER FACTORY

       Defendant,

Case Number: **CV-03-5340-JF/EAI**

**Further Case Management Conference**

**Monday, June 21, 2004**

**CLERK'S NOTICE**

To all parties and attorneys of record in the above named matter:

The Case Management Conference set for June 14, 2004 has been rescheduled for Monday, June 21, 2004 at 10:30 A.M. Please report at that time to Courtroom 3 on the 5th floor of the United States Courthouse at 280 South First Street in San Jose, California. A joint Case Management Statement should be on file no later than June 7, 2004.

  5/25/04

Date

For the Court
Richard W. Wieking, Clerk

By:   /s/electronic signature authorized

Diana Munz
Courtroom Deputy Clerk

**Note:** The United States District Court is now on the Worldwide Web. Current court calendars, procedural questions, and directions to the court can be found on our web site: