KEKER & VAN NEST, LLP
MICHAEL H. PAGE - #154913
MARK A. LEMLEY - #155830
RAVIND S. GREWAL - #220543
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Plaintiff and Counterdefendant
GOOGLE INC. and Third-Party Defendants
ASK JEEVES, INC. and EARTHLINK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation,<br><br>                                              Plaintiff,<br><br>        v.<br><br>AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.; and DOES 1-100, inclusive,<br><br>                                              Defendants. | Case No. C 03-5340-JF (EAI)<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COUNTERCLAIMS AND THIRD-PARTY CLAIMS** |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.,<br><br>                                              Counterclaimant,<br><br>        v.<br><br>GOOGLE, INC., AMERICA ONLINE, INC., NETSCAPE COMMUNICATIONS CORPORATION, COMPUSERVE INTERACTIVE SERVICES, INC., ASK JEEVES, INC., and EARTHLINK, INC.,<br><br>                                     Counter-Defendants/<br>                                     Third-Party Defendants. | |

332145.01

Dockets.Justia.com

The parties, through their counsel, hereby agree and stipulate as follows:

• WHEREAS on May 4, 2004, defendant American Blind & Wallpaper Factory, Inc. ("American Blind") filed its Answer, Affirmative Defenses, Counterclaims and Third-Party Claims;

• WHEREAS Google Inc. and all of the third-party defendants have been served with American Blind's Answer, Affirmative Defenses, Counterclaims and Third-Party Claims, and deem service to be effective;

• IT IS HEREBY AGREED AND STIPULATED TO BY AND AMONG THE PARTIES THAT:  the time for Google Inc., America Online, Inc., Netscape Communications Corporation, CompuServe Interactive Services, Inc., Ask Jeeves, Inc. and Earthlink, Inc. to answer or otherwise respond to defendant's counterclaims and third-party claims shall be extended thirty days, to on or before June 23, 2004.

Dated:  May 21, 2004                          KEKER & VAN NEST, LLP


                                       By: _____/s/ Michael H. Page_____
                                          MICHAEL H. PAGE
                                          Attorneys for Plaintiff and
                                          Counterdefendant Google, Inc. and
                                          Third-Party Defendants Ask Jeeves, Inc.
                                          and Earthlink, Inc.


Dated:  May 21, 2004                          TAYLOR & COMPANY
                                       LAW OFFICES, INC.


                                       By: _____/s/ Stephen E. Taylor_____
                                          STEPHEN E. TAYLOR
                                          Attorneys for Third-Party Defendants
                                          America Online, Inc., Netscape
                                          Communications Corporation and
                                          CompuServe Interactive Services, Inc.

1

332145.01

1  Dated: May 21, 2004                          HOWREY SIMON ARNOLD & WHITE

2

3                                               By: _____/s/ Robert N. Phillips_____

4                                               ROBERT N. PHILLIPS

5
                                                David A. Rammelt
6                                               Susan J. Greenspon
                                                Dawn M. Beery
7                                               KELLEY DRYE & WARREN LLP
                                                333 West Wacker Drive, Suite 2600
8                                               Chicago, Illinois 60606

9                                               Attorneys for Defendant/Counterclaimant
                                                American Blind and Wallpaper Factory,
10                                              Inc.

11

12  IT IS SO ORDERED.

13

14  5/24/04                                     _____(s/electronic-signature-authorized)_____
                                                HON. JEREMY FOGEL
15                                              Judge of the United States District Court

16

17

18

19

20

21

22

23

24

25

26

27

28

2

332145.01