1  KEKER & VAN NEST, LLP
   MICHAEL H. PAGE - #154913
2  MARK A. LEMLEY - #155830
   RAVIND S. GREWAL - #220543
3  710 Sansome Street
   San Francisco, CA  94111-1704
4  Telephone:  (415) 391-5400
   Facsimile:  (415) 397-7188

Attorneys for Plaintiff and Counterdefendant
6  GOOGLE INC. and Third-Party Defendants
   ASK JEEVES, INC. and EARTHLINK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation,<br><br>               Plaintiff,<br><br>     v.<br><br>AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.; and DOES 1-100, inclusive,<br><br>               Defendants. | Case No. C 03-5340-JF (EAI)<br><br>**STIPULATION AND ORDER SETTING HEARING ON MOTION TO DISMISS AND EXTENDING TIME FOR CASE MANAGEMENT CONFERENCE** |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.,<br><br>               Counterclaimant,<br><br>     v.<br><br>GOOGLE, INC., AMERICA ONLINE, INC., NETSCAPE COMMUNICATIONS CORPORATION, COMPUSERVE INTERACTIVE SERVICES, INC., ASK JEEVES, INC., and EARTHLINK, INC.,<br><br>               Counter-Defendants/<br>               Third-Party Defendants. | |

333286.01

STIPULATION AND ORDER
CASE NO. C 03-5340-JF (EAI)

1  The parties, through their counsel, hereby agree and stipulate as follows:

2  - WHEREAS on May 4, 2004, defendant American Blind & Wallpaper Factory,
3  Inc. ("American Blind") filed its Answer, Affirmative Defenses, Counterclaims
4  and Third-Party Claims;

5  - WHEREAS on May 21, 2004 the parties stipulated, and on May 24, 2004, the
6  Court ordered, that the time for Google Inc., America Online, Inc., Netscape
7  Communications Corporation, Compuserve Interactive Services, Inc., Ask Jeeves,
8  Inc. and Earthlink, Inc. to answer or otherwise respond to American Blind's
9  conunterclaims and third-party claims would be extended to June 23, 2004;

10 - WHEREAS the counterdefendant and third-party defendants intend to file a
11 motion to dismiss some or all of American Blind's counterclaims and third-party
12 claims on that date;

13 - WHEREAS the contemplated motion(s) to dismiss may narrow and/or clarify the
14 issues in dispute in this litigation;

15 - IT IS HEREBY AGREED AND STIPULATED TO BY AND AMONG THE
16 PARTIES THAT:

17 - The motion(s) to dismiss shall be heard on September 17, 2004 at 9:00
18 a.m.;

19 - The case management conference currently scheduled for June 21, 2004
20 shall be vacated and rescheduled for September 17, 2004, and shall be
21 conducted immediately following the hearing on the motion(s) to dismiss;

22 - The parties shall file a joint case management statement by September 3,
23 2004;

24 - No additional discovery requests may be served by any party until three
25 weeks after the Court issues a ruling on the motion(s) to dismiss;

26 - Any discovery already served in this litigation shall be deemed withdrawn
27 until three weeks after the Court issues a ruling on the motion(s) to
28 dismiss; and,

- Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) shall be due three weeks after the Court issues a ruling on the motion(s) to dismiss.

Dated: June 16, 2004                                    KEKER & VAN NEST, LLP

By: _____/s/ Ravind S. Grewal_____
RAVIND S. GREWAL
Attorneys for Plaintiff and
Counterdefendant Google, Inc. and
Third-Party Defendants Ask Jeeves, Inc.
and Earthlink, Inc.

Dated: June 16, 2004                                    TAYLOR & COMPANY
LAW OFFICES, INC.

By: _____/s/ Stephen E. Taylor_____
STEPHEN E. TAYLOR
Attorneys for Third-Party Defendants
America Online, Inc., Netscape
Communications Corporation and
CompuServe Interactive Services, Inc.

Dated: June 16, 2004                                    HOWREY SIMON ARNOLD & WHITE

By: _____/s/ Robert N. Phillips_____
ROBERT N. PHILLIPS

David A. Rammelt
Susan J. Greenspon
Dawn M. Beery
KELLEY DRYE & WARREN LLP
333 West Wacker Drive, Suite 2600
Chicago, Illinois 60606

Attorneys for Defendant/Counterclaimant
American Blind and Wallpaper Factory,
Inc.

IT IS SO ORDERED.

Dated:   6/21/04                                        /s/electronic signature authorized
HON. JEREMY FOGEL
Judge of the United States District Court