1  STEPHEN E. TAYLOR (SBN 58452)
   JAN J. KLOHONATZ (SBN 111718)
2  TAYLOR & COMPANY LAW OFFICES, INC.
   One Ferry Building, Suite 355
3  San Francisco, California 94111
   Telephone:  (415) 788-8200
4  Facsimile:  (415) 788-8208

5  Attorneys for Third-Party Defendants
   AMERICA ONLINE, INC.,
6  NETSCAPE COMMUNICATIONS
   CORPORATION, and COMPUSERVE
7  INTERACTIVE SERVICES, INC.

8

9               IN THE UNITED STATES DISTRICT COURT

10             FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

| | |
|---|---|
| 12  GOOGLE INC., a Delaware corporation, | Case No. C 03-5340 JF (EAI) |
| 13       Plaintiff, | **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION BY THIRD-PARTY DEFENDANTS AMERICA ONLINE, INC., NETSCAPE COMMUNICATIONS CORPORATION, AND COMPUSERVE INTERACTIVE SERVICES, INC. TO DISMISS THIRD-PARTY CLAIMS** |
| 14  v. | |
| 15  AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., and DOES 1-100, INCLUSIVE, | |
| 16 | |
| 17 | |
| 18       Defendants. | Date:  September 17, 2004<br>Time:  9:00 a.m.<br>Place: Courtroom 3, 5th Floor<br><br>Honorable Jeremy Fogel |
| 19  AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., | |
| 20 | |
| 21       Counter-Claimant, | |
| 22  v. | |
| 23  GOOGLE, INC., AMERICA ONLINE, INC., NETSCAPE COMMUNICATIONS CORPORATION, COMPUSERVE INTERACTIVE SERVICES, INC., ASK JEEVES, INC., and EARTHLINK, INC., | |
| 24 | |
| 25 | |
| 26       Counter-Defendants/<br>      Third-Party Defendants. | |
| 27 | |
| 28 | |

TAYLOR & CO.
LAW OFFICES, INC.

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION BY THIRD-PARTY DEFENDANTS AMERICA ONLINE, INC., NETSCAPE COMMUNICATIONS CORPORATION, AND COMPUSERVE INTERACTIVE SERVICES, INC. TO DISMISS THIRD-PARTY CLAIMS: CASE NO. C 03-5340 JF (EAI)

## I. INTRODUCTION

Defendant and counter-claimant American Blind & Wallpaper Factory, Inc. ("American Blind") has brought claims against third-party defendants America Online, Inc., Netscape Communications Corporation, and Compuserve Interactive Services, Inc. (collectively referred to herein as the "Service Providers") for the sole reason that the Service Providers utilize the web searching platform developed by plaintiff and counter-defendant Google Inc. ("Google"). The Service Providers respectfully submit that American Blind's third-party claims against them should be dismissed under Federal Rule of Civil Procedure 12(b)(6) because allegations that they simply use the Google web searching platform fail to state a claim upon which relief can be granted. The claims against the Service Providers also should be dismissed because the allegations against Google are insufficient, and to the extent the third-party claims against the Service Providers are based on those same allegations, those claims similarly cannot be sustained.

## II. ARGUMENT

The charging allegations against the Service Providers can be found in just two paragraphs of American Blind's Answer, Affirmative Defenses, Counterclaims, and Third-Party Claims ("Counterclaims") filed in this action on May 4, 2004. (Counterclaims, ¶¶ 67-68.) The Service Providers are alleged only to be using the Google web searching platform. They are not alleged to be engaging in the other business practices alleged against Google, or to have engaged in any other independent wrongdoing. These allegations do not provide a sufficient basis to state a claim against the Service Providers, and those third-party claims should be dismissed with prejudice.

To the extent American Blind seeks to hold the Service Providers liable for the manner in which the Google web searching platform works, American Blind's claims fail as a matter of law for the reasons stated in the motion to dismiss filed on behalf of Google and third-party defendants Ask Jeeves, Inc. ("Ask Jeeves") and Earthlink, Inc. ("Earthlink"). The Service Providers incorporate herein by this reference, and adopt the arguments set forth in the Motion to Dismiss Counterclaims and Third-Party Claims filed with this Court by Google, Ask Jeeves, and Earthlink on June 23, 2004. The claims against the Service Providers should be dismissed with prejudice for this reason as well.

1.

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION BY THIRD-PARTY DEFENDANTS AMERICA ONLINE, INC., NETSCAPE COMMUNICATIONS CORPORATION, AND COMPUSERVE INTERACTIVE SERVICES, INC. TO DISMISS THIRD-PARTY CLAIMS: CASE NO. C 03-5340 JF (EAI)

TAYLOR & CO.
LAW OFFICES, INC.

## III. CONCLUSION

Based on the foregoing, the Service Providers respectfully request that the claims against them be dismissed. There are no allegations that they have engaged in any independent wrongdoing. Moreover, for the reasons stated in Google's motion to dismiss, simply using the Google web searching platform fails to support a claim against Google or the Service Providers.

Dated: June 23, 2004

Respectfully submitted,

TAYLOR & COMPANY LAW OFFICES, INC.

By: /s/ Stephen E. Taylor
      Stephen E. Taylor

Attorneys for Third-Party Defendants
AMERICA ONLINE, INC., NETSCAPE
COMMUNICATIONS CORPORATION, and
COMPUSERVE INTERACTIVE SERVICES, INC.

2.

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION BY THIRD-PARTY DEFENDANTS AMERICA ONLINE, INC., NETSCAPE COMMUNICATIONS CORPORATION, AND COMPUSERVE INTERACTIVE SERVICES, INC. TO DISMISS THIRD-PARTY CLAIMS: CASE NO. C 03-5340 JF (EAI)

TAYLOR & CO.
LAW OFFICES, INC.

## PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is Taylor & Company Law Offices, Inc., One Ferry Building, Suite 355, San Francisco, California 94111.

On June 23, 2004, I served a true and correct copy of the document(s) described as: **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION BY THIRD-PARTY DEFENDANTS AMERICA ONLINE, INC., NETSCAPE COMMUNICATIONS CORPORATION, AND COMPUSERVE INTERACTIVE SERVICES, INC. TO DISMISS THIRD-PARTY CLAIMS** on the following interested parties in this action:

Mr. Michael H. Page
Mr. Mark A. Lemley
Mr. Ravind S. Grewal
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111
*Telephone: 415-391-5400*
*Facsimile: 415-397-7188*

**Counsel for Google Inc., Ask Jeeves, Inc., and Earthlink, Inc.**

Mr. Robert N. Phillips
Mr. Ethan B. Andelman
Howrey Simon Arnold & White, LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
*Telephone: 415-848-4900*
*Facsimile: 415-848-4999*

**Counsel for American Blind & Wallpaper Factory, Inc.**

Mr. David A. Rammelt
Ms. Susan J. Greenspon
Ms. Dawn M. Beery
Kelley Drye & Warren LLP
333 West Wacker Drive, Suite 2600
Chicago, IL 60606
*Telephone: 312-857-7070*
*Facsimile: 312-857-7095*

**Counsel for American Blind & Wallpaper Factory, Inc.**

3.

[ X ]  **[BY US MAIL, CCP § 1013a(3)]**  I caused the foregoing document(s) to be enclosed in a sealed envelope, with first class postage fully paid, for delivery on the individuals identified above as indicated herein.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing and know that, in the ordinary course of Taylor & Company Law Offices, Inc.'s business practice, the document(s) described above would be deposited with the United States Postal Service on that same day at San Francisco, California, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed to be invalid if the postal cancellation date, or postage meter date, is more than one day after the date of deposit for mailing set forth in this declaration.

[  ]  **[BY FACSIMILE, CCP § 1013(e)]**  I caused the foregoing document(s) to be transmitted by facsimile to the offices of the addressees indicated above at the facsimile numbers listed for each addressee served.  Upon completion of said facsimile transmission, the transmitting machine issued a transmission report showing that the transmission was complete and without error.

[  ]  **[BY OVERNIGHT DELIVERY, CCP § 1013(d)]**  I caused delivery of the document(s) listed above to be effected by overnight mail, by placing true and correct copies in separate envelopes for each addressee shown above, with the name and address of the person served shown on the envelope, and by sealing the envelope and placing it for collection.  Delivery fees were paid or provided for in accordance with the ordinary business practices of Taylor & Company Law Offices, Inc.

[  ]  **[BY PERSONAL SERVICE, CCP § 1011(a)]**  I caused the foregoing document(s) to be served by hand on the following individual(s) as indicated on the "Declaration of Personal Service" attached hereto as <u>Exhibit A</u>.  The person who delivered a true and correct copy of such document(s) to the person(s) identified below is identified in <u>Exhibit A</u> attached hereto.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.  Executed this 23rd day of June 2004, at San Francisco, California.

_____
Kellie B. Mickelson

4.

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION BY THIRD-PARTY DEFENDANTS AMERICA ONLINE, INC., NETSCAPE COMMUNICATIONS CORPORATION, AND COMPUSERVE INTERACTIVE SERVICES, INC. TO DISMISS THIRD-PARTY CLAIMS: CASE NO. C 03-5340 JF (EAI)

TAYLOR & CO.
LAW OFFICES, INC.