STEPHEN E. TAYLOR (SBN 58452)
JAN J. KLOHONATZ (SBN 111718)
TAYLOR & COMPANY LAW OFFICES, INC.
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:   (415) 788-8208

Attorneys for Third-Party Defendants
AMERICA ONLINE, INC.,
NETSCAPE COMMUNICATIONS
CORPORATION, and COMPUSERVE
INTERACTIVE SERVICES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., and DOES 1-100, INCLUSIVE,<br><br>    Defendants. | Case No. C 03-5340 JF (EAI)<br><br>**NOTICE OF MOTION AND MOTION BY THIRD-PARTY DEFENDANTS AMERICA ONLINE, INC., NETSCAPE COMMUNICATIONS CORPORATION, AND COMPUSERVE INTERACTIVE SERVICES, INC. TO DISMISS THIRD-PARTY CLAIMS**<br><br>Date:    September 17, 2004<br>Time:   9:00 a.m.<br>Place:  Courtroom 3, 5th Floor<br><br>Honorable Jeremy Fogel |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.,<br><br>    Counter-Claimant,<br><br>v.<br><br>GOOGLE, INC., AMERICA ONLINE, INC., NETSCAPE COMMUNICATIONS CORPORATION, COMPUSERVE INTERACTIVE SERVICES, INC., ASK JEEVES, INC., and EARTHLINK, INC.,<br><br>    Counter-Defendants/<br>    Third-Party Defendants. | |

TAYLOR & CO.
LAW OFFICES, INC.

NOTICE OF MOTION AND MOTION BY THIRD-PARTY DEFENDANTS AMERICA ONLINE, INC., NETSCAPE COMMUNICATIONS CORPORATION, AND COMPUSERVE INTERACTIVE SERVICES, INC. TO DISMISS THIRD-PARTY CLAIMS: CASE NO. C 03-5340 JF (EAI)

Dockets.Justia.com

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on September 17, 2004, at 9:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 3, on the 5th Floor of the United States District Court for the Northern District of California, located at 280 South First Street, San Jose, California 95113, before the Honorable Jeremy Fogel, third-party defendants America Online, Inc. ("AOL"), Netscape Communications Corporation ("Netscape"), and Compuserve Interactive Services, Inc. ("Compuserve") will and hereby do move this Court pursuant to Federal Rule of Civil Procedure 12(b)(6) for an order dismissing with prejudice all of defendant and counter-claimant American Blind & Wallpaper Factory, Inc.'s ("American Blind") third-party claims against AOL, Netscape and Compuserve on the grounds that:

(1) The only allegations against AOL, Netscape and Compuserve are that they use the Google Inc. web searching platform, which allegations fail to state a claim against these third-party defendants upon which relief can be granted; and

(2) Using the Google Inc. web searching platform does not constitute use of any of American Blind's putative trademarks to identify the source of their products or services, and because none of them have engaged in wrongful activity for purposes of an interference with prospective economic advantage claim, as stated in the motion to dismiss filed on behalf of Google Inc., Ask Jeeves, Inc., and Earthlink, Inc., which is incorporated herein.

This motion is based on (1) this Notice of Motion and Motion by America Online, Inc., Netscape Communications Corporation, and Compuserve Interactive Services, Inc. to Dismiss Third-Party Claims, (2) the supporting Memorandum of Points and Authorities, (3) the motion to dismiss

///
///
///
///
///

1.

NOTICE OF MOTION AND MOTION BY THIRD-PARTY DEFENDANTS AMERICA ONLINE, INC., NETSCAPE COMMUNICATIONS CORPORATION, AND COMPUSERVE INTERACTIVE SERVICES, INC. TO DISMISS THIRD-PARTY CLAIMS: CASE NO. C 03-5340 JF (EAI)

filed on behalf of Google Inc., Ask Jeeves, Inc., and Earthlink, Inc., which is incorporated herein by this reference, (4) the pleadings, records and files in this action, and (5) on such oral argument as may be presented at the time of the hearing, as well as all other matters this Court deems to be appropriate.

Dated: June 23, 2004

Respectfully submitted,

TAYLOR & COMPANY LAW OFFICES, INC.

By: _____
      Stephen E. Taylor

Attorneys for Third-Party Defendants
AMERICA ONLINE, INC., NETSCAPE
COMMUNICATIONS CORPORATION, and
COMPUSERVE INTERACTIVE SERVICES, INC.

2.

TAYLOR & CO. LAW OFFICES, INC.

NOTICE OF MOTION AND MOTION BY THIRD-PARTY DEFENDANTS AMERICA ONLINE, INC., NETSCAPE COMMUNICATIONS CORPORATION, AND COMPUSERVE INTERACTIVE SERVICES, INC. TO DISMISS THIRD-PARTY CLAIMS: CASE NO. C 03-5340 JF (EAI)

**PROOF OF SERVICE**

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is Taylor & Company Law Offices, Inc., One Ferry Building, Suite 355, San Francisco, California 94111.

On June 23, 2004, I served a true and correct copy of the document(s) described as: **NOTICE OF MOTION AND MOTION BY THIRD-PARTY DEFENDANTS AMERICA ONLINE, INC., NETSCAPE COMMUNICATIONS CORPORATION, AND COMPUSERVE INTERACTIVE SERVICES, INC. TO DISMISS THIRD-PARTY CLAIMS** on the following interested parties in this action:

Mr. Michael H. Page
Mr. Mark A. Lemley
Mr. Ravind S. Grewal
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111
*Telephone: 415-391-5400*
*Facsimile: 415-397-7188*

**Counsel for Google Inc., Ask Jeeves, Inc., and Earthlink, Inc.**

Mr. David A. Rammelt
Ms. Susan J. Greenspon
Ms. Dawn M. Beery
Kelley Drye & Warren LLP
333 West Wacker Drive, Suite 2600
Chicago, IL 60606
*Telephone: 312-857-7070*
*Facsimile: 312-857-7095*

**Counsel for American Blind & Wallpaper Factory, Inc.**

Mr. Robert N. Phillips
Mr. Ethan B. Andelman
Howrey Simon Arnold & White, LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
*Telephone: 415-848-4900*
*Facsimile: 415-848-4999*

**Counsel for American Blind & Wallpaper Factory, Inc.**

3.

**[ X ]  [BY US MAIL, CCP § 1013a(3)]** I caused the foregoing document(s) to be enclosed in a sealed envelope, with first class postage fully paid, for delivery on the individuals identified above as indicated herein. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing and know that, in the ordinary course of Taylor & Company Law Offices, Inc.'s business practice, the document(s) described above would be deposited with the United States Postal Service on that same day at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed to be invalid if the postal cancellation date, or postage meter date, is more than one day after the date of deposit for mailing set forth in this declaration.

**[  ]  [BY FACSIMILE, CCP § 1013(e)]** I caused the foregoing document(s) to be transmitted by facsimile to the offices of the addressees indicated above at the facsimile numbers listed for each addressee served. Upon completion of said facsimile transmission, the transmitting machine issued a transmission report showing that the transmission was complete and without error.

**[  ]  [BY OVERNIGHT DELIVERY, CCP § 1013(d)]** I caused delivery of the document(s) listed above to be effected by overnight mail, by placing true and correct copies in separate envelopes for each addressee shown above, with the name and address of the person served shown on the envelope, and by sealing the envelope and placing it for collection. Delivery fees were paid or provided for in accordance with the ordinary business practices of Taylor & Company Law Offices, Inc.

**[  ]  [BY PERSONAL SERVICE, CCP § 1011(a)]** I caused the foregoing document(s) to be served by hand on the following individual(s) as indicated on the "Declaration of Personal Service" attached hereto as <u>Exhibit A</u>. The person who delivered a true and correct copy of such document(s) to the person(s) identified below is identified in <u>Exhibit A</u> attached hereto.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed this 23rd day of June 2004, at San Francisco, California.

_____
Kellie B. Mickelson

4.