KEKER & VAN NEST, LLP
MICHAEL H. PAGE - #154913
MARK A. LEMLEY - #155830
RAVIND S. GREWAL - #220543
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Plaintiff and Counterdefendant
GOOGLE INC. and Third-Party Defendants
ASK JEEVES, INC. and EARTHLINK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation,<br><br>                                 Plaintiff,<br><br>        v.<br><br>AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.; and DOES 1-100, inclusive,<br><br>                                 Defendants. | Case No. C 03-5340-JF (EAI)<br><br>**[PROPOSED] ORDER GRANTING MOTION BY GOOGLE, ASK JEEVES AND EARTHLINK TO DISMISS COUNTERCLAIMS AND THIRD-PARTY CLAIMS**<br><br>Date:         September 17, 2004<br>Time:        9:00 a.m.<br>Judge:       Hon. Jeremy Fogel |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.<br><br>                                 Counterclaimant,<br><br>        v.<br><br>GOOGLE, INC., AMERICA ONLINE, INC., NETSCAPE COMMUNICATIONS CORPORATION, COMPUSERVE INTERACTIVE SERVICES, INC., ASK JEEVES, INC., and EARTHLINK, INC.,<br><br>                                 Counterdefendants/<br>                                 Third-Party Defendants. | |

[PROPOSED] ORDER GRANTING MOTION BY GOOGLE, ASK JEEVES AND EARTHLINK TO DISMISS
COUNTERCLAIMS AND THIRD-PARTY CLAIMS
CASE NO. C 03-5340-JF (EAI)

334078.01

Dockets.Justia.com

1    On September 17, 2004 the Court heard the motion of plaintiff and counterdefendant

2  Google Inc. and third party defendants Ask Jeeves, Inc. and Earthlink, Inc. to dismiss the

3  counterclaims and third-party claims filed by defendant and counterclaimant American Blind &

4  Wallpaper Factory, Inc. ("American Blind").

5    Based upon the arguments presented and papers filed by the parties and for good cause

6  shown, IT IS HEREBY ORDERED THAT the motion is GRANTED.  American Blind's

7  counterclaims and third-party claims are dismissed, with prejudice.

8    IT IS SO ORDERED.

9

10  Dated: _____    _____

11                                          HON. JEREMY FOGEL
                                            Judge of the United States District Court

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING MOTION BY GOOGLE, ASK JEEVES AND EARTHLINK TO DISMISS
COUNTERCLAIMS AND THIRD-PARTY CLAIMS
CASE NO. C 03-5340-JF (EAI)

334078.01