**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GOOGLE INC.<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AMERICAN BLIND & WALLPAPER FACTORY<br><br>　　　　Defendant, | Case Number: **CV-03-5340-JF/EAI**<br><br>**Law and Motion Hearing**<br><br>**Friday, September 17, 2004**<br><br><br>**CLERK'S NOTICE** |

To all parties and attorneys of record in the above named matter:

The motions and case management conference set in this matter have been rescheduled for Friday, September 17, 2004 at 1:30 P.M. Please note the time change. The parties are directed to appear at the stated time and date to the United States Courthouse at 280 South First Street in San Jose, California.

_____
Date

For the Court
Richard W. Wieking, Clerk

By: _____

Diana Munz
Courtroom Deputy Clerk

**Note:** The United States District Court is now on the Worldwide Web. Current court calendars, procedural questions, and directions to the court can be found on our web site:

Dockets.Justia.com