1  STEPHEN E. TAYLOR (SBN 58452)
   JAN J. KLOHONATZ (SBN 111718)
2  TAYLOR & COMPANY LAW OFFICES, INC.
   One Ferry Building, Suite 355
3  San Francisco, California 94111
   Telephone: (415) 788-8200
4  Facsimile: (415) 788-8208

5  Attorneys for Third-Party Defendants
   AMERICA ONLINE, INC.,
6  NETSCAPE COMMUNICATIONS
   CORPORATION, and COMPUSERVE
7  INTERACTIVE SERVICES, INC.

8

9               IN THE UNITED STATES DISTRICT COURT

10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

12 | GOOGLE INC., a Delaware corporation, | Case No. C 03-5340 JF (EAI)
13 | Plaintiff, | **REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION BY THIRD-PARTY DEFENDANTS AMERICA ONLINE, INC., NETSCAPE COMMUNICATIONS CORPORATION, AND COMPUSERVE INTERACTIVE SERVICES, INC. TO DISMISS THIRD-PARTY CLAIMS**
14 | v. |
15 | AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., and DOES 1-100, INCLUSIVE, |
16 | |
17 | |
   | Defendants. | Date: September 17, 2004
18 | | Time: 9:00 a.m.
   | AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., | Place: Courtroom 3, 5th Floor
19 | |
20 | | Honorable Jeremy Fogel
   | Counter-Claimant, |
21 | |
   | v. |
22 | |
   | GOOGLE, INC., AMERICA ONLINE, INC., NETSCAPE COMMUNICATIONS CORPORATION, COMPUSERVE INTERACTIVE SERVICES, INC., ASK JEEVES, INC., and EARTHLINK, INC., |
23 | |
24 | |
25 | |
   | Counter-Defendants/
26 | Third-Party Defendants. |
27

28  REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION BY THIRD-PARTY
    DEFENDANTS AMERICA ONLINE, INC., NETSCAPE COMMUNICATIONS CORPORATION, AND
    COMPUSERVE INTERACTIVE SERVICES, INC. TO DISMISS THIRD-PARTY CLAIMS:
    CASE NO. C 03-5340 JF (EAI)

TAYLOR & CO.
LAW OFFICES, INC.

In reply to American Blind & Wallpaper Factory, Inc.'s Opposition to Counter-Defendant's and Third-Party Defendants' Motions to Dismiss Counterclaims and Third-Party Claims, third-party defendants America Online, Inc., Netscape Communications Corporation, and Compuserve Interactive Services, Inc. (collectively the "Service Providers") incorporate herein by this reference and adopt the arguments set forth in the Reply in Support of Motion to Dismiss Counterclaims and Third-Party Claims filed with this Court by plaintiff Google, Inc. and third-party defendants Ask Jeeves, Inc. and Earthlink, Inc. on September 3, 2004. Based on the papers and arguments filed and incorporated by reference in support of their motion to dismiss, the Service Providers respectfully request that their motion be granted and the claims against them be dismissed.

Dated: September 3, 2004

Respectfully submitted,

TAYLOR & COMPANY LAW OFFICES, INC.

By: /s/ Stephen E. Taylor

Attorneys for Third-Party Defendants
AMERICA ONLINE, INC., NETSCAPE
COMMUNICATIONS CORPORATION, and
COMPUSERVE INTERACTIVE SERVICES, INC.

1.

REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION BY THIRD-PARTY DEFENDANTS AMERICA ONLINE, INC., NETSCAPE COMMUNICATIONS CORPORATION, AND COMPUSERVE INTERACTIVE SERVICES, INC. TO DISMISS THIRD-PARTY CLAIMS: CASE NO. C 03-5340 JF (EAI)