# UNITED STATES DISTRICT COURT
### Judge Jeremy Fogel, Presiding
Courtroom No. 3 - 5th Floor

## Civil Minute Order

Court Proceedings: **Law and Motion Hearing,  Fri, Sep 17, 2004  @  1:30 PM**

Case Number: **CV-03-5340-JF/EAI**

Courtroom Deputy Clerk Diana Munz (408) 535-5166
Courtroom Reporter Peter Torreano (408) 999-0623

Page 1

**TITLE:**         **GOOGLE V. AMERICAN BLIND &WALLPAPER**

| PLAINTIFF(S) | DEFENDANT(S) |
|---|---|
| Google Inc. | American Blind & Wallpaper Factory |
| **Attorneys Present:** Michael Page, Ravind Grewal, Stephen Taylor | **Attorneys Present:** David Rammelt |

**PROCEEDINGS:**

Hearing on Motion to Dismiss held. Parties present.

Motion to Dismiss is taken under submission.

Case management conference is not held.

**Note:** The United States District Court is now on the Worldwide Web. Current court calendars, procedural questions and directions to the court can be found on our web site: **www.cand.uscourts.gov**