| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | MICHAEL H. PAGE - #154913 |
| 2 | MARK A. LEMLEY - #155830 |
| | RAVIND S. GREWAL - #220543 |
| 3 | 710 Sansome Street |
| | San Francisco, CA 94111-1704 |
| 4 | Telephone: (415) 391-5400 |
| | Facsimile: (415) 397-7188 |
| 5 | |
| 6 | Attorneys for Plaintiff and Counterdefendant |
| | GOOGLE INC. and Third-Party Defendants |
| 7 | ASK JEEVES, INC. and EARTHLINK, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation, | Case No. C 03-5340-JF (EAI) |
| Plaintiff, | **STATEMENT OF RECENT DECISION RE PENDING MOTION TO DISMISS COUNTERCLAIMS AND THIRD-PARTY CLAIMS** |
| v. | |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.; and DOES 1-100, inclusive, | Date: December 21, 2004 |
| | Judge: Hon. Jeremy Fogel |
| Defendants. | |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc. | |
| Counterclaimant, | |
| v. | |
| GOOGLE INC., AMERICA ONLINE, INC., NETSCAPE COMMUNICATIONS CORPORATION, COMPUSERVE INTERACTIVE SERVICES, INC., ASK JEEVES, INC., and EARTHLINK, INC., | |
| Counterdefendants/Third-Party Defendants. | |

1  Pursuant to Local Rule 7-3(d), Plaintiff and Counterdefendant Google Inc. ("Google")
2  gives notice to the Court that Judge Leonie Brinkema, in *Gov't Employees Ins. Co. v. Google*
3  *Inc.*, Civil Action No. 1:04cv507 (E.D. Va.), recently granted judgment as a matter of law in
4  Google's favor on the plaintiff's claim that Google's use of its trademark as an advertising
5  keyword violates the Lanham Act.  Google attaches as Exhibit A the relevant portions of a
6  December 15, 2004 hearing in the *Gov't Employees* case at which Judge Brinkema entered her
7  oral ruling.  Google will submit Judge Brinkema's written decision to the Court as soon as it is
8  available.

9  Dated:  December 21, 2004          KEKER & VAN NEST, LLP

12              By:  /S/ Ravind S. Grewal
                    RAVIND S. GREWAL
13                  Attorneys for Plaintiff and Counterdefendant
                    GOOGLE INC. and Third-Party Defendants
                    ASK JEEVES, INC. and EARTHLINK, INC.