KELLEY DRYE &
WARREN LLP
333 West W

1   Pursuant to Local Rule 7-3(d), Defendant and Counterclaimant American Blind &
2   Wallpaper Factory, Inc. ("American Blind") gives notice to the Court that, after American Blind's
3   opposition to the pending motion to dismiss was filed in this Court on August 10, 2004, Judge
4   Leonie Brinkema, in *Gov't Employees Ins. Co. v. Google Inc.*, Civil Action No. 1:04cv507 (E.D.
5   Va.) denied Google's motion to dismiss and Google's motion for summary judgment in that case.
6   American Blind attaches as Exhibit A Judge Brinkema's August 25, 2004 memorandum opinion
7   denying Google's motion to dismiss. American Blind attaches as Exhibit B the November 19,
8   2004 Order of Judge Brinkema denying Google's motion for summary judgment; a transcript of
9   the November 19, 2004 proceedings in which Judge Brinkema explains her decision on the
10  motion for summary judgment is attached as Exhibit C.

Dated: December 22, 2004                HOWREY SIMON ARNOLD & WHITE

                                        By: /s/ Robert N. Phillips
                                            ROBERT N. PHILLIPS

                                        Robert N. Phillips
                                        HOWREY SIMON ARNOLD & WHITE
                                        525 Market Street, Suite 3600
                                        San Francisco, CA  94105
                                        T:  (415) 848-4900
                                        F:  (415) 848-4999

                                        David A. Rammelt
                                        Susan J. Greenspon
                                        Dawn M. Beery
                                        KELLEY DRYE & WARREN LLP
                                        333 West Wacker Drive
                                        Suite 2600
                                        Chicago, Illinois 60606

                                        Attorneys for Defendant/Counterclaimant
                                        AMERICAN BLIND AND WALLPAPER
                                        FACTORY, INC.

KELLEY DRYE & WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL  60606

- 2 -                STATEMENT OF RECENT DECISION
                     CASE NO. C 03-5340-JF (EAI)

DM_US\8021675.v1