IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria, Virginia

GOVERNMENT EMPLOYEES )
INSURANCE COMPANY, )
           Plaintiff, )
    v. )  Civil Action No. 1:04cv507
GOOGLE, INC. AND )
OVERTURE SERVICES, INC., )
           Defendants. )

FILED NOV 19 2004

## ORDER

For the reasons stated in open court, defendant's Motion for Summary Judgment is DENIED, and plaintiff's Motion for Leave to File Under Seal Complete Memorandum in Opposition to Defendant Google, Inc.'s Motion for Summary Judgment and Certain Exhibits in Support is GRANTED; and it is hereby

ORDERED that plaintiff's Complete Memorandum in Opposition to Defendant Google, Inc.'s Motion for Summary Judgment and designated exhibits be filed under seal, with the redacted version of plaintiff's Opposition filed in the public case file.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 19th day of November, 2004.

Alexandria, Virginia

/s/ Leonie M. Brinkema
United States District Judge