UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*e-filed 3/30/05**

GOOGLE, INC.,
    Plaintiff,
V.

AMERICAN BLIND,
    Defendant.

Case Number CV-03-5340-JF

Case Management Conference

Friday, May 13, 2005

CLERK'S NOTICE

To all Parties and Attorneys of Record:

A Case Management conference has been set on Friday, May 13, 2005 at 10:30 a.m.

before Judge Jeremy Fogel. Please report at that time to courtroom 3 on the 5th floor of the

U.S. District Court, 280 S. First St., San Jose, California.

March 30, 2005

For the Court
Richard W. Wieking, Clerk

By: s/Diana Munz
Diana Munz
Courtroom Deputy Clerk