1    KEKER & VAN NEST, LLP
MICHAEL H. PAGE - #154913
2    MARK A. LEMLEY - #155830
710 Sansome Street
3    San Francisco, CA 94111-1704
Telephone: (415) 391-5400
4    Facsimile: (415) 397-7188

5    Attorneys for Plaintiff and Counterdefendant
GOOGLE INC. and Third-Party Defendants
6    ASK JEEVES, INC. and EARTHLINK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DISTRICT

| | |
|---|---|
| GOOGLE INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.; and DOES 1-100, inclusive, <br><br> Defendants. | Case No. C 03-5340-JF (EAI) <br><br> **PLAINTIFF/COUNTERDEFENDANT GOOGLE INC. and THIRD-PARTY DEFENDANTS ASK JEEVES, INC. and EARTHLINK, INC.'s ANSWER TO COUNTERCLAIMS** |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc. <br><br> Counterclaimant, <br><br> v. <br><br> GOOGLE, INC., AMERICA ONLINE, INC., NETSCAPE COMMUNICATIONS CORPORATION, COMPUSERVE INTERACTIVE SERVICES, INC., ASK JEEVES, INC., and EARTHLINK, INC., <br><br> Counterdefendants/ Third-Party Defendants. | |

350184.01

**Plaintiff/Counterdefendant Google Inc. And Third-Party Defendants Ask Jeeves, Inc.
And EarthLink, Inc.'s Answer To Counterclaims
Case No. C 03-5340-JF (EAI)**

Dockets.Justia.com

Plaintiff and Counterdefendant Google Inc., and Third-Party Defendants Ask Jeeves, Inc. and EarthLink, Inc. (collectively "the Responding Parties") respond to the Counterclaims of Defendant American Blind & Wallpaper Factory, Inc. (hereafter "American Blind") as follows:

## NATURE OF CASE

1. The Responding Parties[1] admit that they operate for-profit websites that include search engines that, <u>inter</u> <u>alia</u>, allow consumers to search for goods and services. The Responding Parties deny the remaining allegations of Paragraph 1.

## PARTIES

2. The Responding Parties lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

3. Admitted.

4. The Responding Parties lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

5. Admitted.

6. The Responding Parties lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

7. Admitted.

8. The Responding Parties lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

## JURISDICTION AND VENUE

9-10. Admitted.

11-15. The Responding Parties do not contest either jurisdiction or venue in this District.

---

[1] American Blind's Counterclaims are uncertain in that they appear to interchange "Plaintiff" and "Defendant," frequently referring to Defendant and Counterclaimant American Blind as "Plaintiff" and Plaintiff Google and Third-Party Defendants Ask Jeeves and EarthLink collectively as "Defendants." Where it is decipherable from context, the Responding Parties respond to the allegations as intended rather than as written.

1
**Plaintiff/Counterdefendant Google Inc. And Third-Party Defendants Ask Jeeves, Inc. And EarthLink, Inc.'s Answer To Counterclaims**
**Case No. C 03-5340-JF (EAI)**

350184.01

## PLAINTIFF'S [SIC] TRADEMARKS

16-23.  Assuming that the references therein to "Plaintiffs" are intended to refer to Defendant American Blind, the Responding Parties lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

## FACTUAL BACKGROUND

### A. The Internet And The World Wide Web

24.  The Responding Parties deny that "the World Wide Web is a portion of the Internet especially suited to displaying images and sound, in addition to text."  The Responding Parties deny that "American Blind" is an example of a domain name.  The Responding Parties admit the remaining allegations of this paragraph.

25-26.  The Responding Parties lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

### B. The Business of Plaintiff [sic] American Blind

27-34.  The Responding Parties lack sufficient information to admit or deny the allegations of this paragraph, and on that basis deny them.

### C. The Business of Defendant [sic] Google

35.  Google admits that consumers can search for and locate virtually anything by using Google's search engine, and that Google typically presents search results in decreasing order of "relevance," as defined by Google's proprietary algorithms.  Google denies the remaining allegations of this paragraph.

36.  Google admits the allegations of this paragraph.

37.  Google admits the allegations of this paragraph.

38. Google admits that advertisers may select various "keywords" as triggers for ads in Google's ad system, that as part of that process advertisers choose a "maximum cost per click," that advertisements may appear on the top or side of Google result pages based at least in part on whether a user has searched for the selected keywords, and that advertisers pay for those advertisements only when a user subsequently "clicks" on those advertisements.  Except as admitted herein, Google denies the remaining allegations of this paragraph.

2
Plaintiff/Counterdefendant Google Inc. And Third-Party Defendants Ask Jeeves, Inc.
And EarthLink, Inc.'s Answer To Counterclaims
Case No. C 03-5340-JF (EAI)

350184.01

1   39.  Google denies the allegations of this paragraph.

2   40.  Google admits that it typically receives revenue when a user clicks on a "Sponsored

3   Link."  Except as admitted herein, Google denies the remaining allegations of this paragraph.

4   41.  Google admits the allegations of this paragraph.

5   35-41.  Ask Jeeves and EarthLink lack sufficient information to admit or deny the

6   allegations of these paragraphs, and on that basis deny them.

**D.     Defendant [sic] Google's Acts**

42.  Google admits that it allows advertisers to select keywords as triggers for advertisements, that as part of that process advertisers choose a "maximum cost per click," and that Google currently allows advertisers to select keywords that include, in whole or in part, phrases which Defendant American Blind claims as trademarks.

43-44.  Google admits that, under its prior trademark policy it would, upon the request of a trademark holder, prevent advertisers from selecting as triggers for advertisements keywords that were registered trademarks, but not the various constituent words of a trademark (i.e., Google would on request prevent a user from selecting as a keyword trigger the term "General Motors," but not on the word "general" or "motors").  Under Google's current trademark policy, implemented in the United States in June 2004, Google allows advertisers to select trademarked terms as keyword triggers.

45-50.  Google admits that its "Keyword Tool" is an automated tool that allows advertisers who select any given keyword to see what other related terms, on an empirical basis, are likely to appear in users' searches.  This allows advertisers to "fine tune" their advertisements by either adding additional keywords or adding "negative" keywords to avoid unintended responses.  Thus, for example, an advertiser selecting "Apple" as a keyword might find both "Golden Delicious" and "Computers" listed in the Keyword Tool (assuming that those terms in fact appeared frequently in conjunction in actual user searches).  An advertiser selling fruit might add "Golden Delicious" as a keyword and "Computers" as a negative keyword.  An advertiser selling Apple computers would do the converse.  Except as admitted herein, Google denies the remaining allegations of these paragraphs.

3

Plaintiff/Counterdefendant Google Inc. And Third-Party Defendants Ask Jeeves, Inc.
And EarthLink, Inc.'s Answer To Counterclaims
Case No. C 03-5340-JF (EAI)

350184.01

51. Google admits that some users may choose to "click" on Sponsored Links, and that some of those users may not subsequently return to the Google website. Except as admitted herein, Google denies the remaining allegations of this paragraph.

52. Google denies the allegations of this paragraph.

53. Google admits that it has been subject to suit in the United States, Germany and France.

54. Google admits the allegations of this paragraph.

55. Google admits that liability is a possible result of any lawsuit.

56-60. Google admits that its prior trademark policy in the United States was that it would, upon the request of a trademark holder, prevent advertisers from selecting as triggers for advertisement keywords that were registered trademarks, but not the various constituent words of a trademark. Google further admits that it changed that policy in June 2004, and that prior to that change, it applied its policy at American Blind's request. Except as admitted herein, Google denies the remaining allegations of these paragraphs.

61-62. Google denies the allegations of these paragraphs.

63-64. Google admits the allegations of these paragraphs.

65. Google admits that it has stated in public securities disclosures that its new trademark policy may result in increased litigation.

66. Google denies the allegations of this paragraph.

42-66. Ask Jeeves and EarthLink lack sufficient information to admit or deny the allegations of these paragraphs, and on that basis deny them.

**E.     The Business of the Other Defendants [sic]**

67. Ask Jeeves and EarthLink admit that they each operate websites that include search engines.

68. The Responding Parties admit that Ask Jeeves and EarthLink have contractual relationships with Google wherein Ask Jeeves and EarthLink each display advertisements provided by Google, and that Ask Jeeves and EarthLink typically receive revenue each time users "click" on those advertisements. Google and EarthLink admit that Google provides

4

Plaintiff/Counterdefendant Google Inc. And Third-Party Defendants Ask Jeeves, Inc.
And EarthLink, Inc.'s Answer To Counterclaims
Case No. C 03-5340-JF (EAI)

350184.01

1  EarthLink with search results.  Except as admitted herein, the Responding Parties deny the
2  remaining allegations of this paragraph.
3      69.  The Responding Parties admit the allegations of this paragraph.
4  **F.    Harm to Plaintiff [sic]**
5      70-79.  Assuming that references herein to "Defendants" are to Plaintiff and
6  Counterdefendant Google and to the Third-Party Defendants, the Responding Parties admit that
7  users searching for terms including the component parts of American Blind's claimed marks are
8  presented with advertisements placed by third parties, including entities which appear to compete
9  with American Blind.  The Responding Parties further admit that they have not entered into any
10 licensing agreements with American Blind, and that Exhibits C through F to American Blind's
11 Counterclaims appear to be search results and advertisements generated by Google (Exhibits C
12 through E) or Google and Netscape (Exhibit F), although not presented as they would appear to a
13 user.  The Responding Parties deny the remaining allegations of these paragraphs.
14     80-88.  The Responding Parties deny the allegations of these paragraphs.

## FIRST CAUSE OF ACTION

### Lanham Act – Trademark Infringement

17    89.  The Responding Parties incorporate by reference their responses set forth in
18 paragraphs 1-69 above.
19    90-93.  Denied.

## SECOND CAUSE OF ACTION

### Lanham Act – False Representation

22    94.  The Responding Parties incorporate by reference their responses set forth in
23 paragraphs 1-74 above.
24    95-98.  Denied.

## THIRD CAUSE OF ACTION

### Lanham Act – Dilution

27    99.  The Responding Parties incorporate by reference their responses set forth in
28 paragraphs 1-79 above.

5
**Plaintiff/Counterdefendant Google Inc. And Third-Party Defendants Ask Jeeves, Inc.
And EarthLink, Inc.'s Answer To Counterclaims
Case No. C 03-5340-JF (EAI)**

350184.01

100-103.  Denied.

## FOURTH CAUSE OF ACTION

<u>Injury to Business Reputation and Dilution – Cal. Bus. & Prof. Code § 14330</u>

104.  The Responding Parties incorporate by reference their responses set forth in paragraphs 1-84 above.

105-108.  Denied.

## FIFTH CAUSE OF ACTION

<u>Unfair Competition — Cal. Bus. & Prof. Code § 17200</u>

109.  The Responding Parties incorporate by reference their responses set forth in paragraphs 1-89 above.

110-114.  Denied.

## SIXTH CAUSE OF ACTION

<u>Common Law — Trademark Infringement and Unfair Competition</u>

115.  The Responding Parties incorporate by reference their responses set forth in paragraphs 1-95 above.

116-118.  Denied.

## SEVENTH CAUSE OF ACTION

<u>Tortious Interference with Prospective Economic Advantage</u>

119.  The Responding Parties incorporate by reference their responses set forth in paragraphs 1-99 above.

120-125.  This cause of action has been dismissed by the Court, and thus no responsive pleading is required.  To the extent a response is required, the Responding Parties deny the allegations of these paragraphs.

## EIGHTH CAUSE OF ACTION

<u>Contributory Trademark Infringement—Lanham Act</u>

<u>(In the Alternative)</u>

126.  The Responding Parties incorporate by reference their responses set forth in paragraphs 1-123 above.

6

**Plaintiff/Counterdefendant Google Inc. And Third-Party Defendants Ask Jeeves, Inc. And EarthLink, Inc.'s Answer To Counterclaims**
**Case No. C 03-5340-JF (EAI)**

350184.01

127-131.  Denied.

## NINTH CAUSE OF ACTION

### Contributory Dilution—Lanham Act

### (In the Alternative)

132.  The Responding Parties incorporate by reference their responses set forth in paragraphs 1-128 above.

133-137.  Denied.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE: ESTOPPEL

138.  American Blind is estopped, in whole or in part, from asserting the claims alleged and obtaining the relief requested in the Complaint against the Responding Parties by reason of Plaintiff's conduct, actions and communications to others.

### SECOND AFFIRMATIVE DEFENSE: WAIVER

139.  Plaintiff has waived, in whole or in part, any rights it may have to institute an action for the alleged wrongdoings of which it complains by reason of Plaintiff's conduct, actions and communications to others.

### THIRD AFFIRMATIVE DEFENSE: NO DAMAGES

140.  The Responding Parties aver that Plaintiff has not been damaged in any amount, manner or at all by reason of any act alleged against the Responding Parties in the Complaint, and, therefore, the relief prayed for in the Complaint cannot be granted.

### FOURTH AFFIRMATIVE DEFENSE: PREEMPTION

141.  American Blind's state law claims are barred, in whole or in part, on the ground that they conflict with, and are preempted by, federal law

### FIFTH AFFIRMATIVE DEFENSE: LIMITED REMEDIES

142.  Assuming without admitting that any infringement occurred, the Lanham Act, 15 U.S.C. § 1114(2), limits American Blind's remedies as to the Responding Parties.

### SIXTH AFFIRMATIVE DEFENSE: UNCLEAN HANDS

143. American Blind's equitable claims are barred by the doctrine of unclean hands.

7

**Plaintiff/Counterdefendant Google Inc. And Third-Party Defendants Ask Jeeves, Inc. And EarthLink, Inc.'s Answer To Counterclaims**
**Case No. C 03-5340-JF (EAI)**

350184.01

**PRAYER FOR RELIEF**

WHEREFORE, the Responding Parties pray for relief as follows:

1. That judgment be entered in the Responding Parties' favor and against American Blind on all counts of the counterclaim;

2. That American Blind take nothing on its counterclaim;

3. That American Blind be required to pay all of the Responding Parties' attorneys' fees, expenses, and costs pursuant to 15 U.S.C. § 1117; and

4. For such other and further relief as the Court may deem proper.

DATED: April 13, 2005                KEKER & VAN NEST, LLP


By: _____/S/_____
MICHAEL H. PAGE
Attorneys for Plaintiff and Counterdefendant
GOOGLE INC. and Third-Party Defendants
ASK JEEVES, INC. and EARTHLINK, INC.,

**JURY DEMAND**

The Responding Parties demand a jury on all issues so triable.

DATED: April 13, 2005                KEKER & VAN NEST, LLP


By: _____/S/_____
MICHAEL H. PAGE
Attorneys for Plaintiff and Counterdefendant
GOOGLE INC. and Third-Party Defendants
ASK JEEVES, INC. and EARTHLINK, INC.,

8

**Plaintiff/Counterdefendant Google Inc. And Third-Party Defendants Ask Jeeves, Inc. And EarthLink, Inc.'s Answer To Counterclaims**
**Case No. C 03-5340-JF (EAI)**

350184.01