STEPHEN E. TAYLOR (SBN 58452)
JAN J. KLOHONATZ (SBN 111718)
TAYLOR & COMPANY LAW OFFICES, INC.
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile:  (415) 788-8208

Attorneys for Third-Party Defendants
AMERICA ONLINE, INC.,
NETSCAPE COMMUNICATIONS
CORPORATION and COMPUSERVE
INTERACTIVE SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.; and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: C 03-5340-JF (EAI)<br><br>**STIPULATION REQUESTING ORDER EXTENDING TIME FOR INITIAL DISCLOSURES** |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.,<br><br>Counter-Claimant,<br><br>v.<br><br>GOOGLE INC., AMERICA ONLINE, INC., NETSCAPE COMMUNICATIONS CORPORATION, COMPUSERVE INTERACTIVE SERVICES, INC., ASK JEEVES, INC., and EARTHLINK, INC.,<br><br>Counter-Defendants. | |

Defendant and counter-claimant American Blind & Wallpaper Factory, Inc., plaintiff and counter-defendant Google, Inc., and third-party defendants Ask Jeeves, Inc., EarthLink, Inc., America Online, Inc., Netscape Communications Corporation, and CompuServe Interactive Services, Inc., by and through their respective attorneys, hereby stipulate and agree, pursuant to Civil Local Rule 6-2 of the Northern District of California, to this joint request that the Court extend the deadline to provide initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) from April 20, 2005, to and including April 27, 2005.

IT IS SO STIPULATED.

Dated: April 20, 2005                TAYLOR & COMPANY LAW OFFICES, INC.

                                     By: _____/s/ Jan J. Klohonatz_____
                                                Jan J. Klohonatz
                                     Attorneys for Third-Party Defendants
                                     AMERICA ONLINE, INC.,
                                     NETSCAPE COMMUNICATIONS
                                     CORPORATION and COMPUSERVE
                                     INTERACTIVE SERVICES, INC.

Dated: April 20, 2005                HOWREY SIMON ARNOLD & WHITE

                                     By: _____
                                                Robert N. Phillips
                                     Attorneys for Defendant and Counter-Claimant
                                     AMERICAN BLIND & WALLPAPER
                                     FACTORY, INC.

Dated: April 20, 2005                KEKER & VAN NEST, LLP

                                     By: _____
                                                Michael H. Page
                                     Attorneys for Plaintiff and Counter-Defendant
                                     GOOGLE INC. and Third-Party Defendants
                                     ASK JEEVES, INC. and EARTHLINK, INC.

1.

STIPULATION REQUESTING ORDER EXTENDING TIME FOR INITIAL DISCLOSURES:
CASE NO. C 03-5340-JF (EAI)

1  Defendant and counter-claimant American Blind & Wallpaper Factory, Inc., plaintiff and
2  counter-defendant Google, Inc., and third-party defendants Ask Jeeves, Inc., EarthLink, Inc., America
3  Online, Inc., Netscape Communications Corporation, and CompuServe Interactive Services, Inc., by
4  and through their respective attorneys, hereby stipulate and agree, pursuant to Civil Local Rule 6-2 of
5  the Northern District of California, to this joint request that the Court extend the deadline to provide
6  initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) from April 20, 2005, to and
7  including April 27, 2005.

   IT IS SO STIPULATED.

Dated: April 20, 2005                TAYLOR & COMPANY LAW OFFICES, INC.

                                     By: _____
                                            Jan J. Klohonatz
                                     Attorneys for Third-Party Defendants
                                     AMERICA ONLINE, INC.,
                                     NETSCAPE COMMUNICATIONS
                                     CORPORATION and COMPUSERVE
                                     INTERACTIVE SERVICES, INC.


Dated: April 20, 2005                HOWREY SIMON ARNOLD & WHITE

                                     By: _____
                                            Robert N. Phillips
                                     Attorneys for Defendant and Counter-Claimant
                                     AMERICAN BLIND & WALLPAPER
                                     FACTORY, INC.


Dated: April 20, 2005                KEKER & VAN NEST, LLP

                                     By: _____
                                            Michael H. Page
                                     Attorneys for Plaintiff and Counter-Defendant
                                     GOOGLE INC. and Third-Party Defendants
                                     ASK JEEVES, INC. and EARTHLINK, INC.

1.

TAYLOR & CO.
LAW OFFICES, INC.

STIPULATION REQUESTING ORDER EXTENDING TIME FOR INITIAL DISCLOSURES:
CASE NO. C 03-5340-JF (EAI)

Defendant and counter-claimant American Blind & Wallpaper Factory, Inc., plaintiff and counter-defendant Google, Inc., and third-party defendants Ask Jeeves, Inc., EarthLink, Inc., America Online, Inc., Netscape Communications Corporation, and CompuServe Interactive Services, Inc., by and through their respective attorneys, hereby stipulate and agree, pursuant to Civil Local Rule 6-2 of the Northern District of California, to this joint request that the Court extend the deadline to provide initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) from April 20, 2005, to and including April 27, 2005.

IT IS SO STIPULATED.

Dated: April 20, 2005

TAYLOR & COMPANY LAW OFFICES, INC.

By: _____
          Jan J. Klohonatz

Attorneys for Third-Party Defendants
AMERICA ONLINE, INC.,
NETSCAPE COMMUNICATIONS
CORPORATION and COMPUSERVE
INTERACTIVE SERVICES, INC.

Dated: April 20, 2005

HOWREY SIMON ARNOLD & WHITE

By: _____
          Robert N. Phillips

Attorneys for Defendant and Counter-Claimant
AMERICAN BLIND & WALLPAPER
FACTORY, INC.

Dated: April 20, 2005

KEKER & VAN NEST, LLP

By: _____
          Michael H. Page

Attorneys for Plaintiff and Counter-Defendant
GOOGLE INC. and Third-Party Defendants
ASK JEEVES, INC. and EARTHLINK, INC.

1.

TAYLOR & CO.
LAW OFFICES, INC.

STIPULATION REQUESTING ORDER EXTENDING TIME FOR INITIAL DISCLOSURES:
CASE NO. C 03-5340-JF (EAI)