STEPHEN E. TAYLOR (SBN 58452)
JAN J. KLOHONATZ (SBN 111718)
TAYLOR & COMPANY LAW OFFICES, INC.
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208

Attorneys for Third-Party Defendants
AMERICA ONLINE, INC.,
NETSCAPE COMMUNICATIONS
CORPORATION and COMPUSERVE
INTERACTIVE SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.; and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: C 03-5340-JF (EAI)<br><br>**DECLARATION OF JAN J. KLOHONATZ IN SUPPORT OF STIPULATION REQUESTING ORDER EXTENDING TIME FOR INITIAL DISCLOSURES** |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.,<br><br>Counter-Claimant,<br><br>v.<br><br>GOOGLE INC., AMERICA ONLINE, INC., NETSCAPE COMMUNICATIONS CORPORATION, COMPUSERVE INTERACTIVE SERVICES, INC., ASK JEEVES, INC., and EARTHLINK, INC.,<br><br>Counter-Defendants. | |

TAYLOR & CO.
LAW OFFICES, INC.

DECLARATION OF JAN J. KLOHONATZ IN SUPPORT OF STIPULATION REQUESTING ORDER
EXTENDING TIME FOR INITIAL DISCLOSURES: CASE NO. C 03-5340-JF (EAI)

I, JAN J. KLOHONATZ, declare as follows:

1.  I am an attorney with Taylor & Company Law Offices, Inc., counsel for third-party defendants America Online, Inc. ("AOL"), Netscape Communications Corporation ("Netscape") and CompuServe Interactive Services, Inc. ("CompuServe") in this action. The facts set forth in this declaration are personally known to me to be true and, if called upon to testify as to the matters contained herein, I could and would competently testify thereto.

2.  This declaration is submitted in support of the stipulation filed concurrently herewith by all parties requesting an Order from this Court extending the deadline to provide initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) from April 20, 2005 to, and including, April 27, 2005.

3.  This case began as an action for declaratory judgment of non-infringement of trademarks. Defendant American Blind & Wallpaper Factory, Inc. ("American Blind") counterclaimed against plaintiff and counter-defendant Google, Inc. ("Google") and third-party defendants Ask Jeeves, Inc., EarthLink, Inc., AOL, Netscape and CompuServe for, inter alia, trademark infringement and dilution of American Blind's trademarks.

4.  On June 21, 2004, this Court issued an Order setting the deadline for initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) as three weeks after the Court issued a ruling on two pending motions to dismiss American Blind's claims.

5.  On September 17, 2004, this Court held a hearing on those two motions to dismiss American Blind's claims. The Court's Order regarding those motions was issued on March 30, 2005. The deadline for the exchange of initial disclosures pursuant to the Court's Order of June 21, 2004 currently is, therefore, April 20, 2005.

6.  The parties wish to extend the deadline for initial disclosures one week -- i.e., to and including April 27, 2005. The reason for this request is to provide additional time to allow further investigation and client consultation regarding the information to be provided in the initial disclosures.

7.  Pursuant to Civil Local Rule 6-2(a)(2) for the Northern District of California, the following discloses all previous time modifications in the case:

1.

TAYLOR & CO.
LAW OFFICES, INC.

DECLARATION OF JAN J. KLOHONATZ IN SUPPORT OF STIPULATION REQUESTING ORDER EXTENDING TIME FOR INITIAL DISCLOSURES: CASE NO. C 03-5340-JF (EAI)

a. On November 26, 2003, the Court issued an Order Setting Initial Case Management Conference;

b. On January 6, 2004, the Court issued an Order extending the time for American Blind to respond to the complaint filed by Google;

c. On March 18, 2004, the Court issued an Order vacating the Initial Case Management Conference date and associated Federal Rule of Civil Procedure 26 deadlines for re-notice by the Court following its ruling on American Blind's motion to dismiss or stay;

d. On April 19, 2004, the Court issued a Civil Minute Order continuing the Initial Case Management Conference to June 14, 2004;

e. On May 25, 2004, the Court issued a Clerk's Notice rescheduling the Initial Case Management Conference to June 21, 2004;

f. On May 25, 2004, the Court issued an Order extending the time for responding to American Blind's counterclaims and third-party claims to June 23, 2004;

g. On June 21, 2004, the Court issued an Order Setting Hearing on Motion to Dismiss and Extending Time for Case Management Conference;

h. On September 3, 2004, the Court issued a Clerk's Notice rescheduling the motions hearing and Initial Case Management Conference to September 17, 2004; and

i. On March 30, 2005, the Court issued a Clerk's Notice scheduling the Initial Case Management Conference for May 13, 2005.

8. The parties' request for a one week extension of the deadline for initial disclosures will not otherwise affect the schedule of this case.

///
///
///
///
///

2.

DECLARATION OF JAN J. KLOHONATZ IN SUPPORT OF STIPULATION REQUESTING ORDER EXTENDING TIME FOR INITIAL DISCLOSURES: CASE NO. C 03-5340-JF (EAI)

9. Counsel for all parties have agreed to extend the date to provide initial disclosures and, therefore, respectfully request that the Court extend the deadline to provide initial disclosures from April 20, 2005, to and including April 27, 2005.

I declare under penalty of perjury, under the laws of the United States of America, that the forgoing is true and correct. Executed this 20th day of April, 2005, at San Francisco, California.

_____
JAN J. KLOHONATZ

3.

TAYLOR & CO.
LAW OFFICES, INC.

DECLARATION OF JAN J. KLOHONATZ IN SUPPORT OF STIPULATION REQUESTING ORDER EXTENDING TIME FOR INITIAL DISCLOSURES: CASE NO. C 03-5340-JF (EAI)