STEPHEN E. TAYLOR (SBN 58452)
JAN J. KLOHONATZ (SBN 111718)
TAYLOR & COMPANY LAW OFFICES, INC.
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile:  (415) 788-8208

\*\*E-filed 4/22/05\*\*

Attorneys for Third-Party Defendants
AMERICA ONLINE, INC.,
NETSCAPE COMMUNICATIONS
CORPORATION and COMPUSERVE
INTERACTIVE SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE INC., a Delaware corporation, | Case No.: C 03-5340-JF (EAI) |
| Plaintiff, | **[PROPOSED] ORDER EXTENDING TIME FOR INITIAL DISCLOSURES** |
| v. | |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.; and DOES 1-100, inclusive, | |
| Defendants. | |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., | |
| Counter-Claimant, | |
| v. | |
| GOOGLE INC., AMERICA ONLINE, INC., NETSCAPE COMMUNICATIONS CORPORATION, COMPUSERVE INTERACTIVE SERVICES, INC., ASK JEEVES, INC., and EARTHLINK, INC., | |
| Counter-Defendants. | |

TAYLOR & CO.
LAW OFFICES, INC.

[PROPOSED] ORDER EXTENDING TIME FOR INITIAL DISCLOSURES: CASE NO. C 03-5340-JF (EAI)

1 On April 20, 2005, defendant and counter-claimant American Blind & Wallpaper Factory, Inc., plaintiff and counter-defendant Google, Inc., and third-party defendants Ask Jeeves, Inc., EarthLink, Inc., America Online, Inc., Netscape Communications Corporation, and CompuServe Interactive Services, Inc., jointly filed a Stipulation requesting an Order from this Court to extend the deadline to provide initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) from April 20, 2005, to and including April 27, 2005.

Having considered all papers filed by the parties in support of the Stipulation Requesting Order Extending Time for Initial Disclosures, and all other matters deemed appropriate by the Court, and good cause appearing therefor,

IT IS HEREBY ORDERED that the deadline for all parties to provide initial disclosures is extended to and including April 27, 2005.

DATED: 4/22/05

/s/electronic signature authorized
HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE