# UNITED STATES DISTRICT COURT
## Judge Jeremy Fogel, Presiding
Courtroom No. 3 - 5th Floor

## Amended Civil Minute Order

Court Proceedings: **Further Case Management Conference, Fri, May 13, 2005 @ 10:30 AM**

Case Number: **CV-03-5340-JF/EAI**

Courtroom Deputy Clerk Diana Munz (408) 535-5166
Courtroom Reporter Peter Torreano (408) 999-0623

Page 1

**TITLE:**    GOOGLE V. AMERICAN BLIND &WALLPAPER

| PLAINTIFF(S) | DEFENDANT(S) |
|---|---|
| Google Inc. | American Blind & Wallpaper Factory |
| **Attorneys Present:** Michael Page | **Attorneys Present:** David Rammelt<br>Robert Phillips<br>Stephen Taylor |

**PROCEEDINGS:**

Further case management conference held. Parties present.

Court adopts the proposed case management dates.

Case referred to private mediation, to be completed by 11/18/05.

Continued to 11/18/05 at 10:30 a.m. for further case management conference.

Case set for Jury trial on 11/17/06 at 1:30 p.m. and Pretrial conference on 10/13/06 at 11:00 a.m.

**Note:** The United States District Court is now on the Worldwide Web. Current court calendars, procedural questions and directions to the court can be found on our web site: **www.cand.uscourts.gov**