1

2

3

4

5

The case management conference is currently scheduled for November 18, 2005 at 10:30 a.m. The parties have only recently produced and begun their review of documents and will not be able to complete a mediation prior to November 18, 2005. The parties are attempting to schedule a mediation to take place in December 2005.

The parties hereby stipulate by and between their respective counsel of record that, in the interest of efficiency and judicial economy, the case management conference hearing date be continued to January 20, 2006 at 10:30 a.m.

Dated:  November 3, 2005                    HOWREY LLP

                                            By:    /s/ Robert N. Phillips
                                                   ROBERT N. PHILLIPS

                                            Ethan B. Andelman
                                            HOWREY LLP
                                            525 Market Street
                                            Suite 3600
                                            San Francisco, CA  94105

                                            Attorneys for Defendant/Counterclaimant
                                            AMERICAN BLIND AND WALLPAPER
                                            FACTORY, INC.

Dated:  November 3, 2005                    KEKER & VAN NEST LLP

                                            By:    /s/ Michael H. Page
                                                   MICHAEL H. PAGE

                                            Mark A. Lemley, Esq.
                                            Klaus H. Hamm, Esq.
                                            KEKER & VAN NEST LLP
                                            710 Sansome Street
                                            San Francisco, CA  94111-1704

                                            Attorneys for Plaintiff and
                                            Counterdefendant GOOGLE INC. AND
                                            THIRD-PARTY DEFENDANTS ASK
                                            JEEVES, INC. AND EARTHLINK, INC.

///

///

| | | |
|---|---|---|
| 1 | Dated: November 3, 2005 | TAYLOR & COMPANY LAW OFFICES, INC. |
| 2 | | |
| 3 | | By: /s/ Stephen E. Taylor |
| | | STEPHEN E. TAYLOR |

Stacey L. Wexler
TAYLOR & COMPANY LAW
 OFFICES, INC.
One Ferry Building, Suite 355
San Francisco, CA  94111

Attorneys for Third-Party Defendants
AMERICA ONLINE, INC., NETSCAPE
COMMUNICATIONS CORPORATION
AND COMPUSERVE INTERACTIVE
SERVICES, INC.

## **ATTESTATION OF CONCURRENCE OF FILING**

I, Robert N. Phillips, under penalty of perjury of the laws of the United States of America, attest that concurrence in the filing of this document has been obtained from each of the other signatories to this document.

/s/ Robert N. Phillips
Robert N. Phillips

IT IS SO ORDERED.

Dated:_____       _____
                                     Hon. Jeremy Fogel
                                     United States District Court Judge