1
2
3
4

The case management conference is currently scheduled for November 18, 2005 at 10:30 a.m. The parties have only recently produced and begun their review of documents and will not be able to complete a mediation prior to November 18, 2005. The parties are attempting to schedule a mediation to take place in December 2005.

The parties hereby stipulate by and between their respective counsel of record that, in the interest of efficiency and judicial economy, the case management conference hearing date be continued to January 20, 2006 at 10:30 a.m.

Dated:  November 3, 2005            HOWREY LLP

                                    By:    /s/ Robert N. Phillips
                                           ROBERT N. PHILLIPS

                                    Ethan B. Andelman
                                    HOWREY LLP
                                    525 Market Street
                                    Suite 3600
                                    San Francisco, CA  94105

                                    Attorneys for Defendant/Counterclaimant
                                    AMERICAN BLIND AND WALLPAPER
                                    FACTORY, INC.

Dated:  November 3, 2005            KEKER & VAN NEST LLP

                                    By:    /s/ Michael H. Page
                                           MICHAEL H. PAGE

                                    Mark A. Lemley, Esq.
                                    Klaus H. Hamm, Esq.
                                    KEKER & VAN NEST LLP
                                    710 Sansome Street
                                    San Francisco, CA  94111-1704

                                    Attorneys for Plaintiff and
                                    Counterdefendant GOOGLE INC. AND
                                    THIRD-PARTY DEFENDANTS ASK
                                    JEEVES, INC. AND EARTHLINK, INC.

///

///

Dated: November 3, 2005

TAYLOR & COMPANY LAW OFFICES, INC.

By: /s/ Stephen E. Taylor
STEPHEN E. TAYLOR

Stacey L. Wexler
TAYLOR & COMPANY LAW OFFICES, INC.
One Ferry Building, Suite 355
San Francisco, CA 94111

Attorneys for Third-Party Defendants AMERICA ONLINE, INC., NETSCAPE COMMUNICATIONS CORPORATION AND COMPUSERVE INTERACTIVE SERVICES, INC.

## **ATTESTATION OF CONCURRENCE OF FILING**

I, Robert N. Phillips, under penalty of perjury of the laws of the United States of America, attest that concurrence in the filing of this document has been obtained from each of the other signatories to this document.

/s/ Robert N. Phillips
Robert N. Phillips

IT IS SO ORDERED.

Dated: 11/4/05

/s/electronic signature authorized
Hon. Jeremy Fogel
United States District Court Judge