1
2
3
4
5
6

1  JEEVES, INC., and EARTHLINK, INC.
2       Counter-Defendants/
        Third-Party Defendants
3
4  *Regarding: Defendant's Notice of Motion and Motion to Enforce Stipulated Protective Order*
5  *and to Dedesignate Documents to be filed under seal; and Exhibits B through G to the Declaration of*
6  *Caroline C. Plater In Support of Defendant's Motion to Enforce Stipulated Protective Order and to*
7  *Dedesignate Documents to be filed under seal.*
8       This filing is in paper form only, and is being maintained in the case file in the Clerk's office.
9  The document will be hand-served in hard-copy form on counsel.
10      This filing was not e-filed for the reason that the documents involved are being filed under seal.
11
   Dated: December 23, 2005                HOWREY LLP
12
13                                         By:      /s/ Ethan B. Andelman
                                                 Robert N. Phillips
14                                               Ethan B. Andelman
15                                         Attorneys for Defendant
                                           AMERICAN BLIND & WALLPAPER
16                                         FACTORY, INC.

**HOWREY LLP**

Case No. C 03-5340 JF                    -2-
NOTICE OF MANUAL FILING