1
2
3
4
5
6

1  The motion of American Blind & Wallpaper Factory, Inc. to Enforce Stipulated Protective
2  Order and to Dedesignate Documents came for hearing before this Court. After considering the papers
3  in support of and in opposition to the motion and the arguments of counsel, the Court hereby GRANTS
4  the motion.

5  IT IS ORDERED that:

6  (1) Plaintiff Google, Inc. ("Google") must abide by the terms of the Stipulated Protective
7  Order by only designating those documents it believes in good faith comply with the provisions of ¶
8  1(b);

9  (2) All documents Google has thus far produced labeled as "Confidential – Attorneys' Eyes
10  Only" under the Stipulated Protective Order are hereby de-designated to "Confidential."

12  Date: _____          _____
                                      United States Magistrate Judge

**HOWREY LLP**

Case No. C 03-5340 JF                    -2-
[Proposed] Order Granting Defendant's Motion to Enforce
Stipulated Protective Order and to Dedesignate Documents