KELLEY DRYE &
WARREN LLP
333 West W

I, Caroline C. Plater declare as follows:

1. I am an attorney at Kelley Drye & Warren LLP, counsel of record for Defendant/Counter-Plaintiff American Blind & Wallpaper Factory, Inc. ("American Blind") in the above-captioned action. I am a member in good standing of the State Bar of Illinois. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Attached hereto as Exhibit A is a true and correct copy of the Stipulated Protective Order entered in this action.

3. Attached hereto as Exhibit B are true and correct copies of documents produced by Plaintiff/Counter-Defendant Google, Inc. ("Google"), with Bates Nos. GOOGLE 19971-19996.

4. Attached hereto as Exhibit C are true and correct copies of documents produced by Google with Bates Nos. GOOGLE 008990-008993.

5. Attached hereto as Exhibit D are true and correct copies of documents produced by Google with Bates Nos. GGE 005313-005314, 005443-005444, 005468-005469, 005531-005533, 005535-005537, 005549-005551, 005571-005572, 005579-005580, 005585-005587, 005606-005607, 005670-005671.

6. Attached hereto as Exhibit E are true and correct copies of documents produced by Google with Bates Nos. GOOGLE 002717-002723.

7. Attached hereto as Exhibit F is a true and correct copy of correspondence from David A. Rammelt to Klaus Hamm, dated November 3, 2005.

8. Attached hereto as Exhibit G is a true and correct copy of correspondence from Klaus Hamm to David A. Rammelt, dated November 8, 2005.

9. Attached hereto as Exhibit H is a true and correct copy of correspondence from David A. Rammelt to Klaus Hamm, dated November 22, 2005.

10. Attached hereto as Exhibit I is a true and correct copy of an e-mail from David A. Rammelt to Klaus Hamm, dated November 29, 2005.

KELLEY DRYE & WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

Case No. C03-5340 JF
Declaration of Caroline C. Plater ISO
Motion to Enforce Stipulated Protective Order
DM_US\8294100.v1

- 2 -

11. Attached hereto as Exhibit J is a true and correct copy of correspondence from Klaus Hamm to David A. Rammelt, dated November 29, 2005.

12. Attached hereto as Exhibit K is a true and correct copy of correspondence from David A. Rammelt to Klaus Hamm, dated November 29, 2005.

13. I and other associates and paralegals involved in this case have been reviewing Google's production in this case. Thus far, I understand we have identified seven entire boxes of production, encompassing the bates ranges GOOGLE 10001 - 23369 and GOOGLE 25385 -27523, which contain nothing but third party trademark complaints and related materials received by Google. I understand that all of these documents are marked as "Confidential - Attorneys' Eyes Only." In addition, Google has identified the bates range GGE 423-56829 as third party trademark complaints and related materials. We believe that all of these documents are marked as "Confidential - Attorneys' Eyes Only."

Executed on December 22, 2005, at Chicago, Illinois.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

/s/ Caroline C. Plater
Caroline C. Plater

## ATTESTATION OF CONCURRENCE OF FILING

I, Ethan B. Andelman, under penalty of perjury of the laws of the United States of America, attest that concurrence in the filing of this document has been obtained from each of the other signatories to this document.

/s/ Ethan B. Andelman
Ethan B. Andelman

KELLEY DRYE & WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

Case No. C03-5340 JF
Declaration of Caroline C. Plater ISO
Motion to Enforce Stipulated Protective Order
DM_US\8294100.v1

- 3 -