# KELLEY DRYE & WARREN LLP
A LIMITED LIABILITY PARTNERSHIP

333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, ILLINOIS 60606

(312) 857-7070

NEW YORK, NY
WASHINGTON, DC
TYSONS CORNER, VA
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICES
JAKARTA, INDONESIA
MUMBAI, INDIA

FACSIMILE
(312) 857-7095
www.kelleydrye.com

DAVID A. RAMMELT
DIRECT LINE: (312) 857-7077
EMAIL: drammelt@kelleydrye.com

November 29, 2005

VIA FACSIMILE (415)397-7188

Klaus Hamm
Keker & Van Nest
710 Sansome Street
San Francisco, California 94111

Re: *Google Inc. v. American Blind & Wallpaper Factory, Inc.*
Case No. C 03-5340-JF (EAI)

Dear Klaus:

This responds to your letter of November 29, 2005. Let me try it this way — kindly identify for us which documents that have been produced by Google to us in this case are to be treated as "Confidential-Attorneys' Eyes Only" pursuant to the Stipulated Protective Order entered into *in this case.*

Sincerely,

David A. Rammelt

DAR/sfd

CH01/RAMMD/203411.1


EXHIBIT K