1
2
3
4
5

1   Pursuant to Civil L.R. 7-11, defendant and counter-plaintiff American Blind & Wallpaper
2   Factory, Inc. ("American Blind") hereby brings this administrative motion for an order to file under
3   seal the following documents being lodged this day with the Clerk of the Court:
4       1. Motion to Enforce Stipulated Protective Order and to Dedesignate Documents.
5       2. Exhibits B thru G to the Declaration of Caroline C. Plater in Support of Motion to
6          Enforce Stipulated Protective Order and to Dedesignate Documents.
7   The only allegedly confidential information attached to or contained within these documents is
8   information designated as such by plaintiff and counter-defendant Google, Inc. ("Google"). Thus,
9   pursuant to Civil L.R. 79-5(d), Google is to file, within five court days, (i) a declaration establishing
10  that the above information is sealable and (ii) a proposed order.

12  DATED: December 23, 2005                HOWREY LLP

15                                          By:    /s/ Ethan B. Andelman
                                                   ROBERT N. PHILLIPS
16                                                 ETHAN B. ANDELMAN

17                                          David A. Rammelt
                                            Susan J. Greenspon
18                                          Dawn M. Beery
                                            KELLEY DRYE & WARREN LLP
19                                          333 West Wacker Drive, Suite 2600
                                            Chicago, IL  60606

20                                          Attorneys for Defendant/Counter-Plaintiff
21                                          AMERICAN BLIND AND WALLPAPER
                                            FACTORY, INC.

**HOWREY LLP**

-2-

American Blind's Administrative Motion for a Sealing Order
Case No. C03-5340 JF
DM_US\8293918.v1