1
2
3
4
5
6

1  The motion of American Blind & Wallpaper Factory, Inc. for an order to compel Plaintiff
2  Google, Inc. ("Google") to comply with Fed. R. Civ. P. 34(b) came for hearing before this Court.
3  After considering the papers in support of and in opposition to the motion and the arguments of
4  counsel, the Court hereby GRANTS the motion.

5  IT IS ORDERED that:

6  Google must label the documents produced thus far in this litigation to correspond to each
7  request or, in the alternative, provide an index to the 24 boxes and 10 CDs that designates the origin of
8  the file for each box and/or CD produced and indicates whether the boxes and/or CDs contain
9  documents from multiple files.

11  Date: _____        _____
                                    United States Magistrate Judge

HOWREY LLP

-2-

Case No. C 03-5340 JF
[Proposed] Order Granting Defendant's Motion to Compel