KELLEY DRYE &
WARREN LLP
333 West W

I, Caroline C. Plater declare as follows:

1. I am an attorney at Kelley Drye & Warren LLP, counsel of record for Defendant/Counter-Plaintiff American Blind & Wallpaper Factory, Inc. ("American Blind") in the above-captioned action. I am a member in good standing of the State Bar of Illinois. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Attached hereto as Exhibit A is a true and correct copy of American Blind & Wallpaper Factory, Inc.'s First Set of Requests for Production of Documents and Things to Google, Inc., dated April 20, 2005.

3. Attached hereto as Exhibit B is a true and correct copy of Plaintiff and Counter-Defendant Google Inc.'s Responses and Objections to American Blind & Wallpaper Factory, Inc.'s First Set of Requests for Production of Documents and Things to Google, Inc., dated June 21, 2005.

4. Attached hereto as Exhibit C is a true and correct copy of an e-mail from David A. Rammelt to Klaus Hamm, dated November 29, 2005.

5. Attached hereto as Exhibit D is a true and correct copy of correspondence from Klaus Hamm to David A. Rammelt, dated November 29, 2005.

6. Attached hereto as Exhibit E is a true and correct copy of Google Inc.'s Responses and Objections to Defendant and Counter-Plaintiff American Blind & Wallpaper Factory, Inc.'s First Set of Interrogatories, dated June 21, 2005.

7. Attached hereto as Exhibit F is a true and correct copy of correspondence from Klaus Hamm to David A. Rammelt, dated December 5, 2005.

Executed on December 22, 2005, at Chicago, Illinois.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

/s/ Caroline C. Plater
Caroline C. Plater

KELLEY DRYE & WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

Case No. C03-5340 JF
Declaration of Caroline C. Plater ISO
Motion to Enforce Stipulated Protective Order
DM_US\8294178.v1

- 2 -

## ATTESTATION OF CONCURRENCE OF FILING

I, Ethan B. Andelman, under penalty of perjury of the laws of the United States of America, attest that concurrence in the filing of this document has been obtained from each of the other signatories to this document.

/s/ Ethan B. Andelman
Ethan B. Andelman

KELLEY DRYE & WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

Case No. C03-5340 JF
Declaration of Caroline C. Plater ISO
Motion to Enforce Stipulated Protective Order
DM_US\8294178.v1

- 3 -