1  KEKER & VAN NEST, LLP
   MICHAEL H. PAGE - #154913
2  MARK A. LEMLEY - #155830
   KLAUS H. HAMM - #224905
3  710 Sansome Street
   San Francisco, CA 94111-1704
4  Telephone: (415) 391-5400
   Facsimile: (415) 397-7188
5
   Attorneys for Plaintiff and Counter Defendant
6  GOOGLE INC. and Third-Party Defendants
   ASK JEEVES, INC. and EARTHLINK, INC.
7

**FILE COPY**

8                UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  GOOGLE INC., a Delaware corporation,          Case No. C 03-5340-JF (EAI)

12                              Plaintiff,        **PLAINTIFF AND COUNTER-
                                                  DEFENDANT GOOGLE INC.'S**
13        v.                                      **RESPONSES AND OBJECTIONS TO
                                                  AMERICAN BLIND & WALLPAPER**
14  AMERICAN BLIND & WALLPAPER                    **FACTORY, INC.'S FIRST SET OF
    FACTORY, INC., a Delaware corporation**       **REQUESTS FOR PRODUCTION OF**
15  d/b/a decoratetoday.com, Inc. and DOES 1-     **DOCUMENTS AND THINGS FROM
    100, inclusive,**                             **GOOGLE, INC.**
16
                                Defendants.
17
    AMERICAN BLIND & WALLPAPER
18  FACTORY, INC., a Delaware corporation
    d/b/a decoratetoday.com, Inc.,
19
                           Counter Plaintiff,
20
          v.
21
    GOOGLE INC., AMERICA ONLINE, INC.,
22  NETSCAPE COMMUNICATIONS
    CORPORATION, COMPUSERVE
23  INTERACTIVE SERVICES, INC., ASK
    JEEVES, INC., and EARTHLINK, INC.,
24
                      Counter Defendant/
25                    Third-Party Defendants.

26

27

28

**EXHIBIT**

**B**

351278.01

Google's Resp... ...American Blind's
First Set of Reques... ...cuments And Things
...AI)

F 6-21-05

Dockets.Justia.com

Pursuant to Federal Rules of Civil Procedure 26 and 34 and Local Civil Rule 26, Plaintiff and Counter-Defendant Google Inc. ("Google") hereby objects to Defendant and Counter-Plaintiff American Blind & Wallpaper Factory, Inc.'s ("American Blind") First Set of Requests For Production of Documents and Things From Google, as follows:

## GENERAL OBJECTIONS

1.     Google objects to each instruction, definition, or request for production that attempts to impose any requirement or discovery obligation greater than or different from those imposed by the Federal Rules of Civil Procedure or any applicable rules or orders of the Court. Google will not comply with any attempt to impose obligations not compelled by the foregoing provisions.

2.     Google objects to American Blind's definition of the phrase "AdWords Program" as "the advertising program described by Google at the Web site *adwords.google.com*," on the ground that the definition is vague, ambiguous, and overbroad.

3.     Google objects to American Blind's definition of the words "Keyword" and "Keywords" as having "the same meaning as the term 'keyword' or 'search query' used by Google as part of its AdWords Program," on the ground that the definition is vague, ambiguous, and overbroad.

4.     Google objects to American Blind's definition of the phrase "American Blind Marks" as "shall include any one of, and all of, the terms American Blind & Wallpaper Factory, American Blind Factory, American Blind, American Blinds, Decoratetoday, decoratetoday and/or decoratetoday.com" on the ground that the definition is vague, ambiguous, and overbroad, and to the extent that the term "American Blind Marks" ascribed any legal significance to these terms.

5.     Google objects to the Document Requests to the extent they seek information protected by the attorney-client privilege, the work-product doctrine, or any other applicable protection from disclosure.  Any inadvertent disclosure of such information does not constitute a waiver of any such privilege or protection.

6.     Google objects to the Document Requests to the extent they are oppressive,

1

351278.01

1    overly broad, unduly burdensome, or not reasonably calculated to lead to the discovery of

2    admissible evidence.

3         7.    Google objects to these Document Requests to the extent they purport to request

4    information that is readily obtainable from American Blind or from other sources which are less

5    burdensome or less expensive.

6         8.    Google objects to these Document Requests to the extent they purport to give

7    meaning or legal significance to a document, fact or purported fact, whose meaning or

8    significance is the subject of dispute between the parties.  Google's responses to these Document

9    Requests will not constitute any admissions or concessions to the definitions used in the

10   Document Requests.

11        9.    Google objects to these Document Requests to the extent they seek confidential

12   and/or proprietary information.  Google will not produce any documents containing such

13   information until an appropriate protective order has been entered in this lawsuit.

14       10.    Google reserves the right to use or introduce, for any hearing or trial, information

15   not known to exist at this time, including information obtained through discovery in this

16   litigation.

17       11.    Google incorporates these General Objections into each specific objection below.

18   A specific objection may restate an objection for emphasis or some other reason.  The failure to

19   restate any General Objection in a specific objection shall not constitute a waiver of the

20   objection.

21   **DOCUMENT REQUESTS**

22   **REQUEST FOR PRODUCTION NO. 1:**

23       All documents referring or relating to the marketing, bidding, sale or other use of any of

24   the American Blind Marks in connection with the AdWords Program.

25   **RESPONSE TO REQUEST FOR PRODUCTION NO. 1:**

26       Google objects to this request to the extent it seeks confidential and proprietary

27   information.  Google will not produce any documents containing such information until an

28

2

1    appropriate protective order has been entered in this lawsuit. Google further objects to this

2    request on the ground that the phrase "marketing, bidding, sale or other use" is vague and

3    ambiguous. Google further objects to this request on the ground that it is compound, overbroad,

4    and unduly burdensome. Google further objects to this request to the extent that it seeks

5    information neither relevant to the claim or defense of any party, nor reasonably calculated to

6    lead to the discovery of admissible evidence.

7         Subject to the foregoing objections, Google will produce non-privileged documents

8    within its possession that are responsive to this request, to the extent such documents exist.

9    **REQUEST FOR PRODUCTION NO. 2:**

10         All documents referring or relating to the use of the American Blind Marks as Keywords,

11    search terms or AdWords in the AdWords Program.

12    **RESPONSE TO REQUEST FOR PRODUCTION NO. 2:**

13         Google objects to this request to the extent it seeks confidential and proprietary

14    information. Google will not produce any documents containing such information until an

15    appropriate protective order has been entered in this lawsuit. Google further objects to this

16    request on the ground that the phrases "search terms" and "AdWords" are vague and ambiguous.

17    Google further objects to this request on the ground that it is compound, overbroad and unduly

18    burdensome.

19         Subject to the foregoing objections, Google will produce non-privileged documents

20    within its possession that are responsive to this request, to the extent such documents exist.

21    **REQUEST FOR PRODUCTION NO. 3:**

22         All documents that refer to the selling or marketing of trademarks in connection with the

23    AdWords Program.

24    **RESPONSE TO REQUEST FOR PRODUCTION NO. 3:**

25         Google objects to this request to the extent it seeks confidential and proprietary

26    information. Google will not produce any documents containing such information until an

27    appropriate protective order has been entered in this lawsuit. Google further objects to this

28

351278.01

request on the ground that the phrase "selling or marketing of trademarks" is vague and ambiguous. Google further objects to this request on the ground that it is compound, overbroad, and unduly burdensome. Google further objects to this request to the extent that it seeks documents protected from disclosure by the attorney-client privilege or work-product doctrine. Google further objects to this request to the extent it seeks information neither relevant to the claim or defense of any party, nor reasonably calculated to lead to the discovery of admissible evidence. In particular, Google objects to the extent this request calls for any documents relating to foreign trademarks.

Subject to the foregoing objections, Google will produce non-privileged documents within its possession, if any, that are responsive to this request.

**REQUEST FOR PRODUCTION NO. 4:**

All documents referring or relating to Google's suggestions, recommendations or other communications to its advertising customers that they consider the use or purchase of one or more of the American Blind Marks as Keywords, search terms or AdWords.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 4:**

Google objects to this request to the extent it seeks confidential and proprietary information. Google will not produce any documents containing such information until an appropriate protective order has been entered in this lawsuit. Google further objects to this request on the ground that the phrases "suggestions, recommendations or other communications," "advertising customers," "search terms," and "AdWords" are vague and ambiguous. Google further objects to this request on the ground that it is compound, overbroad, and unduly burdensome.

Subject to the foregoing objections, Google will produce non-privileged documents within its possession, if any, that are responsive to this request.

**REQUEST FOR PRODUCTION NO. 5:**

All documents directed to or received from Google's sales or account representatives referring to the selling or marketing of trademarks in general, or the American Blind Marks in

351278.01

1  particular, as Keywords, search terms or AdWords.

2  **RESPONSE TO REQUEST FOR PRODUCTION NO. 5:**

3      Google objects to this request to the extent it seeks confidential and proprietary

4  information.  Google will not produce any documents containing such information until an

5  appropriate protective order has been entered in this lawsuit.  Google further objects to this

6  request on the ground that the phrases "selling or marketing," "search terms," and "AdWords"

7  are vague and ambiguous.  Google further objects to this request on the ground that it is

8  compound.  Google further objects to this request on the ground that it is overbroad and unduly

9  burdensome to the extent that it requests documents related to the "selling or marketing of

10  trademarks" other than the American Blind Marks.  Google further objects to this request to the

11  extent that it seeks documents protected from disclosure by the attorney-client privilege or work-

12  product doctrine.  Google further objects to this request to the extent that it seeks information

13  neither relevant to the claim or defense of any party, nor reasonably calculated to lead to the

14  discovery of admissible evidence.  In particular, Google objects to the extent this request calls

15  for any documents relating to foreign trademarks.

16      Subject to the foregoing objections, Google will produce non-privileged documents

17  within its possession, if any, related to the selling or marketing of the American Blind Marks as

18  keyword triggers.

19  **REQUEST FOR PRODUCTION NO. 6:**

20      All documents referring or relating to the selection, use or purchase of one or more of the

21  American Blind Marks as Keywords, search terms or AdWords by Google's advertising

22  customers.

23  **RESPONSE TO REQUEST FOR PRODUCTION NO. 6:**

24      Google objects to this request to the extent it seeks confidential and proprietary

25  information.  Google will not produce any documents containing such information until an

26  appropriate protective order has been entered in this lawsuit.  Google further objects to this

27  request on the ground that the phrases "selection, use or purchase," "search terms," and

28

**Google's Responses And Objections To American Blind's
First Request For Production Of Documents And Things
Case No. C 03-5340-JF (EAI)**

351278.01

1  "AdWords" are vague and ambiguous.  Google further objects to this request on the ground that

2  it is compound and unduly burdensome.  Google further objects to this request to the extent that

3  it seeks documents protected from disclosure by the attorney-client privilege or work-product

4  doctrine.

5  Subject to the foregoing objections, Google will produce non-privileged documents

6  within its possession, if any, that are responsive to this request.

7  **REQUEST FOR PRODUCTION NO. 7:**

8  All documents referring to, reflecting, or relating to communications between Google and

9  any third person regarding Google's sale of that party's trademarks as Keywords, including but

10  not limited to cease and desist letters received by Google from trademark owners.

11  **RESPONSE TO REQUEST FOR PRODUCTION NO. 7:**

12  Google objects to this request to the extent it seeks confidential and proprietary

13  information.  Google will not produce any documents containing such information until an

14  appropriate protective order has been entered in this lawsuit.  Google further objects to this

15  request on the ground that it is vague and ambiguous.  Google further objects on the ground that

16  its request for communications about trademarks other than any trademarks that comprise the

17  American Blind Marks renders it overbroad and unduly burdensome.  Google further objects to

18  this request to the extent that it seeks documents protected from disclosure by the attorney-client

19  privilege or work-product doctrine.  Google further objects to this request to the extent that it

20  seeks information neither relevant to the claim or defense of any party, nor reasonably calculated

21  to lead to the discovery of admissible evidence.  In particular, Google objects to the extent this

22  request calls for any documents relating to foreign trademarks.

23  Subject to the foregoing objections, Google will produce non-privileged documents

24  within its possession, if any, related to Google communications with American Blind about the

25  sale of the American Blind Marks as keywords.

26  **REQUEST FOR PRODUCTION NO. 8:**

27  All documents referring to, relating to, or consisting of settlement agreements or any

28

6

351278.01

1    other documents memorializing settlement arrangements between Google and a third-party

2    relating to Google's sale of the third-party's trademarks as Keywords.

3    **RESPONSE TO REQUEST FOR PRODUCTION NO. 8:**

4        Google objects to this request to the extent it seeks confidential and proprietary

5    information. Google will not produce any documents containing such information until an

6    appropriate protective order has been entered in this lawsuit. Google further objects to this

7    request on the ground that it is vague, ambiguous, overbroad and unduly burdensome. Google

8    further objects to this request to the extent that it seeks documents protected from disclosure by

9    the attorney-client privilege or work-product doctrine. Google further objects to this request on

10   the ground that it seeks the confidential information of third parties. Google further objects to

11   this request to the extent that it seeks information neither relevant to the claim or defense of any

12   party, nor reasonably calculated to lead to the discovery of admissible evidence. In particular,

13   Google objects to the extent this request calls for any documents relating to foreign trademarks.

14       Subject to the foregoing objections, Google will produce documents non-privileged

15   documents within its possession that are responsive to this request.

16   **REQUEST FOR PRODUCTION NO. 9:**

17       All documents relating or referring to the appearance of any American Blind Mark as one

18   of the "More Specific Keywords" or "Similar Keywords" in the Google AdWords Keyword

19   Suggestions part of the Google website.

20   **RESPONSE TO REQUEST FOR PRODUCTION NO. 9:**

21       Google objects to this request to the extent it seeks confidential and proprietary

22   information. Google will not produce any documents containing such information until an

23   appropriate protective order has been entered in this lawsuit. Google further objects to this

24   request on the ground that the phrases "More Specific Keywords," "Similar Keywords," and

25   "Google AdWords Keyword Suggestions part of the Google website" are vague and ambiguous.

26   Google further objects to this request on the ground that it is compound and unduly burdensome.

27   Google further objects to this request to the extent that it seeks documents protected from

28

351278.01

1   disclosure by the attorney-client privilege or work-product doctrine.

2           Subject to the foregoing objections, Google will produce non-privileged documents

3   within its possession, if any, that are responsive to this request.

4   **REQUEST FOR PRODUCTION NO. 10:**

5           All documents referring or relating to any consideration by Google of the possibility of

6   removing the American Blind Marks from the AdWords Program.

7   **RESPONSE TO REQUEST FOR PRODUCTION NO. 10:**

8           Google objects to this request to the extent it seeks confidential and proprietary

9   information. Google will not produce any documents containing such information until an

10  appropriate protective order has been entered in this lawsuit. Google further objects to this

11  request on the ground that it is vague, ambiguous, and unduly burdensome. Google further

12  objects to this request to the extent that it seeks documents protected from disclosure by the

13  attorney-client privilege or work-product doctrine.

14          Subject to the foregoing objections, Google will produce non-privileged documents

15  within its possession, if any, that are responsive to this request.

16  **REQUEST FOR PRODUCTION NO. 11:**

17          All documents referring or relating to any consideration by Google of the possibility of

18  prohibiting advertisers or potential advertisers from bidding on, purchasing, or otherwise using

19  the trademarks of others as part of the AdWords Program.

20  **RESPONSE TO REQUEST FOR PRODUCTION NO. 11:**

21          Google objects to this request to the extent it seeks confidential and proprietary

22  information. Google will not produce any documents containing such information until an

23  appropriate protective order has been entered in this lawsuit. Google further objects to this

24  request on the ground that it is vague, ambiguous, and unduly burdensome. Google further

25  objects to this request to the extent that it seeks documents protected from disclosure by the

26  attorney-client privilege or work-product doctrine. Google further objects to this request to the

27  extent that it seeks information neither relevant to the claim or defense of any party, nor

28

**Google's Responses And Objections To American Blind's**
**First Request For Production Of Documents And Things**
**Case No. C 03-5340-JF (EAI)**

351278.01

1  reasonably calculated to lead to the discovery of admissible evidence. In particular, Google

2  objects to the extent this request calls for any documents relating to foreign trademarks.

3        Subject to the foregoing objections, Google will produce non-privileged documents

4  within its possession, if any, that are responsive to this request.

5  **REQUEST FOR PRODUCTION NO. 12:**

6        All documents that you considered, that reflect, or that otherwise relate to your response

7  to Interrogatory No. 1.

8  **RESPONSE TO REQUEST FOR PRODUCTION NO. 12:**

9        Google hereby incorporates all objections set forth in its response to Interrogatory No. 1

10  from American Blind's First Set of Interrogatories To Google. Google further objects to this

11  request to the extent it seeks confidential and proprietary information. Google will not produce

12  any documents containing such information until an appropriate protective order has been

13  entered in this lawsuit. Google further objects to this request on the ground that its use of the

14  phrase "Interrogatory No. 1" is vague, ambiguous. Google further objects to this request on the

15  ground that it is overbroad and unduly burdensome. Google further objects to this request to the

16  extent that it seeks documents protected from disclosure by the attorney-client privilege or work-

17  product doctrine.

18        Subject to the foregoing objections, Google will produce non-privileged documents

19  within its possession, if any, that are responsive to this request.

20  **REQUEST FOR PRODUCTION NO. 13:**

21        All documents referring or relating to any financial or other impact on Google that it

22  identified as a potential outcome of the removal of the American Blind Marks from the AdWords

23  Program.

24  **RESPONSE TO REQUEST FOR PRODUCTION NO. 13:**

25        Google objects to this request to the extent it seeks confidential and proprietary

26  information. Google will not produce any documents containing such information until an

27  appropriate protective order has been entered in this lawsuit. Google further objects to this

28

9

351278.01

1    request on the ground that the phrase "other impact" is vague and ambiguous.  Google further

2    objects to this request on the ground that it is compound, overbroad, and unduly burdensome.

3    Google further objects to this request to the extent that it seeks documents protected from

4    disclosure by the attorney-client privilege or work-product doctrine.

5        Subject to the foregoing objections, Google will produce non-privileged documents

6    within its possession, if any, that are responsive to this request.

7    **REQUEST FOR PRODUCTION NO. 14:**

8        All documents referring or relating to, reflecting, considering, or analyzing any financial

9    or other impact on Google that it identified as a potential outcome of prohibiting advertisers from

10   purchasing the trademarks of others as part of the AdWords Program.

11   **RESPONSE TO REQUEST FOR PRODUCTION NO. 14:**

12       Google objects to this request to the extent it seeks confidential and proprietary

13   information.  Google will not produce any documents containing such information until an

14   appropriate protective order has been entered in this lawsuit.  Google further objects to this

15   request on the ground that the phrase "other impact" is vague and ambiguous.  Google further

16   objects to this request on the ground that it is compound, overbroad and unduly burdensome.

17   Google further objects to this request to the extent that it seeks documents protected from

18   disclosure by the attorney-client privilege or work-product doctrine.  Google further objects to

19   this request to the extent that it seeks information neither relevant to the claim or defense of any

20   party, nor reasonably calculated to lead to the discovery of admissible evidence.  In particular,

21   Google objects to the extent this request calls for any documents relating to foreign trademarks.

22       Subject to the foregoing objections, Google will produce non-privileged documents

23   within its possession, if any, that are responsive to this request.

24   **REQUEST FOR PRODUCTION NO. 15:**

25       All documents referring or relating to any Google policies, guidelines or other written

26   guidance concerning the use of trademarks as Keywords, search terms or AdWords in the

27   AdWords Program, including all documents referring or relating to any change in or

28

10

---

**Google's Responses And Objections To American Blind's**
**First Request For Production Of Documents And Things**
**Case No. C 03-5340-JF (EAI)**

1    modification to such policies, guidelines or other written guidance.

2    **RESPONSE TO REQUEST FOR PRODUCTION NO. 15:**

3         Google objects to this request to the extent it seeks confidential and proprietary

4    information. Google will not produce any documents containing such information until an

5    appropriate protective order has been entered in this lawsuit. Google further objects to this

6    request on the ground that the phrases "policies, guidelines or other written guidance," "search

7    terms," and "AdWords" are vague and ambiguous. Google further objects to this request on the

8    ground that it is compound, overbroad, and unduly burdensome. Google further objects to this

9    request to the extent that it seeks documents protected from disclosure by the attorney-client

10   privilege or work-product doctrine. Google further objects to this request to the extent that it

11   seeks information neither relevant to the claim or defense of any party, nor reasonably calculated

12   to lead to the discovery of admissible evidence. In particular, Google objects to the extent this

13   request calls for any documents relating to foreign trademarks.

14        Subject to the foregoing objections, Google will produce non-privileged documents

15   within its possession, if any, that are responsive to this request.

16   **REQUEST FOR PRODUCTION NO. 16:**

17        Documents sufficient to show the revenues and profits, or any estimates of revenues or

18   profits, earned or expected to be earned by Google from the AdWords Program from its

19   inception to the date Google produces documents responsive to this request, including

20   documents that substantiate such earnings and profits.

21   **RESPONSE TO REQUEST FOR PRODUCTION NO. 16:**

22        Google objects to this request to the extent it seeks confidential and proprietary

23   information. Google will not produce any documents containing such information until an

24   appropriate protective order has been entered in this lawsuit. Google further objects to this

25   request on the ground that it is compound, vague, ambiguous, overbroad and unduly

26   burdensome. Google further objects to this request to the extent that it seeks information neither

27   relevant to the claim or defense of any party, nor reasonably calculated to lead to the discovery

28

11

351278.01

1    of admissible evidence.

2        Subject to the foregoing objections, Google will produce non-privileged documents

3    within its possession, if any, that are responsive to this request.

4    **REQUEST FOR PRODUCTION NO. 17:**

5        All documents relating to any revenues and profits, or any estimates of revenues or

6    profits earned or expected to be earned by Google from the sale of the American Blind Marks as

7    Keywords, search terms or AdWords in the AdWords Program.

8    **RESPONSE TO REQUEST FOR PRODUCTION NO. 17:**

9        Google objects to this request to the extent it seeks confidential and proprietary

10   information.  Google will not produce any documents containing such information until an

11   appropriate protective order has been entered in this lawsuit.  Google further objects to this

12   request on the ground that the phrases "search terms" and "Adwords" are vague and ambiguous.

13   Google further objects to this request on the ground that it is compound and unduly burdensome.

14   Google further objects to this request to the extent that it seeks documents protected from

15   disclosure by the attorney-client privilege or work-product doctrine.

16       Subject to the foregoing objections, Google will produce non-privileged documents

17   within its possession, if any, that are responsive to this request.

18   **REQUEST FOR PRODUCTION NO. 18:**

19       All documents relating to any revenues and profits, or any estimates of revenues or

20   profits, earned or expected to be earned by Google from the sale of trademarks as Keywords,

21   search terms or AdWords in the AdWords Program.

22   **RESPONSE TO REQUEST FOR PRODUCTION NO. 18:**

23       Google objects to this request to the extent it seeks confidential and proprietary

24   information.  Google will not produce any documents containing such information until an

25   appropriate protective order has been entered in this lawsuit.  Google further objects to this

26   request on the ground that the phrases "search terms" and "AdWords" are vague and ambiguous.

27   Google further objects to this request on the ground that it is compound, overbroad, and unduly

28

**Google's Responses And Objections To American Blind's**
**First Request For Production Of Documents And Things**
**Case No. C 03-5340-JF (EAI)**

351278.01

1   burdensome.  Google further objects to this request to the extent that it seeks documents

2   protected from disclosure by the attorney-client privilege or work-product doctrine.  Google

3   further objects to this request to the extent that it seeks information neither relevant to the claim

4   or defense of any party, nor reasonably calculated to lead to the discovery of admissible

5   evidence.  In particular, Google objects to the extent this request calls for any documents relating

6   to foreign trademarks.

7        Subject to the foregoing objections, Google will produce non-privileged documents

8   within its possession, if any, that are responsive to this request.

9   **REQUEST FOR PRODUCTION NO. 19:**

10       All reports, disclosure statements, and other documents relating to any submission by

11   Google to any regulatory or governmental agency referring or relating to the AdWords Program.

12   **RESPONSE TO REQUEST FOR PRODUCTION NO. 19:**

13       Google objects to this request to the extent it seeks confidential and proprietary

14   information.  Google will not produce any documents containing such information until an

15   appropriate protective order has been entered in this lawsuit.  Google further objects to this

16   request on the ground that it is compound, vague, ambiguous, overbroad and unduly

17   burdensome.  Google further objects to this request to the extent that it seeks information neither

18   relevant to the claim or defense of any party, nor reasonably calculated to lead to the discovery

19   of admissible evidence.  Google further objects to this request to the extent that it seeks

20   information neither relevant to the claim or defense of any party, nor reasonably calculated to

21   lead to the discovery of admissible evidence.  In particular, Google objects to the extent this

22   request calls for any documents relating to foreign trademarks.

23       Subject to the foregoing objections, Google will produce non-privileged documents

24   within its possession, if any, that are responsive to this request.

25   **REQUEST FOR PRODUCTION NO. 20:**

26       All non-privileged documents relating to any analysis, review, or consideration of any

27   legal issue by any person relating in any way to the use of trademarks in the AdWords Program.

28

13

351278.01

1    **RESPONSE TO REQUEST FOR PRODUCTION NO. 20:**

2            Google objects to this request to the extent it seeks confidential and proprietary

3    information. Google will not produce any documents containing such information until an

4    appropriate protective order has been entered in this lawsuit. Google further objects to this

5    request on the ground that the phrase "analysis, review or consideration of any legal issue" is

6    vague and ambiguous. Google further objects to this request on the ground that it is compound,

7    overbroad, and unduly burdensome. Google further objects to this request to the extent that it

8    seeks documents protected from disclosure by the attorney-client privilege or work-product

9    doctrine. Google further objects to this request to the extent that it seeks information neither

10   relevant to the claim or defense of any party, nor reasonably calculated to lead to the discovery

11   of admissible evidence. In particular, Google objects to the extent this request calls for any

12   documents relating to foreign trademarks.

13           Subject to the foregoing objections, Google will produce non-privileged documents

14   within its possession, if any, that are responsive to this request.

15   **REQUEST FOR PRODUCTION NO. 21:**

16           All non-privileged documents referring or relating to any legal opinion obtained by

17   Google regarding the use or inclusion of trademarks as Keywords, search terms or AdWords in

18   Google AdWords Program.

19   **RESPONSE TO REQUEST FOR PRODUCTION NO. 21:**

20           Google objects to this request to the extent it seeks confidential and proprietary

21   information. Google will not produce any documents containing such information until an

22   appropriate protective order has been entered in this lawsuit. Google further objects to this

23   request on the ground that the phrases "legal opinion," "search terms," and "AdWords" are

24   vague and ambiguous. Google further objects to this request on the ground that it is compound

25   and unduly burdensome. Google further objects to this request to the extent that it seeks

26   documents protected from disclosure by the attorney-client privilege or work-product doctrine.

27   Google further objects to this request to the extent that it seeks information neither relevant to the

28

14

351278.01

1   claim or defense of any party, nor reasonably calculated to lead to the discovery of admissible

2   evidence. In particular, Google objects to the extent this request calls for any documents relating

3   to foreign trademarks.

4         Subject to the foregoing objections, Google will produce non-privileged documents

5   within its possession, if any, that are responsive to this request.

6   **REQUEST FOR PRODUCTION NO. 22:**

7         All non-privileged documents referring or relating to any legal opinion obtained by

8   Google in connection with the change in its AdWords Program to allow use of trademarks as

9   Keywords, search terms or AdWords.

10  **RESPONSE TO REQUEST FOR PRODUCTION NO. 22:**

11        Google objects to this request as duplicative of Request No. 21. Google further objects to

12  this request to the extent it seeks confidential and proprietary information. Google will not

13  produce any documents containing such information until an appropriate protective order has

14  been entered in this lawsuit. Google further objects to this request on the ground that the phrases

15  "search terms" and "AdWords" are vague and ambiguous. Google further objects to this request

16  on the ground that it is unduly burdensome. Google further objects to this request to the extent

17  that it seeks documents protected from disclosure by the attorney-client privilege or work-

18  product doctrine. Google further objects to this request to the extent that it seeks information

19  neither relevant to the claim or defense of any party, nor reasonably calculated to lead to the

20  discovery of admissible evidence. In particular, Google objects to the extent this request calls

21  for any documents relating to foreign trademarks.

22        Subject to the foregoing objections, Google will produce non-privileged documents

23  within its possession, if any, that are responsive to this request.

24  **REQUEST FOR PRODUCTION NO. 23:**

25        All documents on which Google intends to rely to defend against the claims of willful

26  infringement and other intentional violations of law as alleged by American Blind in this lawsuit.

27

28
                                    15
         **Google's Responses And Objections To American Blind's**
         **First Request For Production Of Documents And Things**
                      **Case No. C 03-5340-JF (EAI)**

351278.01

1    **RESPONSE TO REQUEST FOR PRODUCTION NO. 23:**

2         Google objects to this request to the extent it seeks confidential and proprietary

3    information. Google will not produce any documents containing such information until an

4    appropriate protective order has been entered in this lawsuit. Google further objects to this

5    requests on the grounds that it is compound, vague, ambiguous, and unduly burdensome.

6    Google further objects to this request to the extent that it seeks documents protected from

7    disclosure by the attorney-client privilege or work-product doctrine.

8         Subject to the foregoing objections, Google will produce non-privileged documents

9    within its possession, if any, that are responsive to this request.

10   **REQUEST FOR PRODUCTION NO. 24:**

11        All documents referring or relating to every instance in which any of the American Blind

12   Marks has been offered for sale or has been sold as a Keyword, search term or AdWord in

13   Google AdWords Program.

14   **RESPONSE TO REQUEST FOR PRODUCTION NO. 24:**

15        Google objects to this request to the extent it seeks confidential and proprietary

16   information. Google will not produce any documents containing such information until an

17   appropriate protective order has been entered in this lawsuit. Google further objects to this

18   request on the ground that the phrases "search term" and "AdWord" are vague and ambiguous.

19   Google further objects to this request on the ground that it is compound and unduly burdensome.

20   Google further objects to this request to the extent that it seeks documents protected from

21   disclosure by the attorney-client privilege or work-product doctrine.

22        Subject to the foregoing objections, Google will produce non-privileged documents

23   within its possession, if any, that are responsive to this request.

24   **REQUEST FOR PRODUCTION NO. 25:**

25        All documents referring or relating to every instance in which Google has included one or

26   more of the American Blind Marks as a "More Specific Keywords" or "Similar Keywords" in

27   the Google AdWords Keyword Suggestions.

28
**Google's Responses And Objections To American Blind's**
**First Request For Production Of Documents And Things**
**Case No. C 03-5340-JF (EAI)**

351278.01

1    **RESPONSE TO REQUEST FOR PRODUCTION NO. 25:**

2           Google objects to this request to the extent it seeks confidential and proprietary

3    information. Google will not produce any documents containing such information until an

4    appropriate protective order has been entered in this lawsuit. Google further objects to this

5    request on the ground that the phrases "More Specific Keywords," "Similar Keywords," and

6    "Google AdWords Keyword Suggestions" are vague and ambiguous. Google further objects to

7    this request on the ground that it is compound and unduly burdensome. Google further objects to

8    this request to the extent that it seeks documents protected from disclosure by the attorney-client

9    privilege or work-product doctrine.

10          Subject to the foregoing objections, Google will produce non-privileged documents

11   within its possession, if any, that are responsive to this request.

12   **REQUEST FOR PRODUCTION NO. 26:**

13          Documents relating to any instance in which Google has declined to allow an advertiser

14   or AdWords customer to use, or continue to use, another person's trademark as a Keyword,

15   search term or AdWord.

16   **RESPONSE TO REQUEST FOR PRODUCTION NO. 26:**

17          Google objects to this request to the extent it seeks confidential and proprietary

18   information. Google will not produce any documents containing such information until an

19   appropriate protective order has been entered in this lawsuit. Google further objects to this

20   request on the ground that the phrases "AdWords customer," "search term," and "AdWord" are

21   vague and ambiguous. Google further objects to this request on the ground that it is compound,

22   overbroad, and unduly burdensome. Google further objects to this request to the extent that it

23   seeks documents protected from disclosure by the attorney-client privilege or work-product

24   doctrine. Google further objects to this request to the extent that it seeks information neither

25   relevant to the claim or defense of any party, nor reasonably calculated to lead to the discovery

26   of admissible evidence. In particular, Google objects to the extent this request calls for any

27   documents relating to foreign trademarks.

28

**Google's Responses And Objections To American Blind's**
**First Request For Production Of Documents And Things**
**Case No. C 03-5340-JF (EAI)**

1    Subject to the foregoing objections, Google will produce non-privileged documents

2    within its possession, if any, that are responsive to this request.

3    **REQUEST FOR PRODUCTION NO. 27:**

4    All documents that you considered, that reflect, or that otherwise relate to your response

5    to Interrogatory No. 2.

6    **RESPONSE TO REQUEST FOR PRODUCTION NO. 27:**

7    Google hereby incorporates all objections set forth in its response to Interrogatory No. 2

8    from American Blind's First Set of Interrogatories To Google.  Google further objects to this

9    request to the extent it seeks confidential and proprietary information.  Google will not produce

10   any documents containing such information until an appropriate protective order has been

11   entered in this lawsuit.  Google further objects to this request on the ground that its use of the

12   phrase "Interrogatory No. 2" is vague, ambiguous.  Google further objects to this request on the

13   ground that it is overbroad and unduly burdensome.  Google further objects to this request to the

14   extent that it seeks documents protected from disclosure by the attorney-client privilege or work-

15   product doctrine.

16   Subject to the foregoing objections, Google will produce non-privileged documents

17   within its possession, if any, that are responsive to this request.

18   **REQUEST FOR PRODUCTION NO. 28:**

19   To the extent not already produced in response to the preceding requests, for each and

20   every sponsored listing that has been triggered by one or more of the American Blind Marks, or

21   that included one or more of the American Blind Marks in the text of the sponsored listing,

22   documents reflecting:

23   • The advertiser responsible for such sponsored listing;

24   • The total number of clicks registered on or through each such sponsored listing; and

25   • The total amount of revenue to Google, or if no such documents are available, the
26   estimated amount of revenue to Google, generated by the total number of clicks
     registered on each such sponsored listing.

27

28

351278.01

1   **RESPONSE TO REQUEST FOR PRODUCTION NO. 28:**

2       Google objects to this request to the extent it seeks confidential and proprietary

3   information. Google will not produce any documents containing such information until an

4   appropriate protective order has been entered in this lawsuit. Google further objects to this

5   request on the ground that the phrases "sponsored listing," "triggered," and "clicks" are vague

6   and ambiguous. Google further objects to this request on the ground that it is compound,

7   overbroad and unduly burdensome.

8       Subject to the foregoing objections, Google will produce non-privileged documents

9   within its possession, if any, that are responsive to this request.

10  **REQUEST FOR PRODUCTION NO. 29:**

11      To the extent not already produced in response to the preceding requests, for each of the

12  American Blind Marks, documents reflecting the total number of the following, by month and

13  year, when each such mark was used as a Keyword, search term or AdWord, whether alone or in

14  conjunction with other words as part of a search query:

15        ●    Impressions;

16        ●    Clicks on or through sponsored listings triggered by such search queries; and

17        ●    The total number of searches on Google or any third-party website initiated with
     one or more of the American Blind Marks as one of the words used in the search

18             request.

19  **RESPONSE TO REQUEST FOR PRODUCTION NO. 29:**

20      Google objects to this request to the extent it seeks confidential and proprietary

21  information. Google will not produce any documents containing such information until an

22  appropriate protective order has been entered in this lawsuit. Google further objects to this

23  request on the ground that the phrases "search term," "AdWord," "Impressions," "Clicks on or

24  through," "searches," and "search request" are vague and ambiguous. Google further objects to

25  this request on the ground that it is compound, overbroad, and unduly burdensome.

26      Subject to the foregoing objections, Google will produce non-privileged documents

27  within its possession, if any, that are responsive to this request.

28

19

**Google's Responses And Objections To American Blind's**
**First Request For Production Of Documents And Things**
**Case No. C 03-5340-JF (EAI)**

351278.01

1  **REQUEST FOR PRODUCTION NO. 30:**

2      All agreements and amendments or modifications thereto between Google and third party

3  websites or Internet service providers relating or referring to the AdWords Program.

4  **RESPONSE TO REQUEST FOR PRODUCTION NO. 30:**

5      Google objects to this request to the extent it seeks confidential and proprietary

6  information. Google will not produce any documents containing such information until an

7  appropriate protective order has been entered in this lawsuit. Google further objects to this

8  request on the ground that it is compound, vague, ambiguous, overbroad, and unduly

9  burdensome. Google further objects to this request to the extent that it seeks information neither

10 relevant to the claim or defense of any party, nor reasonably calculated to lead to the discovery

11 of admissible evidence.

12     Subject to the foregoing objections, Google will produce non-privileged documents

13 within its possession, if any, that are responsive to this request.

14 **REQUEST FOR PRODUCTION NO. 31:**

15     Documents regarding the relationships between Google and each of the Third-Party

16 Defendants in this case.

17 **RESPONSE TO REQUEST FOR PRODUCTION NO. 31:**

18     Google objects to this request to the extent it seeks confidential and proprietary

19 information. Google will not produce any documents containing such information until an

20 appropriate protective order has been entered in this lawsuit. Google further objects to this

21 request on the ground that it is compound, vague, ambiguous, overbroad, and unduly

22 burdensome. Google further objects to this request to the extent that it seeks information neither

23 relevant to the claim or defense of any party, nor reasonably calculated to lead to the discovery

24 of admissible evidence.

25     Subject to the foregoing objections, Google will produce the agreements it has entered

26 into with the Third-Party Defendants.

27

28

351278.01

**REQUEST FOR PRODUCTION NO. 32:**

All documents that refer or relate to correspondence or communications between Google and any expert whom Google intends to call as a witness in connection with this action or any other litigation relating to the AdWords Program.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 32:**

Google objects to this request to the extent it seeks confidential and proprietary information.  Google will not produce any documents containing such information until an appropriate protective order has been entered in this lawsuit.  Google further objects to this request on the ground that it is compound, vague, ambiguous, overbroad, and unduly burdensome.  Google further objects to this request on the ground that it prematurely seeks the identity of potential expert witnesses.  Google further objects to this request to the extent that it seeks documents protected from disclosure by the attorney-client privilege or work-product doctrine.

Subject to the foregoing objections, Google will produce non-privileged documents within its possession, if any, that are responsive to this request.

**REQUEST FOR PRODUCTION NO. 33:**

All documents relied upon or referred to in preparation of Google's response to American Blind's First Set of Interrogatories.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 33:**

Google hereby incorporates all objections set forth in its Responses and Objections To American Blind's First Set of Interrogatories.  Google objects to this request to the extent it seeks confidential and proprietary information.  Google will not produce any documents containing such information until an appropriate protective order has been entered in this lawsuit.  Google further objects to this request on the ground that it is vague, ambiguous, overbroad, and unduly burdensome.  Google further objects to this request to the extent that it seeks documents protected from disclosure by the attorney-client privilege or work-product doctrine.

Subject to the foregoing objections, Google will produce non-privileged documents

Google's Responses And Objections To American Blind's
First Request For Production Of Documents And Things
Case No. C 03-5340-JF (EAI)

351278.01

1  within its possession, if any, that are responsive to this request.

2  **REQUEST FOR PRODUCTION NO. 34:**

3      All insurance policies or agreements that may be available to satisfy all or part of any

4  judgment that may be rendered against Google in this matter.

5  **RESPONSE TO REQUEST FOR PRODUCTION NO. 34:**

6      Google objects to this request to the extent it seeks confidential and proprietary

7  information.  Google will not produce any documents containing such information until an

8  appropriate protective order has been entered in this lawsuit.  Google further objects to this

9  request on the ground that it is vague, ambiguous, overbroad, and unduly burdensome.  Google

10  further objects to this request to the extent that it seeks documents protected from disclosure by

11  the attorney-client privilege or work-product doctrine.

12      Subject to the foregoing objections, Google will produce non-privileged documents

13  within its possession, if any, that are responsive to this request.

14  **REQUEST FOR PRODUCTION NO. 35:**

15      All communications between Google and American Blind.

16  **RESPONSE TO REQUEST FOR PRODUCTION NO. 35:**

17      Google objects to this request to the extent it seeks confidential and proprietary

18  information.  Google will not produce any documents containing such information until an

19  appropriate protective order has been entered in this lawsuit.  Google further objects to this

20  request on the ground that it is vague, ambiguous, overbroad, and unduly burdensome.  Google

21  further objects to this request to the extent that it seeks documents protected from disclosure by

22  the attorney-client privilege or work-product doctrine.  Google further objects to this request on

23  the ground that it seeks documents that are readily obtainable from American Blind.

24      Subject to the foregoing objections, Google will produce non-privileged documents

25  within its possession, if any, that are responsive to this request.

26  **REQUEST FOR PRODUCTION NO. 36:**

27      All communications between Google and The Blind Factory or any of its affiliates.

28

351278.01

1    **RESPONSE TO REQUEST FOR PRODUCTION NO. 36:**

2         Google objects to this request to the extent it seeks confidential and proprietary

3    information.  Google will not produce any documents containing such information until an

4    appropriate protective order has been entered in this lawsuit.  Google further objects to this

5    request on the ground that it is overbroad, and unduly burdensome.  Google further objects to

6    this request to the extent that it seeks documents protected from disclosure by the attorney-client

7    privilege or work-product doctrine.  Google further objects to this request that on the ground that

8    its use of the phrases "The Blind Factory" and "any of its affiliates" is vague and ambiguous.

9         Subject to the foregoing objections, Google will produce communications with The Blind

10   Factory within its possession, if any, that relate to the American Blind Marks.

11   **REQUEST FOR PRODUCTION NO. 37:**

12        All communications between Google and SelectBlinds.com or any of its affiliates.

13   **RESPONSE TO REQUEST FOR PRODUCTION NO. 37:**

14        Google objects to this request to the extent it seeks confidential and proprietary

15   information.  Google will not produce any documents containing such information until an

16   appropriate protective order has been entered in this lawsuit.  Google further objects to this

17   request on the ground that it is overbroad, and unduly burdensome.  Google further objects to

18   this request to the extent that it seeks documents protected from disclosure by the attorney-client

19   privilege or work-product doctrine.  Google further objects to this request that on the ground that

20   its use of the phrases "SelectBlinds.com" and "any of its affiliates" is vague and ambiguous.

21        Subject to the foregoing objections, Google will produce communications with

22   SelectBlinds.com within its possession, if any, that relate to the American Blind Marks.

23   **REQUEST FOR PRODUCTION NO. 38:**

24        All communications between Google and wallpaperstore.com or any of its affiliates.

25   **RESPONSE TO REQUEST FOR PRODUCTION NO. 38:**

26        Google objects to this request to the extent it seeks confidential and proprietary

27   information.  Google will not produce any documents containing such information until an

28
                                    23

351278.01

1  appropriate protective order has been entered in this lawsuit. Google further objects to this

2  request on the ground that it is overbroad, and unduly burdensome. Google further objects to

3  this request to the extent that it seeks documents protected from disclosure by the attorney-client

4  privilege or work-product doctrine. Google further objects to this request that on the ground that

5  its use of the phrases "wallpaperstore.com" and "any of its affiliates" is vague and ambiguous.

6      Subject to the foregoing objections, Google will produce communications with

7  wallpaperstore.com within its possession, if any, that relate to the American Blind Marks.

8  **REQUEST FOR PRODUCTION NO. 39:**

9      All communications between Google and Blinds.com or any of its affiliates.

10  **RESPONSE TO REQUEST FOR PRODUCTION NO. 39:**

11      Google objects to this request to the extent it seeks confidential and proprietary

12  information. Google will not produce any documents containing such information until an

13  appropriate protective order has been entered in this lawsuit. Google further objects to this

14  request on the ground that it is overbroad, and unduly burdensome. Google further objects to

15  this request to the extent that it seeks documents protected from disclosure by the attorney-client

16  privilege or work-product doctrine. Google further objects to this request that on the ground that

17  its use of the phrases "Blinds.com" and "any of its affiliates" is vague and ambiguous.

18      Subject to the foregoing objections, Google will produce communications with

19  Blinds.com within its possession, if any, that relate to the American Blind Marks.

20  **REQUEST FOR PRODUCTION NO. 40:**

21      All documents consisting of, or referring or relating to, Google's communications with

22  third parties referring or relating to American Blind or American Blind's products.

23  **RESPONSE TO REQUEST FOR PRODUCTION NO. 40:**

24      Google objects to this request to the extent it seeks confidential and proprietary

25  information. Google will not produce any documents containing such information until an

26  appropriate protective order has been entered in this lawsuit. Google further objects to this

27  request on the ground that it is overbroad, and unduly burdensome. Google further objects to

28

351278.01

1  this request to the extent that it seeks documents protected from disclosure by the attorney-client

2  privilege or work-product doctrine. Google further objects to this request that on the ground that

3  its use of the phrase "American Blind's products" is vague and ambiguous.

4      Subject to the foregoing objections, Google will produce non-privileged documents

5  within its possession, if any, that are responsive to this request.

6  **REQUEST FOR PRODUCTION NO. 41:**

7      All documents sufficient to show any change in Google's gross or net revenue from the

8  sale of Keywords between (i) the three-month period preceding Google's sale of trademarks as

9  Keywords; and (ii) the three-month period immediately after Google began selling trademarks as

10  Keywords.

11  **RESPONSE TO REQUEST FOR PRODUCTION NO. 41:**

12      Google objects to this request to the extent it seeks confidential and proprietary

13  information. Google will not produce any documents containing such information until an

14  appropriate protective order has been entered in this lawsuit. Google further objects to this

15  request on the ground that it is compound, vague, ambiguous, overbroad, and unduly

16  burdensome. Google further objects to this request to the extent that it seeks information neither

17  relevant to the claim or defense of any party, nor reasonably calculated to lead to the discovery

18  of admissible evidence. In particular, Google objects to the extent this request calls for any

19  documents relating to foreign trademarks.

20      Subject to the foregoing objections, Google will produce non-privileged documents

21  within its possession, if any, that are responsive to this request.

22  **REQUEST FOR PRODUCTION NO. 42:**

23      All documents consisting of, or referring or relating to, public inquiries regarding Google

24  trademark policy as it relates to its sale of trademarks as Keywords, including the interpretation

25  and application of that policy.

26  **RESPONSE TO REQUEST FOR PRODUCTION NO. 42:**

27      Google objects to this request to the extent it seeks confidential and proprietary

28

**Google's Responses And Objections To American Blind's**
**First Request For Production Of Documents And Things**
**Case No. C 03-5340-JF (EAI)**

351278.01

1   information. Google will not produce any documents containing such information until an

2   appropriate protective order has been entered in this lawsuit. Google further objects to this

3   request on the ground that the phrase "public inquiries" is vague and ambiguous. Google further

4   objects to this request on the ground that it is compound, overbroad, and unduly burdensome.

5   Google further objects to this request to the extent that it seeks documents protected from

6   disclosure by the attorney-client privilege or work-product doctrine. Google further objects to

7   this request to the extent that it seeks information neither relevant to the claim or defense of any

8   party, nor reasonably calculated to lead to the discovery of admissible evidence. In particular,

9   Google objects to the extent this request calls for any documents relating to foreign trademarks.

10      Subject to the foregoing objections, Google will produce non-privileged documents

11  within its possession, if any, that are responsive to this request.

12  **REQUEST FOR PRODUCTION NO. 43:**

13      All documents sufficient to show the date on which Google changed its policy regarding

14  use of trademarks in its AdWords program to allow advertisers to select trademarks as Keyword

15  triggers for their advertisements.

16  **RESPONSE TO REQUEST FOR PRODUCTION NO. 43:**

17      Google objects to this request to the extent it seeks confidential and proprietary

18  information. Google will not produce any documents containing such information until an

19  appropriate protective order has been entered in this lawsuit. Google further objects to this

20  request on the ground that the phrase "Keyword triggers" is vague and ambiguous. Google

21  further objects to this request on the ground that it is vague, ambiguous and unduly burdensome.

22  Google further objects to this request to the extent that it seeks information neither relevant to the

23  claim or defense of any party, nor reasonably calculated to lead to the discovery of admissible

24  evidence. In particular, Google objects to the extent this request calls for any documents relating

25  to foreign trademarks.

26      Subject to the foregoing objections, Google will produce non-privileged documents

27  within its possession, if any, that are responsive to this request.

28

Google's Responses And Objections To American Blind's
First Request For Production Of Documents And Things
Case No. C 03-5340-JF (EAI)

351278.01

1  **REQUEST FOR PRODUCTION NO. 44:**

2      All transcripts of depositions, hearings, or other proceedings, Orders entered, and/or

3  documents produced by Google in the case captioned <u>Government Employees Insurance Co. v.</u>

4  <u>Google, Inc, et al.</u>, Case No. 1:04cv507 (LMB/TCB) (E.D. Va. filed May 4, 2004).

5  **RESPONSE TO REQUEST FOR PRODUCTION NO. 44:**

6      Google objects to this request to the extent it seeks confidential and proprietary

7  information.  Google will not produce any documents containing such information until an

8  appropriate protective order has been entered in this lawsuit.  Google further objects to this

9  request on the ground that it is overbroad and unduly burdensome.  Google further objects to this

10 request to the extent that it seeks information neither relevant to the claim or defense of any

11 party, nor reasonably calculated to lead to the discovery of admissible evidence.  Google objects

12 to the production of any documents containing materials designated Attorneys' Eyes Only by

13 parties other than Google on the ground that doing so may cause it to violate the protective order

14 entered in the case captioned <u>Government Employees Insurance Co. v. Google, Inc, et al.</u>, Case

15 No. 1:04cv507 (LMB/TCB) (E.D. Va. filed May 4, 2004).

16      Subject to the foregoing objections, Google will produce non-privileged documents

17 within its possession that are responsive to this request.

18 **REQUEST FOR PRODUCTION NO. 45:**

19      All transcripts of depositions, hearings, or other proceedings, Orders entered, and/or

20 documents produced by Google in the case captioned <u>Louis Vuitton v. Google</u>, pending in

21 France and filed on August 6, 2003.

22 **RESPONSE TO REQUEST FOR PRODUCTION NO. 45:**

23      Google objects to this request to the extent it seeks confidential and proprietary

24 information.  Google will not produce any documents containing such information until an

25 appropriate protective order has been entered in this lawsuit.  Google further objects to this

26 request on the ground that it is overbroad and unduly burdensome.  Google further objects to this

27 request to the extent that it seeks information neither relevant to the claim or defense of any

28

**Google's Responses And Objections To American Blind's**
**First Request For Production Of Documents And Things**
**Case No. C 03-5340-JF (EAI)**

351278.01

1  party, nor reasonably calculated to lead to the discovery of admissible evidence. In particular,

2  Google objects to the extent this request calls for any documents relating to foreign trademarks.

3  **REQUEST FOR PRODUCTION NO. 46:**

4      All transcripts of depositions, hearings or other proceedings, Orders entered, and/or

5  documents produced by Google in the case captioned <u>AXA v. Google</u>, pending in France.

6  **RESPONSE TO REQUEST FOR PRODUCTION NO. 46:**

7      Google objects to this request to the extent it seeks confidential and proprietary

8  information. Google will not produce any documents containing such information until an

9  appropriate protective order has been entered in this lawsuit. Google further objects to this

10  request on the ground that it is overbroad and unduly burdensome. Google further objects to this

11  request to the extent that it seeks information neither relevant to the claim or defense of any

12  party, nor reasonably calculated to lead to the discovery of admissible evidence. In particular,

13  Google objects to the extent this request calls for any documents relating to foreign trademarks.

14  **REQUEST FOR PRODUCTION NO. 47:**

15      All transcripts of depositions, hearings, or other proceedings, Orders entered, and/or

16  documents produced by Google in the case captioned <u>Metaspinner Media GmbH v. Google, Inc.</u>,

17  pending in Germany as Case No. 312 O 887/03.

18  **RESPONSE TO REQUEST FOR PRODUCTION NO. 47:**

19      Google objects to this request to the extent it seeks confidential and proprietary

20  information. Google will not produce any documents containing such information until an

21  appropriate protective order has been entered in this lawsuit. Google further objects to this

22  request on the ground that it is overbroad and unduly burdensome. Google further objects to this

23  request to the extent that it seeks information neither relevant to the claim or defense of any

24  party, nor reasonably calculated to lead to the discovery of admissible evidence. In particular,

25  Google objects to the extent this request calls for any documents relating to foreign trademarks.

26  **REQUEST FOR PRODUCTION NO. 48:**

27      All transcripts of depositions, hearings or other proceedings, Orders entered, and/or

28

351278.01

1    documents produced by Google in the case captioned <u>Viaticum Luteciel v. Google</u>, pending in

2    France.

3    **RESPONSE TO REQUEST FOR PRODUCTION NO. 48:**

4        Google objects to this request to the extent it seeks confidential and proprietary

5    information.  Google will not produce any documents containing such information until an

6    appropriate protective order has been entered in this lawsuit.  Google further objects to this

7    request on the ground that it is overbroad and unduly burdensome.  Google further objects to this

8    request to the extent that it seeks information neither relevant to the claim or defense of any

9    party, nor reasonably calculated to lead to the discovery of admissible evidence.  In particular,

10   Google objects to the extent this request calls for any documents relating to foreign trademarks.

11   **REQUEST FOR PRODUCTION NO. 49:**

12       All documents referring to, relating to or referencing research done by or for Google

13   regarding consumer's or user's preferences regarding the presentation or display of "Sponsored

14   Links."

15   **RESPONSE TO REQUEST FOR PRODUCTION NO. 49:**

16       Google objects to this request to the extent it seeks confidential and proprietary

17   information.  Google will not produce any documents containing such information until an

18   appropriate protective order has been entered in this lawsuit.  Google further objects to this

19   request on the ground that it is overbroad and unduly burdensome.  Google further objects to this

20   request on the ground that its use of the phrases "consumer's or user's preferences" and

21   "Sponsored Links" is vague and ambiguous.  Google additionally objects to the phrase

22   "consumer's or user's" because the request does not specify any particular consumer or user.

23   Google further objects to this request to the extent that it seeks information neither relevant to the

24   claim or defense of any party, nor reasonably calculated to lead to the discovery of admissible

25   evidence.  In particular, Google objects to the extent this request calls for any documents relating

26   to foreign trademarks.

27       Subject to the foregoing objections, Google will produce non-privileged documents

28
                                          29

351278.01

1    within its possession, if any, that are responsive to this request.

2    **REQUEST FOR PRODUCTION NO. 50:**

3         All documents referring to, relating to or referencing research done by or for Google

4    regarding consumer's or user's understanding or perception of "Sponsored Links."

5    **RESPONSE TO REQUEST FOR PRODUCTION NO. 50:**

6         Google objects to this request to the extent it seeks confidential and proprietary

7    information.  Google will not produce any documents containing such information until an

8    appropriate protective order has been entered in this lawsuit.  Google further objects to this

9    request on the ground that it is overbroad and unduly burdensome.  Google further objects to this

10   request on the ground that its use of the phrases "consumer's or user's understanding or

11   perception" and "Sponsored Links" is vague and ambiguous.  Google additionally objects to the

12   phrase "consumer's or user's" because the request does not specify any particular consumer or

13   user.  Google further objects to this request to the extent that it seeks information neither relevant

14   to the claim or defense of any party, nor reasonably calculated to lead to the discovery of

15   admissible evidence.  In particular, Google objects to the extent this request calls for any

16   documents relating to foreign trademarks.

17        Subject to the foregoing objections, Google will produce non-privileged documents

18   within its possession, if any, that are responsive to this request, to the extent such documents

19   exist.

20   **REQUEST FOR PRODUCTION NO. 51:**

21        All documents that you considered, that reflect, or that otherwise relate to your response

22   to Interrogatory No. 16.

23   **RESPONSE TO REQUEST FOR PRODUCTION NO. 51:**

24        Google hereby incorporates all objections set forth in its response to Interrogatory No. 16

25   from American Blind's First Set of Interrogatories To Google.  Google further objects to this

26   request to the extent it seeks confidential and proprietary information.  Google will not produce

27   any documents containing such information until an appropriate protective order has been

28

351278.01

1    entered in this lawsuit.  Google further objects to this request on the ground that its use of the

2    phrase "Interrogatory No. 16" is vague, ambiguous.  Google further objects to this request on the

3    ground that it is overbroad and unduly burdensome.  Google further objects to this request to the

4    extent that it seeks documents protected from disclosure by the attorney-client privilege or work-

5    product doctrine.

6         Subject to the foregoing objections, Google will produce non-privileged documents

7    within its possession that are responsive to this request, to the extent such documents exist.

8    DATED:  June 21, 2005          KEKER & VAN NEST, LLP

9

10

11                           By: _____
                                MICHAEL H. PAGE
12                              Attorneys for Plaintiff and Counterdefendant
                                GOOGLE INC.
                                and Third-Party Defendants
13                              ASK JEEVES, INC. and EARTHLINK, INC.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        31
                    ─────────────────────────────────────────────
                    Google's Responses And Objections To American Blind's
                    First Request For Production Of Documents And Things
                    Case No. C 03-5340-JF (EAI)

1      I, NOELLE NICHOLS, declare and state as follows:

2      I am employed in the City and County of San Francisco, State of California in the office

3 of a member of the bar of this court at whose direction the following service was made. I am
over the age of eighteen years and not a party to the within action. My business address is

4 Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111. On June 21,
2005, I served the following document(s):

5

6      PLAINTIFF AND COUNTER-DEFENDANT GOOGLE INC.'S RESPONSES AND
      OBJECTIONS TO AMERICAN BLIND & WALLPAPER FACTORY, INC.'S FIRST

7      SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS FROM
      GOOGLE, INC.

8 ☑  **by PDF TRANSMISSION AND UNITED STATES MAIL**, by transmitting via PDF on this date. A true
      and correct copy of same was placed in a sealed envelope addressed as shown below. I am readily familiar

9      with the practice of Keker & Van Nest, LLP for collection and processing of correspondence for mailing.
      According to that practice, items are deposited with the United States Postal Service at San Francisco,

10     California on that same day with postage thereon fully prepaid. I am aware that, on motion of the party
      served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one

11     day after the date of deposit for mailing stated in this affidavit.

12 Robert N. Phillips, Esq.          Stephen E. Taylor, Esq.
   Howrey Simon Arnold & White, LLP    Taylor & Company Law Offices, Inc.

13 525 Market Street             One Ferry Building
   Suite 3600                   Suite 355

14 San Francisco, CA 94105-2708      San Francisco, CA 94111-4209

15

16 phillipsr@howrey.com          staylor@tcolaw.com

17 Susan J. Greenspon, Esq.
   David A. Rammelt, Esq.

18 Kelley Drye & Warren LLP
   333 West Wacker Drive

19 Chicago, IL 60606

20

21 sgreenspon@kelleydrye.com
   drammelt@kellydrye.com

22

23 Executed on June 21, 2005, at San Francisco, California. I declare under penalty of perjury
   under the laws of the State of California that the above is true and correct.

24

25                           _____

26                               NOELLE NICHOLS

27

28