LAW OFFICES

# KEKER & VAN NEST
## LLP

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188
WWW.KVN.COM

KLAUS H. HAMM
KHAMM@KVN.COM

November 29, 2005

**VIA FACSIMILE AND U.S. MAIL**

David A. Rammelt, Esq.
Kelley Drye & Warren LLP
333 West Wacker Drive
26th Floor
Chicago, IL 60606

Re:  **Google Inc. v. American Blind & Wallpaper Factory, Inc.,**
     **USDC ND Cal. Case No. C-03-5340**

Dear David:

I write in response to your November 22, 2005 letter. American Blind's request for all documents produced in a different case was wildly overbroad. However, because the burden of producing them was minimal (before taking into account the substantial copying costs), we did so. The burden of asking us to go back and review the designations on each of those documents, however, is not minimal, and we object to the demand that we do so. If there are documents from *Government Employees Ins. Co. v. Google Inc.* that you have a legitimate need to use outside of the protective order, and that you believe are improperly designated, we'll be happy to address them.

Further, I disagree with several characterizations made in your letter. At no point have we informed you "that the overwhelming bulk of documents produced . . . by Google in this case have been affixed with confidentiality designations that do not conform to the actual terms of the protective order." Nor does Google "admit[] that documents presently bearing the label 'Confidential – Attorneys' Eyes Only' do not really rise to the level of confidentiality[.]" Indeed, you have not identified a single document produced by Google whose designation does not conform with the strictures of the protective order entered in this case.



EXHIBIT D

363046.01

David A. Rammelt, Esq.
November 29, 2005
Page 2

I remain hopeful that we can work out a mutually satisfactory approach to resolving this issue

Very truly yours,

Klaus H. Hamm

KHH/dbm

363046.01