1  KEKER & VAN NEST, LLP
   MICHAEL H. PAGE - #154913
2  MARK A. LEMLEY - #155830
   KLAUS H. HAMM - #224905
3  710 Sansome Street
   San Francisco, CA  94111-1704
4  Telephone:  (415) 391-5400
   Facsimile:  (415) 397-7188
5
   Attorneys for Plaintiff and Counter Defendant
6  GOOGLE INC. and Third-Party Defendants
   ASK JEEVES, INC. and EARTHLINK, INC.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11

12 | GOOGLE INC., a Delaware corporation, | Case No. C 03-5340-JF (EAI)
   |                                      |
13 |                         Plaintiff,   | DECLARATION OF KLAUS H. HAMM
   |                                      | IN SUPPORT OF GOOGLE'S
14 |      v.                              | OPPOSITION TO ENFORCE
   |                                      | STIPULATED PROTECTIVE ORDER
15 | AMERICAN BLIND & WALLPAPER           | AND TO DEDESIGNATE DOCUMENTS
   | FACTORY, INC., a Delaware corporation|
16 | d/b/a decoratetoday.com, Inc., and DOES 1- | Date:  January 27, 2006
   | 100, inclusive,                      | Time:  TBA
17 |                                      | Dept:  TBA
   |                         Defendants.  | Judge: TBA

18 AMERICAN BLIND & WALLPAPER
   FACTORY, INC., a Delaware corporation
19 d/b/a decoratetoday.com, Inc.,

20                      Counter Plaintiff,

21      v.

22 GOOGLE INC., AMERICA ONLINE, INC.,
   NETSCAPE COMMUNICATIONS
23 CORPORATION, COMPUSERVE
   INTERACTIVE SERVICES, INC., ASK
24 JEEVES, INC. and EARTHLINK, INC.,

25                      Counter Defendant/
                        Third-Party Defendants.
26

27

28

I, Klaus H. Hamm, declare as follows:

1. I am associated with the firm of Keker & Van Nest LLP, counsel for Plaintiff Google Inc., and am admitted to practice before this Court. The facts set forth herein are known to me of my personal knowledge, and if called upon I can testify truthfully thereto.

2. Attached hereto as Exhibit A is a true and correct copy of American Blind & Wallpaper Factory, Inc.'s First Set of Requests for Production of Documents and Things From Google, Inc.

3. Attached hereto as Exhibit B is a true and correct copy of Stipulated Protective Order, entered on September 29, 2004 by the United States District Court for the Eastern District of Virginia in the case *Government Employees Ins. Co. v. Google, Inc.*, No. 1:04cv 507 (LMB/TCB).

4. Attached hereto as Exhibit C is a true and correct copy of a letter dated December 5, 2005 from me to David A. Rammelt, counsel for American Blind & Wallpaper Factory, Inc. ("American Blind").

5. Attached hereto as Exhibit D is a true and correct copy of a string of five emails dated November 15, 2005 between myself and Susan J. Greenspon, counsel for American Blind.

6. Attached hereto as Exhibit E are true and correct copies of documents produced by American Blind with Bates numbers ABWF 1850-1852.

7. Attached hereto as Exhibit F are true and correct copies of documents produced by American Blind with Bates numbers ABWF 1859-1860.

8. Attached hereto as Exhibit G are true and correct copies of documents produced by American Blind with Bates numbers ABWF 1953-1957.

9. Attached hereto as Exhibit H is a true and correct copy of a string of two emails dated December 27, 2005 between myself and Mr. Rammelt.

///

///

///

1    I state under penalty of perjury of the laws of the United States of American that the
2 foregoing statements are true and correct and that this declaration was executed on January 3,
3 2006.

*[signature]*
KLAUS H. HAMM