**EXHIBIT D**

Dockets.Justia.com

## Klaus Hamm

**From:** Greenspon, Susan [SGreenspon@KelleyDrye.com]
**Sent:** Tuesday, November 15, 2005 2:40 PM
**To:** Klaus Hamm
**Subject:** RE: cds

Thank you Klaus.


Susan J. Greenspon

KELLEY DRYE & WARREN LLP
333 W. Wacker Dr.
Suite 2600
Chicago, Illinois 60606
(312) 857-7080 (direct)
(312) 857-7095 (facsimile)

-----Original Message-----
**From:** Klaus Hamm [mailto:KHamm@kvn.com]
**Sent:** Tuesday, November 15, 2005 4:34 PM
**To:** Greenspon, Susan
**Subject:** RE: cds

Susan,

Although I do not believe that we have any obligation to provide the following information, I do so as a courtesy. Below is a chart providing information about the source of the documents on the 10 CDs with GGE bates labels:

| Bates | Source |
|---|---|
| GGE 1-3437 | Prashant Fuloria |
| GGE 3738-3795 | Rose Hagan |
| GGE 3796-4198 | Alana Karen |
| GGE 4199-4303 | Ted Souder & J. DiCola |
| GGE 4304-4753 | Ted Souder |
| GGE 4754-4757 | Prashant Fuloria |
| GGE 4758-6422 | Personal Folders/TM |
| GGE 6423-19861 | Electronic TM complaint correspondence |
| GGE 19862-56829 | Electronic TM complaint correspondence |

As I stated earlier, these CDs were produced in response to American Blind's request for documents produced in the GEICO litigation. I do not have ready access to further information about the contents of the CDs.

Regards,
Klaus

**From:** Greenspon, Susan [mailto:SGreenspon@KelleyDrye.com]

12/30/2005

Pursuant to Treasury Regulations, any U.S. federal tax advice contained in this communication, unless otherwise stated, is not intended and cannot be used for the purpose of avoiding tax-related penalties.

The information contained in this E-mail message is privileged, confidential, and may be protected from disclosure; please be aware that any other use, printing, copying, disclosure or dissemination of this communication may be subject to legal restriction or sanction. If you think that you have received this E-mail message in error, please reply to the sender.

This E-mail message and any attachments have been scanned for viruses and are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened. However, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Kelley Drye & Warren LLP for any loss or damage arising in any way from its use.