MANUAL FILING NOTIFICATION

Regarding Exhibit E,

This filing is in paper form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly.

This document was not electronically filed because it is **under seal**.

364644.01