Google Inc. v. American Blind & Wallpaper Factory, Inc.                                    Doc. 70 Att. 7
Case 5:03-cv-05340-JF    Document 70-8    Filed 01/03/2006    Page 1 of 1

MANUAL FILING NOTIFICATION

Regarding Exhibit G,

This filing is in paper form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly.

This document was not electronically filed because it is **under seal**.

364644.01