1  KEKER & VAN NEST, LLP
   MICHAEL H. PAGE - #154913
2  MARK A. LEMLEY - #155830
   KLAUS H. HAMM - #224905
3  710 Sansome Street
   San Francisco, CA  94111-1704
4  Telephone:  (415) 391-5400
   Facsimile:  (415) 397-7188
5
   Attorneys for Plaintiff and Counter Defendant
6  GOOGLE INC. and Third-Party Defendants
   ASK JEEVES, INC. and EARTHLINK, INC.
7

8                          UNITED STATES DISTRICT COURT
9
                           NORTHERN DISTRICT OF CALIFORNIA
10

11
   GOOGLE INC., a Delaware corporation,        Case No. C 03-5340-JF (EAI)
12
                           Plaintiff,          **NOTICE OF MOTION AND MOTION
13                                             FOR ADMINISTRATIVE RELIEF
        v.                                     SEEKING AN ORDER SEALING
14                                             DOCUMENTS FOR FILING IN
   AMERICAN BLIND & WALLPAPER                  RELATION TO GOOGLE'S
15 FACTORY, INC., a Delaware corporation       OPPOSITION TO DEFENDANT'S
   d/b/a decoratetoday.com, Inc., and DOES 1-  MOTION TO ENFORCE STIPULATED
16 100, inclusive,                             PROTECTIVE ORDER AND TO
                                               DEDESIGNATE DOCUMENTS**
17                         Defendants.
                                               Date:    January 27, 2006
18 AMERICAN BLIND & WALLPAPER                  Time:    TBA
   FACTORY, INC., a Delaware corporation       Dept:    TBA
19 d/b/a decoratetoday.com, Inc.,              Judge:   TBA

20                         Counter Plaintiff,

21      v.

22 GOOGLE INC., AMERICA ONLINE, INC.,
   NETSCAPE COMMUNICATIONS
23 CORPORATION, COMPUSERVE
   INTERACTIVE SERVICES, INC., ASK
24 JEEVES, INC. and EARTHLINK, INC.,

25                         Counter Defendant/
                           Third-Party Defendants.
26

27

28

364647.01

NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF SEEKING AN ORDER SEALING DOCUMENTS
FOR FILING IN RELATION TO GOOGLE'S OPPOSITION TO DEFENDANT'S MOTION TO ENFORCE STIPULATED
PROTECTIVE ORDER AND TO DEDESIGNATE DOCUMENTS
CASE NO. C 03-5340-JF (EAI)

# NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF SEALING DOCUMENTS

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Civil Local Rules 79-5(d) and 7-11(a), Plaintiff Google Inc. ("Google") hereby gives notice to all counsel of record of its Motion for Administrative Relief Seeking An Order Sealing Documents For Filing In Relation To Defendant's Motion to Enforce Stipulated Protective Order and to Dedesignate Documents (the "Administrative Motion"). By way of this Administrative Motion, Google requests an order sealing: (1) certain portions of its Opposition to Defendant's Motion to Enforce Stipulated Protective Order and to Dedesignate Documents ("Opposition Brief"); and (2) certain documents that were designated "CONFIDENTIAL" by American Blind & Wallpaper Factory, Inc. ("American Blind") pursuant to the Stipulated Protective Order signed by all parties to this litigation and approved by the Court on September 19, 2005 ("Protective Order"). These documents are collectively referred to as the "Confidential Documents."

Pursuant to Local Rule 79-5(d), Google refers to information contained in the Confidential Documents in its Opposition Brief. For this reason, Google now requests permission to file under seal: (1) the unredacted copies of Google's Opposition Brief, and (2) the Declaration of Klaus H. Hamm in Support of Google's Opposition Brief ("Hamm Decl."), which attaches copies of the Confidential Documents.

Pursuant to Civil Local Rule 79-5(d), an unredacted version of Google's Opposition Brief and the Hamm Decl. are lodged with the Clerk concurrently with this Administrative Motion.

Local Rule 79-5(d) outlines the procedure that American Blind must follow within five days of the filing of this Administrative Motion if it wishes to maintain the confidential designation of the Confidential Documents and to have the designated materials filed under seal.

/ / /

/ / /

/ / /

1

NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF SEEKING AN ORDER SEALING DOCUMENTS FOR FILING IN RELATION TO GOOGLE'S OPPOSITION TO DEFENDANT'S MOTION TO ENFORCE STIPULATED PROTECTIVE ORDER AND TO DEDESIGNATE DOCUMENTS
CASE NO. C 03-5340-JF (EAI)

364647.01

1   Pursuant to that rule, American Blind is required to file a proposed order.

2

3                                                          Respectfully submitted,

4   Dated: January 3, 2006                                 KEKER & VAN NEST, LLP

5

6
                                                           By:  _____/s/ Klaus H. Hamm_____
7                                                               KLAUS H. HAMM