KEKER & VAN NEST, LLP
MICHAEL H. PAGE - #154913
MARK A. LEMLEY - #155830
KLAUS H. HAMM - #224905
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff and Counter Defendant
GOOGLE INC. and Third-Party Defendants
ASK JEEVES, INC. and EARTHLINK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation,<br><br>                              Plaintiff,<br><br>      v.<br><br>AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., and DOES 1-100, inclusive,<br><br>                              Defendants. | Case No. C 03-5340-JF (EAI)<br><br>**DECLARATION OF KLAUS H. HAMM IN SUPPORT OF GOOGLE'S MOTION FOR ADMINISTRATIVE RELIEF SEEKING AN ORDER SEALING DOCUMENTS**<br><br>Date:      January 27, 2006<br>Time:      TBA<br>Dept:      TBA<br>Judge:    TBA |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.,<br><br>                              Counter Plaintiff,<br><br>      v.<br><br>GOOGLE INC., AMERICA ONLINE, INC., NETSCAPE COMMUNICATIONS CORPORATION, COMPUSERVE INTERACTIVE SERVICES, INC., ASK JEEVES, INC. and EARTHLINK, INC.,<br><br>                              Counter Defendant/<br>                              Third-Party Defendants. | |

---

DECLARATION OF KLAUS H. HAMM IN SUPPORT OF GOOGLE'S MOTION FOR ADMINISTRATIVE RELIEF
SEEKING AND ORDER SEALING DOCUMENTS
CASE NO. C 03-5340-JF (EAI)

364660.01

Dockets.Justia.com

I, Klaus H. Hamm, declare as follows:

1.    I am associated with the firm of Keker & Van Nest LLP, counsel for Plaintiff Google Inc., and am admitted to practice before this Court.

2.    I make this declaration in support of Google's Motion For Administrative Relief Seeking An Order Sealing Documents. Unless otherwise stated, I know the facts stated herein of my personal knowledge and if called as a witness, I would testify competently thereto.

3.    During the course of this litigation, Defendant American Blind & Wallpaper Factory, Inc. ("American Blind") produced documents labeled:  ABWF 001850 – ABWF 001852, ABWF 001859 - ABWF 001860 and ABWF 001953 – ABWF 001957.  These documents were designated "CONFIDENTIAL" by American Blind pursuant to the Stipulated Protective Order signed by all parties to this litigation and approved by the Court on September 19, 2005 ("Protective Order").  True and correct copies of these documents are attached as Exhibits E, F and G, respectively, to the Declaration of Klaus H. Hamm in Support of Google's Opposition to Enforce Stipulated Protective Order and to Dedesignate Documents, and submitted under seal concurrently herewith.

I state under penalty of perjury of the laws of the United States of American that the foregoing statements are true and correct and that this declaration was executed on January 3, 2006.

_____/s/ Klaus H. Hamm_____
KLAUS H. HAMM

1

364660.01