KEKER & VAN NEST, LLP
MICHAEL H. PAGE - #154913
MARK A. LEMLEY - #155830
KLAUS H. HAMM - #224905
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff and Counter Defendant
GOOGLE INC. and Third-Party Defendants
ASK JEEVES, INC. and EARTHLINK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation,<br><br>                      Plaintiff,<br><br>v.<br><br>AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., and DOES 1-100, inclusive,<br><br>                      Defendants. | Case No. C 03-5340-JF (EAI)<br><br>**DECLARATION OF KLAUS H. HAMM RE: ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBIT B TO THE DECLARATION OF CAROLINE C. PLATER IN SUPPORT OF DEFENDANT'S MOTION TO ENFORCE STIPULATED PROTECTIVE ORDER AND TO DEDESIGNATE DOCUMENTS** |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.,<br><br>                      Counter Plaintiff,<br><br>v.<br><br>GOOGLE INC., AMERICA ONLINE, INC., NETSCAPE COMMUNICATIONS CORPORATION, COMPUSERVE INTERACTIVE SERVICES, INC., ASK JEEVES, INC. and EARTHLINK, INC.,<br><br>                      Counter Defendant/<br>                      Third-Party Defendants. | |

364609.01

DECLARATION OF KLAUS H. HAMM RE: ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBIT B TO THE DECLARATION OF CAROLINE C. PLATER IN SUPPORT OF DEFENDANT'S MOTION TO ENFORCE STIPULATED PROTECTIVE ORDER AND TO DEDESIGNATE DOCUMENTS
CASE NO. C 03-5340-JF (EAI)

Dockets.Justia.com

I, Klaus H. Hamm, declare as follows:

1. I am associated with the firm of Keker & Van Nest LLP, counsel for Plaintiff Google Inc., and am admitted to practice before this Court. The facts set forth herein are known to me of my personal knowledge, and if called upon I can testify truthfully thereto.

2. Exhibit B to the Declaration of Caroline C. Plater in Support of Defendant's Motion to Enforce Stipulated Protective Order and to Dedesignate Documents contains documents identified as GOOGLE 19971-19996, which Google produced in this litigation with the "Confidential – Attorneys' Eyes Only" designation pursuant to the protective order governing this case.

3. While Google is willing to proceed as if it had designated these documents "Confidential," the documents nevertheless contain confidential business communications between Google and third parties.

I state under penalty of perjury of the laws of the United States of American that the foregoing statements are true and correct and that this declaration was executed on January 3, 2006.

        /s/ Klaus H. Hamm
        KLAUS H. HAMM

---

1

DECLARATION OF KLAUS H. HAMM RE: ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBIT B TO THE DECLARATION OF CAROLINE C. PLATER IN SUPPORT OF DEFENDANT'S MOTION TO ENFORCE STIPULATED PROTECTIVE ORDER AND TO DEDESIGNATE DOCUMENTS
CASE NO. C 03-5340-JF (EAI)

364609.01