| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | MICHAEL H. PAGE - #154913 |
| 2 | MARK A. LEMLEY - #155830 |
| | KLAUS H. HAMM - #224905 |
| 3 | 710 Sansome Street |
| | San Francisco, CA 94111-1704 |
| 4 | Telephone: (415) 391-5400 |
| | Facsimile: (415) 397-7188 |
| 5 | |
| 6 | Attorneys for Plaintiff and Counter Defendant |
| | GOOGLE INC. and Third-Party Defendants |
| 7 | ASK JEEVES, INC. and EARTHLINK, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | GOOGLE INC., a Delaware corporation, | Case No. C 03-5340-JF (EAI) |
| 12 | Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF GOOGLE INC.'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL** |
| 13 | v. | |
| 14 | AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., and DOES 1-100, inclusive, | |
| 15 | | |
| 16 | | |
| | Defendants. | |
| 17 | | |
| 18 | AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., | |
| 19 | | |
| 20 | Counter Plaintiff, | |
| 21 | v. | |
| 22 | GOOGLE INC., AMERICA ONLINE, INC., NETSCAPE COMMUNICATIONS CORPORATION, COMPUSERVE INTERACTIVE SERVICES, INC., ASK JEEVES, INC. and EARTHLINK, INC., | |
| 23 | | |
| 24 | | |
| 25 | Counter Defendant/ Third-Party Defendants. | |

1    Pursuant to Civil Local Rule 79-5, Plaintiff Google Inc. has applied to this Court for an
2    order to file under seal Exhibit B to the Declaration of Caroline C. Plater in Support of
3    Defendant's Motion to Enforce Stipulated Protective Order and to Dedesginate Documents,
4    which was filed on December 23, 2005. Google has submitted the Declaration of Klaus H.
5    Hamm in support of its motion to file under seal, stating these documents lodged contain
6    confidential information under the Protective Order in this matter.

7    GOOD CAUSE HAVING BEEN SHOWN, THE COURT HEREBY ORDERS that
8    Exhibit B to the Declaration of Caroline C. Plater in Support of Defendant's Motion to Enforce
9    Stipulated Protective Order and to Dedesginate Documents, be filed under seal.

10   The Clerk of the court shall maintain said documents in accordance with the provisions of
11   Local Civil Rule 79-5(e).

13   IT IS SO ORDERED.

15   Dated: _____

     THE HONORABLE JEREMY FOGEL
16   Judge of the United States District Court

---

1

[PROPOSED] ORDER GRANTING PLAINTIFF GOOGLE INC.'S ADMINISTRATIVE REQUEST
TO FILE UNDER SEAL
CASE NO. C 03-5340-JF (EAI)

364611.01