1
2
3
4
5
6

The case management conference is currently scheduled for January 20, 2006 at 10:30 a.m. Recently, a court-ordered mediation in another case at which trial counsel for Defendant/Counter-Plaintiff must be present has been rescheduled to occur on January 20th, 2006, the same day as the case management conference in this case.

The parties hereby stipulate by and between their respective counsel of record that, to accommodate counsel's schedule, and in the interest of efficiency and judicial economy, the case management conference hearing date be continued to February 3, 2006 at 10:30 a.m. The case management conference has been continued twice before by stipulation of the parties. The parties do not expect the requested continuance to have any effect on the schedule for the case.

Dated: January 4, 2006　　　　　　　　HOWREY LLP

By:　/s/ Robert N. Phillips
　　　ROBERT N. PHILLIPS

　　　Ethan B. Andelman
　　　HOWREY LLP
　　　525 Market Street
　　　Suite 3600
　　　San Francisco, CA  94105

　　　Attorneys for Defendant/Counterclaimant
　　　AMERICAN BLIND AND WALLPAPER
　　　FACTORY, INC.

Dated: January 4, 2006　　　　　　　　KEKER & VAN NEST LLP

By:　/s/ Michael H. Page
　　　MICHAEL H. PAGE

　　　Mark A. Lemley, Esq.
　　　Klaus H. Hamm, Esq.
　　　KEKER & VAN NEST LLP
　　　710 Sansome Street
　　　San Francisco, CA  94111-1704

　　　Attorneys for Plaintiff and
　　　Counterdefendant GOOGLE INC. AND
　　　THIRD-PARTY DEFENDANTS ASK
　　　JEEVES, INC. AND EARTHLINK, INC.

Dated: January 4, 2006

TAYLOR & COMPANY LAW OFFICES, INC.

By: /s/ Stephen E. Taylor
STEPHEN E. TAYLOR

Stacey L. Wexler
TAYLOR & COMPANY LAW OFFICES, INC.
One Ferry Building, Suite 355
San Francisco, CA 94111

Attorneys for Third-Party Defendants
AMERICA ONLINE, INC., NETSCAPE COMMUNICATIONS CORPORATION AND COMPUSERVE INTERACTIVE SERVICES, INC.

## ATTESTATION OF CONCURRENCE OF FILING

I, Robert N. Phillips, under penalty of perjury of the laws of the United States of America, attest that concurrence in the filing of this document has been obtained from each of the other signatories to this document.

/s/ Robert N. Phillips
Robert N. Phillips

IT IS SO ORDERED.

Dated:_____

_____
Hon. Jeremy Fogel
United States District Court Judge