**\*E-FILED 11/7/05\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE, INC., | No. C 03-05340 JF (RS) |
|     Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| AMERICAN BLIND & WALLPAPER, et al., | |
|     Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

    Defendant's motions to compel and to declassify documents noticed for hearing on January 27, 2006, shall be held on **February 3, 2006 at 9:30 a.m.** in Courtroom 4, Fifth Floor, United States Courthouse, 280 S. First Street, San Jose, California.

Dated: January 4, 2006

    For the Court,
    RICHARD W. WEIKING, Clerk

    By:   /s/ Martha Parker Brown
              Courtroom Deputy Clerk

**THIS IS TO CERTIFY THAT THIS NOTICE WAS ELECTRONICALLY PROVIDED TO:**

Ethan B. Andelman    andelmane@howrey.com, cranmerp@howrey.com

Ravind Singh Grewal    rsg@kvn.com

Klaus Hemingway Hamm    khamm@kvn.com, dmiller@kvn.com; dfox@kvn.com

Michael H. Page    mhp@kvn.com, sjr@kvn.com; nsn@kvn.com

Robert Nathan Phillips    phillipsr@howrey.com, cranmerp@howrey.com

Stephen E. Taylor    staylor@tcolaw.com, jklohonatz@tcolaw.com; swexler@tcolaw.com; tnewby@tcolaw.com; cdunbar@tcolaw.com; nfreese@tcolaw.com; sscoggins@tcolaw.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: January 4, 2006

/s/ BAK
Chambers of Magistrate Judge Richard Seeborg