1
2
3
4

The case management conference is currently scheduled for January 20, 2006 at 10:30 a.m. Recently, a court-ordered mediation in another case at which trial counsel for Defendant/Counter-Plaintiff must be present has been rescheduled to occur on January 20th, 2006, the same day as the case management conference in this case.

The parties hereby stipulate by and between their respective counsel of record that, to accommodate counsel's schedule, and in the interest of efficiency and judicial economy, the case management conference hearing date be continued to February 3, 2006 at 10:30 a.m. The case management conference has been continued twice before by stipulation of the parties. The parties do not expect the requested continuance to have any effect on the schedule for the case.

Dated: January 4, 2006                HOWREY LLP

                                       By:   /s/ Robert N. Phillips
                                             ROBERT N. PHILLIPS

                                             Ethan B. Andelman
                                             HOWREY LLP
                                             525 Market Street
                                             Suite 3600
                                             San Francisco, CA 94105

                                             Attorneys for Defendant/Counterclaimant
                                             AMERICAN BLIND AND WALLPAPER
                                             FACTORY, INC.

Dated: January 4, 2006                KEKER & VAN NEST LLP

                                       By:   /s/ Michael H. Page
                                             MICHAEL H. PAGE

                                             Mark A. Lemley, Esq.
                                             Klaus H. Hamm, Esq.
                                             KEKER & VAN NEST LLP
                                             710 Sansome Street
                                             San Francisco, CA 94111-1704

                                             Attorneys for Plaintiff and
                                             Counterdefendant GOOGLE INC. AND
                                             THIRD-PARTY DEFENDANTS ASK
                                             JEEVES, INC. AND EARTHLINK, INC.

| | | |
|---|---|---|
|1| | |
|2|Dated: January 4, 2006|TAYLOR & COMPANY LAW OFFICES, INC.|

By:     /s/ Stephen E. Taylor
          STEPHEN E. TAYLOR

Stacey L. Wexler
TAYLOR & COMPANY LAW
  OFFICES, INC.
One Ferry Building, Suite 355
San Francisco, CA  94111

Attorneys for Third-Party Defendants
AMERICA ONLINE, INC., NETSCAPE
COMMUNICATIONS CORPORATION
AND COMPUSERVE INTERACTIVE
SERVICES, INC.

## ATTESTATION OF CONCURRENCE OF FILING

I, Robert N. Phillips, under penalty of perjury of the laws of the United States of America, attest that concurrence in the filing of this document has been obtained from each of the other signatories to this document.

                                                      /s/ Robert N. Phillips
                                                        Robert N. Phillips

IT IS SO ORDERED.

Dated: 1/5/06                                /s/electronic signature authorized
                                             Hon. Jeremy Fogel
                                             United States District Court Judge