I, Caroline C. Plater declare as follows:

1. I am an attorney at Kelley Drye & Warren LLP, counsel of record for Defendant/Counter-Plaintiff American Blind & Wallpaper Factory, Inc. ("American Blind") in the above-captioned action. I am a member in good standing of the State Bar of Illinois. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Google has lodged Exhibits E, F, and G to the Hamm Declaration (the "lodged Hamm Exhibits") with the clerk pursuant to Civil Local Rule 79-5(d). The lodged Hamm Exhibits were produced by American Blind in this litigation, and were designated as Confidential pursuant to the protective order entered in this case.

3. The lodged Hamm Exhibits contain nonpublic American Blind business information. Specifically, the lodged documents discuss the keywords American Blind uses on Google's system. This information is not publicly known and could cause American Blind competitive harm were it to become publicly known.

4. Thus, American Blind believes that the lodged Hamm Exhibits are properly designated as Confidential under the protective order entered in this case, and requests that the Court order the lodged Hamm Exhibits to be filed under seal.

5. American Blind does not contend that the other document lodged by Google under seal, Google's Opposition Brief, should be filed under seal.

Executed on January 9, 2006, at Chicago, Illinois.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

/s/ Caroline C. Plater
Caroline C. Plater

KELLEY DRYE & WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

Case No. C03-5340 JF
Declaration of Caroline C. Plater ISO
Motion to File Under Seal
DM_US\8297921.v1

- 2 -

## ATTESTATION OF CONCURRENCE OF FILING

I, Ethan B. Andelman, under penalty of perjury of the laws of the United States of America, attest that concurrence in the filing of this document has been obtained from each of the other signatories to this document.

/s/ Ethan B. Andelman
Ethan B. Andelman

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

Case No. C03-5340 JF
Declaration of Caroline C. Plater ISO
Motion to File Under Seal
DM_US\8297921.v1

- 3 -