1

2

3

4

5

6

1   The administrative motion of Google, Inc. Seeking an Order Sealing Documents for Filing in
2   Relation to Google's Opposition to Defendant's Motion to Enforce Stipulated Protective Order and to
3   Dedesignate Documents came for hearing before this Court.  After considering the papers in support of
4   the motion, the Court hereby GRANTS the motion to the extent it seeks to file Exhibits E, F, and G to
5   the Declaration of Klaus H. Hamm in Support of Google's Opposition to Enforce Stipulated Protective
6   Order and to Dedesignate Documents.
7   IT IS ORDERED that the Clerk file under seal Exhibits E, F, and G to the Declaration of Klaus
8   H. Hamm in Support of Google's Opposition to Enforce Stipulated Protective Order and to
9   Dedesignate Documents.

11  Date: _____          _____
                                      United States Magistrate Judge