KEKER & VAN NEST, LLP
MICHAEL H. PAGE - #154913
MARK A. LEMLEY - #155830
KLAUS H. HAMM - #224905
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff and Counter Defendant
GOOGLE INC. and Third-Party Defendants
ASK JEEVES, INC. and EARTHLINK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation,<br><br>                                   Plaintiff,<br><br>   v.<br><br>AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., and DOES 1-100, inclusive,<br><br>                                  Defendants. | Case No. C 03-5340-JF (EAI)<br><br>**DECLARATION OF KLAUS H. HAMM IN SUPPORT OF GOOGLE'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL COMPLIANCE WITH F.R.C.P. 34(b)**<br><br>Date:      February 3, 2006<br>Time:     9:30 a.m.<br>Courtroom: 4<br>Judge:    Hon. Richard Seeborg |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.,<br><br>                              Counter Plaintiff,<br><br>   v.<br><br>GOOGLE INC., AMERICA ONLINE, INC., NETSCAPE COMMUNICATIONS CORPORATION, COMPUSERVE INTERACTIVE SERVICES, INC., ASK JEEVES, INC. and EARTHLINK, INC.,<br><br>                              Counter Defendant/<br>                              Third-Party Defendants. | |

365378.01

DECLARATION OF KLAUS H. HAMM IN SUPPORT OF GOOGLE'S OPPOSITION TO DEFENDANT'S
MOTION TO COMPEL COMPLIANCE WITH F.R.C.P. 34(b)
CASE NO. C 03-5340-JF (EAI)

Dockets.Justia.com

I, Klaus H. Hamm, declare as follows:

1. I am associated with the firm of Keker & Van Nest LLP, counsel for Plaintiff Google Inc., and am admitted to practice before this Court. The facts set forth herein are known to me of my personal knowledge, and if called upon I can testify truthfully thereto.

2. In October 2005, I spoke with Dawn Beery, counsel for American Blind & Wallpaper Factory, Inc. ("American Blind"), about American Blind's and Google's initial document productions. We agreed to make simultaneous document productions to each other on October 26, 2005. We also informed one another that both parties likely would make subsequent document productions. Shortly after October 26, 2005, Google received one box of documents labeled ABWF 000001- ABWF 002790 from American Blind. Since that production, Google has not received any additional document productions from American Blind.

3. Attached hereto as Exhibit A is a true and correct copy of Plaintiff's First Set of Document Requests to Defendant Google, Inc. (Request Nos. 1-42) in the matter *Government Employees Ins. Co. v. Google, Inc.*, No. 1:04cv 507 (LMB/TCB).

4. Attached hereto as Exhibit B is a true and correct copy of a letter dated October 26, 2005 from Doris Joos of my office to Ms. Beery.

5. Attached hereto as Exhibit C is a true and correct copy of a second letter dated October 26, 2005 from Ms. Joos to Ms. Beery.

6. Attached hereto as Exhibit D is a true and correct copy of a letter dated November 8, 2005 from me to David A. Rammelt, counsel for American Blind.

7. Attached hereto as Exhibit E is a letter dated October 27, 2005, with attached data compilations responsive to certain American Blind interrogatories, from me to Ms. Beery.

8. Attached hereto as Exhibit F is a letter dated January 3, 2006 from me to Mr. Rammelt.

9. Attached hereto as Exhibit G is a true and correct copy of a string of five emails dated November 15, 2005 between myself and Susan J. Greenspon, counsel for American Blind.

10. Attached hereto as Exhibit H is a second letter dated January 3, 2006 from me to Mr. Rammelt.

1

DECLARATION OF KLAUS H. HAMM IN SUPPORT OF GOOGLE'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL COMPLIANCE WITH F.R.C.P. 34(b)
CASE NO. C 03-5340-JF (EAI)

365378.01

1    11.    Attached hereto as Exhibit I is a true and correct copy of a letter dated January 4, 2006 from Mr. Rammelt to me.

    12.    Attached hereto as Exhibit J is a true and correct copy of a document stamped with the Bates number GOOGLE 10000, which Google produced to American Blind. This document was produced to American Blind on green paper, while the copy attached hereto is on white paper.

I state under penalty of perjury of the laws of the United States of American that the foregoing statements are true and correct and that this declaration was executed on January 13, 2006.

                                                    /s/ Klaus H. Hamm
                                          KLAUS H. HAMM

2
DECLARATION OF KLAUS H. HAMM IN SUPPORT OF GOOGLE'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL COMPLIANCE WITH F.R.C.P. 34(b)
CASE NO. C 03-5340-JF (EAI)

365378.01