LAW OFFICES
# KEKER & VAN NEST
L L P

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188
WWW.KVN.COM

October 26, 2005

**VIA FEDERAL EXPRESS**

Dawn Beery
Kelley Drye & Warren LLP
333 West Wacker Drive
Chicago, IL 60606

Re: *Google Inc. v. American Blind & Wallpaper Factory, Inc.*

Dear Ms. Beery:

Per Klaus Hamm's request, enclosed please find documents labeled GOOGLE 000001-009014, GOOGLE 10000-39717, and GOG 00001-14473. This shipment consists of twenty four boxes. Should you have questions, please contact Klaus Hamm.

Sincerely,

*[signature]*

Doris Joos
Paralegal

DAJ

cc: Klaus Hamm, Esq.