LAW OFFICES

# KEKER & VAN NEST
### LLP

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188
WWW.KVN.COM

KLAUS H. HAMM
KHAMM@KVN.COM

November 8, 2005

**VIA FACSIMILE AND U.S. MAIL**

David A. Rammelt, Esq.
Kelley Drye & Warren LLP
333 West Wacker Drive
26th Floor
Chicago, IL 60606

Re:   **Google Inc. v. American Blind & Wallpaper Factory, Inc.,**
      **USDC ND Cal. Case No. C-03-5340**

Dear David:

I write in response to your November 3, 2005 letter.

I enclose two privilege logs, totaling more than 400 pages, with this letter. These privilege logs relate to documents that we are withholding because they are privileged or subject to some other applicable protection. We are currently compiling a log that will provide information about documents that we produced with redactions. On the same note, we have yet to receive any type of privilege log from American Blind. Please send one as soon as possible.

Regarding your discussion about confidentiality designations, pursuant to your document requests, we have produced to you documents that we produced in other lawsuits. For example, American Blind's request for production No. 44 requests: "All transcripts of depositions, hearings, or other proceedings, Orders entered, and/or documents produced by Google in the case captioned Government Employees Insurance Co. v. Google, Inc., et al., Case No. 1:04cv507 (LMB/TCB) (E.D. Va. filed May 4, 2004) [the "GEICO litigation]." Accordingly, we have produced documents to you that we produced in the GEICO litigation. Consistent with our obligations, we have not altered these documents. Since the documents produced in the GEICO litigation were produced pursuant to a protective order entered in that case, the documents have pre-existing confidentiality designations.

The documents you identify in your letter, i.e., GOOGLE 19959-20297, are mainly related to third parties' use of Google's trademark complaint procedure, in which third parties notify Google of their trademarks so that Google can block other parties from using that trademark in the content of their future advertisements. These documents thus relate to "future

361878.01

Dockets.Justia.com

David A. Rammelt, Esq.
November 8, 2005
Page 2

strategic business, sales or marketing plans or activities," and are properly designated under the parties' Stipulated Protective Order as "Confidential – Attorneys' Eyes Only." But rather than waste the parties resources debating what level of protection these documents merit, we agree that you may treat them as if they had been designated "Confidential." Should you identify other documents, designated by Google as "Confidential – Attorneys' Eyes Only," that you wish to treat as if they had been designated as "Confidential," please let me know. We will deal with your requests expeditiously and in a reasonable manner.

Very truly yours,

Klaus H. Hamm

KHH/dbm
Enclosures (via U.S. Mail)

361878.01