MANUAL FILING NOTIFICATION

Regarding Exhibit E to the DECLARATION OF KLAUS H. HAMM IN SUPPORT OF GOOGLE'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL COMPLIANCE WITH F.R.C.P. 34(b)

This filing is in paper form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly.

This document was not electronically filed because it is under seal.