LAW OFFICES
# KEKER & VAN NEST
## LLP

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188
WWW.KVN.COM

KLAUS H. HAMM
KHAMM@KVN.COM

January 3, 2005

**VIA FEDERAL EXPRESS**

David A. Rammelt, Esq.
Kelley Drye & Warren LLP
333 West Wacker Drive
26th Floor
Chicago, IL 60606

    Re:    **Google Inc. v. American Blind & Wallpaper Factory, Inc.,**
              SDC ND Cal. Case No. C-03-5340

Dear David:

    Enclosed please find documents Bates labeled GGL000001-2850. The range GGL000001-2346 consists of deposition and trial transcripts as well as orders from Government Employees Insurance Co. v. Google, Inc, et al. The range GGL002347-2850 consists of emails referring or relating to the alleged use of trademarks claimed by American Blind in connection with the AdWords program.

                                Very truly yours,

                                Klaus H. Hamm

KHH:daj

364681.01