GOOGLE 10000
CONFIDENTIAL ATTORNEYS'
EYES ONLY

Dockets.Justia.com