1  KEKER & VAN NEST, LLP
   MICHAEL H. PAGE - #154913
2  MARK A. LEMLEY - #155830
   KLAUS H. HAMM - #224905
3  710 Sansome Street
   San Francisco, CA 94111-1704
4  Telephone: (415) 391-5400
   Facsimile: (415) 397-7188
5
   Attorneys for Plaintiff and Counter Defendant
6  GOOGLE INC. and Third-Party Defendants
   ASK JEEVES, INC. and EARTHLINK, INC.
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA
10

11

12 GOOGLE INC., a Delaware corporation,          Case No. C 03-5340-JF (EAI)

13                            Plaintiff,          **NOTICE OF MOTION AND MOTION
                                                  FOR ADMINISTRATIVE RELIEF
14       v.                                       SEEKING AN ORDER SEALING
                                                  DOCUMENTS FOR FILING IN
15 AMERICAN BLIND & WALLPAPER                     RELATION TO GOOGLE'S
   FACTORY, INC., a Delaware corporation          OPPOSITION TO DEFENDANT'S
16 d/b/a decoratetoday.com, Inc., and DOES 1-     MOTION TO COMPEL COMPLIANCE
   100, inclusive,                                WITH F.R.C.P. 34(b)**

17                            Defendants.         Date:      February 3, 2006
                                                  Time:      9:30 a.m.
18 AMERICAN BLIND & WALLPAPER                     Courtroom: 4
   FACTORY, INC., a Delaware corporation          Judge:     Hon. Richard Seeborg
19 d/b/a decoratetoday.com, Inc.,

20                       Counter Plaintiff,

21       v.

22 GOOGLE INC., AMERICA ONLINE, INC.,
   NETSCAPE COMMUNICATIONS
23 CORPORATION, COMPUSERVE
   INTERACTIVE SERVICES, INC., ASK
24 JEEVES, INC. and EARTHLINK, INC.,

25                  Counter Defendant/
                    Third-Party Defendants.
26

27

28

365386.01

NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF SEEKING AN ORDER SEALING
DOCUMENTS FOR FILING IN RELATION TO GOOGLE'S OPPOSITION TO DEFENDANT'S MOTION TO
COMPEL COMPLIANCE WITH F.R.C.P. 34(b)
CASE NO. C 03-5340-JF (EAI)

Dockets.Justia.com

# NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF SEALING DOCUMENTS

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Civil Local Rules 79-5(b) and 7-11(a), Plaintiff Google Inc. ("Google") hereby gives notice to all counsel of record of its Motion for Administrative Relief Seeking an Order Sealing Documents For Filing in Relation to Google's Opposition to Defendant's Motion to Compel Compliance with F.R.C.P. 34(b) (the "Administrative Motion"). By way of this Administrative Motion, Google requests an order sealing: certain documents that were designated "CONFIDENTIAL – ATTORNEYS' EYES ONLY" by Google pursuant to the Stipulated Protective Order signed by all parties to this litigation and approved by the Court on September 19, 2005 ("Protective Order"). These documents are collectively referred to as the "Confidential Documents."

Google has included the Confidential Documents as Exhibit E to the Declaration of Klaus H. Hamm in Support of Google's Opposition Brief ("Hamm Decl."). For this reason, Google now requests permission to file under seal this Exhibit E.

Respectfully submitted,

Dated: January 13, 2006           KEKER & VAN NEST, LLP

By:  _____/s/ Klaus H. Hamm_____
     KLAUS H. HAMM

`

1

NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF SEEKING AN ORDER SEALING DOCUMENTS FOR FILING IN RELATION TO GOOGLE'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL COMPLIANCE WITH F.R.C.P. 34(b)
CASE NO. C 03-5340-JF (EAI)

365386.01