KEKER & VAN NEST, LLP
MICHAEL H. PAGE - #154913
MARK A. LEMLEY - #155830
KLAUS H. HAMM - #224905
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff and Counter Defendant
GOOGLE INC. and Third-Party Defendants
ASK JEEVES, INC. and EARTHLINK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation,<br><br>                       Plaintiff,<br><br>   v.<br><br>AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., and DOES 1-100, inclusive,<br><br>                       Defendants. | Case No. C 03-5340-JF (EAI)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF GOOGLE INC.'S ADMINISTRATIVE MOTION TO FILE EXHIBIT E TO THE HAMM DECLARATION UNDER SEAL** |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.,<br><br>                       Counter Plaintiff,<br><br>   v.<br><br>GOOGLE INC., AMERICA ONLINE, INC., NETSCAPE COMMUNICATIONS CORPORATION, COMPUSERVE INTERACTIVE SERVICES, INC., ASK JEEVES, INC. and EARTHLINK, INC.,<br><br>                      Counter Defendant/<br>                      Third-Party Defendants. | |

365397.01

[PROPOSED] ORDER GRANTING PLAINTIFF GOOGLE INC.'S ADMINISTRATIVE MOTION TO FILE EXHIBIT E TO THE HAMM DECLARATION UNDER SEAL
CASE NO. C 03-5340-JF (EAI)

Dockets.Justia.com

1  Pursuant to Civil Local Rule 79-5, Plaintiff Google Inc. has applied to this Court for an
2  order to file under seal Exhibit E to the Declaration of Klaus H. Hamm in Support of Google
3  Inc.'s Opposition to Defendant's Motion to Compel Compliance with F.R.C.P. 34(b), filed
4  concurrently herewith.  Google has submitted the Declaration of Klaus H. Hamm in support of
5  its motion to file under seal, stating the documents lodged contain confidential information under
6  the Protective Order in this matter.

7  GOOD CAUSE HAVING BEEN SHOWN, THE COURT HEREBY ORDERS that
8  Exhibit E to the Declaration of Klaus H. Hamm in Support of Google Inc.'s Opposition to
9  Defendant's Motion to Compel Compliance with F.R.C.P. 34(b), be filed under seal.
10 The Clerk of the court shall maintain said documents in accordance with the provisions of
11 Local Civil Rule 79-5(f).

13 IT IS SO ORDERED.

15 Dated: _____
   THE HONORABLE RICHARD SEEBORG
16 Judge of the United States District Court

365397.01

1
[PROPOSED] ORDER GRANTING PLAINTIFF GOOGLE INC.'S ADMINISTRATIVE MOTION TO FILE EXHIBIT E TO
THE HAMM DECLARATION UNDER SEAL
CASE NO. C 03-5340-JF (EAI)