1
2
3
4
5

I, Ethan B. Andelman declare as follows:

1. I am an attorney at Howrey LLP, counsel of record for Defendant/Counter-Plaintiff American Blind & Wallpaper Factory, Inc. ("American Blind") in the above-captioned action. I am a member in good standing of the State Bar of California. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Attached hereto as Exhibit A is a true and correct copy of a letter from Klaus H. Hamm to David A. Rammelt, dated January 3, 2006.

3. Attached hereto as Exhibit B is a true and correct copy of an e-mail, with attachment, from Klaus Hamm to Michael Page, Dawn M. Beery, Stephen Taylor, David A. Rammelt, Susan Greenspon, Rob Phillips and Ethan Andelman, dated June 14, 2005.

Executed on January 20, 2006, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

/s/ Ethan B. Andelman
    Ethan B. Andelman

Case No. C03-5340 JF
Declaration of Ethan B. Andelman ISO
Motion to Enforce Stipulated Protective Order
DM_US\8303134.v1

- 2 -