1  Michael H. Page  (SBN 154913)
   Mark A. Lemley (SBN 155830)
2  Klaus H. Hamm (SBN 224905)
   KEKER & VAN NEST, LLP
3  710 Sansome Street
   San Francisco, CA  94111-1704
4  Telephone:  (415) 391-5400
   Facsimile:  (415) 397-7188
5
   Attorneys for Plaintiff/Counter-Defendant
6  GOOGLE INC. and Third-Party Defendants
   ASK JEEVES, INC. and EARTHLINK, INC.
7
   [additional counsel appear on next page]
8

9                          UNITED STATES DISTRICT COURT

10                       NORTHERN DISTRICT OF CALIFORNIA

11 GOOGLE INC., a Delaware corporation,    ) Case No. C 03-5340-JF (EAI)
                                           )
12         Plaintiff,                      ) **JOINT FED. R. CIV. P. 26(f) REPORT,**
                                           ) **CASE MANAGEMENT STATEMENT**
13     v.                                  ) **AND PROPOSED CASE MANAGEMENT**
                                           ) **ORDER**
14 AMERICAN BLIND & WALLPAPER              )
   FACTORY, INC., a Delaware corporation   ) Date:       February 3, 2006
15 d/b/a decoratetoday.com, Inc.; and DOES 1- ) Time:    10:30 a.m.
   100, inclusive,                         ) Courtroom: 3, 5th Flr.
16                                         ) Judge:      Hon. Jeremy Fogel
           Defendants.                     )
17                                         )
   AMERICAN BLIND & WALLPAPER              )
18 FACTORY, INC., a Delaware corporation   )
   d/b/a decoratetoday.com, Inc.,          )
19                                         )
           Counter-Plaintiff,              )
20                                         )
       v.                                  )
21                                         )
   GOOGLE, INC., AMERICA ONLINE, INC.,     )
22 NETSCAPE COMMUNICATIONS                 )
   CORPORATION, COMPUSERVE                 )
23 INTERACTIVE SERVICES, INC., ASK         )
   JEEVES, INC., and EARTHLINK, INC.       )
24                                         )
           Counter-Defendants/             )
25         Third-Party Defendants          )
                                           )
26 _____    )

27
28

1 | Robert N. Phillips (SBN 120970)
Ethan B. Andelman (SBN 209101)
2 | HOWREY LLP
525 Market Street, Suite 3600
3 | San Francisco, CA 94105
Telephone: (415) 848-4900
4 | Facsimile: (415) 848-4999

5 | David A. Rammelt (Admitted *Pro Hac Vice*)
Susan J. Greenspon (Admitted *Pro Hac Vice*)
6 | Dawn M. Beery (Admitted *Pro Hac Vice*)
KELLEY DRYE & WARREN LLP
7 | 333 West Wacker Drive, Suite 2600
Chicago, IL 60606
8 | Telephone: (312) 857-7070
Facsimile: (312) 857-7095
9 |
Attorneys for Defendant/Counter-Plaintiff
10 | AMERICAN BLIND AND WALLPAPER
FACTORY, INC.
11 |

12 | Stephen E. Taylor (SBN 58452)
Stacey L. Wexler (SBN 184466)
13 | TAYLOR & COMPANY LAW OFFICES, INC.
One Ferry Building, Suite 355
14 | San Francisco, California 94111
Telephone: (415) 788-8200
15 | Facsimile: (415) 788-8208

16 | Attorneys For Third-Party Defendants
AMERICA ONLINE, INC.,
17 | NETSCAPE COMMUNICATIONS
CORPORATION, and COMPUSERVE
18 | INTERACTIVE SERVICES, INC.

19

20

21

22

23

24

25

26

27

28

JOINT CASE MANAGEMENT CONFERENCE STATEMENT
Case No. C 03-5340-JF (EAI)

Plaintiff/Counter-Defendant Google Inc. ("Google"), Defendant/Counter-Plaintiff American Blind & Wallpaper Factory, Inc. ("American Blind"), and Third-Party Defendants America Online, Inc. ("America Online"), Netscape Communications Corp. ("Netscape"), Compuserve Interactive Services, Inc. ("Compuserve"), Ask Jeeves, Inc. ("Ask Jeeves"), and Earthlink, Inc. ("Earthlink") submit the following joint case management conference statement.

## I.     DESCRIPTION OF THE CASE

### A.     Background

Google filed this action against American Blind on November 26, 2003, seeking a declaratory judgment that its current policy regarding the sale of keyword-triggered advertising does not constitute trademark infringement.  American Blind contends that many of American Blind's competitors – with the assistance and encouragement of search engines such as Google –  have attempted to confuse American Blind's customers and capitalize illegally on American Blind's goodwill and reputation by purchasing advertising keywords identical or substantially similar to American Blind's federally registered and common law trademarks from the search engines, including Google.  Google disagrees that American Blind's customers are likely to be confused as a result of the purchase of such keywords, or that Google assists in or encourages illegal conduct on the part of American Blind's competitors.

American Blind filed counterclaims and third-party claims against Google, America Online, Inc., Netscape Communications Corp., Compuserve Interactive Services, Inc., Askjeeves, Inc., and Earthlink, Inc. for trademark infringement and dilution, unfair competition, and tortious interference with prospective economic advantage.

Discovery is ongoing in this case.  There are two pending discovery motions brought by American Blind, which are scheduled to be heard by Judge Seeborg immediately before this case management conference is held before the Court.

### B.     Principal Factual and Legal Issues

The principal factual and legal issues remain the same as they did in the parties' last joint case management statement, filed on April 26, 2005.

**C.     Service of Process**

There are no unserved parties.

**D.     Additional Parties**

Neither Google, American Blind, nor the Third-Party Defendants currently intend to join any additional parties.

**II.    ALTERNATIVE DISPUTE RESOLUTION**

The parties participated in a mediation before retired Judge Fern Smith on December 13, 2005. The mediation did not result in settlement.

**III.   INITIAL DISCLOSURES UNDER FED. R. CIV. P. 26(A)**

The parties have served their Rule 26 initial disclosures upon one another.

**IV.    CASE MANAGEMENT PLAN**

**A.     Discovery and Trial Schedule**

The Court has adopted the following case management schedule:

| | |
|---|---|
| Cutoff of Fact Discovery | February 27, 2006 |
| All Parties' Expert Reports Due | March 31, 2006 |
| Rebuttal Expert Reports Due | May 15, 2006 |
| Cutoff of Expert Discovery | June 30, 2006 |
| Cutoff for filing Dispositive Motions | July 31, 2006 |
| Pretrial Conference Statement | October 2, 2006 |
| Pretrial Conference | October 13, 2006 at 11:00 a.m. |
| Trial Date | November 17, 2006 at 11:00 a.m. |

American Blind's position:

American Blind believes that the schedule in this case should be extended by six months. American Blind has an outstanding discovery dispute with Google over Google's production of documents. Over a period of several months, the parties negotiated a Stipulated Protective Order which was entered by the Court on September 19, 2005. On October 26, 2005, the parties exchanged their initial document production.   Since that time, American Blind has diligently reviewed Google's

1 voluminous production and discovered that Google has produced documents in response to only one of
2 American Blind's document requests, has not appropriately reviewed the documents it has produced
3 for confidentiality labels, has overdesignated the vast majority of documents it has produced, and has
4 not complied with Rule 34(b) in its production.   In late December, after the long-delayed mediation in
5 this case, American Blind brought discovery motions on some of these issues which are currently
6 pending before Judge Seeborg; they are scheduled to be heard immediately before the Case
7 Management Conference.  Additional discovery motions on document production and/or interrogatory
8 responses may be necessary if Google continues to refuse to abide by its discovery obligations.

Given the state of Google's document production, an additional six months is necessary to adequately complete discovery.  The schedule American Blind proposes is:

| | |
|---|---|
| Cutoff of Fact Discovery | August 28, 2006 |
| All Parties' Expert Reports Due | September 29, 2006 |
| Rebuttal Expert Reports Due | November 15, 2006 |
| Cutoff of Expert Discovery | December 29, 2006 |
| Cutoff for filing Dispositive Motions | January 31, 2007 |
| Pretrial Conference Statement | April 2, 2007 |
| Pretrial Conference | April 13, 2007 at 11:00 a.m. |
| Trial Date | May 18, 2007 at 11:00 a.m. |

Google's position:

Google opposes American Blind's request to extend by six months the scheduling dates already adopted by the Court.  The parties have had more than enough time to complete discovery.  Google filed its complaint more than two years ago, on November 26, 2003.  Although the Court stayed discovery on June 21, 2004, that stay expired eight months ago, on May 11, 2005.  As explained in its oppositions to American Blind's discovery motions, Google has diligently complied with its discovery obligations.  Google has made multiple document productions—and produced more than 100,000 pages of documents—in response to American Blind's extensive document requests.  American Blind's claim that Google has produced documents in response to only one of its requests is simply

3
JOINT CASE MANAGEMENT CONFERENCE STATEMENT
Case No. C 03-5340-JF (EAI)

untrue. While Google prefers to avoid further delay, it has informed American Blind that it would accept a compromise whereby the Court extends all deadlines by one month.

**B.     Trial Duration**

The parties estimate a trial of approximately two weeks.

Dated: January 20, 2006                    KEKER & VAN NEST, LLP

                                           By:  /s/ Klaus H. Hamm
                                                KLAUS H. HAMM

                                                Attorneys for Plaintiff/Counter-Defendant
                                                GOOGLE INC.

Dated: January 20, 2006                    HOWREY LLP

                                           By:  /s/ Robert N. Phillips
                                                ROBERT N. PHILLIPS

                                                David A. Rammelt
                                                Susan J. Greenspon
                                                Dawn M. Beery
                                                KELLEY DRYE & WARREN LLP
                                                333 West Wacker Drive, Suite 2600
                                                Chicago, IL  60606

                                                Attorneys for Defendant/Counter-Plaintiff
                                                AMERICAN BLIND AND WALLPAPER
                                                FACTORY, INC.

                                           TAYLOR & COMPANY LAW OFFICES, INC.

Dated: January 20, 2006

                                           By:  /s/ Stacey L. Wexler
                                                STACEY L. WEXLER

                                                Attorneys for Third-Party Defendants
                                                AMERICA ONLINE, INC., NETSCAPE
                                                COMMUNICATIONS CORPORATION,
                                                and COMPUSERVE INTERACTIVE
                                                SERVICES, INC.

1  IT IS SO ORDERED.

3  Dated: January ___, 2006                    _____
4                                              Hon. Jeremy Fogel
                                               United States District Court Judge

8  **ATTESTATION AS TO CONCURRENCE**

9      I, Klaus H. Hamm, under penalty of perjury of the laws of the United States of America, attest that concurrence in the filing of this document has been obtained from each of the other signatories to this document.

                                                                 _____