| | |
|---|---|
| 1 | Robert N. Phillips (SBN 120970) |
| | Ethan B. Andelman (SBN 209101) |
| 2 | HOWREY SIMON ARNOLD & WHITE, LLP |
| | 525 Market Street, Suite 3600 |
| 3 | San Francisco, CA 94105 |
| | Telephone: (415) 848-4900 |
| 4 | Facsimile: (415) 848-4999 |
| 5 | David A. Rammelt (Admitted *Pro Hac Vice*) |
| | Susan J. Greenspon (Admitted *Pro Hac Vice*) |
| 6 | Dawn M. Beery (Admitted *Pro Hac Vice*) |
| | KELLEY DRYE & WARREN LLP |
| 7 | 333 West Wacker Drive, Suite 2600 |
| | Chicago, IL 60606 |
| 8 | Telephone: (312) 857-7070 |
| | Facsimile: (312) 857-7095 |

FILED
JAN 24 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Attorneys for Defendant/Counter-Plaintiff
AMERICAN BLIND AND WALLPAPER FACTORY, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation, | Case No. C 03-5340-JF (RS) |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE EXHIBITS E, F, AND G TO THE HAMM DECLARATION UNDER SEAL |
| v. | |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.; and DOES 1-100, inclusive, | |
| Defendants. | |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., | |
| Counter-Plaintiff, | |
| v. | |
| GOOGLE, INC., AMERICA ONLINE, INC., NETSCAPE COMMUNICATIONS CORPORATION, COMPUSERVE INTERACTIVE SERVICES, INC., ASK JEEVES, INC., and EARTHLINK, INC. | |
| Counter-Defendants/ Third-Party Defendants | |

HOWREY LLP

Case No. C 03-5340 JF
[Proposed] Order Granting Administrative Motion to File Documents Under Seal

DM_US\8297925.v1

1  The administrative motion of Google, Inc. Seeking an Order Sealing Documents for Filing in Relation to Google's Opposition to Defendant's Motion to Enforce Stipulated Protective Order and to Dedesignate Documents came for hearing before this Court. After considering the papers in support of the motion, the Court hereby GRANTS the motion to the extent it seeks to file Exhibits E, F, and G to the Declaration of Klaus H. Hamm in Support of Google's Opposition to Enforce Stipulated Protective Order and to Dedesignate Documents.

IT IS ORDERED that the Clerk file under seal Exhibits E, F, and G to the Declaration of Klaus H. Hamm in Support of Google's Opposition to Enforce Stipulated Protective Order and to Dedesignate Documents.

Date: 1/24/06

_____
United States Magistrate Judge