UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Civil Minute Order

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR:   FTR                           DATE:   2/3/06
COURTROOM DEPUTY: MARTHA PARKER BROWN
                                                CASE #:   C 03-05340 JF(RS0

CASE TITLE:   GOOGLE            VS.   AMERICAN BLIND & WALLPAPER, ET AL

**Appearances for Plaintiff(s)**          **Appearances for Defendant(s)**

 KLAUS H. HAMM                              DAVID A. RAMMELT

 MICHAEL H. PAGE                            SUSAN GREENSPON

                                            ROBERT N. PHILLIPS

**TODAY'S PROCEEDINGS**

{ }SETTLEMENT CONF.   { } PRETRIAL CONF.   {X } MOTIONS LISTED BELOW:

Pltf.   Deft.   Cross Mot.
{  }    {X }   {  }   1. TO COMPEL
{  }    {X }   {  }   2. TO DECLASSIFY DOCUMENTS
{  }    {  }   {  }   3.
{  }    {  }   {  }   4.

DISPOSITION of TODAY'S PROCEEDINGS

[  ] SETTLED     [  ] NOT SETTLED   [  ] SETTLEMENT DISCUSSIONS ONGOING

**MOTION DISPOSITION SHOWN BELOW:**

[   ] GRANTED        [   ] DENIED        [   ] SUBMITTED       [   ] DENIED/GRANTED in part

[   ] BRIEFS TO BE FILED AS FOLLOWS:

{   } Cont'd to            @           For

**ORDER TO BE PREPARED BY:**     [ ]PLTF;    [ ]DEFT;    [ ]COURT
Additional Comments:   MATTER IS ARGUED BY COUNSEL.  COURT WILL ISSUE WRITTEN ORDER.

HOURS IN SETTLEMENT:              Copies to: