UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Further Case Management Conference, Friday, February 3, 2006
**Case Number:** CV-03-5340-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Peter Torreano

**TITLE:**   **GOOGLE V. AMERICAN BLIND & WALLPAPER**

| PLAINTIFF | DEFENDANT |
|---|---|
| Google | American Blind & Wallpaper |
| **Attorneys Present:** Michael Page  Klaus Hamm | **Attorneys Present:** Stacey Wexler, David Rammelt  Robert Phillips |

PROCEEDINGS:

Further Case Management Conference held. Counsel are present.

The Court extends all case management dates by 4 months. The case is set for jury trial on 3/16/07 at 1:30 p.m., pretrial conference on 3/2/07 at 11:00 a.m. and motion hearing on 12/1/06 at 9:00 a.m.