| | |
|---|---|
| 1 | David A. Rammelt (Admitted *Pro Hac Vice*) |
| 2 | Susan J. Greenspon (Admitted *Pro Hac Vice*) |
|   | Dawn M. Beery (Admitted *Pro Hac Vice*) |
| 3 | KELLEY DRYE & WARREN LLP |
|   | 333 West Wacker Drive, Suite 2600 |
| 4 | Chicago, IL 60606 |
|   | Telephone: (312) 857-7070 |
| 5 | Facsimile: (312) 857-7095 |
| 6 | Attorneys for Defendant/Counter-Plaintiff |
|   | AMERICAN BLIND AND WALLPAPER |
| 7 | FACTORY, INC. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 9 | GOOGLE INC., a Delaware corporation, | Case No. C 03-5340-JF (RS) |
| 10 | Plaintiff, | **KELLEY DRYE & WARREN LLP'S** |
| 11 | v. | **ADMINISTRATIVE MOTION TO WITHDRAW AS COUNSEL FOR** |
| 12 | AMERICAN BLIND & WALLPAPER | **AMERICAN BLIND & WALLPAPER** |
| 13 | FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.; and DOES 1- | **FACTORY, INC. WITH RESPECT TO THE THIRD-PARTY DEFENDANTS** |
| 14 | 100, inclusive, | |
| 15 | Defendants. | |
| 16 | AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation | |
| 17 | d/b/a decoratetoday.com, Inc., | |
| 18 | Counter-Plaintiff, | |
| 19 | v. | |
| 20 | GOOGLE, INC., AMERICA ONLINE, INC., NETSCAPE COMMUNICATIONS | |
| 21 | CORPORATION, COMPUSERVE INTERACTIVE SERVICES, INC., ASK | |
| 22 | JEEVES, INC., and EARTHLINK, INC. | |
| 23 | Counter-Defendants/ Third-Party Defendants | |

Pursuant to Rule 11-5 and 7-11 of the Northern District of California Civil Local Rules, Kelley Drye & Warren LLP ("Kelley Drye"), counsel for Defendant/Counter-Plaintiff American Blind & Wallpaper Factory, Inc. ("American Blind"), seeks an order of the Court permitting Kelley Drye to withdraw from its representation of American Blind with respect to the

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/BEERD/207592.1

Dockets.Justia.com

1 Third-Party Defendants. In support thereof, Kelley Drye states as follows:

2 Kelley Drye is in the process of merging with the law firm of Collier Shannon Scott, PLLC ("Collier Shannon"). (Declaration of Susan J. Greenspon (the "Greenspon Declaration"), filed concurrently with this Motion, at ¶ 2.) America Online, Inc. ("AOL") is a client of Collier Shannon. (Greenspon Declaration at ¶ 3.) As a result, Kelley Drye can no longer represent American Blind & Wallpaper Factory, Inc. ("American Blind") with respect to its Third-Party Claims against AOL. Accordingly, Kelley Drye is withdrawing as counsel for American Blind with regard to the prosecution of all of the Third-Party Claims. Kelley Drye will continue to represent American Blind with respect to its claims against Google.

3 Howrey LLP ("Howrey") will remain as counsel for American Blind as to all aspects of this litigation, including the prosecution of the Third-Party Claims. Going forward, the Kelley Drye lawyers will, of course, not discuss the prosecution of the Third-Party Claims with the Howrey lawyers. (Greenspon Declaration at ¶ 7.) The Howrey lawyers are aware and understand that they should not discuss the prosecution of the Third-Party Claims with the Kelley Drye lawyers. (Greenspon Declaration at ¶ 7.)

4 American Blind has been informed of Kelley Drye's conflict and its intention to seek to withdraw its representation of American Blind with respect to the Third-Party Defendants. (Greenspon Declaration at ¶ 8.) American Blind has approved this withdrawal with respect to the Third-Party Defendants. *Id.*

5 Accordingly, Kelley Drye requests that the Court enter an Order, in a form substantially similar to the Proposed Order attached hereto, permitting Kelley Drye to withdraw from its representation of American Blind with respect to the Third-Party Defendants.

Dated: March 31, 2006                    KELLEY DRYE & WARREN, LLP

                                         By:    /s/ Dawn M. Beery

                                         David A. Rammelt
                                         Susan J. Greenspon
                                         Dawn M. Beery
                                         KELLEY DRYE & WARREN LLP

| | |
|---|---|
| 1 | 333 West Wacker Drive, Suite 2600 |
| 2 | Chicago, IL  60606 |
| 3 | Attorneys for Defendant/Counter-Plaintiff AMERICAN BLIND AND WALLPAPER FACTORY, INC. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28