1 David A. Rammelt (Admitted *Pro Hac Vice*)
Susan J. Greenspon (Admitted *Pro Hac Vice*)
2 Dawn M. Beery (Admitted *Pro Hac Vice*)
KELLEY DRYE & WARREN LLP
3 333 West Wacker Drive, Suite 2600
Chicago, IL 60606
4 Telephone: (312) 857-7070
Facsimile: (312) 857-7095

Attorneys for Defendant/Counter-Plaintiff
AMERICAN BLIND AND WALLPAPER
FACTORY, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.; and DOES 1-100, inclusive, <br><br> Defendants. | Case No. C 03-5340-JF (RS) <br><br> **[PROPOSED] ORDER GRANTING KELLEY DRYE & WARREN LLP'S ADMINISTRATIVE MOTION TO WITHDRAW AS COUNSEL FOR AMERICAN BLIND & WALLPAPER FACTORY, INC. WITH RESPECT TO THE THIRD-PARTY DEFENDANTS** |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., <br><br> Counter-Plaintiff, <br><br> v. <br><br> GOOGLE, INC., AMERICA ONLINE, INC., NETSCAPE COMMUNICATIONS CORPORATION, COMPUSERVE INTERACTIVE SERVICES, INC., ASK JEEVES, INC., and EARTHLINK, INC. <br><br> Counter-Defendants/ <br> Third-Party Defendants | |

After considering the papers in support of and any papers filed in opposition to the motion of Kelley Drye & Warren LLP to withdraw as counsel for American Blind & Wallpaper Factory, Inc. with respect to the Third-Party Defendants, the Court grants Kelley Drye & Warren LLP's

KELLEY DRYE & WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/BEERD/207634.1

Dockets.Justia.com

motion. It is hereby ordered that Kelley Drye & Warren LLP no longer represents American Blind & Wallpaper Factory, Inc. with respect to the Third-Party Defendants and that Howrey, LLP shall remain in the case as counsel for American Blind as to all aspects of the case.

IT IS SO ORDERED.

Date: _____
United States District Court Judge

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/BEERD/207634.1        - 2 -