David A. Rammelt (Admitted *Pro Hac Vice*)
Susan J. Greenspon (Admitted *Pro Hac Vice*)
Dawn M. Beery (Admitted *Pro Hac Vice*)
KELLEY DRYE & WARREN LLP
333 West Wacker Drive, Suite 2600
Chicago, IL 60606
Telephone: (312) 857-7070
Facsimile: (312) 857-7095

Attorneys for Defendant/Counter-Plaintiff
AMERICAN BLIND AND WALLPAPER
FACTORY, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.; and DOES 1-100, inclusive,<br><br>    Defendants. | Case No. C 03-5340-JF (RS) |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.,<br><br>    Counter-Plaintiff,<br><br>    v.<br><br>GOOGLE, INC., AMERICA ONLINE, INC., NETSCAPE COMMUNICATIONS CORPORATION, COMPUSERVE INTERACTIVE SERVICES, INC., ASK JEEVES, INC., and EARTHLINK, INC.<br><br>    Counter-Defendants/<br>    Third-Party Defendants | |

## DECLARATION OF SUSAN J. GREENSPON

I, Susan J. Greenspon, declare as follows:

I am an attorney at the law firm of Kelley Drye & Warren, LLP ("Kelley Drye"), counsel for American Blind & Wallpaper Factory, Inc. in the above-captioned litigation. I am a member in

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/BEERD/171199.1      i      DECLARATION OF SUSAN J. GREENSPON
C 03-5340

Dockets.Justia.com

1  good standing of the State Bar of Illinois. I have personal knowledge of the facts set forth in this
2  Declaration and, if called as a witness, could and would testify competently to such facts under
3  oath.

4      Kelley Drye is in the process of merging with the law firm of Collier Shannon Scott, PLLC
5  ("Collier Shannon").

6      America Online, Inc. ("AOL") is a client of Collier Shannon.

7      As a result, Kelley Drye can no longer represent American Blind & Wallpaper Factory, Inc.
8  ("American Blind") with respect to its Third-Party Claims against AOL.

9      Accordingly, Kelley Drye is withdrawing as counsel for American Blind with regard to the
10 prosecution of all of the Third-Party Claims. Kelley Drye will continue to represent American
11 Blind with respect to its claims against Google.

12     Howrey LLP ("Howrey") will remain as counsel for American Blind as to all aspects of this
13 litigation, including the prosecution of the Third-Party Claims.

14     Going forward, the Kelley Drye lawyers will not discuss the prosecution of the Third-Party
15 Claims with the Howrey lawyers. The Howrey lawyers are aware and understand that they
16 should not discuss the prosecution of the Third-Party Claims with the Kelley Drye lawyers.

17     American Blind has been informed of Kelley Drye's conflict and its intention to seek to
18 withdraw its representation of American Blind with respect to the Third-Party Defendants.
19 American Blind has approved this withdrawal with respect to the Third-Party Defendants.
20
21 Executed on March 31, 2006, at Chicago, Illinois.
22     I declare under penalty of perjury under the laws of the State of California that the
23 foregoing is true and correct.
24
25                                                      /s/ Susan J. Greenspon
                                                   Susan J. Greenspon
26
27
28

KELLEY DRYE & WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

- ii -
CH01/BEERD/1
71199.1

DECLARATION OF SUSAN J. GREENSPON

1

**ATTESTATION OF CONCURRENCE OF FILING**

2

I attest that Susan J. Greenspon has concurred in the filing of this document.

3

4
　　　　/s/ Dawn M. Beery_____
　　　　Dawn M. Beery

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

- iii -
CH01/BEERD/1
71199.1

DECLARATION OF SUSAN J. GREENSPON