| | | |
|---|---|---|
| 1 | David A. Rammelt (Admitted *Pro Hac Vice*) | **E-filed 4/4/06** |
| 2 | Susan J. Greenspon (Admitted *Pro Hac Vice*) | |
|   | Dawn M. Beery (Admitted *Pro Hac Vice*) | |
| 3 | KELLEY DRYE & WARREN LLP | |
|   | 333 West Wacker Drive, Suite 2600 | |
| 4 | Chicago, IL  60606 | |
|   | Telephone:  (312) 857-7070 | |
| 5 | Facsimile:   (312) 857-7095 | |

Attorneys for Defendant/Counter-Plaintiff
AMERICAN BLIND AND WALLPAPER FACTORY, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation, | Case No. C 03-5340-JF (RS) |
| Plaintiff, | [~~PROPOSED~~] **ORDER GRANTING KELLEY DRYE & WARREN LLP'S ADMINISTRATIVE MOTION TO WITHDRAW AS COUNSEL FOR AMERICAN BLIND & WALLPAPER FACTORY, INC. WITH RESPECT TO THE THIRD-PARTY DEFENDANTS** |
| v. | |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.; and DOES 1-100, inclusive, | |
| Defendants. | |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., | |
| Counter-Plaintiff, | |
| v. | |
| GOOGLE, INC., AMERICA ONLINE, INC., NETSCAPE COMMUNICATIONS CORPORATION, COMPUSERVE INTERACTIVE SERVICES, INC., ASK JEEVES, INC., and EARTHLINK, INC. | |
| Counter-Defendants/ Third-Party Defendants | |

After considering the papers in support of and any papers filed in opposition to the motion of Kelley Drye & Warren LLP to withdraw as counsel for American Blind & Wallpaper Factory, Inc. with respect to the Third-Party Defendants, the Court grants Kelley Drye & Warren LLP's

KELLEY DRYE & WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/BEERD/207634.1

motion. It is hereby ordered that Kelley Drye & Warren LLP no longer represents American Blind & Wallpaper Factory, Inc. with respect to the Third-Party Defendants and that Howrey, LLP shall remain in the case as counsel for American Blind as to all aspects of the case.

IT IS SO ORDERED.

Date:    4/4/06

_____
United States District Court Judge

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/BEERD/207634.1        - 2 -