STEPHEN E. TAYLOR (SBN 58452)
STACEY L. WEXLER (SBN 184466)
TAYLOR & COMPANY LAW OFFICES, INC.
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile:  (415) 788-8208
E-mail: staylor@tcolaw.com
E-mail: swexler@tcolaw.com

Attorneys for Third-Party Defendants
AMERICA ONLINE, INC.,
NETSCAPE COMMUNICATIONS
CORPORATION and COMPUSERVE
INTERACTIVE SERVICES, INC.

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE INC., a Delaware corporation,<br><br>      Plaintiff,<br><br>v.<br><br>AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.; and DOES 1-100, inclusive,<br><br>      Defendants.<br><br>AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.,<br><br>      Counter-Complainant,<br><br>v.<br><br>GOOGLE INC., AMERICA ONLINE, INC., NETSCAPE COMMUNICATIONS CORPORATION, COMPUSERVE INTERACTIVE SERVICES, INC., ASK JEEVES, INC., and EARTHLINK, INC.,<br><br>      Counter-Defendants. | Case No.: C 03-5340-JF (EAI)<br><br>**THIRD-PARTY DEFENDANTS AMERICA ONLINE, INC.'S, NETSCAPE COMMUNICATIONS CORPORATION'S, AND COMPUSERVE INTERACTIVE SERVICES, INC.'S RESPONSE TO KELLEY DRYE & WARREN LLP'S ADMINISTRATIVE MOTION TO WITHDRAW AS COUNSEL FOR AMERICAN BLIND & WALLPAPER FACTORY, INC. WITH RESPECT TO THE THIRD-PARTY DEFENDANTS** |

THIRD-PARTY DEFENDANTS AMERICA ONLINE, INC.'S, NETSCAPE COMMUNICATIONS CORPORATION'S, AND COMPUSERVE INTERACTIVE SERVICES, INC.'S RESPONSE TO KELLEY DRYE & WARREN LLP'S ADMINISTRATIVE MOTION TO WITHDRAW AS COUNSEL FOR AMERICAN BLIND & WALLPAPER FACTORY, INC. WITH RESPECT TO THE THIRD-PARTY DEFENDANTS:
CASE NO. C 03-5340-JF (EAI)

TAYLOR & CO.
LAW OFFICES, INC.

Pursuant to Northern District of California Civil Local Rule 7-11, third-Party defendants America Online, Inc., Netscape Communications Corporation, and CompuServe Interactive Services, Inc. (collectively referred to herein as the "AOL Defendants") hereby respond to Kelley Drye & Warren LLP's Administrative Motion to Withdraw as Counsel for American Blind & Wallpaper Factory, Inc. with Respect to the Third-Party Defendants ("Motion to Withdraw").[1] While the AOL Defendants do not oppose the Motion to Withdraw insofar as it goes, they reserve their rights to seek further relief, including possibly filing a motion for disqualification due to the conflict of interest created by Kelley Drye & Warren LLP's continued representation of American Blind in this matter.

Dated: April 5, 2006

TAYLOR & COMPANY LAW OFFICES, INC.

By: _____
Stacey L. Wexler

Attorneys for Third-Party Defendants
AMERICA ONLINE, INC.,
NETSCAPE COMMUNICATIONS
CORPORATION and COMPUSERVE
INTERACTIVE SERVICES, INC.

---

[1] Pursuant to the local rules, the AOL Defendants are responding on the third day following the filing of the motion on Friday, March 31, 2006.

1.

THIRD-PARTY DEFENDANTS AMERICA ONLINE, INC.'S, NETSCAPE COMMUNICATIONS CORPORATION'S, AND COMPUSERVE INTERACTIVE SERVICES, INC.'S RESPONSE TO KELLEY DRYE & WARREN LLP'S ADMINISTRATIVE MOTION TO WITHDRAW AS COUNSEL FOR AMERICAN BLIND & WALLPAPER FACTORY, INC. WITH RESPECT TO THE THIRD-PARTY DEFENDANTS:
CASE NO. C 03-5340-JF (EAI)

# PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is Taylor & Company Law Offices, Inc., One Ferry Building, Suite 355, San Francisco, California 94111.

On April 5, 2006, I served a true and correct copy of the document(s) described as: **THIRD-PARTY DEFENDANTS AMERICA ONLINE, INC.'S, NETSCAPE COMMUNICATIONS CORPORATION'S, AND COMPUSERVE INTERACTIVE SERVICES, INC.'S RESPONSE TO KELLEY DRYE & WARREN LLP'S ADMINISTRATIVE MOTION TO WITHDRAW AS COUNSEL FOR AMERICAN BLIND & WALLPAPER FACTORY, INC. WITH RESPECT TO THE THIRD-PARTY DEFENDANTS** on the following interested parties in this action:

| | |
|---|---|
| Mr. David A. Rammelt<br>Ms. Susan J. Greenspon<br>Ms. Dawn M. Beery<br>Kelley Drye & Warren LLP<br>333 West Wacker Drive, Suite 2600<br>Chicago, IL 60606<br>*Telephone: 312-857-7070*<br>*Facsimile: 312-857-7095*<br><br>**Counsel for Defendant and Counter-Claimant American Blind & Wallpaper Factory, Inc.** | Mr. Robert N. Phillips<br>Howrey Simon Arnold & White, LLP<br>525 Market Street, Suite 3600<br>San Francisco, CA 94105-2708<br>*Telephone: (415) 848-4900*<br>*Facsimile: (415) 848-4999*<br><br>**Counsel for Defendant and Counter-Claimant American Blind & Wallpaper Factory, Inc.** |

Michael H. Page
Mark A. Lemley
Klaus H. Hamm
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111-1704
*Telephone: (415) 391-5400*
*Facsimile: (415) 397-7188*

**Counsel for Plaintiff and Counter-Defendant Google, Inc. and Third-Party Defendants Ask Jeeves, Inc. and Earthlink, Inc.**

2.

THIRD-PARTY DEFENDANTS AMERICA ONLINE, INC.'S, NETSCAPE COMMUNICATIONS CORPORATION'S, AND COMPUSERVE INTERACTIVE SERVICES, INC.'S RESPONSE TO KELLEY DRYE & WARREN LLP'S ADMINISTRATIVE MOTION TO WITHDRAW AS COUNSEL FOR AMERICAN BLIND & WALLPAPER FACTORY, INC. WITH RESPECT TO THE THIRD-PARTY DEFENDANTS:
CASE NO. C 03-5340-JF (EAI)

TAYLOR & CO.
LAW OFFICES, INC.

**[ X ]  [BY PDF TRANSMISSION AND U.S. MAIL]** I caused the foregoing document(s) to be transmitted via PDF on this date. A true and correct copy of the same was placed in a sealed envelope addressed as show above. I am readily familiar with the practice of Taylor & Company Law Offices, Inc. for collection and processing of correspondence for mailing. According to that practice, items are deposited with the United States Postal Service at San Francisco, California on that same day with postage thereon fully prepaid. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit.

**[  ]  [BY FACSIMILE]** I caused the foregoing document(s) to be transmitted by facsimile to the offices of the addressees indicated above at the facsimile numbers listed for each addressee served. Upon completion of said facsimile transmission, the transmitting machine issued a transmission report showing that the transmission was complete and without error.

**[  ]  [BY OVERNIGHT DELIVERY]** I caused delivery of the document(s) listed above to be effected by overnight mail, by placing true and correct copies in separate envelopes for each addressee shown above, with the name and address of the person served shown on the envelope, and by sealing the envelope and placing it for collection. Delivery fees were paid or provided for in accordance with the ordinary business practices of Taylor & Company Law Offices, Inc.

**[  ]  [BY PERSONAL SERVICE]** I caused the foregoing document(s) to be served by hand on the following individual(s) as indicated on the "Declaration of Personal Service" attached hereto as <u>Exhibit A</u>. The person who delivered a true and correct copy of such document(s) to the person(s) identified below is identified in <u>Exhibit A</u> attached hereto.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed this 5th day of April 2006, at San Francisco, California.

_____
Grace D. Frary

3.

THIRD-PARTY DEFENDANTS AMERICA ONLINE, INC.'S, NETSCAPE COMMUNICATIONS CORPORATION'S, AND COMPUSERVE INTERACTIVE SERVICES, INC.'S RESPONSE TO KELLEY DRYE & WARREN LLP'S ADMINISTRATIVE MOTION TO WITHDRAW AS COUNSEL FOR AMERICAN BLIND & WALLPAPER FACTORY, INC. WITH RESPECT TO THE THIRD-PARTY DEFENDANTS: CASE NO. C 03-5340-JF (EAI)