1  Robert N. Phillips (SBN 120970)
   Ethan B. Andelman (SBN 209101)
2  HOWREY LLP
   525 Market Street, Suite 3600
3  San Francisco, CA  94105
   Telephone:  (415) 848-4900
4  Facsimile:   (415) 848-4999

**E-filed 4/27/06**

5  Attorneys for Defendant/Counter-Plaintiff
   AMERICAN BLIND AND WALLPAPER
6  FACTORY, INC.

7  UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA
8

9  GOOGLE INC., a Delaware corporation,

10         Plaintiff,

11     v.

12 AMERICAN BLIND & WALLPAPER
   FACTORY, INC., a Delaware corporation
13 d/b/a decoratetoday.com, Inc.; and DOES 1-
   100, inclusive,
14
           Defendants.
15 _____
   AMERICAN BLIND & WALLPAPER
16 FACTORY, INC., a Delaware corporation
   d/b/a decoratetoday.com, Inc.,
17
           Counter-Plaintiff,
18
       v.
19
   GOOGLE INC., AMERICA ONLINE, INC.,
20 NETSCAPE COMMUNICATIONS
   CORPORATION, COMPUSERVE
21 INTERACTIVE SERVICES, INC., ASK
   JEEVES, INC., and EARTHLINK, INC.
22
           Counter-Defendants/
23         Third-Party Defendants.

Case No. C 03-5340-JF (RS)

**STIPULATION AND [PROPOSED]
ORDER DISMISSING THIRD-PARTY
COMPLAINT**

24
25
26
27
28

CASE NO. C03-5340-JF
STIPULATION AND [PROPOSED] ORDER
DISMISSING THIRD-PARTY COMPLAINT
DM_US\8302598.v1

1  Pursuant to Rule 41(a)(1), the parties through their undersigned counsel hereby stipulate
2  and agree as follows:
3  American Blind and Wallpaper Factory, Inc.'s ("ABWF") third-party complaint shall be
4  dismissed without prejudice, therefore terminating this action as against America Online, Inc.,
5  Netscape Communications Corporation, CompuServe Interactive Services, Inc., Ask Jeeves, Inc.,
6  and EarthLink, Inc. (collectively, the "Third-Party Defendants"). ABWF and the Third-Party
7  Defendants shall bear their own attorneys' fees and costs incurred in this Action.
8  The action between ABWF and Google Inc. ("Google") (i.e., Google's complaint and
9  ABWF's counterclaim) is not affected by this dismissal.

11 Dated: April 7, 2006                                HOWREY LLP

14                                                    By:    /s/ Robert N. Phillips
                                                             ROBERT N. PHILLIPS
15                                                           ETHAN B. ANDELMAN

16                                                    Attorneys for Defendant/Counter-Plaintiff
                                                      AMERICAN BLIND AND WALLPAPER
17                                                    FACTORY, INC.

18 Dated: April 7, 2006                                KEKER & VAN NEST LLP

20                                                    By:    /s/ Michael H. Page
21                                                           MICHAEL H. PAGE

22                                                    Attorneys for Plaintiff/Counter-Defendant
                                                      GOOGLE INC. and Third-Party
23                                                    Defendants ASK JEEVES, INC. and
                                                      EARTHLINK, INC.

24                                                    Ravind Singh Frewal, Esq.
25                                                    Mark A. Lemley, Esq.
                                                      KEKER & VAN NEST LLP
26                                                    710 Sansome Street
                                                      San Francisco, CA 94111-1704

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

Case No. C03-5340-JF
STIPULATION AND [PROPOSED] ORDER           - 2 -
DISMISSING THIRD-PARTY COMPLAINT
DM_US\8302598.v1

Dated: April 7, 2006

TAYLOR & COMPANY LAW OFFICES, INC.

By: /s/ Stephen E. Taylor
STEPHEN E. TAYLOR

Attorneys for Third-Party Defendants AMERICA ONLINE, INC., NETSCAPE COMMUNICATIONS CORPORATION, and COMPUSERVE INTERACTIVE SERVICES, INC.

### ATTESTATION OF CONCURRENCE OF FILING

I, Robert N. Phillips, under penalty of perjury of the laws of the United States of America, attest that concurrence in the filing of this document has been obtained from each of the other signatories to this document.

/s/ Robert N. Phillips
Robert N. Phillips

IT IS SO ORDERED.

Dated: 4/27/06

Hon. Jeremy Fogel
United States District Court Judge

KELLEY DRYE & WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

Case No. C03-5340-JF
STIPULATION AND [PROPOSED] ORDER
DISMISSING THIRD-PARTY COMPLAINT
DM_US\8302598.v1

- 3 -