1  KEKER & VAN NEST, LLP
   MICHAEL H. PAGE - #154913
2  MARK A. LEMLEY - #155830
   KLAUS H. HAMM - #224905
3  AJAY S. KRISHNAN - #222476
   710 Sansome Street
4  San Francisco, CA  94111-1704
   Telephone:  (415) 391-5400
5  Facsimile:  (415) 397-7188

6
   Attorneys for Plaintiff and Counter Defendant
7  GOOGLE INC.

8
                          UNITED STATES DISTRICT COURT
9
                         NORTHERN DISTRICT OF CALIFORNIA
10

11
   GOOGLE INC., a Delaware corporation,          Case No. C 03-5340-JF (EAI)
12
                             Plaintiff,          **GOOGLE INC.'S NOTICE OF MOTION
13                                               AND MOTION TO COMPEL COUNTER-
        v.                                       PLAINTIFF ABWF TO (1) PRODUCE
14                                               DOCUMENTS, (2) PRODUCE AN
   AMERICAN BLIND & WALLPAPER                    AFFIDAVIT DETAILING ABWF'S
15 FACTORY, INC., a Delaware corporation         DOCUMENT COLLECTION EFFORTS,
   d/b/a decoratetoday.com, Inc., and DOES 1-    AND (3) SCHEDULE DEPOSITIONS**
16 100, inclusive,
                                                 Date:      TBD
17                           Defendants.         Time:      TBD
                                                 Courtroom: 4
18                                               Judge:     Hon. Richard Seeborg
   AMERICAN BLIND & WALLPAPER
19 FACTORY, INC., a Delaware corporation
   d/b/a decoratetoday.com, Inc.,
20
                       Counter Plaintiff,
21
        v.
22
   GOOGLE INC.,
23
                       Counter Defendant.
24

25

26

27

28

374753.01

GOOGLE INC.'S NOTICE OF MOTION AND MOTION TO COMPEL COUNTER-PLAINTIFF ABWF TO (1) PRODUCE
DOCUMENTS, (2) PRODUCE AN AFFIDAVIT DETAILING ABWF'S DOCUMENT COLLECTION EFFORTS, AND
(3) SCHEDULE DEPOSITIONS
CASE NO. C 03-5340-JF (EAI)

Dockets.Justia.com

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  YOU ARE HEREBY GIVEN NOTICE THAT on Wednesday, June 21, 2006, at 9:30

3  a.m., or at some other date and time set by the Court, counter-defendant Google, Inc. ("Google")

4  will and hereby does move this Court for an order to compel counter-plaintiff ABWF to (1)

5  produce documents, (2) produce an affidavit detailing ABWF's document collection efforts, and

6  (3) schedule depositions. This motion to compel is based on this Notice of Motion and Motion,

7  the Memorandum of Points and Authorities, the Declaration of Ajay S. Krishnan, and the

8  pleadings, papers, records and documents filed in this action, as well as any further matters that

9  may be presented to the Court prior to its ruling on this Motion.

11  Dated: June 8, 2006                    KEKER & VAN NEST, LLP

                                           By:    /s/ Ajay S. Krishnan
                                                  AJAY S. KRISHNAN
                                                  Attorneys for Plaintiff and Counter Defendant
                                                  GOOGLE INC.

1
GOOGLE INC.'S NOTICE OF MOTION AND MOTION TO COMPEL COUNTER-PLAINTIFF ABWF TO (1) PRODUCE
DOCUMENTS, (2) PRODUCE AN AFFIDAVIT DETAILING ABWF'S DOCUMENT COLLECTION EFFORTS, AND
(3) SCHEDULE DEPOSITIONS
CASE NO. C 03-5340-JF (EAI)

374753.01