# EXHIBIT C

**KELLEY DRYE & WARREN** LLP

A LIMITED LIABILITY PARTNERSHIP

333 WEST WACKER DRIVE

SUITE 2600

CHICAGO, ILLINOIS 60606

(312) 857-7070

NEW YORK, NY
WASHINGTON, DC
TYSONS CORNER, VA
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICES
JAKARTA, INDONESIA
MUMBAI, INDIA

FACSIMILE
(312) 857-7095
www.kelleydrye.com

DIRECT LINE: (312) 857-7080
EMAIL: sgreenspon@kelleydrye.com

October 26, 2005

**VIA FED EX**

Klaus Hamm
Keker & Van Nest
710 Sansome Street
San Francisco, California 94111

  Re: *Google Inc. v. American Blind & Wallpaper Factory, Inc.*
    Case No. C 03-5340-JF (EAI)

Dear Klaus:

  Enclosed please find documents labeled ABWF 000001 through 2790, which are responsive to Google Inc.'s First Set Of Requests For Production Of Documents and Things to American Blind & Wallpaper Factory, Inc.

  Thank you for your attention to this matter.

               Very truly yours,

               Dawn M. Beery

cc: Robert Phillips
   David A. Rammelt
   Susan J. Greenspon

CH01/DEERD/202228.1