# EXHIBIT H

**KELLEY DRYE & WARREN LLP**

A LIMITED LIABILITY PARTNERSHIP

333 WEST WACKER DRIVE

SUITE 2600

CHICAGO, ILLINOIS 60606

(312) 857-7070

NEW YORK, NY
WASHINGTON, DC
TYSONS CORNER, VA
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICES
JAKARTA, INDONESIA
MUMBAI, INDIA

FACSIMILE
(312) 857-7095
www.kelleydrye.com

DIRECT LINE: (312) 857-2501
EMAIL: cplater@kelleydrye.com

April 21, 2006

**VIA UPS**

Klaus Hamm
Ajay Krishnan
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111

Re: Google Inc. v. American Blind & Wallpaper Factory Inc.

Dear Klaus and Ajay:

Enclosed please find documents bearing Bates numbers ABWF 002791-002926, which are responsive to your discovery requests.

Bates range – ABWF 002791-002820 consist of the audited financials for American Blind for December 31, 1990, and May 31, 1989 and 1988.

Bates range – ABWF 002821-002839 consist of the audited financials for American Blind for October 31, 1993 and December 31, 1992 and 1991.

Bates range – ABWF 002840-002850 consists of documents pertaining to American Blind's URLs and references the creation date for each URL.

Bates range – ABWF 002851-002892 consist of financial documents including monthly P&L statements; monthly sales data broken down by product category; and monthly sales broken out between the internet, phone and local sales.

Bates range – ABWF 002894-002926 consist of documents regarding the applications and registration of American Blind's trademarks. This Bates range contains some gaps, which are documents that are subject to the attorney-client privilege and will be placed on an updated privilege log.

CH01/PLATC/208356.1

**KELLEY DRYE & WARREN LLP**

Klaus Hamm
Ajay Krishnan
April 21, 2006
Page Two

   We will continue to supplement our production in the event that any additional responsive documents are discovered.

             Sincerely,

             Caroline C. Plater

CCP:ccp
Enclosures

cc: David A. Rammelt (w/o encl.)

CH01/PLATC/208356.1