# EXHIBIT J

# KELLEY DRYE & WARREN LLP

A LIMITED LIABILITY PARTNERSHIP

333 WEST WACKER DRIVE

SUITE 2600

CHICAGO, ILLINOIS 60606

(312) 857-7070

NEW YORK, NY
WASHINGTON, DC
TYSONS CORNER, VA
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICES
JAKARTA, INDONESIA
MUMBAI, INDIA

FACSIMILE
(312) 857-7095
www.kelleydrye.com

DIRECT LINE: (312) 857-2501

EMAIL: cplater@kelleydrye.com

June 6, 2006

VIA FACSIMILE

Klaus Hamm
Ajay Krishnan
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111

Re: Google Inc. v. American Blind & Wallpaper Factory Inc.

Dear Klaus and Ajay:

I am responding to both of your recent correspondence in this matter. With regard to Ajay's May 12, 2006 letter, as you know, American Blind has gone through a change of management since we received your letter. As soon as was practicable, we began working with new management to address Google's discovery issues and have been told that we should receive responsive documents this week. Therefore, we will produce all responsive documents in our possession or indicate that none exist to you by next week.

With regard to the deposition notices sent by Klaus, we can confirm that we will be representing Joe Charno. However, we will need to select a different date that is mutually convenient. We cannot confirm that we are representing Steve Katzman at this time. I will contact you when a decision is made in this regard.

Please feel free to contact me regarding the foregoing.

Sincerely,

Caroline C. Plater

CCP:ccp

cc: Susan Greenspon

CH01/PLATC/209998.1

# KELLEY DRYE

## FACSIMILE TRANSMISSION

| | |
|---|---|
| TO | Klaus Hamm, Ajay Krishnan |
| FIRM | Keker & Van Nest LLP |
| CITY | San Francisco, CA |
| FAX | (415) 397-7188 |
| PHONE | (415) 391-5400 |
| NO. OF PAGES | 2 (including this page) |
| DATE | June 6, 2006 |

KELLEY DRYE & WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, ILLINOIS 60606
(312) 857-7070
FAX (312) 857-7095

**MESSAGE:**

| | |
|---|---|
| FROM | Caroline C. Plater |
| PHONE | (312) 857-2501 |
| E-MAIL | cplater@kelleydrye.com |
| TIMEKEEPER ID | 03971 |
| CLIENT NO. | 014405.0027 |

NEW YORK, NY
WASHINGTON, DC
TYSONS CORNER, VA
CHICAGO, IL
STAMFORD, CT
PARSIPPANY, NJ
BRUSSELS

AFFILIATE OFFICES
JAKARTA
MUMBAI

**IF PROBLEMS OCCUR DURING TRANSMISSION PLEASE CALL (312) 857-7070.**

The information contained in this facsimile message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any use, copying, disclosure or dissemination of this communication may be subject to legal restriction or sanction.