# EXHIBIT L

## Robert Thomas

**From:** Ajay Krishnan
**Sent:** Thursday, June 08, 2006 2:40 PM
**To:** Robert Thomas
**Subject:** FW: Extension of time to respond to Google's letter re document requests


-----Original Message-----
**From:** Plater, Caroline C. [mailto:CPlater@KelleyDrye.com]
**Sent:** Thursday, March 30, 2006 12:50 PM
**To:** Ajay Krishnan
**Cc:** Greenspon, Susan
**Subject:** RE: Extension of time to respond to Google's letter re document requests

Ajay - that is agreed. Thank you for your cooperation. Carrie

> -----Original Message-----
> **From:** Ajay Krishnan [mailto:AKrishnan@kvn.com]
> **Sent:** Thursday, March 30, 2006 1:19 PM
> **To:** Plater, Caroline C.
> **Cc:** Greenspon, Susan
> **Subject:** RE: Extension of time to respond to Google's letter re document requests
>
> Carrie -- May 11th for the 30(b)(6) depo works for us. I'll expect a response to my letter from 3/28 on 4/10. Agreed?
> Thanks,
> Ajay
>
>> -----Original Message-----
>> **From:** Plater, Caroline C. [mailto:CPlater@KelleyDrye.com]
>> **Sent:** Thursday, March 30, 2006 10:20 AM
>> **To:** Ajay Krishnan
>> **Cc:** Greenspon, Susan
>> **Subject:** RE: Extension of time to respond to Google's letter re document requests
>>
>> Ajay - We have May 11th open. Unfortunately, both our client and attys are pretty solidly booked in these two weeks. If this date does not work for Google, I will go into the following weeks for more dates. Please let me know how you would like to proceed. Thanks, Carrie
>>
>>> -----Original Message-----
>>> **From:** Ajay Krishnan [mailto:AKrishnan@kvn.com]
>>> **Sent:** Wednesday, March 29, 2006 6:15 PM
>>> **To:** Plater, Caroline C.
>>> **Subject:** RE: Extension of time to respond to Google's letter re document requests
>>>
>>> Great. Thanks.
>>>
>>>> -----Original Message-----
>>>> **From:** Plater, Caroline C. [mailto:CPlater@KelleyDrye.com]
>>>> **Sent:** Wednesday, March 29, 2006 4:14 PM
>>>> **To:** Ajay Krishnan
>>>> **Subject:** RE: Extension of time to respond to Google's letter re document requests

6/8/2006

Ajay, I appreciate the prior difficulties in scheduling. We will set a new date. I just have to get a hold of our client. I hope to do that within the next day. I will provide you with the potential dates as soon as I speak to him. Thanks, Carrie

-----Original Message-----
**From:** Ajay Krishnan [mailto:AKrishnan@kvn.com]
**Sent:** Wednesday, March 29, 2006 6:06 PM
**To:** Plater, Caroline C.
**Subject:** RE: Extension of time to respond to Google's letter re document requests

Thanks, Carrie. I just wanted to clarify that my agreement to the one-week extension was contingent on actually settling on a new 30(b)(6) deposition date (as you might recall, arriving at the April 20th date was not a trivial process). I am confident, though, that if you provide a reasonable number of options in those first two weeks of May, we will be able to work this out. For the present, however, since we have not yet reached agreement, we are still on a fairly tight timeline. Do you know when you will be able to get back to me with potential dates?
Thanks,
Ajay

-----Original Message-----
**From:** Plater, Caroline C.
[mailto:CPlater@KelleyDrye.com]
**Sent:** Wednesday, March 29, 2006 3:38 PM
**To:** Ajay Krishnan
**Subject:** RE: Extension of time to respond to Google's letter re document requests

Ajay -- Thank you for the accommodation. We agree to reschedule Google's 30(b)(6) deposition of ABWF and agree to try to provide mutually convenient dates in the first two weeks of May. Once we have ascertained our client's availability during that time, I will transmit the potential dates to you. Your cooperation is appreciated.
Regards,
Carrie Plater

-----Original Message-----
**From:** Ajay Krishnan
[mailto:AKrishnan@kvn.com]
**Sent:** Wednesday, March 29, 2006 5:27 PM
**To:** Plater, Caroline C.
**Subject:** Extension of time to respond to Google's letter re document requests

Dear Caroline,

Thank you for your letter from this morning concerning Google's discovery disputes. Although I would normally agree to the

extension you proposed, I need to ensure that Google obtains the many categories of documents mentioned in my letter from yesterday *before* Google's 30(b)(6) deposition of ABWF. I would therefore agree to push back ABWF's time to respond so long as you can provide a later date that is convenient for Google's attorneys at which ABWF's representative will be available for a 30(b)(6) deposition. Based on our last round of deposition scheduling, there were no mutually agreeable dates in April. If you can provide a date in the first two weeks of May that is convenient for Google's attorneys for a 30(b)(6) deposition, I will agree to the one week extension you proposed.

Sincerely,

Ajay Krishnan

Ajay S. Krishnan
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111
(415) 391-5400
akrishnan@kvn.com

This message is intended only for the use of the individual or entity to whom it is addressed. The message is confidential and may contain attorney-client information, attorney work product or other privileged information. If you are not the intended recipient, you are hereby notified that any use or dissemination of this message is strictly prohibited. If you received this message in error, please notify the sender by replying to the message. When complete, please delete the original message. Thank you.

Pursuant to Treasury Regulations, any U.S. federal tax advice contained in this communication, unless otherwise stated, is not intended and cannot be used for the purpose of avoiding tax-related penalties.

The information contained in this E-mail message is privileged, confidential, and may be

protected from disclosure; please be aware that any other use, printing, copying, disclosure or dissemination of this communication may be subject to legal restriction or sanction. If you think that you have received this E-mail message in error, please reply to the sender.

This E-mail message and any attachments have been scanned for viruses and are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened. However, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Kelley Drye & Warren LLP for any loss or damage arising in any way from its use.

Pursuant to Treasury Regulations, any U.S. federal tax advice contained in this communication, unless otherwise stated, is not intended and cannot be used for the purpose of avoiding tax-related penalties.

The information contained in this E-mail message is privileged, confidential, and may be protected from disclosure; please be aware that any other use, printing, copying, disclosure or dissemination of this communication may be subject to legal restriction or sanction. If you think that you have received this E-mail message in error, please reply to the sender.

This E-mail message and any attachments have been scanned for viruses and are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened. However, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Kelley Drye & Warren LLP for any loss or damage arising in any way from its use.

Pursuant to Treasury Regulations, any U.S. federal tax advice contained in this communication, unless otherwise stated, is not intended and cannot be used for the purpose of avoiding tax-related penalties.

The information contained in this E-mail message is privileged, confidential, and may be protected from disclosure; please be aware that any other use, printing, copying, disclosure or dissemination of this communication may be subject to legal restriction or sanction. If you think that you have received this E-mail message in error, please reply to the sender.

This E-mail message and any attachments have been scanned for viruses and are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened. However, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Kelley Drye & Warren LLP for any loss or damage arising in any way from its use.

Pursuant to Treasury Regulations, any U.S. federal tax advice contained in this communication, unless otherwise stated, is not intended and cannot be used for the purpose of avoiding tax-related penalties.

The information contained in this E-mail message is privileged, confidential, and may be protected from disclosure; please be aware that any other use, printing, copying, disclosure or dissemination of this communication may be subject to legal restriction or sanction. If you think that you have received this E-mail message in error, please reply to the sender.

This E-mail message and any attachments have been scanned for viruses and are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened. However, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Kelley Drye & Warren LLP for any loss or damage arising in any way from its use.