# EXHIBIT M

Dockets.Justia.com

LAW OFFICES
# KEKER & VAN NEST
LLP

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188
WWW.KVN.COM

KLAUS H. HAMM
KHAMM@KVN.COM

May 19, 2006

**VIA FACSIMILE AND U.S. MAIL**

David A. Rammelt
Kelley Drye & Warren LLP
333 West Wacker Drive
26th Floor
Chicago, IL 60606

Re:   *Google Inc. v. American Blind & Wallpaper Factory, Inc.*

Dear David:

     Google would like to take the depositions of the following individuals listed in American Blind's initial disclosures: Joe Charno, Bill Smith, Jeff Alderman and Scot Powers. American Blind has represented that each of these individuals can be contacted through counsel for American Blind. We would like to take Mr. Charno's deposition on June 19, Mr. Powers' deposition on June 20, Mr. Alderman's deposition on June 21, and Mr. Smith's deposition on June 22.

     I have enclosed deposition notices for Messrs. Powers, Alderman and Smith. In the event that one or more of these individuals are not directors, officers or managing agents of American Blind, please let me know if you do not agree to voluntarily produce them for deposition. Because I understand that American Blind no longer employs Mr. Charno, I have enclosed a subpoena for his testimony (along with a deposition notice). Please advise if you will accept service on his behalf.

     If the deposition dates are not convenient, please propose alternative dates, keeping in my mind that we would like to take these depositions on consecutive days, that we would like to take these depositions no earlier than a week after American Blind has completed its document production, and that fact discovery closes on June 27.

Very truly yours,

*/s/ Klaus H. Hamm*

Klaus H. Hamm

KHH
Enclosures
cc:  Carolyn Plater

373483.01

Issued by the

# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __MICHIGAN__

GOOGLE, INC.

v.

AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., and DOES 1-100, inclusive

### SUBPOENA IN A CIVIL CASE

Case Number:[1] Misc
Northern District of California
Case No. C 03-5340-JF

TO: Joe Charno
c/o David Rammelt, Kelley Drye & Warren LLP, 333 West Wacker Drive, Suite 2600, Chicago, IL 60606

[ ] YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

[X] YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case. The deposition will be recorded by stenographic means and will also be recorded by sound-and-visual means, including videotape and interactive real-time.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Pepper Hamilton, LLP, 100 Renaissance Center, #3600, Detroit, MI 48243 | June 19, 2006 9:30 a.m. |

[ ] YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
|  |  |

[ ] YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| /s/ Klaus H. Hamm, Attorney for Plaintiff Google, Inc. | May 19, 2006 |

ISSUING OFFICER'S NAME ADDRESS AND TELEPHONE NUMBER
Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, CA 94111
Tel: (415) 391-5400

(See Rule 45, Federal Rules of Civil Procedure, parts C & D on reverse)

[1] If action is pending in district other than district of issuance, state district under case number.

AO-88

| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | MICHAEL H. PAGE - #154913 |
| 2 | mpage@kvn.com |
| | MARK A. LEMLEY - #155830 |
| 3 | mlemley@kvn.com |
| | KLAUS H. HAMM - #224905 |
| 4 | khamm@kvn.com |
| | AJAY S. KRISHNAN - #222476 |
| 5 | akrishnan@kvn.com |
| | 710 Sansome Street |
| 6 | San Francisco, CA 94111-1704 |
| | Telephone: (415) 391-5400 |
| 7 | Facsimile: (415) 397-7188 |

Attorneys for Plaintiff and Counterdefendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation, | Case No. C 03-5340-JF |
| Plaintiff, | **NOTICE OF DEPOSITION OF JOE CHARNO** |
| v. | |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc. and DOES 1-100, inclusive, | Date: June 19, 2006<br>Time: 9:30 a.m.<br>Place: Pepper Hamilton, LLP<br>100 Renaissance Center, #3600<br>Detroit, MI 48243 |
| Defendants. | |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., | |
| Counter Plaintiff, | |
| v. | |
| GOOGLE INC., AMERICA ONLINE, INC., NETSCAPE COMMUNICATIONS CORPORATION, COMPUSERVE INTERACTIVE SERVICES, INC., ASK JEEVES, INC., and EARTHLINK, INC., | |
| Counter Defendants/ Third-Party Defendants. | |

373477.01

NOTICE OF DEPOSITION OF JOE CHARNO
Case No. C 03-5340-JF

1    PLEASE TAKE NOTICE THAT Plaintiff and Counterdefendant Google Inc.
2    ("Google"), will take the deposition upon oral examination of Joe Charno.
3    Said deposition will take place at the offices of Pepper Hamilton, LLP, 100 Renaissance
4    Center # 3600, Detroit, MI 48243, beginning at 9:30 a.m. on June 19, 2006 or at such other time
5    and location as the parties may agree, and shall continue from day-to-day until completed.
6    PLEASE TAKE FURTHER NOTICE that, under Federal Rule of Civil Procedure 30, the
7    deposition testimony will be recorded by stenographic means and will also be recorded by
8    sound-and-visual means, including videotape and interactive real-time (i.e., simultaneous display
9    of the transcript on a laptop through LiveNote or similar software).

DATED: May 19, 2006

KEKER & VAN NEST, LLP

By: _____
KLAUS H. HAMM
Attorney for Plaintiff and Counterdefendant
GOOGLE INC.

373477.01

1
NOTICE OF DEPOSITION OF JOE CHARNO
Case No. C 03-5340-JF

Issued by the

# UNITED STATES DISTRICT COURT

<u>  EASTERN  </u> DISTRICT OF <u>MICHIGAN</u>

GOOGLE, INC.

**SUBPOENA IN A CIVIL CASE**

v.

AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., and DOES 1-100, inclusive

Case Number:[1] Misc
Northern District of California
Case No. C 03-5340-JF

TO: Joe Charno
c/o David Rammelt, Kelley Drye & Warren LLP, 333 West Wacker Drive, Suite 2600, Chicago, IL 60606

[ ] YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

[X] YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case. The deposition will be recorded by stenographic means and will also be recorded by sound-and-visual means, including videotape and interactive real-time.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Pepper Hamilton, LLP, 100 Renaissance Center, #3600, Detroit, MI 48243 | June 19, 2006<br>9:30 a.m. |

[ ] YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
|  |  |

[ ] YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| /s/ Klaus H. Hamm<br><u>Klaus H. Hamm, Attorney for Plaintiff Google, Inc.</u> | May 19, 2006 |

ISSUING OFFICER'S NAME ADDRESS AND TELEPHONE NUMBER
Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, CA 94111
Tel: (415) 391-5400

(See Rule 45, Federal Rules of Civil Procedure, parts C & D on reverse)

[1] If action is pending in district other than district of issuance, state district under case number.

AO-88

## PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111. On May 19, 2006, I served the following document:

### NOTICE OF DEPOSITION OF JOE CHARNO

by **FACSIMILE TRANSMISSION (IKON) AND UNITED STATES MAIL**, by placing a true and correct copy with IKON Office Solutions, the firm's in-house facsimile transmission center provider, for transmission on this date. The transmission was reported as complete and without error. Additionally, a true and correct copy was placed in a sealed envelope addressed as shown below. I am readily familiar with the practice of Keker & Van Nest, LLP for collection and processing of correspondence for mailing. According to that practice, items are deposited with the United States Postal Service at San Francisco, California on that same day with postage thereon fully prepaid. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit.

| | |
|---|---|
| David A. Rammelt, Esq. | Robert N. Phillips, Esq. |
| Susan J. Greenspon, Esq. | Ethan B. Andelman, Esq. |
| Kelley Drye & Warren LLP | Howrey Simon Arnold & White, LLP |
| 333 West Wacker Drive | 525 Market Street, Suite 3600 |
| Chicago, IL 60606 | San Francisco, CA 94105-2708 |
| | |
| Telephone: 312/857-7070 | Telephone: 415/848-4900 |
| Facsimile: 312/857-7095 | Facsimile: 415/848-4999 |

Executed on May 19, 2006, at San Francisco, California. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*Gloria A. Peterson*
Gloria A. Peterson

332455.01

Proof Of Service
Case No. C 03-5340-JF (EAI)

```
 1  KEKER & VAN NEST, LLP
    MICHAEL H. PAGE - #154913
 2  mpage@kvn.com
    MARK A. LEMLEY - #155830
 3  mlemley@kvn.com
    KLAUS H. HAMM - #224905
 4  khamm@kvn.com
    AJAY S. KRISHNAN - #222476
 5  akrishnan@kvn.com
    710 Sansome Street
 6  San Francisco, CA  94111-1704
    Telephone: (415) 391-5400
 7  Facsimile: (415) 397-7188

 8  Attorneys for Plaintiff and Counterdefendant
    GOOGLE INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation, | Case No. C 03-5340-JF |
| Plaintiff, | NOTICE OF DEPOSITION OF SCOT POWERS |
| v. | |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc. and DOES 1-100, inclusive, | Date:  June 20, 2006<br>Time:  9:30 a.m.<br>Place:  Pepper Hamilton, LLP<br>100 Renaissance Center, #3600<br>Detroit, MI  48243 |
| Defendants. | |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., | |
| Counter Plaintiff, | |
| v. | |
| GOOGLE INC., AMERICA ONLINE, INC., NETSCAPE COMMUNICATIONS CORPORATION, COMPUSERVE INTERACTIVE SERVICES, INC., ASK JEEVES, INC., and EARTHLINK, INC., | |
| Counter Defendants/<br>Third-Party Defendants. | |

1  PLEASE TAKE NOTICE THAT Plaintiff and Counterdefendant Google Inc. ("Google"), will take the deposition upon oral examination of Scot Powers.

Said deposition will take place at the offices of Pepper Hamilton, LLP, 100 Renaissance Center # 3600, Detroit, MI 48243, beginning at 9:30 a.m. on June 20, 2006 or at such other time and location as the parties may agree, and shall continue from day-to-day until completed.

PLEASE TAKE FURTHER NOTICE that, under Federal Rule of Civil Procedure 30, the deposition testimony will be recorded by stenographic means and will also be recorded by sound-and-visual means, including videotape and interactive real-time (i.e., simultaneous display of the transcript on a laptop through LiveNote or similar software).

DATED: May 19, 2006

KEKER & VAN NEST, LLP

By: /s/ Klaus H. Hamm
KLAUS H. HAMM
Attorney for Plaintiff and Counterdefendant
GOOGLE INC.

373475.01

1
NOTICE OF DEPOSITION OF SCOT POWERS
Case No. C 03-5340-JF

## PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111. On May 19, 2006, I served the following document:

**NOTICE OF DEPOSITION OF SCOT POWERS**

**by FACSIMILE TRANSMISSION (IKON) AND UNITED STATES MAIL,** by placing a true and correct copy with IKON Office Solutions, the firm's in-house facsimile transmission center provider, for transmission on this date. The transmission was reported as complete and without error. Additionally, a true and correct copy was placed in a sealed envelope addressed as shown below. I am readily familiar with the practice of Keker & Van Nest, LLP for collection and processing of correspondence for mailing. According to that practice, items are deposited with the United States Postal Service at San Francisco, California on that same day with postage thereon fully prepaid. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit.

| | |
|---|---|
| David A. Rammelt, Esq. | Robert N. Phillips, Esq. |
| Susan J. Greenspon, Esq. | Ethan B. Andelman, Esq. |
| Kelley Drye & Warren LLP | Howrey Simon Arnold & White, LLP |
| 333 West Wacker Drive | 525 Market Street, Suite 3600 |
| Chicago, IL 60606 | San Francisco, CA 94105-2708 |
| | |
| Telephone: 312/857-7070 | Telephone: 415/848-4900 |
| Facsimile: 312/857-7095 | Facsimile: 415/848-4999 |

Executed on May 19, 2006, at San Francisco, California. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_/s/ Gloria A. Peterson_
Gloria A. Peterson

KEKER & VAN NEST, LLP
MICHAEL H. PAGE - #154913
mpage@kvn.com
MARK A. LEMLEY - #155830
mlemley@kvn.com
KLAUS H. HAMM - #224905
khamm@kvn.com
AJAY S. KRISHNAN - #222476
akrishnan@kvn.com
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff and Counterdefendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc. and DOES 1-100, inclusive,<br><br>　　　　　　Defendants. | Case No. C 03-5340-JF<br><br>**NOTICE OF DEPOSITION OF JEFF ALDERMAN**<br><br>Date:　　June 21, 2006<br>Time:　　9:30 a.m.<br>Place:　　Pepper Hamilton, LLP<br>　　　　　100 Renaissance Center, #3600<br>　　　　　Detroit, MI 48243 |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.,<br><br>　　　　　　Counter Plaintiff,<br><br>　v.<br><br>GOOGLE INC., AMERICA ONLINE, INC., NETSCAPE COMMUNICATIONS CORPORATION, COMPUSERVE INTERACTIVE SERVICES, INC., ASK JEEVES, INC., and EARTHLINK, INC.,<br><br>　　　　　　Counter Defendants/<br>　　　　　　Third-Party Defendants. | |

1      PLEASE TAKE NOTICE THAT Plaintiff and Counterdefendant Google Inc. ("Google"), will take the deposition upon oral examination of Jeff Alderman.

3      Said deposition will take place at the offices of Pepper Hamilton, LLP, 100 Renaissance Center # 3600, Detroit, MI 48243, beginning at 9:30 a.m. on June 21, 2006 or at such other time and location as the parties may agree, and shall continue from day-to-day until completed.

6      PLEASE TAKE FURTHER NOTICE that, under Federal Rule of Civil Procedure 30, the deposition testimony will be recorded by stenographic means and will also be recorded by sound-and-visual means, including videotape and interactive real-time (i.e., simultaneous display of the transcript on a laptop through LiveNote or similar software).

DATED: May 19, 2006

KEKER & VAN NEST, LLP

By: _____
KLAUS H. HAMM
Attorney for Plaintiff and Counterdefendant
GOOGLE INC.

373473.01

1
NOTICE OF DEPOSITION OF JEFF ALDERMAN
Case No. C 03-5340-JF

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111. On May 19, 2006, I served the following document:

**NOTICE OF DEPOSITION OF JEFF ALDERMAN**

by **FACSIMILE TRANSMISSION (IKON) AND UNITED STATES MAIL**, by placing a true and correct copy with IKON Office Solutions, the firm's in-house facsimile transmission center provider, for transmission on this date. The transmission was reported as complete and without error. Additionally, a true and correct copy was placed in a sealed envelope addressed as shown below. I am readily familiar with the practice of Keker & Van Nest, LLP for collection and processing of correspondence for mailing. According to that practice, items are deposited with the United States Postal Service at San Francisco, California on that same day with postage thereon fully prepaid. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit.

| | |
|---|---|
| David A. Rammelt, Esq.<br>Susan J. Greenspon, Esq.<br>Kelley Drye & Warren LLP<br>333 West Wacker Drive<br>Chicago, IL 60606<br><br>Telephone:  312/857-7070<br>Facsimile:   312/857-7095 | Robert N. Phillips, Esq.<br>Ethan B. Andelman, Esq.<br>Howrey Simon Arnold & White, LLP<br>525 Market Street, Suite 3600<br>San Francisco, CA 94105-2708<br><br>Telephone:  415/848-4900<br>Facsimile:   415/848-4999 |

Executed on May 19, 2006, at San Francisco, California. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_/s/ Gloria A. Peterson_
Gloria A. Peterson

1  KEKER & VAN NEST, LLP
   MICHAEL H. PAGE - #154913
2  mpage@kvn.com
   MARK A. LEMLEY - #155830
3  mlemley@kvn.com
   KLAUS H. HAMM - #224905
4  khamm@kvn.com
   AJAY S. KRISHNAN - #222476
5  akrishnan@kvn.com
   710 Sansome Street
6  San Francisco, CA  94111-1704
   Telephone: (415) 391-5400
7  Facsimile: (415) 397-7188

8  Attorneys for Plaintiff and Counterdefendant
   GOOGLE INC.

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11

12

13  GOOGLE INC., a Delaware corporation,        Case No. C 03-5340-JF

14                    Plaintiff,                NOTICE OF DEPOSITION OF BILL
                                                SMITH
15       v.

16  AMERICAN BLIND & WALLPAPER
    FACTORY, INC., a Delaware corporation
17  d/b/a decoratetoday.com, Inc. and DOES 1-   Date:   June 22, 2006
    100, inclusive,                             Time:   9:30 a.m.
18                                              Place:  Pepper Hamilton, LLP
                      Defendants.                       100 Renaissance Center, #3600
                                                        Detroit, MI  48243
19  AMERICAN BLIND & WALLPAPER
    FACTORY, INC., a Delaware corporation
20  d/b/a decoratetoday.com, Inc.,

21                    Counter Plaintiff,

22       v.

23  GOOGLE INC., AMERICA ONLINE, INC.,
    NETSCAPE COMMUNICATIONS
24  CORPORATION, COMPUSERVE
    INTERACTIVE SERVICES, INC., ASK
25  JEEVES, INC., and EARTHLINK, INC.,

26                    Counter Defendants/
                      Third-Party Defendants.
27

28

373459.01                    NOTICE OF DEPOSITION OF BILL SMITH
                                    Case No. C 03-5340-JF

1     PLEASE TAKE NOTICE THAT Plaintiff and Counterdefendant Google Inc.
2 ("Google"), will take the deposition upon oral examination of Bill Smith.
3     Said deposition will take place at the offices of Pepper Hamilton, LLP, 100 Renaissance
4 Center # 3600, Detroit, MI 48243, beginning at 9:30 a.m. on June 22, 2006 or at such other time
5 and location as the parties may agree, and shall continue from day-to-day until completed.
6     PLEASE TAKE FURTHER NOTICE that, under Federal Rule of Civil Procedure 30, the
7 deposition testimony will be recorded by stenographic means and will also be recorded by
8 sound-and-visual means, including videotape and interactive real-time (i.e., simultaneous display
9 of the transcript on a laptop through LiveNote or similar software).

11 DATED: May 19, 2006         KEKER & VAN NEST, LLP

By: _____
KLAUS H. HAMM
Attorney for Plaintiff and Counterdefendant
GOOGLE INC.

373459.01

1
NOTICE OF DEPOSITION OF BILL SMITH
Case No. C 03-5340-JF

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111. On May 19, 2006, I served the following document:

### NOTICE OF DEPOSITION OF BILL SMITH

by **FACSIMILE TRANSMISSION (IKON) AND UNITED STATES MAIL,** by placing a true and correct copy with IKON Office Solutions, the firm's in-house facsimile transmission center provider, for transmission on this date. The transmission was reported as complete and without error. Additionally, a true and correct copy was placed in a sealed envelope addressed as shown below. I am readily familiar with the practice of Keker & Van Nest, LLP for collection and processing of correspondence for mailing. According to that practice, items are deposited with the United States Postal Service at San Francisco, California on that same day with postage thereon fully prepaid. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit.

| | |
|---|---|
| David A. Rammelt, Esq.<br>Susan J. Greenspon, Esq.<br>Kelley Drye & Warren LLP<br>333 West Wacker Drive<br>Chicago, IL 60606 | Robert N. Phillips, Esq.<br>Ethan B. Andelman, Esq.<br>Howrey Simon Arnold & White, LLP<br>525 Market Street, Suite 3600<br>San Francisco, CA 94105-2708 |
| Telephone:  312/857-7070<br>Facsimile:   312/857-7095 | Telephone:  415/848-4900<br>Facsimile:   415/848-4999 |

Executed on May 19, 2006, at San Francisco, California. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_/s/ Gloria A. Peterson_
Gloria A. Peterson

332455.01

Proof Of Service
Case No. C 03-5340-JF (EAI)