# EXHIBIT N

LAW OFFICES<br>
**KEKER & VAN NEST**<br>
LLP<br>
710 SANSOME STREET<br>
SAN FRANCISCO, CA 94111-1704<br>
TELEPHONE (415) 391-5400<br>
FAX (415) 397-7188<br>
WWW.KVN.COM

KLAUS H. HAMM
KHAMM@KVN.COM

June 1, 2006

**VIA FACSIMILE AND U.S. MAIL**

David A. Rammelt
Kelley Drye & Warren LLP
333 West Wacker Drive
26th Floor
Chicago, IL  60606
Facsimile:  312/857-7095

    Re:    *Google Inc. v. American Blind & Wallpaper Factory, Inc.*

Dear David:

    I write regarding the depositions of current and former American Blind employees. Although this case has been pending for two and half years and fact discovery closes in less than four weeks, Google has not yet been able to take any depositions.

    My May 19 letter to you enclosed deposition notices for Bill Smith, Jeff Alderman and Scot Powers.  That letter requested that you notify me if the noticed dates are not convenient. Because I have not received a response from you, I assume that the dates are acceptable.  My May 19 letter also enclosed a deposition subpoena for Joe Charno and inquired whether you would accept service of this subpoena.  Because I have not heard from you, I assume that you will not accept service.  Starting tomorrow, we will attempt to serve Mr. Charno.

    With this letter, I enclose a deposition subpoena for Steve Katzman.  Please advise me by 2 p.m PST tomorrow whether you will accept service of this subpoena.  If I do not hear from you, we will attempt to serve Mr. Katzman.

    Finally, please notify us who will serve as American Blind's designee for the 30(b)(6) notice that Google served on February 15 and provide us with dates for when he or she will be available for deposition.

    Please feel free to contact me about any of the issues raised in this letter.

Very truly yours,

Klaus H. Hamm

Enclosure
cc: Carolyn Plater

374210.01

AO 88 (Rev. 11/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

_____EASTERN_____ DISTRICT OF ___MICHIGAN___

GOOGLE, INC.

**SUBPOENA IN A CIVIL CASE**

v.

AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., and DOES 1-100, inclusive

Case Number:[1] C 03-5340-JF (EAI)
Northern District of California
San Jose Division

TO: Steve Katzman
c/o David Rammelt, Kelley Drye & Warren LLP; 333 West Wacker Drive, Suite 2600, Chicago, IL 60606

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case. The deposition will be recorded by stenographic means and will also be recorded by sound-and-visual means, including videotape and interactive real-time.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Pepper Hamilton, LLP, 100 Renaissance Center, #3600, Detroit, MI 48243 | June 23, 2006 9:30 a.m. |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Klaus H. Hamm, Attorney for Plaintiff GOOGLE, INC. | June 1, 2006 |

ISSUING OFFICER'S NAME ADDRESS AND TELEPHONE NUMBER
Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, CA 94111
Tel: (415) 391-5400

(See Rule 45, Federal Rules of Civil Procedure, parts C & D on reverse)

[1] If action is pending in district other than district of issuance, state district under case number.

AO-88