KEKER & VAN NEST, LLP
MICHAEL H. PAGE - #154913
MARK A. LEMLEY - #155830
KLAUS H. HAMM - #224905
AJAY S. KRISHNAN - #222476
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff and Counter Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation,<br><br>                               Plaintiff,<br><br>   v.<br><br>AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., and DOES 1-100, inclusive,<br><br>                               Defendants.<br><br>AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.,<br><br>                               Counter Plaintiff,<br><br>   v.<br><br>GOOGLE INC.,<br><br>                               Counter Defendant. | Case No. C 03-5340-JF (EAI)<br><br>**[PROPOSED] ORDER COMPELLING COUNTER-PLAINTIFF ABWF TO (1) PRODUCE DOCUMENTS, (2) PRODUCE AN AFFIDAVIT DETAILING ABWF'S DOCUMENT COLLECTION EFFORTS, AND (3) SCHEDULE DEPOSITIONS**<br><br>Date:      TBD<br>Time:     TBD<br>Courtroom: 4<br>Judge:    Hon. Richard Seeborg |

374757.01

[PROPOSED] ORDER COMPELLING COUNTER-PLAINTIFF ABWF TO (1) PRODUCE DOCUMENTS, (2) PRODUCE AN AFFIDAVIT DETAILING ABWF'S DOCUMENT COLLECTION EFFORTS, AND (3) SCHEDULE DEPOSITIONS
CASE NO. C 03-5340-JF (EAI)

1   Plaintiff and counter-defendant Google Inc.'s ("Google") Motion to Compel Counter-
2   Plaintiff ABWF to (1) Produce Documents, (2) Produce an Affidavit Detailing ABWF's
3   Document Collection Efforts, and (3) Schedule Depositions was heard by this Court on
4   _____, 2006, at _____ a.m./p.m.  Upon reviewing the papers submitted by the
5   parties, hearing the argument of counsel, and good cause appearing therefor, IT IS HEREBY
6   ORDERED:
7       1.    Google's motion to compel ABWF to produce documents is GRANTED.  ABWF
8   shall produce all non-privileged documents described in Google's May 12, 2006 letter
9   demanding the production of documents or certify that no responsive documents exist by no later
10  than _____, 2006, at _____ a.m./p.m.
11      2.    Google's motion to compel ABWF to produce an affidavit detailing ABWF's
12  document collection efforts is GRANTED.  ABWF shall produce an affidavit outlining all of its
13  document search and collection efforts and methodologies.  The affidavit shall be sufficiently
14  detailed to permit Google and the Court to evaluate whether ABWF has performed a diligent
15  search effort.  ABWF shall serve this affidavit on Google no later than _____,
16  2006, at _____ a.m./p.m.
17      3.    Google's motion to compel ABWF to schedule depositions is GRANTED.  For
18  each deposition that Google has noticed and for which ABWF will represent the deponent,
19  ABWF shall produce a list of dates on which the deponent will be available.  ABWF shall
20  communicate these lists of available dates to Google not later than _____, 2006,
21  at _____ a.m./p.m. Both parties shall act in good faith to schedule the depositions before the
22  discovery cut-off.
23      IT IS SO ORDERED.
24
25      Dated: _____, 2006        _____
                                            Hon. Richard Seeborg
26                                          United States District Court Judge
27
28

1

[PROPOSED] ORDER COMPELLING COUNTER-PLAINTIFF ABWF TO (1) PRODUCE DOCUMENTS, (2) PRODUCE
AN AFFIDAVIT DETAILING ABWF'S DOCUMENT COLLECTION EFFORTS, AND (3) SCHEDULE DEPOSITIONS
CASE NO. C 03-5340-JF (EAI)

374757.01