1　KEKER & VAN NEST, LLP
　　MICHAEL H. PAGE - #154913
2　MARK A. LEMLEY - #155830
　　KLAUS H. HAMM - #224905
3　AJAY S. KRISHNAN - #222476
　　710 Sansome Street
4　San Francisco, CA  94111-1704
　　Telephone:  (415) 391-5400
5　Facsimile:  (415) 397-7188

6

7　Attorneys for Plaintiff and Counter Defendant
　　GOOGLE INC.

8

　　　　　　　　　　　　　UNITED STATES DISTRICT COURT
9
　　　　　　　　　　　　　NORTHERN DISTRICT OF CALIFORNIA
10

11

12　GOOGLE INC., a Delaware corporation,　　　　　Case No. C 03-5340-JF (EAI)

　　　　　　　　　　　　　　　　　Plaintiff,　　　**GOOGLE INC.'S NOTICE OF MOTION
13　　　　　　　　　　　　　　　　　　　　　　　　AND MOTION FOR ORDER
　　　　v.　　　　　　　　　　　　　　　　　　　　SHORTENING TIME FOR BRIEFING
14　　　　　　　　　　　　　　　　　　　　　　　　AND HEARING ON COUNTER-
　　AMERICAN BLIND & WALLPAPER　　　　　　　DEFENDANT GOOGLE INC.'S
15　FACTORY, INC., a Delaware corporation　　　　MEMORANDUM OF POINTS AND
　　d/b/a decoratetoday.com, Inc., and DOES 1-　　AUTHORITIES IN SUPPORT OF ITS
16　100, inclusive,　　　　　　　　　　　　　　　　MOTION TO COMPEL COUNTER-
　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF ABWF TO (1) PRODUCE
17　　　　　　　　　　　　　　　Defendants.　　　DOCUMENTS, (2) PRODUCE AN
　　　　　　　　　　　　　　　　　　　　　　　　AFFIDAVIT DETAILING ABWF'S
18　　　　　　　　　　　　　　　　　　　　　　　　DOCUMENT COLLECTION EFFORTS,
　　AMERICAN BLIND & WALLPAPER　　　　　　　AND (3) SCHEDULE DEPOSITIONS**
19　FACTORY, INC., a Delaware corporation
　　d/b/a decoratetoday.com, Inc.,　　　　　　　　Courtroom: 4
20　　　　　　　　　　　　　　　　　　　　　　　　Judge:　　Hon. Richard Seeborg
　　　　　　　　　　　　　　　Counter Plaintiff,
21
　　　　v.
22
　　GOOGLE INC.,
23
　　　　　　　　　　　　　　Counter Defendant.
24

25

26

27

28

374762.01　　GOOGLE INC.'S NOTICE OF MOTION AND MOTION FOR ORDER SHORTENING TIME ON COUNTER-DEFENDANT
　　　　　　　GOOGLE INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION TO COMPEL
　　　　　　　COUNTER-PLAINTIFF ABWF TO (1) PRODUCE DOCUMENTS, (2) PRODUCE AN AFFIDAVIT DETAILING ABWF'S
　　　　　　　　　　DOCUMENT COLLECTION EFFORTS, AND (3) SCHEDULE DEPOSITIONS
　　　　　　　　　　　　　　　　CASE NO. C 03-5340-JF (EAI)

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

YOU ARE HEREBY GIVEN NOTICE THAT plaintiff and counter-defendant Google Inc. ("Google"), pursuant to Civil Local Rule 6-3, hereby moves this Court to establish the following briefing and hearing schedule for Google's accompanying motion to compel counter-plaintiff ABWF to (1) produce documents, (2) produce an affidavit detailing ABWF's document collection efforts, and (3) schedule depositions:

- The opposition brief will be filed no later than June 13, 2006
- The reply brief will be filed no later than June 16, 2006
- The hearing will be held on Wednesday, June 21, 2006

Plaintiff Google also moves this Court to render a decision on the accompanying motion to compel as soon as possible.

This expedited schedule is justified by the upcoming discovery cut-off of June 27, 2006, and the fact that ABWF's consistent stalling tactics have created the need for expedited relief. The reasons for granting this motion and the other issues identified in Civil Local Rule 6-3(a) are addressed with particularity in the accompanying Declaration of Ajay S. Krishnan in Support of Motion for Order Shortening Time for Motion to Compel.

This motion to shorten time is based on this Notice of Motion and Motion, the Declaration of Ajay S. Krishnan in Support of Motion for Order Shortening Time for Motion to Compel, and the pleadings, papers, records and documents filed in this action, as well as any further matters that may be presented to the Court prior to its ruling on this Motion.

Dated: June 8, 2006                            KEKER & VAN NEST, LLP

By: _____/s/ Ajay S. Krishnan_____
AJAY S. KRISHNAN
Attorneys for Plaintiff and Counter Defendant
GOOGLE INC.

1

GOOGLE INC.'S NOTICE OF MOTION AND MOTION FOR ORDER SHORTENING TIME ON COUNTER-DEFENDANT GOOGLE INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION TO COMPEL COUNTER-PLAINTIFF ABWF TO (1) PRODUCE DOCUMENTS, (2) PRODUCE AN AFFIDAVIT DETAILING ABWF'S DOCUMENT COLLECTION EFFORTS, AND (3) SCHEDULE DEPOSITIONS
CASE NO. C 03-5340-JF (EAI)

374762.01