1  KEKER & VAN NEST, LLP
   MICHAEL H. PAGE - #154913
2  MARK A. LEMLEY - #155830
   KLAUS H. HAMM - #224905
3  AJAY S. KRISHNAN - #222476
   710 Sansome Street
4  San Francisco, CA  94111-1704
   Telephone: (415) 391-5400
5  Facsimile: (415) 397-7188

6
   Attorneys for Plaintiff and Counter Defendant
7  GOOGLE INC.

8
                          UNITED STATES DISTRICT COURT
9
                         NORTHERN DISTRICT OF CALIFORNIA
10

11
   GOOGLE INC., a Delaware corporation,          Case No. C 03-5340-JF (EAI)
12
                        Plaintiff,               **[PROPOSED] ORDER SHORTENING
13                                               TIME FOR BRIEFING AND HEARING
        v.                                       ON COUNTER-DEFENDANT GOOGLE
14                                               INC.'S MOTION TO COMPEL
   AMERICAN BLIND & WALLPAPER                    COUNTER-PLAINTIFF ABWF TO
15 FACTORY, INC., a Delaware corporation         (1) PRODUCE DOCUMENTS,
   d/b/a decoratetoday.com, Inc., and DOES 1-    (2) PRODUCE AN AFFIDAVIT
16 100, inclusive,                               DETAILING ABWF'S DOCUMENT
                                                 COLLECTION EFFORTS, AND
17                      Defendants.              (3) SCHEDULE DEPOSITIONS**

18                                               Courtroom: 4
   AMERICAN BLIND & WALLPAPER                    Judge:     Hon. Richard Seeborg
19 FACTORY, INC., a Delaware corporation
   d/b/a decoratetoday.com, Inc.,
20
                        Counter Plaintiff,
21
        v.
22
   GOOGLE INC.,
23
                        Counter Defendant.
24

25

26

27

28

374758.01

[PROPOSED] ORDER SHORTENING TIME FOR BRIEFING AND HEARING ON COUNTER-DEFENDANT GOOGLE
INC.'S MOTION TO COMPEL COUNTER-PLAINTIFF ABWF TO (1) PRODUCE DOCUMENTS, (2) PRODUCE AN
AFFIDAVIT DETAILING ABWF'S DOCUMENT COLLECTION EFFORTS, AND (3) SCHEDULE DEPOSITIONS
CASE NO. C 03-5340-JF (EAI)

1    Plaintiff and counter-defendant Google Inc.'s ("Google") motion to shorten time for
2 briefing and a hearing on its motion to compel counter-plaintiff ABWF to (1) produce
3 documents, (2) produce an affidavit detailing ABWF's document collection efforts, and
4 (3) schedule depositions was submitted on June 8, 2006 to this Court.
5    Good cause appearing therefor, it is hereby ORDERED:
6    Google's motion to compel counter-plaintiff ABWF to (1) produce documents,
7 (2) produce an affidavit detailing ABWF's document collection efforts, and (3) schedule
8 depositions will be heard by this Court at 9:30 a.m. on Wednesday, June 21, 2006.
9    ABWF shall e-file its opposition papers no later than June 13, 2006.
10    Google shall e-file its reply papers no later than June 16, 2006.
11    IT IS SO ORDERED.

Dated: _____, 2006      _____
                                   Hon. Richard Seeborg
                                   United States District Court Judge

374758.01

1

[PROPOSED] ORDER SHORTENING TIME FOR BRIEFING AND HEARING ON COUNTER-DEFENDANT GOOGLE INC.'S MOTION TO COMPEL COUNTER-PLAINTIFF ABWF TO (1) PRODUCE DOCUMENTS, (2) PRODUCE AN AFFIDAVIT DETAILING ABWF'S DOCUMENT COLLECTION EFFORTS, AND (3) SCHEDULE DEPOSITIONS
CASE NO. C 03-5340-JF (EAI)