Robert N. Phillips (SBN 120970)
Ethan B. Andelman (SBN 209101)
HOWREY SIMON ARNOLD & WHITE, LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

David A. Rammelt (Admitted *Pro Hac Vice*)
Susan J. Greenspon (Admitted *Pro Hac Vice*)
Dawn M. Beery (Admitted *Pro Hac Vice*)
KELLEY DRYE & WARREN LLP
333 West Wacker Drive, Suite 2600
Chicago, IL 60606
Telephone: (312) 857-7070
Facsimile: (312) 857-7095

Attorneys for Defendant/Counter-Plaintiff
AMERICAN BLIND AND WALLPAPER FACTORY, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.; and DOES 1-100, inclusive, <br><br> Defendants. | Case No. C 03-5340-JF (EAI) <br><br> **DECLARATION OF CAROLINE C. PLATER IN SUPPORT OF AMERICAN BLIND & WALLPAPER, INC.'S MOTION TO AMEND AND EXTEND CASE MANAGEMENT ORDER DATES** |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., <br><br> Counter-Plaintiff, <br><br> v. <br><br> GOOGLE, INC., <br><br> Counter-Defendant. | Date: June 23, 2006 <br> Time: 9:00 a.m. <br> Courtroom: 3 <br> Hon. Jeremy Fogel |

KELLEY DRYE & WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/210092.1

I, Caroline C. Plater, declare as follows:

1. I am an attorney at Kelley Drye & Warren LLP, counsel of record for Defendant/Counter-Plaintiff American Blind & Wallpaper Factory, Inc. ("American Blind") in the above-captioned action. I am a member in good standing of the State Bar of Illinois. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

**Description of the Motion to Amend and Extend the Case Management Order Dates**

2. Defendant/Counter-Plaintiff American Blind's Motion to Amend and Extend Case Management Order Dates filed herewith seeks to extend all dates in the case management order by 90 days.

3. As set forth in the Motion to Amend and Extend Case Management Order Dates, both parties require additional time to complete their discovery of the opposing party and to fulfill their discovery obligations to the opposing party. Without the additional time requested, neither party will be able to properly prepare and defend their positions in this matter and, thus, will be prejudiced.

4. American Blind was unable to bring this motion at an earlier date due to the timing of the change in management at the company and Google's recent refusal to agree to any joint submissions regarding an extension of the case management order.

**Basis for the Motion to Amend and Extend Case Management Order Dates**

5. In the midst of completing fact discovery in this matter, negotiations were taking place between the then current management of American Blind and its then current Board of Directors and shareholders with respect to the potential sale of the company. The then current management of American Blind was unable to respond to the supplemental interrogatories and document production requests and did not have the time necessary to prepare for and attend depositions due to the company's focus on these negotiations. On May 18, 2006, the company's ownership was sold and American Blind unexpectedly underwent a change in the management of the company.

6. As a result of the transition in management and ownership, American Blind was

1  unable respond to Google's discovery requests in the time frame originally anticipated, the

2  deposition of American Blind's corporate representative was canceled, due to the subsequent

3  resignation of American Blind's corporate designee and no new corporate designee has yet to be

4  appointed by the company.

5        7.      Counsel for American Blind has apprised counsel for Google of these

6  developments and has requested that Google agree to an extension of the discovery and

7  subsequent deadlines, but Google has refused to agree to such a voluntary extension, despite the

8  fact that much of the delay prior to April 18, 2006, was caused by Google.  (*See* June 6, 2006

9  correspondence from Caroline C. Plater to Klaus Hamm and Ajay Krishnan, attached hereto as

10  Exhibit B).

11        8.      Google did not properly respond to American Blind's First Request for Documents

12  until March 10, 2006 because it was compelled to do so by the Court by order dated February 8,

13  2006.  The documents produced in association with the motion to compel were only a fraction of

14  Google's document production.  Following its original production, Google produced

15  approximately 28,000 pages of additional documents to American Blind – often timed so that it

16  was impossible for American Blind to review Google's entire production prior to the depositions

17  of Google representatives.  Google also produced an unprepared Fed. R. Civ. P. 30(b)(6) witness,

18  Alana Karen, and then refused to produce her a second time for a re-deposition on the topics she

19  was unprepared to testify to during her first deposition.[1]  The need for a second deposition of Ms.

20  Karen is the direct result of Google's dilatory behavior in the discovery process.

21        9.      Google produced a second Fed. R. Civ. P. 30(b)(6) designee, Prashant Fuloria, but

22  there was not enough time to complete Mr. Fuloria's deposition because Mr. Fuloria was two

23  hours late.  Counsel for American Blind and Google agreed at the conclusion of Mr. Fuloria's

24  deposition that he would be produced again to complete his Fed. R. Civ. R. 30(b)(6) testimony.

25  Mr. Fuloria's deposition was also separately and individually noticed on April 14, 2006.  Google

26  has provided no dates for the continuation of Mr. Fuloria's Fed. R. Civ. P. 30(b)(6) deposition or

---

[1] American Blind will be separately filing a Motion to Compel the further deposition of Alana Karen for failure to comply with Fed. R. Civ. P. 30 (b)(6).

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/210092.1      - 3 -

for his individually noticed deposition. In addition, although the parties had previously selected June 13, 2006 for the deposition of Rose Hagan, as a result of the recent changes at American Blind and the cancellation of Mr. Katzman's deposition for June 6, 2006, it was agreed that Ms. Hagan's deposition would also be canceled. No new date has been provided by Google for Ms. Hagan's deposition and counsel for Google, Michael Page, stated on June 7, 2006, to counsel for American Blind that it will not produce any more of its witnesses until Google has taken the depositions of American Blind's witnesses.

10. Google has also not provided the names or dates for the designees who will address the remainder of the Fed. R. Civ. P. 30(b)(6) topics from American Blind's Notice.

11. Both Google and American Blind share responsibility for the delays in completing discovery and require additional time to properly prepare and defend their positions in this matter. Both parties will be prejudiced if the current schedule is not extended.

I declare under penalty of perjury that the foregoing is true and correct. Executed June 9, 2006, at Chicago, Illinois.

                                                          __/s/ Caroline C. Plater_____
                                                          CAROLINE C. PLATER