Google Inc. v. American Blind & Wallpaper Factory, Inc.                                                    Doc. 110 Att. 1
Case 5:03-cv-05340-JF   Document 110-2   Filed 06/09/2006   Page 1 of 10
Case 5:03-cv-05340-JF   Document 95   Filed 02/16/2006   Page 1 of 1

UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

CIVIL MINUTES

**Court Proceedings:** Further Case Management Conference, Friday, February 3, 2006
**Case Number:** CV-03-5340-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Peter Torreano

| TITLE: | GOOGLE V. AMERICAN BLIND & WALLPAPER | |
|---|---|---|
| | **PLAINTIFF** | **DEFENDANT** |
| | Google | American Blind & Wallpaper |
| | Attorneys Present: Michael Page | Attorneys Present: Stacey Wexler, David Rammelt |
| | Klaus Hamm | Robert Phillips |

PROCEEDINGS:

Further Case Management Conference held. Counsel are present.

The Court extends all case management dates by 4 months. The case is set for jury trial on 3/16/07 at 1:30 p.m., pretrial conference on 3/2/07 at 11:00 a.m. and motion hearing on 12/1/06 at 9:00 a.m.

1  Michael H. Page (SBN 154913)
   Mark A. Lemley (SBN 155830)
2  Klaus H. Hamm (SBN 224905)
   KEKER & VAN NEST, LLP
3  710 Sansome Street
   San Francisco, CA 94111-1704
4  Telephone: (415) 391-5400
   Facsimile: (415) 397-7188
5
   Attorneys for Plaintiff/Counter-Defendant
6  GOOGLE INC. and Third-Party Defendants
   ASK JEEVES, INC. and EARTHLINK, INC.
7
   [additional counsel appear on next page]
8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11 | GOOGLE INC., a Delaware corporation,      | ) Case No. C 03-5340-JF (EAI)
12 |     Plaintiff,                            | ) JOINT FED. R. CIV. P. 26(f) REPORT,
   |                                           | ) CASE MANAGEMENT STATEMENT
13 |     v.                                    | ) AND PROPOSED CASE MANAGEMENT
   |                                           | ) ORDER
14 | AMERICAN BLIND & WALLPAPER                 | )
   | FACTORY, INC., a Delaware corporation      | ) Date:      February 3, 2006
15 | d/b/a decoratctoday.com, Inc.; and DOES 1- | ) Time:      10:30 a.m.
   | 100, inclusive,                            | ) Courtroom: 3, 5th Flr.
16 |                                            | ) Judge:     Hon. Jeremy Fogel
   |     Defendants.                            | )
17 |                                            | )
   | AMERICAN BLIND & WALLPAPER                 | )
18 | FACTORY, INC., a Delaware corporation      | )
   | d/b/a decoratetoday.com, Inc.,             | )
19 |                                            | )
   |     Counter-Plaintiff,                     | )
20 |                                            | )
   |     v.                                     | )
21 |                                            | )
   | GOOGLE, INC., AMERICA ONLINE, INC.,        | )
22 | NETSCAPE COMMUNICATIONS                    | )
   | CORPORATION, COMPUSERVE                    | )
23 | INTERACTIVE SERVICES, INC., ASK            | )
   | JEEVES, INC., and EARTHLINK, INC.          | )
24 |                                            | )
   |     Counter-Defendants/                    | )
25 |     Third-Party Defendants                 | )
   |                                            | )
26 |_____| )

27

28

JOINT CASE MANAGEMENT CONFERENCE STATEMENT
Case No. C 03-5340-JF (EAI)

#8

1  Robert N. Phillips (SBN 120970)
   Ethan B. Andelman (SBN 209101)
2  HOWREY LLP
   525 Market Street, Suite 3600
3  San Francisco, CA 94105
   Telephone: (415) 848-4900
4  Facsimile: (415) 848-4999

5  David A. Rammelt (Admitted *Pro Hac Vice*)
   Susan J. Greenspon (Admitted *Pro Hac Vice*)
6  Dawn M. Beery (Admitted *Pro Hac Vice*)
   KELLEY DRYE & WARREN LLP
7  333 West Wacker Drive, Suite 2600
   Chicago, IL 60606
8  Telephone: (312) 857-7070
   Facsimile: (312) 857-7095
9
   Attorneys for Defendant/Counter-Plaintiff
10 AMERICAN BLIND AND WALLPAPER
   FACTORY, INC.
11

12 Stephen E. Taylor (SBN 58452)
   Stacey L. Wexler (SBN 184466)
13 TAYLOR & COMPANY LAW OFFICES, INC.
   One Ferry Building, Suite 355
14 San Francisco, California 94111
   Telephone: (415) 788-8200
15 Facsimile: (415) 788-8208

16 Attorneys For Third-Party Defendants
   AMERICA ONLINE, INC.,
17 NETSCAPE COMMUNICATIONS
   CORPORATION, and COMPUSERVE
18 INTERACTIVE SERVICES, INC.

19
20
21
22
23
24
25
26
27
28

1  Plaintiff/Counter-Defendant Google Inc. ("Google"), Defendant/Counter-Plaintiff American
2  Blind & Wallpaper Factory, Inc. ("American Blind"), and Third-Party Defendants America Online,
3  Inc. ("America Online"), Netscape Communications Corp. ("Netscape"), Compuserve Interactive
4  Services, Inc. ("Compuserve"), Ask Jeeves, Inc. ("Ask Jeeves"), and Earthlink, Inc. ("Earthlink")
5  submit the following joint case management conference statement.

6  **I.     DESCRIPTION OF THE CASE**

7  **A.     Background**

8  Google filed this action against American Blind on November 26, 2003, seeking a declaratory
9  judgment that its current policy regarding the sale of keyword-triggered advertising does not constitute
10 trademark infringement. American Blind contends that many of American Blind's competitors – with
11 the assistance and encouragement of search engines such as Google – have attempted to confuse
12 American Blind's customers and capitalize illegally on American Blind's goodwill and reputation by
13 purchasing advertising keywords identical or substantially similar to American Blind's federally
14 registered and common law trademarks from the search engines, including Google. Google disagrees
15 that American Blind's customers are likely to be confused as a result of the purchase of such
16 keywords, or that Google assists in or encourages illegal conduct on the part of American Blind's
17 competitors.

18 American Blind filed counterclaims and third-party claims against Google, America Online,
19 Inc., Netscape Communications Corp., Compuserve Interactive Services, Inc., Askjeeves, Inc., and
20 Earthlink, Inc. for trademark infringement and dilution, unfair competition, and tortious interference
21 with prospective economic advantage.

22 Discovery is ongoing in this case. There are two pending discovery motions brought by
23 American Blind, which are scheduled to be heard by Judge Seeborg immediately before this case
24 management conference is held before the Court.

25 **B.     Principal Factual and Legal Issues**

26 The principal factual and legal issues remain the same as they did in the parties' last joint case
27 management statement, filed on April 26, 2005.

28

**C.     Service of Process**

There are no unserved parties.

**D.     Additional Parties**

Neither Google, American Blind, nor the Third-Party Defendants currently intend to join any additional parties.

## II.     ALTERNATIVE DISPUTE RESOLUTION

The parties participated in a mediation before retired Judge Fern Smith on December 13, 2005. The mediation did not result in settlement.

## III.    INITIAL DISCLOSURES UNDER FED. R. CIV. P. 26(A)

The parties have served their Rule 26 initial disclosures upon one another.

## IV.    CASE MANAGEMENT PLAN

**A.     Discovery and Trial Schedule**

The Court has adopted the following case management schedule:

| | |
|---|---|
| Cutoff of Fact Discovery | February 27, 2006 |
| All Parties' Expert Reports Due | March 31, 2006 |
| Rebuttal Expert Reports Due | May 15, 2006 |
| Cutoff of Expert Discovery | June 30, 2006 |
| Cutoff for filing Dispositive Motions | July 31, 2006 |
| Pretrial Conference Statement | October 2, 2006 |
| Pretrial Conference | October 13, 2006 at 11:00 a.m. |
| Trial Date | November 17, 2006 at 11:00 a.m. |

<u>American Blind's position:</u>

American Blind believes that the schedule in this case should be extended by six months. American Blind has an outstanding discovery dispute with Google over Google's production of documents. Over a period of several months, the parties negotiated a Stipulated Protective Order which was entered by the Court on September 19, 2005. On October 26, 2005, the parties exchanged their initial document production. Since that time, American Blind has diligently reviewed Google's

1  voluminous production and discovered that Google has produced documents in response to only one of
2  American Blind's document requests, has not appropriately reviewed the documents it has produced
3  for confidentiality labels, has overdesignated the vast majority of documents it has produced, and has
4  not complied with Rule 34(b) in its production. In late December, after the long-delayed mediation in
5  this case, American Blind brought discovery motions on some of these issues which are currently
6  pending before Judge Seeborg; they are scheduled to be heard immediately before the Case
7  Management Conference. Additional discovery motions on document production and/or interrogatory
8  responses may be necessary if Google continues to refuse to abide by its discovery obligations.

9  Given the state of Google's document production, an additional six months is necessary to
10  adequately complete discovery. The schedule American Blind proposes is:

| | |
|---|---|
| Cutoff of Fact Discovery | August 28, 2006 |
| All Parties' Expert Reports Due | September 29, 2006 |
| Rebuttal Expert Reports Due | November 15, 2006 |
| Cutoff of Expert Discovery | December 29, 2006 |
| Cutoff for filing Dispositive Motions | January 31, 2007 |
| Pretrial Conference Statement | April 2, 2007 |
| Pretrial Conference | April 13, 2007 at 11:00 a.m. |
| Trial Date | May 18, 2007 at 11:00 a.m. |

Google's position:

Google opposes American Blind's request to extend by six months the scheduling dates already adopted by the Court. The parties have had more than enough time to complete discovery. Google filed its complaint more than two years ago, on November 26, 2003. Although the Court stayed discovery on June 21, 2004, that stay expired eight months ago, on May 11, 2005. As explained in its oppositions to American Blind's discovery motions, Google has diligently complied with its discovery obligations. Google has made multiple document productions—and produced more than 100,000 pages of documents—in response to American Blind's extensive document requests. American Blind's claim that Google has produced documents in response to only one of its requests is simply

1  untrue. While Google prefers to avoid further delay, it has informed American Blind that it would
2  accept a compromise whereby the Court extends all deadlines by one month.

**B.    Trial Duration**

The parties estimate a trial of approximately two weeks.

Dated: January 20, 2006                    KEKER & VAN NEST, LLP

                                           By: /s/ Klaus H. Hamm
                                               KLAUS H. HAMM

                                           Attorneys for Plaintiff/Counter-Defendant
                                           GOOGLE INC.

Dated: January 20, 2006                    HOWREY LLP

                                           By: /s/ Robert N. Phillips
                                               ROBERT N. PHILLIPS

                                           David A. Rammelt
                                           Susan J. Greenspon
                                           Dawn M. Beery
                                           KELLEY DRYE & WARREN LLP
                                           333 West Wacker Drive, Suite 2600
                                           Chicago, IL 60606

                                           Attorneys for Defendant/Counter-Plaintiff
                                           AMERICAN BLIND AND WALLPAPER
                                           FACTORY, INC.

                                           TAYLOR & COMPANY LAW OFFICES,
                                           INC.
Dated: January 20, 2006

                                           By: /s/ Stacey L. Wexler
                                               STACEY L. WEXLER

                                           Attorneys for Third-Party Defendants
                                           AMERICA ONLINE, INC., NETSCAPE
                                           COMMUNICATIONS CORPORATION,
                                           and COMPUSERVE INTERACTIVE
                                           SERVICES, INC.

1   IT IS SO ORDERED.
2
3
    Dated: January ___, 2006
4                                            _____
                                             Hon. Jeremy Fogel
5                                            United States District Court Judge
6
7
                        **ATTESTATION AS TO CONCURRENCE**
8
9   I, Klaus H. Hamm, under penalty of perjury of the laws of the United States of America, attest
10  that concurrence in the filing of this document has been obtained from each of the other signatories to
11  this document.
12                                      _____
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Cranmer, Patricia**

| | |
|---|---|
| From: | ECF-CAND@cand.uscourts.gov |
| Sent: | Friday, January 20, 2006 5:42 PM |
| To: | efiling@cand.uscourts.gov |
| Subject: | Activity in Case 5:03-cv-05340-JF Google Inc. v. American Blind & Wallpaper Factory, Inc. "Case Management Statement (Joint)" |

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document. *If there is no second hyperlink, there is no electronic document available.*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov

The following transaction was received from Hamm, Klaus Hemingway on 1/20/2006 at 5:41 PM PST

| | |
|---|---|
| Case Name: | Google Inc. v. American Blind & Wallpaper Factory, Inc. |
| Case Number: | 5:03-cv-5340 |
| Filer: | Ask Jeeves, Inc. |
| | Google Inc. |
| | Earthlink, Inc. |
| Document Number: | 88 |

Docket Text:
JOINT CASE MANAGEMENT STATEMENT *Joint Fed. R. Civ. P. 26(f) Report, Case Management Statement and Proposed Case Management Order* filed by Google Inc., Earthlink, Inc., Ask Jeeves, Inc., Google Inc.. (Hamm, Klaus) Filed on 1/20/2006)

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:C:\Data\BlindJCMConfStmnt.pdf
Electronic document Stamp:
STAMP CANDStamp_ID=977336130 [Date=1/20/2006] [FileNumber=2361141-0]

5b11ef0b544b8288069a7ef7e6a2054b2ab98460a792cbd536cf2b972620e8944f419
3d00055be3ec1c15b57d550725f9ad14ce80f1d4b36d0e1eee26a28e7fc]]

1/23/2006

5:03-cv-5340 Notice will be electronically mailed to:

Ethan B. Andelman    andelmane@howrey.com, cranmerp@howrey.com

Ravind Singh Grewal    rsg@kvn.com

Klaus Hemingway Hamm    khamm@kvn.com, dmiller@kvn.com; dfox@kvn.com

Michael H. Page    mhp@kvn.com, sjr@kvn.com; nsn@kvn.com

Robert Nathan Phillips    phillipsr@howrey.com, cranmerp@howrey.com

Stephen E. Taylor    staylor@tcolaw.com, jklohonatz@tcolaw.com; swexler@tcolaw.com; tnewby@tcolaw.com; sdunbar@tcolaw.com; nfreese@tcolaw.com; sscoggins@tcolaw.com

5:03-cv-5340 Notice will NOT be electronically mailed to:

Dawn Beery
Kelley Drye & Warren LLP
333 West Wacker Drive
Suite 2600
Chicago, IL 60606

Susan Greenspon
Kelley Drye & Warren LLP
333 West Wacker Drive
Suite 2600
Chicago, IL 60606

Mark A. Lemley
Keker & Van Nest, LLP
710 Samsome Street
San Francisco, CA 94111-1704

David A. Rammelt
Kelley Drye & Warren LLP
333 West Wacker Drive
Suite 2600
Chicago, IL 60606

1/23/2006