1  Robert N. Phillips (SBN 120970)
   Ethan B. Andelman (SBN 209101)
2  HOWREY SIMON ARNOLD & WHITE, LLP
   525 Market Street, Suite 3600
3  San Francisco, CA 94105
   Telephone: (415) 848-4900
4  Facsimile: (415) 848-4999

5  David A. Rammelt (Admitted *Pro Hac Vice*)
   Susan J. Greenspon (Admitted *Pro Hac Vice*)
6  Dawn M. Beery (Admitted *Pro Hac Vice*)
   KELLEY DRYE & WARREN LLP
7  333 West Wacker Drive, Suite 2600
   Chicago, IL 60606
8  Telephone: (312) 857-7070
   Facsimile: (312) 857-7095
9
   Attorneys for Defendant/Counter-Plaintiff
10 AMERICAN BLIND AND WALLPAPER
   FACTORY, INC.
11

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation, | Case No. C 03-5340-JF (EAI) |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING AMERICAN BLIND & WALLPAPER, INC.'S MOTION TO AMEND AND EXTEND CASE MANAGEMENT ORDER DATES** |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.; and DOES 1-100, inclusive, | |
| Defendants. | |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., | Date: June 23, 2006<br>Time: 9:00 a.m.<br>Courtroom: 3<br>Hon. Jeremy Fogel |
| Counter-Plaintiff, | |
| v. | |
| GOOGLE, INC., | |
| Counter-Defendant. | |

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/210098.1

Defendant/Counter-Plaintiff American Blind & Wallpaper Factory, Inc.'s ("American Blind") Motion to Amend and Extend Case Management Order Dates was heard by this Court on _____, 2006 at _____a.m. / p.m.  Upon reviewing the papers submitted by the parties, hearing the arguments of counsel, and good cause appearing therefor, IT IS HEREBY ORDERED:

1. American Blind's Motion to Amend and Extend Case Management Order Dates is granted.

2. The case management order dates are all extended by 90 days.

3. The case is set for jury trial on _____, 2007, at \_\_\_ a.m.

IT IS SO ORDERED.

Dated: _____, 2006          _____
                                                                                Hon. Jeremy Fogel
                                                                                United States District Court Judge

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/210098.1                - 2 -