1  Robert N. Phillips (SBN 120970)
   Ethan B. Andelman (SBN 209101)
2  HOWREY SIMON ARNOLD & WHITE, LLP
   525 Market Street, Suite 3600
3  San Francisco, CA 94105
   Telephone: (415) 848-4900
4  Facsimile: (415) 848-4999

    **E-filed 6/12/06**

5  David A. Rammelt (Admitted *Pro Hac Vice*)
   Susan J. Greenspon (Admitted *Pro Hac Vice*)
6  Dawn M. Beery (Admitted *Pro Hac Vice*)
   KELLEY DRYE & WARREN LLP
7  333 West Wacker Drive, Suite 2600
   Chicago, IL 60606
8  Telephone: (312) 857-7070
   Facsimile: (312) 857-7095

9
   Attorneys for Defendant/Counter-Plaintiff
10 AMERICAN BLIND AND WALLPAPER
   FACTORY, INC.
11

12                           UNITED STATES DISTRICT COURT
                             NORTHERN DISTRICT OF CALIFORNIA
13

14 | GOOGLE INC., a Delaware corporation, | Case No. C 03-5340-JF (EAI) |
   |---|---|
15 | Plaintiff, | **STIPULATION AND [P~~ROPOSE~~D] ORDER SHORTENING TIME FOR BRIEFING AND HEARING ON AMERICAN BLIND & WALLPAPER, INC.'S MOTION TO AMEND AND EXTEND CASE MANAGEMENT ORDER DATES** |
16 | v. | |
17 | AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.; and DOES 1-100, inclusive, | |
18 | | |
19 | Defendants. | |
20 | AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., | Date: June 23, 2006<br>Time: 9:00 a.m.<br>Courtroom: 3<br>Hon. Jeremy Fogel |
21 | | |
22 | Counter-Plaintiff, | |
23 | v. | |
24 | GOOGLE, INC., | |
25 | Counter-Defendant. | |

26
27
28

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/210091.1

WHEREAS the discovery cutoff under the Case Management Order is presently June 27, 2006, and the parties currently have a dispute over whether such date, and all other dates in the Case Management Order, should be extended.

IT IS HEREBY STIPULATED by and between Defendant/Counter-Plaintiff American Blind & Wallpaper Factory, Inc.'s ("American Blind") and Plaintiff/Counter-Defendant Google Inc. ("Google") that the briefing schedule and hearing on American Blind's Motion to Amend and Extend Case Management Order ("Motion") be as follows:

1. American Blind shall e-file its Motion on or before June 9, 2006;
2. Google shall e-file its opposition papers no later than June 15, 2006;
3. American Blind shall e-file its reply papers no later than June 20, 2006;
4. The hearing on the Motion shall be at 9:00 a.m. on June 23, 2006.

Dated: _____   HOWREY LLP

By:   /s/ Robert N. Phillips
ROBERT N. PHILLIPS
Ethan B. Andelman
HOWREY LLP
525 Market Street
Suite 3600
San Francisco, CA 94105

Attorneys for Defendant/Counterclaimant
AMERICAN BLIND AND WALLPAPER FACTORY, INC.

KEKER & VAN NEST LLP

By:   /s/ Ajay Krishnan
AJAY KRISHNAN
Mark A. Lemley, Esq.
Klaus H. Hamm, Esq.
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111-1704

Attorneys for Plaintiff and
Counterdefendant GOOGLE INC.

**ATTESTATION OF CONCURRENCE OF FILING**

I, Robert N. Phillips, under penalty of perjury of the laws of the United States of America, attest that concurrence in the filing of this document has been obtained from each of the other signatories to this document.

/s/ Robert N. Phillips
Robert N. Phillips

**IT IS SO ORDERED.**

Dated: ___6/12/06_____, 2006

_____
Hon. Jeremy Fogel
United States District Court Judge

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/210091.1                                - 3 -