**United States District Court**
For the Northern District of California

**\*E-FILED 6/12/06\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

GOOGLE INC.,

        Plaintiff,

  v.

AMERICAN BLIND & WALLPAPER FACTORY, INC.,

        Defendant.

_____/

NO. C 03-5340 JF (RS)

**ORDER DENYING MOTION FOR ORDER SHORTENING TIME**

Plaintiff's motion for an order shortening time filed June 8, 2006 is DENIED. The basis of the request for shortened time is the pending discovery cut off. Pursuant to Civil Local Rule 26-2, however, motions to compel as to outstanding discovery requests are timely if filed up to seven days after the discovery cut off. If the underlying motion remains necessary, Plaintiff shall re-notice it pursuant to the ordinary timing rules. The parties are directed to engage in further meet and confer efforts to narrow or eliminate the issues presented by the underlying motion.

IT IS SO ORDERED.

Dated: June 12, 2006

_____
RICHARD SEEBORG
United States Magistrate Judge

ORDER DENYING MOTION FOR ORDER SHORTENING TIME
C 03-5340 JF (RS)

1

Dockets.Justia.com

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

2  Ethan B. Andelman    andelmane@howrey.com, cranmerp@howrey.com

3  Ravind Singh Grewal    rsg@kvn.com

4  Klaus Hemingway Hamm    khamm@kvn.com, dmiller@kvn.com; dfox@kvn.com

5  Ajay Krishnan    akrishnan@kvn.com, rthomas@kvn.com

6  Michael H. Page    mhp@kvn.com, sjr@kvn.com; nsn@kvn.com; efiling@kvn.com

7  Robert Nathan Phillips    phillipsr@howrey.com, cranmerp@howrey.com

8  Stephen E. Taylor    staylor@tcolaw.com, jklohonatz@tcolaw.com; swexler@tcolaw.com;
   tnewby@tcolaw.com; jliu@tcolaw.com; cdunbar@tcolaw.com; nfreese@tcolaw.com;
9  rleffkich@tcolaw.com; gfrary@tcolaw.com

10

11  Counsel are responsible for distributing copies of this document to co-counsel who have not
    registered for e-filing under the Court's CM/ECF program.

12

13  **Dated: June 12, 2006**                                   **Chambers of Judge Richard Seeborg**

14

15                                                             **By:        /s/ BAK**

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER DENYING MOTION FOR ORDER SHORTENING TIME
C 03-5340 JF (RS)

2