Robert N. Phillips (SBN 120970)
Ethan B. Andelman (SBN 209101)
HOWREY SIMON ARNOLD & WHITE, LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

David A. Rammelt (Admitted *Pro Hac Vice*)
Susan J. Greenspon (Admitted *Pro Hac Vice*)
Dawn M. Beery (Admitted *Pro Hac Vice*)
KELLEY DRYE & WARREN LLP
333 West Wacker Drive, Suite 2600
Chicago, IL 60606
Telephone: (312) 857-7070
Facsimile: (312) 857-7095

Attorneys for Defendant/Counter-Plaintiff
AMERICAN BLIND AND WALLPAPER FACTORY, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.; and DOES 1-100, inclusive,<br><br>Defendants.<br>AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.,<br><br>Counter-Plaintiff,<br><br>v.<br><br>GOOGLE, INC., AMERICA ONLINE, INC., NETSCAPE COMMUNICATIONS CORPORATION, COMPUSERVE INTERACTIVE SERVICES, INC., ASK JEEVES, INC., and EARTHLINK, INC.<br><br>Counter-Defendants/<br>Third-Party Defendants | Case No. C 03-5340-JF (EAI)<br><br>**DEFENDANT'S NOTICE OF MANUAL FILING OF DECLARATION OF SUSAN GREENSPON IN SUPPORT OF AMERICAN BLIND & WALLPAPER FACTORY INC.'S REPLY IN SUPPORT OF MOTION TO AMEND AND EXTEND CASE MANAGEMENT ORDER DATES**<br><br>Date: June 23, 2006<br>Time: 9:30 a.m.<br>Courtroom: 3<br>Hon. Jeremy Fogel |

1     *Regarding: Declaration of Susan Greenspon in Support of American Blind & Wallpaper Factory Inc.'s Reply in Support of Motion to Amend and Extend Case Management Order Dates and to Designate Documents to be filed under seal.*

4     This filing is in paper form only, and is being maintained in the case file in the Clerk's office. The document will be hand-served in hard-copy form on counsel.

6     This filing was not e-filed for the reason that the documents involved are being filed under seal.

Dated: June 20, 2006      HOWREY LLP

              By:   /s/ Ethan B. Andelman
                  Robert N. Phillips
                  Ethan B. Andelman

              Attorneys for Defendant
              AMERICAN BLIND & WALLPAPER
              FACTORY, INC.