| | |
|---|---|
| 1 | Robert N. Phillips (SBN 120970) |
| | Ethan B. Andelman (SBN 209101) |
| 2 | HOWREY LLP |
| | 525 Market Street, Suite 3600 |
| 3 | San Francisco, CA 94105 |
| | Telephone: (415) 848-4900 |
| 4 | Facsimile: (415) 848-4999 |
| 5 | David A. Rammelt (Admitted *Pro Hac Vice*) |
| | Susan J. Greenspon (Admitted *Pro Hac Vice*) |
| 6 | KELLEY DRYE & WARREN LLP |
| | 333 West Wacker Drive, Suite 2600 |
| 7 | Chicago, IL 60606 |
| | Telephone: (312) 857-7070 |
| 8 | Facsimile: (312) 857-7095 |
| 9 | Attorneys for Defendant/Counter-Plaintiff |
| | AMERICAN BLIND AND WALLPAPER |
| 10 | FACTORY, INC. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation, | Case No. C 03-5340-JF (EAI) |
| Plaintiff, | **AMERICAN BLIND & WALLPAPER FACTORY, INC.'S ADMINISTRATIVE MOTION FOR A SEALING ORDER (Civil L.R. 79-5(b))** |
| v. | |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.; and DOES 1-100, inclusive, | |
| Defendants. | |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., | Judge: TBA |
| Counter-Plaintiff, | |
| v. | |
| GOOGLE, INC., | |
| Counter-Defendants. | |

Pursuant to Civil L.R. 7-11, defendant and counter-plaintiff American Blind & Wallpaper Factory, Inc. ("American Blind") hereby brings this administrative motion for an order to file under seal the following documents being lodged this day with the Clerk of the Court:

1.     Declaration of Susan Greenspon in Support of American Blind and Wallpaper

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/210375.1

1  Factory Inc.'s Reply in Support of Motion to Amend and Extend Case Management Order Dates.
2  The confidential information attached to or contained within this document is information
3  designated as such by Defendant and Counter-Plaintiff American Blind for the reasons described
4  in the Declaration of Susan Greenspon In Support of Sealing Motion.  Pursuant to Civil L.R. 79-
5  5(b), provided herewith are (i) the Declaration of Susan Greenspon In Support of Sealing Motion;
6  and (ii) a Proposed Order.

DATED:  June 20, 2006                                HOWREY LLP


By:      /s/ Ethan B. Andelman
    ROBERT N. PHILLIPS
    ETHAN B. ANDELMAN

    David A. Rammelt
    Susan J. Greenspon
    Dawn M. Beery
    KELLEY DRYE & WARREN LLP
    333 West Wacker Drive, Suite 2600
    Chicago, IL  60606

Attorneys for Defendant/Counter-Plaintiff
AMERICAN BLIND AND WALLPAPER
FACTORY, INC.

CH01/PLATC/210375.1                              - 2 -