| | |
|---|---|
| 1 | Robert N. Phillips (SBN 120970) |
| | Ethan B. Andelman (SBN 209101) |
| 2 | HOWREY SIMON ARNOLD & WHITE, LLP |
| | 525 Market Street, Suite 3600 |
| 3 | San Francisco, CA 94105 |
| | Telephone: (415) 848-4900 |
| 4 | Facsimile: (415) 848-4999 |
| | |
| 5 | David A. Rammelt (Admitted *Pro Hac Vice*) |
| | Susan J. Greenspon (Admitted *Pro Hac Vice*) |
| 6 | KELLEY DRYE & WARREN LLP |
| | 333 West Wacker Drive, Suite 2600 |
| 7 | Chicago, IL 60606 |
| | Telephone: (312) 857-7070 |
| 8 | Facsimile: (312) 857-7095 |
| | |
| 9 | Attorneys for Defendant/Counter-Plaintiff |
| | AMERICAN BLIND AND WALLPAPER |
| 10 | FACTORY, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation, | Case No. C 03-5340-JF (EAI) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING AMERICAN BLIND & WALLPAPER, FACTORY INC.'S MOTION FOR A SEALING ORDER (Civil L.R. 79-5(b))** |
| v. | |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.; and DOES 1-100, inclusive, | Judge: TBA |
| Defendants. | |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., | |
| Counter-Plaintiff, | |
| v. | |
| GOOGLE, INC., | |
| Counter-Defendants. | |

KELLEY DRYE & WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/210376.1

Dockets.Justia.com

Defendant/Counter-Plaintiff American Blind & Wallpaper Factory, Inc.'s ("American Blind") Administrative Motion For a Sealing Order (Civ. L.R. 79-5(b)) was heard by this Court on July _____, 2006 at _____ a.m./p.m.  Upon reviewing the papers submitted by American Blind and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. American Blind's Administrative Motion for a Sealing Order is granted.

2. The Declaration of Susan Greenspon in Support of American Blind and Wallpaper Factory Inc.'s Reply in Support of Motion to Amend and Extend Case Management Order Dates shall be filed under seal.

**IT IS SO ORDERED**.

Dated: _____, 2006           _____
                                          United States District Court Judge