1  Robert N. Phillips (SBN 120970)
   Ethan B. Andelman (SBN 209101)
2  HOWREY SIMON ARNOLD & WHITE, LLP
   525 Market Street, Suite 3600
3  San Francisco, CA 94105
   Telephone: (415) 848-4900
4  Facsimile: (415) 848-4999

5  David A. Rammelt (Admitted *Pro Hac Vice*)
   Susan J. Greenspon (Admitted *Pro Hac Vice*)
6  Dawn M. Beery (Admitted *Pro Hac Vice*)
   KELLEY DRYE & WARREN LLP
7  333 West Wacker Drive, Suite 2600
   Chicago, IL 60606
8  Telephone: (312) 857-7070
   Facsimile: (312) 857-7095
9
   Attorneys for Defendant/Counter-Plaintiff
10 AMERICAN BLIND AND WALLPAPER
   FACTORY, INC.
11
                    UNITED STATES DISTRICT COURT
12                  NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation, | Case No. C 03-5340-JF (EAI) |
| Plaintiff, | **DECLARATION OF CAROLINE C. PLATER IN SUPPORT OF AMERICAN BLIND & WALLPAPER FACTORY INC.'S REPLY IN SUPPORT OF MOTION TO AMEND AND EXTEND CASE MANAGEMENT ORDER DATES** |
| v. | |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.; and DOES 1-100, inclusive, | |
| Defendants. | Date: June 23, 2006<br>Time: 9:30 a.m.<br>Courtroom: 3<br>Hon. Jeremy Fogel |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., | |
| Counter-Plaintiff, | |
| v. | |
| GOOGLE, INC., | |
| Counter-Defendants | |

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/210352.1

I, Caroline C. Plater declare as follows:

1. I am an attorney at Kelley Drye & Warren LLP, counsel of record for Defendant/Counter-Plaintiff American Blind & Wallpaper Factory, Inc. ("American Blind") in the above-captioned action. I am a member in good standing of the State Bar of Illinois. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Attached hereto as Exhibit A is a true and correct copy of June 6, 2006 correspondence from Caroline C. Plater to Ajay Krishnan and Klaus Hamm.

3. Attached hereto as Exhibit B is a true and correct copy June 14, 2006 correspondence from Caroline C. Plater to Ajay Krishnan.

4. Attached hereto as Exhibit C is a true and correct copy June 12, 2006 correspondence from Caroline C. Plater to Klaus Hamm.

5. Attached hereto as Exhibit D is a true and correct copy June 13, 2006 correspondence from Caroline C. Plater to Klaus Hamm.

6. Attached hereto as Exhibit E is a true and correct copy of American Blind and Wallpaper Factory Inc.'s Responses to Google Inc.'s Second Set of Request For Admissions.

7. Attached hereto as Exhibit F is a true and correct copy of American Blind and Wallpaper Factory Inc.'s Responses to Google Inc.'s Second Set of Request For Production of Documents and Things.

8. Attached hereto as Exhibit G is a true and correct copy of American Blind and Wallpaper Factory Inc.'s Responses to Google Inc.'s Second Set of Interrogatories.

9. Attached hereto as Exhibit H is a true and correct copy of June 20, 2006 correspondence from Caroline C. Plater to Ajay Krishnan.

10. Attached hereto as Exhibit I is a true and correct copy of January 3, 2006 correspondence from Klaus Hamm to David Rammelt.

11. Attached hereto as Exhibit J are true and correct copies of American Blind's 30(b)(6) Notice dated January 31, 2006 and Amended Notice dated February 14, 2006.

12. Attached hereto as Exhibit K is a true and correct copy of American Blind's

1  30(b)(6) Notice dated February 14, 2006 for the person most knowledgeable of Google's
2  document production.
3      13.    Attached hereto as Exhibit L is a true and correct copy of American Blind's
4  Deposition Notice of Prashant Fuloria, dated April 14, 2006.
5      I declare under penalty of perjury that the foregoing is true and correct.
6      Executed this 20th day of June 2006, in Chicago, Illinois.

                      /s/ Caroline C. Plater
                      CAROLINE C. PLATER

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/210352.1     - 3 -