# Exhibit B

CH01/PLATC/210357.1

# KELLEY DRYE & WARREN LLP

A LIMITED LIABILITY PARTNERSHIP

333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, ILLINOIS 60606

(312) 857-7070

NEW YORK, NY
WASHINGTON, DC
TYSONS CORNER, VA
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICES
JAKARTA, INDONESIA
MUMBAI, INDIA

FACSIMILE
(312) 857-7095
www.kelleydrye.com

DIRECT LINE: (312) 857-2501
EMAIL: cplater@kelleydrye.com

June 14, 2006

**VIA UPS**

Ajay Krishnan
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111

Dear Ajay:

Enclosed please find the following documents, Bates range ABWF 002926 – 007802. These documents are responsive to Google's initial and second set of document requests.

Bates range ABWF 002926-002936 contains trademark information;

Bates range ABWF 002937-002949 contains information concerning website visits;

Bates range ABWF 002950-003017 contains consumer and advertising research and analysis information;

Bates range ABWF 003018-003053 contains advertising costs and spending information;

Bates range ABWF 003054-003772 contains information regarding the name(s) under which American Blind has done business; 003164-65 is website page from a competitor of American Blind;

Bates range ABWF 003773-003800 contains information regarding American Blind's use of Google's AdWords Program;

Bates range ABWF 0038001-005496 contains American Blind advertising materials, including catalogs;

Bates range ABWF 005497-005498 pertains to consumer confusion;

CH01/PLATC/210239.1

**KELLEY DRYE & WARREN LLP**

Ajay Krishnan
June 14, 2006
Page Two

    Bates ranges ABWF 05498-005508 and 005523-005524 contain various screen shots;

    Bates range ABWF 05509-005522 contains various e-mails regarding the American Blind marks;

    Bates range ABWF 005525-005536 contains financial information regarding American Blind.

    Bates range ABWF 005537-005544 contains cease and desist letters;

    Bates range ABWF 005545-005546 contains employee information;

    Bates range ABWF 005547-005604 contains market research and demographic analysis materials;

    Bates range ABWF 005605-007802 contains annual financial information broken down by product.

    I anticipate that I will be providing you with another production within the next couple days.

Sincerely,

*Caroline C. Plater*

Caroline C. Plater

CCP:ccp
Enclosures

CH01/PLATC/210239.1