# Exhibit C

CH01/PLATC/210357.1

# KELLEY DRYE & WARREN LLP

A LIMITED LIABILITY PARTNERSHIP

333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, ILLINOIS 60606

(312) 857-7070

NEW YORK, NY
WASHINGTON, DC
TYSONS CORNER, VA
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICES
JAKARTA, INDONESIA
MUMBAI, INDIA

FACSIMILE
(312) 857-7095

www.kelleydrye.com

DIRECT LINE: (312) 857-2501

EMAIL: cplater@kelleydrye.com

June 12, 2006

**VIA FACSIMILE**

Klaus Hamm
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111

Re:   Google Inc. v. American Blind & Wallpaper Factory Inc.

Dear Klaus:

This is to confirm our participation in William Smith's deposition noticed for June 22, 2006 in Detroit, Michigan. We will not be representing Mr. Smith.

We will confirm the dates for the other deponents whom we will be representing by separate letter.

Sincerely,

Caroline C. Plater

CCP:hke

CH01/PLATC/210138.1

014405.0077