# Exhibit D

CH01/PLATC/210357.1

# KELLEY DRYE & WARREN LLP

A LIMITED LIABILITY PARTNERSHIP

333 WEST WACKER DRIVE

SUITE 2600

CHICAGO, ILLINOIS 60606

(312) 857-7070

NEW YORK, NY
WASHINGTON, DC
TYSONS CORNER, VA
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICES
JAKARTA, INDONESIA
MUMBAI, INDIA

FACSIMILE
(312) 857-7095
www.kelleydrye.com

DIRECT LINE: (312) 857-2501
EMAIL: cplater@kelleydrye.com

June 13, 2006

**VIA FACSIMILE**

Klaus Hamm
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111

Re:  Google Inc. v. American Blind & Wallpaper Factory Inc.

Dear Klaus:

Joe Charno is available for his deposition June 29-30; Scot Powers and Jeff Alderman are available for their depositions July 10-12. We are available for Steve Katzman's deposition July 17-21, 24 or 25. We are not representing Mr. Katzman and have not been notified of the name of his counsel for this deposition. Therefore, we cannot make any statements regarding Mr. Katzman's availability on the dates that we have indicated we have available.

We will provide you with firm dates for and the identity of American Blind's Fed.R.Civ.P. 30(b)(6) witness by June 22, 2006.

Please feel free to contact me regarding the foregoing.

Sincerely,

Caroline C. Plater

CCP:ccp

CH01/PLATC/210180.1