Exhibit E

CH01/PLATC/210357.1

1  Robert N. Phillips (SBN 120970)
   Ethan B. Andelman (SBN 209101)
2  HOWREY SIMON ARNOLD & WHITE, LLP
   525 Market Street, Suite 3600
3  San Francisco, CA 94105
   Telephone: (415) 848-4900
4  Facsimile: (415) 848-4999

5  David A. Rammelt (Admitted *Pro Hac Vice*)
   Susan J. Greenspon (Admitted *Pro Hac Vice*)
6  Dawn M. Beery (Admitted *Pro Hac Vice*)
   KELLEY DRYE & WARREN LLP
7  333 West Wacker Drive, Suite 2600
   Chicago, IL 60606
8  Telephone: (312) 857-7070
   Facsimile: (312) 857-7095
9
   Attorneys for Defendant/Counter-Plaintiff
10 AMERICAN BLIND AND WALLPAPER
   FACTORY, INC.
11

12             UNITED STATES DISTRICT COURT

13             NORTHERN DISTRICT OF CALIFORNIA

14

15 | GOOGLE INC., a Delaware corporation,    | CASE NO. C 03-5340-JF (EAI)
16 |        Plaintiff,
17 |    v.                                    | **AMERICAN BLIND & WALLPAPER FACTORY, INC.'S RESPONSES TO GOOGLE INC.'S SECOND SET OF REQUESTS FOR ADMISSION**
18 | AMERICAN BLIND AND WALLPAPER
   | FACTORY, INC., a Delaware corporation
19 | d/b/a decoratetoday.com, Inc.; and DOES
   | 1-100, inclusive,
20 |
   |        Defendants.
21 |
   | AMERICAN BLIND & WALLPAPER
22 | FACTORY, INC., a Delaware corporation
   | d/b/a decoratetoday.com, Inc.
23 |
   |        Counterclaimant,
24 |
   |    v.
25 |
   | GOOGLE INC.,
26 |        Counterdefendants

27

28

KELLEY DRYE &
WARREN LLP
33 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/209902.2

| | |
|---|---|
| PROPOUNDING PARTY: | PLAINTIFF GOOGLE INC. |
| RESPONDING PARTY: | DEFENDANT/COUNTER-PLAINTIFF AMERICAN BLIND & WALLPAPER FACTORY, INC. |
| SET NUMBER: | TWO |

Defendant/Counter-Plaintiff American Blind & Wallpaper Factory, Inc. ("American Blind") hereby answers Plaintiff Google Inc.'s ("Google") Second Set Of Requests For Admission To American Blind & Wallpaper Factory, Inc. as follows:

**REQUEST FOR ADMISSION NO. 1:**

Admit that AMERICAN BLIND has produced to Google all non-privileged documents in its possession, custody, or control constituting or referring to any communications or analysis of the names or trademarks it uses or has considered using in communications with customers or potential customers or potential customers (including but not limited to advertisements and information on AMERICAN BLIND's website(s)) to refer to AMERICAN BLIND's retail business.

**RESPONSE:** Denied. Answering further, American Blind objects to this request for admission as premature. American Blind is its in the process of compiling additional documents for production to Google the week of June 12, 2006. American Blind further objects to this request because it is vague, ambiguous, overly broad and unduly burdensome, and not reasonably calculated to lead to the discovery or admissible evidence. Literally interpreted, a request for "any communications ... of the names ... it uses ... in communications with customers ....." would call for the production of every document sent to a customer or potential customers since all, or virtually all, such communications would include the company logo and name. Such a request is either indecipherable or so broad as to be absurd.

**REQUEST FOR ADMISSION NO. 2:**

Admit that, apart from any expert opinion(s) commissioned or prepared for the purpose of this litigation, American Blind has never commissioned or performed any studies or surveys of consumer perception or consumer recognition of the AMERICAN BLIND MARKS.

KELLEY DRYE &
WARREN LLP
3 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/209902.2

- 2 -

**RESPONSE**: Denied.

Dated: June 9, 2006

KELLEY DRYE & WARREN LLP

By: /s/

David A. Rammelt
Susan J. Greenspon
Dawn M. Beery
KELLEY DRYE & WARREN LLP
333 West Wacker Drive, Suite 2600
Chicago, IL 60606

Robert N. Phillips
Ethan B. Andelman
HOWREY SIMON ARNOLD &
WHITE, LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Attorneys for Defendant/Counter-Plaintiff AMERICAN BLIND AND WALLPAPER FACTORY, INC.

KELLEY DRYE &
WARREN LLP
33 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/209902.2

- 3 -

# PROOF OF SERVICE

I am a citizen of the United States and a resident of the State of Illinois. I am employed in Cook County, State of Illinois, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action, My business address is 333 W. Wacker Drive, Suite 2600, Chicago, IL 60606. On the date set forth below, I served the document(s) described below in the manner described below:

**AMERICAN BLIND AND WALLPAPER FACTORY, INC.'S RESPONSE TO PLAINTIFF GOOGLE INC.'S SECOND SET OF REQUESTS FOR ADMISSION**

**VIA FACSIMILE and U.S. MAIL**

Michael H. Page
Mark A. Lemley
Klaus H. Hamm
Ajay S. Krishnan
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111

**XX** (BY FACSIMILE) I am personally and readily familiar with the business practice of Kelley Drye & Warren, LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

(BY FEDERAL EXPRESS) I am personally and readily familiar with the business practice of Kelley Drye & Warren, LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by Federal Express for overnight delivery.

(BY MESSENGER SERVICE) by consigning the document(s) to an authorized courier and/or process server for hand delivery on this date.

**XX** (BY U.S. MAIL) I am personally and readily familiar with the business practice of Kelley Drye & Warren, LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at Chicago, Illinois.

Executed on June 9, 2006, at Chicago, Illinois.

_/s/ Caroline C. Plater_
Caroline C. Plater

KELLEY DRYE &
WARREN LLP
3 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/209902.2                                -4-

```
** JOB STATUS REPORT **           AS OF  JUN 09 2006 12:05 PM  PAGE.01


   JOB #730
     DATE  TIME    TO/FROM            MODE   MIN/SEC   PGS   STATUS
001  6/09  12:04P  144050027914153977188  EC--S  01'22"  005   OK  L1
```



# KELLEY
## DRYE

## FACSIMILE TRANSMISSION

| | |
|---|---|
| TO | Michael H. Page |
| | Mark A. Lemley |
| | Klaus H. Hamm |
| | Ajay S. Krishnan |
| FIRM | Keker & Van Nest LLP |
| CITY | |
| FAX | (415) 397-7188 |
| PHONE | (415) 391-5400 |
| NO. OF PAGES | 5 (including this page) |
| DATE | June 9, 2006 |

KELLEY DRYE & WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, ILLINOIS 60606
(312) 857-7070
FAX (312) 857-7095

MESSAGE:  Please see attached.

| | |
|---|---|
| FROM | Caroline C. Plater |
| PHONE | (312) 857-2501 |
| E-MAIL | cplater@kelleydrye.com |
| TIMEKEEPER ID | 03971 |
| CLIENT NO. | 014405.0027 |

NEW YORK, NY
WASHINGTON, DC
TYSONS CORNER, VA
CHICAGO, IL
STAMFORD, CT
PARSIPPANY, NJ
BRUSSELS

AFFILIATE OFFICES
JAKARTA
MUMBAI

IF PROBLEMS OCCUR DURING TRANSMISSION PLEASE CALL (312) 857-7070.

The information contained in this facsimile message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any use, copying, disclosure or dissemination of this communication may be subject to legal restriction or sanction.