# Exhibit H

CH01/PLATC/210357.1

**KELLEY DRYE & WARREN LLP**

A LIMITED LIABILITY PARTNERSHIP

333 WEST WACKER DRIVE

SUITE 2600

CHICAGO, ILLINOIS 60606

(312) 857-7070

NEW YORK, NY
WASHINGTON, DC
TYSONS CORNER, VA
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICES
JAKARTA, INDONESIA
MUMBAI, INDIA

FACSIMILE
(312) 857-7095
www.kelleydrye.com

DIRECT LINE: (312) 857-2501
EMAIL: cplater@kelleydrye.com

June 20, 2006

**VIA UPS**

Ajay Krishnan
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111

Re: <u>Google Inc. v. American Blind and Wallpaper Factory, Inc.</u>

Dear Ajay:

Enclosed please find the following documents, Bates range ABWF 007803 – 008816. These documents are responsive to Google's initial and second set of document requests.

Bates ranges ABWF 007803- 007804, 008005-008535 and 008806-008816 contain information regarding keyword and search engine analysis and strategy.

Bates range ABWF 007805-008004 contains information regarding the corporate organization as well as job descriptions.

Bates range ABWF 008536-008805 contains information contained in the trademark files.

I anticipate that I will be sending out another production by the end of this week.

Sincerely,

Caroline C. Plater

CH01/PLATC/210350.1