# Exhibit K

CH01/PLATC/210357.1

1  Robert N. Phillips (SBN 120970)
   Ethan B. Andelman (SBN 209101)
2  HOWREY SIMON ARNOLD & WHITE, LLP
   525 Market Street, Suite 3600
3  San Francisco, CA 94105
   Telephone: (415) 848-4900
4  Facsimile: (415) 848-4999

5  David A. Rammelt (Admitted *Pro Hac Vice*)
   Susan J. Greenspon (Admitted *Pro Hac Vice*)
6  Dawn M. Beery (Admitted *Pro Hac Vice*)
   KELLEY DRYE & WARREN LLP
7  333 West Wacker Drive, Suite 2600
   Chicago, IL 60606
8  Telephone: (312) 857-7070
   Facsimile: (312) 857-7095

9
   Attorneys for Defendant/Counter-Plaintiff
10 AMERICAN BLIND AND WALLPAPER
   FACTORY, INC.
11
                    UNITED STATES DISTRICT COURT
12                  NORTHERN DISTRICT OF CALIFORNIA

13 | GOOGLE INC., a Delaware corporation, | Case No. C 03-5340-JF (RS) |
14 | Plaintiff, | **NOTICE OF RULE 30(B)(6) DEPOSITION** |
15 | v. |
16 | AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.; and DOES 1-100, inclusive, |
17 |
18 |
19 | Defendants. |
20 | AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., |
21 |
22 | Counter-Plaintiff, |
23 | v. |
24 | GOOGLE, INC., AMERICA ONLINE, INC., NETSCAPE COMMUNICATIONS CORPORATION, COMPUSERVE INTERACTIVE SERVICES, INC., ASK JEEVES, INC., and EARTHLINK, INC. |
25 |
26 |
27 | Counter-Defendants/ Third-Party Defendants |
28

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/205896.1

1  PLEASE TAKE NOTICE THAT Defendant/Counter-Plaintiff AMERICAN
2  BLIND AND WALLPAPER FACTORY, INC., ("American Blind") by its attorneys Kelley Drye
3  & Warren LLP, pursuant to Federal Rule 30(b)(6), will take the deposition upon oral examination
4  of the following individual(s):

**Name:** Person(s) most knowledgeable about Google's document production in this action.

**Date:** 9:00 a.m., March 23, 2006, continuing day-to-day until completed.

**Place:** HOWREY SIMON ARNOLD & WHITE, LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Telephone: (415) 848-4900

The deposition will be held before a Notary Public or before some other person authorized by law to administer oaths and will be recorded stenographically in accordance with Federal Rule 30.

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/205896.1

- 2 -

Dated: February 14, 2006

KELLEY DRYE & WARREN LLP

By: 

David A. Rammelt
Susan J. Greenspon
Dawn M. Beery
KELLEY DRYE & WARREN LLP
333 West Wacker Drive, Suite 2600
Chicago, IL 60606
Telephone: (312) 857-7070
Facsimile: (312) 857-7095

Robert N. Phillips
Ethan B. Andelman
HOWREY SIMON ARNOLD & WHITE, LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Attorneys for Defendant/Counter-Plaintiff
AMERICAN BLIND AND WALLPAPER
FACTORY, INC.

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/205896.1

- 3 -