**Exhibit L**

CH01/PLATC/210357.1

Dockets.Justia.com

1  Robert N. Phillips (SBN 120970)
   Ethan B. Andelman (SBN 209101)
2  HOWREY SIMON ARNOLD & WHITE, LLP
   525 Market Street, Suite 3600
3  San Francisco, CA  94105
   Telephone:  (415) 848-4900
4  Facsimile:   (415) 848-4999

5  David A. Rammelt (Admitted *Pro Hac Vice*)
   Susan J. Greenspon (Admitted *Pro Hac Vice*)
6  Dawn M. Beery (Admitted *Pro Hac Vice*)
   KELLEY DRYE & WARREN LLP
7  333 West Wacker Drive, Suite 2600
   Chicago, IL  60606
8  Telephone:  (312) 857-7070
   Facsimile:   (312) 857-7095

9
   Attorneys for Defendant/Counter-Plaintiff
10 AMERICAN BLIND AND WALLPAPER
   FACTORY, INC.

11
                    UNITED STATES DISTRICT COURT
12                 NORTHERN DISTRICT OF CALIFORNIA

13 GOOGLE INC., a Delaware corporation,        Case No. C 03-5340-JF (RS)

14              Plaintiff,                      **NOTICE OF DEPOSITION AND
                                                DOCUMENT REQUESTS**
15        v.

16 AMERICAN BLIND & WALLPAPER
   FACTORY, INC., a Delaware corporation
17 d/b/a decoratetoday.com, Inc.; and DOES 1-
   100, inclusive,
18
                Defendants.
19
   AMERICAN BLIND & WALLPAPER
20 FACTORY, INC., a Delaware corporation
   d/b/a decoratetoday.com, Inc.,
21
                Counter-Plaintiff,
22
          v.
23
   GOOGLE, INC., AMERICA ONLINE, INC.,
24 NETSCAPE COMMUNICATIONS
   CORPORATION, COMPUSERVE
25 INTERACTIVE SERVICES, INC., ASK
   JEEVES, INC., and EARTHLINK, INC.
26
                Counter-Defendants/
27              Third-Party Defendants
28

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE     CH01/PLATC/208121.1
SUITE 2600
CHICAGO, IL 60606

1    PLEASE TAKE NOTICE THAT Defendant/Counter-Plaintiff AMERICAN

2  BLIND AND WALLPAPER FACTORY, INC., ("American Blind") by its attorneys Kelley Drye

3  & Warren LLP, will take the deposition upon oral examination of **Prashant Fuloria**, on May 8,

4  2006, at 9:00 a.m., continuing day-to-day until completed, at the offices of HOWREY SIMON

5  ARNOLD & WHITE, LLP, 525 Market Street, Suite 3600, San Francisco, CA  94105, (415) 848-

6  4900.

7    The deposition will be held before a Notary Public or before some other person

8  authorized by law to administer oaths and will be recorded stenographically in accordance with

9  Federal Rule 30.

10    All documents requested in connection herewith must be produced to the offices of

11  Kelley Drye & Warren LLP, 333 West Wacker Drive, Suite 2600, Chicago, Illinois 60606,

12  attention David Rammelt, seven (7) days prior to the deposition date.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/208121.1                    - 2 -

1

### Document Requests

2

1.    All documents relating to modifications, including any analysis, consideration or
contemplation of modifications, to Google's trademark policy on or about 2004, including
without limitation all documents generated in connection with, further to, or that reflect any ad
hoc team(s) assembled to analyze or consider Google's trademark policies.

2.    All documents concerning user surveys or experiments conducted by Google or at its
direction that relate, either directly or indirectly, to user confusion in connection with Google's
search engine or AdWords program.

3.    All documents that relate to any changes to Google's "Keyword Suggestion Tool",
including the name change to "Keyword Tool".

4.    All documents relating to the financial impact of any modification to Google's trademark
policy, including without limitation any analysis performed by Google or at its direction relating
to revenues, profits, return on investment (ROI), or any other financial matter or issue pertaining
to Google or Google's customers in connection with the modification, or proposed modification,
to Google's trademark policy on or about 2004.

5.    All documents relating to any analysis performed by Google or at its direction relating to
the blocking or disapproval of Keywords by potential advertisers because such Keywords
constituted, or were alleged to constitute, trademarks.

6.    All documents that relate to the number of terms that Google had reason to believe were
trademarks that were for this reason blocked or disapproved for use as Keywords in connection
with the AdWords advertising program for each year from 2000 to the present.

7.    All documents that relate to the policy reasons concerning Google's trademark policy in
effect until it was modified in or about 2004.

8.    All documents relating to the list of terms being "monitored" by Google for trademark
reasons for each year from 2000 to the present.

9.    All documents relating to the public announcement by Google of the modification to its
trademark policy on our about 2004, including communications with customers or partners, such
as eBay, or the media concerning the modification to Google's trademark policy on or about
April 2004.

1

2

3   Dated: April 14, 2006                          KELLEY DRYE & WARREN LLP

4

5

6   By: _____

7   David A. Rammelt
    Susan J. Greenspon
8   Dawn M. Beery
    KELLEY DRYE & WARREN LLP
9   333 West Wacker Drive, Suite 2600
    Chicago, IL  60606
10  Telephone:  (312) 857-7070
    Facsimile:  (312) 857-7095
11
12  Robert N. Phillips
    Ethan B. Andelman
13  HOWREY SIMON ARNOLD & WHITE, LLP
    525 Market Street, Suite 3600
14  San Francisco, CA  94105
    Telephone:  (415) 848-4900
15  Facsimile:  (415) 848-4999

16  Attorneys for Defendant/Counter-Plaintiff
    AMERICAN BLIND AND WALLPAPER
17  FACTORY, INC.

18

19

20

21

22

23

24

25

26

27

28

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL  60606

CH01/PLATC/208121.1                          - 4 -

# PROOF OF SERVICE

I am a citizen of the United States and a resident of the State of Illinois. I am employed in Cook County, State of Illinois, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action, My business address is 333 W. Wacker Drive, Suite 2600, Chicago, IL 60606. On the date set forth below, I served the document(s) described below in the manner described below:

## NOTICE OF DEPOSITION AND DOCUMENT REQUESTS

**XX**   (BY FACSIMILE) I am personally and readily familiar with the business practice of Kelley Drye & Warren, LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

Michael H. Page
Klaus H. Hamm
Ajay S. Krishnan
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111
Facsimile: (415) 397-7188

Executed on April 14, 2006, at Chicago, Illinois. I declare under penalty of perjury under the applicable laws that the above is true and correct.

Caroline C. Plater

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/208121.1

- 5 -



# KELLEY
## DRYE

# FACSIMILE TRANSMISSION

| | |
|---|---|
| **TO** | Michael H. Page, Klaus H. Hamm, Ajay S. Krishnan |
| **FIRM** | Keker & Van Nest LLP |
| **CITY** | San Francisco |
| **FAX** | (415) 397-7188 |
| **PHONE** | (415) 391-5400 |
| **NO. OF PAGES** | 6 (including this page) |
| **DATE** | April 14, 2006 |

KELLEY DRYE & WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, ILLINOIS 60606
(312) 857-7070
FAX (312) 857-7095

**MESSAGE:**

| | |
|---|---|
| **FROM** | Caroline C. Plater |
| **PHONE** | (312) 857-2501 |
| **E-MAIL** | cplater@kelleydrye.com |
| **TIMEKEEPER ID** | 03971 |
| **CLIENT NO.** | 014405.0027 |

NEW YORK, NY
WASHINGTON, DC
TYSONS CORNER, VA
CHICAGO, IL
STAMFORD, CT
PARSIPPANY, NJ
BRUSSELS

AFFILIATE OFFICES
JAKARTA
MUMBAI

**IF PROBLEMS OCCUR DURING TRANSMISSION PLEASE CALL (312) 857-7070.**

The information contained in this facsimile message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any use, copying, disclosure or dissemination of this communication may be subject to legal restriction or sanction.

```
** JOB STATUS REPORT **                AS OF   APR 1  2006  4:11 PM  PAGE. 01
                                              KELLEY DRYE & WARREN

      JOB #947
      DATE   TIME        TO/FROM      MODE   MIN/SEC   PGS   STATUS
001   4/14   4:09P     914153977188  EC--S   01'32"   006    OK  L1
```

# KELLEY
## DRYE

# FACSIMILE TRANSMISSION

| | |
|---|---|
| TO | Michael H. Page, Klaus H. Hamm, Ajay S. Krishnan |
| FIRM | Keker & Van Nest LLP |
| CITY | San Francisco |
| FAX | (415) 397-7188 |
| PHONE | (415) 391-5400 |
| NO. OF PAGES | 6 (including this page) |
| DATE | April 14, 2006 |

KELLEY DRYE & WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, ILLINOIS 60606
(312) 857-7070
FAX (312) 857-7095

MESSAGE:

| | |
|---|---|
| FROM | Caroline C. Plater |
| PHONE | (312) 857-2501 |
| E-MAIL | cplater@kelleydrye.com |
| TIMEKEEPER ID | 03971 |
| CLIENT NO. | 014405.0027 |

NEW YORK, NY
WASHINGTON, DC
TYSONS CORNER, VA
CHICAGO, IL
STAMFORD, CT
PARSIPPANY, NJ
BRUSSELS

AFFILIATE OFFICES
JAKARTA
MUMBAI

IF PROBLEMS OCCUR DURING TRANSMISSION PLEASE CALL (312) 857-7070.

The information contained in this facsimile message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any use, copying, disclosure or dissemination of this communication may be subject to legal restriction or sanction.