1  Robert N. Phillips (SBN 120970)
   Ethan B. Andelman (SBN 209101)
2  HOWREY LLP
   525 Market Street, Suite 3600
3  San Francisco, CA 94105
   Telephone: (415) 848-4900
4  Facsimile: (415) 848-4999

5  David A. Rammelt (Admitted *Pro Hac Vice*)
   Susan J. Greenspon (Admitted *Pro Hac Vice*)
6  KELLEY DRYE & WARREN LLP
   333 West Wacker Drive, Suite 2600
7  Chicago, IL 60606
   Telephone: (312) 857-7070
8  Facsimile: (312) 857-7095

9  Attorneys for Defendant/Counter-Plaintiff
   AMERICAN BLIND AND WALLPAPER
10 FACTORY, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. C 03-5340-JF (EAI)<br><br>**DECLARATION OF SUSAN GREENSPON IN SUPPORT OF AMERICAN BLIND & WALLPAPER FACTORY, INC.'S ADMINISTRATIVE MOTION FOR A SEALING ORDER (Civil L.R. 79-5(b))** |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.,<br><br>Counter-Plaintiff,<br><br>v.<br><br>GOOGLE, INC.,<br><br>Counter-Defendants. | Judge: TBA |

I, Susan Greenspon, declare as follows:

1.  I am a partner at Kelley Drye & Warren LLP, counsel of record for Defendant/Counter-Plaintiff American Blind & Wallpaper Factory, Inc. ("American Blind") in the above-captioned action. I am a member in good standing of the State Bar of Illinois. I have

KELLEY DRYE & WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/210378.1

1  personal knowledge of the facts set forth in this declaration and, if called as a witness, could and
2  would testify competently to such facts under oath

3  2. American Blind seeks an order sealing the following document concurrently filed
4  herewith: *Declaration of Susan Greenspon in Support of American Blind and Wallpaper*
5  *Factory Inc.'s Reply in Support of Motion to Amend and Extend Case Management Order Dates*.

6  3. This document is sought to be filed under seal because it contains highly sensitive
7  and private information concerning the finances and business of the company, American Blind.
8  This information, if disclosed to the general public, would be harmful to the ongoing business of
9  American Blind.

10  I declare under penalty of perjury that the foregoing is true and correct.

11  Executed this 20th day of June 2006, in Chicago, Illinois.

                         /s/ Susan J. Greenspon
                         SUSAN J. GREENSPON

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/210378.1    - 2 -