**E-filed 6/21/06**

Robert N. Phillips (SBN 120970)
Ethan B. Andelman (SBN 209101)
HOWREY SIMON ARNOLD & WHITE, LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

David A. Rammelt (Admitted *Pro Hac Vice*)
Susan J. Greenspon (Admitted *Pro Hac Vice*)
KELLEY DRYE & WARREN LLP
333 West Wacker Drive, Suite 2600
Chicago, IL 60606
Telephone: (312) 857-7070
Facsimile: (312) 857-7095

Attorneys for Defendant/Counter-Plaintiff
AMERICAN BLIND AND WALLPAPER
FACTORY, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. C 03-5340-JF (EAI)<br><br>[~~PROPOSED~~] **ORDER GRANTING AMERICAN BLIND & WALLPAPER, FACTORY INC.'S MOTION FOR A SEALING ORDER (Civil L.R. 79-5(b))**<br><br>Judge: TBA |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.,<br><br>Counter-Plaintiff,<br><br>v.<br><br>GOOGLE, INC.,<br><br>Counter-Defendants. | |

KELLEY DRYE & WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/210376.1

1  Defendant/Counter-Plaintiff American Blind & Wallpaper Factory, Inc.'s ("American Blind") Administrative Motion For a Sealing Order (Civ. L.R. 79-5(b)) was heard by this Court on ~~July~~ 6/21, 2006 at _____ a.m./p.m. Upon reviewing the papers submitted by American Blind and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. American Blind's Administrative Motion for a Sealing Order is granted.

2. The Declaration of Susan Greenspon in Support of American Blind and Wallpaper Factory Inc.'s Reply in Support of Motion to Amend and Extend Case Management Order Dates shall be filed under seal.

**IT IS SO ORDERED**.

Dated: ____6/21_____, 2006

_____
United States District Court Judge
Jeremy Fogel

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/210376.1      - 2 -