Robert N. Phillips (SBN 120970)
Ethan B. Andelman (SBN 209101)
HOWREY SIMON ARNOLD & WHITE, LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

David A. Rammelt (Admitted *Pro Hac Vice*)
Susan J. Greenspon (Admitted *Pro Hac Vice*)
KELLEY DRYE & WARREN LLP
333 West Wacker Drive, Suite 2600
Chicago, IL 60606
Telephone: (312) 857-7070
Facsimile: (312) 857-7095

Attorneys for Defendant/Counter-Plaintiff
AMERICAN BLIND AND WALLPAPER
FACTORY, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.; and DOES 1-100, inclusive,<br><br>    Defendants.<br><br>AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.,<br><br>    Counter-Plaintiff,<br><br>    v.<br><br>GOOGLE, INC.,<br><br>    Counter-Defendants. | Case No. C 03-5340-JF (RS)<br><br>**[PROPOSED] ORDER GRANTING AMERICAN BLIND & WALLPAPER, FACTORY INC.'S MOTION TO COMPEL AND FOR SANCTIONS PURSUANT TO F.R.C.P. 37(a)** |

Defendant/Counter-Plaintiff American Blind & Wallpaper Factory, Inc.'s ("American Blind") Motion to Compel was heard by this Court on July _____, 2006 at 9:30 a.m. Upon

CH01/PLATC/210370.1

reviewing the papers submitted by the parties, hearing the arguments of counsel, and good cause appearing therefore, IT IS HEREBY ORDERED:

1. American Blind's Motion to Compel and For Sanctions Pursuant to F.R.C.P. 37(a) is granted.

2. Google must re-produce Alana Karen to answer all questions about her designated topic areas or present for deposition the person most knowledgeable to testify as to topics 4, 6 and 12 as enumerated in American Blind's 30(b)(6) Notice of Deposition if Ms. Karen is not that person.

3. Google must reimburse American Blind for all of the travel costs and attorneys' fees incurred in connection the ordered deposition and in bringing this motion to compel.

4. American Blind is awarded further sanctions, a deemed appropriate by the Court, pursuant to Rule 37(a) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: _____, 2006      _____
                                            Hon. Richard Seeborg
                                            United States District Court Magistrate Judge

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/210370.1                - 2 -