1  Robert N. Phillips (SBN 120970)
   Ethan B. Andelman (SBN 209101)
2  HOWREY SIMON ARNOLD & WHITE, LLP
   525 Market Street, Suite 3600
3  San Francisco, CA  94105
   Telephone:  (415) 848-4900
4  Facsimile:  (415) 848-4999

5  David A. Rammelt (Admitted *Pro Hac Vice*)
   Susan J. Greenspon (Admitted *Pro Hac Vice*)
6  Dawn M. Beery (Admitted *Pro Hac Vice*)
   KELLEY DRYE & WARREN LLP
7  333 West Wacker Drive, Suite 2600
   Chicago, IL  60606
8  Telephone:  (312) 857-7070
   Facsimile:  (312) 857-7095

9

   Attorneys for Defendant/Counter-Plaintiff
10 AMERICAN BLIND AND WALLPAPER
   FACTORY, INC.

11
                    UNITED STATES DISTRICT COURT
12                  NORTHERN DISTRICT OF CALIFORNIA

13 | GOOGLE INC., a Delaware corporation, | Case No. C 03-5340-JF (RS)
14 | Plaintiff, | **DEFENDANT AMERICAN BLIND & WALLPAPER FACTORY, INC.'S NOTICE OF MANUAL FILING OF EXHIBITS B AND C OF RAMMELT DECLARATION**
15 | v. |
16 | AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.; and DOES 1-100, inclusive, |
17 | |
18 | |
   | | Date: July 26, 2006
   | | Time: 9:30 a.m.
19 | Defendants. | Courtroom: 4
   | AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., | Hon. Richard Seeborg
20 | |
21 | Counter-Plaintiff, |
22 | v. |
23 | GOOGLE, INC., AMERICA ONLINE, INC., NETSCAPE COMMUNICATIONS CORPORATION, COMPUSERVE INTERACTIVE SERVICES, INC., ASK JEEVES, INC., and EARTHLINK, INC. |
24 | |
25 | |
26 | Counter-Defendants/ Third-Party Defendants |
27 | |
28

-1-

Case No.  C 03-5340 JF -
NOTICE OF MANUAL FILING

DM_US\8358280.v1

Dockets.Justia.com

1     *Regarding: Exhibit B - CD containing documents produced by Google and Exhibit C -*
2 *Deposition Transcript of Alana Karen to be filed under seal.*
3     This filing is in physical form only, and is being maintained in the case file in the Clerk's
4 office. The document will be hand-served in hard-copy form on counsel.
5     This filing was not e-filed for the reason that the Exhibit B is a CD and Exhibit C (Karen
6 Deposition above without edits) is being filed under being filed under seal.

7
8 Dated: June 21, 2006                        HOWREY LLP

9                                                   By:       /s/ Ethan B. Andelman
10                                                           Robert N. Phillips
                                                          Ethan B. Andelman
11
                                                     Attorneys for Defendant
12                                                     AMERICAN BLIND & WALLPAPER
                                                    FACTORY, INC.

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28