Robert N. Phillips (SBN 120970)
Ethan B. Andelman (SBN 209101)
HOWREY SIMON ARNOLD & WHITE, LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

David A. Rammelt (Admitted *Pro Hac Vice*)
Susan J. Greenspon (Admitted *Pro Hac Vice*)
KELLEY DRYE & WARREN LLP
333 West Wacker Drive, Suite 2600
Chicago, IL 60606
Telephone: (312) 857-7070
Facsimile: (312) 857-7095

Attorneys for Defendant/Counter-Plaintiff
AMERICAN BLIND AND WALLPAPER
FACTORY, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.; and DOES 1-100, inclusive,<br><br>    Defendants.<br><br>AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.,<br><br>    Counter-Plaintiff,<br><br>    v.<br><br>GOOGLE, INC.,<br><br>    Counter-Defendants/ | Case No. C 03-5340-JF (RS)<br><br>**DECLARATION OF DAVID A. RAMMELT IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL AND FOR SANCTIONS PURSUANT TO F.R.C.P. 37(a)**<br><br>Date:       July 26, 2006<br>Time:       9:30 a.m.<br>Courtroom:   4<br>Hon. Richard Seeborg |

I, David A. Rammelt, declare as follows:

    1.     I am a partner at Kelley Drye & Warren LLP, and am counsel of record for Defendant/Counter-Plaintiff American Blind & Wallpaper Factory, Inc. ("American Blind") in

KELLEY DRYE & WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/210373.1

Dockets.Justia.com

1  the above-captioned action.  I am a member in good standing of the State Bar of Illinois.  I have
2  personal knowledge of the facts set forth in this declaration and, if called as a witness, could and
3  would testify competently to such facts under oath.

4  2. Attached hereto as Exhibit A is a true and correct copy of the Stipulated Protective
5  Order entered in this action.

6  3. Attached hereto as Exhibit B is a true and correct copy of the CD labeled
7  GGLE0003, produced by Google by letter dated April 6, 2006.

8  4. Attached hereto as Exhibit C is a true and correct copy of the deposition transcript
9  for Alana Karen, deposed on April 12, 2006.

10  5. Attached hereto as Exhibit D are true and correct copies of American
11  Blind's 30(b)(6) Notice dated January 31, 2006 and Amended Notice dated February 14, 2006.

12  6. Attached hereto as Exhibit E is a true and correct copy of e mail correspondence
13  between Klaus Hamm and David Rammelt dated March 1, 2006.

14  7. Attached hereto as Exhibit F is a true and correct copy of e mail correspondence
15  between Klaus Hamm and David Rammelt Dated April 19, 2006.

16  Executed on June 21, 2006, at Chicago, Illinois.

17  I declare under penalty of perjury that the foregoing is true and correct.

            _____/s/David A. Rammelt_____
            DAVID A. RAMMELT

## ATTESTATION OF CONCURRENCE OF FILING

I, Ethan B. Andelman, under penalty of perjury of the laws of the United States of America, attest that concurrence in the filing of this document has been obtained from each of the other signatories to this document.

            /s/ Ethan B. Andelman
            ETHAN B. ANDELMAN