# Exhibit D

1  Robert N. Phillips (SBN 120970)
   Ethan B. Andelman (SBN 209101)
2  HOWREY SIMON ARNOLD & WHITE, LLP
   525 Market Street, Suite 3600
3  San Francisco, CA 94105
   Telephone: (415) 848-4900
4  Facsimile: (415) 848-4999

5  David A. Rammelt (Admitted *Pro Hac Vice*)
   Susan J. Greenspon (Admitted *Pro Hac Vice*)
6  Dawn M. Beery (Admitted *Pro Hac Vice*)
   KELLEY DRYE & WARREN LLP
7  333 West Wacker Drive, Suite 2600
   Chicago, IL 60606
8  Telephone: (312) 857-7070
   Facsimile: (312) 857-7095

9
   Attorneys for Defendant/Counter-Plaintiff
10 AMERICAN BLIND AND WALLPAPER
   FACTORY, INC.
11
                        UNITED STATES DISTRICT COURT
12                     NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 13  GOOGLE INC., a Delaware corporation, | Case No. C 03-5340-JF (RS) |
| 14             Plaintiff, | **NOTICE OF RULE 30(B)(6) DEPOSITION** |
| 15        v. | |
| 16  AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.; and DOES 1-100, inclusive, | |
| 18            Defendants. | |
| 19  AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., | |
| 21            Counter-Plaintiff, | |
| 22        v. | |
| 23  GOOGLE, INC., AMERICA ONLINE, INC., NETSCAPE COMMUNICATIONS CORPORATION, COMPUSERVE INTERACTIVE SERVICES, INC., ASK JEEVES, INC., and EARTHLINK, INC. | |
| 27            Counter-Defendants/ Third-Party Defendants | |

28

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/205358.1

1  PLEASE TAKE NOTICE THAT Defendant/Counter-Plaintiff AMERICAN
2  BLIND AND WALLPAPER FACTORY, INC., ("American Blind") by its attorneys Kelley Drye
3  & Warren LLP, pursuant to Federal Rule 30(b)(6), will take the deposition upon oral examination
4  of the following individual(s):

| | |
|---|---|
| **Name:** | Person(s) most knowledgeable about the subject matters set forth in Exhibit A, attached hereto |
| **Date:** | 9:00 a.m., February 21, 2006, continuing day-to-day until completed. |
| **Place:** | HOWREY SIMON ARNOLD & WHITE, LLP<br>525 Market Street, Suite 3600<br>San Francisco, CA 94105<br>Telephone: (415) 848-4900 |

The deposition will be held before a Notary Public or before some other person authorized by law to administer oaths and will be recorded stenographically in accordance with Federal Rule 30.

## **EXHIBIT A**

1. Google's e-mail and electronic data storage system, policies and operations.

2. The development, formulation, execution and operation of Google's present and former trademark policies relating to the display, bidding, sale, purchase or other use of keywords.

3. Google's relationship with American Blind & Wallpaper Factory.

4. The display, bidding, sale, purchase or other use (or claimed use) of American Blind's trademarks, as identified in the counterclaims, in connection with Google's Adwords program, including the purchase of such trademarks by any American Blind competitor or by any Google advertiser or bidder other than American Blind.

5. Claims of trademark infringement or dilution made by any person or entity in which its was claimed or alleged that confusion had occurred or could occur as a consequence of Google's Adwords program.

6. Google's "Keyword Suggestion Tool" (now changed to Keyword Tool).

7. Any studies or analysis of any kind performed or considered by Google concerning "Sponsored Links", including without limitation any reports, studies, surveys or tests relating to consumer use, perceptions, mistake, confusion, behavior, purchasing of, or the financial ramifications of using, the term "Sponsored Links" or any other terms, such as "Paid Advertisement" and similar phrases, that were considered by Google in connection with its Adwords program.

8. Any agreement by Google not to sell any trademark(s) to bidders or potential bidders where such trademark(s) does not or would not appear in the ad text or description.

9. Any studies or analysis of any kind performed or considered by Google concerning consumer mistake or confusion arising from or relating to Google's Adwords program.

10. Any studies or analysis of any kind performed or considered by Google concerning consumer behavior, mistake or confusion arising from or relating to the sale,

1  purchase, display or other use of trademarks as keywords.

2  11.  Any studies or analysis of any kind performed or considered by Google
3  concerning the financial ramifications, including without limitation increased or decreased sales,
4  income or profits, arising from or relating to the sale, purchase, display or other use of trademarks
5  as keywords.

6  12.  How Google's Adwords program works from a technical perspective, including
7  what algorithmic factors are considered, how ads are ranked, how ads appear on the screen, how
8  the bidding process operates, whether the highest bidder always appears at the top of the
9  Sponsored Links and, if not, why not.

10  13.  The relationship between Google and each of the other counter-defendants with
11  regard to Google's Adwords program.

12  Dated: January 31, 2006

KELLEY DRYE & WARREN LLP

By: _____

David A. Rammelt
Susan J. Greenspon
Dawn M. Beery
KELLEY DRYE & WARREN LLP
333 West Wacker Drive, Suite 2600
Chicago, IL 60606
Telephone: (312) 857-7070
Facsimile:  (312) 857-7095

Robert N. Phillips
Ethan B. Andelman
HOWREY SIMON ARNOLD & WHITE, LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Telephone: (415) 848-4900
Facsimile:  (415) 848-4999

Attorneys for Defendant/Counter-Plaintiff
AMERICAN BLIND AND WALLPAPER
FACTORY, INC.

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/205358.1

- 4 -

| | |
|---|---|
| 1 | Robert N. Phillips (SBN 120970) |
| | Ethan B. Andelman (SBN 209101) |
| 2 | HOWREY SIMON ARNOLD & WHITE, LLP |
| | 525 Market Street, Suite 3600 |
| 3 | San Francisco, CA 94105 |
| | Telephone: (415) 848-4900 |
| 4 | Facsimile: (415) 848-4999 |
| 5 | David A. Rammelt (Admitted *Pro Hac Vice*) |
| | Susan J. Greenspon (Admitted *Pro Hac Vice*) |
| 6 | Dawn M. Beery (Admitted *Pro Hac Vice*) |
| | KELLEY DRYE & WARREN LLP |
| 7 | 333 West Wacker Drive, Suite 2600 |
| | Chicago, IL 60606 |
| 8 | Telephone: (312) 857-7070 |
| | Facsimile: (312) 857-7095 |
| 9 | |
| 10 | Attorneys for Defendant/Counter-Plaintiff AMERICAN BLIND AND WALLPAPER FACTORY, INC. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GOOGLE INC., a Delaware corporation, | | Case No. C 03-5340-JF (RS) |
| Plaintiff, | | **AMENDED NOTICE OF RULE 30(B)(6) DEPOSITION** |
| v. | | |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.; and DOES 1-100, inclusive, | | |
| Defendants. | | |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., | | |
| Counter-Plaintiff, | | |
| v. | | |
| GOOGLE, INC., AMERICA ONLINE, INC., NETSCAPE COMMUNICATIONS CORPORATION, COMPUSERVE INTERACTIVE SERVICES, INC., ASK JEEVES, INC., and EARTHLINK, INC. | | |
| Counter-Defendants/ Third-Party Defendants | | |

PLEASE TAKE NOTICE THAT Defendant/Counter-Plaintiff AMERICAN BLIND AND WALLPAPER FACTORY, INC., ("American Blind") by its attorneys Kelley Drye & Warren LLP, pursuant to Federal Rule 30(b)(6), will take the deposition upon oral examination of the following individual(s):

**Name:** Person(s) most knowledgeable about the subject matters set forth in Exhibit A, attached hereto.

**Date:** 9:00 a.m., April 4, 2006, continuing day-to-day until completed.

**Place:** HOWREY SIMON ARNOLD & WHITE, LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Telephone: (415) 848-4900

**Documents Requested:** Please see descriptions set forth in Exhibit A, attached hereto.

The deposition will be held before a Notary Public or before some other person authorized by law to administer oaths and will be recorded stenographically in accordance with Federal Rule 30.

All documents requested in connection herewith must be produced to the offices of Kelley Drye & Warren LLP, 333 West Wacker Drive, Suite 2600, Chicago, Illinois 60606, attention David Rammelt, seven (7) days prior to the deposition date.

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/205934.1

- 2 -

## EXHIBIT A: SUBJECT MATTER & DOCUMENT REQUESTS

In connection with this deposition, to the extent not already produced in this litigation, please produce all documents that relate to each of the following 30(b)(6) subject matters. To the extent that any responsive documents already have been produced by Google, please identify such documents by Bates numbers. It is requested that responsive materials be produced seven (7) days prior to the deposition date.

### 30 (b)(6) Subject Matters

1. Google's e-mail and electronic data storage system, policies and operations.
2. The development, formulation, execution and operation of Google's present and former trademark policies relating to the display, bidding, sale, purchase or other use of keywords.
3. Google's relationship with American Blind & Wallpaper Factory.
4. The display, bidding, sale, purchase or other use (or claimed use) of American Blind's trademarks, as identified in the counterclaims, in connection with Google's Adwords program, including the purchase of such trademarks by any American Blind competitor or by any Google advertiser or bidder other than American Blind.
5. Claims of trademark infringement or dilution made by any person or entity in which its was claimed or alleged that confusion had occurred or could occur as a consequence of Google's Adwords program.
6. Google's "Keyword Suggestion Tool" (now changed to Keyword Tool).
7. Any studies or analysis of any kind performed or considered by Google concerning "Sponsored Links", including without limitation any reports, studies, surveys or tests relating to consumer use, perceptions, mistake, confusion, behavior, purchasing of, or the financial ramifications of using, the term "Sponsored Links" or any other terms, such as "Paid Advertisement" and similar phrases, that were considered by Google in connection with its

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/205934.1

- 3 -

1. Adwords program.

8. Any agreement by Google not to sell any trademark(s) to bidders or potential bidders where such trademark(s) does not or would not appear in the ad text or description.

9. Any studies or analysis of any kind performed or considered by Google concerning consumer mistake or confusion arising from or relating to Google's Adwords program.

10. Any studies or analysis of any kind performed or considered by Google concerning consumer behavior, mistake or confusion arising from or relating to the sale, purchase, display or other use of trademarks as keywords.

11. Any studies or analysis of any kind performed or considered by Google concerning the financial ramifications, including without limitation increased or decreased sales, income or profits, arising from or relating to the sale, purchase, display or other use of trademarks as keywords.

12. How Google's Adwords program works from a technical perspective, including what algorithmic factors are considered, how ads are ranked, how ads appear on the screen, how the bidding process operates, whether the highest bidder always appears at the top of the Sponsored Links and, if not, why not.

13. The relationship between Google and each of the other counter-defendants with regard to Google's Adwords program.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dated: February 14, 2006

KELLEY DRYE & WARREN LLP

By: 

David A. Rammelt
Susan J. Greenspon
Dawn M. Beery
KELLEY DRYE & WARREN LLP
333 West Wacker Drive, Suite 2600
Chicago, IL 60606
Telephone: (312) 857-7070
Facsimile: (312) 857-7095

Robert N. Phillips
Ethan B. Andelman
HOWREY SIMON ARNOLD & WHITE, LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Attorneys for Defendant/Counter-Plaintiff
AMERICAN BLIND AND WALLPAPER
FACTORY, INC.

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/205934.1

- 5 -