# Exhibit F

CH01/PLATC/210357.1

**From:** Klaus Hamm
**Sent:** Tuesday, April 18, 2006 7:25 AM
**To:** 'Rammelt David A.'
**Cc:** Plater, Caroline C.; Michael Page
**Subject:** RE: ABWF v. Google

The three other witnesses that will address topics set forth in American Blind's two 30(b)(6) notices are Prashant Fuloria, Rose Hagan and Michael Kwun. I will provide you with dates in June when Ms. Hagan and Mr. Kwun are available, as requested by Carrie's April 7 letter. Based on the deposition notice for Mr. Fuloria that we received on Friday, I assume that you would prefer to take his deposition in May. Mr. Fuloria is not available on the noticed date of May 8; I will attempt to provide a mutually convenient May date for Mr. Fuloria's deposition.

---

**From:** Rammelt David A. [mailto:DRammelt@KelleyDrye.com]
**Sent:** Tuesday, April 18, 2006 7:12 AM
**To:** Klaus Hamm
**Cc:** Plater, Caroline C.
**Subject:** Re: ABWF v. Google

I believe we have destroyed it.

Please confirm with Carrie.

Who are the three remaining 30(b)(6) witnesses Google intends to produce?


David A. Rammelt
Kelley Drye & Warren LLP
333 W. Wacker Drive
Chicago, Illinois 60606
(312) 857-7077 (direct)
(312) 857-7095 (fax)
drammelt@kelleydrye.com

-----Original Message-----
From: Klaus Hamm
To: Rammelt David A.
CC: Michael Page
Sent: Tue Apr 18 08:58:17 2006
Subject: ABWF v. Google

Dear David,
I have not yet received a reply from you to my April 11, 2006 letter regarding a privileged document that Google inadvertently produced to American Blind. Pursuant to paragraph 13 of the protective order, please return that document and confirm that you have destroyed all copies of it. I look forward to a response soon.

Regards,
Klaus H. Hamm
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111
(415) 391-5400
(415) 397-7188 (fax)