1  Robert N. Phillips (SBN 120970)
   Ethan B. Andelman (SBN 209101)
2  HOWREY LLP
   525 Market Street, Suite 3600
3  San Francisco, CA 94105
   Telephone: (415) 848-4900
4  Facsimile: (415) 848-4999

5  David A. Rammelt (Admitted *Pro Hac Vice*)
   Susan J. Greenspon (Admitted *Pro Hac Vice*)
6  KELLEY DRYE & WARREN LLP
   333 West Wacker Drive, Suite 2600
7  Chicago, IL 60606
   Telephone: (312) 857-7070
8  Facsimile: (312) 857-7095

9  Attorneys for Defendant/Counter-Plaintiff
   AMERICAN BLIND AND WALLPAPER
10 FACTORY, INC.

11                     UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
12

13 GOOGLE INC., a Delaware corporation,         Case No. C 03-5340-JF (RS)

14       Plaintiff,                             **AMERICAN BLIND & WALLPAPER**
                                                 **FACTORY, INC.'S ADMINISTRATIVE**
15    v.                                      **MOTION FOR A SEALING ORDER**
                                                 **(Civil L.R. 79-5(d))**
16 AMERICAN BLIND & WALLPAPER
   FACTORY, INC., a Delaware corporation
17 d/b/a decoratetoday.com, Inc.; and DOES 1-
   100, inclusive,
18
      Defendants.
19
   AMERICAN BLIND & WALLPAPER            Judge: Hon. Richard Seeborg
20 FACTORY, INC., a Delaware corporation
   d/b/a decoratetoday.com, Inc.,
21
       Counter-Plaintiff,
22
     v.
23
   GOOGLE, INC., AMERICA ONLINE, INC.,
24 NETSCAPE COMMUNICATIONS
   CORPORATION, COMPUSERVE
25 INTERACTIVE SERVICES, INC., ASK
   JEEVES, INC., and EARTHLINK, INC.
26
      Counter-Defendants/
27     Third-Party Defendants

28

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/210365.1

1  Pursuant to Civil L.R. 7-11 and 79-5, defendant and counter-plaintiff American Blind &
2  Wallpaper Factory, Inc. ("American Blind") hereby brings this administrative motion for an order
3  to file under seal the following documents being lodged this day with the Clerk of the Court:

4  **1.  Exhibits B and C to the Declaration of David A. Rammelt in Support of**
5  **Motion to Compel and For Sanctions Pursuant to F.R.C.P. 37(a).**

6  The only allegedly confidential information attached to or contained within these
7  documents is information designated as such by plaintiff and counter-defendant Google, Inc.
8  ("Google"). Thus, pursuant to Civil L.R. 79-5(d), Google is to file, within five court days, (i) a
9  declaration establishing that the above information is sealable and (ii) a proposed order.

DATED: June 21, 2006                         HOWREY LLP


By:   /s/ Ethan B. Andelman
      ROBERT N. PHILLIPS
      ETHAN B. ANDELMAN

      David A. Rammelt
      Susan J. Greenspon
      KELLEY DRYE & WARREN LLP
      333 West Wacker Drive, Suite 2600
      Chicago, IL  60606

Attorneys for Defendant/Counter-Plaintiff
AMERICAN BLIND AND WALLPAPER
FACTORY, INC.

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/210365.1                          - 2 -