*E-FILED 6/22/06*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE, INC., | No. C 03-05340 JF (RS) |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

Due to the unavailability of the court, defendant's motion to compel and for sanctions noticed for hearing on July 26, 2006, shall be held on **August 2, 2006 at 9:30 a.m.** in Courtroom 4, Fifth Floor, United States Courthouse, 280 S. First Street, San Jose, California.

Dated: 6/22/06

For the Court,
RICHARD W. WEIKING, Clerk

By: /s/ Martha Parker Brown
Courtroom Deputy Clerk

**THIS IS TO CERTIFY THAT THIS NOTICE WAS ELECTRONICALLY PROVIDED TO:**

Ethan B. Andelman     andelmane@howrey.com, cranmerp@howrey.com

Ravind Singh Grewal     rsg@kvn.com

Klaus Hemingway Hamm     khamm@kvn.com, efiling@kvn.com; wik@kvn.com

Ajay Krishnan     akrishnan@kvn.com, efiling@kvn.com; rthomas@kvn.com

Michael H. Page     mhp@kvn.com, efiling@kvn.com; sjr@kvn.com; nsn@kvn.com

Robert Nathan Phillips     phillipsr@howrey.com, cranmerp@howrey.com

Stephen E. Taylor     staylor@tcolaw.com, jklohonatz@tcolaw.com; swexler@tcolaw.com; tnewby@tcolaw.com; jliu@tcolaw.com; cdunbar@tcolaw.com; nfreese@tcolaw.com; rleffkich@tcolaw.com; gfrary@tcolaw.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: 6/22/06

                                /s/ BAK
                              Chambers of Magistrate Judge Richard Seeborg