\*\* E-filed on 6/23/06 \*\*

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| GOOGLE INC., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN BLIND & WALLPAPER FACTORY, INC., et al., <br><br> Defendants. | Case Number C 03-05340 JF (RS) <br><br> ORDER GRANTING IN PART DEFENDANT'S MOTION TO EXTEND CASE MANAGEMENT DEADLINES <br><br> [re: docket no. 109] |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., <br><br> Counterclaimant, <br><br> v. <br><br> GOOGLE INC., <br><br> Counter-Defendant. | |

American Blind & Wallpaper Factory, Inc. ("American Blind") moves to amend and extend the case management dates by ninety (90) days. Google Inc. ("Google") opposes the motion. The Court heard oral argument on June 23, 2006.

Considering the fact that American Blind underwent a change of ownership and

Case No. C 03-05340 JF (RS)
ORDER GRANTING IN PART DEFENDANT'S MOTION TO EXTEND CASE MANAGEMENT DEADLINES
(JFLC1)

1  management between April, 2006 and June, 2006, the Court concludes that an extension of the
2  case management dates is appropriate.  *See* Declaration of Susan Greenspon in Support of
3  American Blind & Wallpaper, Factory Inc.'s Reply in Support of Motion to Amend and Extend
4  Case Management Order Dates.  However, considering, among other things, that the instant
5  action was filed more than two and a half years ago and that American Blind has previously
6  sought and received an extension of case management dates, the Court will amend and extend the
7  case management dates by only sixty (60) days.
8         As the Court indicated to counsel during oral argument, the extension of case
9  management dates is intended only to allow the parties to complete discovery that is within the
10 previously established scope of discovery.  If during the remaining period of discovery a party
11 believes that additional discovery is necessary, the parties should attempt resolve the matter
12 between themselves.  However, if an agreement cannot be reached, permission to conduct
13 additional discovery shall be sought from Magistrate Judge Seeborg.
14        IT IS SO ORDERED.

16 DATED:  June 23, 2006

                                                       _____
                                                       JEREMY FOGEL
                                                       United States District Judge

2

Case No. C 03-05340 JF (RS)
ORDER GRANTING IN PART DEFENDANT'S MOTION TO EXTEND CASE MANAGEMENT DEADLINES
(JFLC1)

1  This Order has been served upon the following persons:

2  Ethan B. Andelman         andelmane@howrey.com, cranmerp@howrey.com

3  Ravind Singh Grewal       rsg@kvn.com

4  Klaus Hemingway Hamm      khamm@kvn.com, efiling@kvn.com; wik@kvn.com

5  Ajay Krishnan             akrishnan@kvn.com, efiling@kvn.com; rthomas@kvn.com

6  Michael H. Page           mhp@kvn.com, efiling@kvn.com; sjr@kvn.com; nsn@kvn.com

7  Robert Nathan Phillips    phillipsr@howrey.com, cranmerp@howrey.com

8  Stephen E. Taylor         staylor@tcolaw.com, jklohonatz@tcolaw.com;
                             swexler@tcolaw.com; tnewby@tcolaw.com; jliu@tcolaw.com;
9                            cdunbar@tcolaw.com; nfreese@tcolaw.com;
                             rleffkich@tcolaw.com; gfrary@tcolaw.com

10

11  Mark A. Lemley
    Keker & Van Nest, LLP
12  710 Samsome Street
    San Francisco, CA 94111-1704

13

...

3

Case No. C 03-05340 JF (RS)
ORDER GRANTING IN PART DEFENDANT'S MOTION TO EXTEND CASE MANAGEMENT DEADLINES
(JFLC1)