UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, Friday, June 23, 2006
**Case Number:** CV-03-5340 -JF/RS

**Courtroom Deputy Clerk:** Corinne Lew
**Court Reporter:** Peter Torreano

| TITLE: | GOOGLE   V.  AMERICAN BLIND & WALLPAPER |
|---|---|
| | **PLAINTIFF** **DEFENDANT** |
| | Attorneys Present:Michael Page     Attorneys Present: David Rammelt |

PROCEEDINGS: Motion to amend Case Management Dates.
    Hearing held.  Parties are present.  The court granted a 60 day extension to amend Case Management Conference dates.