KEKER & VAN NEST, LLP
MICHAEL H. PAGE - #154913
MARK A. LEMLEY - #155830
KLAUS H. HAMM - #224905
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff and Counter Defendant
GOOGLE INC. and Third-Party Defendants
ASK JEEVES, INC. and EARTHLINK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., and DOES 1-100, inclusive,<br><br>Defendants. | Case No. C 03-5340-JF (RS)<br><br>**NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF SEEKING AN ORDER SEALING DOCUMENTS FOR FILING IN RELATION TO GOOGLE INC.'S OPPOSITION TO AMERICAN BLIND & WALLPAPER FACTORY, INC.'S MOTION TO COMPEL AND FOR SANCTIONS PURSUANT TO F.R.C.P. 37(a)** |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.,<br><br>Counter Plaintiff,<br><br>v.<br><br>GOOGLE INC., AMERICA ONLINE, INC., NETSCAPE COMMUNICATIONS CORPORATION, COMPUSERVE INTERACTIVE SERVICES, INC., ASK JEEVES, INC. and EARTHLINK, INC.,<br><br>Counter Defendant/<br>Third-Party Defendants. | Date:     August 9, 2006<br>Time:    9:30 a.m.<br>Dept:     4<br>Judge:   Honorable Richard Seeborg<br><br>Date Comp. Filed:   November 26, 2003<br><br>Trial Date: May 15, 2007 |

376897.01

NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF SEEKING AN ORDER SEALING
DOCUMENTS FOR FILING IN RELATION TO GOOGLE'S OPPOSITION TO AMERICAN BLIND & WALLPAPER
FACTORY, INC.'S MOTION TO COMPEL AND FOR SANCTIONS PURSUANT TO F.R.C.P. 37(a)
CASE NO. C 03-5340-JF (RS)

Dockets.Justia.com

**NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF SEALING DOCUMENTS**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Civil Local Rules 79-5(b) and 7-11(a), Plaintiff Google Inc. ("Google") hereby gives notice to all counsel of record of its Motion for Administrative Relief Seeking an Order Sealing Documents For Filing in Relation to Google's Opposition to American Blind & Wallpaper Factory, Inc.'s Motion to Compel and For Sanctions Pursuant to F.R.C.P. 37(a) (the "Administrative Motion").  By way of this Administrative Motion, Google requests an order sealing: documents that were designated "CONFIDENTIAL – ATTORNEYS' EYES ONLY" and "CONFIDENTIAL" by Google pursuant to the Stipulated Protective Order signed by all parties to this litigation and approved by the Court on September 19, 2005 ("Protective Order"). These documents are collectively referred to as the "Confidential Documents."

Google has included the Confidential Documents as Exhibit A, Exhibit C, and Exhibit D to the Declaration of Klaus H. Hamm in Support of Google's Opposition Brief ("Hamm Decl."). For this reason, Google now requests permission to file under seal these Exhibits A, C and D.

Respectfully submitted,

Dated: July 12, 2006                KEKER & VAN NEST, LLP

By: _____/s/ Klaus H. Hamm_____
KLAUS H. HAMM

`

1

NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF SEEKING AN ORDER SEALING DOCUMENTS FOR FILING IN RELATION TO GOOGLE'S OPPOSITION TO AMERICAN BLIND & WALLPAPER FACTORY, INC.'S MOTION TO COMPEL AND FOR SANCTIONS PURSUANT TO F.R.C.P. 37(a)
CASE NO. C 03-5340-JF (RS)

376897.01