1  KEKER & VAN NEST, LLP
   MICHAEL H. PAGE - #154913
2  MARK A. LEMLEY - #155830
   KLAUS H. HAMM - #224905
3  710 Sansome Street
   San Francisco, CA  94111-1704
4  Telephone:  (415) 391-5400
   Facsimile:  (415) 397-7188
5

6  Attorneys for Plaintiff and Counter Defendant
   GOOGLE INC. and Third-Party Defendants
7  ASK JEEVES, INC. and EARTHLINK, INC.

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | GOOGLE INC., a Delaware corporation, | Case No. C 03-5340-JF (RS)
12 |                       Plaintiff,      | **[PROPOSED] ORDER GRANTING PLAINTIFF GOOGLE INC.'S ADMINISTRATIVE MOTION TO FILE EXHIBITS A, C AND D TO THE HAMM DECLARATION UNDER SEAL**
13 |    v.                                 |
14 | AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., and DOES 1-100, inclusive, |
15 |                                       |
16 |                       Defendants.     |
17

18 AMERICAN BLIND & WALLPAPER
   FACTORY, INC., a Delaware corporation
19 d/b/a decoratetoday.com, Inc.,

20                     Counter Plaintiff,

21    v.

22 GOOGLE INC., AMERICA ONLINE, INC.,
   NETSCAPE COMMUNICATIONS
23 CORPORATION, COMPUSERVE
   INTERACTIVE SERVICES, INC., ASK
24 JEEVES, INC. and EARTHLINK, INC.,

25                     Counter Defendant/
                       Third-Party Defendants.

26

27

28

376894.01

[PROPOSED] ORDER GRANTING PLAINTIFF GOOGLE INC.'S ADMINISTRATIVE MOTION TO FILE EXHIBITS A, C
AND D TO THE HAMM DECLARATION UNDER SEAL
CASE NO. C 03-5340-JF (RS)

1   Pursuant to Civil Local Rule 79-5, Plaintiff Google Inc. has applied to this Court for an
2   order to file under seal Exhibits A, C and D to the Declaration of Klaus H. Hamm in Support of
3   Google Inc.'s Opposition to American Blind & Wallpaper Factory, Inc.'s Motion to Compel and
4   For Sanctions Pursuant to F.R.C.P. 37(a), filed concurrently herewith.  Google has submitted the
5   Declaration of Klaus H. Hamm in support of its motion to file under seal, stating the documents
6   lodged contain confidential information under the Protective Order in this matter.

7   GOOD CAUSE HAVING BEEN SHOWN, THE COURT HEREBY ORDERS that
8   Exhibits A, C and D to the Declaration of Klaus H. Hamm in Support of Google Inc.'s
9   Opposition to American Blind & Wallpaper Factory, Inc.'s Motion to Compel and For Sanctions
10  Pursuant to F.R.C.P. 37(a), be filed under seal.

11  The Clerk of the court shall maintain said documents in accordance with the provisions of
12  Local Civil Rule 79-5(f).

14  IT IS SO ORDERED.

16  Dated: _____

    THE HONORABLE RICHARD SEEBORG
17  Judge of the United States District Court

376894.01

1
[PROPOSED] ORDER GRANTING PLAINTIFF GOOGLE INC.'S ADMINISTRATIVE MOTION TO FILE EXHIBITS A, C
AND D TO THE HAMM DECLARATION UNDER SEAL
CASE NO. C 03-5340-JF (RS)