KEKER & VAN NEST, LLP
MICHAEL H. PAGE - #154913
MARK A. LEMLEY - #155830
KLAUS H. HAMM - #224905
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff and Counter Defendant
GOOGLE INC. and Third-Party Defendants
ASK JEEVES, INC. and EARTHLINK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., and DOES 1-100, inclusive,<br><br>　　　　　　Defendants. | Case No. C 03-5340-JF (RS)<br><br>**DECLARATION OF KLAUS H. HAMM IN SUPPORT OF GOOGLE'S MOTION FOR ADMINISTRATIVE RELIEF SEEKING AN ORDER SEALING DOCUMENTS**<br><br>Date:　　August 9, 2006<br>Time:　　9:30 a.m.<br>Courtroom: 4<br>Judge:　　Hon. Richard Seeborg |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.,<br><br>　　　　　　Counter Plaintiff,<br><br>　v.<br><br>GOOGLE INC., AMERICA ONLINE, INC., NETSCAPE COMMUNICATIONS CORPORATION, COMPUSERVE INTERACTIVE SERVICES, INC., ASK JEEVES, INC. and EARTHLINK, INC.,<br><br>　　　　　　Counter Defendant/<br>　　　　　　Third-Party Defendants. | |

---

DECLARATION OF KLAUS H. HAMM IN SUPPORT OF GOOGLE'S MOTION FOR ADMINISTRATIVE RELIEF
SEEKING AND ORDER SEALING DOCUMENTS
CASE NO. C 03-5340-JF (RS)

376900.01

1  I, Klaus H. Hamm, declare as follows:

2  1. I am associated with the firm of Keker & Van Nest LLP, counsel for Plaintiff
3  Google Inc., and am admitted to practice before this Court.

4  2. I make this declaration in support of Google's Motion For Administrative Relief
5  Seeking An Order Sealing Documents. Unless otherwise stated, I know the facts stated herein of
6  my personal knowledge and if called as a witness, I would testify competently thereto.

7  3. During the course of this litigation, Google Inc. ("Google") produced documents
8  containing confidential business information. These documents were designated
9  "CONFIDENTIAL-ATTORNEYS' EYES ONLY" and "CONFIDENTIAL" by Google pursuant
10 to the Stipulated Protective Order signed by all parties to this litigation and approved by the
11 Court on September 19, 2005 ("Protective Order"). A true and correct copy of these documents
12 are attached as Exhibits A, C and D to the Declaration of Klaus H. Hamm in Support of Google's
13 Opposition to American Blind & Wallpaper Factory, Inc.'s Motion to Compel and for Sanctions
14 Pursuant to F.R.C.P. 37(a) filed concurrently herewith.

16 I state under penalty of perjury of the laws of the United States of American that the
17 foregoing statements are true and correct and that this declaration was executed on July 12, 2006.

19           /s/ Klaus H. Hamm          
             KLAUS H. HAMM

---

1

DECLARATION OF KLAUS H. HAMM IN SUPPORT OF GOOGLE'S MOTION FOR ADMINISTRATIVE RELIEF
SEEKING AND ORDER SEALING DOCUMENTS
CASE NO. C 03-5340-JF (RS)

376900.01