UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation, | Case No. C 03-5340-JF (RS) |
| Plaintiff, | **[PROPOSED] ORDER ON AMERICAN BLIND AND WALLPAPER FACTORY, INC.'S MOTION TO COMPEL GOOGLE TO RESPOND TO DISCOVERY TIMELY SERVED GIVEN THE CURRENT CUTOFF DATE OF AUGUST 26, 2006** |
| v. | |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.; and DOES 1-100, inclusive, | |
| Defendants. | Courtroom: 4<br>Hon. Richard Seeborg |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., | |
| Counter-Plaintiff, | |
| v. | |
| GOOGLE, INC. | |
| Counter-Defendants. | |

Defendant/Counter-Plaintiff American Blind and Wallpaper Factory, Inc.'s ("American Blind") Motion To Compel Google To Respond To Discovery Timely Served Given The Current Cutoff Date Of August 26, 2006 was heard by this Court on _____, 2006.  Upon

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

PROPOSED ORDER ON MOTION TO COMPEL

reviewing the papers submitted by the parties, hearing the arguments of counsel, and good cause appearing therefore, IT IS HEREBY ORDERED:

1. American Blind's Motion is GRANTED.

2. Google must respond to all discovery served by American Blind that is timely served given the discovery cutoff date of August 26, 2006. If such discovery was served more than 30 days prior to entry of this Order, Google must respond to the discovery within 7 days of the entry of this Order. Otherwise, Google must respond to the discovery within the time allotted by the Federal Rules.

3. Any depositions of Google personnel timely noticed by American Blind must occur prior to the discovery cutoff date of August 26, 2006.

Dated: _____, 2006      _____
                                          Hon. Richard Seeborg
                                          United States District Court Magistrate Judge