1  Robert N. Phillips (SBN 120970)
   Ethan B. Andelman (SBN 209101)
2  HOWREY LLP
   525 Market Street, Suite 3600
3  San Francisco, CA 94105
   Telephone: (415) 848-4900
4  Facsimile: (415) 848-4999

5  David A. Rammelt (Admitted *Pro Hac Vice*)
   Susan J. Greenspon (Admitted *Pro Hac Vice*)
6  Dawn M. Beery (Admitted *Pro Hac Vice*)
   KELLEY DRYE & WARREN LLP
7  333 West Wacker Drive, Suite 2600
   Chicago, IL 60606
8  Telephone: (312) 857-7070
   Facsimile: (312) 857-7095
9
   Attorneys for Defendant/Counter-Plaintiff
10 AMERICAN BLIND AND WALLPAPER
   FACTORY, INC.
11
                    UNITED STATES DISTRICT COURT
12                  NORTHERN DISTRICT OF CALIFORNIA

13 | GOOGLE INC., a Delaware corporation, | Case No. C 03-5340-JF (RS)
14 |   Plaintiff,                          | **DECLARATION OF CAROLINE C. PLATER IN SUPPORT OF AMERICAN BLIND AND WALLPAPER FACTORY INC.'S MOTION TO COMPEL GOOGLE TO RESPOND TO DISCOVERY TIMELY SERVED GIVEN THE CURRENT CUTOFF DATE OF AUGUST 26, 2006**
15 |   v.                                  |
16 | AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.; and DOES 1-100, inclusive, |
17 |
18 |
19 |   Defendants.                         | Date: TBD
20 |                                       | Time: TBD
   |                                       | Courtroom: 4
   |                                       | Hon. Richard Seeborg
21 | AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., |
22 |
23 |   Counter-Plaintiff,                  |
24 |   v.                                  |
25 | GOOGLE, INC.,                         |
26 |   Counter-Defendants                  |
27
28

KELLEY DRYE & WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CASE NO.: C03-5340-JF(RS
DECLARATION OF CAROLINE C. PLATER
IN SUPPORT OF MOTION TO COMPEL)
DM_US\8366098.v1

Dockets.Justia.com

1  I, Caroline C. Plater declare as follows:

2      1.    I am an attorney at Kelley Drye & Warren LLP, counsel of record for

3  Defendant/Counter-Plaintiff American Blind and Wallpaper Factory, Inc. ("American Blind") in

4  the above-captioned action. I am a member in good standing of the State Bar of Illinois. I have

5  personal knowledge of the facts set forth in this declaration and, if called as a witness, could and

6  would testify competently to such facts under oath.

7      2.    Attached hereto as Exhibit A is a true and correct copy of the Transcript of

8  Proceedings Before the Honorable Jeremy Fogel, dated June 23, 2006.

9      3.    Attached hereto as Exhibit B is a true and correct copy of American Blind and

10  Wallpaper Factory Inc.'s First Set of Requests For Admission to Google Inc.

11      4.    Attached hereto as Exhibit C is a true and correct copy of Notice of Deposition of

12  Larry Page.

13      5.    Attached hereto as Exhibit D is a true and correct copy of Notice of Deposition of

14  Sergey Brin.

15      6.    Attached hereto as Exhibit E is a true and correct copy of correspondence from

16  Klaus H. Hamm to Caroline C. Plater, dated June 26, 2006.

17      7.    Attached hereto as Exhibit F is a true and correct copy of correspondence from

18  Klaus H. Hamm to Caroline C. Plater, dated June 28, 2006.

19      8.    Attached hereto as Exhibit G is a true and correct copy of correspondence from

20  David A. Rammelt to Klaus H. Hamm, dated June 30, 2006.

21      9.    Attached hereto as Exhibit H is a true and correct copy of e-mail correspondence

22  between David A. Rammelt and Michael Page, dated July 2, 2006.

23      10.    Attached hereto as Exhibit I is a true and correct copy of correspondence from

24  Caroline C. Plater to Klaus H. Hamm, dated July 11, 2006.

25      11.    Attached hereto as Exhibit J is a true and correct copy of e-mail correspondence

26  from Michael Page copying David A. Rammelt, dated July 11, 2006.

27      12.    Attached hereto as Exhibit K is a true and correct copy of American Blind and

28  Wallpaper Factory Inc.'s Initial Disclosures Pursuant to Fed. R. Civ. P. 26.

KELLEY DRYE & WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CASE NO.: C03-5340-JF(RS
DECLARATION OF CAROLINE C. PLATER
IN SUPPORT OF MOTION TO COMPEL)
DM_US\8366098.v1

- 2 -

13. Attached hereto as Exhibit L is a true and correct copy of excerpts from the deposition of Alana Karen, taken in this case on April 12, 2006.

14. Attached hereto as Exhibit M is a true and correct copy of excerpts from the deposition of Prashant Fuloria, taken in this case on May 18, 2006.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of July 2006, in Chicago, Illinois.

      /s/ Caroline C. Plater
   CAROLINE C. PLATER

KELLEY DRYE & WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CASE NO.: C03-5340-JF(RS
DECLARATION OF CAROLINE C. PLATER
IN SUPPORT OF MOTION TO COMPEL)
DM_US\8366098.v1

- 3 -