# Exhibit A

CH01/PLATC/210357.1

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                     SAN JOSE DIVISION
 4    GOOGLE, INC.,              )  C-03-05340-JF
                                 )
 5           Plaintiff,          )
                                 )  San Jose, CA
 6             vs.               )  June 23, 2006
                                 )
 7    AMERICAN BLIND & WALLPAPER )
      FACTORY, INC., et al.,     )
                                 )
 8                               )
              Defendants.        )
 9    _____)
10               TRANSCRIPT OF PROCEEDINGS
            BEFORE THE HONORABLE JEREMY FOGEL
11             UNITED STATES DISTRICT JUDGE
12    A P P E A R A N C E S:
13    For the Plaintiff:     Keker & Van Nest LLP
                             By:  MICHAEL H. PAGE
                             710 Sansome Street
14                           San Francisco, CA
                             94111-1704
15
16    For the Defendants:    Kelley Drye & Warren
                             LLP
17                           By:  DAVID A. RAMMELT
                             333 West Wacker Drive
                             Suite 2600
18                           Chicago, IL  60606
19
20
21
22
23
24    Court Reporter:        PETER TORREANO, CSR
                             License Number C-7623
25
```

```
 1   San Jose, California              June 23, 2006
 2                   P R O C E E D I N G S
 3            THE COURT:  Google versus American
 4   Blind.
 5            MR. PAGE:  Good morning, Your Honor.
 6            MR. RAMMELT:  Good morning, Your Honor.
 7   David Rammelt on behalf of the Defendant
 8   American Blind & Wallpaper Factory.
 9            MR. PAGE:  Good morning, Your Honor.
10   Michael Page on behalf of Google.
11            THE COURT:  Just to be brief, I think
12   the change of ownership is something that
13   justifies some additional extension of time.  I
14   don't think under all the circumstances that the
15   full 90 days is appropriate or necessary.  So I'm
16   inclined to grant a 60-day extension.
17            MR. RAMMELT:  Okay.
18            THE COURT:  Okay?
19            MR. PAGE:  Your Honor, a couple of
20   issues.
21            THE COURT:  Yeah.
22            MR. PAGE:  We don't object to extending
23   the time to handle the discovery that has been
24   held up by the ownership change.  Our concern is
25   that the schedule should not be reopened for new
```

1   discovery by either side as a result.
2               I mean, this case has been pending for
3   two and a half years.  The first threat was four
4   years --
5               THE COURT:  The point is to allow the
6   parties to complete discovery, not to do new
7   discovery.  And having said that, if there is
8   something that comes up in completing the pending
9   discovery that leads either party to think that
10  there's something further they need to do, then
11  you should go to Judge Seeborg.
12              MR. PAGE:  All right.
13              THE COURT:  So the blanket order is
14  simply the time to complete discovery that's
15  already underway, 30(b)(6) depositions, other
16  depositions document discovery.  If you need
17  another two months, I understand.  That's fine.
18              If you want to initiate something that's
19  not already in the pipeline, then you need to go
20  to the magistrate judge and show good cause.
21              MR. RAMMELT:  Now, Judge, there are -- I
22  mean, for example, Google produced today to us
23  more documents.  In the last two months we've had
24  almost 30,000 trickle in.  We have been waiting
25  and trying to arrange 30(b)(6) witness

Page 4

1  depositions of some of their people, but there
2  are fact witnesses that we'd want to take based
3  on these documents that have come in.
4      THE COURT:  All right.  And what I'm
5  saying is -- because I have no idea as to the
6  merit of any particular request -- try to work it
7  out.  That's always the first thing to do.  And
8  if you can't, then ask Judge Seeborg for relief.
9      I just think otherwise I'm buying a pig
10 in a poke.  I have no idea what else you want to
11 do.  So all I'm doing is extending the framework
12 by 60 days and, if you need to do anything
13 further within that, then just ask the magistrate
14 if you want work it out.
15     MR. RAMMELT:  Okay, Judge.  I think we
16 understand.  Thank you, Your Honor.
17     THE COURT:  Thank you very much.
18     MR. PAGE:  Thank you, Your Honor.
19     (Whereupon, the proceedings concluded.)
20
21              ---oOo---
22
23
24
25

```
                    CERTIFICATE OF REPORTER
 1
 2
 3
 4
 5          I, Peter Torreano, Official Court
 6  Reporter of the United States District Court for
 7  the Northern District of California, 280 South
 8  First Street, San Jose, California, do hereby
 9  certify:
10          That the foregoing transcript is a
11  full, true and correct transcript of the
12  proceeding had in Google, Inc. v. American Blind
13  & Wallpaper Factory, Inc., Case Number
14  C-03-05340-JF, dated June 23, 2006; that I
15  reported the same in stenotype to the best of my
16  ability, and thereafter had the same transcribed
17  by computer-aided transcription as herein
18  appears.
19
20
21
22
23
                            _____
24                          PETER TORREANO, CSR
                            License Number C-7623
25
```