# Exhibit C

CH01/PLATC/210357.1

1  Robert N. Phillips (SBN 120970)
   Ethan B. Andelman (SBN 209101)
2  HOWREY SIMON ARNOLD & WHITE, LLP
   525 Market Street, Suite 3600
3  San Francisco, CA 94105
   Telephone: (415) 848-4900
4  Facsimile: (415) 848-4999

5  David A. Rammelt (Admitted *Pro Hac Vice*)
   Susan J. Greenspon (Admitted *Pro Hac Vice*)
6  KELLEY DRYE & WARREN LLP
   333 West Wacker Drive, Suite 2600
7  Chicago, IL 60606
   Telephone: (312) 857-7070
8  Facsimile: (312) 857-7095

9  Attorneys for Defendant/Counter-Plaintiff
   AMERICAN BLIND AND WALLPAPER
10 FACTORY, INC.

11              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
12

13 GOUGLE INC., a Delaware corporation,        | Case No. C 03-5340-JF (RS)
                                               |
14              Plaintiff,                     | **NOTICE OF DEPOSITION OF**
                                               | **LARRY PAGE**
15       v.                                    |
                                               |
16 AMERICAN BLIND & WALLPAPER                  |
   FACTORY, INC., a Delaware corporation       |
17 d/b/a decoratetoday.com, Inc.; and DOES 1-  |
   100, inclusive,                             |
18                                             |
                Defendants.                    |
19 _____  |
   AMERICAN BLIND & WALLPAPER                  |
20 FACTORY, INC., a Delaware corporation       |
   d/b/a decoratetoday.com, Inc.,              |
21                                             |
                Counter-Plaintiff,             |
22                                             |
         v.                                    |
23                                             |
   GOOGLE, INC.,                               |
24              Counter-Defendants.            |

25

26

27

28

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE    CH01/PLATC/210451.1
SUITE 2600
CHICAGO, IL 60606

1  PLEASE TAKE NOTICE THAT Defendant/Counter-Plaintiff AMERICAN
2  BLIND AND WALLPAPER FACTORY, INC., ("American Blind") by its attorneys Kelley Drye
3  & Warren LLP, will take the deposition upon oral examination of **Larry Page,** on August 8,
4  2006, at 9:00 a.m., continuing day-to-day until completed, at the offices of HOWREY SIMON
5  ARNOLD & WHITE, LLP, 525 Market Street, Suite 3600, San Francisco, CA 94105, (415) 848-
6  4900.
7  The deposition will be held before a Notary Public or before some other person
8  authorized by law to administer oaths and will be recorded stenographically and will also be
9  recorded by sound and visual means, including videotape and interactive real time reporting, in
10 accordance with Federal Rule 30.

Dated: June 26, 2006

KELLEY DRYE & WARREN LLP

By: _____

David A. Rammelt
Susan J. Greenspon
KELLEY DRYE & WARREN LLP
333 West Wacker Drive, Suite 2600
Chicago, IL 60606
Telephone: (312) 857-7070
Facsimile: (312) 857-7095

Robert N. Phillips
Ethan B. Andelman
HOWREY SIMON ARNOLD & WHITE, LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Attorneys for Defendant/Counter-Plaintiff
AMERICAN BLIND AND WALLPAPER
FACTORY, INC.

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/210451.1

- 2 -

## PROOF OF SERVICE

I am a citizen of the United States and a resident of the State of Illinois. I am employed in Cook County, State of Illinois, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action, My business address is 333 W. Wacker Drive, Suite 2600, Chicago, IL 60606. On the date set forth below, I served the document(s) described below in the manner described below:

**NOTICE OF DEPOSITION OF LARRY PAGE**

**XX**  (BY FACSIMILE) I am personally and readily familiar with the business practice of Kelley Drye & Warren, LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

Michael H. Page
Klaus H. Hamm
Ajay S. Krishnan
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111
Facsimile: (415) 397-7188

Executed on June 26, 2006, at Chicago, Illinois. I declare under penalty of perjury under the applicable laws that the above is true and correct.

_____
Caroline C. Plater

```
** JOB STATUS REPORT **                AS OF  JUN 26 2006  5:02 PM  PAGE. 01
                                              KELLEY DRYE & WARREN

  JOB #300
        DATE   TIME      TO/FROM            MODE    MIN/SEC   PGS   STATUS
  001   6/26   5:00P  14405002791415397718  EC--S   01' 07"   004   OK   L1
```

# KELLEY DRYE

## FACSIMILE TRANSMISSION

| TO | FAX | PHONE |
|---|---|---|
| Michael Page<br>Klaus H. Hamm<br>Ajay S. Krishnan<br>Keker & Van Nest LLP<br>San Francisco, CA | 415-397-7188 | 415-391-5400 |

KELLEY DRYE & WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, ILLINOIS 60606
(312) 857-7070
FAX (312) 857-7095

NO. OF PAGES    4 (including this page)

DATE    June 26, 2006

MESSAGE:

FROM          Carrie Plater
PHONE         (312) 857-2501
E-MAIL        cplater@kelleydrye.com
TIMEKEEPER ID 03971
CLIENT NO.    014405.0027

NEW YORK, NY
WASHINGTON, DC
TYSONS CORNER, VA
CHICAGO, IL
STAMFORD, CT
PARSIPPANY, NJ
BRUSSELS

AFFILIATE OFFICES
JAKARTA
MUMBAI

IF PROBLEMS OCCUR DURING TRANSMISSION PLEASE CALL (312) 857-7070.

The information contained in this facsimile message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any use, copying, disclosure or dissemination of this communication may be subject to legal restriction or sanction.