# Exhibit D

CH01/PLATC/210357.1

Dockets.Justia.com

1  Robert N. Phillips (SBN 120970)
   Ethan B. Andelman (SBN 209101)
2  HOWREY SIMON ARNOLD & WHITE, LLP
   525 Market Street, Suite 3600
3  San Francisco, CA 94105
   Telephone: (415) 848-4900
4  Facsimile: (415) 848-4999

5  David A. Rammelt (Admitted *Pro Hac Vice*)
   Susan J. Greenspon (Admitted *Pro Hac Vice*)
6  KELLEY DRYE & WARREN LLP
   333 West Wacker Drive, Suite 2600
7  Chicago, IL 60606
   Telephone: (312) 857-7070
8  Facsimile: (312) 857-7095

9  Attorneys for Defendant/Counter-Plaintiff
   AMERICAN BLIND AND WALLPAPER
10 FACTORY, INC.

11                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
12

13 GOOGLE INC., a Delaware corporation,          | Case No. C 03-5340-JF (RS)

14          Plaintiff,                            | **NOTICE OF DEPOSITION OF**
                                                  | **SERGEY BRIN**
15      v.

16 AMERICAN BLIND & WALLPAPER
   FACTORY, INC., a Delaware corporation
17 d/b/a decoratetoday.com, Inc.; and DOES 1-
   100, inclusive,
18
            Defendants.
19 _____
   AMERICAN BLIND & WALLPAPER
20 FACTORY, INC., a Delaware corporation
   d/b/a decoratetoday.com, Inc.,
21
            Counter-Plaintiff,
22
        v.
23
   GOOGLE, INC.,
24          Counter-Defendants.

25

26

27

28

CH01/PLATC/210454.1

PLEASE TAKE NOTICE THAT Defendant/Counter-Plaintiff AMERICAN

BLIND AND WALLPAPER FACTORY, INC., ("American Blind") by its attorneys Kelley Drye

& Warren LLP, will take the deposition upon oral examination of **Sergey Brin,** on August 10,

2006, at 9:00 a.m., continuing day-to-day until completed, at the offices of HOWREY SIMON

ARNOLD & WHITE, LLP, 525 Market Street, Suite 3600, San Francisco, CA 94105, (415) 848-

4900.

The deposition will be held before a Notary Public or before some other person

authorized by law to administer oaths and will be recorded stenographically and will also be

recorded by sound and visual means, including videotape and interactive real time reporting in

accordance with Federal Rule 30.

Dated: June 26, 2006                                    KELLEY DRYE & WARREN LLP

By: _____

David A. Rammelt
Susan J. Greenspon
KELLEY DRYE & WARREN LLP
333 West Wacker Drive, Suite 2600
Chicago, IL 60606
Telephone: (312) 857-7070
Facsimile: (312) 857-7095

Robert N. Phillips
Ethan B. Andelman
HOWREY SIMON ARNOLD & WHITE, LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Attorneys for Defendant/Counter-Plaintiff
AMERICAN BLIND AND WALLPAPER
FACTORY, INC.

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/210454.1                          - 2 -

# PROOF OF SERVICE

I am a citizen of the United States and a resident of the State of Illinois.  I am employed in Cook County, State of Illinois, in the office of a member of the bar of this Court, at whose direction the service was made.  I am over the age of eighteen years, and not a party to the within action, My business address is 333 W. Wacker Drive, Suite 2600, Chicago, IL 60606.  On the date set forth below, I served the document(s) described below in the manner described below:

## NOTICE OF DEPOSITION OF SERGEY BRIN

**XX**   (BY FACSIMILE) I am personally and readily familiar with the business practice of Kelley Drye & Warren, LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

Michael H. Page
Klaus H. Hamm
Ajay S. Krishnan
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111
Facsimile: (415) 397-7188

Executed on June 26, 2006, at Chicago, Illinois.  I declare under penalty of perjury under the applicable laws that the above is true and correct.

Caroline C. Plater

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/210454.1

- 3 -