# Exhibit E

CH01/PLATC/210357.1

LAW OFFICES
# KEKER & VAN NEST
LLP

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188
WWW.KVN.COM

KLAUS H. HAMM
KHAMM@KVN.COM

June 26, 2006

VIA FACSIMILE

Caroline C. Plater, Esq.
Kelley Drye & Warren LLP
333 West Wacker Drive, Suite 2600
Chicago, IL 60606
Facsimile: (312) 857-7095

Re: *Google Inc. v. American Blind & Wallpaper Factory, Inc.*

Dear Caroline:

Perhaps Mr. Rammelt has not advised you of the Court's ruling on your client's request to extend the discovery cutoff. The discovery cutoff was extended only with regard to discovery that had already been noticed, and the court expressly ordered that no additional discovery may be noticed absent leave of Court. Your purported notices of depositions of Messrs. Brin and Page are in violation of that order; please confirm that you will withdraw them immediately.

Very truly yours,

Klaus H. Hamm

KHH:wik