# Exhibit F

CH01/PLATC/210357.1

LAW OFFICES
# KEKER & VAN NEST
## LLP

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188
WWW.KVN.COM

KLAUS H. HAMM
KHAMM@KVN.COM

June 28, 2006

**VIA FACSIMILE**

Caroline C. Plater, Esq.
Kelley Drye & Warren LLP
333 West Wacker Drive, Suite 2600
Chicago, IL 60606
Facsimile: (312) 857-7095

Re:   *Google Inc. v. American Blind & Wallpaper Factory, Inc.*

Dear Caroline:

We are in receipt of the Requests For Admissions that you faxed to us today. Aside from the limited extension provided by the Court's June 23, 2006 ruling, fact discovery closed yesterday. As a result, your discovery requests would have been timely if you had served them by hand no later than May 27, 2006. Since you did not, your discovery requests are not timely.

Very truly yours,

*/s/ Klaus H. Hamm*
Klaus H. Hamm

KHH:wik

376128.01