# Exhibit I

CH01/PLATC/210357.1

**KELLEY DRYE & WARREN** LLP

A LIMITED LIABILITY PARTNERSHIP

333 WEST WACKER DRIVE

SUITE 2600

CHICAGO, ILLINOIS 60606

(312) 857-7070

NEW YORK, NY
WASHINGTON, DC
TYSONS CORNER, VA
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICES
JAKARTA, INDONESIA
MUMBAI, INDIA

FACSIMILE
(312) 857-7095
www.kelleydrye.com

DIRECT LINE: (312) 857-2501
EMAIL: cplater@kelleydrye.com

July 11, 2006

**VIA FACSIMILE**

Klaus Hamm
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111

Re:   Google Inc. v. American Blind & Wallpaper Factory Inc.

Dear Klaus:

This is our third request for deposition dates for Michael Kwun. To date you have not provided any dates on which he is available. Please let me know what dates he is available for his deposition and the topics/notices for which he is being produced by the end of the day tomorrow.

In addition, based on statements made in your correspondence dated June 26, 2006 and June 28, 2006, it is our understanding that Google will not voluntarily respond to American Blind's recently served Requests For Admission and Deposition Notices of Mr. Brin and Mr. Page. Therefore, based on Judge Fogel's statements in court on June 23, 2006, we will be filing a motion to compel your responses to this discovery with Judge Seeborg. Please contact me if our understanding of Google's position is incorrect or if Google's position has changed such that a motion to compel is not necessary.

Sincerely,

Caroline C. Plater

CCP:ccp

CH01/PLATC/210869.1