# Exhibit J

CH01/PLATC/210357.1

-----Original Message-----
**From:** Michael Page [mailto:MPage@KVN.com]
**Sent:** Tuesday, July 11, 2006 4:11 PM
**To:** Charles_Ossola@aporter.com
**Cc:** Rammelt David A.
**Subject:** Amerrican Blind v. Google

Dear Chuck:

    Several months ago, we spoke concerning American Blind's discovery request to which the Geico-Google agreement is responsive. At the time, you advised me that Geico objected to the disclosure of that confidential agreement, and that you would be contacting American Blind's counsel, David Rammelt (copied on this message), to discuss the matter.

    Since that time, I have left you a series of email and voicemail messages, to which you have not responded. While I understand that this is likely far down on your list of interesting issues, I cannot continue to withhold production. Accordingly, we will produce the agreement to American Blind's counsel one week from today, unless you have either (a) negotiated a different result with David, or (b) sought a protective order.

    I hope all is well with you. FYI, I will out of the country starting tomorrow, although I expect I will have email access. Please copy Klaus Hamm on any correspondence.

Michael