# EXHIBIT M – FILED UNDER SEAL

Dockets.Justia.com