1  Robert N. Phillips (SBN 120970)
   Ethan B. Andelman (SBN 209101)
2  HOWREY LLP
   525 Market Street, Suite 3600
3  San Francisco, CA 94105
   Telephone: (415) 848-4900
4  Facsimile: (415) 848-4999

5  David A. Rammelt (Admitted *Pro Hac Vice*)
   Susan J. Greenspon (Admitted *Pro Hac Vice*)
6  Dawn M. Beery (Admitted *Pro Hac Vice*)
   KELLEY DRYE & WARREN LLP
7  333 West Wacker Drive, Suite 2600
   Chicago, IL 60606
8  Telephone: (312) 857-7070
   Facsimile: (312) 857-7095
9
   Attorneys for Defendant/Counter-Plaintiff
10 AMERICAN BLIND AND WALLPAPER
   FACTORY, INC.
11

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. C 03-5340-JF (RS)<br><br>**AMERICAN BLIND & WALLPAPER FACTORY, INC.'S ADMINISTRATIVE MOTION FOR A SEALING ORDER (Civil L.R. 79-5(d))** |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.,<br><br>Counter-Plaintiff,<br><br>v.<br><br>GOOGLE, INC., AMERICA ONLINE, INC., NETSCAPE COMMUNICATIONS CORPORATION, COMPUSERVE INTERACTIVE SERVICES, INC., ASK JEEVES, INC., and EARTHLINK, INC.<br><br>Counter-Defendants/<br>Third-Party Defendants | Judge: Hon. Richard Seeborg |

**HOWREY LLP**

Administrative Motion for A Sealing Order
Case No. C03-5340-JF
DM_US\8293918.v1

Dockets.Justia.com

1  Pursuant to Civil L.R. 7-11, defendant and counter-plaintiff American Blind & Wallpaper
2  Factory, Inc. ("American Blind") hereby brings this administrative motion for an order to file under
3  seal the following documents being lodged this day with the Clerk of the Court:

4  1. Motion To Compel Google To Respond To Discovery Timely Served Given
5  The Current Cutoff Date Of August 26, 2006.
6  2. Exhibits L and M to the Declaration of Caroline C. Plater in Support of Motion
7  To Compel Google To Respond To Discovery Timely Served Given The
8  Current Cutoff Date Of August 26, 2006.

9  The only allegedly confidential information attached to or contained within these documents is
10 information designated as such by plaintiff and counter-defendant Google, Inc. ("Google"). Thus,
11 pursuant to Civil L.R. 79-5(d), Google is to file, within five court days, (i) a declaration establishing
12 that the above information is sealable and (ii) a proposed order.

DATED: July 13, 2006                              HOWREY LLP


                                                  By:     /s/ Ethan B. Andelman
                                                      ROBERT N. PHILLIPS
                                                      ETHAN B. ANDELMAN

                                                      David A. Rammelt
                                                      Susan J. Greenspon
                                                      Dawn M. Beery
                                                      KELLEY DRYE & WARREN LLP
                                                      333 West Wacker Drive, Suite 2600
                                                      Chicago, IL  60606

                                                  Attorneys for Defendant/Counter-Plaintiff
                                                  AMERICAN BLIND AND WALLPAPER
                                                  FACTORY, INC.

**HOWREY LLP**

-2-

American Blind's Administrative Motion for a Sealing Order
Case No. C03-5340 JF
DM_US\8293918.v1