1  Robert N. Phillips (SBN 120970)
   Ethan B. Andelman (SBN 209101)
2  HOWREY, LLP
   525 Market Street, Suite 3600
3  San Francisco, CA 94105
   Telephone: (415) 848-4900
4  Facsimile: (415) 848-4999

5  David A. Rammelt (Admitted *Pro Hac Vice*)
   Susan J. Greenspon (Admitted *Pro Hac Vice*)
6  KELLEY DRYE & WARREN LLP
   333 West Wacker Drive, Suite 2600
7  Chicago, IL 60606
   Telephone: (312) 857-7070
8  Facsimile: (312) 857-7095

9  Attorneys for Defendant/Counter-Plaintiff
   AMERICAN BLIND AND WALLPAPER
10 FACTORY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.; and DOES 1-100, inclusive,<br><br>    Defendants. | Case No. C 03-5340-JF (RS)<br><br>**NOTICE OF MOTION AND MOTION FOR ORDER SHORTENING TIME FOR BRIEFING AND HEARING ON ITS MOTION TO COMPEL GOOGLE TO RESPOND TO DISCOVERY TIMELY SERVED GIVEN THE CURRENT CUTOFF DATE OF AUGUST 26, 2006** |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.,<br><br>    Counter-Plaintiff,<br><br>v.<br><br>GOOGLE, INC.<br><br>    Counter-Defendants. | Date: TBD<br>Time: TBD<br>Courtroom: 4<br>Judge: Hon. Richard Seeborg |

TO ALL PARTIES OF RECORD AND THEIR COUNSEL

    YOU ARE HEREBY GIVEN NOTICE that Defendant/Counter-Plaintiff American Blind and Wallpaper Factory, Inc. ("American Blind"), pursuant to Civil Local Rule 6-3, hereby moves

KELLEY DRYE & WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CASE NO.: C03-5340-JF(RS)
NOTICE OF MOTION & MOTION FOR
ORDER SHORTENING TIME
DM_US\8366062.v1

Dockets.Justia.com

1  this Court to establish the following briefing and hearing schedule for American Blind's
2  accompanying Motion To Compel Google To Respond To Discovery Timely Served Given The
3  Current Cutoff Date Of August 26, 2006:

4  - o  The opposition brief will be filed no later than July 26, 2006
5  - o  The reply brief will be filed no later than July 31, 2006
6  - o  The hearing will be held on Wednesday, August 9, 2006[1]

7  American Blind also requests this Court render a decision on the accompanying motion as
8  soon as possible.

9  As required by the Local Rule, this motion is supported by the accompanying Declaration
10 of Caroline C. Plater, and the following argument:

11 The shortened schedule sought is justified because the Motion To Compel Google To
12 Respond To Discovery Timely Served Given The Current Cutoff Date Of August 26, 2006 must
13 be heard before the extension of fact discovery expires so there is enough time for Google to
14 respond to the discovery served by American Blind (and produce witnesses) should the Court
15 order that such discovery was timely.  If the matter is not heard in shortened time, the requested
16 relief would be moot with regard to the current August 26, 2006 discovery deadline and the
17 parties would be faced with seeking another extension of fact discovery in order to accommodate
18 the completion of the discovery at issue in the pending motion.

19 Although American Blind has sought Google's consent to the shortened schedule set forth
20 above, Google has refused to stipulate.  Its sole objection, though, is that it does not understand
21 the nature of the underlying motion (or, possibly, that it disagrees with the relief requested in the
22 underlying motion).  (*See* Plater Decl., Ex. A.)  This reason does not explain why this motion
23 should not be heard on shortened time.

24 Neither Google nor the Court would be under significant time pressure should the
25 proposed schedule be adopted.  Hearing this motion on August 9, 2006 is reasonable, given that
26 there is a pending motion in this case scheduled to be heard by Judge Seeborg, and it is

27
28
---
[1] American Blind currently has another motion set to be heard on August 9, 2006 at 9:30 a.m. before Judge Seeborg.

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CASE NO.:  C03-5340-JF(RS)
NOTICE OF MOTION & MOTION FOR         - 2 -
ORDER SHORTENING TIME
DM_US\8366062.v1

1 significantly in advance of the discovery cutoff that Google could respond to any outstanding
2 discovery without the need for further adjustment of the discovery period.  The briefing schedule
3 proposed by American Blind provides Google with nearly two weeks to file its opposition (nearly
4 the same time it would have under a fully noticed motion), and gives American Blind only 3
5 business days to prepare and file its response (i.e., 40% less time than under the normal schedule).
6 The Court would have a week and a half to review and digest the papers before the hearing,
7 which should be sufficient given the uncomplicated nature of the motion.
8     For these reasons, American Blind respectfully requests that the Court enter the above
9 schedule for the briefing and hearing of its Motion To Compel Google To Respond To Discovery
10 Timely Served Given The Current Cutoff Date Of August 26, 2006.

11 Dated: July 13, 2006                          HOWREY LLP

13                                               By:   /s/ Ethan B. Andelman

14                                               Robert N. Phillips (SBN 120970)
                                                 Ethan B. Andelman (SBN 209101)
15                                               HOWREY SIMON ARNOLD & WHITE, LLP
                                                 525 Market Street, Suite 3600
16                                               San Francisco, CA  94105

17                                               David A. Rammelt (Admitted *Pro Hac Vice*)
                                                 Susan J. Greenspon (Admitted *Pro Hac Vice*)
18                                               KELLEY DRYE & WARREN LLP
                                                 333 West Wacker Drive, Suite 2600
19                                               Chicago, IL  60606

20                                               Attorneys for Defendant/Counter-Plaintiff
                                                 AMERICAN BLIND AND WALLPAPER
21                                               FACTORY, INC.

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CASE NO.:  C03-5340-JF(RS)
NOTICE OF MOTION & MOTION FOR            - 3 -
ORDER SHORTENING TIME
DM_US\8366062.v1