## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. C 03-5340-JF (RS)<br><br>**[PROPOSED] ORDER SHORTENING TIME FOR BRIEFING AND HEARING ON ITS MOTION TO COMPEL GOOGLE TO RESPOND TO DISCOVERY TIMELY SERVED GIVEN THE CURRENT CUTOFF DATE OF AUGUST 26, 2006** |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.,<br><br>Counter-Plaintiff,<br><br>v.<br><br>GOOGLE, INC.,<br><br>Counter-Defendants. | Courtroom: 4<br>Hon. Richard Seeborg |

KELLEY DRYE & WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

Case No.: C03-5340-JF(RS)
[PROPOSED] ORDER SHORTENING TIME FOR BRIEFING

Defendant/Counter-Plaintiff American Blind and Wallpaper Factory, Inc.'s ("American Blind") Motion For an Order Shortening Time For Hearing and Briefing on American Blind's Motion To Compel Google To Respond To Discovery Timely Served Given The Current Cutoff Date Of August 26, 2006 was submitted on July 13, 2006 to this Court.  Good cause appearing therefor, American Blind's Motion to Shorten Time is hereby GRANTED.

IT IS HEREBY ORDERD that:

- o Google's opposition brief to the Motion to Compel will be filed no later than July 26, 2006
- o American Blind's reply brief to the Motion to Compel will be filed no later than July 31, 2006
- o The hearing on the Motion to Compel will be held on Wednesday, August 9, 2006.

Dated: _____, 2006          _____
                                                                      Hon. Richard Seeborg
                                                                      United States District Court Magistrate Judge

KELLEY DRYE & WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

Case No.:  C03-5340-JF(RS)
[PROPOSED] ORDER SHORTENING TIME        - 2 -
FOR BRIEFING