1 | Robert N. Phillips (SBN 120970)
Ethan B. Andelman (SBN 209101)
2 | HOWREY, LLP
525 Market Street, Suite 3600
3 | San Francisco, CA 94105
Telephone: (415) 848-4900
4 | Facsimile: (415) 848-4999

5 | David A. Rammelt (Admitted *Pro Hac Vice*)
Susan J. Greenspon (Admitted *Pro Hac Vice*)
6 | KELLEY DRYE & WARREN LLP
333 West Wacker Drive, Suite 2600
7 | Chicago, IL 60606
Telephone: (312) 857-7070
8 | Facsimile: (312) 857-7095

9 | Attorneys for Defendant/Counter-Plaintiff
AMERICAN BLIND AND WALLPAPER
10 | FACTORY, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| GOOGLE INC., a Delaware corporation, | Case No. C 03-5340-JF (RS) |
|---|---|
| Plaintiff, | **DECLARATION OF CAROLINE C. PLATER IN SUPPORT OF AMERICAN BLIND AND WALLPAPER FACTORY, INC.'S MOTION FOR ORDER SHORTENING TIME FOR BRIEFING AND HEARING ON ITS MOTION TO COMPEL GOOGLE TO RESPOND TO DISCOVERY TIMELY SERVED GIVEN THE CURRENT CUTOFF DATE OF AUGUST 26, 2006** |
| v. | |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.; and DOES 1-100, inclusive, | |
| Defendants. | |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., | Courtroom: 4
Hon. Richard Seeborg |
| Counter-Plaintiff, | |
| v. | |
| GOOGLE, INC., | |
| Counter-Defendants. | |

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

Case No.: C03-5340-JF(RS)
DECLARATION OF CAROLINE C. PLATER
IN SUPPORT OF MOTION FOR ORDER FOR
BRIEFING

DM_US\8366033.v1

I, Caroline C. Plater, declare as follows:

1.  I am an attorney at Kelley Drye & Warren LLP, counsel of record for Defendant/Counter-Plaintiff American Blind & Wallpaper Factory, Inc. ("American Blind") in the above-captioned action. I am a member in good standing of the State Bar of Illinois. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

2.  A hearing on the Motion To Compel Google To Respond To Discovery Timely Served Given The Current Cutoff Date Of August 26, 2006 on shortened time is requested because the parties have a material dispute over whether additional discovery issued during the extension of fact discovery is timely and the cutoff of fact discovery is 6 weeks away.

3.  American Blind was unable to bring this motion at an earlier date because it was in the process of working out the merits of this issue with Google, as instructed by Judge Fogel, for the past two weeks.

4.  American Blind has sought Google's stipulation to the shortened time. American Blind explained to Google that it was merely filing the motion that Judge Fogel had indicated it should file in this situation. Google refused to stipulate. (*See* Exhibit A.)

5.  The motion for shorted time should be granted because the Motion To Compel Google To Respond To Discovery Timely Served Given The Current Cutoff Date Of August 26, 2006 must be heard before the extension of fact discovery expires and within enough time for Google to respond to the discovery served by American Blind, should the Court order that such discovery was timely. If the matter is not heard in shortened time, American Blind would be prejudiced — the requested relief would be moot with regard to the August 26, 2006 deadline and the parties would be faced with seeking another extension of fact discovery in order to accommodate the completion of the discovery at issue in the current motion.

6.  Hearing this motion on August 9, 2006 is reasonable, given that there is a pending motion in this case scheduled to be heard by Judge Seeborg. The briefing schedule proposed by American Blind provides Google with nearly two weeks to file its opposition, and gives American Blind only 3 business days to prepare and file its response. The Court would have a

KELLEY DRYE & WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

Case No.: C03-5340-JF(RS)
DECLARATION OF CAROLINE C. PLATER IN SUPPORT OF MOTION FOR ORDER SHORTENING TIME FOR BRIEFING

- 2 -

DM_US\8366033.v1

1  week and a half to review and digest the papers before the hearing.

2      7.    In this case, in addition to the 60-day extension of time recently granted by Judge

3  Fogel to the entire schedule, Judge Fogel adjusted all case management dates by 4 months in

4  February 2006.

5      8.    If this motion is granted, it will have no effect on the remaining schedule for this

6  case, since Google will be able to respond to all discovery prior to the current discovery cutoff

7  date.

8      I declare under penalty of perjury under the laws of the United States of America that the

9  foregoing is true and correct.

10     Executed at Chicago, Illinois on July 13, 2006.

11

12                                                 /s/ Caroline C. Plater
                                                CAROLINE C. PLATER

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

Case No.:  C03-5340-JF(RS)
DECLARATION OF CAROLINE C. PLATER IN
SUPPORT OF MOTION FOR ORDER SHORTENING
TIME FOR BRIEFING

- 3 -

DM_US\8366033.v1