1  KEKER & VAN NEST, LLP
   MICHAEL H. PAGE - #154913
2  MARK A. LEMLEY - #155830
   KLAUS H. HAMM - #224905
3  AJAY S. KRISHNAN - #222476
   710 Sansome Street
4  San Francisco, CA 94111-1704
   Telephone: (415) 391-5400
5  Facsimile: (415) 397-7188

6

7  Attorneys for Plaintiff and Counter Defendant
   GOOGLE INC.

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | GOOGLE INC., a Delaware corporation, | Case No. C 03-5340-JF (RS)
12 | Plaintiff, | **GOOGLE INC.'S OPPOSITION TO AMERICAN BLIND & WALLPAPER FACTORY, INC.'S MOTION FOR ORDER SHORTENING TIME FOR BRIEFING AND HEARING ON ITS MOTION TO COMPEL GOOGLE TO RESPOND TO DISCOVERY**
13 | v. |
14 | AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., and DOES 1-100, inclusive, |
15 | |
16 | |
   | Defendants. | Date:
17 | | Time:
   | | Dept:   4
   | | Judge:  Hon. Richard Seeborg
18 | AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., | Date Comp. Filed: November 26, 2003
19 | |
20 | Counter Plaintiff, | Trial Date: May 15, 2007
21 | v. |
22 | GOOGLE INC., AMERICA ONLINE, INC., NETSCAPE COMMUNICATIONS CORPORATION, COMPUSERVE INTERACTIVE SERVICES, INC., ASK JEEVES, INC. and EARTHLINK, INC., |
23 | |
24 | |
25 | Counter Defendant/ Third-Party Defendants. |
26 | |

27

28

377196.01

GOOGLE'S OPPOSITION TO AMERICAN BLIND'S MOTION FOR ORDER SHORTENING TIME FOR
BRIEFING AND HEARING ON ITS MOTION TO COMPEL GOOGLE TO RESPOND TO DISCOVERY
CASE NO. C 03-5340-JF (RS)

1    Google opposes American Blind's motion to shorten time on its motion to compel for the
2 same reason this Court has previously denied a similar motion in this litigation.  American Blind
3 seeks to shorten time because of the August 26, 2006 discovery cut-off, which is forty days
4 away.  Local Rule 26-2 states that motions to compel fact discovery can be filed as late as seven
5 days after the discovery cut-off.  There is therefore no reason why this motion cannot be heard as
6 a normally noticed motion.

7    Roughly one month ago, this Court denied a very similar motion to shorten time on a
8 motion to compel.  At the time, the discovery cut-off was June 26, 2006.  On June 8, 2006,
9 Google filed a motion to shorten time on its motion to compel American Blind to (1) produce
10 documents, (2) produce an affidavit detailing its document collection efforts, and (3) schedule
11 depositions.  On June 12, 2006, this Court ruled:

> The basis of the request for shortened time is the pending discovery cut-off. Pursuant to Civil Local Rule 26-2, however, motions to compel as to outstanding discovery requests are timely if filed up to seven days after the discovery cut-off. If the underlying motion remains necessary, Plaintiff shall re-notice it pursuant to the ordinary timing rules.

Order Denying Motion for Order Shortening Time at 1.

   American Blind now cites the very same basis for shortening time that this Court has already rejected.  American Blind should therefore be required to follow the normal schedule for noticed motions.

Dated:  July 17, 2006                KEKER & VAN NEST, LLP

                                     By:  /s/ Ajay S. Krishnan
                                          AJAY S. KRISHNAN
                                          Attorneys for Plaintiff and Counter Defendant
                                          GOOGLE INC.

377196.01

1

GOOGLE'S OPPOSITION TO AMERICAN BLIND'S MOTION FOR ORDER SHORTENING TIME FOR BRIEFING AND HEARING ON ITS MOTION TO COMPEL GOOGLE TO RESPOND TO DISCOVERY
CASE NO. C 03-5340-JF (RS)