*E-FILED 7/17/06*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE INC., | NO. C 03-5340 JF (RS) |
| Plaintiff, | **ORDER DENYING MOTION FOR ORDER SHORTENING TIME** |
| v. | |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., | |
| Defendant. | |

Before the Court is defendant's motion for an order shortening time filed July 13, 2006. The request for shortened time is premised on the mistaken notion that the pending discovery cut off will render the underlying motion moot if it is not heard before that cut off. Pursuant to Civil Local Rule 26-2, motions to compel as to outstanding discovery requests are timely if filed up to seven days after the discovery cut off. The passing of the discovery cut off does not preclude the completion of any discovery that may be ordered as the result of the Court granting a motion to compel that has been timely filed under that rule. Given that the Court recently denied a similar request for shortened time filed by plaintiff for this same reason, defendant's motion for an order shortening time is DENIED.

IT IS SO ORDERED.
Dated: 7/17/06

RICHARD SEEBORG
United States Magistrate Judge

ORDER DENYING MOTION FOR ORDER SHORTENING TIME
C 03-5340 JF (RS)

1

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

Ethan B. Andelman     andelmane@howrey.com, cranmerp@howrey.com

Dawn Beery     dbeery@kelleydrye.com

Susan Jean Greenspon     sgreenspon@kelleydrye.com, cplater@kelleydrye.com; vallen@kelleydrye.com; sdunlap@kelleydrye.com

Ravind Singh Grewal     rsg@kvn.com

Klaus Hemingway Hamm     khamm@kvn.com, efiling@kvn.com; wik@kvn.com

Ajay Krishnan     akrishnan@kvn.com, efiling@kvn.com; rthomas@kvn.com

Mark A. Lemley     mlemley@kvn.com, srosen@kvn.com

Michael H. Page     mhp@kvn.com, efiling@kvn.com; sjr@kvn.com; nsn@kvn.com

Robert Nathan Phillips     phillipsr@howrey.com, cranmerp@howrey.com

David A. Rammelt     drammelt@kelleydrye.com, sdunlap@kelleydrye.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 7/17/06**                                              **Chambers of Judge Richard Seeborg**

                                                                **By:       /s/ BAK**

ORDER DENYING MOTION FOR ORDER SHORTENING TIME
C 03-5340 JF (RS)

2