1  Robert N. Phillips (SBN 120970)
   Ethan B. Andelman (SBN 209101)
2  HOWREY LLP
   525 Market Street, Suite 3600
3  San Francisco, CA 94105
   Telephone: (415) 848-4900
4  Facsimile: (415) 848-4999

5  David A. Rammelt (Admitted *Pro Hac Vice*)
   Susan J. Greenspon (Admitted *Pro Hac Vice*)
6  KELLEY DRYE & WARREN LLP
   333 West Wacker Drive, Suite 2600
7  Chicago, IL 60606
   Telephone: (312) 857-7070
8  Facsimile: (312) 857-7095

9  Attorneys for Defendant/Counter-Plaintiff
   AMERICAN BLIND AND WALLPAPER
10 FACTORY, INC.

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. C 03-5340-JF (RS)<br><br>**RE-NOTICE OF DEFENDANT AMERICAN BLIND AND WALLPAPER FACTORY, INC.'S MOTION TO COMPEL GOOGLE TO RESPOND TO DISCOVERY TIMELY SERVED GIVEN THE CURRENT CUTOFF DATE OF AUGUST 26, 2006**<br><br>Date: August 23, 2006<br>Time: 9:30 a.m.<br>Courtroom: 4<br>Hon. Richard Seeborg |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.,<br><br>Counter-Plaintiff,<br><br>v.<br><br>GOOGLE, INC.<br><br>Counter-Defendants. | |

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

Case No.: C-03-5340-JF (RS)
DEFENDANT AMERICAN BLIND AND WALLPAPER
FACTORY, INC.'S RE-NOTICE OF MOTION
COMPEL
DM_US\8365809.v1

Dockets.Justia.com

1  PLEASE TAKE NOTICE that on August 23, 2006 at 9:30 a.m., or as soon thereafter as
2  counsel may be heard, Defendant/Counter-Plaintiff American Blind and Wallpaper Factory, Inc.
3  ("American Blind") will and hereby does move this Court for an order compelling
4  Plaintiff/Counter-Defendant Google Inc. ("Google") to respond to all discovery issued by
5  American Blind that is timely served given the current discovery cutoff date of August 26, 2006.
6  The motion will be based on this Notice, the memorandum of points and authorities,
7  declarations and accompanying exhibits filed on July 13, 2006, the pleadings and papers on file in
8  this action, the arguments of counsel, and upon such other evidence as may be presented at the
9  hearing on this matter.

11  Dated: July 19, 2006                    HOWREY LLP

14                                          By:    /s/  Ethan B. Andelman
                                                ROBERT N. PHILLIPS
                                                ETHAN B. ANDELMAN

16                                              David A. Rammelt
                                                Susan J. Greenspon
                                                KELLEY DRYE & WARREN LLP
                                                333 West Wacker Drive, Suite 2600
                                                Chicago, IL  60606

19                                          Attorneys for Defendant/Counter-Plaintiff
                                            AMERICAN BLIND AND WALLPAPER
                                            FACTORY, INC.

Case No.:  C-03-5340-JF (RS)           - 1 -

DEFENDANT AMERICAN BLIND AND WALLPAPER                                  DM_US\8365809 v1
FACTORY, INC.'S RE-NOTICE OF MOTION