| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | MICHAEL H. PAGE - #154913 |
| 2 | MARK A. LEMLEY - #155830 |
| | KLAUS H. HAMM - #224905 |
| 3 | 710 Sansome Street |
| | San Francisco, CA 94111-1704 |
| 4 | Telephone: (415) 391-5400 |
| | Facsimile: (415) 397-7188 |
| 5 | |
| 6 | Attorneys for Plaintiff and Counterdefendant |
| | GOOGLE INC. and Third-Party Defendants |
| 7 | ASK JEEVES, INC. and EARTHLINK, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GOOGLE INC., a Delaware corporation, | | Case No. C 03-5340-JF (EAI) |
| | Plaintiff, | **PROOF OF SERVICE** |
| v. | | |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc. and DOES 1-100, inclusive, | | |
| | Defendants. | |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., | | |
| | Counter Plaintiff, | |
| v. | | |
| GOOGLE INC., AMERICA ONLINE, INC., NETSCAPE COMMUNICATIONS CORPORATION, COMPUSERVE INTERACTIVE SERVICES, INC., ASK JEEVES, INC., and EARTHLINK, INC., | | |
| | Counter Defendants/ Third-Party Defendants. | |

332455.01

**Proof Of Service**
Case No. C 03-5340-JF (EAI)

## PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

On July 13, 2006 I served the following document UNDER SEAL:

**DECLARATION OF KLAUS H. HAMM IN SUPPORT OF GOOGLE INC.'S OPPOSITION TO AMERICAN BLIND & WALLPAPER FACTORY, INC.'S MOTION TO COMPEL AND FOR SANCTIONS PURSUANT TO F.R.C.P. 37(a) FILED UNDER SEAL [PURSUANT TO STIPULATED PROTECTIVE ORDER]**

by **FEDERAL EXPRESS**, by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Keker & Van Nest, LLP for correspondence for delivery by FedEx Corporation. According to that practice, items are retrieved daily by a FedEx Corporation employee for overnight delivery.

| | |
|---|---|
| Susan J. Greenspon | Robert N. Phillips |
| David A. Rammelt | Howrey Simon Arnold & White, LLP |
| Kelley Drye & Warren LLP | 525 Market Street, Suite 3600 |
| 333 West Wacker Drive | San Francisco, CA 94105-2708 |
| Chicago, IL 60606 | |

Executed on July 19, 2006, at San Francisco, California. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

/s/ Wanda Krawczyk
WANDA KRAWCZYK

332455.01

Proof Of Service
Case No. C 03-5340-JF (EAI)