**United States District Court**
For the Northern District of California

\*E-FILED 7/24/06\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., | No. C 03-05340 JF (RS) |
|     Plaintiff, | |
|     v. | **CLERK'S NOTICE** |
| AMERICAN BLIND & WALLPAPER FACTORY, INC. | |
|     Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

    Due to the unavailability of the court, defendant's motion to compel noticed for hearing on August 23, 2006, shall be held on **September 6, 2006 at 9:30 a.m.** in Courtroom 4, Fifth Floor, United States Courthouse, 280 S. First Street, San Jose, California.

Dated: 7/24/06

For the Court,<br>
RICHARD W. WEIKING, Clerk<br><br>
By:   /s/ Martha Parker Brown<br>
        Courtroom Deputy Clerk

**THIS IS TO CERTIFY THAT THIS NOTICE WAS ELECTRONICALLY PROVIDED TO:**

Ethan B. Andelman    andelmane@howrey.com, cranmerp@howrey.com

Dawn Beery    dbeery@kelleydrye.com

Susan Jean Greenspon    sgreenspon@kelleydrye.com, cplater@kelleydrye.com; vallen@kelleydrye.com; sdunlap@kelleydrye.com

Ravind Singh Grewal    rsg@kvn.com

Klaus Hemingway Hamm    khamm@kvn.com, efiling@kvn.com; wik@kvn.com

Ajay Krishnan    akrishnan@kvn.com, efiling@kvn.com; rthomas@kvn.com

Mark A. Lemley    mlemley@kvn.com, srosen@kvn.com

Michael H. Page    mhp@kvn.com, efiling@kvn.com; sjr@kvn.com; nsn@kvn.com

Robert Nathan Phillips    phillipsr@howrey.com, cranmerp@howrey.com

David A. Rammelt    drammelt@kelleydrye.com, sdunlap@kelleydrye.com


Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: 7/24/06

        /s/ BAK
        Chambers of Magistrate Judge Richard Seeborg