UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Civil Minute Order

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR:   FTR                 DATE:   8/9/06
COURTROOM DEPUTY: MARTHA PARKER BROWN
                                           CASE #:   C 03-05340 JF(RS)

CASE TITLE:    GOOGLE    VS.    AMERICAN BLIND & WALLPAPER

**Appearances for Plaintiff(s)**          **Appearances for Defendant(s)**

   MICHAEL H. PAGE                   DAVID A. RAMMELT

                                                     SUSAN GREENSPON

**TODAY'S PROCEEDINGS**

{ } SETTLEMENT CONF.    { } PRETRIAL CONF.      { X } MOTIONS LISTED BELOW:

Pltf.    Deft.    Cross Mot.
{ }    {X}    { }   1. TO COMPEL AND FOR SANCTIONS
{ }    { }    { }   2.
{ }    { }    { }   3.
{ }    { }    { }   4.

DISPOSITION of TODAY'S PROCEEDINGS

**[ ] SETTLED     [ ] NOT SETTLED    [ ] SETTLEMENT DISCUSSIONS ONGOING**

**MOTION DISPOSITION SHOWN BELOW:**

[ ] GRANTED         [ ] DENIED         [ ] SUBMITTED         [ ] DENIED/GRANTED in part

[ ] BRIEFS TO BE FILED AS FOLLOWS:

{ } Cont'd to        @        For

**ORDER TO BE PREPARED BY:**    [ ] PLTF;    [ ] DEFT;    [ ] COURT
Additional Comments: MATTER IS ARGUED BY COUNSEL. COURT WILL ISSUE WRITTEN ORDER.

HOURS IN SETTLEMENT:           Copies to: