**\*E-FILED 8/10/06\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

GOOGLE INC.,

       Plaintiff,

  v.

AMERICAN BLIND & WALLPAPER FACTORY, INC.,

       Defendant.

NO. C 03-5340 JF (RS)

**ORDER RE PRODUCTION OF THIRD PARTY SETTLEMENT AGREEMENTS**

Before the Court is the request of defendant American Blind & Wallpaper Factory, Inc. for direction regarding the production in discovery in this action of certain settlement agreements between it and third parties, which contain confidentiality provisions. Good cause appearing, it is hereby ordered that American Blind produce any and all such agreements that may be responsive to discovery requests propounded on American Blind in this action.

.

IT IS SO ORDERED.

Dated: August 10, 2006

RICHARD SEEBORG
United States Magistrate Judge

C 03-5340 JF (RS)

1

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

Ethan B. Andelman     andelmane@howrey.com, gagnons@howrey.com

Dawn Beery     dbeery@kelleydrye.com

Susan Jean Greenspon     sgreenspon@kelleydrye.com, cplater@kelleydrye.com; vallen@kelleydrye.com; sdunlap@kelleydrye.com

Ravind Singh Grewal     rsg@kvn.com

Klaus Hemingway Hamm     khamm@kvn.com, efiling@kvn.com; wik@kvn.com

Ajay Krishnan     akrishnan@kvn.com, efiling@kvn.com; rthomas@kvn.com

Mark A. Lemley     mlemley@kvn.com, srosen@kvn.com

Michael H. Page     mhp@kvn.com, efiling@kvn.com; sjr@kvn.com; nsn@kvn.com

Robert Nathan Phillips     phillipsr@howrey.com, gagnons@howrey.com

David A. Rammelt     drammelt@kelleydrye.com, sdunlap@kelleydrye.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 8/10/06**                                                           **Chambers of Judge Richard Seeborg**

                                                                             **By:**      **/s/ BAK**

C 03-5340 JF (RS)

2