1  KEKER & VAN NEST, LLP
   MICHAEL H. PAGE - #154913
2  MARK A. LEMLEY - #155830
   KLAUS H. HAMM - #224905
3  AJAY S. KRISHNAN - #222476
   710 Sansome Street
4  San Francisco, CA 94111-1704
   Telephone: (415) 391-5400
5  Facsimile: (415) 397-7188

6  Attorneys for Plaintiff and Counter Defendant
   GOOGLE INC.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | GOOGLE INC., a Delaware corporation,          | Case No. C 03-5340-JF (RS)
12 |                          Plaintiff,           | DECLARATION OF KLAUS HAMM IN SUPPORT OF GOOGLE INC.'S OPPOSITION TO AMERICAN BLIND AND WALLPAPER FACTORY, INC.'S MOTION TO COMPEL GOOGLE TO RESPOND TO DISCOVERY TIMELY SERVED GIVEN THE CURRENT CUTOFF DATE OF AUGUST 26, 2006
13 |   v.                                          |
14 | AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., and DOES 1-100, inclusive, |
15 |                                               |
16 |                                               |
17 |                          Defendants.          | Date:    September 6, 2006
                                                     Time:    9:30 am
18 | AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., | Dept:    4
                                                     Judge:   Hon. Richard Seeborg
19 |                                               | Date Comp. Filed:   November 26, 2003
20 |                          Counter Plaintiff,   | Trial Date: May 15, 2007
21 |   v.                                          |
22 | GOOGLE INC., AMERICA ONLINE, INC., NETSCAPE COMMUNICATIONS CORPORATION, COMPUSERVE INTERACTIVE SERVICES, INC., ASK JEEVES, INC. and EARTHLINK, INC., |
23 |                                               |
24 |                                               |
25 |          Counter Defendant/ Third-Party Defendants. |

26                         **REDACTED VERSION**

27

28

---

DECLARATION OF KLAUS H. HAMM IN SUPPORT OF GOOGLE INC.'S OPPOSITION TO AMERICAN BLIND & WALLPAPER FACTORY, INC.'S MOTION TO COMPEL GOOGLE TO RESPOND TO DISCOVERY TIMELY SERVED GIVEN THE CURRENT CUTOFF DATE OF AUGUST 26, 2006.
CASE NO. C 03-5340-JF (RS)

378892.01

I, Klaus H. Hamm, declare as follows:

1. I am an attorney licensed to practice law in the State of California and am an associate at the law firm of Keker & Van Nest LLP, counsel for Plaintiff Google Inc. I am duly admitted to practice law before this Court. Unless otherwise specified, the facts set forth herein are known to me of my personal knowledge, and if called upon I can testify truthfully thereto.

**American Blind's Correspondence Discovery-Related During the Two Months Prior to the June 27, 2006 Discovery Cut-Off[1]**

2. On April 18, 2006, I received an email from David Rammelt, who is counsel for American Blind & Wallpaper Factory, Inc. ("American Blind"). In that email, Mr. Rammelt asked me "Who are the three remaining 30(b)(6) witnesses Google intends to produce?"

3. On May 1, 2006, I was copied on email correspondence between my colleague Ajay Krishnan and Caroline Plater, who is counsel for American Blind. In that email correspondence, Ms. Plater proposed that Google depose American Blind's Rule 30(b)(6) designee on June 6, 2006.

4. On May 9, 2006, I received an email from Mr. Rammelt asking if Google has "produced the consumer survey 'experiments' about which Mr. Fuloria testified in the Geico case?"

5. On May 11, 2006, I received an email from Mr. Rammelt asking if Google would make one of its 30(b)(6) designees, Rose Hagan, available for deposition on June 13, 2006.

6. On May 17, 2006, I received an email from Mr. Rammelt contending that Google Inc.'s Objections and Responses to Amended Notice of Deposition and [Third Set of] Document Requests, which Google had served earlier that day were not timely.

7. On May 18, 2006, I attended a portion of American Blind's Rule 30(b)(6) deposition of Google designee Prashant Fuloria. Mr. Rammelt took that deposition on behalf of American Blind.

---

[1] This portion of the declaration describes email correspondence between attorneys for American Blind and Google. Pursuant to Magistrate Judge Seeborg's Standing Order, this correspondence is not attached. Google will provide this correspondence to the Court upon request.

1
DECLARATION OF KLAUS H. HAMM IN SUPPORT OF GOOGLE INC.'S OPPOSITION TO AMERICAN BLIND & WALLPAPER FACTORY, INC.'S MOTION TO COMPEL GOOGLE TO RESPOND TO DISCOVERY TIMELY SERVED GIVEN THE CURRENT CUTOFF DATE OF AUGUST 26, 2006.
CASE NO. C 03-5340-JF (RS)

**List of Attached Exhibits**

8. Attached hereto as Exhibit A is true and correct copy of the Transcript of Proceedings Before the Honorable Jeremy Fogel on June 23, 2006.

9. Attached hereto as Exhibit B is a true and correct copy of the Notice of Deposition of Larry Page, dated June 26, 2006.

10. Attached hereto as Exhibit C is a true and correct copy of the Notice of Deposition of Sergey Brin, dated June 26, 2006.

11. Attached hereto as Exhibit D is a true and correct copy of American Blind and Wallpaper Factory Inc.'s First Set of Requests for Admission to Google Inc., dated June 28, 2006.

12. Attached hereto as Exhibit E is a true and correct copy of a letter sent to me by Mr. Rammelt, and dated June 30, 2006.

13. Attached hereto as Exhibit F is a true and correct copy of Google Inc.'s Objections to Notice of Deposition of Larry Page, dated July 31. 2006.

14. Attached hereto as Exhibit G is a true and correct copy of Google Inc.'s Objection to Notice of Deposition of Sergey Brin, dated July 31, 2006.

15. Attached hereto as Exhibit H is a true and correct copy of Google Inc.'s Objections to American Blind and Wallpaper Factory Inc.'s First Set of Requests for Admission to Google Inc., dated July 31, 2006.

16. Attached hereto as Exhibit I is a true and correct copy of the Notice of Deposition of Britton Mauchline Picciolini, dated August 7, 2006.

17. Attached hereto as Exhibit J is a true and correct copy of the Notice of Deposition of Jessica Bluett, dated August 7, 2006.

18. Attached hereto as Exhibit K is a true and correct copy of the Notice of Deposition of Jane Butler, dated August 7, 2006.

19. Attached hereto as Exhibit L is a true and correct copy of the Notice of Deposition of Rick Steele, dated August 7, 2006.

20. Attached hereto as Exhibit M is a true and correct copy of the Notice of

1   Deposition of Bismarck Lepe, dated August 7, 2006.

2   21.  Attached hereto as Exhibit N is a true and correct copy of the Notice of
3   Deposition of Lashika Samarasinghe, dated August 7, 2006.

4   22.  Attached hereto as Exhibit O is a true and correct copy of the Notice of
5   Deposition of Salar Kamangar, dated August 8, 2006.

6   23.  Attached hereto as Exhibit P is a true and correct copy of the Amended Notice of
7   Deposition And Document Requets, dated April 26, 2006.

8   24.  Attached hereto as Exhibit Q is a true and correct copy of email correspondence
9   dated May 26, 2006 and Bates numbered ABWF 047376 – ABWF047377.  Google has under
10  separate cover requested that this document be filed under seal.

11  25.  Attached hereto as Exhibit R is a true and correct copy of American Blind &
12  Wallpaper Factory, Inc.'s Responses to Google Inc.'s Second Set of Requests for Admission,
13  dated June 9, 2006.

14  26.  Attached hereto as Exhibit S is a true and correct copy of American Blind &
15  Wallpaper Factory, Inc.'s Responses to Google Inc.'s Second Set of Requests for Production of
16  Documents and Things, dated June 19, 2006.

17  27.  Attached hereto as Exhibit T is a true and correct copy of American Blind &
18  Wallpaper Factory Inc.'s Answer to Google Inc.'s Second Set of Interrogatories, dated June 19,
19  2006.

20  28.  Attached hereto as Exhibit U is a true and correct copy of American Blind &
21  Wallpaper Factory, Inc.'s Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26,
22  dated April 27, 2005.

23  29.  Attached hereto as Exhibit V is a true and correct copy of a document Bates
24  labeled GOOGLE 005127 – GOOGLE 005128. Google has under separate cover requested that
25  this document be filed under seal.

26  30.  Attached hereto as Exhibit W is a true and correct copy of a document Bates
27  labeled GOOGLE 004761 – GOOGLE 004762. Google has under separate cover requested that
28  this document be filed under seal.

DECLARATION OF KLAUS H. HAMM IN SUPPORT OF GOOGLE INC.'S OPPOSITION TO AMERICAN BLIND & WALLPAPER, INC.'S [SIC] MOTION TO AMEND AND EXTEND CASE MANAGEMENT ORDER
CASE NO. C 03-5340-JF

378892.01

1    31.    Attached hereto as Exhibit X is at true and correct copy of
2  Plaintiff/Counterdefendant Google Inc. and Third-Party Defendants Ask Jeeves, Inc. and
3  Earthlink. Inc.'s Initial Disclosures Pursuant to Rule 26 of the Federal Rules of Civil Procedure,
4  and dated April 27, 2005.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed this 16th day of August, 2006, in San Francisco, California.

                                    /s/ Klaus H. Hamm
                                    KLAUS H. HAMM

---

4
DECLARATION OF KLAUS H. HAMM IN SUPPORT OF GOOGLE INC.'S OPPOSITION TO AMERICAN
BLIND & WALLPAPER, INC.'S [SIC] MOTION TO AMEND AND EXTEND CASE MANAGEMENT ORDER
CASE NO. C 03-5340-JF

378892.01