# EXHIBIT A

Dockets.Justia.com

1          UNITED STATES DISTRICT COURT

2         NORTHERN DISTRICT OF CALIFORNIA

3             SAN JOSE DIVISION

4    GOOGLE, INC.,              )   C-03-05340-JF
                                )
5              Plaintiff,       )
                                )   San Jose, CA
6                  vs.          )   June 23, 2006
                                )
7    AMERICAN BLIND & WALLPAPER )
     FACTORY, INC., et al.,     )
8                               )
               Defendants.      )
9    _____)

10           TRANSCRIPT OF PROCEEDINGS
       BEFORE THE HONORABLE JEREMY FOGEL
11        UNITED STATES DISTRICT JUDGE

12   A P P E A R A N C E S:              COPY

13   For the Plaintiff:        Keker & Van Nest LLP
                               By:  MICHAEL H. PAGE
14                             710 Sansome Street
                               San Francisco, CA
15                             94111-1704

16   For the Defendants:       Kelley Drye & Warren
                               LLP
17                             By:  DAVID A. RAMMELT
                               333 West Wacker Drive
18                             Suite 2600
                               Chicago, IL  60606
19

20

21

22

23

24   Court Reporter:           PETER TORREANO, CSR
                               License Number C-7623
25
                                                      1

1    San Jose, California            June 23, 2006

2                    P R O C E E D I N G S

3              THE COURT:  Google versus American

4    Blind.

5              MR. PAGE:  Good morning, Your Honor.

6              MR. RAMMELT:  Good morning, Your Honor.

7              David Rammelt on behalf of the Defendant

8    American Blind & Wallpaper Factory.

9              MR. PAGE:  Good morning, Your Honor.

10             Michael Page on behalf of Google.

11             THE COURT:  Just to be brief, I think

12   the change of ownership is something that

13   justifies some additional extension of time.  I

14   don't think under all the circumstances that the

15   full 90 days is appropriate or necessary.  So I'm

16   inclined to grant a 60-day extension.

17             MR. RAMMELT:  Okay.

18             THE COURT:  Okay?

19             MR. PAGE:  Your Honor, a couple of

20   issues.

21             THE COURT:  Yeah.

22             MR. PAGE:  We don't object to extending

23   the time to handle the discovery that has been

24   held up by the ownership change.  Our concern is

25   that the schedule should not be reopened for new

                                              2

PETER TORREANO, CSR 7623

1       discovery by either side as a result.

2              I mean, this case has been pending for

3       two and a half years.  The first threat was four

4       years --

5              THE COURT:  The point is to allow the

6       parties to complete discovery, not to do new

7       discovery.  And having said that, if there is

8       something that comes up in completing the pending

9       discovery that leads either party to think that

10      there's something further they need to do, then

11      you should go to Judge Seeborg.

12             MR. PAGE:  All right.

13             THE COURT:  So the blanket order is

14      simply the time to complete discovery that's

15      already underway, 30(b)(6) depositions, other

16      depositions document discovery.  If you need

17      another two months, I understand.  That's fine.

18             If you want to initiate something that's

19      not already in the pipeline, then you need to go

20      to the magistrate judge and show good cause.

21             MR. RAMMELT:  Now, Judge, there are -- I

22      mean, for example, Google produced today to us

23      more documents.  In the last two months we've had

24      almost 30,000 trickle in.  We have been waiting

25      and trying to arrange 30(b)(6) witness

                                                      3

PETER TORREANO, CSR 7623

1    depositions of some of their people, but there

2    are fact witnesses that we'd want to take based

3    on these documents that have come in.

4           THE COURT:  All right.  And what I'm

5    saying is -- because I have no idea as to the

6    merit of any particular request -- try to work it

7    out.  That's always the first thing to do.  And

8    if you can't, then ask Judge Seeborg for relief.

9           I just think otherwise I'm buying a pig

10   in a poke.  I have no idea what else you want to

11   do.  So all I'm doing is extending the framework

12   by 60 days and, if you need to do anything

13   further within that, then just ask the magistrate

14   if you want work it out.

15          MR. RAMMELT:  Okay, Judge.  I think we

16   understand.  Thank you, Your Honor.

17          THE COURT:  Thank you very much.

18          MR. PAGE:  Thank you, Your Honor.

19          (Whereupon, the proceedings concluded.)


21                   ---oOo---








                                                    4

PETER TORREANO, CSR 7623

1    CERTIFICATE OF REPORTER

2

3

4

5         I, Peter Torreano, Official Court

6    Reporter of the United States District Court for

7    the Northern District of California, 280 South

8    First Street, San Jose, California, do hereby

9    certify:

10         That the foregoing transcript is a

11    full, true and correct transcript of the

12    proceeding had in Google, Inc. v. American Blind

13    & Wallpaper Factory, Inc., Case Number

14    C-03-05340-JF, dated June 23, 2006; that I

15    reported the same in stenotype to the best of my

16    ability, and thereafter had the same transcribed

17    by computer-aided transcription as herein

18    appears.

19

20

21

22

23

24    PETER TORREANO, CSR
      License Number C-7623

25

PETER TORREANO, CSR 7623

# EXHIBIT B

1  Robert N. Phillips (SBN 120970)
   Ethan B. Andelman (SBN 209101)
2  HOWREY SIMON ARNOLD & WHITE, LLP
   525 Market Street, Suite 3600
3  San Francisco, CA 94105
   Telephone: (415) 848-4900
4  Facsimile: (415) 848-4999

5  David A. Rammelt (Admitted *Pro Hac Vice*)
   Susan J. Greenspon (Admitted *Pro Hac Vice*)
6  KELLEY DRYE & WARREN LLP
   333 West Wacker Drive, Suite 2600
7  Chicago, IL 60606
   Telephone: (312) 857-7070
8  Facsimile: (312) 857-7095

9  Attorneys for Defendant/Counter-Plaintiff
   AMERICAN BLIND AND WALLPAPER
10 FACTORY, INC.

11                   UNITED STATES DISTRICT COURT
12                  NORTHERN DISTRICT OF CALIFORNIA

13 GOOGLE INC., a Delaware corporation,        Case No. C 03-5340-JF (RS)

14              Plaintiff,                      **NOTICE OF DEPOSITION OF
                                               LARRY PAGE**
15        v.

16 AMERICAN BLIND & WALLPAPER
   FACTORY, INC., a Delaware corporation
17 d/b/a decoratetoday.com, Inc.; and DOES 1-
   100, inclusive,
18
                Defendants.
19
   AMERICAN BLIND & WALLPAPER
20 FACTORY, INC., a Delaware corporation
   d/b/a decoratetoday.com, Inc.,
21
                Counter-Plaintiff,
22
          v.
23
   GOOGLE, INC.,
24              Counter-Defendants.

25

26

27

28

CH01/PLATC/210451.1

1    PLEASE TAKE NOTICE THAT Defendant/Counter-Plaintiff AMERICAN

2  BLIND AND WALLPAPER FACTORY, INC., ("American Blind") by its attorneys Kelley Drye

3  & Warren LLP, will take the deposition upon oral examination of **Larry Page**, on August 8,

4  2006, at 9:00 a.m., continuing day-to-day until completed, at the offices of HOWREY SIMON

5  ARNOLD & WHITE, LLP, 525 Market Street, Suite 3600, San Francisco, CA 94105, (415) 848-

6  4900.

7    The deposition will be held before a Notary Public or before some other person

8  authorized by law to administer oaths and will be recorded stenographically and will also be

9  recorded by sound and visual means, including videotape and interactive real time reporting, in

10  accordance with Federal Rule 30.

11

12  Dated: June 26, 2006

KELLEY DRYE & WARREN LLP

13

14

15

16  By:

17  David A. Rammelt
    Susan J. Greenspon
18  KELLEY DRYE & WARREN LLP
    333 West Wacker Drive, Suite 2600
19  Chicago, IL 60606
    Telephone:  (312) 857-7070
20  Facsimile:  (312) 857-7095

21  Robert N. Phillips
    Ethan B. Andelman
22  HOWREY SIMON ARNOLD & WHITE, LLP
    525 Market Street, Suite 3600
23  San Frencisco, CA 94105
    Telephone:  (415) 848-4900
24  Facsimile:  (415) 848-4999

25  Attorneys for Defendant/Counter-Plaintiff
    AMERICAN BLIND AND WALLPAPER
26  FACTORY, INC.

27

28

1

## PROOF OF SERVICE

2

I am a citizen of the United States and a resident of the State of Illinois. I am employed in

3  Cook County, State of Illinois, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within

4  action, My business address is 333 W. Wacker Drive, Suite 2600, Chicago, IL 60606. On the

5  date set forth below, I served the document(s) described below in the manner described below:

6

## NOTICE OF DEPOSITION OF LARRY PAGE

7

**XX**     (BY FACSIMILE) I am personally and readily familiar with the business practice

8  of Kelley Drye & Warren, LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by

9  facsimile to the offices of addressee(s) at the numbers listed below.

10  Michael H. Page
    Klaus H. Hamm

11  Ajay S. Krishnan

12  Keker & Van Nest, LLP
    710 Sansome Street

13  San Francisco, CA 94111
    Facsimile: (415) 397-7188

14

15

Executed on June 26, 2006, at Chicago, Illinois. I declare under penalty of perjury

16  under the applicable laws that the above is true and correct.

17

18  _____

19  Caroline C. Plater

20

21

22

23

24

25

26

27

28

KELLEY DRYE &
WARREN LLP
3 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/210451.1

- 3 -

# EXHIBIT C

1  Robert N. Phillips (SBN 120970)
   Ethan B. Andelman (SBN 209101)
2  HOWREY SIMON ARNOLD & WHITE, LLP
   525 Market Street, Suite 3600
3  San Francisco, CA 94105
   Telephone: (415) 848-4900
4  Facsimile: (415) 848-4999

5  David A. Rammelt (Admitted *Pro Hac Vice*)
   Susan J. Greenspon (Admitted *Pro Hac Vice*)
6  KELLEY DRYE & WARREN LLP
   333 West Wacker Drive, Suite 2600
7  Chicago, IL 60606
   Telephone: (312) 857-7070
8  Facsimile: (312) 857-7095

9  Attorneys for Defendant/Counter-Plaintiff
   AMERICAN BLIND AND WALLPAPER
10 FACTORY, INC.

11                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
12

13 GOOGLE INC., a Delaware corporation,        | Case No. C 03-5340-JF (RS)

14          Plaintiff,                         | **NOTICE OF DEPOSITION OF
                                               | SERGEY BRIN**
15      v.

16 AMERICAN BLIND & WALLPAPER
   FACTORY, INC., a Delaware corporation
17 d/b/a decoratetoday.com, Inc.; and DOES 1-
   100, inclusive,
18
            Defendants.
19
   AMERICAN BLIND & WALLPAPER
20 FACTORY, INC., a Delaware corporation
   d/b/a decoratetoday.com, Inc.,
21
            Counter-Plaintiff,
22
        v.
23
   GOOGLE, INC.,
24          Counter-Defendants.

25

26

27

28

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/210454.1

1    PLEASE TAKE NOTICE THAT Defendant/Counter-Plaintiff AMERICAN

2    BLIND AND WALLPAPER FACTORY, INC., ("American Blind") by its attorneys Kelley Drye

3    & Warren LLP, will take the deposition upon oral examination of **Sergey Brin,** on August 10,

4    2006, at 9:00 a.m., continuing day-to-day until completed, at the offices of HOWREY SIMON

5    ARNOLD & WHITE, LLP, 525 Market Street, Suite 3600, San Francisco, CA 94105, (415) 848-

6    4900.

7    The deposition will be held before a Notary Public or before some other person

8    authorized by law to administer oaths and will be recorded stenographically and will also be

9    recorded by sound and visual means, including videotape and interactive real time reporting in

10    accordance with Federal Rule 30.

11

12

      Dated: June 26, 2006                              KELLEY DRYE & WARREN LLP

13

14

15

16                                              By:

17                                              David A. Rammelt
                                                Susan J. Greenspon
18                                              KELLEY DRYE & WARREN LLP
                                                333 West Wacker Drive, Suite 2600
19                                              Chicago, IL 60606
                                                Telephone:  (312) 857-7070
20                                              Facsimile:  (312) 857-7095

21                                              Robert N. Phillips
                                                Ethan B. Andelman
22                                              HOWREY SIMON ARNOLD & WHITE, LLP
                                                525 Market Street, Suite 3600
23                                              San Francisco, CA 94105
                                                Telephone:  (415) 848-4900
24                                              Facsimile:  (415) 848-4999

25                                              Attorneys for Defendant/Counter-Plaintiff
                                                AMERICAN BLIND AND WALLPAPER
26                                              FACTORY, INC.

27

28

## PROOF OF SERVICE

I am a citizen of the United States and a resident of the State of Illinois. I am employed in Cook County, State of Illinois, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is 333 W. Wacker Drive, Suite 2600, Chicago, IL 60606. On the date set forth below, I served the document(s) described below in the manner described below:

**NOTICE OF DEPOSITION OF SERGEY BRIN**

**XX**    (BY FACSIMILE) I am personally and readily familiar with the business practice of Kelley Drye & Warren, LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

Michael H. Page
Klaus H. Hamm
Ajay S. Krishnan
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111
Facsimile: (415) 397-7188

Executed on June 26, 2006, at Chicago, Illinois. I declare under penalty of perjury under the applicable laws that the above is true and correct.

_____
Caroline C. Plater

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/210454.1                                        - 3 -

# EXHIBIT D

1  Robert N. Phillips (SBN 120970)
   Ethan B. Andelman (SBN 209101)
2  HOWREY SIMON ARNOLD & WHITE, LLP
   525 Market Street, Suite 3600
3  San Francisco, CA  94105
   Telephone:  (415) 848-4900
4  Facsimile:  (415) 848-4999

5  David A. Rammelt (Admitted *Pro Hac Vice*)
   Susan J. Greenspon (Admitted *Pro Hac Vice*)
6  KELLEY DRYE & WARREN LLP
   333 West Wacker Drive, Suite 2600
7  Chicago, IL  60606
   Telephone:  (312) 857-7070
8  Facsimile:  (312) 857-7095

9  Attorneys for Defendant/Counter-Plaintiff
   AMERICAN BLIND AND WALLPAPER
10 FACTORY, INC.

11                    UNITED STATES DISTRICT COURT
12                    NORTHERN DISTRICT OF CALIFORNIA

13 GOOGLE INC., a Delaware corporation,         Case No. C 03-5340-JF (RS)

14             Plaintiff,                        **AMERICAN BLIND AND WALLPAPER**
                                                 **FACTORY INC.'S FIRST SET OF**
15       v.                                      **REQUESTS FOR ADMISSION TO**
                                                 **GOOGLE INC.**
16 AMERICAN BLIND & WALLPAPER
   FACTORY, INC., a Delaware corporation
17 d/b/a decoratetoday.com, Inc.; and DOES 1-
   100, inclusive,
18
               Defendants.
19
   AMERICAN BLIND & WALLPAPER
20 FACTORY, INC., a Delaware corporation
   d/b/a decoratetoday.com, Inc.,
21
               Counter-Plaintiff,
22
         v.
23
   GOOGLE, INC.,
24             Counter-Defendants.

25

26

27

28

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/210520.1

PROPOUNDING PARTY:    Defendant/Counter-Plaintiff American Blind and Wallpaper Factory, Inc.

RESPONDING PARTY:    Plaintiff/Counter-Defendant Google Inc.

SET NO.:    One

Pursuant to Fed. R. Civ. P. 36, defendant/counter-plaintiff American Blind and Wallpaper Factory, Inc. ("American Blind") serves the following request for admissions on plaintiff Google Inc. ("Google"). The written responses to the requests shall be served within thirty (30) days of service.

## I.    DEFINITIONS

A.    The terms "you," "your," and "Google" refer to Google Inc., its predecessors, its present and former officers, directors, employees, agents, attorneys, representatives, and other person(s) acting on its behalf.

B.    The term "American Blind" refers to American Blind and Wallpaper Factory, Inc., its predecessors, its present and former officers, directors, employees, agents, attorneys, representatives, and other person(s) acting on its behalf.

C.    The term "document" is synonymous with the definition used in Rule 34 of the Federal Rules of Civil Procedure, and shall mean each original writing and each non-identical copy thereof (whether different from the original because of any notes or otherwise) of any nature whatsoever, including all drafts thereof, in your possession, custody, or control regardless of where located and includes, but is not limited to, each letter, memorandum, communication, report, study, photograph, drawing, plan, graph, chart, data compilation of every kind, computer printout, digital recording, electronic record, summary, minute, financial statement, accounting ledger, accounting journal, accounting sheet, contract, agreement, purchase order, invoice, work sheet, diary, calendar, notice, announcement, instruction, statement, schedule, check, negotiable draft, check stub, voucher, bank statement, receipt, list, telegram, telex, teletype, telecopy, wire funds transfer application, file label, file folder or envelope, file divider, or any other means or

1    methods of recording, transcribing, disclosing, or producing any information.

2         D.    The phrase "relating to" includes concerning, alluding to, responding to,

3    relating to, connected with, commenting on, in respect of, about, regarding, discussing, showing,

4    describing, mentioning, reflecting, analyzing, touching upon, constituting and being.  A document

5    may "concern" a certain person or subject without that person or subject being the sole, or even

6    the most significant topic of that document.

7         E.    The singular shall include the plural, and the past tense shall include the

8    present tense, and vice versa.

9         F.    The words "and" and "or" shall be both conjunctive and disjunctive.

10        G.    The word "all" shall mean "any and all."

11        H.    The word "any" shall mean "any and all."

12

13        I.    The word "including" shall mean "including without limitation."

14        J.    "AdWords Program" shall mean the advertising program described by

15    Google at the Website adwords.google.com.

16        L.    "Keyword" or "Keywords" shall have the same meaning as the terms

17    "keyword" or "search query" used by Google as part of its AdWords Program.

18

19        M.    The "American Blind Marks" shall include any one of, and all of, the terms

20    American Blind and Wallpaper Factory, American Blind Factory, American Blind, American

21    Blinds, Decoratetoday, decoratetoday, and/or decoratetoday.com.

22        N.    "Trademark" or "trademarks" shall also include service marks and trade

23    names.

## II.    INSTRUCTIONS

24    In addition to the specific instructions enumerated below, the instructions set forth in Fed.

25    R. Civ. P. 36 are incorporated herein by reference.

26

27        1.    In answering this request for admission, you must (a) admit the matter, (b)

28    specifically deny the matter, or (c) set forth the legal objection which supports why you cannot

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/210520.1                          - 3 -

1    truthfully admit or deny the matter.

2        2.    If, after a reasonable and thorough investigation exercising due diligence, you are

3    unable to answer any part of this request for admission because of a lack of available information,

4    specify in full and complete detail the type of information which is claimed to be unavailable and

5    what has been done to locate that information.  In addition, specify what knowledge or belief you

6    have concerning the unanswered portion of the request for admission, set forth the facts upon

7    which such knowledge or belief is based, and identify the person who has, or is likely to have, the

8    information which is claimed to be unavailable.

9

10       3.    If, in answering this request, you claim that the request, or a definition or

11   instruction applicable thereto, is ambiguous, do not use such claim as a basis for refusing to

12   respond, but rather set forth as part of the response the language you claim is ambiguous and the

13   interpretation you have used to respond to the request.

14

15       4.    If, in answering these requests, you object to any part of the request, each part of

16   the request shall be treated separately. If an objection is made to one subpart, the remaining

17   subpart(s) shall be answered. If an objection is made on the basis that the request or subpart

18   thereof calls for information which is beyond the scope of discovery, the request or subpart

19   thereof shall be answered to the extent that it is not objectionable.

20

21                    **REQUEST FOR ADMISSIONS**

22   **Request No. 1:**  Admit that Google has produced all settlement agreements confidential

23   or otherwise between Google and any third party(s) regarding any claims arising out of Google's

24   sale of keywords as part of its AdWords Program and/or any claims that allege that Google has

25   engaged in trademark infringement, including but not limited to those arising as a result of

26   Google's sale of keywords as part of its AdWords Program.

27   **Response:**

28

1

2    **Request No. 2:** Admit that Google has produced to American Blind all responsive, non-

3    privileged documents requested in American Blind's First Set of Requests for Production of

4    Documents and Things from Google.

5

6    **Response:**

7

8    **Request No. 3:** Admit that, as of the date of answering this request, Google continues to

9    sell keywords as part of its AdWords Program that incorporate the American Blind Marks.

10    **Response:**

11

12    Dated: June 28, 2006

13                                            KELLEY DRYE & WARREN LLP

14

15

16

17    By: _____

18    David A. Rammelt
      Susan J. Greenspon
19    KELLEY DRYE & WARREN LLP
      333 West Wacker Drive, Suite 2600
20    Chicago, IL 60606
      Telephone: (312) 857-7070
21    Facsimile: (312) 857-7095

22    Robert N. Phillips
      Ethan B. Andelman
23    HOWREY SIMON ARNOLD & WHITE, LLP
      525 Market Street, Suite 3600
24    San Francisco, CA 94105
      Telephone: (415) 848-4900
25    Facsimile: (415) 848-4999

26    Attorneys for Defendant/Counter-Plaintiff
      AMERICAN BLIND AND WALLPAPER
27    FACTORY, INC.

28

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/210520.1                          - 5 -

## PROOF OF SERVICE

I am a citizen of the United States and a resident of the State of Illinois. I am employed in Cook County, State of Illinois, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is 333 W. Wacker Drive, Suite 2600, Chicago, IL 60606. On the date set forth below, I served the document(s) described below in the manner described below:

## NOTICE OF DEPOSITION AND DOCUMENT REQUESTS

**XX**    (BY FACSIMILE) I am personally and readily familiar with the business practice of Kelley Drye & Warren, LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

Michael H. Page
Klaus H. Hamm
Ajay S. Krishnan
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111
Facsimile: (415) 397-7188

Executed on June 28, 2006, at Chicago, Illinois. I declare under penalty of perjury under the applicable laws that the above is true and correct.

_____
Caroline C. Plater

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/210520.1

- 6 -

# EXHIBIT E

**KELLEY DRYE & WARREN** LLP

A LIMITED LIABILITY PARTNERSHIP

333 WEST WACKER DRIVE

SUITE 2600

CHICAGO, ILLINOIS 60606

——

(312) 857-7070

NEW YORK, NY

WASHINGTON, DC

TYSONS CORNER, VA

STAMFORD, CT

PARSIPPANY, NJ

——

BRUSSELS, BELGIUM

——

AFFILIATE OFFICES
JAKARTA, INDONESIA
MUMBAI, INDIA

FACSIMILE

(312) 857-7095

www.kelleydrye.com

DIRECT LINE: (312) 857-7077

EMAIL: drammell@kelleydrye.com

June 30, 2006

**VIA FACSIMILE**

Klaus Hamm
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111

Re:     Google Inc. v. American Blind & Wallpaper Factory Inc.

Dear Klaus:

This is in response to your letters of June 26 and June 28, 2006, that respectively object to the deposition notices and Requests for Admission recently served on Google. Your objections are improper and I ask that you withdraw them and timely respond to American Blind's discovery.

In your letters you state that your objections are based on Judge Fogel's June 23, 2006 order that allegedly issued a limited extension of fact discovery and provided that additional discovery could only be issued with leave of court. Your interpretation of this order is not an accurate representation of what Judge Fogel stated at the hearing. Judge Fogel's June 23rd order merely extended all deadlines for an additional 60 days and does not provide any explicit limitations on depositions or other discovery. I specifically addressed the fact that American Blind would need to issue additional discovery as a result of Google's recent productions and Judge Fogel indicated that he would not address this issue, but would leave it to the parties to work out. Judge Fogel also indicated that in the event that the parties could not reach an agreement with regard to the scope of discovery, the dispute should be presented to Judge Seeborg.

Furthermore, the deposition notices and Requests for Admission are related to the initial scope of discovery in that they were generated in response to issues presented by Google in its responses to American Blind's discovery, which were received prior to the original close of fact discovery. Thus, your objections as to scope are improper.

CH01/RAMMD/210689.2

KELLEY DRYE & WARREN LLP

Klaus Hamm
June 30, 2006
Page Two

Please note, in addition to the notices that you received for Mr. Brin and Mr. Page, there are a number of individuals that we will need to depose between now and the close of discovery based upon the documents that Google produced and your Rule 26 disclosures. We will be sending out deposition notices for the individuals disclosed on your Rule 26 initial disclosures early next week.

Given that Mr. Page's name is identified on numerous documents that Google has produced and was identified by Ms. Karen at her deposition as being directly involved in the decisions by Google on it's trademark policies, we have every right to take Mr. Page's deposition. As an accommodation and attempt to compromise, we would be willing to not pursue taking Mr. Brin's deposition at this time if you are willing to agree to our right to take Mr. Page's deposition.

We are still waiting to hear from you as to deposition dates for Michael Kwun. In your correspondence to Carrie Plater of our office, dated June 26, 2006, you stated that you would be getting us dates for his deposition. To date we have not heard anything further from you. Since we have a relatively short time frame with many depositions to cover between now and the close of fact discovery, please let me know what dates he is available for his deposition.

If you intend to maintain your objections and do not respond to the recent discovery served on Google, we will be forced to file a motion with Judge Seeborg to address these matters. In that case, we will no doubt address Google's blatant tactic of sending out a flurry of deposition notices just before the previously set fact discovery cut off date in a transparent attempt to make sure that you would not be bound by your current attempt to limit the scope of discovery. Please respond to this letter by 5:00 p.m. CST, July 3, 2006.

Sincerely,

David A Rammelt (ccp)

David A. Rammelt

DAR:ccp

CH01/RAMMD/210689.2

# EXHIBIT F

1  KEKER & VAN NEST, LLP
   MICHAEL H. PAGE - #154913
2  MARK A. LEMLEY - #155830
   KLAUS H. HAMM - #224905
3  AJAY S. KRISHNAN - #222476
   710 Sansome Street
4  San Francisco, CA  94111-1704
   Telephone:  (415) 391-5400
5  Facsimile:  (415) 397-7188

6  Attorneys for Plaintiff and Counter Defendant
   GOOGLE INC.

7

8                      UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | GOOGLE INC., a Delaware corporation,          | Case No. C 03-5340-JF

12 |                               Plaintiff,

13 |        v.

14 | AMERICAN BLIND & WALLPAPER                     | **GOOGLE INC.'S OBJECTIONS TO**
   | FACTORY, INC., a Delaware corporation          | **NOTICE OF DEPOSITION OF LARRY**
15 | d/b/a decoratetoday.com, Inc., and DOES 1-     | **PAGE**
   | 100, inclusive,
16 |
17 |                               Defendants.

18 | AMERICAN BLIND & WALLPAPER
   | FACTORY, INC., a Delaware corporation
19 | d/b/a decoratetoday.com, Inc.,

20 |                               Counter Plaintiff,

21 |        v.

22 | GOOGLE INC., AMERICA ONLINE, INC.,
   | NETSCAPE COMMUNICATIONS
23 | CORPORATION, COMPUSERVE
   | INTERACTIVE SERVICES, INC., ASK
24 | JEEVES, INC. and EARTHLINK, INC.,

25 |                               Counter Defendant/
   |                               Third-Party Defendants.
26

27

28

1    Pursuant to Federal Rules of Civil Procedure 26 and 34 and Local Civil Rule 26, Plaintiff

2    and Counter-Defendant Google Inc. ("Google") hereby objects to American Blind & Wallpaper

3    Factory, Inc.'s ("American Blind's") Notice Of Deposition Of Larry Page as follows:

4    Google objects to this deposition notice on the ground that it is untimely. American

5    Blind served this notice in violation of the Court's June 23, 2006 Order Granting In Part

6    Defendant's Motion To Extend Case Management Deadlines and Civil Local Rule 26-2. The

7    Court's June 23, 2006 Order extended the June 27, 2006 close of fact discovery only for the

8    purpose of allowing the parties to complete the "previously established scope of discovery." As

9    for other discovery, the Court ordered that "[i]f during the remaining period of discovery a party

10   believes that additional discovery is necessary, the parties should attempt resolve [sic] the matter

11   between themselves. However, if an agreement cannot be reached, permission to conduct

12   additional discovery shall be sought from Magistrate Judge Seeborg." American Blind served

13   this deposition notice by fax on June 26, 2006. As a result, when the Court issued its June 23,

14   2006, order, the deposition of Larry Page was not within the "previously established scope of

15   discovery" and the limited extension of fact discovery does not apply to this deposition notice.

16   Moreover, American Blind served this deposition notice without first meeting and conferring

17   with Google and without seeking permission to serve it from Magistrate Judge Seeborg. As a

18   result, American Blind was not permitted to serve this deposition notice.

19   Nor does it make a difference that American Blind served this deposition notice on

20   June 26, 2006, which was the day before fact discovery closed. The notice set Mr. Page's

21   deposition for August 8, 2006. Civil Local Rule 26-2 states that "a 'discovery cut-off' is the date

22   by which all responses to written discovery are due and by which all depositions must be

23   concluded." Thus a deposition notice served the day before the discovery cut-off is untimely

24   since the deposition must necessarily take place after the discovery cut-off.

25   In the event that American Blind receives leave from the Court to serve this deposition

26   notice, Google reserves its right to make further objections to this notice and/or to seek a

27   protective order.

28

1 | Dated:  July 31, 2006

KEKER & VAN NEST, LLP

By: _____
KLAUS H. HAMM
Attorneys for Plaintiff and Counter
Defendant GOOGLE INC.

2

377972.01

1

### PROOF OF SERVICE

2

3    I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made.  I am over the age of eighteen years and not a party to the within action.  My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California  94111.

4

5    On July 31, 2006 I served the following document:

6

### GOOGLE INC.'S OBJECTIONS TO NOTICE OF DEPOSITION OF LARRY PAGE

7

8    by **FACSIMILE TRANSMISSION (IKON) AND UNITED STATES MAIL,** by placing a true and correct copy with IKON Office Solutions, the firm's in-house facsimile transmission center provider, for transmission on this date.  The transmission was reported as complete and without error.  Additionally, the original was placed in a sealed envelope addressed as shown below.  I am readily familiar with the practice of Keker & Van Nest, LLP for collection and processing of correspondence for mailing.  According to that practice, items are deposited with the United States Postal Service at San Francisco, California on that same day with postage thereon fully prepaid.  I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit.

9

10

11

12    Caroline C. Plater, Esq.            Robert N. Phillips, Esq.
     David A. Rammelt, Esq.            Howrey Simon Arnold & White, LLP
13    Kelley Drye & Warren LLP          525 Market Street, Suite 3600
     333 West Wacker Drive             San Francisco, CA  94105-2708
14    Chicago, IL  60606               *Facsimile: 415/848-4999*
     *Facsimile:  312/857-7095*

15

16    Executed on July 31, 2006 at San Francisco, California.  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

17

18

19                                    WANDA KRAWCZYK

20

21

22

23

24

25

26

27

28

377972.01

# EXHIBIT G

KEKER & VAN NEST, LLP
MICHAEL H. PAGE - #154913
MARK A. LEMLEY - #155830
KLAUS H. HAMM - #224905
AJAY S. KRISHNAN - #222476
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Plaintiff and Counter Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation,<br><br>                              Plaintiff,<br><br>        v.<br><br>AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., and DOES 1-100, inclusive,<br><br>                              Defendants. | Case No. C 03-5340-JF<br><br>**GOOGLE INC.'S OBJECTIONS TO NOTICE OF DEPOSITION OF SERGEY BRIN** |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.,<br><br>                              Counter Plaintiff,<br><br>        v.<br><br>GOOGLE INC., AMERICA ONLINE, INC., NETSCAPE COMMUNICATIONS CORPORATION, COMPUSERVE INTERACTIVE SERVICES, INC., ASK JEEVES, INC. and EARTHLINK, INC.,<br><br>                              Counter Defendant/<br>                              Third-Party Defendants. | |

1    Pursuant to Federal Rules of Civil Procedure 26 and 34 and Local Civil Rule 26, Plaintiff

2  and Counter-Defendant Google Inc. ("Google") hereby objects to American Blind & Wallpaper

3  Factory, Inc.'s ("American Blind's") Notice Of Deposition Of Sergey Brin as follows:

4    Google objects to this deposition notice on the ground that it is untimely. American

5  Blind served this notice in violation of the Court's June 23, 2006 Order Granting In Part

6  Defendant's Motion To Extend Case Management Deadlines and Civil Local Rule 26-2. The

7  Court's June 23, 2006 Order extended the June 27, 2006 close of fact discovery only for the

8  purpose of allowing the parties to complete the "previously established scope of discovery." As

9  for other discovery, the Court ordered that "[i]f during the remaining period of discovery a party

10 believes that additional discovery is necessary, the parties should attempt resolve [sic] the matter

11 between themselves. However, if an agreement cannot be reached, permission to conduct

12 additional discovery shall be sought from Magistrate Judge Seeborg." American Blind served

13 this deposition notice by fax on June 26, 2006. As a result, when the Court issued its June 23,

14 2006, order, the deposition of Sergey Brin was not within the "previously established scope of

15 discovery" and the limited extension of fact discovery does not apply to this deposition notice.

16 Moreover, American Blind served this deposition notice without first meeting and conferring

17 with Google and without seeking permission to serve it from Magistrate Judge Seeborg. As a

18 result, American Blind was not permitted to serve this deposition notice.

19    Nor does it make a difference that American Blind served this deposition notice on June

20 26, 2006, which was the day before fact discovery closed. The notice set Mr. Brin's deposition

21 for August 10, 2006. Civil Local Rule 26-2 states that "a 'discovery cut-off' is the date by which

22 all responses to written discovery are due and by which all depositions must be concluded."

23 Thus a deposition notice served the day before the discovery cut-off is untimely since the

24 deposition must necessarily take place after the discovery cut-off.

25    In the event that American Blind receives leave from the Court to serve this deposition

26 notice, Google reserves its right to make further objections to this notice and/or to seek a

27 protective order.

28

1  Dated:  July 31, 2006                          KEKER & VAN NEST, LLP

2

3

4                                            By: _____
                                                 KLAUS H. HAMM
5                                                Attorneys for Plaintiff and Counter
                                                 Defendant GOOGLE INC.
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GOOGLE'S OBJECTIONS TO NOTICE OF DEPOSITION OF SERGEY BRIN
CASE NO. C 03-5340-JF (RS)

1

## PROOF OF SERVICE

2       I am employed in the City and County of San Francisco, State of California in the office

3   of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is

4   Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

5       On July 31, 2006, I served the following document:

6   **GOOGLE INC.'S OBJECTIONS TO NOTICE OF DEPOSITION OF SERGEY BRIN**

7   by **FACSIMILE TRANSMISSION (IKON) AND UNITED STATES MAIL,** by placing a true and correct copy with IKON Office Solutions, the firm's in-house facsimile transmission

8   center provider, for transmission on this date. The transmission was reported as complete and without error. Additionally, the original was placed in a sealed envelope addressed as shown

9   below. I am readily familiar with the practice of Keker & Van Nest, LLP for collection and processing of correspondence for mailing. According to that practice, items are deposited with

10  the United States Postal Service at San Francisco, California on that same day with postage thereon fully prepaid. I am aware that, on motion of the party served, service is presumed

11  invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit.

12      Caroline C. Plater, Esq.                   Robert N. Phillips, Esq.

13  David A. Rammelt, Esq.               Howrey Simon Arnold & White, LLP
Kelley Drye & Warren LLP           525 Market Street, Suite 3600

14  333 West Wacker Drive               San Francisco, CA 94105-2708
Chicago, IL 60606                    *Facsimile: 415/848-4999*

15  *Facsimile: 312/857-7095*

16

17      Executed on July 31, 2006, at San Francisco, California. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

18

19

20  WANDA KRAWCZYK

21

22

23

24

25

26

27

28

# EXHIBIT H

1  KEKER & VAN NEST, LLP
   MICHAEL H. PAGE - #154913
2  MARK A. LEMLEY - #155830
   KLAUS H. HAMM - #224905
3  AJAY S. KRISHNAN - #222476
   710 Sansome Street
4  San Francisco, CA  94111-1704
   Telephone:  (415) 391-5400
5  Facsimile:  (415) 397-7188

6  Attorneys for Plaintiff and Counter Defendant
   GOOGLE INC.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  GOOGLE INC., a Delaware corporation,        Case No. C 03-5340-JF

12                            Plaintiff,

13         v.

14                                              **GOOGLE INC.'S OBJECTIONS TO**
    AMERICAN BLIND & WALLPAPER              **AMERICAN BLIND AND WALLPAPER**
15  FACTORY, INC., a Delaware corporation       **FACTORY INC.'S [SIC] FIRST SET OF**
    d/b/a decoratetoday.com, Inc., and DOES 1-  **REQUESTS FOR ADMISSION TO**
16  100, inclusive,                             **GOOGLE INC.**

17                            Defendants.

18  AMERICAN BLIND & WALLPAPER
    FACTORY, INC., a Delaware corporation
19  d/b/a decoratetoday.com, Inc.,

20                            Counter Plaintiff,

21         v.

22  GOOGLE INC., AMERICA ONLINE, INC.,
    NETSCAPE COMMUNICATIONS
23  CORPORATION, COMPUSERVE
    INTERACTIVE SERVICES, INC., ASK
24  JEEVES, INC. and EARTHLINK, INC.,

25                            Counter Defendant/
                              Third-Party Defendants.

26

27

28

       GOOGLE'S OBJECTIONS TO AMERICAN BLIND'S FIRST SET OF REQUESTS FOR ADMISSIONS
                              CASE NO. C 03-5340-JF (RS)

1    Pursuant to Federal Rules of Civil Procedure 26 and 36 and Local Civil Rule 26, Plaintiff

2  and Counter-Defendant Google Inc. ("Google") hereby objects to American Blind and Wallpaper

3  Factory Inc.'s ("American Blind's") First Set Of Requests For Admission To Google as follows:

4    Google objects to these requests for admissions on the ground that they are untimely.

5  American Blind served these requests for admissions in violation of the Court's June 23, 2006

6  Order Granting In Part Defendant's Motion To Extend Case Management Deadlines.  The

7  Court's June 23, 2006 Order extended the June 27, 2006 close of fact discovery only for the

8  purpose of allowing the parties "to complete discovery that is within the previously established

9  scope of discovery."  As for other discovery, the Court ordered that "[i]f during the remaining

10  period of discovery a party believes that additional discovery is necessary, the parties should

11  attempt resolve [sic] the matter between themselves. However, if an agreement cannot be

12  reached, permission to conduct additional discovery shall be sought from Magistrate Judge

13  Seeborg."  American Blind served these requests for admissions by fax on June 28, 2006, after

14  the close of fact discovery, without first meeting and conferring with Google and without

15  seeking permission to conduct additional discovery from Magistrate Judge Seeborg.  As a result,

16  American Blind was not permitted to serve these requests for admissions.  Google reserves its

17  right to make all other objections in the event American Blind receives leave from the Court to

18  serve these requests for admissions.

19  Dated:  July 31, 2006                          KEKER & VAN NEST, LLP

20

21

22                                                      By: _____

23                                                      KLAUS H. HAMM
                                                        Attorneys for Plaintiff and Counter
                                                        Defendant GOOGLE INC.

24

25

26

27

28

**1**

377971.01

1

## PROOF OF SERVICE

2

    I am employed in the City and County of San Francisco, State of California in the office
3 of a member of the bar of this court at whose direction the following service was made. I am
over the age of eighteen years and not a party to the within action. My business address is
4 Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

5

    On July 31, 2006, I served the following document:

6

### GOOGLE INC.'S OBJECTIONS TO AMERICAN BLIND AND
7 ### WALLPAPER FACTORY INC.'S [SIC] FIRST SET OF
### REQUESTS FOR ADMISSION TO GOOGLE INC.

8

by **FACSIMILE TRANSMISSION (IKON) AND UNITED STATES MAIL**, by placing a true and correct copy
9 with IKON Office Solutions, the firm's in-house facsimile transmission center provider, for transmission on this
date. The transmission was reported as complete and without error. Additionally, the original was placed in a
10 sealed envelope addressed as shown below. I am readily familiar with the practice of Keker & Van Nest, LLP for
collection and processing of correspondence for mailing. According to that practice, items are deposited with the
United States Postal Service at San Francisco, California on that same day with postage thereon fully prepaid. I am
11 aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or the postage
meter date is more than one day after the date of deposit for mailing stated in this affidavit.

12

13 Caroline C. Plater, Esq.                    Robert N. Phillips, Esq.
David A. Rammelt, Esq.              Howrey Simon Arnold & White, LLP
14 Kelley Drye & Warren LLP          525 Market Street, Suite 3600
333 West Wacker Drive             San Francisco, CA 94105-2708
Chicago, IL 60606                 *Facsimile: 415/848-4999*
15 *Facsimile: 312/857-7095*

16

17     Executed on July 31, 2006, at San Francisco, California. I declare under penalty of
perjury under the laws of the State of California that the above is true and correct.

18

19

20                         WANDA KRAWCZYK

21

22

23

24

25

26

27

28

# EXHIBIT I

1  Robert N. Phillips (SBN 120970)
   Ethan B. Andelman (SBN 209101)
2  HOWREY SIMON ARNOLD & WHITE, LLP
   525 Market Street, Suite 3600
3  San Francisco, CA 94105
   Telephone: (415) 848-4900
4  Facsimile: (415) 848-4999

5  David A. Rammelt (Admitted *Pro Hac Vice*)
   Susan J. Greenspon (Admitted *Pro Hac Vice*)
6  KELLEY DRYE & WARREN LLP
   333 West Wacker Drive, Suite 2600
7  Chicago, IL 60606
   Telephone: (312) 857-7070
8  Facsimile: (312) 857-7095

9  Attorneys for Defendant/Counter-Plaintiff
   AMERICAN BLIND AND WALLPAPER
10 FACTORY, INC.

11              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
12

13 GOOGLE INC., a Delaware corporation,        Case No. C 03-5340-JF (RS)

                Plaintiff,                      **NOTICE OF DEPOSITION OF**
14                                              **BRITTON MAUCHLINE PICCIOLINI**

15              v.

16 AMERICAN BLIND & WALLPAPER
   FACTORY, INC., a Delaware corporation
17 d/b/a decoratetoday.com, Inc.; and DOES 1-
   100, inclusive,
18
                Defendants.
19
   AMERICAN BLIND & WALLPAPER
20 FACTORY, INC., a Delaware corporation
   d/b/a decoratetoday.com, Inc.,
21
                Counter-Plaintiff,
22
                v.
23
   GOOGLE, INC.,
24              Counter-Defendants.

25

26

27

28

CH01/PLATC/211760.1

1    PLEASE TAKE NOTICE THAT Defendant/Counter-Plaintiff AMERICAN

2   BLIND AND WALLPAPER FACTORY, INC., ("American Blind") by its attorneys Kelley Drye

3   & Warren LLP, will take the deposition upon oral examination of **Britton Mauchline Picciolini**,

4   on August 21, 2006, at 9:00 a.m., continuing day-to-day until completed, at the offices of

5   HOWREY SIMON ARNOLD & WHITE, LLP, 525 Market Street, Suite 3600, San Francisco,

6   CA 94105, (415) 848-4900.

7    The deposition will be held before a Notary Public or before some other person

8   authorized by law to administer oaths and will be recorded stenographically in accordance with

9   Federal Rule 30.

10

Dated: August 7, 2006                          KELLEY DRYE & WARREN LLP

11

12

13

14                                          By: _____

15                                          David A. Rammelt
                                            Susan J. Greenspon
16                                          KELLEY DRYE & WARREN LLP
                                            333 West Wacker Drive, Suite 2600
17                                          Chicago, IL  60606
                                            Telephone:  (312) 857-7070
18                                          Facsimile:  (312) 857-7095

19                                          Robert N. Phillips
                                            Ethan B. Andelman
20                                          HOWREY SIMON ARNOLD & WHITE, LLP
                                            525 Market Street, Suite 3600
21                                          San Francisco, CA  94105
                                            Telephone:  (415) 848-4900
22                                          Facsimile:  (415) 848-4999

23                                          Attorneys for Defendant/Counter-Plaintiff
                                            AMERICAN BLIND AND WALLPAPER
24                                          FACTORY, INC.

25

26

27

28

1

## PROOF OF SERVICE

2      I am a citizen of the United States and a resident of the State of Illinois. I am employed in

3    Cook County, State of Illinois, in the office of a member of the bar of this Court, at whose
direction the service was made. I am over the age of eighteen years, and not a party to the within

4    action, My business address is 333 W. Wacker Drive, Suite 2600, Chicago, IL 60606. On the
date set forth below, I served the document(s) described below in the manner described below:

5

6      **NOTICE OF DEPOSITION OF BRITTON MAUCHLINE PICCIOLINI**

7      **XX**    (BY FACSIMILE) I am personally and readily familiar with the business practice
of Kelley Drye & Warren, LLP for collection and processing of document(s) to be

8       transmitted by facsimile and I caused such document(s) on this date to be transmitted by
facsimile to the offices of addressee(s) at the numbers listed below.

9

10   Michael H. Page
Klaus H. Hamm

11   Ajay S. Krishnan
Keker & Van Nest, LLP

12   710 Sansome Street
San Francisco, CA 94111

13   Facsimile: (415) 397-7188

14

15       Executed on August 7, 2006, at Chicago, Illinois. I declare under penalty of
perjury under the applicable laws that the above is true and correct.

16

17

18   _____
Caroline C. Plater

19

20

21

22

23

24

25

26

27

28

# EXHIBIT J

1  Robert N. Phillips (SBN 120970)
   Ethan B. Andelman (SBN 209101)
2  HOWREY SIMON ARNOLD & WHITE, LLP
   525 Market Street, Suite 3600
3  San Francisco, CA 94105
   Telephone: (415) 848-4900
4  Facsimile: (415) 848-4999

5  David A. Rammelt (Admitted *Pro Hac Vice*)
   Susan J. Greenspon (Admitted *Pro Hac Vice*)
6  KELLEY DRYE & WARREN LLP
   333 West Wacker Drive, Suite 2600
7  Chicago, IL 60606
   Telephone: (312) 857-7070
8  Facsimile: (312) 857-7095

9  Attorneys for Defendant/Counter-Plaintiff
   AMERICAN BLIND AND WALLPAPER
10 FACTORY, INC.

11              UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
12

13 GOOGLE INC., a Delaware corporation,        Case No. C 03-5340-JF (RS)

14          Plaintiff,                           **NOTICE OF DEPOSITION OF**
                                                 **JESSICA BLUETT**
15      v.

16 AMERICAN BLIND & WALLPAPER
   FACTORY, INC., a Delaware corporation
17 d/b/a decoratetoday.com, Inc.; and DOES 1-
   100, inclusive,
18
            Defendants.
19
   AMERICAN BLIND & WALLPAPER
20 FACTORY, INC., a Delaware corporation
   d/b/a decoratetoday.com, Inc.,
21
            Counter-Plaintiff,
22
        v.
23
   GOOGLE, INC.,
24          Counter-Defendants.

25

26

27

28

CH01/PLATC/211762.1

1        PLEASE TAKE NOTICE THAT Defendant/Counter-Plaintiff AMERICAN

2   BLIND AND WALLPAPER FACTORY, INC., ("American Blind") by its attorneys Kelley Drye

3   & Warren LLP, will take the deposition upon oral examination of **Jessica Bluett**, on August 22,

4   2006, at 9:00 a.m., continuing day-to-day until completed, at the offices of HOWREY SIMON

5   ARNOLD & WHITE, LLP, 525 Market Street, Suite 3600, San Francisco, CA 94105, (415) 848-

6   4900.

7        The deposition will be held before a Notary Public or before some other person

8   authorized by law to administer oaths and will be recorded stenographically in accordance with

9   Federal Rule 30.

10   Dated: August 7, 2006                KELLEY DRYE & WARREN LLP

11

12

13

14   By: _____

15   David A. Rammelt
16   Susan J. Greenspon
    KELLEY DRYE & WARREN LLP
17   333 West Wacker Drive, Suite 2600
    Chicago, IL 60606
18   Telephone: (312) 857-7070
    Facsimile: (312) 857-7095

19   Robert N. Phillips
20   Ethan B. Andelman
    HOWREY SIMON ARNOLD & WHITE, LLP
21   525 Market Street, Suite 3600
    San Francisco, CA 94105
22   Telephone: (415) 848-4900
    Facsimile: (415) 848-4999

23   Attorneys for Defendant/Counter-Plaintiff
    AMERICAN BLIND AND WALLPAPER
24   FACTORY, INC.

25

26

27

28

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/211762.1             - 2 -

# PROOF OF SERVICE

I am a citizen of the United States and a resident of the State of Illinois. I am employed in Cook County, State of Illinois, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action, My business address is 333 W. Wacker Drive, Suite 2600, Chicago, IL 60606. On the date set forth below, I served the document(s) described below in the manner described below:

## NOTICE OF DEPOSITION OF JESSICA BLUETT

**XX**    (BY FACSIMILE) I am personally and readily familiar with the business practice of Kelley Drye & Warren, LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

Michael H. Page
Klaus H. Hamm
Ajay S. Krishnan
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111
Facsimile: (415) 397-7188

Executed on August 7, 2006, at Chicago, Illinois. I declare under penalty of perjury under the applicable laws that the above is true and correct.

_Caroline C. Plater_
Caroline C. Plater

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/211762.1                              - 3 -

# EXHIBIT K

1  Robert N. Phillips (SBN 120970)
   Ethan B. Andelman (SBN 209101)
2  HOWREY SIMON ARNOLD & WHITE, LLP
   525 Market Street, Suite 3600
3  San Francisco, CA 94105
   Telephone: (415) 848-4900
4  Facsimile: (415) 848-4999

5  David A. Rammelt (Admitted *Pro Hac Vice*)
   Susan J. Greenspon (Admitted *Pro Hac Vice*)
6  KELLEY DRYE & WARREN LLP
   333 West Wacker Drive, Suite 2600
7  Chicago, IL 60606
   Telephone: (312) 857-7070
8  Facsimile: (312) 857-7095

9  Attorneys for Defendant/Counter-Plaintiff
   AMERICAN BLIND AND WALLPAPER
10 FACTORY, INC.

11                 UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
12

13 GOOGLE INC., a Delaware corporation,        Case No. C 03-5340-JF (RS)

14        Plaintiff,                            **NOTICE OF DEPOSITION OF
                                                JANE BUTLER**
15        v.

16 AMERICAN BLIND & WALLPAPER
   FACTORY, INC., a Delaware corporation
17 d/b/a decoratetoday.com, Inc.; and DOES 1-
   100, inclusive,
18
          Defendants.
19
   AMERICAN BLIND & WALLPAPER
20 FACTORY, INC., a Delaware corporation
   d/b/a decoratetoday.com, Inc.,
21
          Counter-Plaintiff,
22
          v.
23
   GOOGLE, INC.,
24                Counter-Defendants.

25

26

27

28

1      PLEASE TAKE NOTICE THAT Defendant/Counter-Plaintiff AMERICAN

2  BLIND AND WALLPAPER FACTORY, INC., ("American Blind") by its attorneys Kelley Drye

3  & Warren LLP, will take the deposition upon oral examination of **Jane Butler**, on August 23,

4  2006, at 9:00 a.m., continuing day-to-day until completed, at the offices of HOWREY SIMON

5  ARNOLD & WHITE, LLP, 525 Market Street, Suite 3600, San Francisco, CA 94105, (415) 848-

6  4900.

7      The deposition will be held before a Notary Public or before some other person

8  authorized by law to administer oaths and will be recorded stenographically in accordance with

9  Federal Rule 30.

10

11  Dated: August 7, 2006                    KELLEY DRYE & WARREN LLP

12

13

14  By: _____

15  David A. Rammelt
    Susan J. Greenspon
16  KELLEY DRYE & WARREN LLP
    333 West Wacker Drive, Suite 2600
17  Chicago, IL 60606
    Telephone:  (312) 857-7070
18  Facsimile:  (312) 857-7095

19  Robert N. Phillips
    Ethan B. Andelman
20  HOWREY SIMON ARNOLD & WHITE, LLP
    525 Market Street, Suite 3600
21  San Francisco, CA 94105
    Telephone:  (415) 848-4900
22  Facsimile:  (415) 848-4999

23  Attorneys for Defendant/Counter-Plaintiff
    AMERICAN BLIND AND WALLPAPER
24  FACTORY, INC.

25

26

27

28

KELLEY DRYE &
WARREN LLP
333 West Wacker Drive
Suite 2600
Chicago, IL 60606

CH01/PLATC/211763.1                         - 2 -

1

## PROOF OF SERVICE

2      I am a citizen of the United States and a resident of the State of Illinois. I am employed in
Cook County, State of Illinois, in the office of a member of the bar of this Court, at whose
3    direction the service was made. I am over the age of eighteen years, and not a party to the within
action, My business address is 333 W. Wacker Drive, Suite 2600, Chicago, IL 60606. On the
4    date set forth below, I served the document(s) described below in the manner described below:

5

### NOTICE OF DEPOSITION OF JANE BUTLER

6

7      **XX**    (BY FACSIMILE) I am personally and readily familiar with the business practice
of Kelley Drye & Warren, LLP for collection and processing of document(s) to be
8    transmitted by facsimile and I caused such document(s) on this date to be transmitted by
facsimile to the offices of addressee(s) at the numbers listed below.
9

10    Michael H. Page
Klaus H. Hamm
11    Ajay S. Krishnan
Keker & Van Nest, LLP
12    710 Sansome Street
San Francisco, CA 94111
13    Facsimile: (415) 397-7188

14

15      Executed on August 7, 2006, at Chicago, Illinois. I declare under penalty of
perjury under the applicable laws that the above is true and correct.
16

17

18    _____
Caroline C. Plater
19

20

21

22

23

24

25

26

27

28

# EXHIBIT L

1     Robert N. Phillips (SBN 120970)
      Ethan B. Andelman (SBN 209101)
2     HOWREY SIMON ARNOLD & WHITE, LLP
      525 Market Street, Suite 3600
3     San Francisco, CA 94105
      Telephone: (415) 848-4900
4     Facsimile: (415) 848-4999

5     David A. Rammelt (Admitted *Pro Hac Vice*)
      Susan J. Greenspon (Admitted *Pro Hac Vice*)
6     KELLEY DRYE & WARREN LLP
      333 West Wacker Drive, Suite 2600
7     Chicago, IL 60606
      Telephone: (312) 857-7070
8     Facsimile: (312) 857-7095

9     Attorneys for Defendant/Counter-Plaintiff
      AMERICAN BLIND AND WALLPAPER
10    FACTORY, INC.

11               UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13    GOOGLE INC., a Delaware corporation,        Case No. C 03-5340-JF (RS)

14            Plaintiff,                 **NOTICE OF DEPOSITION OF**
                                        **RICK STEELE**
15             v.

                                      Date: August 23, 2006
16    AMERICAN BLIND & WALLPAPER          Time: 9:00 a.m.
      FACTORY, INC., a Delaware corporation    Location:
17    d/b/a decoratetoday.com, Inc.; and DOES 1-
      100, inclusive,
18
            Defendants.
19
      AMERICAN BLIND & WALLPAPER
20    FACTORY, INC., a Delaware corporation
      d/b/a decoratetoday.com, Inc.,
21
            Counter-Plaintiff,
22
            v.
23
      GOOGLE, INC.,
24             Counter-Defendants.

25

26

27

28

1    PLEASE TAKE NOTICE THAT Defendant/Counter-Plaintiff AMERICAN

2    BLIND AND WALLPAPER FACTORY, INC., ("American Blind") by its attorneys Kelley Drye

3    & Warren LLP, will take the deposition upon oral examination of **Rick Steele**, on August 23,

4    2006, at 9:00 a.m., continuing day-to-day until completed, at the Holiday Inn, 1600 S. Country

5    Club Drive, Mesa, AZ 85210, (480) 964-7000.

6      The deposition will be held before a Notary Public or before some other person

7    authorized by law to administer oaths and will be recorded stenographically in accordance with

8    Federal Rule 30.

9

10   Dated: August 7, 2006       KELLEY DRYE & WARREN LLP

11

12

13   By: _____

14   David A. Rammelt

15   Susan J. Greenspon
  KELLEY DRYE & WARREN LLP

16   333 West Wacker Drive, Suite 2600
  Chicago, IL 60606

17   Telephone: (312) 857-7070
  Facsimile:  (312) 857-7095

18   Robert N. Phillips

19   Ethan B. Andelman
  HOWREY SIMON ARNOLD & WHITE, LLP

20   525 Market Street, Suite 3600
  San Francisco, CA 94105

21   Telephone: (415) 848-4900
  Facsimile:  (415) 848-4999

22   Attorneys for Defendant/Counter-Plaintiff

23   AMERICAN BLIND AND WALLPAPER
  FACTORY, INC.

24

25

26

27

28

1

## PROOF OF SERVICE

2

I am a citizen of the United States and a resident of the State of Illinois. I am employed in
Cook County, State of Illinois, in the office of a member of the bar of this Court, at whose
direction the service was made. I am over the age of eighteen years, and not a party to the within
action, My business address is 333 W. Wacker Drive, Suite 2600, Chicago, IL 60606. On the
date set forth below, I served the document(s) described below in the manner described below:

3

4

5

### SUBPOENA and NOTICE OF DEPOSITION OF RICK STEELE

6

7

XX    (BY FACSIMILE) I am personally and readily familiar with the business practice
of Kelley Drye & Warren, LLP for collection and processing of document(s) to be
transmitted by facsimile and I caused such document(s) on this date to be transmitted by
facsimile to the offices of addressee(s) at the numbers listed below.

8

9

10  Michael H. Page
    Klaus H. Hamm
11  Ajay S. Krishnan
    Keker & Van Nest, LLP
12  710 Sansome Street
    San Francisco, CA 94111
13  Facsimile: (415) 397-7188

14

15         Executed on August 7, 2006, at Chicago, Illinois. I declare under penalty of
    perjury under the applicable laws that the above is true and correct.

16

17

18  _Caroline C. Plater_ (signature)
    _____

19  Caroline C. Plater

20

21

22

23

24

25

26

27

28

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/211796.1                                    - 3 -