KEKER & VAN NEST, LLP
MICHAEL H. PAGE - #154913
MARK A. LEMLEY - #155830
KLAUS H. HAMM - #224905
AJAY S. KRISHNAN - #222476
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff and Counter Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation,<br><br>   Plaintiff,<br><br>   v.<br><br>AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., and DOES 1-100, inclusive,<br><br>   Defendants. | Case No. C 03-5340-JF (RS)<br><br>**DECLARATION OF AJAY S. KRISHNAN IN SUPPORT OF GOOGLE INC.'S OPPOSITION TO AMERICAN BLIND AND WALLPAPER FACTORY, INC.'S MOTION TO COMPEL GOOGLE TO RESPOND TO DISCOVERY TIMELY SERVED GIVEN THE CURRENT CUTOFF DATE OF AUGUST 26, 2006**<br><br>Date:  September 6, 2006<br>Time:  9:30 am<br>Dept:  4<br>Judge: Hon. Richard Seeborg<br><br>Date Comp. Filed:  November 26, 2003<br><br>Trial Date: May 15, 2007 |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.,<br><br>   Counter Plaintiff,<br><br>   v.<br><br>GOOGLE INC.,<br><br>   Counter Defendant. | |

378891.01

DECLARATION OF AJAY S. KRISHNAN IN SUPPORT OF GOOGLE INC.'S OPPOSITION TO AMERICAN BLIND AND WALLPAPER FACTORY, INC.'S MOTION TO COMPEL GOOGLE TO RESPOND TO DISCOVERY TIMELY SERVED GIVEN THE CURRENT CUTOFF DATE OF AUGUST 26, 2006
CASE NO. C 03-5340-JF (RS)

1  I, Ajay S. Krishnan, declare as follows:

2  1.  I am an attorney duly licensed to practice before this Court and an associate at the
3  law firm of Keker & Van Nest LLP in San Francisco. I represent plaintiff and counter-defendant
4  Google Inc. ("Google") in the above-captioned litigation. I have knowledge of the facts set forth
5  herein, and if called to testify as a witness thereto, could do so competently under oath.

6  2.  On June 22, 2006, I took the deposition of William Smith in Detroit, Michigan.
7  Paul Garrity, counsel for American Blind, attended the deposition.

9  I declare under penalty of perjury under the laws of the United States of America that the
10  foregoing is true and correct.

11  Executed this 16th day of August, 2006, in San Francisco, California.

      /s/  Ajay Krishnan
      AJAY S. KRISHNAN

---

1

DECLARATION OF AJAY S. KRISHNAN IN SUPPORT OF GOOGLE INC.'S OPPOSITION TO AMERICAN BLIND AND WALLPAPER FACTORY, INC.'S MOTION TO COMPEL GOOGLE TO RESPOND TO DISCOVERY TIMELY SERVED GIVEN THE CURRENT CUTOFF DATE OF AUGUST 26, 2006S
CASE NO. C 03-5340-JF (RS)

378891.01