KEKER & VAN NEST, LLP
MICHAEL H. PAGE - #154913
MARK A. LEMLEY - #155830
KLAUS H. HAMM - #224905
AJAY S. KRISHNAN - #222476
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff and Counter Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation,<br><br>                      Plaintiff,<br><br>    v.<br><br>AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., and DOES 1-100, inclusive,<br><br>                      Defendants.<br><br>AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.,<br><br>                      Counter Plaintiff,<br><br>    v.<br><br>GOOGLE INC., AMERICA ONLINE, INC., NETSCAPE COMMUNICATIONS CORPORATION, COMPUSERVE INTERACTIVE SERVICES, INC., ASK JEEVES, INC. and EARTHLINK, INC.,<br><br>                      Counter Defendant/<br>                      Third-Party Defendants. | Case No. C 03-5340-JF (RS)<br><br>**NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF SEEKING AN ORDER SEALING DOCUMENTS FOR FILING IN RELATION TO GOOGLE INC.'S OPPOSITION TO AMERICAN BLIND AND WALLPAPER FACTORY, INC.'S MOTION TO COMPEL GOOGLE TO RESPOND TO DISCOVERY TIMELY SERVED GIVEN THE CURRENT CUTOFF DATE OF AUGUST 26, 2006**<br><br>Date:     September 6, 2006<br>Time:    9:30 am<br>Dept:     4<br>Judge:   Hon. Richard Seeborg<br><br>Date Comp. Filed:    November 26, 2003<br><br>Trial Date: May 15, 2007 |

378926.01

NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF SEEKING AN ORDER SEALING DOCUMENTS FOR FILING IN RELATION TO GOOGLE INC.'S OPPOSITION TO AMERICAN BLIND AND WALLPAPER FACTORY, INC.'S MOTION TO COMPEL GOOGLE TO RESPOND TO DISCOVERY TIMELY SERVED GIVEN THE CURRENT CUTOFF DATE OF AUGUST 26, 2006
CASE NO. C 03-5340-JF (RS)

Dockets.Justia.com

**NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF SEALING DOCUMENTS**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Civil Local Rules 79-5(b)-(d) and 7-11(a), Plaintiff Google Inc. ("Google") hereby gives notice to all counsel of record of its Motion for Administrative Relief Seeking an Order Sealing Documents For Filing in Relation to Google's Opposition to American Blind & Wallpaper Factory, Inc.'s Motion to Compel Google to Respond to Discovery Timely Served Given the Current Cutoff Date of August 26, 2006 ("Opposition Brief").  By way of this Administrative Motion, Google requests an order sealing: (1) certain portions of its Opposition Brief; (2) a document that was designated "Attorneys' Eyes Only" by American Blind & Wallpaper Factory, Inc. ("American Blind") pursuant to the Stipulated Protective Order signed by all parties to this litigation and approved by the Court on September 19, 2005 ("Protective Order"); and (3) documents designated by Google as "Confidential" and "Confidential Attorneys' Eyes Only" pursuant to the Protective Order.  These documents are collectively referred to as the "Confidential Documents."

Google quotes in its Opposition Brief a portion of a deposition transcript that it has designated "Attorneys' Eyes Only" pursuant to the Protective Order.  Also, Google previously has designated as "Confidential" Exhibits V and W to the Declaration of Klaus H. Hamm in Support of Google's Opposition Brief ("Hamm Declaration").  The Hamm Declaration also attaches as Exhibit Q a document that American Blind has designated as "Attorneys' Eyes Only" pursuant to the Protective Order.  For these reasons and pursuant to Local Rules 79-5(b)-(d), Google moves to file under seal (1) the unredacted copy of Google's Opposition Brief and (2) Exhibits Q, V and W to the Hamm Declaration.  Pursuant to Civil Local Rule 79-5(d), an unredacted version of Google's Opposition Brief and Exhibits Q, V, and W to the Hamm Declaration are lodged with the Clerk concurrently with this Administrative Motion.

Local Rule 79-5(d) outlines the procedure that American Blind must follow within five days of the filing of this Administrative Motion if it wishes to maintain the confidential

1

NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF SEEKING AN ORDER SEALING DOCUMENTS FOR FILING IN RELATION TO GOOGLE INC.'S OPPOSITION TO AMERICAN BLIND AND WALLPAPER FACTORY, INC.'S MOTION TO COMPEL GOOGLE TO RESPOND TO DISCOVERY TIMELY SERVED GIVEN THE CURRENT CUTOFF DATE OF AUGUST 26, 2006
CASE NO. C 03-5340-JF (RS)

378926.01

1 | designation of Exhibit Q.
2 | Respectfully submitted,
3 | Dated: August 16, 2006                KEKER & VAN NEST, LLP
4
5
6 | By:  /s/ Klaus H. Hamm
   | KLAUS H. HAMM
7 | `

2

NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF SEEKING AN ORDER SEALING DOCUMENTS FOR FILING IN RELATION TO GOOGLE'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL COMPLIANCE WITH F.R.C.P. 34(b)
CASE NO. C 03-5340-JF (EAI)

378926.01