| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | MICHAEL H. PAGE - #154913 |
| 2 | MARK A. LEMLEY - #155830 |
| | KLAUS H. HAMM - #224905 |
| 3 | 710 Sansome Street |
| | San Francisco, CA 94111-1704 |
| 4 | Telephone: (415) 391-5400 |
| | Facsimile: (415) 397-7188 |
| 5 | |
| 6 | Attorneys for Plaintiff and Counter Defendant |
| | GOOGLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GOOGLE INC., a Delaware corporation, | | Case No. C 03-5340-JF (RS) |
| | Plaintiff, | |
| v. | | **[PROPOSED] ORDER GRANTING PLAINTIFF GOOGLE INC.'S ADMINISTRATIVE MOTION TO FILE EXHIBITS Q, V AND W TO THE HAMM DECLARATION UNDER SEAL** |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., and DOES 1-100, inclusive, | | |
| | Defendants. | |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., | | |
| | Counter Plaintiff, | |
| v. | | |
| GOOGLE INC., AMERICA ONLINE, INC., NETSCAPE COMMUNICATIONS CORPORATION, COMPUSERVE INTERACTIVE SERVICES, INC., ASK JEEVES, INC. and EARTHLINK, INC., | | |
| | Counter Defendant/ Third-Party Defendants. | |

378923.01

[PROPOSED] ORDER GRANTING PLAINTIFF GOOGLE INC.'S ADMINISTRATIVE MOTION TO FILE EXHIBITS A, C AND D TO THE HAMM DECLARATION UNDER SEAL
CASE NO. C 03-5340-JF (RS)

Dockets.Justia.com

1    Pursuant to Civil Local Rule 79-5, Plaintiff Google Inc. has applied to this Court for an
2 order to file under seal an unredacted version of Google's Opposition to American Blind &
3 Wallpaper Factory, Inc.'s Motion to Compel Google to Respond to Discovery Timely Served
4 Given the Current Cutoff Date of August 26, 2006 ("Opposition Brief") and Exhibits Q, V and
5 W to the Declaration of Klaus H. Hamm in Support of Google Inc.'s Opposition to American
6 Blind & Wallpaper Factory, Inc.'s Motion to Compel Google to Respond to Discovery Timely
7 Served Given the Current Cutoff Date of August 26, 2006, filed concurrently herewith.  Google
8 has submitted the Declaration of Klaus H. Hamm in support of its motion to file under seal,
9 stating the documents lodged contain confidential information under the Protective Order in this
10 matter.

11    GOOD CAUSE HAVING BEEN SHOWN, THE COURT HEREBY ORDERS that an
12 unredacted version of the Opposition Brief and Exhibits Q, V and W to the Declaration of Klaus
13 H. Hamm in Support of Google Inc.'s Opposition to American Blind & Wallpaper Factory,
14 Inc.'s Motion to Compel Google to Respond to Discovery Timely Served Given the Current
15 Cutoff Date of August 26, 2006. Pursuant to F.R.C.P. 37(a), be filed under seal.

16    The Clerk of the court shall maintain said documents in accordance with the provisions of
17 Local Civil Rule 79-5(f).

19    IT IS SO ORDERED.

21 Dated: _____
         THE HONORABLE RICHARD SEEBORG
22       Judge of the United States District Court

378923.01

1
[PROPOSED] ORDER GRANTING PLAINTIFF GOOGLE INC.'S ADMINISTRATIVE MOTION TO FILE EXHIBITS A, C AND D TO THE HAMM DECLARATION UNDER SEAL
CASE NO. C 03-5340-JF (RS)