1  KEKER & VAN NEST, LLP
   MICHAEL H. PAGE - #154913
2  MARK A. LEMLEY - #155830
   KLAUS H. HAMM - #224905
3  AJAY S. KRISHNAN - #222476
   710 Sansome Street
4  San Francisco, CA  94111-1704
   Telephone:  (415) 391-5400
5  Facsimile:  (415) 397-7188

6  Attorneys for Plaintiff and Counter Defendant
   GOOGLE INC.
7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11

12 | GOOGLE INC., a Delaware corporation, | Case No. C 03-5340-JF (RS)
   |                                      |
13 |                      Plaintiff,      | **DECLARATION OF KLAUS H. HAMM IN SUPPORT OF GOOGLE'S MOTION FOR ADMINISTRATIVE RELIEF SEEKING AN ORDER SEALING DOCUMENTS**
14 |    v.                                |
   |                                      |
15 | AMERICAN BLIND & WALLPAPER            |
   | FACTORY, INC., a Delaware corporation |
16 | d/b/a decoratetoday.com, Inc., and DOES 1-100, inclusive, | Date:    September 6, 2006
   |                                      | Time:    9:30 am
17 |                      Defendants.     | Dept:    4
   |                                      | Judge:   Hon. Richard Seeborg
18 | AMERICAN BLIND & WALLPAPER            |
   | FACTORY, INC., a Delaware corporation | Date Comp. Filed:   November 26, 2003
19 | d/b/a decoratetoday.com, Inc.,        |
   |                                      | Trial Date: May 15, 2007
20 |                      Counter Plaintiff, |
21 |    v.                                |
22 | GOOGLE INC., AMERICA ONLINE, INC.,    |
   | NETSCAPE COMMUNICATIONS              |
23 | CORPORATION, COMPUSERVE              |
   | INTERACTIVE SERVICES, INC., ASK      |
24 | JEEVES, INC. and EARTHLINK, INC.,    |
25 |              Counter Defendant/       |
   |              Third-Party Defendants.  |

26

27

28

378924.01

DECLARATION OF KLAUS H. HAMM IN SUPPORT OF GOOGLE'S MOTION FOR ADMINISTRATIVE RELIEF
SEEKING AND ORDER SEALING DOCUMENTS
CASE NO. C 03-5340-JF (RS)

1    I, Klaus H. Hamm, declare as follows:

2    1.    I am associated with the firm of Keker & Van Nest LLP, counsel for Plaintiff Google Inc., and am admitted to practice before this Court.

2.    I make this declaration in support of Google's Motion For Administrative Relief Seeking An Order Sealing Documents. Unless otherwise stated, I know the facts stated herein of my personal knowledge and if called as a witness, I would testify competently thereto.

3.    During the course of this litigation, Google Inc. ("Google") and American Blind and Wallpaper Factory, Inc. ("American Blind") produced documents containing confidential business information.  These documents were designated "CONFIDENTIAL-ATTORNEYS' EYES ONLY" and "CONFIDENTIAL" pursuant to the Stipulated Protective Order signed by all parties to this litigation and approved by the Court on September 19, 2005 ("Protective Order"). A true and correct copy of these documents are attached as Exhibits Q, V and W to the Declaration of Klaus H. Hamm in Support of Google's Opposition to American Blind & Wallpaper Factory, Inc.'s Motion to Compel Google to Respond to Discovery Timely Served Given the Current Cutoff Date of August 26, 2006 filed concurrently herewith.

4.    Google also has designated portions of the deposition testimony of Prashant Fuloria quoted in Google's Opposition to American Blind & Wallpaper Factory, Inc.'s Motion to Compel Google to Respond to Discovery Timely Served Given the Current Cutoff Date of August 26, 2006 as "CONFIDENTIAL-ATTORNEYS' EYES ONLY" pursuant to the Stipulated Protective Order.

I state under penalty of perjury of the laws of the United States of American that the foregoing statements are true and correct and that this declaration was executed on August 16, 2006.

 /s/ Klaus H. Hamm  
KLAUS H. HAMM

378924.01

1

DECLARATION OF KLAUS H. HAMM IN SUPPORT OF GOOGLE'S MOTION FOR ADMINISTRATIVE RELIEF SEEKING AND ORDER SEALING DOCUMENTS  
CASE NO. C 03-5340-JF (RS)