1  KEKER & VAN NEST, LLP
   MICHAEL H. PAGE - #154913
2  MARK A. LEMLEY - #155830          *E-FILED 8/18/06*
   KLAUS H. HAMM - #224905
3  710 Sansome Street
   San Francisco, CA  94111-1704
4  Telephone:  (415) 391-5400
   Facsimile:  (415) 397-7188
5

6  Attorneys for Plaintiff and Counter Defendant
   GOOGLE INC.
7
                            UNITED STATES DISTRICT COURT
8
                           NORTHERN DISTRICT OF CALIFORNIA
9

10

11 GOOGLE INC., a Delaware corporation,    Case No. C 03-5340-JF (RS)

12                        Plaintiff,       **[PROPOSED] ORDER GRANTING
                                           PLAINTIFF GOOGLE INC.'S
13       v.                                ADMINISTRATIVE MOTION TO FILE
                                           EXHIBITS Q, V AND W TO THE HAMM
14 AMERICAN BLIND & WALLPAPER              DECLARATION UNDER SEAL**
   FACTORY, INC., a Delaware corporation
15 d/b/a decoratetoday.com, Inc., and DOES 1-
   100, inclusive,
16
                          Defendants.
17
   AMERICAN BLIND & WALLPAPER
18 FACTORY, INC., a Delaware corporation
   d/b/a decoratetoday.com, Inc.,
19
                       Counter Plaintiff,
20
         v.
21
   GOOGLE INC., AMERICA ONLINE, INC.,
22 NETSCAPE COMMUNICATIONS
   CORPORATION, COMPUSERVE
23 INTERACTIVE SERVICES, INC., ASK
   JEEVES, INC. and EARTHLINK, INC.,
24
                  Counter Defendant/
25             Third-Party Defendants.

26

27

28

378923.01

[PROPOSED] ORDER GRANTING PLAINTIFF GOOGLE INC.'S ADMINISTRATIVE MOTION TO FILE EXHIBITS A, C
AND D TO THE HAMM DECLARATION UNDER SEAL
CASE NO. C 03-5340-JF (RS)

Dockets.Justia.com

1   Pursuant to Civil Local Rule 79-5, Plaintiff Google Inc. has applied to this Court for an
2   order to file under seal an unredacted version of Google's Opposition to American Blind &
3   Wallpaper Factory, Inc.'s Motion to Compel Google to Respond to Discovery Timely Served
4   Given the Current Cutoff Date of August 26, 2006 ("Opposition Brief") and Exhibits Q, V and
5   W to the Declaration of Klaus H. Hamm in Support of Google Inc.'s Opposition to American
6   Blind & Wallpaper Factory, Inc.'s Motion to Compel Google to Respond to Discovery Timely
7   Served Given the Current Cutoff Date of August 26, 2006, filed concurrently herewith.  Google
8   has submitted the Declaration of Klaus H. Hamm in support of its motion to file under seal,
9   stating the documents lodged contain confidential information under the Protective Order in this
10  matter.

11  GOOD CAUSE HAVING BEEN SHOWN, THE COURT HEREBY ORDERS that an
12  unredacted version of the Opposition Brief and Exhibits Q, V and W to the Declaration of Klaus
13  H. Hamm in Support of Google Inc.'s Opposition to American Blind & Wallpaper Factory,
14  Inc.'s Motion to Compel Google to Respond to Discovery Timely Served Given the Current
15  Cutoff Date of August 26, 2006. Pursuant to F.R.C.P. 37(a), be filed under seal.

16  The Clerk of the court shall maintain said documents in accordance with the provisions of
17  Local Civil Rule 79-5(f).

19  IT IS SO ORDERED.

21  Dated: August 18, 2006

    _____
    THE HONORABLE RICHARD SEEBORG
    Judge of the United States District Court

---

1
[PROPOSED] ORDER GRANTING PLAINTIFF GOOGLE INC.'S ADMINISTRATIVE MOTION TO FILE EXHIBITS A, C AND D TO THE HAMM DECLARATION UNDER SEAL
CASE NO. C 03-5340-JF (RS)

378923.01