1  KEKER & VAN NEST, LLP
   MICHAEL H. PAGE - #154913
2  MARK A. LEMLEY - #155830
   KLAUS H. HAMM - #224905
3  710 Sansome Street
   San Francisco, CA 94111-1704
4  Telephone: (415) 391-5400
   Facsimile: (415) 397-7188
5

6  Attorneys for Plaintiff and Counterdefendant
   GOOGLE INC. and Third-Party Defendants
7  ASK JEEVES, INC. and EARTHLINK, INC.

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11 GOOGLE INC., a Delaware corporation,    | Case No. C 03-5340-JF (RS)
12                         Plaintiff,       | **PROOF OF SERVICE**
13    v.
14 AMERICAN BLIND & WALLPAPER
   FACTORY, INC., a Delaware corporation
15 d/b/a decoratetoday.com, Inc. and DOES 1-
16 100, inclusive,
17                         Defendants.

18 AMERICAN BLIND & WALLPAPER
   FACTORY, INC., a Delaware corporation
19 d/b/a decoratetoday.com, Inc.,
20                         Counter Plaintiff,
21    v.
22
23 GOOGLE INC., AMERICA ONLINE, INC.,
   NETSCAPE COMMUNICATIONS
24 CORPORATION, COMPUSERVE
   INTERACTIVE SERVICES, INC., ASK
25 JEEVES, INC., and EARTHLINK, INC.,
26                         Counter Defendants/
                           Third-Party Defendants.
27
28

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

On August 16, 2006 I served the following documents:

- **GOOGLE INC.'S OPPOSITION TO AMERICAN BLIND AND WALLPAPER FACTORY, INC.'S MOTION TO COMPEL GOOGLE TO RESPOND TO DISCOVERY TIMELY SERVED GIVEN THE CURRENT CUTOFF DATE OF AUGUST 26, 2006 [FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER]**

and

- **DECLARATION OF KLAUS HAMM IN SUPPORT OF GOOGLE INC.'S OPPOSITION TO AMERICAN BLIND AND WALLPAPER FACTORY, INC.'S MOTION TO COMPEL GOOGLE TO RESPOND TO DISCOVERY TIMELY SERVED GIVEN THE CURRENT CUTOFF DATE OF AUGUST 26, 2006 [FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER]**

by regular UNITED STATES MAIL by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Keker & Van Nest, LLP for collection and processing of correspondence for mailing. According to that practice, items are deposited with the United States Postal Service at San Francisco, California on that same day with postage thereon fully prepaid. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit.

| | |
|---|---|
| Caroline C. Plater<br>David A. Rammelt<br>Kelley Drye & Warren LLP<br>333 West Wacker Drive<br>Chicago, IL 60606 | Robert N. Phillips<br>Howrey Simon Arnold & White, LLP<br>525 Market Street, Suite 3600<br>San Francisco, CA 94105-2708 |

Executed on August 18, 2006, at San Francisco, California. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

/s/ Wanda Krawczyk
WANDA KRAWCZYK