1  Robert N. Phillips (SBN 120970)
   Ethan B. Andelman (SBN 209101)
2  HOWREY LLP
   525 Market Street, Suite 3600
3  San Francisco, CA 94105
   Telephone: (415) 848-4900
4  Facsimile: (415) 848-4999

5  David A. Rammelt (Admitted *Pro Hac Vice*)
   Susan J. Greenspon (Admitted *Pro Hac Vice*)
6  KELLEY DRYE & WARREN LLP
   333 West Wacker Drive, Suite 2600
7  Chicago, IL 60606
   Telephone: (312) 857-7070
8  Facsimile: (312) 857-7095

9  Attorneys for Defendant/Counter-Plaintiff
   AMERICAN BLIND AND WALLPAPER
10 FACTORY, INC.

11                     UNITED STATES DISTRICT COURT
                       NORTHERN DISTRICT OF CALIFORNIA
12

13 | GOOGLE INC., a Delaware corporation, | Case No. C 03-5340-JF (RS) |
   |---|---|
14 | Plaintiff, | **SUPPLEMENTAL DECLARATION OF CAROLINE C. PLATER IN SUPPORT OF DEFENDANT AMERICAN BLIND AND WALLPAPER FACTORY, INC.'S REPLY IN SUPPORT OF MOTION TO COMPEL GOOGLE TO RESPOND TO DISCOVERY TIMELY SERVED GIVEN THE CURRENT CUTOFF DATE OF AUGUST 26, 2006** |
15 | v. | |
16 | AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.; and DOES 1-100, inclusive, | |
17 | | |
18 | Defendants. | |
19 | | Date: September 6, 2006 |
20 | | Time: 9:30 a.m. |
   | | Courtroom: 4 |
   | | Hon. Richard Seeborg |
21
22 | AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., | |
23 | | |
24 | Counter-Plaintiff, | |
25 | v. | |
26 | GOOGLE, INC. | |
27 | Counter-Defendants. | |
28

DM_US\8380348.v1

Dockets.Justia.com

I, Caroline C. Plater declare as follows:

1. I am an attorney at Kelley Drye & Warren LLP, counsel of record for Defendant/Counter-Plaintiff American Blind and Wallpaper Factory, Inc. ("American Blind") in the above-captioned action. I am a member in good standing of the State Bar of Illinois. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Attached hereto as Exhibit A is a true and correct copy of the Order Granting in Part Defendant's Motion to Extend Case Management Deadlines, entered on June 23, 2006, by Judge Jeremy Fogel.

3. Attached hereto as Exhibit B is a true and correct copy of the transcript of the deposition of Rose Hagan, taken on August 10, 2006.

4. Attached hereto as Exhibit C are true and correct copies of documents produced by Google, Bates labeled GGLE0025333-GGLE0025339.

5. Attached hereto as Exhibit D is a true and correct copy of correspondence from Klaus H. Hamm to David A. Rammelt, dated June 22, 2006.

6. Attached hereto as Exhibit E is a true and correct copy of correspondence from Klaus H. Hamm to David A. Rammelt, dated August 22, 2006.


I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of August 2006, in Chicago, Illinois.


                                                                                                                  /s/ Caroline C. Plater
                                                                                                                 CAROLINE C. PLATER

DM_US\8380348.v1

I, Caroline C. Plater declare as follows:

1. I am an attorney at Kelley Drye & Warren LLP, counsel of record for Defendant/Counter-Plaintiff American Blind and Wallpaper Factory, Inc. ("American Blind") in the above-captioned action. I am a member in good standing of the State Bar of Illinois. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Attached hereto as Exhibit A is a true and correct copy of the Order Granting in Part Defendant's Motion to Extend Case Management Deadlines, entered on June 23, 2006, by Judge Jeremy Fogel.

3. Attached hereto as Exhibit B is a true and correct copy of the transcript of the deposition of Rose Hagan, taken on August 10, 2006.

4. Attached hereto as Exhibit C are true and correct copies of documents produced by Google, Bates labeled GGLE0025333-GGLE0025339.

5. Attached hereto as Exhibit D is a true and correct copy of correspondence from Klaus H. Hamm to David A. Rammelt, dated June 22, 2006.

6. Attached hereto as Exhibit E is a true and correct copy of correspondence from Klaus H. Hamm to David A. Rammelt, dated August 22, 2006.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of August 2006, in Chicago, Illinois.


                                           /s/ Caroline C. Plater
                                          CAROLINE C. PLATER

# Exhibit A

** E-filed on 6/23/06 **

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE INC.,<br><br>                Plaintiff,<br><br>    v.<br><br>AMERICAN BLIND & WALLPAPER FACTORY, INC., et al.,<br><br>                Defendants. | Case Number C 03-05340 JF (RS)<br><br>ORDER GRANTING IN PART DEFENDANT'S MOTION TO EXTEND CASE MANAGEMENT DEADLINES<br><br>[re: docket no. 109] |
| AMERICAN BLIND & WALLPAPER FACTORY, INC.,<br><br>                Counterclaimant,<br><br>    v.<br><br>GOOGLE INC.,<br><br>                Counter-Defendant. | |

American Blind & Wallpaper Factory, Inc. ("American Blind") moves to amend and extend the case management dates by ninety (90) days. Google Inc. ("Google") opposes the motion. The Court heard oral argument on June 23, 2006.

Considering the fact that American Blind underwent a change of ownership and

Case No. C 03-05340 JF (RS)
ORDER GRANTING IN PART DEFENDANT'S MOTION TO EXTEND CASE MANAGEMENT DEADLINES
(JFLC1)

1  management between April, 2006 and June, 2006, the Court concludes that an extension of the
2  case management dates is appropriate. *See* Declaration of Susan Greenspon in Support of
3  American Blind & Wallpaper, Factory Inc.'s Reply in Support of Motion to Amend and Extend
4  Case Management Order Dates. However, considering, among other things, that the instant
5  action was filed more than two and a half years ago and that American Blind has previously
6  sought and received an extension of case management dates, the Court will amend and extend the
7  case management dates by only sixty (60) days.
8      As the Court indicated to counsel during oral argument, the extension of case
9  management dates is intended only to allow the parties to complete discovery that is within the
10 previously established scope of discovery. If during the remaining period of discovery a party
11 believes that additional discovery is necessary, the parties should attempt resolve the matter
12 between themselves. However, if an agreement cannot be reached, permission to conduct
13 additional discovery shall be sought from Magistrate Judge Seeborg.
14     IT IS SO ORDERED.

DATED: June 23, 2006

                                                  JEREMY FOGEL
                                                  United States District Judge

1  This Order has been served upon the following persons:

2  Ethan B. Andelman          andelmane@howrey.com, cranmerp@howrey.com

3  Ravind Singh Grewal        rsg@kvn.com

4  Klaus Hemingway Hamm       khamm@kvn.com, efiling@kvn.com; wik@kvn.com

5  Ajay Krishnan              akrishnan@kvn.com, efiling@kvn.com; rthomas@kvn.com

6  Michael H. Page            mhp@kvn.com, efiling@kvn.com; sjr@kvn.com; nsn@kvn.com

7  Robert Nathan Phillips     phillipsr@howrey.com, cranmerp@howrey.com

8  Stephen E. Taylor          staylor@tcolaw.com, jklohonatz@tcolaw.com;
                              swexler@tcolaw.com; tnewby@tcolaw.com; jliu@tcolaw.com;
9                             cdunbar@tcolaw.com; nfreese@tcolaw.com;
                              rleffkich@tcolaw.com; gfrary@tcolaw.com
10

11  Mark A. Lemley
    Keker & Van Nest, LLP
12  710 Samsome Street
    San Francisco, CA 94111-1704
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C 03-05340 JF (RS)
ORDER GRANTING IN PART DEFENDANT'S MOTION TO EXTEND CASE MANAGEMENT DEADLINES
(JFLC1)

# Exhibit B

# "Exhibit B"

# **FILED UNDER SEAL**

**Exhibit C**

# "Exhibit C"

# **<u>FILED UNDER SEAL</u>**

# Exhibit D

CH01/PLATC/210357.1

LAW OFFICES
# KEKER & VAN NEST
LLP

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188
WWW.KVN.COM

KLAUS H. HAMM
KHAMM@KVN.COM

June 22, 2006

**VIA FEDERAL EXPRESS**

David A. Rammelt, Esq.
Kelley Drye & Warren LLP
333 West Wacker Drive
26th Floor
Chicago, IL 60606

Re: *Google Inc. v. American Blind & Wallpaper Factory, Inc.*

Dear David:

Enclosed please find Google's Supplemental Privilege Log, and Google's Redaction Log.

In reviewing the documents for the redaction log, we have determined that some previously redacted documents should be produced without redactions. These documents are enclosed and labeled Google 004507-4509, Google 005048 – 5054, and Google 005127-5128, Google 005143-5144, Google 005245-5246, Google 008640-8642, Google 12205-12206, Google39411-39414, Google 39537-39540, Google 039672-39682 and Google 039687.

Finally, please find enclosed a CD labeled GGLE005 containing documents labeled GGLE0021230-25504. GGLE0021230-21918 and GGLE 23720-25121 are documents regarding Google's trademark list and white list. GGLE21919-23719 are documents regarding a customer survey. And GGLE0025122-25504 are documents collected from Josh McFarland.

Should you have questions, please feel free to contact me.

Very truly yours,

Klaus H. Hamm

KHH:wik
Enclosures

375717.01

# Exhibit E

CH01/PLATC/210357.1

LAW OFFICES

# KEKER & VAN NEST
### LLP

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188
WWW.KVN.COM

KLAUS H. HAMM
KHAMM@KVN.COM

August 22, 2006

**VIA FACSIMILE**

David A. Rammelt, Esq.
Kelley Drye & Warren LLP
333 West Wacker Drive
26th Floor
Chicago, IL  60606

Re:  *Google Inc. v. American Blind & Wallpaper Factory, Inc.*

Dear David:

Enclosed please find Google's Supplemental Privilege Log.

Also enclosed please find documents labeled GGL005975 - GGL006028. These documents relate to a SelectBlinds.com's advertising account with Google. Google discovered these documents after Google received American Blind's deposition notice for Rick Steele.

Should you have questions, please feel free to contact me.

Very truly yours,

Klaus H. Hamm

KHH
Enclosures

379195.01