1 Robert N. Phillips (SBN 120970)
    Ethan B. Andelman (SBN 209101)
2 HOWREY, LLP
    525 Market Street, Suite 3600
3 San Francisco, CA 94105
    Telephone: (415) 848-4900
4 Facsimile: (415) 848-4999

5 David A. Rammelt (Admitted *Pro Hac Vice*)
    Susan J. Greenspon (Admitted *Pro Hac Vice*)
6 KELLEY DRYE & WARREN LLP
    333 West Wacker Drive, Suite 2600
7 Chicago, IL 60606
    Telephone: (312) 857-7070
8 Facsimile: (312) 857-7095

9 Attorneys for Defendant/Counter-Plaintiff
    AMERICAN BLIND AND WALLPAPER
10 FACTORY, INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.; and DOES 1-100, inclusive, <br><br> Defendants. | Case No. C 03-5340-JF (RS) <br><br> **NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF SEEKING AN ORDER SEALING DOCUMENTS FOR FILING IN RELATION TO DEFENDANT AMERICAN BLIND AND WALLPAPER FACTORY, INC.'S REPLY IN SUPPORT OF MOTION TO COMPEL GOOGLE TO RESPOND TO DISCOVERY TIMELY SERVED GIVEN THE CURRENT CUTOFF DATE OF AUGUST 26, 2006** <br><br> Date: September 6, 2006 <br> Time: 9:30 a.m. <br> Courtroom: 4 <br> Hon. Richard Seeborg |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., <br><br> Counter-Plaintiff, <br><br> v. <br><br> GOOGLE, INC. <br><br> Counter-Defendants. | |

DM_US\8380360.v1

1    TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Civil Local Rules 79-5(b) and 7-11(a), Defendant American Blind and Wallpaper Factory, Inc. ("American Blind") hereby gives notice to all counsel of record of its Motion for Administrative Relief Seeking an Order Sealing Documents for Filing in Relation to Defendant American Blind and Wallpaper Factory, Inc.'s Reply in Support of Motion to Compel Google to Respond to Discovery Timely Served Given the Current Discovery Cutoff of August 26, 2006 ("Reply Brief"). By way of this motion, American Blind requests an order sealing:

(a)   Certain portions of the Reply Brief that quote from a deposition transcript and certain documents produced by Google that were designated as "Attorneys' Eyes Only" pursuant to the Stipulated Protective Order entered in this case on September 19, 2005 ("Protective Order").

(b)   The deposition transcript, filed as Exhibit B to the Supplemental Declaration of Caroline C. Plater ("Plater Supplemental Declaration"), that was designated as "Attorneys' Eyes Only" pursuant to the Protective Order.

(c)   Certain documents, filed as Exhibit C to the Plater Supplemental Declaration, produced by Google, that are designated as "Confidential Attorneys' Eyes Only" pursuant to the Protective Order.

For these reasons, and pursuant to Local Rule 79-5(b), American Blind moves to file under seal the following documents: (a) an unredacted copy of the Reply Brief; (b) Exhibit B to the Plater Supplemental Declaration; (c) Exhibit C to the Plater Supplemental Declaration. Pursuant to Civil Local Rule 79-5(b), an unredacted version of American Blind's Reply Brief and Exhibits B and C to the Plater Supplemental Declaration are lodged with the Clerk concurrent with the filing of this motion.

Local Civil Rule 79-5(d) addresses the procedure that Google must follow within five days of the filing of this Administrative Motion if it wishes to maintain the confidential designation of the information lodged under seal.

- 2 -

| | |
|---|---|
| DATED:  August 23, 2006 | HOWREY, LLP |

By:   /s/ Ethan B. Andelman
ROBERT N. PHILLIPS
ETHAN B. ANDELMAN

David A. Rammelt
Susan J. Greenspon
KELLEY DRYE & WARREN LLP
333 West Wacker Drive, Suite 2600
Chicago, IL  60606

Attorneys for Defendant/Counter-Plaintiff
AMERICAN BLIND AND WALLPAPER
FACTORY, INC.

DM_US\8380360.v1