1    Robert N. Phillips (SBN 120970)
      Ethan B. Andelman (SBN 209101)
2    HOWREY LLP
      525 Market Street, Suite 3600
3    San Francisco, CA 94105
      Telephone: (415) 848-4900
4    Facsimile: (415) 848-4999

5    David A. Rammelt (Admitted *Pro Hac Vice*)
      Susan J. Greenspon (Admitted *Pro Hac Vice*)
6    KELLEY DRYE & WARREN LLP
      333 West Wacker Drive, Suite 2600
7    Chicago, IL 60606
      Telephone: (312) 857-7070
8    Facsimile: (312) 857-7095

9    Attorneys for Defendant/Counter-Plaintiff
      AMERICAN BLIND AND WALLPAPER
10   FACTORY, INC.

11                                UNITED STATES DISTRICT COURT
                             NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation, | Case No. C 03-5340-JF (RS) |
| Plaintiff, | **MANUAL FILING NOTIFICATION** |
| v. | **EXHIBITS B AND C TO SUPPLEMENTAL DECLARATION OF CAROLINE C. PLATER IN SUPPORT OF DEFENDANT AMERICAN BLIND AND WALLPAPER FACTORY, INC.'S REPLY IN SUPPORT OF MOTION TO COMPEL GOOGLE TO RESPOND TO DISCOVERY TIMELY SERVED GIVEN THE CURRENT CUTOFF DATE OF AUGUST 26, 2006** |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.; and DOES 1-100, inclusive, | |
| Defendants. | |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., | Date: September 6, 2006<br>Time: 9:30 a.m.<br>Courtroom: 4<br>Hon. Richard Seeborg |
| Counter-Plaintiff, | |
| v. | |
| GOOGLE, INC. | |
| Counter-Defendants. | |

DM_US\8380329.v1

**MANUAL FILING NOTIFICATION**

Regarding: <u>Exhibits B and C to the Supplemental Declaration of Caroline C. Platter In Support of Defendant American Blind and Wallpaper Factory, Inc.'s Reply In Support of Motion to Compel Google to Respond to Discovery Timely Served Given the Current Cutoff date of August 26, 2006</u>

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main website at http://www.cand.uscourts.gov under Frequently Asked Questions FAQ).

This filing was not efiled for the following reason:

   ___    Voluminous Document (PDF file size larger than efiling system allowances)

   ___    Unable to Scan Documents

   ___    Physical Object (description): _____

   ___    Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

   <u>X</u>    Item Under Seal

   ___    Conformance with the Judicial Conference Privacy Policy (General Order 53)

   ___    Other (description: _____

DATED: August 23, 2006

Respectfully submitted,

HOWREY LLP

By: <u>/s/  Ethan B. Andelman</u>
      Ethan B. Andelman

Attorney for Defendant/Counter-Plaintiff
AMERICAN BLIND AND WALLPAPER
FACTORY, INC.