| | |
|---|---|
| 1 | Robert N. Phillips (SBN 120970) |
| | Ethan B. Andelman (SBN 209101) |
| 2 | HOWREY LLP |
| | 525 Market Street, Suite 3600 |
| 3 | San Francisco, CA 94105 |
| | Telephone: (415) 848-4900 |
| 4 | Facsimile: (415) 848-4999 |
| 5 | David A. Rammelt (Admitted *Pro Hac Vice*) |
| | Susan J. Greenspon (Admitted *Pro Hac Vice*) |
| 6 | KELLEY DRYE & WARREN LLP |
| | 333 West Wacker Drive, Suite 2600 |
| 7 | Chicago, IL 60606 |
| | Telephone: (312) 857-7070 |
| 8 | Facsimile: (312) 857-7095 |
| 9 | Attorneys for Defendant/Counter-Plaintiff |
| | AMERICAN BLIND AND WALLPAPER |
| 10 | FACTORY, INC. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation, | Case No. C 03-5340-JF (RS) |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.; and DOES 1-100, inclusive, | |
| Defendants. | |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., | Date: September 6, 2006<br>Time: 9:30 a.m.<br>Courtroom: 4<br>Hon. Richard Seeborg |
| Counter-Plaintiff, | |
| v. | |
| GOOGLE, INC. | |
| Counter-Defendants. | |

DM_US\8380588.v1

# PROOF OF SERVICE

STATE OF CALIFORNIA   )
                      ) ss.:
COUNTY OF SAN FRANCISCO )

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 525 Market Street, Suite 3600, San Francisco, California 94105.

I served on the interested parties in said action the within:

**Defendant American Blind and Wallpaper Factory, Inc.'s Reply in Support of Motion to Compel Google to Respond to Discovery Timely Served Given the Current Cutoff Date of August 26, 2006**

**Exhibits B and C to Supplemental Declaration of Caroline C. Plater in Support of Defendant of Motion to Compel Google to Respond to Discovery Timely Served Given the Current Cutoff Date of August 26, 2006**

by causing said document to be personally served to the addressees indicated for the parties listed below via SPECIALIZED LEGAL SERVICES:

MICHAEL E. PAGE
MARK A. LEMLEY
RAVIND S. GREWAL
KEKER & VAN NEST LLP
710 SANSOME STREET
SAN FRANCISCO, CA  94111.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Executed on August 23, 2006, San Francisco, California.

| Suzanne Gagnon | /s/ Suzanne Gagnon |
|---|---|
| (Type or print name) | (Signature) |