1  Michael H. Page (#154913)
   Mark A. Lemley (#155830)
2  Klaus H. Hamm (#224905)
   Ajay S. Krishnan (#222476)
3  KEKER & VAN NEST LLP
   710 Sansome Street
4  San Francisco, CA 94111
   Telephone: (4150 391-5400
5  Facsimile: (415) 397-7188

6  Attorneys for Plaintiff/Counter-Defendant
   GOOGLE, INC.
7
   Robert N. Phillips (#120970)
8  Ethan B. Andelman (#209101)
   HOWREY, LLP
9  525 Market Street, Suite 3600
   San Francisco, CA 94105
10 Telephone: (415) 848-4900
   Facsimile: (415) 848-4999
11
   David A. Rammelt (Admitted *Pro Hac Vice*)
12 Susan J. Greenspon (Admitted *Pro Hac Vice*)
   KELLEY DRYE & WARREN LLP
13 333 West Wacker Drive, Suite 2600
   Chicago, IL 60606
14 Telephone: (312) 857-7070
   Facsimile: (312) 857-7095
15
   Attorneys for Defendant/Counter-Plaintiff
16 AMERICAN BLIND AND WALLPAPER
   FACTORY, INC.

17

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation, | Case No. C 03-5340-JF (RS) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER AMENDING CASE MANAGEMENT DATES FOR EXPERT REPORTS** |
| v. | |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.; and DOES 1-100, inclusive, | |
| Defendants. | |

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/212324.1

Dockets.Justia.com

Plaintiff/Counter-Defendant, Google Inc. ("Google") and Defendant/Counter-Plaintiff American Blind and Wallpaper Factory Inc. ("American Blind'), pursuant to Civil Local Rules 6-2 and 7-12, hereby submit the following stipulation to amend the case management dates with regard to expert reports only and request that the Court enter an Order reflecting the same.

The current expert report deadlines are as follows:

- Expert reports due: September 29, 2006.
- Rebuttal expert reports due: November 14, 2006.

The parties seek to extend the above-referenced dates by three weeks because they have a settlement meeting scheduled in this matter on September 13, 2006.  In the event that settlement is not achieved, the parties require additional time to complete their expert reports.

The proposed expert report deadlines are as follows:

- Expert reports due: October 20, 2006.
- Rebuttal expert reports due: December 5, 2006.

The trial date in this case has been extended twice before, and is now set for May 15, 2007. The proposed amendment to the case management dates only pertains to the expert report dates and will not require any additional dates to be extended, including the expert discovery cut-off date or the trial date.

Accordingly, the parties respectfully request that the Court enter their stipulation for a three week extension of all expert report deadlines.

| | | |
|---|---|---|
| 1 | Dated: August 28, 2006 | KEKER & VAN NEST, LLP |
| | | By: /s/ Michael H. Page |
| | | MICHAEL H. PAGE |
| | | Attorneys for Plaintiff/Counter-Defendant GOOGLE INC. |
| 7 | Dated: August 28, 2006 | HOWREY, LLP |
| | | By: /s/ Ethan B. Andelman |
| | | Ethan B. Andelman |
| | | David A. Rammelt |
| | | Susan J. Greenspon |
| | | KELLEY DRYE & WARREN LLP |
| | | 333 West Wacker Drive, Suite 2600 |
| | | Chicago, IL 60606 |
| | | Attorneys for Defendant/Counter-Plaintiff AMERICAN BLIND AND WALLPAPER FACTORY, INC. |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____, 2006

_____
UNITED STATES DISTRICT COURT JUDGE