1  KEKER & VAN NEST, LLP
   MICHAEL H. PAGE - #154913
2  MARK A. LEMLEY - #155830
   KLAUS H. HAMM - #224905
3  AJAY S. KRISHNAN - #222476
   710 Sansome Street
4  San Francisco, CA 94111-1704
   Telephone: (415) 391-5400
5  Facsimile: (415) 397-7188

6  Attorneys for Plaintiff and Counter Defendant
   GOOGLE INC.

7

8
                          UNITED STATES DISTRICT COURT
9
                         NORTHERN DISTRICT OF CALIFORNIA
10

11

12 | GOOGLE INC., a Delaware corporation, | Case No. C 03-5340-JF (RS)
   |                                     |
13 |                         Plaintiff,  | **RESPONSIVE DECLARATION OF KLAUS H. HAMM RE MOTION FOR ADMINISTRATIVE RELIEF SEEKING AN ORDER SEALING DOCUMENTS FOR FILING IN RELATION TO DEFENDANTS AMERICAN BLIND & WALLPAPER FACTORY, INC.'S REPLY IN SUPPORT OF MOTION TO COMPEL GOOGLE TO RESPOND TO DISCOVERY TIMELY SERVED GIVEN THE CURRENT CUTOFF DATE OF AUGUST 26, 2006**
14 |    v.                               |
   |                                     |
15 | AMERICAN BLIND & WALLPAPER          |
   | FACTORY, INC., a Delaware corporation |
16 | d/b/a decoratetoday.com, Inc., and DOES 1-100, inclusive, |
17 |                         Defendants. |
18 | AMERICAN BLIND & WALLPAPER          |
   | FACTORY, INC., a Delaware corporation |
19 | d/b/a decoratetoday.com, Inc.,      | Date:   September 6, 2006
   |                                     | Time:   9:30 am
20 |                    Counter Plaintiff,| Dept:   4
   |                                     | Judge:  Hon. Richard Seeborg
21 |    v.                               |
   |                                     | Date Comp. Filed:   November 26, 2003
22 | GOOGLE INC., AMERICA ONLINE, INC.,  |
   | NETSCAPE COMMUNICATIONS             | Trial Date: May 15, 2007
23 | CORPORATION, COMPUSERVE             |
   | INTERACTIVE SERVICES, INC., ASK     |
24 | JEEVES, INC. and EARTHLINK, INC.,   |
25 |                    Counter Defendant/|
   |                    Third-Party Defendants. |
26

27

28

378924.01

RESPONSIVE DECLARATION OF KLAUS H. HAMM RE MOTION FOR ADMINISTRATIVE RELIEF SEEKING AN ORDER SEALING DOCUMENTS FOR FILING IN RELATION TO DEFENDANTS AMERICAN BLIND & WALLPAPER FACTORY, INC.'S REPLY IN SUPPORT OF MOTION TO COMPEL GOOGLE TO RESPOND TO DISCOVERY TIMELY SERVED GIVEN THE CURRENT CUTOFF DATE OF AUGUST 26, 2006
CASE NO. C 03-5340-JF (RS)

1  I, Klaus H. Hamm, declare as follows:

2  1.  I am associated with the firm of Keker & Van Nest LLP, counsel for Plaintiff Google Inc., and am admitted to practice before this Court.

2.  I make this responsive declaration pursuant to Civil Local Rule 79-5(d) regarding the Motion For Administrative Relief Seeking An Order Sealing Documents For Filing In Relation To Defendant American Blind And Wallpaper Factory, Inc.'s Reply In Support Of Motion To Compel Google To Respond To Discovery Timely Served Given The Current Cutoff Date Of August 26, 2006 ("American Blind's Sealing Motion"). Unless otherwise stated, I know the facts stated herein of my personal knowledge and if called as a witness, I would testify competently thereto.

3.  American Blind's Motion requests an order sealing: (a) Exhibit B to the Supplemental Declaration of Caroline C. Plater ("Plater Supplemental Declaration"); (b) Exhibit C to the Plater Supplemental Declaration; and (c) portions of American Blind And Wallpaper Factory, Inc.'s Reply In Support Of Motion To Compel Google To Respond To Discovery Timely Served Given The Current Cutoff Date Of August 26, 2006 ("American Blind's Reply Brief");

4.  Exhibit B to the Plater Supplemental Declaration is the entire 211-page transcript of American Blind's August 8, 2006 deposition of Google employee Rose Hagan.  It is unclear why American Blind unnecessarily filed the entire transcript with the Court when American Blind's Reply Brief refers to only two pages from that transcript.  In any case, that transcript contains Google's confidential business information and business plans.  For example, Page 105 relates to the possibility that Google may change certain policies.

5.  Exhibit C to the Plater Supplemental Declaration likewise contains Google's confidential business information, including highly sensitive information about Google's negotiations with one of its major customers.

6.  The redacted portions of American Blind's Reply brief contains references to and quotations from Exhibits B and C of the Plater Supplemental Declaration.

I state under penalty of perjury of the laws of the United States of American that the

1

RESPONSIVE DECLARATION OF KLAUS H. HAMM RE MOTION FOR ADMINISTRATIVE RELIEF SEEKING AN ORDER SEALING DOCUMENTS FOR FILING IN RELATION TO DEFENDANTS AMERICAN BLIND & WALLPAPER FACTORY, INC.'S REPLY IN SUPPORT OF MOTION TO COMPEL GOOGLE TO RESPOND TO DISCOVERY TIMELY SERVED GIVEN THE CURRENT CUTOFF DATE OF AUGUST 26, 2006
CASE NO. C 03-5340-JF (RS)

378924.01

1  foregoing statements are true and correct and that this declaration was executed on August 28,
2  2006.

4              /s/ Klaus H. Hamm
   KLAUS H. HAMM

2
RESPONSIVE DECLARATION OF KLAUS H. HAMM RE MOTION FOR ADMINISTRATIVE RELIEF
SEEKING AN ORDER SEALING DOCUMENTS FOR FILING IN RELATION TO DEFENDANTS
AMERICAN BLIND & WALLPAPER FACTORY, INC.'S REPLY IN SUPPORT OF MOTION TO COMPEL
GOOGLE TO RESPOND TO DISCOVERY TIMELY SERVED GIVEN THE CURRENT CUTOFF DATE OF
AUGUST 26, 2006
CASE NO. C 03-5340-JF (EAI)

378924.01