1  KEKER & VAN NEST, LLP
   MICHAEL H. PAGE - #154913
2  MARK A. LEMLEY - #155830
   KLAUS H. HAMM - #224905
3  710 Sansome Street
   San Francisco, CA 94111-1704
4  Telephone: (415) 391-5400
   Facsimile: (415) 397-7188
5

6  Attorneys for Plaintiff and Counter Defendant
   GOOGLE INC.
7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9

10

11 | GOOGLE INC., a Delaware corporation,    | Case No. C 03-5340-JF (RS)
   |                                          |
12 |                          Plaintiff,      | **[PROPOSED] ORDER SEALING
   |                                          | DOCUMENTS FILED WITH
13 |   v.                                     | DEFENDANTS AMERICAN BLIND &
   |                                          | WALLPAPER FACTORY, INC.'S REPLY
14 | AMERICAN BLIND & WALLPAPER               | IN SUPPORT OF MOTION TO COMPEL
   | FACTORY, INC., a Delaware corporation    | GOOGLE TO RESPOND TO
15 | d/b/a decoratetoday.com, Inc., and DOES 1-| DISCOVERY TIMELY SERVED GIVEN
   | 100, inclusive,                          | THE CURRENT CUTOFF DATE OF
16 |                                          | AUGUST 26, 2006**
   |                        Defendants.       |

17 | AMERICAN BLIND & WALLPAPER
   | FACTORY, INC., a Delaware corporation
18 | d/b/a decoratetoday.com, Inc.,

19 |                   Counter Plaintiff,

20 |   v.

21 | GOOGLE INC., AMERICA ONLINE, INC.,
   | NETSCAPE COMMUNICATIONS
22 | CORPORATION, COMPUSERVE
   | INTERACTIVE SERVICES, INC., ASK
23 | JEEVES, INC. and EARTHLINK, INC.,

24 |            Counter Defendant/
   |           Third-Party Defendants.

25

26

27

28

---

[PROPOSED] ORDER SEALING DOCUMENTS FILED WITH DEFENDANTS AMERICAN BLIND &
WALLPAPER FACTORY, INC.'S REPLY IN SUPPORT OF MOTION TO COMPEL GOOGLE TO RESPOND
TO DISCOVERY TIMELY SERVED GIVEN THE CURRENT CUTOFF DATE OF AUGUST 26, 2006
CASE NO. C 03-5340-JF (RS)

379535.01

1  Pursuant to Civil Local Rule 79-5(d), American Blind & Wallpaper Factory, Inc. has
2 filed an Administrative Motion regarding documents designated confidential by Google Inc.
3 pursuant to the Stipulated Protective Order entered in this case.  These documents include (a)
4 Exhibit B to the Supplemental Declaration of Caroline C. Plater ("Plater Supplemental
5 Declaration"); (b) Exhibit C to the Plater Supplemental Declaration; and (c) portions of
6 American Blind And Wallpaper Factory, Inc.'s Reply In Support Of Motion To Compel Google
7 To Respond To Discovery Timely Served Given The Current Cutoff Date Of August 26, 2006
8 ("American Blind's Reply Brief").  Google has filed a Responsie Decalration of Klaus H. Hamm
9 Re Motion For Administrative Relief Seeking An Order Sealing Documents For Filing In
10 Relation To Defendant American Blind And Wallpaper Factory, Inc.'s Reply In Support Of
11 Motion To Compel Google To Respond To Discovery Timely Served Given The Current Cutoff
12 Date Of August 26, 2006 demonstrating that these documents are sealable.
13  GOOD CAUSE HAVING BEEN SHOWN, THE COURT HEREBY ORDERS that the
14 above documents remain sealed.  The Clerk of the court shall maintain said documents in
15 accordance with the provisions of Local Civil Rule 79-5(f).
16
17  IT IS SO ORDERED.
18
19 Dated: _____
     THE HONORABLE RICHARD SEEBORG
20   Judge of the United States District Court

379535.01

1

[PROPOSED] ORDER SEALING DOCUMENTS FILED WITH DEFENDANTS AMERICAN BLIND &
WALLPAPER FACTORY, INC.'S REPLY IN SUPPORT OF MOTION TO COMPEL GOOGLE TO RESPOND
TO DISCOVERY TIMELY SERVED GIVEN THE CURRENT CUTOFF DATE OF AUGUST 26, 2006
CASE NO. C 03-5340-JF (RS)