1   Michael H. Page (#154913)                          **E-filed 8/31/06**
    Mark A. Lemley (#155830)
2   Klaus H. Hamm (#224905)
    Ajay S. Krishnan (#222476)
3   KEKER & VAN NEST LLP
    710 Sansome Street
4   San Francisco, CA 94111
    Telephone: (4150 391-5400
5   Facsimile:  (415) 397-7188

6   Attorneys for Plaintiff/Counter-Defendant
    GOOGLE, INC.
7
    Robert N. Phillips (#120970)
8   Ethan B. Andelman (#209101)
    HOWREY, LLP
9   525 Market Street, Suite 3600
    San Francisco, CA  94105
10  Telephone:  (415) 848-4900
    Facsimile:   (415) 848-4999
11
    David A. Rammelt (Admitted *Pro Hac Vice*)
12  Susan J. Greenspon (Admitted *Pro Hac Vice*)
    KELLEY DRYE & WARREN LLP
13  333 West Wacker Drive, Suite 2600
    Chicago, IL  60606
14  Telephone:  (312) 857-7070
    Facsimile:  (312) 857-7095
15
    Attorneys for Defendant/Counter-Plaintiff
16  AMERICAN BLIND AND WALLPAPER
    FACTORY, INC.
17
                    UNITED STATES DISTRICT COURT
18                 NORTHERN DISTRICT OF CALIFORNIA

19  GOOGLE INC., a Delaware corporation,      | Case No. C 03-5340-JF (RS)

20          Plaintiff,                         | STIPULATION AND [PROPOSED]
                                               | ORDER AMENDING CASE
21      v.                                     | MANAGEMENT DATES FOR EXPERT
                                               | REPORTS
22  AMERICAN BLIND & WALLPAPER
23  FACTORY, INC., a Delaware corporation
    d/b/a decoratetoday.com, Inc.; and DOES 1-
24  100, inclusive,

25          Defendants.

26

27

28

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE     CH01/PLATC/212324.1
SUITE 2600
CHICAGO, IL  60606

1  Plaintiff/Counter-Defendant, Google Inc. ("Google") and Defendant/Counter-Plaintiff
2  American Blind and Wallpaper Factory Inc. ("American Blind') , pursuant to Civil Local Rules 6-
3  2 and 7-12, hereby submit the following stipulation to amend the case management dates with
4  regard to expert reports only and request that the Court enter an Order reflecting the same.
5  The current expert report deadlines are as follows:
6
7  • Expert reports due: September 29, 2006.
8  • Rebuttal expert reports due: November 14, 2006.
9  The parties seek to extend the above-referenced dates by three weeks because they have a
10 settlement meeting scheduled in this matter on September 13, 2006. In the event that settlement
11 is not achieved, the parties require additional time to complete their expert reports.
12
13 The proposed expert report deadlines are as follows:
14 • Expert reports due: October 20, 2006.
15 • Rebuttal expert reports due: December 5, 2006.
16 The trial date in this case has been extended twice before, and is now set for May 15,
17 2007. The proposed amendment to the case management dates only pertains to the expert report
18 dates and will not require any additional dates to be extended, including the expert discovery cut-
19 off date or the trial date.
20
21 Accordingly, the parties respectfully request that the Court enter their stipulation for a
22 three week extension of all expert report deadlines.
23
24
25
26
27
28

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/212324.1                                    - 2 -

1   Dated:  August 28, 2006                    KEKER & VAN NEST, LLP

2

3

4                                             By:  _____/s/ Michael H. Page_____
                                                   MICHAEL H. PAGE

5                                             Attorneys for Plaintiff/Counter-Defendant
                                              GOOGLE INC.
6

7   Dated:  August 28, 2006                    HOWREY, LLP

8

9

10                                            By:  _____/s/ Ethan B. Andelman_____
                                                   Ethan B. Andelman

11                                            David A. Rammelt
                                              Susan J. Greenspon
12                                            KELLEY DRYE & WARREN LLP
                                              333 West Wacker Drive, Suite 2600
13                                            Chicago, IL  60606

14                                            Attorneys for Defendant/Counter-Plaintiff
                                              AMERICAN BLIND AND WALLPAPER
15                                            FACTORY, INC.

16

17            PURSUANT TO STIPULATION, IT IS SO ORDERED.

18   DATED:  _8/31 _____, 2006

19

20                                   _____
                                     UNITED STATES DISTRICT COURT JUDGE

21                                             Jeremy Fogel

22

23

24

25

26

27

28

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/212324.1                          - 3 -