UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Civil Minute Order

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR:   FTR                                               DATE:   9/6/06
COURTROOM DEPUTY: MARTHA PARKER BROWN
                                                                    CASE #:   C 03-05340 JF(RS)

CASE TITLE:   GOOGLE   VS.   AMERICAN BLIND & WALLPAPER

**Appearances for Plaintiff(s)**            **Appearances for Defendant(s)**

  MICHAEL PAGE                                 DAVD RAMMELT

**TODAY'S PROCEEDINGS**

{ } SETTLEMENT CONF.   { } PRETRIAL CONF.   {X} MOTIONS LISTED BELOW:

Pltf.   Deft.   Cross Mot.
{ }     {X}    { }    1.   TO COMPEL
{ }     { }    { }    2.
{ }     { }    { }    3.
{ }     { }    { }    4.

DISPOSITION of TODAY'S PROCEEDINGS

**[ ] SETTLED     [ ] NOT SETTLED   [ ] SETTLEMENT DISCUSSIONS ONGOING**

**MOTION DISPOSITION SHOWN BELOW:**

[ ] GRANTED          [ ] DENIED          [ ] SUBMITTED          [ ] DENIED/GRANTED in part

[ ] BRIEFS TO BE FILED AS FOLLOWS:

{ } Cont'd to          @          For

**ORDER TO BE PREPARED BY:**     [ ] PLTF;   [ ] DEFT;   [ ] COURT
Additional Comments: MOTION IS ARGUED BY COUNSEL.  COURT WILL ISSUE WRITTEN ORDER.

HOURS IN SETTLEMENT:          Copies to: