1  KEKER & VAN NEST, LLP
   MICHAEL H. PAGE - #154913
2  MARK A. LEMLEY - #155830
   KLAUS H. HAMM - #224905
3  AJAY S. KRISHNAN - #222476
   710 Sansome Street
4  San Francisco, CA 94111-1704
   Telephone: (415) 391-5400
5  Facsimile: (415) 397-7188

6

7  Attorneys for Plaintiff and Counter Defendant
   GOOGLE INC.

8
                                  UNITED STATES DISTRICT COURT
9
                                  NORTHERN DISTRICT OF CALIFORNIA
10

11

| | |
|---|---|
| 12   GOOGLE INC., a Delaware corporation, | Case No. C 03-5340-JF (EAI) |
| 13                                  Plaintiff, | **COUNTER-DEFENDANT GOOGLE INC.'S NOTICE OF MOTION AND MOTION TO COMPEL COUNTER-PLAINTIFF ABWF TO SATISFY ITS OUTSTANDING DISCOVERY OBLIGATIONS** |
| 14     v. | |
| 15   AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., and DOES 1-100, inclusive, | |
| 16 | |
| 17                                 Defendants. | Date: October 18, 2006<br>Time: 9:30 a.m.<br>Courtroom: 4<br>Judge: Hon. Richard Seeborg |
| 18   AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., | |
| 19 | |
| 20                               Counter-Plaintiff, | |
| 21     v. | |
| 22   GOOGLE INC., | |
| 23                                Counter-Defendant. | |

24

25

26

27

28

379941.01

COUNTER-DEFENDANT GOOGLE INC.'S NOTICE OF MOTION AND MOTION TO COMPEL COUNTER-
PLAINTIFF ABWF TO SATISFY ITS OUTSTANDING DISCOVERY OBLIGATIONS
CASE NO. C 03-5340-JF (EAI)

1 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2     YOU ARE HEREBY GIVEN NOTICE THAT on October 25, 2006, at 9:30 a.m., or at some other date and time set by the Court, counter-defendant Google, Inc. ("Google") will and hereby does move this Court for an order to compel counter-plaintiff ABWF to satisfy its outstanding discovery obligations. This motion to compel is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, the Declaration of Ajay S. Krishnan, the Declaration of Michael H. Page, and the pleadings, papers, records and documents filed in this action, as well as any further matters that may be presented to the Court prior to its ruling on this Motion.

Dated: September 7, 2006          KEKER & VAN NEST, LLP

By:   /s/ Ajay S. Krishnan
AJAY S. KRISHNAN
Attorneys for Plaintiff and Counter Defendant
GOOGLE INC.

1
COUNTER-DEFENDANT GOOGLE INC.'S NOTICE OF MOTION AND MOTION TO COMPEL COUNTER-PLAINTIFF ABWF TO SATISFY ITS OUTSTANDING DISCOVERY OBLIGATIONS
CASE NO. C 03-5340-JF (EAI)

379941.01