KEKER & VAN NEST, LLP
MICHAEL H. PAGE - #154913
MARK A. LEMLEY - #155830
KLAUS H. HAMM - #224905
AJAY S. KRISHNAN - #222476
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Plaintiff and Counter Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation,<br><br>                       Plaintiff,<br><br>    v.<br><br>AMERICAN BLIND & WALLPAPER<br>FACTORY, INC., a Delaware corporation<br>d/b/a decoratetoday.com, Inc., and DOES 1-<br>100, inclusive,<br><br>                     Defendants.<br><hr><br>AMERICAN BLIND & WALLPAPER<br>FACTORY, INC., a Delaware corporation<br>d/b/a decoratetoday.com, Inc.,<br><br>            Counter-Plaintiff,<br><br>    v.<br><br>GOOGLE INC.,<br><br>            Counter-Defendant. | Case No. C 03-5340-JF (EAI)<br><br>**DECLARATION OF MICHAEL H. PAGE IN SUPPORT OF COUNTER-DEFENDANT GOOGLE INC.'S MOTION TO COMPEL COUNTER-PLAINTIFF ABWF TO SATISFY OUTSTANDING DISCOVERY OBLIGATIONS**<br><br>Date:       October 18, 2006<br>Time:       9:30 a.m.<br>Courtroom: 4<br>Judge:     Hon. Richard Seeborg |

DECLARATION OF MICHAEL H. PAGE IN SUPPORT OF COUNTER-DEFENDANT GOOGLE INC.'S
MOTION TO COMPEL COUNTER-PLAINTIFF ABWF TO SATISFY OUTSTANDING DISCOVERY
OBLIGATIONS
CASE NO. C 03-5340-JF (EAI)

379998.01

Dockets.Justia.com

1    I, Michael H. Page, declare as follows:

2    1.    I am an attorney duly licensed to practice before this Court and a partner at the

3    law firm of Keker & Van Nest LLP in San Francisco.  I represent Plaintiff Google Inc. in the

4    above-captioned litigation.  Unless otherwise specified, I have knowledge of the facts set forth

5    herein, and if called to testify as a witness thereto, could do so competently under oath.

6    2.    Attached hereto as **<u>EXHIBIT A</u>** is a true and correct copy of  pages 105 to 112 of

7    the deposition transcript of Jeffrey Alderman.

8    3.    On August 4, 2006, I took the deposition of Jeffrey Alderman, the Director of

9    Business Development and E-Commerce of American Blind and Wallpaper Factory ("ABWF").

10    4.    The attached Exhibit A shows the following:  Mr. Alderman testified about an

11    experiment ABWF conducted in roughly May and June of 2006.  He testified that the experiment

12    involved a 6-week prohibition on affiliate bidding on ABWF's branded keywords in search

13    engine advertising.  Mr. Alderman testified that the resulting  decline in traffic to ABWF's

14    website from its affiliates was lost to competitors, and not recouped by ABWF either through

15    ABWF's own search engine advertising or through its natural search results.  Specifically, Mr.

16    Alderman testified that he had relied on an analysis of ABWF's natural search results to draw

17    this conclusion.  During the deposition, Paul Garrity, counsel for ABWF, stated that ABWF

18    would produce the documents that Mr. Alderman relied on in drawing his conclusions about the

19    6-week affiliate bidding experiment (the "Alderman documents").

20    5.    I never heard back from Mr. Garrity about this issue.  On August 14, 2006, I

21    wrote a letter to ABWF counsel David Rammelt to inquire about the Alderman documents.  Mr.

22    Rammelt did not respond to that letter.  On August 28, I again raised the issue in a letter to Mr.

23    Rammelt.  In an August 30, 2006 letter, Mr. Rammelt  referred me to a set of documents that

24    ABWF had already produced.  After reviewing these documents, it became clear that this could

25    not have been the complete set of Alderman documents because the documents to which Mr.

26    Rammelt referred me did not include any analysis of ABWF's natural search results.  I conveyed

27    this point to Mr. Rammelt in an August 31, 2006 letter.

28

6.      On August 31, 2006, Mr. Rammelt sent me an email asking me to identify the document requests to which the Alderman documents responded.  That same day, I provided Mr. Rammelt with eight document requests that covered the Alderman documents.

7.      On September 5, 2006, Caroline Plater, an attorney for ABWF, faxed a letter to Keker & Van Nest, in which she stated that eleven pages of Alderman documents had not yet been produced.  She did not explain why these eleven pages of Alderman documents had not been produced previously.  On September 6, 2006, Ms. Plater faxed those eleven pages to Keker & Van Nest.  In her cover letter, Ms. Plater stated that these eleven pages of documents were "Coremetrics reports" for the period of June 25, 2006 to July 1, 2006.  I have reviewed those documents and am unclear as to how Mr. Alderman might have drawn the conclusions to which he testified based on those eleven pages of documents.  Additionally, these newly produced documents do not appear to include any analysis of ABWF's natural search results.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of September, 2006, in San Francisco, California.



_____/s/  Michael Page_____
MICHAEL H. PAGE

DECLARATION OF MICHAEL H. PAGE IN SUPPORT OF COUNTER-DEFENDANT GOOGLE INC.'S MOTION TO COMPEL COUNTER-PLAINTIFF ABWF TO SATISFY OUTSTANDING DISCOVERY OBLIGATIONS
CASE NO. C 03-5340-JF (EAI)

379998.01