# Exhibit E

Dockets.Justia.com

1  KEKER & VAN NEST, LLP
   MICHAEL H. PAGE - #154913
2  MARK A. LEMLEY - #155830
   KLAUS H. HAMM - #224905
3  AJAY S. KRISHNAN - #222476
   710 Sansome Street
4  San Francisco, CA 94111-1704
   Telephone: (415) 391-5400
5  Facsimile: (415) 397-7188

6  Attorneys for Plaintiff and Counterdefendant
   GOOGLE INC. and
7  Third-Party Defendants ASK JEEVES, INC.
   and EARTHLINK, INC.

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11
   GOOGLE INC., a Delaware corporation,        Case No. C 03-5340-JF (EAI)
12
                              Plaintiff,        **PLAINTIFF GOOGLE INC.'S FIRST SET**
13                                              **OF REQUESTS FOR ADMISSION TO**
          v.                                    **AMERICAN BLIND & WALLPAPER**
14                                              **FACTORY, INC.**
   AMERICAN BLIND & WALLPAPER
15 FACTORY, INC., a Delaware corporation
   d/b/a decoratetoday.com, Inc. and DOES 1-
16 100, inclusive,

17                            Defendants.

18 AMERICAN BLIND & WALLPAPER
   FACTORY, INC., a Delaware corporation
19 d/b/a decoratetoday.com, Inc.,

20                        Counter Plaintiff,

21        v.

22 GOOGLE INC., AMERICA ONLINE, INC.,
   NETSCAPE COMMUNICATIONS
23 CORPORATION, COMPUSERVE
   INTERACTIVE SERVICES, INC., ASK
24 JEEVES, INC., and EARTHLINK, INC.,

25                    Counter Defendants/
                      Third-Party Defendants.
26

27

28

366022.01

GOOGLE'S FIRST SET OF REQUESTS FOR ADMISSION TO AMERICAN BLIND & WALLPAPER
Case No. C 03-5340-JF (EAI)

1    **PROPOUNDING PARTY:**         **PLAINTIFF EARTHLINK, INC.**

2    **RESPONDING PARTY:**          **Defendant and Counter-Plaintiff AMERICAN BLIND & WALLPAPER FACTORY, INC.**

3

4    **SET NO.:**                   **ONE**

5           Pursuant to Rule 36 of the Federal Rules of Civil Procedure, Plaintiff Google Inc. hereby

6    requests that Defendant and Counter-Plaintiff American Blind & Wallpaper Factory, Inc.

7    ("American Blind"), answer each of the following Requests for Admission separately and fully,

8    in writing and under oath, and serve a copy upon the undersigned counsel within thirty (30) days.

9                                    **DEFINITIONS**

10           1.    "AMERICAN BLIND" means American Blind, its subsidiaries, divisions,

11   predecessor and successor companies, affiliates, parents, any joint venture to which it may be a

12   party, and/or each of its employees, agents, officers, directors, representatives, consultants,

13   accountants and attorneys, including any person who served in any such capacity at any time.

14           2.    "YOU," "YOUR," and any variations thereof refer to AMERICAN BLIND, its

15   subsidiaries, divisions, predecessor and successor companies, affiliates, parents, any joint

16   venture to which it may be a party, and/or each of its employees, agents, officers, directors,

17   representatives, consultants, accountants and attorneys, including any person who served in any

18   such capacity at any time.

19           3.    The term "ALLEGED AMERICAN BLIND MARKS" shall include any one, and

20   all of, the terms American Blind & Wallpaper Factory, American Blind Factory, American

21   Blind, American Blinds, Decoratetoday, decoratetoday, and/or decoratetoday.com.

22           4.    The term "BROAD MATCH KEYWORD" shall mean a term that will trigger an

23   ad on a Google search results page when a user's query includes that term, even if the query

24   includes other terms.  A BROAD MATCH KEYWORD also will trigger an ad if the user's

25   query includes synonyms, related phrases, and plurals, even if the query does not contain the

26   precise BROAD MATCH KEYWORD itself.

27

28

1

**INSTRUCTIONS**

1.     Each response shall be preceded by the Request for Admission to which it responds and shall be answered separately and fully in writing under oath, unless it is objected to, in which event the reason(s) for the objection shall be stated in lieu of that portion of the answer to which the objection applies.

2.     All responses to the Requests for Admission shall be signed by the person making them and all objections signed by the attorney making them under the standards set forth in Federal Rule of Civil Procedure 11. No part of the Request for Admission shall be left unanswered merely because an objection has been interposed to another part of that Request.

3.     If AMERICAN BLIND withholds information responsive, in whole or in part, to any Request for Admission on any basis, please identify: (a) any privilege or immunity from discovery asserted; (b) all documents or things which contain or refer to the information; (c) all individuals having knowledge of the information; (d) the subject matter and general nature of the information; and (e) all facts which are alleged to support the assertion of privilege or immunity.

4.     The obligation to provide the information sought by these discovery requests, or parts thereof, is continuing within the requirements of Federal Rule of Civil Procedure 26(e).

**REQUESTS FOR ADMISSION**

**REQUEST FOR ADMISSION NO. 1:**

Admit that if an ad appears on a Google search results page when a user searches for "American Blind & Wallpaper Factory" only because the advertiser has selected "blind" as a BROAD MATCH KEYWORD, and that if the ad does not include any variant of the ALLEGED AMERICAN BLIND MARKS in its text, no ALLEGED AMERICAN BLIND MARKS has been "used" within the meaning of the Lanham Act.

**REQUEST FOR ADMISSION NO. 2:**

Admit that if an ad appears on a Google search results page when a user searches for "american blind," the user has no way to determine for certain whether the ad's appearance was triggered by the phrase "american blind" or some other word or phrase.

GOOGLE'S FIRST SET OF REQUESTS FOR ADMISSION TO AMERICAN BLIND & WALLPAPER
Case No. C 03-5340-JF (EAI)

366022.01

1   DATED:  January 26, 2006                KEKER & VAN NEST, LLP

2

3

4                                    By:  _____
                                          AJAY S. KRISHNAN
5                                         Attorney for Plaintiff and Counterdefendant
                                          GOOGLE INC.
6                                         and Third-Party Defendants ASK JEEVES, INC. and
                                          EARTHLINK, INC.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                          3

1

2                              **PROOF OF SERVICE**

3            I am employed in the City and County of San Francisco, State of California in the office

     of a member of the bar of this court at whose direction the following service was made. I am
4
     over the age of eighteen years and not a party to the within action. My business address is

5    Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111. On

     **January 26, 2006,** I served the following documents:
6
     **PLAINTIFF GOOGLE INC.'S FIRST SET OF REQUESTS FOR ADMISSION TO**
7                  **AMERICAN BLIND & WALLPAPER FACTORY, INC.**

8    ☑        by **ATTORNEY SERVICE,** by placing a true and correct copy in a sealed envelope addressed as shown
              below, and dispatching a registered agent of process with instructions to hand carry the above and make
              delivery to the following during normal business hours, by leaving the package with the person whose
9             name is shown or the person authorized to accept courier deliveries on behalf of the addressee.

10   Robert N. Phillips, Esq.
     Howrey Simon Arnold & White, LLP
11   525 Market Street, Suite 3600
     San Francisco, CA 94105-2708
12
13   ☑        by **PDF TRANSMISSION AND UNITED STATES MAIL,** by transmitting via PDF on this date. A true
              and correct copy of same was placed in a sealed envelope addressed as shown below. I am readily familiar
14            with the practice of Keker & Van Nest, LLP for collection and processing of correspondence for mailing.
              According to that practice, items are deposited with the United States Postal Service at San Francisco,
15            California on that same day with postage thereon fully prepaid. I am aware that, on motion of the party
              served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one
16            day after the date of deposit for mailing stated in this affidavit.

17   Susan J. Greenspon, Esq.                       Stephen E. Taylor, Esq.
     David A. Rammelt, Esq.                         Taylor & Company Law Offices, Inc.
18   Kelley Drye & Warren LLP                       One Ferry Building
     333 West Wacker Drive                          Suite 355
19   Chicago, IL 60606                              San Francisco, CA 94111-4209
     sgreenspon@kelleydrye.com                      staylor@tcolaw.com
20   drammelt@kellydrye.com

21   Executed on January 26, 2006, at San Francisco, California. I, Robert W. Thomas, declare under

22   penalty of perjury under the laws of the State of California that the above is true and correct.

23

24                                          *Robert W. Thomas*

25                                          _____
                                            Robert W. Thomas
26

27

28