# Exhibit H

Dockets.Justia.com

| | |
|---|---|
| 1 | Robert N. Phillips (SBN 120970) |
| | Ethan B. Andelman (SBN 209101) |
| 2 | HOWREY SIMON ARNOLD & WHITE, LLP |
| | 525 Market Street, Suite 3600 |
| 3 | San Francisco, CA 94105 |
| | Telephone: (415) 848-4900 |
| 4 | Facsimile: (415) 848-4999 |
| 5 | David A. Rammelt (Admitted *Pro Hac Vice*) |
| | Susan J. Greenspon (Admitted *Pro Hac Vice*) |
| 6 | Dawn M. Beery (Admitted *Pro Hac Vice*) |
| | KELLEY DRYE & WARREN LLP |
| 7 | 333 West Wacker Drive, Suite 2600 |
| | Chicago, IL 60606 |
| 8 | Telephone: (312) 857-7070 |
| | Facsimile: (312) 857-7095 |
| 9 | |
| 10 | Attorneys for Defendant/Counter-Plaintiff AMERICAN BLIND AND WALLPAPER FACTORY, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation, | CASE NO. C 03-5340-JF (EAI) |
| Plaintiff, | |
| v. | **AMERICAN BLIND & WALLPAPER FACTORY, INC.'S ANSWER TO GOOGLE INC.'S SECOND SET OF INTERROGATORIES** |
| AMERICAN BLIND AND WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.; and DOES 1-100, inclusive, | |
| Defendants. | |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc. | |
| Counterclaimant, | |
| v. | |
| GOOGLE INC., | |
| Counterdefendants. | |

KELLEY DRYE &
WARREN LLP
333 West Wacker Drive
Suite 2600
Chicago, IL 60606

CH01/PLATC/209901.1

NOW COMES Defendant/Counter-Plaintiff, AMERICAN BLIND & WALLPAPER FACTORY, INC., by and through its attorneys, KELLEY DRYE & WARREN LLP, and in response to Plaintiff's Interrogatories, states as follows:

**INTERROGATORY NO. 1:**

For each name that AMERICAN BLIND has used, in communications with customers and/or potential customers, to refer to its retail business, STATE the name that was used, the dates the AMERICAN BLIND began and ceased using the name, and the reasons for adopting and ceasing to use each name.

**ANSWER:** American Blind objects to this interrogatory because it is over broad, unduly burdensome and not reasonably calculated to lead to the discovery of relevant or admissible evidence. American Blind also objects to this request to the extent that it calls for the production of documents protected by the attorney client privilege or the attorney work product doctrine. Subject to and without waiving these objections, American Blind states that the name changes that American Blind has undergone reflect the changes in the products being sold by American Blind at any given time and changes in the marketplace in general. By way of example, as the company expanded from selling window treatments to selling wall coverings and window treatments, the name was changed from "American Blind" to "American Blind and Wallpaper Factory." When the company decided to expand its product offerings to include light fixtures, pictures and throw rugs, the company changed its name to "American Blind & Wallpaper & More." During the late 1990's, the company changed its corporate name to "decoratetoday.com" to include additional products and services then being offered by the Company and to evidence its strong internet presence. It was subsequently determined that customers identified with the "American Blind" names too strongly to fully cross over to the "decoratetoday.com" brand name as the sole brand name. As a result, the name was changed back to "American Blind, Wallpaper & More" to incorporate the "American Blind" names while signifying that the company sold more than window treatments and wall coverings. American Blind refers to documents Bates range ABWF 003054-003772 for a complete list of all the names

under which American Blind has done business, including corporate minutes regarding name changes, corporate name change information and assumed name filings.

Dated: June 19, 2006

KELLEY DRYE & WARREN LLP

By: _____

David A. Rammelt
Susan J. Greenspon
Dawn M. Beery
KELLEY DRYE & WARREN LLP
333 West Wacker Drive, Suite 2600
Chicago, IL 60606

Robert N. Phillips
Ethan B. Andelman
HOWREY SIMON ARNOLD &
WHITE, LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Attorneys for Defendant/Counter-Plaintiff AMERICAN BLIND AND WALLPAPER FACTORY, INC.

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/209901.1

- 3 -

## PROOF OF SERVICE

I am a citizen of the United States and a resident of the State of Illinois. I am employed in Cook County, State of Illinois, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action, My business address is 333 W. Wacker Drive, Suite 2600, Chicago, IL 60606. On the date set forth below, I served the document(s) described below in the manner described below:

**AMERICAN BLIND AND WALLPAPER FACTORY, INC.'S ANSWER TO PLAINTIFF GOOGLE INC.'S SECOND SET OF INTERROGATORIES**
**VIA FACSIMILE and U.S. MAIL**

Michael H. Page
Mark A. Lemley
Klaus H. Hamm
Ajay S. Krishnan
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111

    **XX**    (BY FACSIMILE) I am personally and readily familiar with the business practice of Kelley Drye & Warren, LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.
    (BY FEDERAL EXPRESS) I am personally and readily familiar with the business practice of Kelley Drye & Warren, LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by Federal Express for overnight delivery.
    (BY MESSENGER SERVICE) by consigning the document(s) to an authorized courier and/or process server for hand delivery on this date.
    **XX**    (BY U.S. MAIL) I am personally and readily familiar with the business practice of Kelley Drye & Warren, LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at Chicago, Illinois.
Executed on June 19, 2006, at Chicago, Illinois.

_____
Caroline C. Plater