# Exhibit K

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GOOGLE, INC., a Delaware corporation,

        Plaintiff,

vs.            Case No. C 03-5340-JF

AMERICAN BLIND & WALLPAPER
FACTORY, INC., a Delaware corporation
d/b/a decoratetoday.com, Inc., and
DOES 1 - 100, inclusive,

        Defendants.
_____/

AMERICAN BLIND & WALLPAPER
FACTORY, INC., a Delaware corporation
d/b/a decoratetoday.com, Inc.,

        Counter-Plaintiff,
vs.

GOOGLE, INC.,

        Counter-Defendant.
_____/

**CERTIFIED COPY**

        The video deposition of JEFFREY A. ALDERMAN, taken pursuant to the Rules of the State of California, before Lana Kia Haws, CRR, CM, RPR, CSR-0995, a Notary Public in the County of Oakland, Acting in the County of Wayne, State of Michigan, at the Inn at St. John's, 44045 Five Mile Road, Plymouth, Michigan, on August 4, 2006, commencing at or about the hour of 8:00 a.m.

APPEARANCES:
    Keker & Van Nest, LLP
    BY: MR. MICHAEL H. PAGE
    710 Sansome Street
    San Francisco, CA  94111-1704
    (415) 391-5400
        Appearing on behalf of the Plaintiff.

    Kelley Drye & Warren, LLP
    BY: MR. PAUL W. GARRITY
    101 Park Avenue
    New York, New York  10178
    (212) 808-7613
        Appearing on behalf of the Defendants.

**U.S. LEGAL**

Certified Shorthand Reporters
180 Montgomery Street, Suite 2180
San Francisco, CA  94104

888-575-3376 • Fax 888-963-3376
www.uslegalsupport.com

1  American Blind aware of any other evidence of actual
2  customer confusion as a result of advertising on
3  Google?
4      A.  We have, since Mr. Katzman left, we have,
5  with the new individuals processes in place to alert
6  me directly if they are aware or receive any customer
7  confusion issues as a result of paid advertising from
8  Google.
9      Q.  Okay, and have you, in fact, been alerted to
10 any customer confusion issues as a result of paid
11 advertising from Google?
12     A.  Not since he left, no.
13     Q.  Okay.  Were you made aware of any before you
14 left?
15     A.  No.  Again, just, as I mentioned earlier, just
16 anecdotally from him.
17          (Mark'd for identification
18          was Deposition Exhibit No. 1.)
19     Q.  (BY MR. PAGE)  This is a big ugly exhibit with
20 hopefully very short questions.  I want you to review
21 every page of this document.
22          I have marked as Alderman Exhibit 1 a
23 large and ugly document, Bates ABWF48864 through 48987,
24 which appears to be a text dump from a data base of some
25 sort.

36

1           Can you tell me what this document is?

2     A. It looks like a bunch of gobbley goop. Just
3  looking at the top of the page, it does say Product
4  Surveys.

5     Q. I will represent to you this was produced to us
6  sometime in the last few days, and that is about all I
7  know about it.

8     A. Yeah. This is really -- you know, the product
9  surveys on the website is really handled by Michael
10 Layne.

11    Q. Unfortunately, I received this after his
12 deposition. So I am just trying to find out where it
13 comes from.

14          MR. GARRITY: Absolutely. Do you mind if
15 we just go off the record for just a minute?

16          MR. PAGE: Yeah, sure. You may very well
17 know.

18          THE VIDEOGRAPHER: Off the record,
19 8:54:28 a.m.

20          (Recess taken.)

21          THE VIDEOGRAPHER: Back on the record,
22 9:05:44 a.m.

23    Q. (BY MR. PAGE) Before we broke, we were looking
24 at Alderman Exhibit 1.

25          I think the question is, what is this?

37

1   A.  This is, by looking at the top of the page, a product survey, which is on our website.  Our product categories on our website, we have surveys.

That's really a way for us to gather customer feedback and suggestions.

Q.  I see.  And is this -- it's basically a survey page that's always on your website?

A.  I, to be honest with you, don't recall exactly when it went on the website.

I will tell you, however, since I have been there, it has been on the website.

Q.  Okay.  Is there any -- do you offer any incentive to people to respond to the survey?

A.  No.

Q.  Do you -- how does a user come to know that the survey exists?

A.  Sure.  We have a feedback form or a feedback link on our -- the top -- I believe it's the top right hand of the website once you get into product pages.

Q.  I see.  And so is it your experience that the people who were completing this survey tend to be people who have a complaint?

A.  Not have a complaint, no.

Q.  Is there a separate link on the website for complaints; or if I have a complaint, would my normal

38

1  path be to click on feedback?
2      A.  We are extremely open in how we get feedback
3  from our customers.  We have a Contact Us section of the
4  website; and there is, you know, numerous types of, you
5  know, topics that customers can reply onto.
6      Q.  What, if anything, is done with the data you
7  collect on this -- well, strike that.
8          First, is Exhibit 1 all of the survey
9  information from -- I believe it starts January 1, 2004,
10 and goes up it appears through a couple days ago,
11 July 28th, 2006.
12         The question is, is this all of the
13 information that you have collected on your website
14 survey in that period?
15     A.  Sitting here today, at this table, I can't
16 answer if it's all the information.  Just looking at,
17 again, the dates that you just mentioned, it does look
18 like it covers that time period.
19     Q.  Okay.  Are there -- are there multiple surveys
20 on your website or a single one?
21     A.  No.  There is multiple.
22     Q.  How many different surveys are there on the
23 website?
24     A.  There are, I would say, two primary surveys.
25 One is what we are looking at here today, which is the

39

1  product survey.
2           There are different questions for each
3  product category, and the other type of survey that's
4  on the website is a customer survey.
5       Q.   What is a customer survey?
6       A.   A customer survey is just really a open
7  feedback form for customers to share, again, ideas
8  with us, comments, feedback, and such.
9       Q.   If I go to your -- if I go to the American
10 Blind website, how would I -- how do I get to each of
11 the two surveys?
12      A.   They are both -- well, first let's start with
13 the product survey.
14           The product survey, again, is on our
15 product category pages.  There is a link on those pages,
16 a link to the survey.  I should say a link to an
17 opportunity to fill out the survey.
18           Obviously, from a customer service
19 company, we want to make sure we address true customer
20 service issues first; and so we try to filter those out
21 first.
22           So when they click on the product survey
23 link, they are then taken to a page; and on that page,
24 they could click on different types of Contact Us links;
25 and at the bottom of that page is an opportunity to

40

1  click on the survey and participate in the survey.
2      Q.  I see.  And when you say the survey, that's the
3  product survey?
4      A.  Yes.
5      Q.  Okay.  How about the customer survey?
6      A.  The customer survey is, I believe, on our
7  Contact Us page on the website.
8          Again, that is a link on our top nav of
9  the website, navigation of the website, or the bottom
10 navigation of the website, Contact Us; and then there
11 is a link to the survey at that point.
12     Q.  And what sorts of questions are in the customer
13 survey?
14     A.  Sitting here today, I don't recall the
15 questions.  Primarily, the information here that you
16 would see from customers is an open-ended box in which
17 they can share ideas with us.
18     Q.  What does American Blind do with this
19 information?
20     A.  American Blinds captures this information and
21 it distributes it in spreadsheets on a weekly basis
22 to our management team.
23     Q.  I see.  So everybody in the management team
24 gets a spreadsheet of all of the survey information
25 every week?

41

```
 1       A.   For that week.
 2       Q.   I see, and then it's sort of up to the
 3  individual as to whether to read it and what to do
 4  with it?
 5       A.   That's correct.
 6       Q.   Okay.  Do you make any use of that information,
 7  personally?
 8       A.   I do.  I tell you, a lot of it is, I love you,
 9  I hate you.  You know, there is -- when I was writing
10  the e-mail marketing program, as an example, we would
11  get, you know, some customers that use the survey or
12  Contact Us forms to say, "Please, take me off of your
13  e-mail mailing list," and I did use the survey at that
14  time.
15            I do read the surveys when I have time at
16  this point; and, again, it's up to the individual
17  members on that list to read the surveys.
18       Q.   When you say that management team, who are you
19  referring to?
20       A.   On that distribution list, in particular, you
21  know, I would -- on our management team, we have
22  Bruce Burger, Joel Levine, Ron Myers, Bill Tufts,
23  Michael Layne, Martha Ross, Angie Sustarich and, I
24  believe, Greg Ruppert.
25       Q.   Okay.  You can put that aside.
```

42

CERTIFICATE OF NOTARY

STATE OF MICHIGAN   )
                    ) ss.
COUNTY OF OAKLAND   )

        I, Lana Kia Haws, Certified Shorthand Reporter and Notary Public in and for the above county and state, do hereby certify that the deposition of JEFFREY A. ALDERMAN was taken before me at the time and place hereinbefore set forth; that the witness was by me first duly sworn to testify to the truth, the whole truth and nothing but the truth; that thereupon the foregoing questions were asked and foregoing answers made by the witness which were duly recorded by me stenographically and later reduced to computer transcription; and I certify that this is a true and correct transcript of my stenographic notes so taken.

199

1
2
3
4      I further certify that I am not Of
5  Counsel to either party nor interested in the event of
6  this cause.
7
8                    *[Signature]*
9          Lana Kia Haws, CM, RPR, CSR-0995
10             Notary Public
11             State of Michigan
12             County of Oakland
13             Acting in the County of Wayne
14
15
16  My Commission Expires:
17  September 29, 2011
18
19
20
21
22
23
24
25