# Exhibit L

## MANUAL FILING NOTIFICATION

Regarding Exhibit L to the DECLARATION OF AJAY S. KRISHNAN IN SUPPORT OF COUNTER-DEFENDANT GOOGLE INC.'S MOTION TO COMPEL COUNTER-PLAINTIFF ABWF TO SATISFY ITS OUTSTANDING DISCOVERY OBLIGATIONS

This filing is in paper form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly.

This document was not electronically filed because it is under seal.