# Exhibit M

Dockets.Justia.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GOOGLE, INC., a Delaware corporation,

              Plaintiff,

       vs.                      Case No. C 03-5340-JF

AMERICAN BLIND & WALLPAPER
FACTORY, INC., a Delaware corporation
d/b/a decoratetoday.com, Inc., and
DOES 1 - 100, inclusive,

              Defendants.
_____/

AMERICAN BLIND & WALLPAPER
FACTORY, INC., a Delaware corporation
d/b/a decoratetoday.com, Inc.,

              Counter-Plaintiff,

       vs.

GOOGLE, INC.,

              Counter-Defendant.
_____/

**CERTIFIED COPY**

        The video deposition of GERALD B. CURRAN,
taken pursuant to the Rules of the State of California,
before Lana Kia Haws, CRR, CM, RPR, CSR-0995, a Notary
Public in the County of Oakland, Acting in the County
of Wayne, State of Michigan, at the Inn at Saint John's,
44045 Five Mile Road, Plymouth Michigan, on August 3,
2006, commencing at or about the hour of 9:30 a.m.

APPEARANCES:
     Keker & Van Nest, LLP
     BY:  MR. MICHAEL H. PAGE
     710 Sansome Street
     San Francisco, CA  94111-1704
     (415) 391-5400
           Appearing on behalf of the Plaintiff.

     Kelley Drye & Warren, LLP
     BY:  MR. PAUL W. GARRITY
     101 Park Avenue
     New York, New York  10178
     (212) 808-7613
           Appearing on behalf of the Defendants.

**U.S. LEGAL**

*Certified Shorthand Reporters*

180 Montgomery Street, Suite 2180
San Francisco, CA  94104

888-575-3376 • Fax 888-963-3376
www.uslegalsupport.com

*Los Angeles • Orange County • San Diego • Inland Empire • Ventura • San Jose • San Francisco • Sacramento . . . and across the nation*

1     Q.   That's about a year.  If you could take a look

2     to your left, there is a pile of exhibits from

3     yesterday's depo.

4               If you could take a look at the first

5     one, Layne Exhibit 1, the Amended Notice of 30(b)(6)

6     Deposition of American Blind and Wallpaper Factory.

7               Is it your understanding that you have

8     been designated by American Blind to testify concerning

9     a number of the topics on this notice?

10    A.   Yes.

11    Q.   Okay.  And which topics have you been

12    designated to testify concerning?

13    A.   I might need some help with this as to which

14    numbers I am actually working on.

15    Q.   Actually, let me -- perhaps I can help.

16              My understanding is that you have been

17    designated to testify on topics 9, 10, 19, and 22; and

18    that of those topics, Mr. Alderman will also be

19    addressing topic 10.

20              Does that match your understanding?

21    A.   Yes.

22    Q.   What, if anything, have you done to prepare for

23    today's deposition?

24    A.   Spent probably one half hour with Paul just

25    discussing the approach and the logic of a deposition.

10

1    Previously, spent time assembling

2  documents and requested materials that were sent to

3  our attorneys, Kelley Drye, relative to the Google

4  litigation.

5    Q.  Okay.  When you say previously spent time

6  assembling documents, when was that?

7    A.  Oh, I think I've really been working in one

8  way or another on the Google case since my arrival at

9  American Blinds.

10    Q.  I see.  Can you estimate how much time total

11  you have spent, as you described it, working in one

12  way or another on the Google case since you joined the

13  company?

14    A.  It would certainly vary by week, but a number

15  of hours per week.

16    Q.  I see, and what sorts of tasks have you been

17  performing in connection with the Google litigation?

18    A.  Primarily record report requisition, assembly,

19  mailing.

20    Q.  So, by that, do you mean assembling financial

21  information and forwarding it?

22    A.  Correct.

23    Q.  Other than meeting with Mr. Garrity yesterday,

24  did you meet with anyone else in preparation for this

25  deposition?

11

1     A.  No.

2     Q.  Have you met with, at any time, with attorneys

3  for American Blind, other than Mr. Garrity?

4     A.  Yes.

5     Q.  Who else have you met with?

6     A.  Our main contact at Kelley Drye is Ms. Susan

7  Greenspon.  She is our normal day-to-day attorney.

8     Q.  Okay.  Anyone else?

9     A.  No.

10    Q.  Have you, at any time, met with any experts or

11  consultants in connection with the Google matter?

12    A.  No.

13          MR. PAGE:  Mark as -- I'm sorry.  I

14  didn't get exhibit tabs from you.  I'm sorry.  It will

15  be one minute.

16          (Mark'd for identification

17          was Deposition Exhibit No. 1.)

18    Q.  (BY MR. PAGE)  Mark as Curran Exhibit 1 a

19  two-page document produced to us in this litigation,

20  Bates number ABWF007803 through 4.

21          Do you recognize this document?

22    A.  No.

23    Q.  Sorry.  I didn't hear your answer.  Do you know

24  who created this document?

25    A.  No.

12

1      Q.   Great.  Put that aside.   Topic 19 on the

2    deposition notice is the injuries and damages allegedly

3    suffered by American Blind as a result of Google's

4    actions.

5               Have you done anything to attempt to

6    calculate the damages American Blind has suffered as a

7    result of Google's actions?

8      A.   No.

9      Q.   Have you done anything to prepare to testify

10   on topic 19?

11     A.   No.

12     Q.   Okay.  Are you aware of any calculations that

13   anyone at American Blind has done in attempt to quantify

14   the damages American Blind contends it's suffered at

15   Google's hands?

16     A.   No.

17     Q.   Do you have an understanding of what harm

18   American Blind claims it has suffered as a result

19   of Google's actions?

20     A.   Yes.

21     Q.   What is that understanding?

22     A.   The understanding that I have is that, as a

23   result of Google selling the names that rightfully

24   belong to American Blinds to the highest bidder, it has

25   caused several actions to take place.

13

1          One, American Blinds is required to pay

2    Google higher fees, search engine fees, in order to get

3    placement on the Google sites.

4          Two, it directs sales or, I should say,

5    interested parties in blinds, wallpaper, and related

6    home interior type products to other sites besides

7    the American Blinds' site; and, as a result of that,

8    American Blinds has suffered a very difficult loss

9    of sales, loss of profits; and it would be a difficult

10   calculation to come up with that number; but, indeed,

11   there is a direct correlation between the start of

12   Google's sites, if you will, and the downturn in

13   revenue sales for American Blinds.

14       Q.  Let me unpack a few of those things.

15          You said there is a direct correlation

16   between the start of Google's site and a downturn in

17   revenue for American Blind.

18          When precisely did American Blinds suffer

19   a downturn in revenue?

20       A.  In 2002, the revenue for American Blinds was

21   approximately 125 million dollars.

22          Since that time, the revenue has

23   decreased to 92 million dollars for the year ended 2005,

24   gradually decreasing each year.

25       Q.  I see.  And is it your belief that that gradual

                                                      14

1    decrease each year in revenue is attributable to the

2    existence of the Google website?

3        A.  Some portion of it, certainly.

4        Q.  What portion?

5        A.  It would be hard to calculate.

6        Q.  Have you made any attempt to calculate?

7        A.  No.

8        Q.  Do you have any belief as to what percentage of

9    that downturn in revenue is traceable to the existence

10   of Google?

11       A.  Couldn't calculate that.

12       Q.  Okay.  How would anyone calculate that?

13       A.  I believe that one would have to look at

14   Google's information as to the amount of inquiries that

15   were directed to sites other than American Blinds using

16   the American Blind keywords and attempt to do some

17   reasonable calculation of the conversion that took

18   place from those inquiries on the site that were

19   directed to other sites.

20       Q.  Would you also have to look at what inquiries

21   were directed -- were directed from American Blinds'

22   competitors to American Blind via Google and back that

23   out?

24       A.  Yes.  Yes, sir.

25       Q.  Okay.  Do you have a reason to think that the

                                                              15

1    net on that is a net loss rather than gain for American

2    Blind?

3        A.   Yes.

4        Q.   Why?

5        A.   Just because of the issue of placement on the

6    Google site, the cost of that placement, and the fact

7    that American Blinds has a complete advertising program

8    outside of the search engine cost, which is effectively

9    supporting our competitors when they go to the Google

10   site and get directed other than to American Blinds.

11       Q.   What mark -- how would you describe the market

12   in which American Blinds competes?

13            MR. GARRITY:  Object to the question to

14   the extent to which it's outside the scope of the

15   notice.

16            MR. PAGE:  Okay.

17            MR. GARRITY:  With that objection, you

18   can answer.

19            THE WITNESS:  Repeat the question.

20       Q.   (BY MR. PAGE)  Let me explain.  I am just

21   trying to figure out what you would -- what market I

22   would talk about in comparing decline in American

23   Blinds' revenue to the decline of the overall market?

24            I am trying to get your sense of what

25   market you are in.

16

```
 1
 2                    CERTIFICATE OF NOTARY
 3
 4
 5   STATE OF MICHIGAN    )
                          )  ss.
 6   COUNTY OF OAKLAND    )
 7
 8            I, Lana Kia Haws, Certified
 9   Shorthand Reporter and Notary Public in and for the
10   above county and state, do hereby certify that the
11   deposition of GERALD B. CURRAN was taken before me
12   at the time and place hereinbefore set forth; that
13   the witness was by me first duly sworn to testify
14   to the truth, the whole truth and nothing but the
15   truth; that thereupon the foregoing questions were
16   asked and foregoing answers made by the witness
17   which were duly recorded by me stenographically and
18   later reduced to computer transcription; and I certify
19   that this is a true and correct transcript of my
20   stenographic notes so taken.
21
22
23
24
25
```

49

1

2

3

4          I further certify that I am not Of

5    Counsel to either party nor interested in the event of

6    this cause.

7

8          _____

9          Lana Kia Haws, CM, RPR, CSR-0995

10         Notary Public

11         State of Michigan

12         County of Oakland

13         Acting in the County of Wayne

14

15   My Commission Expires:

16   September 29, 2011

17

18

19

20

21

22

23

24

25