Google Inc. v. American Blind & Wallpaper Factory, Inc. Doc. 188 Att. 14
Case 5:03-cv-05340-JF Document 188-15 Filed 09/07/2006 Page 1 of 2

# Exhibit N

Dockets.Justia.com

## MANUAL FILING NOTIFICATION

Regarding Exhibit N to the DECLARATION OF AJAY S. KRISHNAN IN SUPPORT OF COUNTER-DEFENDANT GOOGLE INC.'S MOTION TO COMPEL COUNTER-PLAINTIFF ABWF TO SATISFY ITS OUTSTANDING DISCOVERY OBLIGATIONS

This filing is in paper form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly.

This document was not electronically filed because it is under seal.