# Exhibit P

Dockets.Justia.com

REDACTED

ATTORNEY-CLIENT PRIVILEGE

-----Original Message-----
From:    Britton Mauchline [mailto:britton@google.com]
Sent:    Friday, February 07, 2003 3:47 PM
To:      bydesign@lrbcg.com
Cc:      Jeff Edwards; Kimberli Heard
Subject:       RE: Google/USA Wallpaper/ABWF


Hi Tammy-
I have submitted to add the negative kws 'blind' and 'factory' that wi
ll prevent your ads from coming up when someone searches on 'American
Blind & Wallpaper Factory'.
Have a great weekend!

Britton Mauchline
Client Services Specialist
Google
401 N. Michigan Ave. #1200
Chicago, IL 60611
britton@google.com <mailto:britton@google.com>
312.840.8261 - p
312.840.8289 - f


-----Original Message-----
From:    USA Wallpaper [mailto:bydesign@lrbcg.com]
Sent:    Monday, February 03, 2003 5:02 PM
To:      Britton Mauchline
Subject:       RE: Google/USA Wallpaper/ABWF

ABWF 001308

B000024

Google email re negative kw

Hi Britton:
We have a problem that I need your assistance with. As I think you are
aware, our competitor, American Blind and Wallpaper Factory, has
stated to both you and Overture that they will not allow any advertise
r to use the search term "American Blind & Wallpaper" or combination o
f.
I received an email from Google stating this (see below) so I know you
are aware of this. We had no problem with that.
Today again our listing was showing up under "American Blind & Wallpap
er Factory" and "American Blind & wallpaper Co." as sponsored
listing in Premium. My guess is those are being thrown in as freebies
to satisfy the impressions in the campaign? Those ads need to be
removed immediately, as they are threatening to sue us.
We got our trademark attorney involved and there is no problem with us
using the search term "American wallpaper" because that describes a
product and they do not own the trademark on a descriptive phrase such
as that. However, all our terms for their trademark names "American
Blind & Wallpaper" "American Blind & Wallpaper Factory" and "Decorate
Today" must be removed immediately. Can you assist?
Tammy
USA Wallpaper
http://www.usawallpaper.com
1-800-573-5824
mailto:bydesign@lrbcg.com


-----Original Message-----
From:     Britton Mauchline [mailto:britton@google.com]
Sent:     Tuesday, January 07, 2003 12:06 PM
To:       USA Wallpaper
Cc:       Jeff Edwards
Subject:       Google/USA Wallpaper/ABWF


Hi Tammy-
Just wanted to touch base with you now that it's a brand new year and
we're seeing such great things with your Premium campaign! Your
CTRs have been steadily climbing and are now between 10-12% when they
had been between 6-8% before. I hope you're seeing the results
on your end as well!
On another note, American Blind & Wallpaper Factory has recently had G
oogle remove all advertisers from their trademarked terms:
American Blind and Wallpaper Factory, Decoratetoday and American Blind
Factory.   They have also requested to add the negative kws
"Blind" and "Factory" to the kw "american wallpaper" you have running
in your campaigns so your ads will not appear on a query for their

ABWF 001309

B000025

Google email re negative kw
trademarked brand. Please let me know if you would be amenable to adding these negatives to that kw in both your Premium and AWS campaigns.
Thanks so much for your help and I look forward to hearing how things are going for you so far this year!

Britton Mauchline
Client Services Specialist
Google
401 N. Michigan Ave. #1200
Chicago, IL 60611
britton@google.com <mailto:britton@google.com>
312.840.8261 - p
312.840.8289 - f


[This E-mail scanned for viruses by LRBCG.COM, Inc.]

[This E-mail scanned for viruses by LRBCG.COM, Inc.]

[This E-mail scanned for viruses by LRBCG.COM, Inc.]

[This E-mail scanned for viruses by LRBCG.COM, Inc.]

ABWF 001310

B000026