# Exhibit Q

Dockets.Justia.com

**KELLEY DRYE & WARREN** LLP

A LIMITED LIABILITY PARTNERSHIP

333 WEST WACKER DRIVE

SUITE 2600

CHICAGO, ILLINOIS 60606

(312) 857-7070

NEW YORK, NY
WASHINGTON, DC
TYSONS CORNER, VA
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICES
JAKARTA, INDONESIA
MUMBAI, INDIA

FACSIMILE
(312) 857-7095
www.kelleydrye.com

DIRECT LINE: (312) 857-7080
EMAIL: sgreenspon@kelleydrye.com

October 26, 2005

<u>VIA FED EX</u>

Klaus Hamm
Keker & Van Nest
710 Sansome Street
San Francisco, California 94111

Re:   *Google Inc. v. American Blind & Wallpaper Factory, Inc.*
      Case No. C 03-5340-JF (EAI)

Dear Klaus:

Enclosed please find documents labeled ABWF 000001 through 2790, which are responsive to Google Inc.'s First Set Of Requests For Production Of Documents and Things to American Blind & Wallpaper Factory, Inc.

Thank you for your attention to this matter.

Very truly yours,

Dawn M. Beery

Dawn M. Beery

cc:   Robert Phillips
      David A. Rammelt
      Susan J. Greenspon

## KELLEY DRYE & WARREN LLP

A LIMITED LIABILITY PARTNERSHIP

333 WEST WACKER DRIVE

SUITE 2600

CHICAGO, ILLINOIS 60606

(312) 857-7070

NEW YORK, NY
WASHINGTON, DC
TYSONS CORNER, VA
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICES
JAKARTA, INDONESIA
MUMBAI, INDIA

FACSIMILE
(312) 857-7095
www.kelleydrye.com

DIRECT LINE: (312) 857-2501
EMAIL: cplater@kelleydrye.com

April 21, 2006

**VIA UPS**

Klaus Hamm
Ajay Krishnan
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111

Re: Google Inc. v. American Blind & Wallpaper Factory Inc.

Dear Klaus and Ajay:

Enclosed please find documents bearing Bates numbers ABWF 002791-002926, which are responsive to your discovery requests.

Bates range – ABWF 002791-002820 consist of the audited financials for American Blind for December 31, 1990, and May 31, 1989 and 1988.

Bates range – ABWF 002821-002839 consist of the audited financials for American Blind for October 31, 1993 and December 31, 1992 and 1991.

Bates range – ABWF 002840-002850 consists of documents pertaining to American Blind's URLs and references the creation date for each URL.

Bates range – ABWF 002851-002892 consist of financial documents including monthly P&L statements; monthly sales data broken down by product category; and monthly sales broken out between the internet, phone and local sales.

Bates range – ABWF 002894-002926 consist of documents regarding the applications and registration of American Blind's trademarks. This Bates range contains some gaps, which are documents that are subject to the attorney-client privilege and will be placed on an updated privilege log.

CH01/PLATC/208356.1

**KELLEY DRYE & WARREN LLP**

Klaus Hamm
Ajay Krishnan
April 21, 2006
Page Two

      We will continue to supplement our production in the event that any additional responsive documents are discovered.

                            Sincerely,

                            Caroline C. Plater

CCP:ccp
Enclosures

cc:    David A. Rammelt (w/o encl.)

CH01/PLATC/208356.1

**KELLEY DRYE & WARREN LLP**

A LIMITED LIABILITY PARTNERSHIP

333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, ILLINOIS 60606

(312) 857-7070

NEW YORK, NY
WASHINGTON, DC
TYSONS CORNER, VA
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICES
JAKARTA, INDONESIA
MUMBAI, INDIA

FACSIMILE
(312) 857-7095

www.kelleydrye.com

DIRECT LINE: (312) 857-2501
EMAIL: cplater@kelleydrye.com

June 14, 2006

**VIA UPS**

Ajay Krishnan
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111

Dear Ajay:

      Enclosed please find the following documents, Bates range ABWF 002926 – 007802. These documents are responsive to Google's initial and second set of document requests.

      Bates range ABWF 002926-002936 contains trademark information;

      Bates range ABWF 002937-002949 contains information concerning website visits;

      Bates range ABWF 002950-003017 contains consumer and advertising research and analysis information;

      Bates range ABWF 003018-003053 contains advertising costs and spending information;

      Bates range ABWF 003054-003772 contains information regarding the name(s) under which American Blind has done business; 003164-65 is website page from a competitor of American Blind;

      Bates range ABWF 003773-003800 contains information regarding American Blind's use of Google's AdWords Program;

      Bates range ABWF 0038001-005496 contains American Blind advertising materials, including catalogs;

      Bates range ABWF 005497-005498 pertains to consumer confusion;

CH01/PLATC/210239.1

**KELLEY DRYE & WARREN LLP**

Ajay Krishnan
June 14, 2006
Page Two

Bates ranges ABWF 05498-005508 and 005523-005524 contain various screen shots;

Bates range ABWF 05509-005522 contains various e-mails regarding the American Blind marks;

Bates range ABWF 005525-005536 contains financial information regarding American Blind.

Bates range ABWF 005537-005544 contains cease and desist letters;

Bates range ABWF 005545-005546 contains employee information;

Bates range ABWF 005547-005604 contains market research and demographic analysis materials;

Bates range ABWF 005605-007802 contains annual financial information broken down by product.

I anticipate that I will be providing you with another production within the next couple days.

Sincerely,

*Caroline C. Plater*
Caroline C. Plater

CCP:ccp
Enclosures

CH01/PLATC/210239.1

# KELLEY DRYE & WARREN LLP

A LIMITED LIABILITY PARTNERSHIP

333 WEST WACKER DRIVE

SUITE 2600

CHICAGO, ILLINOIS 60606

(312) 857-7070

NEW YORK, NY
WASHINGTON, DC
TYSONS CORNER, VA
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICES
JAKARTA, INDONESIA
MUMBAI, INDIA

FACSIMILE
(312) 857-7095
www.kelleydrye.com

DIRECT LINE: (312) 857-2501
EMAIL: cplater@kelleydrye.com

June 30, 2006

**VIA UPS**

Ajay Krishnan
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111

Re: <u>Google Inc. v. American Blind and Wallpaper Factory, Inc.</u>

Dear Ajay:

Enclosed please find documents Bates range ABWF 008806-044471, produced on CD and paper.

Bates ranges ABWF 008806- 042980, produced on CD, and ABWF 043173-044471, produced on paper, contain information regarding Coremetrics' analysis of the American Blind internet search engine results and other data regarding online searches for American Blind.

Bates range ABWF 042981-043172 are documents which contain information regarding keyword and search engine analysis and strategy, including financial analysis regarding the same.

I anticipate that I will be sending out another production by the end of next week.

Sincerely,

Caroline C. Plater

Enclosures

CH01/PLATC/210685.1

**KELLEY DRYE & WARREN LLP**

A LIMITED LIABILITY PARTNERSHIP

333 WEST WACKER DRIVE

SUITE 2600

CHICAGO, ILLINOIS 60606

(312) 857-7070

NEW YORK, NY
WASHINGTON, DC
TYSONS CORNER, VA
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICES
JAKARTA, INDONESIA
MUMBAI, INDIA

FACSIMILE
(312) 857-7095

www.kelleydrye.com

DIRECT LINE: (312) 857-2501
EMAIL: cplater@kelleydrye.com

July 7, 2006

**VIA UPS**

Ajay Krishnan
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111

Re: <u>Google Inc. v. American Blind and Wallpaper Factory, Inc.</u>

Dear Ajay:

    Enclosed please find materials Bates range ABWF 044473-046879, produced on DVD and paper.

    Bates ranges ABWF 044473-045522 and 046457-46870 contain annual capitalization documentation for the payroll expenses attributable to the maintenance of American Blind's website for the years 2000-2006.

    Bates range ABWF 045523-046456 contains information regarding American Blind's internet search engine marketing, including financial analyses (e-commerce reviews), search engine results analyses and other data regarding internet searches for American Blind.

    Bates range ABWF 046871-046879 are 8 DVD's which contain video footage of focus groups that were conducted by American Blind regarding, among other things, its name, products and services as perceived by its customers. Each DVD is labeled with the group number, date and time when the focus group was conducted.

    I believe this is our last production. I will of course promptly supplement our production in the event that additional responsive materials are discovered.

CH01/PLATC/210797.1

**KELLEY DRYE & WARREN LLP**

Ajay Krishnan
July 7, 2006
Page Two

Sincerely,

*Caroline Plater*

Caroline C. Plater

CCP:ccp
Enclosures

KELLEY DRYE & WARREN LLP

CH01/PLATC/210797.1

## KELLEY DRYE & WARREN LLP

A LIMITED LIABILITY PARTNERSHIP

333 WEST WACKER DRIVE

SUITE 2600

CHICAGO, ILLINOIS 60606

(312) 857-7070

NEW YORK, NY
WASHINGTON, DC
TYSONS CORNER, VA
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICES
JAKARTA, INDONESIA
MUMBAI, INDIA

FACSIMILE
(312) 857-7095

www.kelleydrye.com

DIRECT LINE: (312) 857-2501

EMAIL: cplater@kelleydrye.com

July 26, 2006

**VIA UPS**

Ajay S. Krishnan
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111

Re: Google Inc. v. American Blind and Wallpaper Factory, Inc.

Dear Ajay:

Enclosed please find materials Bates range ABWF 046880-0048811, produced on DVD and paper.

Bates range ABWF 046880-046883 are four DVDs that contain on-line surveys regarding American Blind. We have had some difficulty with running these DVD's, depending on the computer used to open them. So, please contact me if you have problems with them and I will work with you to get you a format that is compatible with your system.

Bates range ABWF 046884-047264 contains information concerning the usability studies referenced by Bill Smith in his deposition. This includes the contract for usability consulting services, plan for conducting usability work, user testing tasks/task analysis items, usability inspection, task analysis and storyboards, user testing round 1, and user testing round 2.

Bates range ABWF 047265 is a facsimile received by American Blind that is an example of confusion

Bates range ABWF 047266- 047612 contains information regarding American Blind's Affiliate Program. This includes License Agreements, terms and conditions and other correspondence regarding the implementation of the Affiliate Program.

Bates range ABWF 047616-048811 contains the litigation files from the law firm of Dawda Mann Mulcahy & Sadler, which pertain to the efforts taken to protect the American

CH01/PLATC/211434.1

**KELLEY DRYE & WARREN LLP**

Ajay S. Krishnan
July 26, 2006
Page Two


Blind marks. This includes complaints and other court papers, cease and desists letters and all responses to the foregoing.

Sincerely,

*[signature]*

Caroline C. Plater

CCP:ccp
Enclosures

CH01/PLATC/211434.1

# KELLEY DRYE & WARREN LLP

A LIMITED LIABILITY PARTNERSHIP

333 WEST WACKER DRIVE

SUITE 2600

CHICAGO, ILLINOIS 60606

(312) 857-7070

NEW YORK, NY
WASHINGTON, DC
TYSONS CORNER, VA
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICES
JAKARTA, INDONESIA
MUMBAI, INDIA

FACSIMILE
(312) 857-7095

www.kelleydrye.com

DIRECT LINE: (312) 857-2501
EMAIL: cplater@kelleydrye.com

July 28, 2006

VIA E-MAIL
VIA FACSIMILE

Ajay S. Krishnan
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111

Re: Google Inc. v. American Blind and Wallpaper Factory, Inc.

Dear Ajay:

Enclosed please find documents Bates labeled ABWF 048812-048834. These are copies of all of the versions of American Blinds' home page that the client was able to retrieve.

Sincerely,

Caroline C. Plater

CCP:ccp
Enclosures

CH01/PLATC/211511.1

**KELLEY DRYE & WARREN** LLP

A LIMITED LIABILITY PARTNERSHIP

333 WEST WACKER DRIVE

SUITE 2600

CHICAGO, ILLINOIS 60606

(312) 857-7070

NEW YORK, NY
WASHINGTON, DC
TYSONS CORNER, VA
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICES
JAKARTA, INDONESIA
MUMBAI, INDIA

FACSIMILE
(312) 857-7095

www.kelleydrye.com

DIRECT LINE: (312) 857-2501
EMAIL: cplater@kelleydrye.com

August 1, 2006

VIA UPS

Ajay S. Krishnan
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111

Re: Google Inc. v. American Blind and Wallpaper Factory, Inc.

Dear Ajay:

Enclosed please find documents Bates labeled ABWF 048834-049294.

Bates range ABWF 048835-048840 contains information regarding sales for 1998 through 2006, broken down by method of sale, i.e. internet, 1-800 number, etc.

Bates range ABWF 048841-048850 contains an e-mail discussion regarding the "branding" used at American Blind in 2004.

Bates range ABWF 048851-049234 contains an online customer survey conducted by American Blind regarding customer satisfaction with the products and services of American Blind.

Bates range ABWF 049235-049294 contains recent filings and cease and desist letters on behalf of American Blind, which pertain to the efforts taken to protect the American Blind marks.

Sincerely,

Caroline C. Plater

CCP:ccp
Enclosures

CH01/PLATC/211603.1

**KELLEY DRYE & WARREN LLP**
A LIMITED LIABILITY PARTNERSHIP

333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, ILLINOIS 60606

(312) 857-7070

NEW YORK, NY
WASHINGTON, DC
TYSONS CORNER, VA
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICES
JAKARTA, INDONESIA
MUMBAI, INDIA

FACSIMILE
(312) 857-7095
www.kelleydrye.com

DIRECT LINE: (312) 857-2501
EMAIL: cplater@kelleydrye.com

August 2, 2006

**VIA E-MAIL**
**VIA FACSIMILE**

Ajay S. Krishnan
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111

   Re: <u>Google Inc. v. American Blind and Wallpaper Factory, Inc.</u>

Dear Ajay:

   Enclosed please find documents Bates labeled ABWF 049295-049363, which contain additional affiliate, licensing and promotional agreements between American Blind and third parties that were recently discovered.

                 Sincerely,

                 Caroline C. Plater

CCP:ccp
Enclosures

CH01/PLATC/211650.1

**KELLEY DRYE & WARREN LLP**

A LIMITED LIABILITY PARTNERSHIP

333 WEST WACKER DRIVE

SUITE 2600

CHICAGO, ILLINOIS 60606

(312) 857-7070

NEW YORK, NY
WASHINGTON, DC
TYSONS CORNER, VA
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICES
JAKARTA, INDONESIA
MUMBAI, INDIA

FACSIMILE
(312) 857-7095

www.kelleydrye.com

DIRECT LINE: (312) 857-2501
EMAIL: cplater@kelleydrye.com

August 14, 2006

**VIA UPS**

Ajay S. Krishnan
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111

Re:   <u>Google Inc. v. American Blind and Wallpaper Factory, Inc.</u>

Dear Ajay:

This follows up on your prior request for any additional documents and/or more readable versions with regard to the American Wallpaper Survey and the customer and product survey data produced by American Blind. Michael Layne has responded regarding the issues you raised regarding both surveys.

As to the American Wallpaper Survey, I have enclosed an email string, Bates range ABWF 049364-049369, that Mr. Layne discovered after we asked that he search for any additional documents. This contains the "report" to Joe Charno and Steve Katzman of which you inquired. The redacted portions of the email string contain discussions between American Blind and its counsel, Susan Greenspon, and thus, are covered by attorney client privilege. This is the only additional material Mr. Layne has found that pertains to the American Wallpaper Survey.

As to the customer and product survey data that you found was not sufficiently readable, the version we produced is the only version that currently exists. We are not under an obligation to create documents in response to discovery requests. Therefore, we have complied with our discovery obligations with regard to this survey. In the event that any more readable versions of the survey data are created, we will promptly provide you with copies.

Finally, enclosed are all confidential settlement agreements that were previously withheld pending court order. We will be revising our privilege log accordingly.

CH01/PLATC/211905.1

**KELLEY DRYE & WARREN LLP**

Ajay S. Krishnan
August 14, 2006
Page Two

Sincerely,

*[signature]*

Caroline C. Plater

CCP:ccp

Enclosures

CH01/PLATC/211905.1

KELLEY DRYE & WARREN LLP

**KELLEY DRYE & WARREN LLP**

A LIMITED LIABILITY PARTNERSHIP

333 WEST WACKER DRIVE

SUITE 2600

CHICAGO, ILLINOIS 60606

(312) 857-7070

NEW YORK, NY
WASHINGTON, DC
TYSONS CORNER, VA
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICES
JAKARTA, INDONESIA
MUMBAI, INDIA

FACSIMILE
(312) 857-7095
www.kelleydrye.com

DIRECT LINE: (312) 857-2501
EMAIL: cplater@kelleydrye.com

September 6, 2006

VIA FACSIMILE AND MAIL

Ajay S. Krishnan
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111

Re: Google Inc. v. American Blind and Wallpaper Factory, Inc.

Dear Ajay:

Enclosed please find documents Bates labeled ABWF049370-049380 that contain information provided by Coremetrics regarding American Blind's internet search engine marketing for the week of June 25, 2006 through July 1, 2006.

Sincerely,

Caroline C. Plater

CCP:ccp
Enclosure

CH01/PLATC/212598.1