1  KEKER & VAN NEST, LLP
   MICHAEL H. PAGE - #154913
2  MARK A. LEMLEY - #155830
   KLAUS H. HAMM - #224905
3  AJAY S. KRISHNAN - #222476
   710 Sansome Street
4  San Francisco, CA  94111-1704
   Telephone:  (415) 391-5400
5  Facsimile:  (415) 397-7188

6
   Attorneys for Plaintiff and Counter Defendant
7  GOOGLE INC.

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11
   GOOGLE INC., a Delaware corporation,       Case No. C 03-5340-JF (EAI)
12
                           Plaintiff,         **[PROPOSED] ORDER COMPELLING**
13                                            **COUNTER-PLAINTIFF ABWF TO**
        v.                                    **SATISFY ITS OUTSTANDING**
14                                            **DISCOVERY OBLIGATIONS**
   AMERICAN BLIND & WALLPAPER
15 FACTORY, INC., a Delaware corporation      Date:     October 18, 2006
   d/b/a decoratetoday.com, Inc., and DOES 1- Time:     9:30 a.m.
16 100, inclusive,                            Courtroom: 4
                                              Judge:    Hon. Richard Seeborg
17                         Defendants.

18
   AMERICAN BLIND & WALLPAPER
19 FACTORY, INC., a Delaware corporation
   d/b/a decoratetoday.com, Inc.,
20
                           Counter-Plaintiff,
21
        v.
22
   GOOGLE INC.,
23
                           Counter-Defendant.
24

25

26

27

28

379946.01

[PROPOSED] ORDER COMPELLING COUNTER-PLAINTIFF ABWF TO SATISFY ITS OUTSTANDING
DISCOVERY OBLIGATIONS
CASE NO. C 03-5340-JF (EAI)

1    Plaintiff and counter-defendant Google Inc.'s ("Google") Motion to Compel Counter-
2 Plaintiff ABWF to Satisfy its Outstanding Discovery Obligations was heard by this Court on
3 _____, 2006, at _____ a.m./p.m.  Upon reviewing the papers submitted by the
4 parties, hearing the argument of counsel, and good cause appearing therefor, IT IS HEREBY
5 ORDERED:  Google's motion to compel ABWF to produce documents is GRANTED.  ABWF
6 shall do the following:

7    1.    ABWF shall produce readable versions of the three documents comprising the
8 online customer satisfaction survey and all non-privileged related documents, including
9 spreadsheets containing the data from the surveys, documents pertaining to the survey
10 methodology, documents discussing the survey results, and documents pertaining to the genesis
11 of the survey.  In addition ABWF shall produce an affidavit, signed by a responsible corporate
12 officer, describing its efforts to comply with this provision of the Court's Order.  ABWF shall
13 serve these documents and the affidavit on Google no later than _____, 2006, at
14 _____ a.m./p.m.

15    2.    ABWF shall produce readable copies of Bates ranges ABWF 5530 – 5534 and
16 ABWF 5605 – 7802, such that all of the information contained in the spreadsheet is visible to the
17 reader.  Alternatively, ABWF may produce electronic versions of these spreadsheets.  ABWF
18 shall serve these documents and the affidavit on Google no later than _____,
19 2006, at _____ a.m./p.m.

20    3.    ABWF shall produce an adequately-prepared corporate representative to testify
21 on Topic 19 of Google's Federal Rule of Civil Procedure 30(b)(6) deposition notice of ABWF.

22    4.    ABWF shall produce Jeffrey Alderman for a supplemental deposition, pertaining
23 to ABWF's May/June 2006 change to its affiliate bidding policy.

24    5.    ABWF shall serve on Google a response to Google's First Set of Requests for
25 Admissions no later than _____, 2006, at _____ a.m./p.m.

26    6.    ABWF shall serve on Google a response to Interrogatory No. 1 in Google's
27 Second Set of Interrogatories no later than _____, 2006, at _____ a.m./p.m.

28    7.    ABWF shall either produce all questionnaires associated with the Kaden

1

[PROPOSED] ORDER COMPELLING COUNTER-PLAINTIFF ABWF TO SATISFY ITS OUTSTANDING
DISCOVERY OBLIGATIONS
CASE NO. C 03-5340-JF (EAI)

379946.01

1  Company reports on ABWF or produce an affidavit explaining why it was unable to do so.
2  ABWF shall serve these documents and the affidavit on Google no later than
3  _____, 2006, at _____ a.m./p.m.
4         8.      ABWF shall produce all non-privileged documents related to the July 2004
5  "American Wallpaper" survey, including documents pertaining to the survey methodology,
6  documents discussing the survey results, and documents pertaining to the genesis of the survey.
7  In addition ABWF shall produce an affidavit, signed by a responsible corporate officer,
8  describing its efforts to comply with this provision of the Court's Order.  ABWF shall serve
9  these documents and the affidavit on Google no later than _____, 2006, at
10 _____ a.m./p.m.
11        9.      If ABWF is unable to locate the original copy of ABWF 1308 – 1310, ABWF
12 shall produce an affidavit, signed by counsel, describing the efforts taken to locate that order.
13 ABWF shall serve these documents and the affidavit on Google no later than
14 _____, 2006, at _____ a.m./p.m.
15        10.     ABWF must re-produce the documents produced thus far to Google with
16 designations identifying all document requests to which each document is responsive.  ABWF
17 shall serve these documents on Google no later than _____, 2006, at _____
18 a.m./p.m.
19        IT IS SO ORDERED.
20
21        Dated:  _____, 2006        _____
                                              Hon. Richard Seeborg
22                                            United States Magistrate Judge
23
24
25
26
27
28

2
[PROPOSED] ORDER COMPELLING COUNTER-PLAINTIFF ABWF TO SATISFY ITS OUTSTANDING
DISCOVERY OBLIGATIONS
CASE NO. C 03-5340-JF (EAI)

379946.01