KEKER & VAN NEST, LLP
MICHAEL H. PAGE - #154913
MARK A. LEMLEY - #155830
KLAUS H. HAMM - #224905
AJAY S. KRISHNAN - #222476
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff and Counter Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation,<br><br>                Plaintiff,<br><br>  v.<br><br>AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., and DOES 1-100, inclusive,<br><br>                Defendants. | Case No. C 03-5340-JF (RS)<br><br>**NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF SEEKING AN ORDER SEALING DOCUMENTS FOR FILING IN RELATION TO COUNTER-DEFENDANT GOOGLE INC.'S MOTION TO COMPEL COUNTER-PLAINTIFF ABWF TO SATISFY OUTSTANDING DISCOVERY OBLIGATIONS**<br><br>Date:     TBD<br>Time:    TBD<br>Courtroom: 4<br>Judge:   Hon. Richard Seeborg |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.,<br><br>                Counter-Plaintiff,<br><br>  v.<br><br>GOOGLE INC.,<br><br>                Counter-Defendant. | |

380029.01

NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF SEEKING AN ORDER SEALING DOCUMENTS FOR FILING IN RELATION TO COUNTER-DEFENDANT GOOGLE INC.'S MOTION TO COMPEL COUNTER-PLAINTIFF ABWF TO SATISFY OUTSTANDING DISCOVERY OBLIGATIONS
CASE NO. C 03-5340-JF (RS)

Dockets.Justia.com

# NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF SEALING DOCUMENTS

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Civil Local Rules 79-5(d) and 7-11(a), Plaintiff Google Inc. ("Google") hereby gives notice to all counsel of record of its Motion for Administrative Relief Seeking an Order Sealing Documents For Filing in Relation to Counter-Defendant Google's Motion to Compel Counter-Plaintiff ABWF to Satisfy Its Outstanding Discovery Obligations ("Motion to Compel").  By way of this Administrative Motion, Google requests an order sealing: (1) certain portions of its Motion to Compel, (2) documents that were designated "Attorneys' Eyes Only" by American Blind & Wallpaper Factory, Inc. ("American Blind") pursuant to the Stipulated Protective Order signed by all parties to this litigation and approved by the Court on September 19, 2005 ("Protective Order").  These documents are collectively referred to as the "Confidential Documents."

The Declaration of Ajay S. Krishnan ("Krishnan Declaration") attaches as Exhibits J, L, N, O, R, and S documents that American Blind has designated as "Attorneys' Eyes Only" pursuant to the Protective Order.  Pursuant to Local Rules 79-5(d), Google moves to file under seal Exhibits J, L, N, O, R, and S to the Krishnan Declaration.  Pursuant to Civil Local Rule 79-5(d), Exhibits J, L, N, O, R, and S to the Krishnan Declaration are lodged with the Clerk concurrently with this Administrative Motion.

Local Rule 79-5(d) outlines the procedure that American Blind must follow within five days of the filing of this Administrative Motion if it wishes to maintain the confidential designation of Exhibits J, L, N, O, R, and S.

1
NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF SEEKING AN ORDER SEALING DOCUMENTS FOR FILING IN RELATION TO COUNTER-DEFENDANT GOOGLE INC.'S MOTION TO COMPEL COUNTER-PLAINTIFF ABWF TO SATISFY OUTSTANDING DISCOVERY OBLIGATIONS
CASE NO. C 03-5340-JF (RS)

380029.01

1 | Dated: September 7, 2006                KEKER & VAN NEST, LLP

2

3
By: _____/s/ Ajay S. Krishnan_____
4     AJAY S. KRISHNAN
      Attorneys for Plaintiff and Counter Defendant
5     GOOGLE INC.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28 | Case 5:03-cv-05340-JF                              2

NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF SEEKING AN ORDER SEALING
DOCUMENTS FOR FILING IN RELATION TO COUNTER-DEFENDANT GOOGLE INC.'S MOTION TO
COMPEL COUNTER-PLAINTIFF ABWF TO SATISFY OUTSTANDING DISCOVERY OBLIGATIONS
CASE NO. C 03-5340-JF (RS)

380029.01