*E-FILED 9/11/06*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE INC., | NO. C 03-5340 JF (RS) |
|　　　　Plaintiff, | **ORDER DIRECTING PARTIES TO ENGAGE IN FURTHER MEET AND CONFER EFFORTS** |
| v. | |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., | |
| 　　　　Defendant. | |

Plaintiff Google, Inc. has filed a motion to compel that is set for hearing on October 18, 2006. Without prejudging the merits of any of the issues raised by the motion, it appears that at least some of the matters in contention are of a nature that ordinarily should be resolved by the parties without Court intervention. Accordingly, the parties are advised that their obligation to meet and confer regarding their discovery disputes is ongoing and did not terminate upon filing of the motion. The parties shall engage in further efforts to resolve their differences or to narrow the scope of the matters in dispute prior to the time the opposition to the motion is due, and if necessary, again before the reply brief is due.

IT IS SO ORDERED.

Dated: September 11, 2006

RICHARD SEEBORG
United States Magistrate Judge

1

Dockets.Justia.com

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

Ethan B. Andelman    andelmane@howrey.com, gagnons@howrey.com

Dawn Beery    dbeery@kelleydrye.com

Susan Jean Greenspon    sgreenspon@kelleydrye.com, cplater@kelleydrye.com; vallen@kelleydrye.com; sdunlap@kelleydrye.com

Ravind Singh Grewal    rsg@kvn.com

Klaus Hemingway Hamm    khamm@kvn.com, efiling@kvn.com; wik@kvn.com

Ajay Krishnan    akrishnan@kvn.com, efiling@kvn.com; rthomas@kvn.com

Mark A. Lemley    mlemley@kvn.com, srosen@kvn.com

Michael H. Page    mhp@kvn.com, efiling@kvn.com; sjr@kvn.com; nsn@kvn.com

Robert Nathan Phillips    phillipsr@howrey.com, gagnons@howrey.com

David A. Rammelt    drammelt@kelleydrye.com, sdunlap@kelleydrye.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 9/11/06**                                    **Chambers of Judge Richard Seeborg**

                                                    **By:      /s/ BAK**

C 03-5340 JF (RS)

2