KEKER & VAN NEST, LLP
MICHAEL H. PAGE - #154913
MARK A. LEMLEY - #155830
KLAUS H. HAMM - #224905
AJAY S. KRISHNAN - #222476
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Plaintiff and Counter Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation,<br><br>                                        Plaintiff,<br><br>        v.<br><br>AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., and DOES 1-100, inclusive,<br><br>                                        Defendants. | Case No. C 03-5340-JF (RS)<br><br>**DECLARATION OF KLAUS H. HAMM IN SUPPORT OF GOOGLE INC.'S OBJECTIONS TO MAGISTRATE JUDGE'S ORDER COMPELLING DEPOSITION OF GOOGLE CO-FOUNDER AND PRESIDENT LARRY PAGE**<br><br>Judge:      Hon. Jeremy Fogel |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.,<br><br>                                Counter Plaintiff,<br><br>        v.<br><br>GOOGLE INC., AMERICA ONLINE, INC., NETSCAPE COMMUNICATIONS CORPORATION, COMPUSERVE INTERACTIVE SERVICES, INC., ASK JEEVES, INC. and EARTHLINK, INC.,<br><br>                        Counter Defendant/<br>                        Third-Party Defendants. | |

DECLARATION OF KLAUS HAMM IN SUPPORT OF GOOGLE INC.'S OBJECTIONS TO MAGISTRATE JUDGE'S
ORDER COMPELLING DEPOSITION OF GOOGLE CO-FOUNDER AND PRESIDENT LARRY PAGE
CASE NO. C 03-5340-JF (RS)

380691.01

Dockets.Justia.com

I, Klaus H. Hamm, declare as follows:

1.    I am an attorney licensed to practice law in the State of California and am an associate at the law firm of Keker & Van Nest LLP, counsel for Plaintiff Google Inc.  I am duly admitted to practice law before this Court.  Unless otherwise specified, the facts set forth herein are known to me of my personal knowledge, and if called upon I can testify truthfully thereto.

**List of Attached Exhibits**

2.    Attached hereto as Exhibit A is true and correct copy of the Transcript of Proceedings Before the Honorable Jeremy Fogel on June 23, 2006.

3.    Attached hereto as Exhibit B is the Notice of Deposition of Larry Page, dated June 26, 2006.

4.    Attached hereto as Exhibit C is a true and correct copy of the Notice of Deposition of Sergey Brin, dated June 26, 2006.

5.    Attached hereto as Exhibit D is a true and correct copy of American Blind and Wallpaper Factory Inc.'s First Set of Requests for Admission to Google Inc., dated June 28, 2006.

6.    Attached hereto as Exhibit E is a true and correct copy of the Notice of Deposition of Britton Mauchline Picciolini, dated August 7, 2006.

7.    Attached hereto as Exhibit F is a true and correct copy of the Notice of Deposition of Jessica Bluett, dated August 7, 2006.

8.    Attached hereto as Exhibit G is a true and correct copy of the Notice of Deposition of Jane Butler, dated August 7, 2006.

9.    Attached hereto as Exhibit H is a true and correct copy of the Notice of Deposition of Bismarck Lepe, dated August 7, 2006.

10.    Attached hereto as Exhibit I is a true and correct copy of the Notice of Deposition of Leshika Samarasinghe, dated August 7, 2006.

11.    Attached hereto as Exhibit J is a true and correct copy of the Notice of Deposition of Rick Steele, dated August 7, 2006.

12.    Attached hereto as Exhibit K is a true and correct copy of the Notice of

1

380691.01

1  Deposition of Salar Kamangar, dated August 8, 2006.

2         13.    Attached hereto as Exhibit L is a true and correct copy of

3  Plaintiff/Counterdefendant Google Inc. and Third-Party Defendants Ask Jeeves, Inc. and

4  Earthlink. Inc.'s Initial Disclosures Pursuant to Rule 26 of the Federal Rules of Civil Procedure,

5  dated April 27, 2005.

6         14.    Attached hereto as Exhibit M is a true and correct copy of American Blind &

7  Wallpaper Factory, Inc.'s Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26,

8  dated April 27, 2005.

9         15.    Attached hereto as Exhibit N is a true and correct copy of a page from the

10  deposition transcript of Prashant Fuloria, taken on May 18, 2006.

11         I declare under penalty of perjury under the laws of the United States of America that the

12  foregoing is true and correct.

13         Executed this 20th day of September, 2006, in San Francisco, California.

14

15                              /s/ Klaus H. Hamm
                                KLAUS H. HAMM
16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF KLAUS HAMM IN SUPPORT OF GOOGLE INC.'S OBJECTIONS TO MAGISTRATE JUDGE'S
ORDER COMPELLING DEPOSITION OF GOOGLE CO-FOUNDER AND PRESIDENT LARRY PAGE
CASE NO. C 03-5340-JF (RS)

380691.01