# Exhibit A

Dockets.Justia.com

1          UNITED STATES DISTRICT COURT

2         NORTHERN DISTRICT OF CALIFORNIA

3              SAN JOSE DIVISION

4   GOOGLE, INC.,              )  C-03-05340-JF
                               )
5           Plaintiff,         )
                               )  San Jose, CA
6              vs.             )  June 23, 2006
                               )
7   AMERICAN BLIND & WALLPAPER )
    FACTORY, INC., et al.,     )
8                              )
           Defendants.         )
9   _____)

10         TRANSCRIPT OF PROCEEDINGS
      BEFORE THE HONORABLE JEREMY FOGEL
11        UNITED STATES DISTRICT JUDGE

12  A P P E A R A N C E S:                     COPY

13  For the Plaintiff:        Keker & Van Nest LLP
                              By:  MICHAEL H. PAGE
14                            710 Sansome Street
                              San Francisco, CA
15                            94111-1704

16  For the Defendants:       Kelley Drye & Warren
                              LLP
17                            By:  DAVID A. RAMMELT
                              333 West Wacker Drive
18                            Suite 2600
                              Chicago, IL  60606
19

20

21

22

23

24  Court Reporter:           PETER TORREANO, CSR
                              License Number C-7623
25
                                                        1

1    San Jose, California                June 23, 2006

2                   P R O C E E D I N G S

3                   THE COURT:  Google versus American

4    Blind.

5                   MR. PAGE:  Good morning, Your Honor.

6                   MR. RAMMELT:  Good morning, Your Honor.

7                   David Rammelt on behalf of the Defendant

8    American Blind & Wallpaper Factory.

9                   MR. PAGE:  Good morning, Your Honor.

10                  Michael Page on behalf of Google.

11                  THE COURT:  Just to be brief, I think

12   the change of ownership is something that

13   justifies some additional extension of time.  I

14   don't think under all the circumstances that the

15   full 90 days is appropriate or necessary.  So I'm

16   inclined to grant a 60-day extension.

17                  MR. RAMMELT:  Okay.

18                  THE COURT:  Okay?

19                  MR. PAGE:  Your Honor, a couple of

20   issues.

21                  THE COURT:  Yeah.

22                  MR. PAGE:  We don't object to extending

23   the time to handle the discovery that has been

24   held up by the ownership change.  Our concern is

25   that the schedule should not be reopened for new

                                                    2

                  PETER TORREANO, CSR 7623

1    discovery by either side as a result.

2           I mean, this case has been pending for

3    two and a half years.  The first threat was four

4    years --

5           THE COURT:  The point is to allow the

6    parties to complete discovery, not to do new

7    discovery.  And having said that, if there is

8    something that comes up in completing the pending

9    discovery that leads either party to think that

10   there's something further they need to do, then

11   you should go to Judge Seeborg.

12          MR. PAGE:  All right.

13          THE COURT:  So the blanket order is

14   simply the time to complete discovery that's

15   already underway, 30(b)(6) depositions, other

16   depositions document discovery.  If you need

17   another two months, I understand.  That's fine.

18          If you want to initiate something that's

19   not already in the pipeline, then you need to go

20   to the magistrate judge and show good cause.

21          MR. RAMMELT:  Now, Judge, there are -- I

22   mean, for example, Google produced today to us

23   more documents.  In the last two months we've had

24   almost 30,000 trickle in.  We have been waiting

25   and trying to arrange 30(b)(6) witness

                                                    3

PETER TORREANO, CSR 7623

1    depositions of some of their people, but there

2    are fact witnesses that we'd want to take based

3    on these documents that have come in.

4            THE COURT:  All right.  And what I'm

5    saying is -- because I have no idea as to the

6    merit of any particular request -- try to work it

7    out.  That's always the first thing to do.  And

8    if you can't, then ask Judge Seeborg for relief.

9            I just think otherwise I'm buying a pig

10   in a poke.  I have no idea what else you want to

11   do.  So all I'm doing is extending the framework

12   by 60 days and, if you need to do anything

13   further within that, then just ask the magistrate

14   if you want work it out.

15           MR. RAMMELT:  Okay, Judge.  I think we

16   understand.  Thank you, Your Honor.

17           THE COURT:  Thank you very much.

18           MR. PAGE:  Thank you, Your Honor.

19           (Whereupon, the proceedings concluded.)

20

21                   ---oOo---

22

23

24

25
                                                    4

PETER TORREANO, CSR 7623

<u>CERTIFICATE OF REPORTER</u>

        I, Peter Torreano, Official Court Reporter of the United States District Court for the Northern District of California, 280 South First Street, San Jose, California, do hereby certify:

        That the foregoing transcript is a full, true and correct transcript of the proceeding had in <u>Google, Inc. v. American Blind & Wallpaper Factory, Inc.</u>, Case Number C-03-05340-JF, dated June 23, 2006; that I reported the same in stenotype to the best of my ability, and thereafter had the same transcribed by computer-aided transcription as herein appears.

PETER TORREANO, CSR
License Number C-7623

PETER TORREANO, CSR 7623

# Exhibit B

1  Robert N. Phillips (SBN 120970)
   Ethan B. Andelman (SBN 209101)
2  HOWREY SIMON ARNOLD & WHITE, LLP
   525 Market Street, Suite 3600
3  San Francisco, CA 94105
   Telephone: (415) 848-4900
4  Facsimile: (415) 848-4999

5  David A. Rammelt (Admitted *Pro Hac Vice*)
   Susan J. Greenspon (Admitted *Pro Hac Vice*)
6  KELLEY DRYE & WARREN LLP
   333 West Wacker Drive, Suite 2600
7  Chicago, IL 60606
   Telephone: (312) 857-7070
8  Facsimile: (312) 857-7095

9  Attorneys for Defendant/Counter-Plaintiff
   AMERICAN BLIND AND WALLPAPER
10 FACTORY, INC.

11                  UNITED STATES DISTRICT COURT
12                NORTHERN DISTRICT OF CALIFORNIA

13 GOOGLE INC., a Delaware corporation,        Case No. C 03-5340-JF (RS)

14              Plaintiff,                      **NOTICE OF DEPOSITION OF
                                               LARRY PAGE**
15         v.

16 AMERICAN BLIND & WALLPAPER
   FACTORY, INC., a Delaware corporation
17 d/b/a decoratetoday.com, Inc.; and DOES 1-
   100, inclusive,
18
              Defendants.
19
   AMERICAN BLIND & WALLPAPER
20 FACTORY, INC., a Delaware corporation
   d/b/a decoratetoday.com, Inc.,
21
              Counter-Plaintiff,
22
           v.
23
   GOOGLE, INC.,
24              Counter-Defendants.

25

26

27

28

KELLEY DRYE &
WARREN LLP
33 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/210451.1

1    PLEASE TAKE NOTICE THAT Defendant/Counter-Plaintiff AMERICAN

2    BLIND AND WALLPAPER FACTORY, INC., ("American Blind") by its attorneys Kelley Drye

3    & Warren LLP, will take the deposition upon oral examination of **Larry Page**, on August 8,

4    2006, at 9:00 a.m., continuing day-to-day until completed, at the offices of HOWREY SIMON

5    ARNOLD & WHITE, LLP, 525 Market Street, Suite 3600, San Francisco, CA 94105, (415) 848-

6    4900.

7    The deposition will be held before a Notary Public or before some other person

8    authorized by law to administer oaths and will be recorded stenographically and will also be

9    recorded by sound and visual means, including videotape and interactive real time reporting, in

10   accordance with Federal Rule 30.

11

12   Dated: June 26, 2006                    KELLEY DRYE & WARREN LLP

13

14

15

16   By: _____

17   David A. Rammelt
     Susan J. Greenspon
18   KELLEY DRYE & WARREN LLP
     333 West Wacker Drive, Suite 2600
19   Chicago, IL 60606
     Telephone: (312) 857-7070
20   Facsimile: (312) 857-7095

21   Robert N. Phillips
     Ethan B. Andelman
22   HOWREY SIMON ARNOLD & WHITE, LLP
     525 Market Street, Suite 3600
23   San Francisco, CA 94105
     Telephone: (415) 848-4900
24   Facsimile: (415) 848-4999

25   Attorneys for Defendant/Counter-Plaintiff
     AMERICAN BLIND AND WALLPAPER
26   FACTORY, INC.

27

28

KELLEY DRYE &
WARREN LLP
13 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/210451.1

# PROOF OF SERVICE

I am a citizen of the United States and a resident of the State of Illinois. I am employed in Cook County, State of Illinois, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action, My business address is 333 W. Wacker Drive, Suite 2600, Chicago, IL 60606. On the date set forth below, I served the document(s) described below in the manner described below:

## NOTICE OF DEPOSITION OF LARRY PAGE

**XX** (BY FACSIMILE) I am personally and readily familiar with the business practice of Kelley Drye & Warren, LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

Michael H. Page
Klaus H. Hamm
Ajay S. Krishnan
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111
Facsimile: (415) 397-7188

Executed on June 26, 2006, at Chicago, Illinois. I declare under penalty of perjury under the applicable laws that the above is true and correct.

_Caroline C. Plater_

Caroline C. Plater

KELLEY DRYE &
WARREN LLP
3 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/210451.1                              - 3 -

# Exhibit C

1  Robert N. Phillips (SBN 120970)
   Ethan B. Andelman (SBN 209101)
2  HOWREY SIMON ARNOLD & WHITE, LLP
   525 Market Street, Suite 3600
3  San Francisco, CA  94105
   Telephone:  (415) 848-4900
4  Facsimile:   (415) 848-4999

5  David A. Rammelt (Admitted *Pro Hac Vice*)
   Susan J. Greenspon (Admitted *Pro Hac Vice*)
6  KELLEY DRYE & WARREN LLP
   333 West Wacker Drive, Suite 2600
7  Chicago, IL  60606
   Telephone:  (312) 857-7070
8  Facsimile:   (312) 857-7095

9  Attorneys for Defendant/Counter-Plaintiff
   AMERICAN BLIND AND WALLPAPER
10 FACTORY, INC.

11                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
12

13 | GOOGLE INC., a Delaware corporation, | Case No. C 03-5340-JF (RS) |
   | | |
14 | Plaintiff, | **NOTICE OF DEPOSITION OF** |
   | | **SERGEY BRIN** |
15 | v. | |
   | | |
16 | AMERICAN BLIND & WALLPAPER | |
   | FACTORY, INC., a Delaware corporation | |
17 | d/b/a decoratetoday.com, Inc.; and DOES 1- | |
   | 100, inclusive, | |
18 | | |
   | Defendants. | |
19 | AMERICAN BLIND & WALLPAPER | |
   | FACTORY, INC., a Delaware corporation | |
20 | d/b/a decoratetoday.com, Inc., | |
   | | |
21 | Counter-Plaintiff, | |
   | | |
22 | v. | |
   | | |
23 | GOOGLE, INC., | |
24 | Counter-Defendants. | |

25

26

27

28

CH01/PLATC/210454.1

1    PLEASE TAKE NOTICE THAT Defendant/Counter-Plaintiff AMERICAN

2  BLIND AND WALLPAPER FACTORY, INC., ("American Blind") by its attorneys Kelley Drye

3  & Warren LLP, will take the deposition upon oral examination of **Sergey Brin**, on August 10,

4  2006, at 9:00 a.m., continuing day-to-day until completed, at the offices of HOWREY SIMON

5  ARNOLD & WHITE, LLP, 525 Market Street, Suite 3600, San Francisco, CA 94105, (415) 848-

6  4900.

7    The deposition will be held before a Notary Public or before some other person

8  authorized by law to administer oaths and will be recorded stenographically and will also be

9  recorded by sound and visual means, including videotape and interactive real time reporting in

10  accordance with Federal Rule 30.

11

12

     Dated: June 26, 2006                          KELLEY DRYE & WARREN LLP

13

14

15

16                              By: _____

17                              David A. Rammelt
                                Susan J. Greenspon
18                              KELLEY DRYE & WARREN LLP
                                333 West Wacker Drive, Suite 2600
19                              Chicago, IL 60606
                                Telephone: (312) 857-7070
20                              Facsimile: (312) 857-7095

21                              Robert N. Phillips
                                Ethan B. Andelman
22                              HOWREY SIMON ARNOLD & WHITE, LLP
                                525 Market Street, Suite 3600
23                              San Francisco, CA 94105
                                Telephone: (415) 848-4900
24                              Facsimile: (415) 848-4999

25                              Attorneys for Defendant/Counter-Plaintiff
                                AMERICAN BLIND AND WALLPAPER
26                              FACTORY, INC.

27

28

KELLEY DRYE &
  WARREN LLP
333 WEST WACKER DRIVE
    SUITE 2600
  CHICAGO, IL 60606        CH01/PLATC/210454.1                - 2 -

## PROOF OF SERVICE

I am a citizen of the United States and a resident of the State of Illinois. I am employed in Cook County, State of Illinois, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action, My business address is 333 W. Wacker Drive, Suite 2600, Chicago, IL 60606. On the date set forth below, I served the document(s) described below in the manner described below:

**NOTICE OF DEPOSITION OF SERGEY BRIN**

**XX**    (BY FACSIMILE) I am personally and readily familiar with the business practice of Kelley Drye & Warren, LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

Michael H. Page
Klaus H. Hamm
Ajay S. Krishnan
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111
Facsimile: (415) 397-7188

Executed on June 26, 2006, at Chicago, Illinois. I declare under penalty of perjury under the applicable laws that the above is true and correct.

_____
Caroline C. Plater

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/210454.1                    - 3 -

# Exhibit D

1   Robert N. Phillips (SBN 120970)
    Ethan B. Andelman (SBN 209101)
2   HOWREY SIMON ARNOLD & WHITE, LLP
    525 Market Street, Suite 3600
3   San Francisco, CA 94105
    Telephone: (415) 848-4900
4   Facsimile: (415) 848-4999

5   David A. Rammelt (Admitted *Pro Hac Vice*)
    Susan J. Greenspon (Admitted *Pro Hac Vice*)
6   KELLEY DRYE & WARREN LLP
    333 West Wacker Drive, Suite 2600
7   Chicago, IL 60606
    Telephone: (312) 857-7070
8   Facsimile: (312) 857-7095

9   Attorneys for Defendant/Counter-Plaintiff
    AMERICAN BLIND AND WALLPAPER
10  FACTORY, INC.

11            UNITED STATES DISTRICT COURT
12           NORTHERN DISTRICT OF CALIFORNIA

13  GOOGLE INC., a Delaware corporation,      Case No. C 03-5340-JF (RS)

14         Plaintiff,             **AMERICAN BLIND AND WALLPAPER**

15       v.                 **FACTORY INC.'S FIRST SET OF**
                             **REQUESTS FOR ADMISSION TO**
16  AMERICAN BLIND & WALLPAPER    **GOOGLE INC.**
    FACTORY, INC., a Delaware corporation
17  d/b/a decoratetoday.com, Inc.; and DOES 1-
    100, inclusive,
18
         Defendants.
19  AMERICAN BLIND & WALLPAPER
    FACTORY, INC., a Delaware corporation
20  d/b/a decoratetoday.com, Inc.,

21         Counter-Plaintiff,

22       v.

23  GOOGLE, INC.,
          Counter-Defendants.
24

25

26

27

28

| | |
|---|---|
| PROPOUNDING PARTY: | Defendant/Counter-Plaintiff American Blind and Wallpaper Factory, Inc. |
| RESPONDING PARTY: | Plaintiff/Counter-Defendant Google Inc. |
| SET NO.: | One |

Pursuant to Fed. R. Civ. P. 36, defendant/counter-plaintiff American Blind and Wallpaper Factory, Inc. ("American Blind") serves the following request for admissions on plaintiff Google Inc. ("Google"). The written responses to the requests shall be served within thirty (30) days of service.

## I.    DEFINITIONS

A.    The terms "you," "your," and "Google" refer to Google Inc., its predecessors, its present and former officers, directors, employees, agents, attorneys, representatives, and other person(s) acting on its behalf.

B.    The term "American Blind" refers to American Blind and Wallpaper Factory, Inc., its predecessors, its present and former officers, directors, employees, agents, attorneys, representatives, and other person(s) acting on its behalf.

C.    The term "document" is synonymous with the definition used in Rule 34 of the Federal Rules of Civil Procedure, and shall mean each original writing and each non-identical copy thereof (whether different from the original because of any notes or otherwise) of any nature whatsoever, including all drafts thereof, in your possession, custody, or control regardless of where located and includes, but is not limited to, each letter, memorandum, communication, report, study, photograph, drawing, plan, graph, chart, data compilation of every kind, computer printout, digital recording, electronic record, summary, minute, financial statement, accounting ledger, accounting journal, accounting sheet, contract, agreement, purchase order, invoice, work sheet, diary, calendar, notice, announcement, instruction, statement, schedule, check, negotiable draft, check stub, voucher, bank statement, receipt, list, telegram, telex, teletype, telecopy, wire funds transfer application, file label, file folder or envelope, file divider, or any other means or

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/210520.1                - 2 -

1    methods of recording, transcribing, disclosing, or producing any information.

2         D.    The phrase "relating to" includes concerning, alluding to, responding to,

3    relating to, connected with, commenting on, in respect of, about, regarding, discussing, showing,

4    describing, mentioning, reflecting, analyzing, touching upon, constituting and being.  A document

5    may "concern" a certain person or subject without that person or subject being the sole, or even

6    the most significant topic of that document.

7         E.    The singular shall include the plural, and the past tense shall include the

8    present tense, and vice versa.

9         F.    The words "and" and "or" shall be both conjunctive and disjunctive.

10        G.    The word "all" shall mean "any and all."

11

12        H.    The word "any" shall mean "any and all."

13        I.    The word "including" shall mean "including without limitation."

14        J.    "AdWords Program" shall mean the advertising program described by

15    Google at the Website adwords.google.com.

16        L.    "Keyword" or "Keywords" shall have the same meaning as the terms

17    "keyword" or "search query" used by Google as part of its AdWords Program.

18

19        M.    The "American Blind Marks" shall include any one of, and all of, the terms

20    American Blind and Wallpaper Factory, American Blind Factory, American Blind, American

21    Blinds, Decoratetoday, decoratetoday, and/or decoratetoday.com.

22        N.    "Trademark" or "trademarks" shall also include service marks and trade

23    names.

## II.    INSTRUCTIONS

24    In addition to the specific instructions enumerated below, the instructions set forth in Fed.

25    R. Civ. P. 36 are incorporated herein by reference.

26

27    1.    In answering this request for admission, you must (a) admit the matter, (b)

28    specifically deny the matter, or (c) set forth the legal objection which supports why you cannot

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/210520.1                - 3 -

truthfully admit or deny the matter.

2.    If, after a reasonable and thorough investigation exercising due diligence, you are unable to answer any part of this request for admission because of a lack of available information, specify in full and complete detail the type of information which is claimed to be unavailable and what has been done to locate that information.  In addition, specify what knowledge or belief you have concerning the unanswered portion of the request for admission, set forth the facts upon which such knowledge or belief is based, and identify the person who has, or is likely to have, the information which is claimed to be unavailable.

3.    If, in answering this request, you claim that the request, or a definition or instruction applicable thereto, is ambiguous, do not use such claim as a basis for refusing to respond, but rather set forth as part of the response the language you claim is ambiguous and the interpretation you have used to respond to the request.

4.    If, in answering these requests, you object to any part of the request, each part of the request shall be treated separately. If an objection is made to one subpart, the remaining subpart(s) shall be answered. If an objection is made on the basis that the request or subpart thereof calls for information which is beyond the scope of discovery, the request or subpart thereof shall be answered to the extent that it is not objectionable.

## REQUEST FOR ADMISSIONS

**Request No. 1:**  Admit that Google has produced all settlement agreements confidential or otherwise between Google and any third party(s) regarding any claims arising out of Google's sale of keywords as part of its AdWords Program and/or any claims that allege that Google has engaged in trademark infringement, including but not limited to those arising as a result of Google's sale of keywords as part of its AdWords Program.

**Response:**

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/210520.1                    - 4 -

1

2

**Request No. 2:** Admit that Google has produced to American Blind all responsive, non-
3

privileged documents requested in American Blind's First Set of Requests for Production of
4

Documents and Things from Google.
5

6 **Response:**

7

8 **Request No. 3:** Admit that, as of the date of answering this request, Google continues to
9

sell keywords as part of its AdWords Program that incorporate the American Blind Marks.
10

**Response:**
11

12

Dated: June 28, 2006
13                                                  KELLEY DRYE & WARREN LLP

14

15

16

17                                                  David A. Rammelt
18                                                  Susan J. Greenspon
                                                    KELLEY DRYE & WARREN LLP
19                                                  333 West Wacker Drive, Suite 2600
                                                    Chicago, IL 60606
20                                                  Telephone: (312) 857-7070
                                                    Facsimile: (312) 857-7095
21

22                                                  Robert N. Phillips
                                                    Ethan B. Andelman
23                                                  HOWREY SIMON ARNOLD & WHITE, LLP
                                                    525 Market Street, Suite 3600
24                                                  San Francisco, CA 94105
                                                    Telephone: (415) 848-4900
25                                                  Facsimile: (415) 848-4999

26                                                  Attorneys for Defendant/Counter-Plaintiff
                                                    AMERICAN BLIND AND WALLPAPER
27                                                  FACTORY, INC.

28

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/210520.1                                - 5 -

# PROOF OF SERVICE

I am a citizen of the United States and a resident of the State of Illinois. I am employed in Cook County, State of Illinois, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is 333 W. Wacker Drive, Suite 2600, Chicago, IL 60606. On the date set forth below, I served the document(s) described below in the manner described below:

## NOTICE OF DEPOSITION AND DOCUMENT REQUESTS

XX    (BY FACSIMILE) I am personally and readily familiar with the business practice of Kelley Drye & Warren, LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

Michael H. Page
Klaus H. Hamm
Ajay S. Krishnan
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111
Facsimile: (415) 397-7188

Executed on June 28, 2006, at Chicago, Illinois. I declare under penalty of perjury under the applicable laws that the above is true and correct.

_Caroline C. Plater_
Caroline C. Plater

# Exhibit E

1   Robert N. Phillips (SBN 120970)
    Ethan B. Andelman (SBN 209101)
2   HOWREY SIMON ARNOLD & WHITE, LLP
    525 Market Street, Suite 3600
3   San Francisco, CA  94105
    Telephone:  (415) 848-4900
4   Facsimile:  (415) 848-4999

5   David A. Rammelt (Admitted *Pro Hac Vice*)
    Susan J. Greenspon (Admitted *Pro Hac Vice*)
6   KELLEY DRYE & WARREN LLP
    333 West Wacker Drive, Suite 2600
7   Chicago, IL  60606
    Telephone:  (312) 857-7070
8   Facsimile:  (312) 857-7095

9   Attorneys for Defendant/Counter-Plaintiff
    AMERICAN BLIND AND WALLPAPER
10  FACTORY, INC.

11                  UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
12

13  GOOGLE INC., a Delaware corporation,        Case No. C 03-5340-JF (RS)

14            Plaintiff,                         **NOTICE OF DEPOSITION OF
                                                BRITTON MAUCHLINE PICCIOLINI**
15        v.

16  AMERICAN BLIND & WALLPAPER
    FACTORY, INC., a Delaware corporation
17  d/b/a decoratetoday.com, Inc.; and DOES 1-
    100, inclusive,
18
              Defendants.
19
    AMERICAN BLIND & WALLPAPER
20  FACTORY, INC., a Delaware corporation
    d/b/a decoratetoday.com, Inc.,
21
              Counter-Plaintiff,
22
          v.
23
    GOOGLE, INC.,
24            Counter-Defendants.

25

26

27

28

CH01/PLATC/211760.1

1        PLEASE TAKE NOTICE THAT Defendant/Counter-Plaintiff AMERICAN

2    BLIND AND WALLPAPER FACTORY, INC., ("American Blind") by its attorneys Kelley Drye

3    & Warren LLP, will take the deposition upon oral examination of **Britton Mauchline Picciolini**,

4    on August 21, 2006, at 9:00 a.m., continuing day-to-day until completed, at the offices of

5    HOWREY SIMON ARNOLD & WHITE, LLP, 525 Market Street, Suite 3600, San Francisco,

6    CA 94105, (415) 848-4900.

7        The deposition will be held before a Notary Public or before some other person

8    authorized by law to administer oaths and will be recorded stenographically in accordance with

9    Federal Rule 30.

10

    Dated: August 7, 2006              KELLEY DRYE & WARREN LLP

11

12

13

14    By: _____

15    David A. Rammelt
     Susan J. Greenspon
16    KELLEY DRYE & WARREN LLP
     333 West Wacker Drive, Suite 2600
17    Chicago, IL 60606
     Telephone: (312) 857-7070
18    Facsimile:  (312) 857-7095

19    Robert N. Phillips
     Ethan B. Andelman
20    HOWREY SIMON ARNOLD & WHITE, LLP
     525 Market Street, Suite 3600
21    San Francisco, CA 94105
     Telephone: (415) 848-4900
22    Facsimile:  (415) 848-4999

23    Attorneys for Defendant/Counter-Plaintiff
     AMERICAN BLIND AND WALLPAPER
24    FACTORY, INC.

25

26

27

28

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/211760.1             - 2 -

# PROOF OF SERVICE

I am a citizen of the United States and a resident of the State of Illinois. I am employed in Cook County, State of Illinois, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action, My business address is 333 W. Wacker Drive, Suite 2600, Chicago, IL 60606. On the date set forth below, I served the document(s) described below in the manner described below:

## NOTICE OF DEPOSITION OF BRITTON MAUCHLINE PICCIOLINI

**XX**    (BY FACSIMILE) I am personally and readily familiar with the business practice of Kelley Drye & Warren, LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

Michael H. Page
Klaus H. Hamm
Ajay S. Krishnan
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111
Facsimile: (415) 397-7188

Executed on August 7, 2006, at Chicago, Illinois. I declare under penalty of perjury under the applicable laws that the above is true and correct.

_____
Caroline C. Plater

# Exhibit F

1   Robert N. Phillips (SBN 120970)
    Ethan B. Andelman (SBN 209101)
2   HOWREY SIMON ARNOLD & WHITE, LLP
    525 Market Street, Suite 3600
3   San Francisco, CA 94105
    Telephone: (415) 848-4900
4   Facsimile: (415) 848-4999

5   David A. Rammelt (Admitted *Pro Hac Vice*)
    Susan J. Greenspon (Admitted *Pro Hac Vice*)
6   KELLEY DRYE & WARREN LLP
    333 West Wacker Drive, Suite 2600
7   Chicago, IL 60606
    Telephone: (312) 857-7070
8   Facsimile: (312) 857-7095

9   Attorneys for Defendant/Counter-Plaintiff
    AMERICAN BLIND AND WALLPAPER
10  FACTORY, INC.

11                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
12

13  GOOGLE INC., a Delaware corporation,         Case No. C 03-5340-JF (RS)

                    Plaintiff,                    **NOTICE OF DEPOSITION OF**
14                                                **JESSICA BLUETT**

15          v.

16  AMERICAN BLIND & WALLPAPER
    FACTORY, INC., a Delaware corporation
17  d/b/a decoratetoday.com, Inc.; and DOES 1-
    100, inclusive,
18
                    Defendants.
19  ───────────────────────────────────────
    AMERICAN BLIND & WALLPAPER
20  FACTORY, INC., a Delaware corporation
    d/b/a decoratetoday.com, Inc.,
21
                    Counter-Plaintiff,
22
            v.
23
    GOOGLE, INC.,
24                  Counter-Defendants.

25

26

27

28

CH01/PLATC/211762.1

1       PLEASE TAKE NOTICE THAT Defendant/Counter-Plaintiff AMERICAN

2   BLIND AND WALLPAPER FACTORY, INC., ("American Blind") by its attorneys Kelley Drye

3   & Warren LLP, will take the deposition upon oral examination of **Jessica Bluett**, on August 22,

4   2006, at 9:00 a.m., continuing day-to-day until completed, at the offices of HOWREY SIMON

5   ARNOLD & WHITE, LLP, 525 Market Street, Suite 3600, San Francisco, CA 94105, (415) 848-

6   4900.

7       The deposition will be held before a Notary Public or before some other person

8   authorized by law to administer oaths and will be recorded stenographically in accordance with

9   Federal Rule 30.

10

11  Dated: August 7, 2006                KELLEY DRYE & WARREN LLP

12

13

14                                      By: _____

15                                      David A. Rammelt
                                        Susan J. Greenspon
16                                      KELLEY DRYE & WARREN LLP
                                        333 West Wacker Drive, Suite 2600
17                                      Chicago, IL 60606
                                        Telephone: (312) 857-7070
18                                      Facsimile: (312) 857-7095

19                                      Robert N. Phillips
                                        Ethan B. Andelman
20                                      HOWREY SIMON ARNOLD & WHITE, LLP
                                        525 Market Street, Suite 3600
21                                      San Francisco, CA 94105
                                        Telephone: (415) 848-4900
22                                      Facsimile: (415) 848-4999

23                                      Attorneys for Defendant/Counter-Plaintiff
                                        AMERICAN BLIND AND WALLPAPER
24                                      FACTORY, INC.

25

26

27

28

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606     CH01/PLATC/211762.1                        - 2 -

## PROOF OF SERVICE

I am a citizen of the United States and a resident of the State of Illinois. I am employed in Cook County, State of Illinois, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action, My business address is 333 W. Wacker Drive, Suite 2600, Chicago, IL 60606. On the date set forth below, I served the document(s) described below in the manner described below:

**NOTICE OF DEPOSITION OF JESSICA BLUETT**

**XX**    (BY FACSIMILE) I am personally and readily familiar with the business practice of Kelley Drye & Warren, LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

Michael H. Page
Klaus H. Hamm
Ajay S. Krishnan
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111
Facsimile: (415) 397-7188

Executed on August 7, 2006, at Chicago, Illinois. I declare under penalty of perjury under the applicable laws that the above is true and correct.

Caroline C. Plater

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/211762.1    - 3 -

# Exhibit G

1    Robert N. Phillips (SBN 120970)
     Ethan B. Andelman (SBN 209101)
2    HOWREY SIMON ARNOLD & WHITE, LLP
     525 Market Street, Suite 3600
3    San Francisco, CA 94105
     Telephone: (415) 848-4900
4    Facsimile: (415) 848-4999

5    David A. Rammelt (Admitted *Pro Hac Vice*)
     Susan J. Greenspon (Admitted *Pro Hac Vice*)
6    KELLEY DRYE & WARREN LLP
     333 West Wacker Drive, Suite 2600
7    Chicago, IL 60606
     Telephone: (312) 857-7070
8    Facsimile: (312) 857-7095

9    Attorneys for Defendant/Counter-Plaintiff
     AMERICAN BLIND AND WALLPAPER
10   FACTORY, INC.

11                UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| 13   GOOGLE INC., a Delaware corporation, | Case No. C 03-5340-JF (RS) |
| 14         Plaintiff, | **NOTICE OF DEPOSITION OF JANE BUTLER** |
| 15       v. | |
| 16   AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation | |
| 17   d/b/a decoratetoday.com, Inc.; and DOES 1-100, inclusive, | |
| 18         Defendants. | |
| 19   AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation | |
| 20   d/b/a decoratetoday.com, Inc., | |
| 21         Counter-Plaintiff, | |
| 22       v. | |
| 23   GOOGLE, INC., | |
| 24          Counter-Defendants. | |

25

26

27

28

CH01/PLATC/211763.1

1    PLEASE TAKE NOTICE THAT Defendant/Counter-Plaintiff AMERICAN

2  BLIND AND WALLPAPER FACTORY, INC., ("American Blind") by its attorneys Kelley Drye

3  & Warren LLP, will take the deposition upon oral examination of **Jane Butler**, on August 23,

4  2006, at 9:00 a.m., continuing day-to-day until completed, at the offices of HOWREY SIMON

5  ARNOLD & WHITE, LLP, 525 Market Street, Suite 3600, San Francisco, CA  94105, (415) 848-

6  4900.

7         The deposition will be held before a Notary Public or before some other person

8  authorized by law to administer oaths and will be recorded stenographically in accordance with

9  Federal Rule 30.

10
       Dated: August 7, 2006                         KELLEY DRYE & WARREN LLP
11

12

13

14       By: _____

15       David A. Rammelt
         Susan J. Greenspon
16       KELLEY DRYE & WARREN LLP
         333 West Wacker Drive, Suite 2600
17       Chicago, IL  60606
         Telephone:  (312) 857-7070
18       Facsimile:  (312) 857-7095

19       Robert N. Phillips
         Ethan B. Andelman
20       HOWREY SIMON ARNOLD & WHITE, LLP
         525 Market Street, Suite 3600
21       San Francisco, CA  94105
         Telephone:  (415) 848-4900
22       Facsimile:  (415) 848-4999

23       Attorneys for Defendant/Counter-Plaintiff
         AMERICAN BLIND AND WALLPAPER
24       FACTORY, INC.

25

26

27

28

KELLEY DRYE &
WARREN LLP
333 West Wacker Drive
Suite 2600
Chicago, IL 60606

CH01/PLATC/211763.1                         - 2 -

**PROOF OF SERVICE**

I am a citizen of the United States and a resident of the State of Illinois. I am employed in Cook County, State of Illinois, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action, My business address is 333 W. Wacker Drive, Suite 2600, Chicago, IL 60606. On the date set forth below, I served the document(s) described below in the manner described below:

**NOTICE OF DEPOSITION OF JANE BUTLER**

**XX**    (BY FACSIMILE) I am personally and readily familiar with the business practice of Kelley Drye & Warren, LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

Michael H. Page
Klaus H. Hamm
Ajay S. Krishnan
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111
Facsimile: (415) 397-7188

Executed on August 7, 2006, at Chicago, Illinois. I declare under penalty of perjury under the applicable laws that the above is true and correct.

_____
Caroline C. Plater