| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | MICHAEL H. PAGE - #154913 |
| 2 | MARK A. LEMLEY - #155830 |
| | KLAUS H. HAMM - #224905 |
| 3 | 710 Sansome Street |
| | San Francisco, CA 94111-1704 |
| 4 | Telephone: (415) 391-5400 |
| | Facsimile: (415) 397-7188 |
| 5 | |
| 6 | Attorneys for Plaintiff and Counter Defendant |
| | GOOGLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 | | |
| 11 | GOOGLE INC., a Delaware corporation, | Case No. C 03-5340-JF (RS) |
| 12 | Plaintiff, | **DECLARATION OF MICHAEL S. KWUN** |
| 13 | v. | |
| 14 | AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., and DOES 1-100, inclusive, | |
| 15 | | |
| 16 | Defendants. | |
| 17 | AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., | |
| 18 | | |
| 19 | Counter Plaintiff, | |
| 20 | v. | |
| 21 | GOOGLE INC., AMERICA ONLINE, INC., NETSCAPE COMMUNICATIONS CORPORATION, COMPUSERVE INTERACTIVE SERVICES, INC., ASK JEEVES, INC. and EARTHLINK, INC., | |
| 22 | | |
| 23 | | |
| 24 | Counter Defendant/ Third-Party Defendants. | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

I, MICHAEL S. KWUN declare:

1. I am currently employed at Google Inc. My title is Senior Litigation Counsel. My responsibilities entail managing Google's litigation, focusing primarily on intellectual property matters. I have personal knowledge of the facts set forth below, except as otherwise indicated, and if called as a witness I could and would testify as set forth below.

2. Google is and has been a party to a substantial number of lawsuits. In the United States, cases that are or have been pending in 2006 include at least six patent cases (four of which are still pending), seven trademark cases (including the present case and four others that are still pending), seven copyright cases (all but one of which are still pending, in trial courts or on appeal), and at least fifteen other cases (most of which are still pending). Many of these cases relate to company policies or decisions that were initiated by, discussed with, and/or approved by company executives.

3. Based on my review of company records, I know that Google was founded in 1998 by Google's co-presidents, Larry Page and Sergey Brin. Mr. Page and Mr. Brin grew the company from a startup website with a staff of three to a publicly traded company that (per our 2006 Q2 Form 10-Q) as of June 30, 2006 employed nearly eight thousand fulltime employees worldwide.

4. Larry Page's title at Google is President, Products. In that role, he remains actively involved in Google's day to day operations. Together with Google's CEO Eric Schmidt and co-president Sergey Brin, Mr. Page provides general supervision, direction and control of the company, subject to the control of the company's board of directors, on which Mr. Page sits (as do Mr. Schmidt and Mr. Brin).

5. Based on my own personal observations, and discussions with others who interact with Google management, I know that Mr. Page typically works long work days, rarely taking a day off. Mr. Page also often travels for business, sometimes for extended periods of time.

6. Based on a review of corporate records, and excluding privileged, company-internal communications, Mr. Page has never had any contact with any representative of American Blind & Wallpaper, or with anyone else, concerning American Blind & Wallpaper, its

1 | relationship with Google, or its claims in this litigation.

2 |     I declare the foregoing under penalty of perjury under the laws of the state of California.

3 | Dated: September 20, 2006

                                             By: /s/ Michael S. Kwun  
                                                  MICHAEL S. KWUN  
                                                  Declarant