1   KEKER & VAN NEST, LLP
    MICHAEL H. PAGE - #154913
2   MARK A. LEMLEY - #155830
    KLAUS H. HAMM - #224905
3   AJAY S. KRISHNAN - #222476
    710 Sansome Street
4   San Francisco, CA 94111-1704
    Telephone: (415) 391-5400
5   Facsimile: (415) 397-7188

7   Attorneys for Plaintiff and Counter Defendant
    GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation,<br><br>                             Plaintiff,<br><br>    v.<br><br>AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., and DOES 1-100, inclusive,<br><br>                             Defendants. | Case No. C 03-5340-JF (RS)<br><br>**[PROPOSED] ORDER GRANTING GOOGLE INC.'S OBJECTIONS TO MAGISTRATE JUDGE'S ORDER COMPELLING DEPOSITION OF GOOGLE CO-FOUNDER AND PRESIDENT LARRY PAGE**<br><br>Judge:     Hon. Jeremy Fogel |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.,<br><br>                             Counter-Plaintiff,<br><br>    v.<br><br>GOOGLE INC.,<br><br>                             Counter-Defendant. | |

380726.01

[PROPOSED] ORDER GRANTING GOOGLE INC.'S OBJECTIONS TO MAGISTRATE JUDGE'S ORDER COMPELLING DEPOSITION OF GOOGLE CO-FOUNDER AND PRESIDENT LARRY PAGE
CASE NO. C 03-5340-JF (RS)

Dockets.Justia.com

1  Plaintiff and counter-defendant Google Inc.'s ("Google") Objections to Magistrate
2  Judge's Order Compelling Deposition of Google's Co-Founder and President Larry Page was
3  heard by this Court on _____, 2006, at _____ a.m./p.m.  Upon reviewing the
4  papers submitted by the parties, hearing the argument of counsel, and good cause appearing
5  therefor, IT IS HEREBY ORDERED that Google's Objection is granted and the Magistrate
6  Judge's Order compelling the deposition of Mr. Page is VACATED.
7  IT IS SO ORDERED.

9  Dated: _____, 2006     _____
                                    Hon. Jeremy Fogel
10                                   United States Judge

1

[PROPOSED] ORDER GRANTING GOOGLE INC.'S OBJECTIONS TO MAGISTRATE JUDGE'S ORDER
COMPELLING DEPOSITION OF GOOGLE CO-FOUNDER AND PRESIDENT LARRY PAGE
CASE NO. C 03-5340-JF (RS)

380726.01