| | |
|---|---|
| 1 | Robert N. Phillips (SBN 120970) |
|   | Ethan B. Andelman (SBN 209101) |
| 2 | HOWREY LLP |
|   | 525 Market Street, Suite 3600 |
| 3 | San Francisco, CA 94105 |
|   | Telephone: (415) 848-4900 |
| 4 | Facsimile: (415) 848-4999 |
| 5 | David A. Rammelt (Admitted *Pro Hac Vice*) |
|   | Susan J. Greenspon (Admitted *Pro Hac Vice*) |
| 6 | KELLEY DRYE & WARREN LLP |
|   | 333 West Wacker Drive, Suite 2600 |
| 7 | Chicago, IL 60606 |
|   | Telephone: (312) 857-7070 |
| 8 | Facsimile: (312) 857-7095 |
| 9 | Attorneys for Defendant/Counter-Plaintiff |
|   | AMERICAN BLIND AND WALLPAPER |
| 10 | FACTORY, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GOOGLE INC., a Delaware corporation, | | Case No. C 03-5340-JF (RS) |
| Plaintiff, | | **DECLARATION OF CAROLINE C. PLATER IN SUPPORT OF AMERICAN BLIND AND WALLPAPER FACTORY, INC.'S OPPOSITION TO COUNTER-DEFENDANT GOOGLE INC.'S MOTION TO COMPEL COUNTER-PLAINTIFF ABWF TO SATISFY ITS OUTSTANDING DISCOVERY OBLIGATIONS** |
| v. | | |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.; and DOES 1-100, inclusive, | | |
| Defendants. | | Date: October 18, 2006 |
| | | Time: 9:30 a.m. |
| | | Courtroom: 4 |
| | | Hon. Richard Seeborg |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., | | |
| Counter-Plaintiff, | | |
| v. | | |
| GOOGLE, INC. | | |
| Counter-Defendants. | | |

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/213119.1

I, Caroline C. Plater, declare as follows:

1. I am an attorney at Kelley Drye & Warren LLP, counsel of record for Defendant/Counter-Plaintiff American Blind and Wallpaper Factory, Inc. ("American Blind") in the above-captioned action. I am a member in good standing of the State Bar of Illinois. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Attached hereto as Exhibit A is a true and correct copy of correspondence from Caroline C. Plater to Ajay S. Krishnan, dated September 19, 2006.

3. Attached hereto as Exhibit B is a true and correct copy of correspondence from Ajay S. Krishnan to Caroline C. Plater, dated September 21, 2006.

4. Attached hereto as Exhibit C is a true and correct copy of Google Inc.'s Amended Notice of 30(b)(6) Deposition.

5. Attached hereto as Exhibit D are true and correct copies of pages from the deposition transcript of Gerald Curran, taken on August 3, 2006.

6. Attached hereto as Exhibit E is a true and correct copy of American Blind and Wallpaper Factory, Inc.'s Response to Plaintiff Google Inc.'s First Set of Requests For Admission.

7. Attached hereto as Exhibit F is a true and correct copy of correspondence from Caroline C. Plater to Ajay S. Krishnan, dated September 5, 2006.

8. Attached hereto as Exhibit G are true and correct copies of email correspondence between American Blind and The Kaden Company, dated September 13, 2006 and September 8, 2006 (redacted portion of the September 8, 2006 email contains attorney-client privileged communications).

9. Attached hereto as Exhibit H are true and correct copies of correspondence from Caroline C. Plater accompanying the document productions from American Blind to Google since April 2006.

10. Attached hereto as Exhibit I are true and correct copies of correspondence from Klaus H. Hamm to David A. Rammelt, dated March 20, 2006, and March 23, 2006, and

from Klaus H. Hamm to Caroline C. Plater, dated March 28, 2006.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of September 2006, in Chicago, Illinois.


          /s/ Caroline C. Plater
CAROLINE C. PLATER

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/213119.1                                  - 3 -