**E-Filed 10/3/2006**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE INC., a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., and DOES 1-100, inclusive,<br><br>　　　　　　Defendants. | Case Number C 03-5340-JF (RS)<br><br>ORDER[1] REQUESTING RESPONSE TO OBJECTIONS TO DISCOVERY ORDER<br><br>[re: docket no. 192] |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.,<br><br>　　　　　　Counter Plaintiff,<br><br>　　v.<br><br>GOOGLE INC., AMERICA ONLINE, INC., NETSCAPE COMMUNICATIONS CORPORATION, COMPUSERVE INTERACTIVE SERVICES, INC., ASK JEEVES, INC. and EARTHLINK, INC.,<br><br>　　　　　　Counter Defendant/<br>　　　　　　　Third Party Defendants. | |

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 03-5340-JF (RS)
ORDER REQUESTING RESPONSE TO OBJECTIONS TO DISCOVERY ORDER
(JFLC1)

1  Plaintiff has filed objections to Magistrate Judge Seeborg's order of September 6, 2006,
2  compelling the deposition of Larry Page.  Defendant American Blind & Wallpaper Factory, Inc.
3  shall file a response to the objection on or before October 10, 2006.
4  IT IS SO ORDERED.

6  DATED: October 3, 2006

         _____
         JEREMY FOGEL
         United States District Judge

This Order has been served upon the following persons:

| | |
|---|---|
| Ethan B. Andelman | andelmane@howrey.com, gagnons@howrey.com |
| Dawn Beery | dbeery@kelleydrye.com |
| Susan Jean Greenspon | sgreenspon@kelleydrye.com, cplater@kelleydrye.com; vallen@kelleydrye.com; sdunlap@kelleydrye.com |
| Ravind Singh Grewal | rsg@kvn.com |
| Klaus Hemingway Hamm | khamm@kvn.com, efiling@kvn.com; wik@kvn.com |
| Ajay Krishnan | akrishnan@kvn.com, efiling@kvn.com; rthomas@kvn.com |
| Mark A. Lemley | mlemley@kvn.com, srosen@kvn.com |
| Michael H. Page | mhp@kvn.com, efiling@kvn.com; sjr@kvn.com; nsn@kvn.com |
| Robert Nathan Phillips | phillipsr@howrey.com, gagnons@howrey.com |
| David A. Rammelt | drammelt@kelleydrye.com, sdunlap@kelleydrye.com |