1  Robert N. Phillips (SBN 120970)
   Ethan B. Andelman (SBN 209101)
2  HOWREY LLP
   525 Market Street, Suite 3600
3  San Francisco, CA 94105
   Telephone: (415) 848-4900
4  Facsimile: (415) 848-4999

5  David A. Rammelt (Admitted *Pro Hac Vice*)
   Susan J. Greenspon (Admitted *Pro Hac Vice*)
6  KELLEY DRYE & WARREN LLP
   333 West Wacker Drive, Suite 2600
7  Chicago, IL 60606
   Telephone: (312) 857-7070
8  Facsimile: (312) 857-7095

9  Attorneys for Defendant/Counter-Plaintiff
   AMERICAN BLIND AND WALLPAPER
10 FACTORY, INC.

11                    UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF CALIFORNIA
12

| | |
|---|---|
| 13  GOOGLE INC., a Delaware corporation, | Case No. C 03-5340-JF (RS) |
| 14  Plaintiff, | |
| 15  v. | **DECLARATION OF CAROLINE C. PLATER IN SUPPORT OF AMERICAN BLIND AND WALLPAPER FACTORY, INC.'S RESPONSE TO GOOGLE INC.'S OBJECTIONS TO MAGISTRATE JUDGE'S ORDER COMPELLING DEPOSITION OF GOOGLE CO-FOUNDER AND PRESIDENT LARRY PAGE** |
| 16  AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.; and DOES 1-100, inclusive, | |
| 18  Defendants. | |
| 19  AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., | Judge: Hon. Jeremy Fogel |
| 21  Counter-Plaintiff, | |
| 22  v. | |
| 23  GOOGLE, INC. | |
| 24  Counter-Defendants. | |

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/213421.1

DM_US\8397899.v1

I, Caroline C. Plater, declare as follows:

1. I am an attorney at Kelley Drye & Warren LLP, counsel of record for Defendant/Counter-Plaintiff American Blind and Wallpaper Factory, Inc. ("American Blind") in the above-captioned action. I am a member in good standing of the State Bar of Illinois. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Attached hereto as Exhibit A is a true and correct copy of email correspondence between David A. Rammelt and Michael H. Page, dated July 2, 2006.

3. Attached hereto as Exhibit B is a true and correct copy of American Blind's Notice of Deposition of Larry Page.

4. Attached hereto as Exhibit C is a true and correct copy of Google Inc.'s Objections to the Notice of Deposition of Larry Page.

5. Attached hereto as Exhibit D is a true and correct copy of the transcript of the Hearing of Defendant's Motion to Compel Plaintiff to Respond to Discovery Timely Served, before Hon. Richard Seeborg, dated September 6, 2006.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of October 2006, in Chicago, Illinois.


          __/s/ Caroline C. Plater_____
          CAROLINE C. PLATER

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/213421.1    - 2 -

DM_US\8397899.v1