# Exhibit A

CH01/PLATC/210357.1

-----Original Message-----
From: Rammelt David A.
Sent: Sunday, July 02, 2006 7:30 PM
To: 'MPage@KVN.com'
Subject: Re: Your letter of today

I am out of the office but will respond briefly. I disagree with your view of the hearing. I know you tried to impose some limit, but I don't think the Judge agreed or disagreed, particarly when I objected. It was my understanding that he wanted us to work it out, and if not we are see Judge Seeborg. I guess that is what we wil have to do.

I am willing to hold off on Mr. Brin as a compromise, but as Ms. Karen testified and some of the emails indicate, Mr. Page was invovled in the decision to change the TM policy and we wish to depose him on this issue. I would also appreciate your double-checking that you have searched for and produced all of their emails on these issues. Your production is surprisingly sparse in this regard.

I am not sure what other emails you are refering to.


David A. Rammelt
Kelley Drye & Warren LLP
333 W. Wacker Drive
Chicago, Illinois 60606
(312) 857-7077 (direct)
(312) 857-7095 (fax)
drammelt@kelleydrye.com

-----Original Message-----
From: Michael Page
To: Rammelt David A.; Greenspon, Susan
CC: Klaus Hamm
Sent: Fri Jun 30 17:58:22 2006
Subject: Your letter of today

David:

As I am out of the office, I am responding to your letter of today to Klaus by email. I am frankly astonished at your position, and wonder whether we attended the same hearing last Friday. At that hearing, I specifically asked Judge Fogel to clarify that the sixty day extension applied only to pending discovery, and that the parties were not free to serve additional discovery. He confirmed precisely that, and stated that no new discovery could be noticed without first meeting and conferring and then receiving leave from Magistrate Seeborg. You then asked him to change that ruling, saying that there might be additional individuals you wished to depose. In response, Judge Fogel reiterated his ruling, again stating that his ruling applied only to pending discovery, and that any additional discovery would require Magistrate

1

Seeborg's leave. He could not have been clearer.

You then proceeded, without any effort to meet and confer, to notice the depositions of Mr. Brin and Mr. Page, and to serve additional written discovery. That discovery is in violation of both the case management schedule and Judge Fogel's order, and Google will not be responding to it.

I continue to await your response to my previous emails. We will provide a date for Mr. Kwun's deposition shortly.

Michael Page