1  Robert N. Phillips (SBN 120970)
   Ethan B. Andelman (SBN 209101)
2  HOWREY LLP
   525 Market Street, Suite 3600
3  San Francisco, CA  94105
   Telephone:  (415) 848-4900
4  Facsimile:   (415) 848-4999

5  David A. Rammelt (Admitted *Pro Hac Vice*)
   Susan J. Greenspon (Admitted *Pro Hac Vice*)
6  KELLEY DRYE & WARREN LLP
   333 West Wacker Drive, Suite 2600
7  Chicago, IL  60606
   Telephone:  (312) 857-7070
8  Facsimile:   (312) 857-7095

9  Attorneys for Defendant/Counter-Plaintiff
   AMERICAN BLIND AND WALLPAPER
10 FACTORY, INC.

11                UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
12                       SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE INC., a Delaware corporation, | Case No. C 03-5340-JF (RS) |
| Plaintiff, | |
| v. | **AMERICAN BLIND AND WALLPAPER FACTORY, INC.'S MOTION TO STRIKE GOOGLE INC.'S REPLY IN SUPPORT OF ITS OBJECTIONS TO MAGISTRATE JUDGE'S ORDER COMPELLING DEPOSITION OF GOOGLE CO-FOUNDER AND PRESIDENT LARRY PAGE** |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.; and DOES 1-100, inclusive, | |
| Defendants. | |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., | Judge:  Hon. Jeremy Fogel |
| Counter-Plaintiff, | |
| v. | |
| GOOGLE, INC. | |
| Counter-Defendant. | |

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/213645.1

1  Defendant/Counter-Plaintiff American Blind and Wallpaper Factory, Inc. ("American Blind") respectfully moves the Court for an Order striking Plaintiff/Counter-Defendant, Google Inc.'s ("Google") Reply in Support of its Objections to Magistrate Judge's Order Compelling Deposition of Google Co-founder and President Larry Page ("Reply Brief") as an improper and unauthorized filing.

Google was not requested by the Court to file a Reply Brief and there is no Federal or Local Rule that allows Google to file such a brief under these circumstances. In addition to the procedural impropriety of the filing, the Reply Brief is not even substantively justified. Google does not present new arguments or evidence that it was unaware of when it filed its Objections. Even with its improper Reply Brief, Google still has not submitted a declaration of Larry Page that supports Google's attempt to prevent his deposition. Rather, Google merely rehashes its prior arguments of counsel.

Based on the foregoing, American Blind requests that the Court grant its Motion to Strike Google Inc.'s Reply in Support of its Objections to Magistrate Judge's Order Compelling Deposition of Google Co-founder and President Larry Page.

Dated: October 16, 2006

HOWREY LLP


By:   /s/ Ethan B. Andelman
ROBERT N. PHILLIPS
ETHAN B. ANDELMAN

David A. Rammelt
Susan J. Greenspon
KELLEY DRYE & WARREN LLP
333 West Wacker Drive, Suite 2600
Chicago, IL  60606

Attorneys for Defendant/Counter-Plaintiff
AMERICAN BLIND AND WALLPAPER FACTORY, INC.