| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | MICHAEL H. PAGE - #154913 |
| 2 | MARK A. LEMLEY - #155830 |
| | KLAUS H. HAMM - #224905 |
| 3 | AJAY S. KRISHNAN - #222476 |
| | 710 Sansome Street |
| 4 | San Francisco, CA 94111-1704 |
| | Telephone: (415) 391-5400 |
| 5 | Facsimile: (415) 397-7188 |

Attorneys for Plaintiff and Counter Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation, | Case No. C 03-5340-JF (RS) |
| Plaintiff, | **RESPONSE TO AMERICAN BLIND AND WALLPAPER FACTORY, INC.'S MOTION TO STRIKE GOOGLE INC.'S REPLY IN SUPPORT OF ITS OBJECTIONS TO MAGISTRATE JUDGE'S ORDER COMPELLING DEPOSITION OF GOOGLE COFOUNDER AND PRESIDENT LARRY PAGE** |
| v. | |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., and DOES 1-100, inclusive, | |
| Defendants. | |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., | Judge: Hon. Jeremy Fogel |
| | **ORAL ARGUMENT REQUESTED** |
| Counter-Plaintiff, | Date Comp. Filed: November 26, 2003 |
| v. | Trial Date: May 15, 2007 |
| GOOGLE INC., | |
| Counter-Defendant. | |

---

382443.01

RESPONSE TO AMERICAN BLIND AND WALLPAPER FACTORY, INC.'S MOTION TO STRIKE GOOGLE
INC.'S REPLY IN SUPPORT OF ITS OBJECTIONS TO MAGISTRATE JUDGE'S ORDER COMPELLING
DEPOSITION OF GOOGLE COFOUNDER AND PRESIDENT LARRY PAGE
CASE NO. C 03-5340-JF (RS)

Dockets.Justia.com

1    Google responds to American Blind & Wallpaper's Motion to Strike Reply as follows.
2  Via a telephone message received by Google's counsel on Wednesday afternoon, October 12,
3  2006, the Court authorized a reply brief to be filed not later than Friday, October 14, 2006.
4  Apparently no minute order to that effect issued, and because American Blind's counsel did not
5  contact Google's counsel to meet and confer prior to filing the instant motion to strike, American
6  Blind's counsel was not aware the Court had authorized a reply brief.

Dated: October 16, 2006                KEKER & VAN NEST, LLP


By:  /s/  Klaus H. Hamm
     KLAUS H. HAMM
     Attorneys for Plaintiff and Counter Defendant
     GOOGLE INC.

---

1
RESPONSE TO AMERICAN BLIND AND WALLPAPER FACTORY, INC.'S MOTION TO STRIKE GOOGLE INC.'S REPLY IN SUPPORT OF ITS OBJECTIONS TO MAGISTRATE JUDGE'S ORDER COMPELLING DEPOSITION OF GOOGLE COFOUNDER AND PRESIDENT LARRY PAGE
CASE NO. C 03-5340-JF (RS)

382443.01