1  Robert N. Phillips (SBN 120970)
   Ethan B. Andelman (SBN 209101)
2  HOWREY LLP
   525 Market Street, Suite 3600
3  San Francisco, CA 94105
   Telephone: (415) 848-4900
4  Facsimile: (415) 848-4999

5  David A. Rammelt (Admitted *Pro Hac Vice*)
   Susan J. Greenspon (Admitted *Pro Hac Vice*)
6  Paul W. Garrity (Admitted *Pro Hac Vice*)
   Caroline C. Plater (Admitted *Pro Hac Vice*)
7  KELLEY DRYE & WARREN LLP
   333 West Wacker Drive, Suite 2600
8  Chicago, IL 60606
   Telephone: (312) 857-7070
9  Facsimile: (312) 857-7095

10 Attorneys for Defendant/Counter-Plaintiff
   AMERICAN BLIND AND WALLPAPER
11 FACTORY, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. C 03-5340-JF (RS)<br><br>**RESPONSIVE DECLARATION OF CAROLINE C. PLATER REGARDING GOOGLE INC.'S MOTION FOR ADMINISTRATIVE RELIEF SEEKING AN ORDER SEALING DOCUMENTS FOR FILING IN RELATION TO GOOGLE INC.'S MOTION TO COMPEL ABWF TO SATISFY OUTSTANDING DISCOVERY OBLIGATIONS (DOCKET NO. 190)**<br><br>Judge: Hon. Richard Seeborg |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.,<br><br>Counter-Plaintiff,<br><br>v.<br><br>GOOGLE, INC.,<br>Counter-Defendant. | |

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/214494.1

I, Caroline C. Plater, declare as follows:

1. I am an associate with the firm Kelley Drye & Warren LLP, counsel for Defendant/Counter-Plaintiff, American Blind and Wallpaper Factory, Inc. ("American Blind"), and I am admitted to practice before this court *pro hac vice.*

2. I make this responsive declaration pursuant to Civil Local Rule 79-5(d) regarding the Motion For Administrative Relief Seeking An Order Sealing Documents For Filing In Relation To Counter-Defendant Google Inc.'s Motion to Compel Counter-Plaintiff ABWF To Satisfy Outstanding Discovery Obligations ("Google's Sealing Motion"). Unless otherwise stated, I know the facts stated herein of my personal knowledge and if called as a witness, I would testify competently thereto.

3. Google's Sealing Motion seeks an order sealing Exhibit J, L, N, O, R, and S to the Declaration of Ajay S. Krishnan ("Krishnan Declaration").

4. Exhibit J to the Krishnan Declaration are pages from an online customer satisfaction survey conducted by American Blind and produced in this litigation. These documents have been marked as Confidential and Attorneys Eyes Only because they contain American Blind's highly sensitive, confidential business information and business plans regarding its online advertising, sales and services. These matters are deemed confidential and subject to the Confidential and Attorneys Eyes Only designations pursuant to the terms of the Protective Order in place in this case.

5. Exhibit L to the Krishnan Declaration are pages from two sets of spreadsheets that were produced by American Blind in this litigation, both of which contain highly sensitive and confidential financial information of American Blind. These documents have been marked as

KELLEY DRYE & WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/214494.1         - 2 -

Confidential and Attorneys Eyes Only because they contain American Blind's confidential business information regarding American Blind's finances, profits, and sales. These matters are deemed confidential and subject to the Confidential and Attorneys Eyes Only designations pursuant to the terms of the Protective Order in place in this case.

6.   Exhibit N to the Krishnan Declaration is an email from Michael Layne of American Blind that was produced by American Blind in this litigation. This document has been marked as Confidential and Attorneys Eyes Only because it contains American Blind's highly sensitive, confidential business information and business plans regarding its online advertising, sales and services. These matters are deemed confidential and subject to the Confidential and Attorneys Eyes Only designations pursuant to the terms of the Protective Order in place in this case.

7.   Exhibit O to the Krishnan Declaration is an email from Michael Layne of American Blind that was produced by American Blind in this litigation. This document has been marked as Confidential and Attorneys Eyes Only because it contains American Blind's highly sensitive, confidential business information and business plans regarding its online advertising, sales and services. These matters are deemed confidential and subject to the Confidential and Attorneys Eyes Only designations pursuant to the terms of the Protective Order in place in this case.

8.   Exhibit R to the Krishnan Declaration is a chart entitled "Google Top Drivers 2005" that was produced by American Blind in this litigation. This document has been marked as Confidential and Attorneys Eyes Only because it contains American Blind's confidential business information and business plans regarding its online advertising, spending, sales and strategy regarding the same. These matters are deemed confidential and subject to the Confidential and

1  Attorneys Eyes Only designations pursuant to the terms of the Protective Order in place in this

2  case.

3

4        9.      Exhibit S to the Krishnan Declaration is a chart entitled "SEO Analysis for MSN"

5  that was produced by American Blind in this litigation. This document has been marked as

6  Confidential and Attorneys Eyes Only because it contains American Blind's confidential business

7  information and business plans regarding its online advertising, spending, sales and strategy

8  regarding the same. These matters are deemed confidential and subject to the Confidential and

9  Attorneys Eyes Only designations pursuant to the terms of the Protective Order in place in this

10 case.

11

12      I state under penalty of perjury of the laws of the United States of American that the

13 foregoing statements are true and correct and that this declaration was executed on November 14,

14 2006.

15

16

17

18                                     /s/ Caroline C. Plater

19                                     CAROLINE C. PLATER