1   Robert N. Phillips (SBN 120970)
      Ethan B. Andelman (SBN 209101)
2   HOWREY LLP
      525 Market Street, Suite 3600
3   San Francisco, CA 94105
      Telephone: (415) 848-4900
4   Facsimile: (415) 848-4999

5   David A. Rammelt (Admitted *Pro Hac Vice*)
      Susan J. Greenspon (Admitted *Pro Hac Vice*)
6   Paul W. Garrity (Admitted *Pro Hac Vice*)
      Caroline C. Plater (Admitted *Pro Hac Vice*)
7   KELLEY DRYE & WARREN LLP
      333 West Wacker Drive, Suite 2600
8   Chicago, IL 60606
      Telephone: (312) 857-7070
9   Facsimile: (312) 857-7095

10   Attorneys for Defendant/Counter-Plaintiff
      AMERICAN BLIND AND WALLPAPER
11   FACTORY, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE INC., a Delaware corporation, | Case No. C 03-5340-JF (RS) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR PLACING DOCUMENTS UNDER SEAL (Docket No. 190) (Civil L.R. 7-11 and 79-5)** |
| v. | |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.; and DOES 1-100, inclusive, | Judge: Hon. Richard Seeborg |
| Defendants. | |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., | |
| Counter-Plaintiff, | |
| v. | |
| GOOGLE, INC., | |
| Counter-Defendant. | |

KELLEY DRYE & WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/214511.1

Dockets.Justia.com

1   Pursuant to Civil L.R. 7-11, Plaintiff/Counter-Defendant Google Inc. has filed, on
2  September 7, 2006, an Administrative Motion for a Sealing Order pursuant to Civil Local Rules
3  7-11 and 79-5 (Docket No 190) and requests to file under seal, the following documents:
4  Exhibits Exhibit J, L, N, O, R, and S to the Declaration of Ajay S. Krishnan.
5   Because the above documents includes nonpublic business information of American Blind
6  and Wallpaper Factory, Inc., the Defendant/Counter-Plaintiff,
7   the Court hereby GRANTS this request.
8   IT IS SO ORDERED

Dated: _____

Hon. Richard Seeborg
United States Magistrate Judge

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/214511.1          - 2 -