Robert N. Phillips (SBN 120970)
Ethan B. Andelman (SBN 209101)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

David A. Rammelt (Admitted *Pro Hac Vice*)
Susan J. Greenspon (Admitted *Pro Hac Vice*)
Paul W. Garrity (Admitted *Pro Hac Vice*)
Caroline C. Plater (Admitted *Pro Hac Vice*)
KELLEY DRYE & WARREN LLP
333 West Wacker Drive, Suite 2600
Chicago, IL 60606
Telephone: (312) 857-7070
Facsimile: (312) 857-7095

Attorneys for Defendant/Counter-Plaintiff
AMERICAN BLIND AND WALLPAPER
FACTORY, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.; and DOES 1-100, inclusive,<br><br>Defendants.<br><br>AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.,<br><br>Counter-Plaintiff,<br><br>v.<br><br>GOOGLE, INC.,<br>Counter-Defendant. | Case No. C 03-5340-JF (RS)<br><br>**RESPONSIVE DECLARATION OF CAROLINE C. PLATER REGARDING GOOGLE INC.'S MOTION FOR ADMINISTRATIVE RELIEF SEEKING AN ORDER SEALING DOCUMENTS FOR FILING IN RELATION TO GOOGLE INC.'S REPLY BRIEF IN SUPPORT OF ITS MOTION TO COMPEL ABWF TO SATISFY OUTSTANDING DISCOVERY OBLIGATIONS (DOCKET NO. 201)**<br><br>Judge: Hon. Richard Seeborg |

KELLEY DRYE & WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/214493.1

I, Caroline C. Plater, declare as follows:

1. I am an associate with the firm Kelley Drye & Warren LLP, counsel for Defendant/Counter-Plaintiff, American Blind and Wallpaper Factory, Inc. ("American Blind"), and I am admitted to practice before this court *pro hac vice.*

2. I make this responsive declaration pursuant to Civil Local Rule 79-5(d) regarding the Motion For Administrative Relief Seeking An Order Sealing Documents For Filing In Relation To Counter-Defendant Google Inc.'s Reply Brief In Support Of Its Motion to Compel Counter-Plaintiff ABWF To Satisfy Outstanding Discovery Obligations ("Google's Sealing Motion"). Unless otherwise stated, I know the facts stated herein of my personal knowledge and if called as a witness, I would testify competently thereto.

3. Google's Sealing Motion seeks an order sealing (a) Exhibit B to the Supplemental Declaration of Ajay S. Krishnan, and (b) Exhibit C to the Supplemental Declaration of Ajay S. Krishnan.

4. Exhibit B to the Supplemental Declaration of Ajay S. Krishnan are pages of the deposition transcript of American Blind's former employee Scot M. Powers that have been marked as Confidential and Attorneys Eyes Only. These pages contain American Blind's confidential business information and business plans regarding its profits and internet advertising strategy. These matters are deemed confidential and subject to the Confidential and Attorneys Eyes Only designations pursuant to the terms of the Protective Order in place in this case.

5. Exhibit C to the Supplemental Declaration of Ajay S. Krishnan are pages of the deposition transcript of American Blind's former employee Joseph Lewis Charno that have been marked as Confidential and Attorneys Eyes Only. These pages contain American Blind's

confidential business information and business plans regarding its internet advertising strategy spending regarding the same . These matters are deemed confidential and subject to the Confidential and Attorneys Eyes Only designations pursuant to the terms of the Protective Order in place in this case.

I state under penalty of perjury of the laws of the United States of American that the foregoing statements are true and correct and that this declaration was executed on November 14, 2006.

/s/ Caroline C. Plater
CAROLINE C. PLATER