1 | Robert N. Phillips (SBN 120970)
Ethan B. Andelman (SBN 209101)
2 | HOWREY LLP
525 Market Street, Suite 3600
3 | San Francisco, CA 94105
Telephone: (415) 848-4900
4 | Facsimile: (415) 848-4999

5 | David A. Rammelt (Admitted *Pro Hac Vice*)
Susan J. Greenspon (Admitted *Pro Hac Vice*)
6 | Paul W. Garrity (Admitted *Pro Hac Vice*)
Caroline C. Plater (Admitted *Pro Hac Vice*)
7 | KELLEY DRYE & WARREN LLP
333 West Wacker Drive, Suite 2600
8 | Chicago, IL 60606
Telephone: (312) 857-7070
9 | Facsimile: (312) 857-7095

10 | Attorneys for Defendant/Counter-Plaintiff
AMERICAN BLIND AND WALLPAPER
11 | FACTORY, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE INC., a Delaware corporation, | Case No. C 03-5340-JF (RS) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR PLACING DOCUMENTS UNDER SEAL (Docket No. 201) (Civil L.R. 7-11 and 79-5)** |
| v. | |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.; and DOES 1-100, inclusive, | Judge: Hon. Richard Seeborg |
| Defendants. | |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., | |
| Counter-Plaintiff, | |
| v. | |
| GOOGLE, INC., | |
| Counter-Defendant. | |

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/214514.1

1  Pursuant to Civil L.R. 7-11, Plaintiff/Counter-Defendant Google Inc. has filed, on October
2  4, 2006, an Administrative Motion for a Sealing Order pursuant to Civil Local Rules 7-11 and 79-
3  5 (Docket No. 201) and requests to file under seal, the following documents: (1) Exhibit B to the
4  Supplemental Declaration of Ajay S. Krishnan, and (2) Exhibit C to the Supplemental
5  Declaration of Ajay S. Krishnan.
6  Because the above documents includes nonpublic business information of American Blind
7  and Wallpaper Factory, Inc., the Defendant/Counter-Plaintiff,
8  the Court hereby GRANTS this request.
9  IT IS SO ORDERED

Dated: _____    _____
                                                         Hon. Richard Seeborg
                                                         United States Magistrate Judge

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/214514.1    - 2 -