1  Robert N. Phillips (SBN 120970)
   Ethan B. Andelman (SBN 209101)
2  HOWREY LLP
   525 Market Street, Suite 3600
3  San Francisco, CA 94105
   Telephone: (415) 848-4900
4  Facsimile: (415) 848-4999

5  David A. Rammelt (Admitted *Pro Hac Vice*)
   Susan J. Greenspon (Admitted *Pro Hac Vice*)
6  Paul W. Garrity (Admitted *Pro Hac Vice*)
   Caroline C. Plater (Admitted *Pro Hac Vice*)
7  KELLEY DRYE & WARREN LLP
   333 West Wacker Drive, Suite 2600
8  Chicago, IL 60606
   Telephone: (312) 857-7070
9  Facsimile: (312) 857-7095

10 Attorneys for Defendant/Counter-Plaintiff
   AMERICAN BLIND AND WALLPAPER
11 FACTORY, INC.

12               UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
13                     SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE INC., a Delaware corporation, | Case No. C 03-5340-JF (RS) |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.; and DOES 1-100, inclusive, | |
| Defendants. | Judge: Hon. Richard Seeborg |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., | |
| Counter-Plaintiff, | |
| v. | |
| GOOGLE, INC., | |
| Counter-Defendant. | |

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/214522.1

# PROOF OF SERVICE

I hereby certify that on November 14, 2006, I electronically filed with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record if they are ECF participants the following documents:

**Responsive Declaration of Caroline C. Plater Regarding Google Inc.'s Motion for Administrative Relief Seeking an Order Sealing Documents for Filing in Relation to Google Inc.'s Motion to Compel ABWF to Satisfy Outstanding Discovery Obligations (Docket No. 190);**

**[Proposed] Order Granting Administrative Motion For Placing Documents Under Seal (Docket No. 190) (Civil L.R. 7-11 and 79-5);**

**Responsive Declaration of Caroline C. Plater Regarding Google Inc.'s Motion for Administrative Relief Seeking an Order Sealing Documents for Filing in Relation to Google Inc.'s Reply Brief in Support of its Motion to Compel ABWF to Satisfy Outstanding Discovery Obligations (Docket No. 201);**

**[Proposed] Order Granting Administrative Motion for Placing Documents Under Seal (Docket No. 201) (Civil L.R. 7-11 and 79-5).**

/s/ Caroline C. Plater
CAROLINE C. PLATER