1  Robert N. Phillips (SBN 120970)
   Ethan B. Andelman (SBN 209101)
2  HOWREY LLP
   525 Market Street, Suite 3600
3  San Francisco, CA  94105
   Telephone:  (415) 848-4900
4  Facsimile:  (415) 848-4999

5  David A. Rammelt (Admitted *Pro Hac Vice*)
   Susan J. Greenspon (Admitted *Pro Hac Vice*)
6  Paul W. Garrity (Admitted *Pro Hac Vice*)
   Caroline C. Plater (Admitted *Pro Hac Vice*)
7  KELLEY DRYE & WARREN LLP
   333 West Wacker Drive, Suite 2600
8  Chicago, IL  60606
   Telephone:  (312) 857-7070
9  Facsimile:  (312) 857-7095

10 Attorneys for Defendant/Counter-Plaintiff
   AMERICAN BLIND AND WALLPAPER
11 FACTORY, INC.

*E-FILED 11/14/06*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE INC., a Delaware corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.; and DOES 1-100, inclusive,<br><br>  Defendants.<br><br>AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.,<br><br>  Counter-Plaintiff,<br><br>  v.<br><br>GOOGLE, INC.,<br>  Counter-Defendant. | Case No. C 03-5340-JF (RS)<br><br>**[~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE MOTION FOR PLACING DOCUMENTS UNDER SEAL (Docket No. 190) (Civil L.R. 7-11 and 79-5)**<br><br>Judge: Hon. Richard Seeborg |

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/214511.1

1  Pursuant to Civil L.R. 7-11, Plaintiff/Counter-Defendant Google Inc. has filed, on
2  September 7, 2006, an Administrative Motion for a Sealing Order pursuant to Civil Local Rules
3  7-11 and 79-5 (Docket No 190) and requests to file under seal, the following documents:
4  Exhibits Exhibit J, L, N, O, R, and S to the Declaration of Ajay S. Krishnan.
5  Because the above documents includes nonpublic business information of American Blind
6  and Wallpaper Factory, Inc., the Defendant/Counter-Plaintiff,
7  the Court hereby GRANTS this request.
8  IT IS SO ORDERED

9  Dated: November 14, 2006

10  _____
Hon. Richard Seeborg
United States Magistrate Judge