| | |
|---|---|
| 1  Robert N. Phillips (SBN 120970)<br>    Ethan B. Andelman (SBN 209101)<br>2  HOWREY LLP<br>    525 Market Street, Suite 3600<br>3  San Francisco, CA 94105<br>    Telephone: (415) 848-4900<br>4  Facsimile: (415) 848-4999<br><br>5  David A. Rammelt (Admitted *Pro Hac Vice*)<br>    Susan J. Greenspon (Admitted *Pro Hac Vice*)<br>6  Paul W. Garrity (Admitted *Pro Hac Vice*)<br>    Caroline C. Plater (Admitted *Pro Hac Vice*)<br>7  KELLEY DRYE & WARREN LLP<br>    333 West Wacker Drive, Suite 2600<br>8  Chicago, IL 60606<br>    Telephone: (312) 857-7070<br>9  Facsimile: (312) 857-7095<br><br>10 Attorneys for Defendant/Counter-Plaintiff<br>    AMERICAN BLIND AND WALLPAPER<br>11 FACTORY, INC. | *E-FILED 11/14/06* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.; and DOES 1-100, inclusive,<br><br>    Defendants.<br><br>AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.,<br><br>    Counter-Plaintiff,<br><br>    v.<br><br>GOOGLE, INC.,<br>    Counter-Defendant. | Case No. C 03-5340-JF (RS)<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR PLACING DOCUMENTS UNDER SEAL (Docket No. 201) (Civil L.R. 7-11 and 79-5)**<br><br>Judge: Hon. Richard Seeborg |

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/214514.1

1  Pursuant to Civil L.R. 7-11, Plaintiff/Counter-Defendant Google Inc. has filed, on October
2  4, 2006, an Administrative Motion for a Sealing Order pursuant to Civil Local Rules 7-11 and 79-
3  5 (Docket No. 201) and requests to file under seal, the following documents: (1) Exhibit B to the
4  Supplemental Declaration of Ajay S. Krishnan, and (2) Exhibit C to the Supplemental
5  Declaration of Ajay S. Krishnan.
6  Because the above documents includes nonpublic business information of American Blind
7  and Wallpaper Factory, Inc., the Defendant/Counter-Plaintiff,
8  the Court hereby GRANTS this request.
9  IT IS SO ORDERED
10
11  Dated: November 14, 2006
12  _____
    Hon. Richard Seeborg
    United States Magistrate Judge

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/214514.1                - 2 -