KEKER & VAN NEST, LLP
MICHAEL H. PAGE - #154913
MARK A. LEMLEY - #155830
KLAUS H. HAMM - #224905
AJAY S. KRISHNAN - #222476
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff and Counter Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation,<br><br>                             Plaintiff,<br><br>     v.<br><br>AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., and DOES 1-100, inclusive,<br><br>                             Defendants. | Case No. C 03-5340-JF (RS)<br><br>**PLAINTIFF AND COUNTER-DEFENDANT GOOGLE INC.'S STIPULATED MOTION TO GRANT PARTIES ADDITIONAL PAGES FOR SUMMARY JUDGMENT BRIEFING PURSUANT TO CIVIL L.R. 7-11**<br><br>Judge:     Hon. Jeremy Fogel |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.,<br><br>                             Counter-Plaintiff,<br><br>     v.<br><br>GOOGLE INC.,<br><br>                             Counter-Defendant. | |

386180.01

GOOGLE'S STIPULATED MOTION TO GRANT PARTIES ADDITIONAL PAGES FOR SUMMARY
JUDGMENT BRIEFING PURSUANT TO CIVIL L.R. 7-11
CASE NO. C 03-5340-JF (RS)

1 | TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2 |     Plaintiff and Counter-Defendant Google Inc. ("Google") hereby gives notice to all
3 | counsel of record of its Stipulated Motion to Grant Parties Additional Pages In Summary
4 | Judgment Briefing Pursuant To Civil L.R. 7-11.  By way of this motion, Google requests an
5 | order granting the parties up to ten additional pages of text for each brief in support of or in
6 | opposition to Google's and ABWF's forthcoming summary judgment motions.  Defendant and
7 | Counter-Plaintiff American Blind & Wallpaper Factory ("ABWF") have stipulated to this
8 | request and the accompanying proposed order.

9 |     The reason for this motion is that Google's forthcoming summary judgment motion
10 | involves complicated and novel issues of trademark law, and is also necessarily lengthy because
11 | of the nature of this action.  ABWF raises nine causes of action against Google, each of which
12 | pertains to numerous different alleged trademarks.  Although Google has done its best to group
13 | causes of action and alleged trademarks to the extent feasible, the numerous distinct aspects of
14 | this case require separate treatment.  Google therefore anticipates that each brief filed in support
15 | of or in opposition to its forthcoming summary judgment motion will require more than the
16 | ordinary 25-page and 15-page limits identified in Civil L.R. 7-2 and 7-3.

18 | Dated: December 18, 2006            KEKER & VAN NEST, LLP

By:  /s/  Michael H. Page
MICHAEL H. PAGE
Attorneys for Plaintiff and Counter Defendant
GOOGLE INC.

1
GOOGLE'S STIPULATED MOTION TO GRANT PARTIES ADDITIONAL PAGES FOR SUMMARY
JUDGMENT BRIEFING PURSUANT TO CIVIL L.R. 7-11
CASE NO. C 03-5340-JF (RS)

386180.01