1  KEKER & VAN NEST, LLP
   MICHAEL H. PAGE - #154913
2  MARK A. LEMLEY - #155830
   KLAUS H. HAMM - #224905
3  AJAY S. KRISHNAN - #222476
   710 Sansome Street
4  San Francisco, CA  94111-1704
   Telephone:  (415) 391-5400
5  Facsimile:  (415) 397-7188

6
   Attorneys for Plaintiff and Counter-Defendant
7  GOOGLE INC.

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11

12  GOOGLE INC., a Delaware corporation,          Case No. C 03-5340-JF (RS)

                                   Plaintiff,     **GOOGLE INC.'S AND AMERICAN
13                                                BLIND & WALLPAPER FACTORY'S
            v.                                    STIPULATION AND [PROPOSED]
14                                                ORDER GRANTING PARTIES
    AMERICAN BLIND & WALLPAPER                    ADDITIONAL PAGES FOR SUMMARY
15  FACTORY, INC., a Delaware corporation         JUDGMENT BRIEFING**
    d/b/a decoratetoday.com, Inc., and DOES 1-
16  100, inclusive,
                                                  Judge:      Hon. Jeremy Fogel
17                                 Defendants.

18
    AMERICAN BLIND & WALLPAPER
19  FACTORY, INC., a Delaware corporation
    d/b/a decoratetoday.com, Inc.,
20
                           Counter-Plaintiff,
21
            v.
22
    GOOGLE INC.,
23
                           Counter-Defendant.
24

25

26

27

28

386190.01

Dockets.Justia.com

1    WHEREAS, Plaintiff and Counter-Defendant Google Inc. ("Google") represents to

2  Defendant and Counter-Plaintiff American Blind & Wallpaper Factory ("ABWF") and to this

3  Court that Google requires up to ten additional pages, beyond the normal 25-page limit, to

4  adequately address the issues that it will raise in its forthcoming summary judgment motion,

5    IT IS HEREBY STIPULATED AND AGREED that both parties may file briefs in

6  support of or in opposition to Google's and ABWF's forthcoming summary judgment motions of

7  up to ten (10) pages in excess of the normally applicable page limits.  Thus, for any summary

8  judgment motion filed, a party may file an opening brief of up to 35 pages in length, an

9  opposition brief of up to 35 pages in length, and a reply brief of up to 25 pages in length.

10

11  Dated:  December 18, 2006                    KEKER & VAN NEST

12

13

                                                       By: /s/  Michael H. Page
14                                                          MICHAEL H. PAGE
                                                           Attorneys for Plaintiff and Counter-
15                                                         Defendant GOOGLE INC.

16

    Dated:  December  18, 2006                  KELLEY DRYE & WARREN LLP
17

18

19                                                     By:  /s/  David A. Rammelt
                                                           DAVID A. RAMMELT
20                                                         Attorneys for Defendant and Counter-
                                                           Plaintiff AMERICAN BLIND &
21                                                         WALLPAPER FACTORY

22        PURSUANT TO STIPULATION, IT IS SO ORDERED.

23  Dated:  December __, 2006

24

25                                                     By:
26                                                         HON. JEREMY FOGEL
                                                           United States District Court Judge

27

28

                                            1

386190.01