| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
|   | MICHAEL H. PAGE - #154913 |
| 2 | MARK A. LEMLEY - #155830 |
|   | KLAUS H. HAMM - #224905 |
| 3 | AJAY S. KRISHNAN - #222476 |
|   | 710 Sansome Street |
| 4 | San Francisco, CA  94111-1704 |
|   | Telephone:  (415) 391-5400 |
| 5 | Facsimile:  (415) 397-7188 |

Attorneys for Plaintiff and Counter-Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation, | Case No. C 03-5340-JF (RS) |
| Plaintiff, | **GOOGLE INC.'S AND AMERICAN BLIND & WALLPAPER FACTORY'S STIPULATION AND [PROPOSED] ORDER GRANTING PARTIES ADDITIONAL PAGES FOR SUMMARY JUDGMENT BRIEFING** |
| v. | |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., and DOES 1-100, inclusive, | |
| Defendants. | Judge:    Hon. Jeremy Fogel |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., | |
| Counter-Plaintiff, | |
| v. | |
| GOOGLE INC., | |
| Counter-Defendant. | |

---

GOOGLE INC.'S AND AMERICAN BLIND & WALLPAPER FACTORY'S STIPULATION AND [PROPOSED]
ORDER GRANTING PARTIES ADDITIONAL PAGES FOR SUMMARY JUDGMENT BRIEFING
CASE NO. C 03-5340-JF (RS)

386190.01

1  WHEREAS, Plaintiff and Counter-Defendant Google Inc. ("Google") represents to
2  Defendant and Counter-Plaintiff American Blind & Wallpaper Factory ("ABWF") and to this
3  Court that Google requires up to ten additional pages, beyond the normal 25-page limit, to
4  adequately address the issues that it will raise in its forthcoming summary judgment motion,

5  IT IS HEREBY STIPULATED AND AGREED that both parties may file briefs in
6  support of or in opposition to Google's and ABWF's forthcoming summary judgment motions of
7  up to ten (10) pages in excess of the normally applicable page limits.  Thus, for any summary
8  judgment motion filed, a party may file an opening brief of up to 35 pages in length, an
9  opposition brief of up to 35 pages in length, and a reply brief of up to 25 pages in length.

10

11  Dated: December 18, 2006                    KEKER & VAN NEST

                                                By: /s/ Michael H. Page
                                                    MICHAEL H. PAGE
                                                    Attorneys for Plaintiff and Counter-
                                                    Defendant GOOGLE INC.

    Dated: December 18, 2006                    KELLEY DRYE & WARREN LLP

                                                By: /s/ David A. Rammelt
                                                    DAVID A. RAMMELT
                                                    Attorneys for Defendant and Counter-
                                                    Plaintiff AMERICAN BLIND &
                                                    WALLPAPER FACTORY

    PURSUANT TO STIPULATION, IT IS SO ORDERED.

    Dated: December 22, 2006

                                                By: _____
                                                    HON. JEREMY FOGEL
                                                    United States District Court Judge

---

1

PLAINTIFF AND COUNTER-DEFENDANT GOOGLE INC.'S STIP AND [PROPOSED] ORDER TO GRANT
PARTIES ADDITIONAL PAGES IN SUMMARY JUDGMENT BRIEFING PURSUANT TO CIVIL L.R. 7-11
CASE NO. C 03-5340-JF (RS)

386190.01