| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | MICHAEL H. PAGE - #154913 |
| 2 | MARK A. LEMLEY - #155830 |
| | KLAUS H. HAMM - #224905 |
| 3 | AJAY S. KRISHNAN - #222476 |
| | 710 Sansome Street |
| 4 | San Francisco, CA  94111-1704 |
| | Telephone:  (415) 391-5400 |
| 5 | Facsimile:  (415) 397-7188 |
| 6 | Attorneys for Plaintiff and Counter Defendant |
| | GOOGLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GOOGLE INC., a Delaware corporation, | | Case No. C 03-5340-JF (RS) |
| | Plaintiff, | **PLAINTIFF AND COUNTER-DEFENDANT GOOGLE INC.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT** |
| v. | | |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., and DOES 1-100, inclusive, | | Date:      January 30, 2007 <br> Time:      9:00 a.m. <br> Courtroom: 3, 5th Floor <br> Judge:     Hon. Jeremy Fogel |
| | Defendants. | |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., | | |
| | Counter Plaintiff, | |
| v. | | |
| GOOGLE INC., | | |
| | Counter Defendant. | |

386743.01

GOOGLE INC.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT
CASE NO. C 03-5340-JF (RS)

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that on January 30, 2007, at 9:00 a.m. or as soon thereafter as

3  this matter may be heard in Courtroom 3 of the Honorable Jeremy Fogel, United States District

4  Court, located at 280 South First Street, Fifth Floor, San Jose, California, Plaintiff and Counter-

5  Defendant Google Inc. ("Google") will and hereby does move for summary judgment.

6      This motion is based upon this notice of motion and motion, the memorandum of points

7  and authorities, and the declaration of Klaus H. Hamm in support thereof filed herewith, the

8  other pleadings, records, and files in this action, and such oral argument at the time of the

9  hearing or other matters this Court deems appropriate.

10

11  Dated:  December 26, 2006                          KEKER & VAN NEST, LLP

12

13

14                                           By:  /s/ Ajay S. Krishnan
                                               AJAY S. KRISHNAN
                                               Attorneys for Plaintiff and
15                                                Counter Defendant GOOGLE INC.

16

17

18

19

20

21

22

23

24

25

26

27

28