| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | MICHAEL H. PAGE - #154913 |
| 2 | MARK A. LEMLEY - #155830 |
| | KLAUS H. HAMM - #224905 |
| 3 | AJAY S. KRISHNAN - #222476 |
| | 710 Sansome Street |
| 4 | San Francisco, CA 94111-1704 |
| | Telephone: (415) 391-5400 |
| 5 | Facsimile: (415) 397-7188 |

Attorneys for Plaintiff and Counter Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation, | Case No. C 03-5340-JF (RS) |
| Plaintiff, | **NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF SEEKING AN ORDER SEALING DOCUMENTS FOR FILING IN RELATION TO GOOGLE'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., and DOES 1-100, inclusive, | |
| Defendants. | |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., | |
| Counter-Plaintiff, | |
| v. | |
| GOOGLE INC., | |
| Counter-Defendant. | |

386745.01

NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF SEEKING AN ORDER SEALING
DOCUMENTS FOR FILING IN RELATION TO GOOGLE'S MOTION FOR SUMMARY JUDGMENT
CASE NO. C 03-5340-JF (RS)

Dockets.Justia.com

**NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF SEALING DOCUMENTS**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Civil Local Rules 79-5 and 7-11(a), Plaintiff and Counter-Defendant Google Inc. ("Google") hereby gives notice to all counsel of record of its Motion for Administrative Relief Seeking an Order Sealing Documents For Filing in Relation to Google's Motion for Summary Judgment ("Administrative Motion"). By way of this Administrative Motion, Google requests an order sealing certain exhibits to the Declaration of Klaus H. Hamm ("Hamm Declaration"), submitted in support of Google's Motion for Summary Judgment, that were designated "Confidential" or "Attorneys' Eyes Only" by Google or by American Blind & Wallpaper Factory, Inc. ("ABWF"), pursuant to the Stipulated Protective Order signed by all parties to this litigation and approved by the Court on September 19, 2005 ("Protective Order"). This motion deals separately with those documents that Google seeks to file under seal on its own behalf, pursuant to Civil L.R. 79-5(b), and those documents that Google lodges with the Court, pursuant to Civil L.R. 79-5(d), because they were designated confidential by ABWF.

Google seeks to file the following exhibits under seal pursuant to Civil L.R. 79-5(b) because they contain information that was designated confidential by Google pursuant to the Protective Order. The Hamm Declaration attaches as Exhibit D an email between Google and its customer ABWF concerning confidential business information. The Hamm Declaration attaches as Exhibit F excerpts from the deposition transcript of Alana Karen, a Policy Manager for Google's AdWords Program, taken on April 12, 2006. The reasons for filing these documents under seal are provided in the accompanying Declaration of Ajay S. Krishnan in Support of Google's Motion for Administrative Relief Seeking an Order Sealing Documents for Filing in Relation to Google's Motion for Summary Judgment.

Google lodges the following exhibits and an unredacted version of Google's Summary Judgment Brief under seal pursuant to Civil L.R. 79-5(d) because they were designated confidential by ABWF. The Hamm Declaration attaches as Exhibit L portions of the transcript of the deposition of Jeffrey Alderman, an ABWF employee. The Hamm Declaration attaches as

1
NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF SEEKING AN ORDER SEALING DOCUMENTS FOR FILING IN RELATION TO GOOGLE'S MOTION FOR SUMMARY JUDGMENT
CASE NO. C 03-5340-JF (RS)

386745.01

1  Exhibit M a document Bates labeled ABWF 046258-046259 and titled "Ad Text Report."  The
2  Hamm Declaration attaches as Exhibit S (Bates labeled ABWF002966 – ABWF002994) and
3  Exhibit T (Bates labeled ABWF002950 – ABWF002965), which are studies performed by the
4  Kaden Company on behalf of ABWF.  The Hamm Declaration attaches as Exhibit U (Bates
5  labeled ABWF 047697, ABWF 047698, and ABWF 047708 – ABWF 047712), and Exhibit V
6  (Bates labeled ABWF 047843 – ABWF 047864 and ABWF 047828 – ABWF047834)
7  correspondence involving ABWF's outside counsel.
8      Pursuant to Civil Local Rule 79-5(b), Google moves to file under seal Exhibits D and F
9  to the Hamm Declaration.  Pursuant to Civil Local Rule 79-5(d), Exhibits M, S, T, U, and V to
10 the Hamm Declaration are lodged with the Clerk concurrently with this Administrative Motion.
11 Local Rule 79-5(d) outlines the procedure that ABWF must follow within five days of the filing
12 of this Administrative Motion if it wishes to maintain the confidential designation of Exhibits M,
13 S, T, U and V.

15 Dated:  December 26, 2006            KEKER & VAN NEST, LLP

                              By:   /s/ Ajay S. Krishnan
                                    AJAY S. KRISHNAN
                                    Attorneys for Plaintiff and Counter Defendant
                                    GOOGLE INC.

2
NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF SEEKING AN ORDER SEALING
DOCUMENTS FOR FILING IN RELATION TO GOOGLE'S MOTION FOR SUMMARY JUDGMENT
CASE NO. C 03-5340-JF (RS)

386745.01