| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | MICHAEL H. PAGE - #154913 |
| 2 | MARK A. LEMLEY - #155830 |
| | KLAUS H. HAMM - #224905 |
| 3 | AJAY S. KRISHNAN - #222476 |
| | 710 Sansome Street |
| 4 | San Francisco, CA  94111-1704 |
| | Telephone:  (415) 391-5400 |
| 5 | Facsimile:  (415) 397-7188 |

Attorneys for Plaintiff and Counter Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation, | Case No. C 03-5340-JF (RS) |
| Plaintiff, | **DECLARATION OF AJAY S. KRISHNAN IN SUPPORT OF GOOGLE'S MOTION FOR ADMINISTRATIVE RELIEF SEEKING AN ORDER SEALING DOCUMENTS FOR FILING IN RELATION TO GOOGLE'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., and DOES 1-100, inclusive, | |
| Defendants. | Date:     January 30, 2007<br>Time:     9 a.m.<br>Courtroom: 3, 5th Floor<br>Judge:    Hon. Jeremy Fogel |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., | |
| Counter-Plaintiff, | |
| v. | |
| GOOGLE INC., | |
| Counter-Defendant. | |

---

DECLARATION OF AJAY S. KRISHNAN IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF
SEEKING AN ORDER SEALING DOCUMENTS FOR FILING RE MOTION FOR SUMMARY JUDGMENT
CASE NO. C 03-5340-JF (RS)

386746.01

I, Ajay S. Krishnan, declare as follows:

1. I am an attorney at the firm of Keker & Van Nest LLP, counsel for Plaintiff and Counter-Defendant Google Inc., and am admitted to practice before this Court. I make this declaration in support of Google's Motion for Administrative Relief Seeking an Order Sealing Documents for Filing in Relation to Google's Motion for Summary Judgment. Unless otherwise stated, I know the facts stated herein of my personal knowledge and if called as a witness, I would testify competently thereto.

2. During the course of this litigation, Google Inc. ("Google") produced documents containing confidential business information, and testified to facts concerning confidential business information. These documents, and the relevant portions of deposition transcripts, were designated "CONFIDENTIAL-ATTORNEYS' EYES ONLY" and "CONFIDENTIAL" by Google pursuant to the Stipulated Protective Order signed by all parties to this litigation and approved by the Court on September 19, 2005 ("Protective Order"). A true and correct copy of these documents are attached as Exhibits D and F to the Declaration of Klaus H. Hamm in Support of Google's Motion for Summary Judgment ("Hamm Declaration") filed concurrently herewith.

3. Exhibit D to the Hamm Declaration is an email between Google and its customer, American Blind & Wallpaper Factory ("ABWF"), concerning the customer's and Google's confidential business information regarding Google's AdWords program. This document was designated Confidential pursuant to the Protective Order in this matter because it contains confidential business information.

4. Exhibit F to the Hamm Declaration is a portion of the transcript of the deposition of Alana Karen, who is a Policy Manager for Google's AdWords program. In the submitted portion of the transcript, Ms Karen testifies to facts concerning Google's implementation of its trademark policy, which is highly confidential business information. The transcript was designated "Confidential," and "Attorneys' Eyes Only" pursuant to the Protective Order in this matter because it contains confidential business information.

I state under penalty of perjury of the laws of the United States of America that the

1

DECLARATION OF AJAY S. KRISHNAN IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF SEEKING AN ORDER SEALING DOCUMENTS FOR FILING RE MOTION FOR SUMMARY JUDGMENT
CASE NO. C 03-5340-JF (RS)

386746.01

1  foregoing statements are true and correct.  Executed December 26, 2006, at San Francisco,
2  California.
3
4                                                                /s/ Ajay S. Krishnan
                                                                 AJAY S. KRISHNAN
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
DECLARATION OF AJAY S. KRISHNAN IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF
SEEKING AN ORDER SEALING DOCUMENTS FOR FILING RE MOTION FOR SUMMARY JUDGMENT
CASE NO. C 03-5340-JF (RS)

386746.01