KEKER & VAN NEST, LLP
MICHAEL H. PAGE - #154913
MARK A. LEMLEY - #155830
KLAUS H. HAMM - #224905
AJAY S. KRISHNAN - #222476
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff and Counter Defendant
GOOGLE INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation,<br><br>                        Plaintiff,<br><br>   v.<br><br>AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., and DOES 1-100, inclusive,<br><br>                        Defendants.<br><br>AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.,<br><br>                        Counter-Plaintiff,<br><br>   v.<br><br>GOOGLE INC.,<br><br>                        Counter-Defendant. | Case No. C 03-5340-JF (RS)<br><br>**[PROPOSED] ORDER RE GOOGLE'S MOTION FOR ADMINISTRATIVE RELIEF SEEKING AN ORDER SEALING DOCUMENTS FOR FILING IN RELATION TO GOOGLE'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:      January 30, 2007<br>Time:     9:00 a.m.<br>Courtroom: 3, 5th Floor<br>Judge:    Hon. Jeremy Fogel |

386749.01

[PROPOSED] ORDER RE GOOGLE'S MOTION FOR ADMINISTRATIVE RELIEF SEEKING AN ORDER SEALING DOCUMENTS FOR FILING RE GOOGLE'S MOTION FOR SUMMARY JUDGMENT
CASE NO. C 03-5340-JF (RS)

Dockets.Justia.com

1      Pursuant to Civil Local Rule 79-5(b), Google Inc. ("Google") has filed a Motion for
2 Administrative Relief Seeking an Order Sealing Documents For Filing in Relation to Google's
3 Motion for Summary Judgment ("Administrative Motion"), which pertains in part to documents
4 designated confidential by Google pursuant to the Stipulated Protective Order entered in this
5 case.  These documents are (a) Exhibit D to Declaration of Klaus H. Hamm in Support of
6 Google's Motion for Summary Judgment ("Hamm Declaration"), and (b) Exhibit F to the Hamm
7 Declaration.   Google has also filed a Declaration of Ajay S. Krishnan in Support of Google's
8 Motion for Administrative Relief Seeking an Order Sealing Documents for Filing in Relation to
9 Google's Motion for Summary Judgment, demonstrating that Exhibits D and F to the Hamm
10 Declaration are sealable.
11      GOOD CAUSE HAVING BEEN SHOWN, THE COURT HEREBY ORDERS that
12 Exhibits D and F to the Hamm Declaration remain sealed.  The Clerk of the court shall maintain
13 said documents in accordance with the provisions of Civil Local Rule 79-5(f).
14      IT IS SO ORDERED.

16 Dated:  _____, 2007          _____

17                                              Hon. Jeremy Fogel
                                                 Judge of the United States District Court

386749.01

1

[PROPOSED] ORDER RE GOOGLE'S MOTION FOR ADMINISTRATIVE RELIEF SEEKING AN ORDER
SEALING DOCUMENTS FOR FILING RE GOOGLE'S MOTION FOR SUMMARY JUDGMENT
CASE NO. C 03-5340-JF (RS)