KEKER & VAN NEST, LLP
MICHAEL H. PAGE - #154913
MARK A. LEMLEY - #155830
KLAUS H. HAMM - #224905
AJAY S. KRISHNAN - #222476
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Plaintiff and Counter Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation,<br><br>                              Plaintiff,<br><br>          v.<br><br>AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., and DOES 1-100, inclusive,<br><br>                              Defendants.<br>_____<br>AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.,<br><br>                    Counter-Plaintiff,<br><br>          v.<br><br>GOOGLE INC.,<br><br>                    Counter-Defendant. | Case No. C 03-5340-JF (RS)<br><br>**[PROPOSED] ORDER RE GOOGLE'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:          January 30, 2007<br>Time:          9:00 a.m.<br>Courtroom: 3, 5th Floor<br>Judge:        Hon. Jeremy Fogel |

1    Plaintiff and counter-defendant Google Inc.'s ("Google") Motion for Summary Judgment

2 was heard by this Court on January 30, 2007, at 9:00 a.m.  Upon reviewing the papers submitted

3 by the parties, hearing the argument of counsel, and good cause appearing therefor, Google's

4 motion is GRANTED.  Each of ABWF's eight remaining counterclaims is DISMISSED, as to

5 each of ABWF's asserted trademarks.

6    IT IS SO ORDERED.

7

8 Dated: _____, 2007          _____

9                                            Hon. Jeremy Fogel

10                                           Judge of the United States District Court

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

386748.01