1  KEKER & VAN NEST, LLP
   MICHAEL H. PAGE - #154913
2  MARK A. LEMLEY - #155830
   KLAUS H. HAMM - #224905
3  AJAY S. KRISHNAN - #222476
   710 Sansome Street
4  San Francisco, CA 94111-1704
   Telephone: (415) 391-5400
5  Facsimile: (415) 397-7188

6

7  Attorneys for Plaintiff and Counter Defendant
   GOOGLE INC.

8

                    UNITED STATES DISTRICT COURT

9

                    NORTHERN DISTRICT OF CALIFORNIA

10

11

12 | GOOGLE INC., a Delaware corporation, | Case No. C 03-5340-JF (RS)
   |                                      |
13 |                         Plaintiff,   | **PROOF OF SERVICE**
   |                                      |
14 |   v.                                  | Date:      January 30, 2007
   |                                      | Time:      9:00 a.m.
15 | AMERICAN BLIND & WALLPAPER            | Courtroom: 3, 5th Floor
   | FACTORY, INC., a Delaware corporation | Judge:     Hon. Jeremy Fogel
16 | d/b/a decoratetoday.com, Inc., and DOES 1-
   | 100, inclusive,
17 |                        Defendants.
18
19 | AMERICAN BLIND & WALLPAPER
   | FACTORY, INC., a Delaware corporation
20 | d/b/a decoratetoday.com, Inc.,
   |
21 |                   Counter-Plaintiff,
   |
22 |   v.
   |
23 | GOOGLE INC.,
   |
24 |                   Counter-Defendant.

25

26

27

28

386754.01

**PROOF OF SERVICE**

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

On **December 26, 2006,** I served the following documents:

1) **Notice of Motion and Motion for Summary Judgment**
2) **Memorandum of Points and Authorities in Support of Google's Motion for Summary Judgment** *(Public Version)*
3) **Memorandum of Points and Authorities in Support of Google's Motion for Summary Judgment** *(Filed Conditionally Under Seal)*
4) **Declaration of Klaus H. Hamm in Support of Google's Motion for Summary Judgment** *(Public Version)*
5) **Declaration of Klaus H. Hamm in Support of Google's Motion for Summary Judgment** *(Filed Conditionally Under Seal)*
6) **[Proposed] Order Re Google's Motion for Summary Judgment**
7) **Notice of Motion and Motion for Administrative Relief Seeking an Order Sealing Documents for Filing in Relation to Google's Motion for Summary Judgment**
8) **Declaration of Ajay S. Krishnan in Support of Google's Motion for Administrative Relief Seeking an Order Sealing Documents for Filing in Relation to Google's Motion for Summary Judgment**
9) **[Proposed] Order Re Google's Motion for Administrative Relief Seeking an Order Sealing Documents for Filing in Relation to Google's Motion for Summary Judgment**
10) **Proof of Service**

☑ by **COURIER**, by placing a true and correct copy in a sealed envelope addressed as shown below, and dispatching a messenger with instructions to hand-carry the above and make delivery to the following during normal business hours, by leaving the package with the person whose name is shown or the person authorized to accept courier deliveries on behalf of the addressee.

> Robert N. Phillips, Esq.
> Howrey Simon Arnold & White, LLP
> 525 Market Street, Suite 3600
> San Francisco, CA 94105-2708

Executed on December 26, 2006, at San Francisco, California. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

/s/ Robert W. Thomas
ROBERT W. THOMAS