# EXHIBIT A

Google

| american blinds and wallpaper factory | Search | Advanced Search Preferences |

Web  Images  Video  News  Maps  more »

The "**AND**" operator is unnecessary -- we include all search terms by default. [details]

Web                                   Results **1 - 10** of about **600,000** for **american blinds** and **wallpaper factory**. (**0.07** seconds)

Official Site.                                                              Sponsored Links
www.**AmericanBlinds**.com     **American Blinds**, **Wallpaper** & More Official Site. 5 Million Customers

**American Blinds Wallpaper**                                               **Wallpaper**
AmericanWallpaper.com/Blinds       (Guaranteed Low Cost) No Sales Tax Free Shipping! - Buy Direct & Save    Find a huge choice of wallpapers
                                                                             and save up to amazing 75%!
**American Blinds and Wallpaper**                                            www.Best-Price.com/Wallpaper
Offering **wallpaper**, curtains, framed art, lighting, paint, **blinds** and shutters, area rugs
and home accents.                                                            Shop DecorateToday.com
www.decoratetoday.com/ - 2k - Cached - Similar pages                         **American Blind & Wallpaper Factory**
                                                                             Shop the Online Catalog
Google Inc. v. **American Blind & Wallpaper Factory,** Inc. - Phillips ...   www.pepperjam.com
**American Blind** is the owner of several trademarks which it uses in connection with
these business activities, including "**American Blind & Wallpaper Factory**              Sponsored Links
www.phillipsnizer.com/library/cases/lib_case368.cfm - 31k - Cached - Similar pages

[PDF] **American**
File Format: PDF/Adobe Acrobat - View as HTML
**american blind** and **wallpaper factory**. **american blind** and **wallpaper factory**
**american blind wallpaper**. **american blind wallpaper factory** ...
www.eff.org/IP/TM/Google_TM_Cases/20030711_abwf_letter.pdf - Similar pages

**Google faces trademark suit over keyword ads | CNET News.com**
Google faces trademark suit over keyword ads | A lawsuit filed by **American Blind**
and **Wallpaper Factory** intensifies an ongoing dispute over whether Google's ...
news.com.com/2100-1024_3-5149780.html - 39k - Cached - Similar pages

Keyword Advertising: **American Blinds and Wallpaper Factory** v **Google**
The search company Google, Inc. has been sued by **American Blinds and**
**Wallpaper Factory** for trademark infringement and dilution. This case is a response to
a ...
jip.kentlaw.edu/nart/2004/A-1.htm - 13k - Cached - Similar pages

**Google Sued For Trademark Infringement**

**American Blind** and **Wallpaper Factory** filed a complaint against the search giant, as well as its distribution partners, AOL, Ask Jeeves and EarthLink, ...
www.clickz.com/showPage.html?page=3305871 - 28k - Cached - Similar pages

**american blind and wallpaper factory** - The **American blind** and ...
**american blind** and **wallpaper factory** - Before first discovering the **American blind** and **wallpaper factory**, I would have to run around several stores to get ...
www.yourdictionary.com/business_profile/business-tree/
articles/american-blind-and-wallpaper-factory-04.html - 9k - Cached - Similar pages

**American Blind and Wallpaper Factory** - Kathy Ireland Rugs - Buy ...
You may also like these deals from **American Blind** and **Wallpaper Factory**!
**American Blind** and **Wallpaper Factory** - Levolor Holiday Sale up to 15% off ...
www.dealofday.com/deal/details/33447.html - 32k - Cached - Similar pages

**American Blind and Wallpaper Factory** - Levolor Holiday Sale up to ....
You may also like these deals from **American Blind** and **Wallpaper Factory**!
**American Blind** and **Wallpaper Factory** - Kathy Ireland Rugs - Buy One Get FREE
...
www.dealofday.com/deal/details/34153.html - 32k - Cached - Similar pages

Shop Now with Schoolpop
**American Blind** and **Wallpaper Factory** offers solutions for all of your home decor needs. Shop for **wallpaper** and fabric, **blinds** and shutters, curtains, ...
www.schoolpop.com/info/81170/2529/**american-blinds-and-wallpaper**/afsrc=1 - 89k -
Cached - Similar pages

Result Page:   1 2 3 4 5 6 7 8 9 10   **Next**

[american blinds and wallpaper fact] [Search]

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

Google Home - Advertising Programs - Business Solutions - About Google

©2006 Google