# EXHIBIT B

Dockets.Justia.com

Google AdWords Help Center

Program Comparison

In addition to our database of frequently asked questions, we have a series of web pages dedicated to providing an overview of particular topics. You may be interested in this page:
Program Comparison.

Lesson: Benefits of AdWords

AdWords Lessons are in-depth learning sessions that help you understand and use your AdWords account. You can even take quizzes to reinforce your new expertise.

View this lesson now: Benefits of AdWords.

You may also wish to see the complete list of AdWords Lessons.

## About AdWords : Interested in AdWords : AdWords Overview

What is Google AdWords?

Google AdWords is a quick and simple way to purchase highly targeted cost-per-click (CPC) or cost-per-impression (CPM) advertising, regardless of your budget. AdWords ads are displayed along with search results on Google, as well as on search and content sites in the growing Google Network, including AOL, EarthLink, HowStuffWorks, & Blogger. With searches on Google and page views on the Google Network each day, your Google AdWords ads reach a vast audience.

When you create an AdWords keyword-targeted ad, you choose keywords for which your ad will appear and specify the maximum amount you're willing to pay for each click. You only pay when someone clicks on your ad. To save you even more money, our AdWords Discounter automatically reduces the actual CPC you pay to the lowest cost needed to maintain your ad's position on the results page.

When you create an AdWords site-targeted ad, you choose the exact Google Network content sites where your ad will run and specify the maximum amount you're willing to pay for each thousand page views on that site. You pay whenever someone views your ad, whether the viewer clicks or not. As with keyword-targeted ads, the AdWords Discounter automatically reduces the actual CPM you pay to the lowest cost needed for your ad to win the placement on that page.

There's no minimum monthly charge with AdWords -- just a nominal activation fee. Your ads start running within minutes after you submit your billing information. You can easily keep track of your ad performance using the reports in your online account Control Center.

To find out more about Google AdWords or to begin creating your ads, visit the AdWords home page.

What's the phone icon on Google search results? How does it work?

We're testing a new product that gives you a free and fast way to speak directly to the advertiser you found on a Google search results page - over the phone.

Here's how it works: When you click the phone icon, you can enter your phone number. Once you click 'Connect,' Google calls the number you provided. When you pick up, you hear ringing on the other end as Google connects you to the other party. Then, chat away on our dime.

We won't share your telephone number with anyone, including the advertiser. When you're connected with the advertiser, your number is blocked so the advertiser can't see it. In addition, we'll delete the number from our servers after a short period of time.

How are ads ranked?

Keyword-targeted ads are ranked on search results and content pages based on their maximum cost-per-click (CPC) and Quality Score. (For the top positions above Google search results, we use the actual CPC.) The Quality Score is determined by the keyword's clickthrough rate (CTR), relevance of ad text, historical keyword performance, and other relevancy factors.

Ad Rank = CPC X Quality Score

Having relevant keywords and ad text, a high CPC, and a strong CTR will result in a higher position for your ad. Because this ranking system rewards well-targeted, relevant ads, you can't be locked out of the top position as you would be in a ranking system based solely on price.

Visit our Optimization Tips page to learn more about account optimization, including how to maximize performance for your keyword-targeted ad and improve your ad's position without having to raise your maximum CPC. You can also learn about how to optimize and serving for your ads.

When you choose a maximum CPC for your keywords, our Traffic Estimator gives you the estimated average ad position per keyword. This estimate is based on your maximum CPC and the estimated Quality Score for each of the keywords and ads you've chosen.

GGL005738

Google AdWords Help Center

**You may also be interested in site targeting, which allows you to select the individual sites where your ad will be displayed. Site-targeted ads appear only on content sites in the Google Network, where they are ranked with keyword-targeted ads. Learn more about how keyword-targeted and site-targeted ads compete.**

### When do my ads start running?

Once you've completed the account creation process, you'll need to activate your account. The Google AdWords team will send you an email asking you to click on a specific link to verify your email address. After your address has been verified, you can log in to your new account. You'll see a message asking you to submit your billing information. Your ads will usually appear on Google within a few minutes after we've received your payment, with timing depending on the payment method you've chosen (credit card, bank transfer, etc.). You may notice that your ads appear on Google before appearing on Google partner sites. This is because all ads appearing on our partner sites must be reviewed for compliance with our Editorial Guidelines before they can run.

### What basic terminology should I know?

We realize that certain AdWords terms and abbreviations may not be familiar to all of our advertisers. To make things easier, we've created a full glossary.

Here are some of the most common terms you'll see as you get started:

**Keyword** - The keywords you choose for a given Ad Group are used to target your ads to potential customers.

**Campaign** - A campaign consists of one or more Ad Groups. The ads in a given campaign share the same daily budget, language and location targeting, end dates, and distribution options.

**Ad Group** - An Ad Group contains one or more ads targeting one set of keywords. You set the maximum price you want to pay for an Ad Group keyword list or for individual keywords within the Ad Group.

**Impression (Impr.)** - The number of impressions an ad is displayed on Google or the Google Network.

**Keyword Matching Options** - There are four types of keyword matching: broad matching, exact matching, phrase matching, and negative keywords. These options help you refine your ad targeting on Google search pages.

**Maximum cost-per-click (CPC)** - With keyword-targeted ad campaigns, you choose the maximum cost-per-click (Max CPC) you are willing to pay. Our AdWords Discounter automatically reduces this amount so that the actual CPC you are charged is just one cent more than the minimum necessary to keep your position on the page.

**Maximum cost-per-impression (CPM)** - With site-targeted ad campaigns, you choose the maximum cost per thousand impressions (Max CPM) you are willing to pay. As with Max CPC, the AdWords Discounter automatically reduces this amount so that the actual CPM you are charged is the minimum necessary to keep your position on the page.

### How is an AdWords account structured?

There are three levels to Google AdWords: Account, Campaign, and Ad Group. The diagram below shows the account structure and the settings that are applied at each level. In summary:

- Your account is associated with a unique email address, password, and billing information.
- At the campaign level, you choose your daily budget, geographic and language targeting, distribution preferences, and end dates.
- At the Ad Group level, you create ads and choose keywords. You can also select a maximum cost-per-click (CPC) for the Ad Group or for individual keywords.

Within each Ad Group, you create one or more ads and select a set of keywords to trigger those ads. Each Ad Group runs on one set of keywords. If you create multiple ads in an Ad Group, the ads will rotate for those keywords.

When you log in to your account, you can see your ads' clickthrough rates (CTRs) listed below each of the ads. If a particular ad is not performing as well as the others (if it has a low CTR), you can delete or refine it to improve the overall performance of your Ad Group.

**Account**
Unique email address
Password
Billing information

**Campaign** | **Campaign**

GGL005739