# EXHIBIT C

Dockets.Justia.com

Google AdWords Help Center

**Ad Rank/Positioning**

The keywords you choose for a given Ad Group are used to target your ads to potential customers.

An ad's position is based on its Ad Rank, which is determined by your keyword or Ad Group's maximum cost-per-click (CPC) times the matched keyword's Quality Score. For the top positions above Google search results, however, we use your ad's actual CPC to determine its position.

**Average Position (Avg. Pos.)**

The average position in which your ad may be displayed. '1' is the highest position on the first page of search results, but there is no 'bottom' position. Ads with an average position of 1-8 generally appear on the first page of search results, 9-16 on the second page, etc.

An average position of '1.7' means your ad usually appears in positions 1 or 2, and it may appear more often in higher positions than an ad with an average position of '1.8.' Values may contain decimals because the Traffic Estimator displays estimates as averages-not whole numbers-based on dynamic keyword activity among advertisers. Also, average ad positions are not fixed; they may vary depending on various performance factors.

**Impressions per day**

The number of times a site-targeted ad has been displayed to web users in the course of one advertising day. One thousand impressions equal one cost-per-thousand, or CPM, unit.

**Exception request**

When you create or edit an ad or keyword list, you may receive a notification that your ad or keyword does not meet one of our ad policies. This is an automatic check performed by the AdWords system to help you pass our approval criteria as easily and quickly as possible. If you don't think the policy applies to you, you can file an exception request. If you submit an exception request, an AdWords Specialist will review it to determine if your ad complies with our policies. Your ad will be able to run once your exception is approved.

**Average Cost per Click (Avg. CPC)**

The average amount you'll pay each time someone clicks your ad.

**Account Creation**

You can create an account with no obligation to purchase and without submitting payment information. Simply complete the sign-up process and verify your email address.

**Keyword Matching Options**

There are four types of keyword matching options: broad matches, exact matches, phrase matches, and negative keywords. These options can help you refine your ad targeting and increase your ROI.

**Broad Match** - This is the default option. If you include general keyword or keyword phrases-such as *tennis shoes*-in your keyword list, your ads will appear when users search for *tennis* and *shoes*, in any order, and possibly along with other terms. Your ads will also automatically show for expanded matches, including plurals and relevant variations. Broad matches are often less targeted than exact or phrase matches. If you decide to run your ads on broad-matched keywords, we recommend you create keyword phrases containing at least two descriptive words each.

**Phrase Match** - If you enter your keyword in quotation marks, as in "*tennis shoes*", your ad will appear when a user searches on the phrase *tennis shoes*, in this order, and possibly with other terms in the query.

In this case, the search can also contain other terms as long as it includes the exact phrase you've specified. For instance, your ad will appear for the query *red tennis shoes* but not for *shoes for tennis*.

**Exact Match** - If you surround your keywords in brackets-such as [*tennis shoes*]-your ads will appear when users search for the specific phrase *tennis shoes*, in this order, and without any other terms in the query. For example, your ad won't show for the query *red tennis shoes*.

**Negative Keyword** - If your keyword is *tennis shoes* and you add the negative keyword *-red*, your ad will not appear when a user searches on *red tennis shoes*.

Google AdWords

GGL005754