# EXHIBIT H

Dockets.Justia.com

1  Robert N. Phillips (SBN 120970)
   Ethan B. Andelman (SBN 209101)
2  HOWREY LLP
   525 Market Street, Suite 3600
3  San Francisco, CA 94105
   Telephone: (415) 848-4900
4  Facsimile:  (415) 848-4999

5  David A. Rammelt (Admitted *Pro Hac Vice*)
   Susan J. Greenspon (Admitted *Pro Hac Vice*)
6  KELLEY DRYE & WARREN LLP
   333 West Wacker Drive, Suite 2600
7  Chicago, IL 60606
   Telephone: (312) 857-7070
8  Facsimile:  (312) 857-7095

9  Attorneys for Defendant/Counter-Plaintiff
   AMERICAN BLIND AND WALLPAPER
10 FACTORY, INC.

11

12                      UNITED STATES DISTRICT COURT

13                     NORTHERN DISTRICT OF CALIFORNIA

14

15  GOOGLE INC., a Delaware corporation,        CASE NO. C 03-5340-JF (EAI)

16                   Plaintiff,

17         v.                                    **AMERICAN BLIND & WALLPAPER
                                                 FACTORY, INC.'S AMENDED ANSWER
18  AMERICAN BLIND AND WALLPAPER                 TO GOOGLE INC.'S SECOND SET OF
    FACTORY, INC., a Delaware corporation        INTERROGATORIES**
19  d/b/a decoratetoday.com, Inc.; and DOES
    1-100, inclusive,

20                   Defendants.

21  AMERICAN BLIND & WALLPAPER
    FACTORY, INC., a Delaware corporation
22  d/b/a decoratetoday.com, Inc.

23                   Counterclaimant,

24         v.

25  GOOGLE INC.,
                     Counterdefendants.
26

27

28

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606        CH01/PLATC/213387.1

1    NOW COMES Defendant/Counter-Plaintiff, AMERICAN BLIND &

2    WALLPAPER FACTORY, INC., by and through its attorneys, KELLEY DRYE & WARREN

3    LLP, and in response to Plaintiff's Interrogatories, states as follows:

4    **INTERROGATORY NO. 1:**

5

6        For each name that AMERICAN BLIND has used, in communications with

7    customers and/or potential customers, to refer to its retail business, STATE the name that was

8    used, the dates the AMERICAN BLIND began and ceased using the name, and the reasons for

9    adopting and ceasing to use each name.

10        **ANSWER:**   American Blind objects to this interrogatory because it is over

11    broad, unduly burdensome and not reasonably calculated to lead to the discovery of relevant or

12    admissible evidence. American Blind also objects to this request to the extent that it calls for the

13    production of documents protected by the attorney client privilege or the attorney work product

14    doctrine. Subject to and without waiving these objections, American Blind states that the name

15    changes that American Blind has undergone reflect the changes in the products being sold by

16    American Blind at any given time and changes in the marketplace in general. When American

17    Blind first began its business in 1986, the company operated under the name "American Blind

18    Factory" or "American Blind". When the company expanded the products it sold to include both

19    wall coverings and window treatments, the name was changed from "American Blind" and

20    "American Blind Factory" to "American Blind and Wallpaper Factory" and "American Blind and

21    Wallpaper" in 1988. As a direct result of the assets of American Blind being sold to Color Tile,

22    Inc. in late 1992, the company decided to expand its products further and offer its customers

23    carpeting as well and as a result, the company began using the name, "American Blind,

24    Wallpaper and Carpet Factory, Inc." in 1993. During the second half of the 1990's, the company

25    began using the name "American Blind, Wallpaper & More", which coincided with the

26    company's decision to expand its product offerings to include light fixtures, pictures and throw

27    rugs.[1] On December 9, 1999, the company decided to change its corporate name to

---

[1]    Color Tile took and maintained all corporate books as part of the acquisition. Color Tile
28    filed for bankruptcy protection in 1995, with the assets of American Blind being spun out

1    "decoratetoday.com" to include additional products and services then being offered by American

2    Blind and to evidence its strong Internet presence. However, at no point in time were the

3    "American Blind" marks abandoned and the company continuously used both brands on its web-

4    site and marketing materials to assist its consumers with the cross over to the "decoratetoday"

5    brand. It was subsequently determined that customers identified with the "American Blind"

6    names too strongly to fully cross over to the "decoratetoday.com" brand name as the sole brand

7    name. As a result, on February 28, 2001, the name was changed back to "American Blind &

8    Wallpaper Factory, Inc.". On or about January 6, 2006, the company again began using

9    "American Blind, Wallpaper & More" in its advertising to incorporate the "American Blind"

10    names while signifying that the company sold more than window treatments and wall coverings.

11    American Blind refers to documents Bates range ABWF 003054-003772 for a complete list of all

12    the names under which American Blind has done business, including corporate minutes regarding

13    name changes, corporate name change information and assumed name filings.

14

15    Dated: October 9, 2006                  KELLEY DRYE & WARREN LLP

16

17

18                                 By:

19                                 David A. Rammelt

                                   Susan J. Greenspon

20                                 KELLEY DRYE & WARREN LLP

21                                 333 West Wacker Drive, Suite 2600

                                  Chicago, IL 60606

22                                 Attorneys for Defendant/Counter-

23                                 Plaintiff AMERICAN BLIND

                                  AND WALLPAPER FACTORY,

24                                 INC.

25

26

27    at the end of 1998. As a result, American Blind does not have access to the majority of the

      corporate records and any dates contained therein from the time when Color Tile

28    controlled the business.

1

2                                   **PROOF OF SERVICE**

3    I am a citizen of the United States and a resident of the State of Illinois.  I am employed in Cook

4    County, State of Illinois, in the office of a member of the bar of this Court, at whose direction the
     service was made.  I am over the age of eighteen years, and not a party to the within action, My

5    business address is 333 W. Wacker Drive, Suite 2600, Chicago, IL 60606.  On the date set forth
     below, I served the document(s) described below in the manner described below:

6

7    **AMERICAN BLIND AND WALLPAPER FACTORY, INC.'S AMENDED ANSWER TO
     PLAINTIFF GOOGLE INC.'S SECOND SET OF INTERROGATORIES**

8    **VIA FACSIMILE and U.S. MAIL**

9    Michael H. Page
     Mark A. Lemley

10   Klaus H. Hamm
     Ajay S. Krishnan

11   Keker & Van Nest, LLP
     710 Sansome Street

12   San Francisco, CA 94111

13

14          XX      (BY FACSIMILE) I am personally and readily familiar with the business practice
                    of Kelley Drye & Warren, LLP for collection and processing of document(s) to be

15                  transmitted by facsimile and I caused such document(s) on this date to be transmitted by
                    facsimile to the offices of addressee(s) at the numbers listed below.

16

17          XX      (BY U.S. MAIL) I am personally and readily familiar with the business practice of
                    Kelley Drye & Warren, LLP for collection and processing of correspondence for mailing

18                  with the United States Postal Service, and I caused such envelope(s) with postage thereon
                    fully prepaid to be placed in the United States Postal Service at Chicago, Illinois.

19

     Executed on October 9, 2006, at Chicago, Illinois.

20

21   Caroline C. Plater

22

23

24

25

26

27

28