# EXHIBIT J

decoratetoday: Sheer Vertical Blinds by LouverDrape                    Page 1 of 1



**800-575-8016**

"I Personally Guarantee Your Satisfaction."
Steven Katzman

blinds & shutters | wallpaper & fabric | curtains & draperies | bedding | area rugs | custom framed art

100% Satisfaction Guarantee • FREE UPS Ground Shipping • Lifetime Lowest Price Guarantee

contact the decorator | help | catalog | price by email | NO PAYMENTS 'TIL AUG 2006!

Tuesday, May 09, 2006

Feedback: Let us know what you think

CAN'T FIND THAT BLIND? WE CARRY THEM ALL!
Just call us at 1-800-575-8016 or CLICK HERE to email us.

Search by manufacturer's color name or number

## Browse Our *Blinds*

Search [      ]  All Blinds  [Search]

- SAVE an EXTRA **25% OFF** BLINDS — Enter or mention BAMG when ordering
- SAVE an EXTRA **20% OFF** CURTAINS & BEDDING — Enter or mention BAMF when ordering
- START YOUR SUMMER SAVINGS WITH US! Hurry offer ends Wednesday, 5/31/06
- SAVE an EXTRA **20% OFF** AREA RUGS — Enter or mention BAMH when ordering
- SAVE an EXTRA **15% OFF** WALLPAPER — Enter or mention BAME when ordering

**Step 3: Choose the model of blinds you'd like.**

**LouverDrape Sheer Vertical Blinds**
- LouverDrape Soft Vertical Shades



Mini Blinds | Vertical Blinds | Pleated Shades | Cellular Shades | Wood Blinds | Curtains
Window Shadings | Roman Shades | Roller Shades | Interior Shutters | Exterior Shutters | Sheer Vertical Blinds | Woven Woods

   

TESTED DAILY  09-MAY

Save up to 25% - 85% off most retail store prices.

Wallpaper & Fabric | Blinds & Shutters | Curtains | Bedding | Custom Framed Art | Area Rugs

1-800-575-8016 | Contact Us | Privacy and Security | Legal Notices | Disclaimers | Site Map | Affiliate Program | Gift Card
Copyright American Blinds, Wallpaper & More ©2006