Google Inc. v. American Blind & Wallpaper Factory, Inc.  Doc. 237 Att. 14
Case 5:03-cv-05340-JF   Document 237-15   Filed 12/26/2006   Page 1 of 2

# EXHIBIT N

Dockets.Justia.com

blinds pages – American Blinds logo – since May 3, 2006





   

ABWF003814