# EXHIBIT O

Dockets.Justia.com

# A STUDY TO DETERMINE

# WHETHER GOOGLE'S SALE OF KEY WORD ADVERTISING,

# IN THE FORM OF SPONSORED LINKS,

# FOR THE ENTRY "AMERICAN BLINDS"

# MISLEADS CONSUMERS SEEKING TO ORDER

# PRODUCTS ON-LINE FROM AMERICAN BLINDS

**PREPARED FOR:**
**KELLEY DRYE & WARREN**
**NEW YORK, NY**

**PREPARED BY:**
**ALVIN OSSIP**
**MARKETING RESEARCH CONSULTANT**

**IN CONCERT WITH:**
**TARGET RESEARCH GROUP**
**NANUET, NEW YORK**

**October, 2006**

## **Table of Contents**

**Page**

I.    Background and Objectives .................................................................. 2

II.   Study Authorship and Responsibility ................................................... 3

III.  Study Design Overview ...................................................................... 4

IV.   Discs of Google pages used in study .................................................. 6

V.    Research Summary and Conclusions ................................................... 7

VI.   Detailed Findings .............................................................................. 9

VII.  Summary Tables .............................................................................. 13

VIII. Methodology Detail

  -   Respondent Qualification ................................................................. 29

  -   Sample of Respondents .................................................................... 30

  -   Interviewing Procedures ................................................................... 30

  -   Study Execution Quality Control ....................................................... 31

  -   Coding and Tabulation of Responses ................................................ 32

IX.   Appendix

     A.  Questionnaires
     B.  Interviewer and Supervisor Instructions
     C.  Validation Questionnaire
     D.  Resume and Other Information Concerning Mr. Ossip

## I.    BACKGROUND AND OBJECTIVES

American Blinds, Wallpaper Factory Inc. (ABW) is currently pursuing a legal action against the Internet search engine Google for selling key word based advertising to competitive sellers which appears on the search results pages (as "Sponsored Links") when Google users type in a search term, such as "american blinds", which term is a registered trademark of ABW.

The study reported here was commissioned by Kelley Drye & Warren, counsel for ABW, to help determine the extent to which, if any, those who enter the term "american blinds" in the Google search engine, seeking to buy on-line that specific window blind brand or from that specific company, are misled into thinking that the sponsored links shown on the search results page will lead them to a website where they can make the purchase.

## II. STUDY AUTHORSHIP AND RESPONSIBILITY

This study was planned and supervised by Alvin Ossip, an independent marketing research consultant of 11 Homewood Road, Hartsdale, New York. Mr. Ossip is a very experienced survey researcher who has been involved in many studies concerned with issues relating to trademarks, product trade dress and advertising perception. He has conducted many studies that have been used in legal proceedings. Attached, as Appendix D is Mr. Ossip's resume and a list of cases in which he has testified as an expert witness at trial or by deposition within the past four years.

The study was implemented by Target Research Group of Nanuet, New York, a full-service research firm with considerable experience in the conduct of trademark related studies.

3

## III. STUDY DESIGN OVERVIEW

This study was conducted in twenty one geographically dispersed mall locations with a sample of women aged 18 or older who met the following qualifications: are the female head of their household, have searched for information or bought a product or service via the Internet in the past six months, have used Google in the past six months, have used or would consider using the Internet to get information about window blinds and have heard of the company or brand called American Blinds.

Qualified respondents were seated in front of a computer and were told that they were to be shown initial results they might get if they had typed in "american blinds" in the Google search box. They were asked to look at these search results as they normally would. They were then asked to indicate which listing they would try first if they wanted to order American Blinds on-line and why they selected that listing to click on first. They were then asked if clicking on that listing would or would not take them directly, or link them, to a website where they could order American Blinds.

In Phase 1 of the study, respondents were shown the first page of Google organic results (10 entries) with one sponsored link appearing above the organic results. In Phase 2 of the study, a different group of respondents was shown the same organic results but with two sponsored links appearing above the organic results and two to the right of these results.

In Phase 1, advertising for BudgetBlinds.com and justblinds.com were alternated as the sponsored link shown. In Phase 2, both of these competitive listings appeared above the organic results and with advertising for two other competitive listings – 3dayblinds.com and Blinds.com -appearing to the right of the organic results. In both pairs, first position was rotated.

These four competitors frequently bid on the key word "american blinds" from Google such that their competitive advertisements appear in the Google search results produced for that term. The organic listings were taken from Google results at the time this study was being planned. Any listings referring to this litigation were deleted. All of the organic listings shown would link with a website where American Blinds could be ordered.

4

This study format was used to attempt to isolate the effects of competitive sponsored links, without American Blinds having to use defensive sponsored links of their own.

In Phase 1, those not picking the sponsored link first were then asked, if they had clicked on that listing, did they think it would or would not take them directly, or link them, to a website where they could order American Blinds on-line, or didn't they know. If they thought it would do that, they were asked why they thought so.

In Phase 2, regardless of which listing they selected first, they were then taken, in turn, to one of the listings above the organic results and one to the right of these results and asked if they thought clicking on that listing would or would not take them directly, or link them, to a website where they could order American Blinds on-line, or didn't they know. If they thought it would do that, they were asked why they thought so. (These were the same questions as noted above for Phase 1). If they had previously selected a sponsored link to try first, they were not asked about that link. The order of asking about a link above the organic results and a link to the right of these results was rotated.

The Phase 1 data reported here are based on a total of 183 respondents. However, responses of 21 respondents in two malls were not used in analyzing reactions to the sponsored link if it was not selected first due to misadministration of the question relating to that. Phase 2 data are based on a total of 196 respondents.

## V. RESEARCH SUMMARY AND CONCLUSIONS

Results of this study indicate that a substantial proportion of those who would use the search term "american blinds" on the Google search engine when seeking to order on-line from American Blinds would be misled into thinking that competitive sponsored links appearing in the search results would take them directly, or link them, to a site where they could place such an order.

In Phase 1 of the study, in which one sponsored link was shown above the organic listings, about 29% of all respondents thought the sponsored link would lead them to a site where they could place an order for American Blinds.

This 29% is composed of somewhat over 10% of all respondents who indicated they would click first on the sponsored link and thought it would lead them to such a site plus somewhat over 18% of all respondents who would click first on an organic listing but thought the sponsored link would lead them to such a site and offered a reason considered relevant.

In Phase 2 of the study, when four sponsored links were shown (two above the organic listings and two to the right) the proportion misled was 32%.

This 32% is composed of close to 13% of all respondents who indicated they would click first on a sponsored link and thought it would lead them to such a site plus 19% of all respondents who would click first on an organic listing but thought the sponsored link they were first asked about would lead them to such a site and offered a reason considered relevant.

Many of the respondents who thought a sponsored link would take them to a site where American Blinds could be ordered gave as a reason the first position of that link or that the use of the search term "american blinds" indicated to them that it would. However, within the context of listings produced by the search term "american blinds," the citation by respondents of specific selling points from the sponsored links (e.g. pay later, free home consultation, free samples, lower prices) and/or that the sponsored link offers multiple brands of blinds presumes that American Blinds can be ordered through these links and should be considered as relevant reasons for thinking so.

7

Following is a summary of the key information relating to the extent of respondents being misled by the sponsored link(s).

| | Phase 1<br>(1 sponsored link) | Phase 2<br>(4 sponsored links) |
|---|---|---|
| Total Respondents | 100.0% | 100.0% |
| Selected sponsored link first | <u>13.7</u> | <u>19.9</u> |
|    Will link with American Blinds | 10.4* | 12.8* |
|    Would not link, don't know,<br>     no answer given | 3.4 | 7.1 |
| Selected organic link first | <u>86.3</u> | <u>83.1</u> |
|    Reaction to first sponsored link<br>    asked about | | |
|     Will link with American Blinds | 24.6 | 22.4 |
|      And reason given<br>      considered relevant | (18.3)* | (18.9)* |
|     Will not link with American Blinds | 39.1 | 32.1 |
|     Don't know/no answer | 22.7 | 25.5 |
| **Misled** to believe that sponsored link<br>  will link with American Blinds<br>  (sum of two *) | 28.7 | 31.7 |

Note: Individual items may not add to total due to rounding

## VI. DETAILED FINDINGS

These findings are based on responses obtained after showing respondents the first page generated by a Google search of the term "american blinds" and the addition of one or four sponsored links. Percents have been rounded to the nearest whole number for ease of presentation. If warranted by sample size, a more precise number will appear in the Summary Tables.

Phase 1-  One Sponsored Link (either for Justblinds.com or Budget blinds.com) shown
          above the organic listings

When asked which listing they would try first if they wanted to order from American Blinds on-line, 14% selected the sponsored link.

- Budgetblinds was selected first by 10% of those exposed to it with Justblinds picked by 17% who saw that listing.

- The reasons cited for selection included: specific selling points of the link (low cost, payment option, in-home consultation), being the first listing shown or being identified as a sponsored link (9 of 25 respondents) or it is a site selling various blinds.

                                        (See Summary Tables 1 & 2)

Three-fourths of those selecting the sponsored link first (equal to 10% of all respondents) thought it would take them directly, or link them, to a website where they could order American Blinds.

- Of those who selected Justblinds or Budgetblinds and gave as a reason for doing so its first position or being a sponsored link, 8 of the 9 thought it would link them to American Blinds. Of the remaining 16 respondents who selected a sponsored link first, 11 thought it would link them to American Blinds.

- Among those who first chose an organic listing, (each of which had American Blind or American Blinds in the heading and/or body of the listing), the proportion who thought the organic listing would link to American Blinds was also three-fourths.

                                        (See Summary Table 3)

9

Those not naming the sponsored link as the first listing they would try were directed to that sponsored link and asked if they thought it would or would not take them directly, or link them, to a website where they could order American Blinds. Of those responding to this question, 28% said they thought the sponsored link would allow them to do that.

- About three-fourths of those responding that it would, provided a reason considered to be relevant. This equates to 18% of all respondents.

- Relevant reasons included: American Blinds was the search term, the sponsored link being listed first, the specific web address appeared to include diverse blinds, prior experience or a specific selling point. In the context of the search page shown, these reasons were considered relevant.

(See Summary Tables 4 & 5)

Phase 2- Two sponsored links were shown above the organic listings (Justblinds.com and Budgetblinds.com) and two sponsored links were shown to the right of the organic listings (Blinds.com and 3dayblinds.com). Within each pair, the first and second order was rotated. When questions were asked about a sponsored link on each side of the search page, the order was rotated between the left and right. If a respondent chose a sponsored link as the first listing they would click they were not subsequently asked about that one

When asked which listing they would try first if they wanted to order on-line from American Blinds, 20% selected one of the four sponsored links.

- The selection of the sponsored links skewed dramatically to those above the organic results (selected 79% of the time) and to the first link on its respective side (77% of the time).

- The reasons cited for the selection included: being the first listing shown (28%) or specific selling points of the link (low cost, payment option, new design, etc)

- All of those who cited the chosen link as being the first listing shown selected a sponsored link on the left side of the search page.

(See Summary Tables 6-8)

Of those selecting a sponsored link first, 64% (equal to 13% of all respondents) thought it would take them directly, or link them, to a website where they could order American Blinds.

- Of those who gave a reason relating to the sponsored link's first position on the page, 10 out of the 11 thought it would link them to American Blinds. Of the remaining 28 respondents who selected a sponsored link first, 15 thought it would link them to American Blinds.

- Among those first choosing an organic listing, (each of which had American Blind or American Blinds in the heading and/or body of the listing) the proportion who thought that organic listing would link to American Blinds was essentially the same as evident in Phase 1 (75% versus 76%).

Among those respondents who did not select a sponsored link first (80.1% of respondents), about 28% of them (equal to 22% of all respondents) said they thought the first specific sponsored link they were directed to would allow them to link with a website from which they could order American Blinds. (This involved the same questioning procedure as used for a comparable group in Phase 1 who also showed about 28% thinking it linked to a website to order American Blinds)

- Those reacting to Justblinds or Budgetblinds showed roughly the same likelihood of thinking it would link them with a website on which they could order from American Blinds as was shown in Phase 1 for these two sponsored links (about 28%).

- Those reacting to Blinds.com were more likely than the other sponsored links to think that it would link them to a website where they could order American Blinds while those reacting to 3dayblinds.com were less likely.

(See Summary Tables 9-11)

11

About 84% of those who thought the sponsored link would get them to a website to order American Blinds, provided a reason considered to be relevant. This equates to 19% of all respondents.

Reactions to the second sponsored link questioned about, in terms of whether it would link to a website where one could order from American Blinds and the proportion who provided a reason considered relevant, were very similar to the reactions to the first sponsored link asked about.

**VII. SUMMARY TABLES**

Phase 1

## SUMMARY TABLE 1

### Listing That Would Be Tried First
### If Wanted To Order From American Blinds On-Line [a]

| No. of Respondents | Total Sample (183) | | Sponsored Link is: | |
| --- | --- | --- | --- | --- |
| | | | Budget Blinds (90) | Just Blinds (93) |
| | # | % | % | % |
| **Listing Selected First** | | | | |
| Sponsored Link | (25) | 13.7 | 10.0 | 17.2 |
| Organic Listings | (158) | 86.3 | 90.0 | 82.8 |

---

[a] Based on:

Q.4: Suppose you wanted to **order from American Blinds on-line**. Without clicking on anything, please move the mouse to put the cursor on the listing on this page that you would try FIRST if you wanted to order American Blinds on-line.

Phase 1

## SUMMARY TABLE 2

### Reasons Why Sponsored Link Was Selected First [a]

|  | Sponsored Link is: | |
|---|---|---|
|  | Budget Blinds (9) # | Just Blinds (16) # |
| No. of Respondents Selecting it First |  |  |
| **Reasons Given:** |  |  |
| Was first one, go with first, catches my eye | (3) | (5) |
| Sponsored link | (1) | - |
| Blinds in heading | (1) | - |
| Don't find American Blinds on line | - | (1) |
| Site only for blinds | - | (1) |
|  |  |  |
| Low cost/price, good deals, budget | (3) | (8) |
| New payment option, pay later | - | (3) |
| In-home consultation | (2) | - |
| Free installation | (1) | - |
| HGTV | - | (2) |

---

[a] Based on:

    Q.4a  Why did you select that particular listing to click on first? **(PROBE:)** What other reason, if any, do you have for selecting that listing first?

Includes multiple responses

15

Phase 1

## SUMMARY TABLE 3

**Whether Clicking On Listing Selected First
Would Take You Directly or Link You
To A Website Where You Could Order American Blinds [a]**

| No. of Respondents Selecting Listing First | Any Organic Listing | Sponsored Link | Budget Blinds | Just Blinds |
|---|---|---|---|---|
|  | (158) % | (25) % | (9) # | (16) # |
| Yes, it would | 76 | 76 | (8) | (11) |
| No, it would not | 14 | 4 | - | (1) |
| Don't know | 10 | 12 | (1) | (2) |
| No answer recorded | - | 8 | - | (2) |

[a] Based on:
  Q.4b   Do you think that clicking on that listing <u>would or would not</u> take you directly, or link you, to a website where you could order American Blinds, or don't you know?

## SUMMARY TABLE 4

### Whether Sponsored Link Would Take You To
### <u>Website Where American Blinds Could Be Ordered</u> [a]
### (Among Those Who Did Not Select The Sponsored Link To Click First)

| | Total<br><u>Sample</u> | Sponsored Link is: | |
| --- | --- | --- | --- |
| | | Budget<br><u>Blinds</u> | Just<br><u>Blinds</u> |
| No. of Respondents Asked Question<br>(Excludes Those in Houston & Minneapolis[b]) | (137)<br>% | (70)<br>% | (67)<br>% |
| Whether Sponsored Link Would Take<br><u>You To Website To Order American Blinds</u> | | | |
|     Yes, it would | 28.5 | 30 | 27 |
|     No, it would not | 45.3 | 47 | 43 |
|     Don't know | 26.3 | 23 | 30 |
|     <u>Relevance of Reason for Responding 'Yes'</u> | | | |
|         <u>Total Responding 'Yes'</u> | <u>28.5</u> | <u>30</u> | <u>27</u> |
|         Non-relevant reason given | 4.4 | 9 | - |
|         Relevance not clear [c] | 2.9 | 4 | 2 |
|         Relevant reason given [c] | 21.2 | 17 | 25 |
| Above percents are applied to<br>proportion of respondent universe<br>question is appropriate for [d]<br>  (SEE TABLE 1) | 86.3 | 90 | 83 |
| Computed % of respondent<br>universe who think sponsored link<br>would take you to website to order<br>American Blinds and provide a<br>relevant reason for this[e] | 18.3 | 15 | 21 |

---

[a] Based on:

    Q.5:   Without actually doing so, if you were to click on the particular listing I have moved the cursor on, do you think it <u>would or would not</u> take you directly, or link you, to a website where you could order <u>American Blinds</u> on-line, or don't you know?

    Q.5a:  Why do you think that? **(PROBE:)** What other reason, if any, do you have?

[b]  This question was incorrectly administered in these two markets so the 21 interviews involved are not included in the calculations relating to Q.5.

[c]  The specific reasons given appear on the next two pages.

[d]  Those who did not select the sponsored link first.

[e]   This is derived by taking the percent who responded "yes" and gave a relevant reason (i.e., 21.2) and applying that to the percent in the respondent universe who did not select the sponsored link first (86.3).
Example: 21.2 x 86.3 = 18.3

Phase 1

## SUMMARY TABLE 5
### (Among Those Who Did Not Select The Sponsored Link First)

Q.5a:    Relevant Reasons for thinking <u>Budget Blinds</u> would take you to a website to order American Blinds

| Resp. # | Reason Given |
|---|---|
| 00205 | It will do so automatic. |
| 00301 | I thinks it would bring me to a listing because if you're looking for blinds it should take you to a website to buy them. |
| 00304 | It says blinds installed. |
| 00305 | It is a sponsored link. I believe after awhile of looking I would get there. |
| 01308 | Because it shows that page on the site based on the thing you click on. |
| 04201 | First is normally more accurate. |
| 05002 | It came up first when you typed in American Blinds. |
| 06402 | Because it says quality window blinds and I think American Blinds are quality. Also the search is for American Blinds. |
| 06403 | Because if I googled American Blinds and this came up and I would automatically assume that I could order American Blinds. |
| 06408 | It would list different brands of blinds that I could order. |
| 10503 | Because it would target places to shop for blinds and could possibly list lots of websites. |
| 11509 | The heading makes believe it is affiliated. |

Q.5a:    Relevance not clear for thinking <u>Budget Blinds</u> would take you to a website to order American Blinds

| Resp. # | Reason Given |
|---|---|
| 05001 | The description says it would. |
| 05305 | They advertise that they have that brand. |
| 10505 | Because I have used it before and I know what it does. |

18

Phase 1

## SUMMARY TABLE 5 (Cont'd)
### (Among Those Who Did Not Select The Sponsored Link First)

Q.5a:    Relevant Reasons for thinking <u>Just Blinds</u> would take you to a website to order American Blinds

| Resp. # | Reason Given |
|---|---|
| 00204 | I know it does.  From using the web I know it would link me right into something else. |
| 00206 | It just works that way. |
| 00302 | Website is just blinds and it's more for buy it now. |
| 01203 | It says bill me later.  Already giving payment options. |
| 01309 | Because I have used it and I know first hand that it does. |
| 04202 | Because the title is Low Cost Blinds which is very self explanatory. |
| 04206 | It says blinds. |
| 04211 | Because it's on top of the search list. |
| 05007 | It should have other links since it came up in the search. |
| 05008 | The web address says "just blinds.com" |
| 05009 | Usually one you search, the first couple have something to do with the search. |
| 06804 | Because it's about blinds.  Because they were featured on TV. |
| 10507 | It's not a new site.  I can get to American blinds.  It should have a lot of brand names listed. |
| 10508 | Because it seems diverse, like they would have a lot of different blinds to choose from. |
| 10509 | Because that is what is  supposed to do. |
| 10602 | The name,  That sounds like a site that will sell them. |
| 10609 | Because the web pages that are mentioned first will take you there.  You get the best results from them. |

Q.5a:    Relevance not clear

| Resp. # | Reason Given |
|---|---|
| 05006 | The heading said it has American Blinds on it.  It should take to their website. |

Phase 2

## SUMMARY TABLE 6

### Listing That Would Be Tried First
### If Wanted To Order From American Blinds On-Line [a]

| No. of Respondents | Total Sample (196) | |
|---|---|---|
| | # | % |
| **Listing Selected First** | | |
| Sponsored Link | (39) | 19.9 |
| Organic Listings | (157) | 80.1 |

---

[a] Based on:

Q.4:  Suppose you wanted to **order from American Blinds on-line**. Without clicking on anything, please move the mouse to put the cursor on the listing on this page that you would try FIRST if you wanted to order American Blinds on-line.

20

Phase 2

## SUMMARY TABLE 7

### Sponsored Link That Would Be Tried First
### If Wanted To Order From American Blinds On-Line [a]

| No. of Respondents Who Would Try Sponsored Link First | Total Sample (39) | |
|---|---|---|
| | # | % |
| Link appeared above organic results | (31) | 79 |
| Link appeared to right of organic results | (8) | 21 |
| | | |
| Link appeared first | (30) | 77 |
| Link appeared second | (9) | 23 |

[a] Based on:
Q.4: Suppose you wanted to **order from American Blinds on-line**. Without clicking on anything, please move the mouse to put the cursor on the listing on this page that you would try FIRST if you wanted to order American Blinds on-line.

21

Phase 2

## SUMMARY TABLE 8

### Reasons Why Sponsored Link Was Selected First [a]

|  | Total Sample |
|---|---|
| No. of Respondents Selecting a Sponsored Link First | (39) |
|  | # |

**Reasons Given:**

| | |
|---|---|
| Was the first one, go with first | (11) |
| Would take me to website/shopping link | (2) |
| | |
| Low cost/price, good deals, budget | (16) |
| Payment option, pay later | (5) |
| In-home consultation | (2) |
| Free installation | (2) |
| HGTV | (1) |
| New designs | (2) |
| Free samples | (2) |
| All other | (3) |

---

[a] Based on:

Q.4a  Why did you select that particular listing to click on first?  **(PROBE:)**  What other reason, if any, do you have for selecting that listing first?

Includes multiple responses

22

Phase 2

## SUMMARY TABLE 9

### Whether Clicking On Listing Selected First
### Would Take You Directly or Link You
### To A Website Where You Could Order American Blinds [a]

| No. of Respondents Selecting Listing First | Any Organic Listing | Sponsored Link |
|---|---|---|
| | (157) % | (39) % |
| Yes, it would | 75 | 64 |
| No, it would not | 15 | 18 |
| Don't know | 11 | 18 |

---

[a] Based on:

Q.4b   Do you think that clicking on that listing would or would not take you directly, or link you, to a website where you could order American Blinds, or don't you know?

## SUMMARY TABLE 10

Whether Sponsored Link Would Take You To
Website Where American Blinds Could Be Ordered [a]
(Among Those Who Did Not Select The Sponsored Link To Click First)

|  | Total Sample |
|---|---|
| No. of Respondents Asked Question | (157) |
|  | % |
| **Whether Sponsored Link Would Take You To Website To Order American Blinds** | |
| Yes, it would | 28.0 |
| No, it would not | 40.1 |
| Don't know | 31.2 |
| No answer recorded | 0.6 |
| **Relevance of Reason for Responding 'Yes'** | |
| Total Responding 'Yes' | 28.0 |
| Non-relevant reason given | 0.6 |
| Relevance not clear [b] | 3.8 |
| Relevant reason given [b] | 23.6 |
| Above percents are applied to proportion of respondent universe question is appropriate for [c] (SEE TABLE 6) | 80.1 |
| Computed % of respondent universe who think sponsored link would take you to website to order American Blinds and provide a relevant reason for this [d] | 18.9 |

---

[a] Based on:

    Q.5-8:   Without actually doing so, if you were to click on the particular listing I have moved the cursor on, do you think it would or would not take you directly, or link you, to a website where you could order American Blinds on-line, or don't you know?

    Q.5a-8a:   Why do you think that?   **(PROBE:)**   What other reason, if any, do you have?

[b]   The specific reasons given appear on the next two pages.

    Those who did not select the sponsored link first.

[d]   This is derived by taking the percent who responded "yes" and gave a relevant reason (i.e., 23.6) and applying that to the percent in the respondent universe who did not select the sponsored link first (80.1).
Example: 23.6 x 80.1 = 18.9

Phase 2

## SUMMARY TABLE 11
### (Among Those Who Did Not Select The Sponsored Link First)

Q.5a:    Relevant Reasons for thinking <u>Budget Blinds</u> would take you to a website to order American Blinds

| Resp. # | Reason Given |
|---|---|
| 00346 | It does not say anything else that it would not make me think about the link with nothings listed to say it would not |
| 01346 | Because the first one I pick always goes straight to the link. That's all |
| 01348 | Because I know that it would just take me to that link. And it is the first link on the page. That is it. |
| 05049 | The heading said it would link you to it. And you could choose different blinds. |
| 05050 | Just a generic website & it might take you to other websites. |
| 05347 | It says budget blinds and American Blinds are cheap. That's the only reason. |
| 06449 | Because it says set up a free in home consultation. That's it. |
| 06847 | Because it's the name on the website. It's number one on the list. N/E |
| 10644 | Usually when they have websites like that they want to make it convenient for you. No hassle. |
| 10843 | Because it talks about window blinds. Nothing. |

Q.5a:    Relevance not clear for thinking <u>Budget Blinds</u> would take you to a website to order American Blinds

| Resp. # | Reason Given |
|---|---|
| 08141 | I should tell me the details further and it'll show me the same page. |
| 10543 | Because that's what it says to do and it tells you what to do. None |

25

Phase 2

## SUMMARY TABLE 11 (Cont'd)
### (Among Those Who Did Not Select The Sponsored Link First)

Q.5a:    Relevant Reasons for thinking <u>Just Blinds</u> would take you to a website to order American Blinds

| Resp. # | Reason Given |
|---------|--------------|
| 00244 | Because that's what Google is for. |
| 00341 | The way it's described it looks like a link that would take you there. w/e Doesn't look like a phony Website. |
| 01247 | Because it says it has special offers to buy American Blinds. |
| 01341 | Because to me it looks like its there site. Not a lot of offers to clutter it up. None |
| 01843 | Because it was the web address on the page. That lets me know where I would go. |
| 04249 | It's a sponsored link. Its based off a company. |
| 05041 | Most of the websites, you can order online. It says easy payment option and you can be billed later |
| 06844 | Because on the computer you can get anything quick and fast. Because it has the word "blinds" in it. |
| 06846 | Because they say/talk about payment options. N/E |
| 07256 | Because there all the same and google is a very good website.  Reliable. |
| 08147 | Because the website looks good with information that would take me there. |
| 10847 | Sometimes there are lots of options when you click on a link like this and American Blinds might be there. None. |
| 11643 | Says blinds. Will go to a website with blinds. |

Q.5a:    Relevance not clear for thinking <u>Just Blinds</u> would take you to a website to order American Blinds

Not Clear = 0

26

Phase 2

## SUMMARY TABLE 11 (Cont'd)
### (Among Those Who Did Not Select The Sponsored Link First)

Q.5a:    Relevant Reasons for thinking 3DayBlinds would take you to a website to order American Blinds

| Resp. # | Reason Given |
|---------|-------------|
| 01643 | It gives prices. It give samples. |
| 06447 | Because it says factory direct to me and free samples. I don't know. |
| 06842 | It gives a price it says ten dollars factory direct to you. |
| 10845 | Because it seems like its telling me they'll send it directly to me and they'll send me samples. They'll send it to me in 3 days which is nice. |

Q.5a:    Relevance not clear for thinking 3DayBlinds would take you to a website to order American Blinds

| Resp. # | Reason Given |
|---------|-------------|
| 11647 | It is chosen. Specifically. |

Phase 2

## SUMMARY TABLE 11 (Cont'd)
### (Among Those Who Did Not Select The Sponsored Link First)

Q.5a:    Relevant Reasons for thinking <u>Blinds.com</u> would take you to a website to order American Blinds

| Resp. # | Reason Given |
| --- | --- |
| 00250 | You can get blinds much cheaper than going to a home improvement store. They give you a cheaper price. |
| 00345 | Because it says blind.com so you are going to see more blinds |
| 00348 | Because it will give you a lit is blind stores you can go you. That's it. |
| 01345 | Previous searches I've done it takes me there. That's all |
| 05349 | You are looking online for blinds so you would hope it would let you. That's all. |
| 06442 | Cause it says you can get blinds there. Nothing else |
| 08143 | Because it states that you can get blinds prices much cheaper than a Home Improvement store which implies that you can order them. The website name indicates that it has everything you need to know about blinds. |
| 08144 | When I see blinds.com it makes me think that it is going to have an entire product listings and surely you can find a link to American blinds. That's it. |
| 10651 | Because it says blinds. That's all. |
| 11642 | Well it's a website and I believe a website is not there for nothing and I have strong feelings it would. That's it |

Q.5a:    Relevance not clear for thinking <u>Blinds.com</u> would take you to a website to order American Blinds

| Resp. # | Reason Given |
| --- | --- |
| 04244 | I think this link will take me too American blinds because that's what the description says. |
| 05344 | It says American Blinds. That it |

## VIII. METHODOLOGY DETAIL

Respondent Qualification

This study was conducted in twenty one geographically dispersed mall locations with a sample of women aged 18 or older who met the following qualifications: are the female head of their household, have searched for information or bought a product or service via the Internet in the past six months, have used Google in the past six months, have used or would consider using the Internet to get information about window blinds and have heard of the company or brand called American Blinds.

Screening quotas were set, for three age groups, based on U.S. Census data and those screened who qualified were asked to participate in the study.

As is common in research projects of this nature, the screening interview attempted to exclude respondents, or those who had a household member, who worked in an advertising agency, in market research or for a company or store that makes or sells window blinds or for an Internet search engine. Also excluded were respondents who said they had participated in a non-political research study within the past three months or who did not have the glasses or contacts they normally wore when reading from a computer.

To encourage cooperation, qualified respondents were given $3 for completing the interview.

A copy of the Screening Questionnaire appears in Appendix A.

<u>Sample of Respondents</u>

The study was conducted in 21 enclosed shopping malls, where there is convenient access to consumers who may qualify for the study and where use of a computer can be employed. Following are the marketing areas in which the malls were located:

| <u>Northeast</u> | <u>Midwest</u> |
|---|---|
| Philadelphia, PA | Milwaukee, WI |
| Pittsburgh, PA | Chicago, IL |
| Nassau County, NY | Minneapolis, MN |
| Albany, NY | Detroit, MI |
| Boston , MA | Cleveland, OH |
| | |
| <u>South</u> | <u>West</u> |
| Tampa, FL | Phoenix, AZ |
| Houston, TX | Portland, OR |
| Baltimore, MD | Seattle, WA |
| Memphis, TN | San Francisco, CA |
| Atlanta, GA | San Diego, CA |
| Boynton Beach, FL | |

While an equal number of completions were assigned to each market, some reassignments were made to compensate for areas that had difficulty meeting their quota.

Phase 1 interviews took place September 22-26, 2006. Phase 2 interviews took place September 29- October 3, 2006

<u>Interviewing Procedures</u>

Respondents were screened on the mall and those who qualified and agreed to cooperate were taken back to the interviewing center where they were taken to a room with a computer. They were then seated in front of the computer.

Each different Google screen was put on a separate disc. Before each interview, the supervisor was responsible for seeing that the appropriate disc was in the computer, based on the next questionnaire to be used. Due to the rotation schemes the following number of alternatives were used and appropriately color coded:

| | Discs | Questionnaires |
|---|---|---|
| Phase 1 | 2 | 2 |
| Phase 2 | 2 | 4 |

Questionnaires were color coded in sync with the appropriate disc, contained appropriate instructions for the disc it applied to and the questionnaires were interleaved to provide rotation. After introductory comments the interviewer turned on the computer and made sure that the appropriate Google page appeared on the monitor.

The respondent was asked to use the computer mouse to place the cursor on the listing they would try first if they wanted to order on line from American Blinds. The interviewer then used the cursor, when necessary, to indicate a listing referred to in the questionnaire.

Copies of the questionnaires appear in Appendix A and copies of the Interviewer and Supervisor Instructions appear in Appendix B.

<u>Study Execution Quality Control</u>

Customized, detailed interviewer and supervisor instructions were prepared for the study. Each interviewer was required to read the instructions and to attend a personal briefing by their supervisor and to complete a practice interview.

Neither the interviewers nor the respondents were aware of the specific purpose of the study or the study's sponsor.

At the end of each interview both respondent and interviewer signed forms to certify that the interview was conducted.   When the completed questionnaires were received at Target Research Group they were reviewed and five were deleted from Phase 2 due to inconsistencies in administering the study or inclusion of a respondent who did not meet qualification requirements.   A number of days after the interview, attempts were made to reach all respondents by telephone to verify that the interview took place and that the respondent met the qualification standards. In both phases of the study, about 68% of all respondents were reached and validated. However 7 were dropped from Phase 2 because they did not confirm that they met all the qualifications for the study.

In addition, to identify any "professional respondents", respondents interviewed in a mall recently or improper procedures, a Duplicate Telephone Number Search was conducted which compared respondent telephone numbers with those of other respondents who had been previously interviewed in other projects in that general geographic area by any of the companies participating in this validation procedure. A total of 29 respondents were deleted from Phase 1 due to the Duplicate Telephone Number Search and 11 in Phase 2. The deletion of these interviews had no material effect on the results reported here.

In Phase 1, the responses of 21 respondents in two malls were not used in analyzing reactions to the sponsored link if it was not selected first due to misadministration of the question relating to that. (The question asked apparently referred to the listing selected first by the respondent, not the sponsored link they were supposed to be asked about.)

## Coding and Tabulation of Responses

All "reason why" open end question responses were reviewed by Mr. Ossip and categorized as to whether or not they were relevant. Tabulations largely consisted of hand tallies of spread sheets which contained question responses.

The foregoing constitutes my findings and opinions in this matter.

The fee to be received by the undersigned is at the rate of $550 per hour for time spent on this project, regardless of the specific activity.

Alvin Ossip

32

IX. APPENDIX

TARGET RESEARCH GROUP, INC.
515 Airport Executive Park
Nanuet, NY 10954

PROJECT #98-06149
September, 2006

| | | RESPONDENT ID# |
|---|---|---|
| | **WEBSITE STUDY** | |
| | **- SCREENER -** | **(Card 1; 1-6)** |

EDITED BY: _____  FIELD SERVICE: _____  VALIDATED BY: _____

7-8/Z

| **CITY:** | | **CITY (cont'd):** | | **AGE:** | (12) |
|---|---|---|---|---|---|
| | (9,10,11) | | (9,10,11) | 18 – 34 ............................... 1 | |
| Albany (CR) .......................... 064 | | Minneapolis (MA) ................072 | | 35 – 49 ............................... 2 | |
| Atlanta (AG) ......................... 106 | | New York (NY) ....................003 | | 50 + ................................... 3 | |
| Baltimore (WH) ..................... 102 | | Philadelphia (PH) ................002 | | | |
| Boston (WA)......................... 068 | | Phoenix (AZ) ......................012 | | **COLOR/VERSION:** | (13) |
| Boynton Beach (BB).............. 108 | | Pittsburgh (RP)....................105 | | Tan ...................................... 1 | |
| Chicago (SH)........................ 053 | | Portland (PO) ......................016 | | Yellow.................................. 2 | |
| Cleveland (EU)..................... 115 | | San Diego (PP) ...................116 | | Green................................... 3 | |
| Detroit (DE) .......................... 042 | | San Francisco (SL) ..............018 | | Blue..................................... 4 | |
| Houston (WO)....................... 081 | | Seattle (TC)........................043 | | | |
| Memphis (WC) ..................... 013 | | Tampa (CP) ........................050 | | | |
| Milwaukee (WI) .................... 034 | | | | | |

> **SIGHT SCREEN FOR FEMALES 18 YEARS OF AGE OR OLDER**

Hello, I'm _____ from Target Research Group, a nationwide market research organization. We're conducting a survey and I'd like to ask you a few brief questions. Let me assure you we are doing this for research purposes only and are not selling anything. We are only interested in your opinions which will be held in the strictest confidence.

**NOTE:** **DO NOT CONTINUE INTERVIEW IF RESPONDENT HAS A HEARING, LANGUAGE OR OBVIOUS VISUAL PROBLEM.**

A.   Please tell me which of the following groups includes your age?  **(READ LIST)**

(14)

Under 18 ....................................... 1 → (TERMINATE, ERASE & RE-USE SCREENER)

18 - 34............................................ 2

35 - 49............................................ 3

50 or over....................................... 4

**CHECK AGE QUOTAS. IF NEEDED, CONTINUE. IF OVER QUOTA, TERMINATE. CIRCLE BELOW, ERASE & RE-USE SCREENER.**

**(DO NOT READ)→** Refused...................................... 5 → (TERMINATE, ERASE & RE-USE SCREENER.)

| Q.A: Under 18/Refused | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | (15) |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | (16) |

| Q.A: Over Quota 18-34 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | (17) |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | (18) |

| Q.A: Over Quota 35-49 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | (19) |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | (20) |

| Q.A: Over Quota 50+ | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | (21) |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | (22) |

**(TERMINATES AT Q.A DO NOT COUNT TOWARD SCREENING QUOTA.)**



B.    Are you the female head of your household or is someone else?

(23)

Yes, female head of household ............................... 1 →(CONTINUE)

No, someone else is female head of household ...... 2 →(TERMINATE, ERASE &
RE-USE SCREENER)

| Q.B: Not Female Head of Household | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | (24) |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | (25) |

(TERMINATES AT Q.B DO COUNT TOWARD SCREENING QUOTA.)

C.    In the past 6 months, have you bought a product or service via the Internet or have you searched for
information about a product or service on the Internet?

(26)

Yes .................. 1 →   (CONTINUE)
No .................... 2 →   (TERMINATE, ERASE AND RE-USE SCREENER)

| Q.C: Not Bought or Searched on Internet – Past 6 Months | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | (27) |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | (28) |

(TERMINATES AT Q.C DO COUNT TOWARD SCREENING QUOTA.)

D.    Have you used Google to search for information on the Internet in the past 6 months?

(29)

Yes .................. 1 →   (CONTINUE)
No .................... 2 →   (TERMINATE, ERASE AND RE-USE SCREENER)

| Q.D: Not Used Google – Past 6 Months | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | (30) |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | (31) |

(TERMINATES AT Q.D DO COUNT TOWARD SCREENING QUOTA.)

(SHOW CARD E)
E.    For which, if any, of the product categories listed on this card, have you ever used or would consider
using the Internet to get information about?  (RECORD ALL THAT APPLY)

(32)

Ceiling Fans .................................. 1
Sheets/Pillowcases ....................... 2
Window Blinds .............................. 3
Vacuum Cleaners .......................... 4

---

**"WINDOW BLINDS" MUST BE CIRCLED TO CONTINUE WITH Q.F,
OTHERWISE TERMINATE. CIRCLE BELOW, ERASE AND RE-USE SCREENER.**

---

| Q.E: Have Not Used/Would Not Consider Using Internet for Window Blinds | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | (33) |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | (34) |

(TERMINATES AT Q.E DO COUNT TOWARD SCREENING QUOTA.)

(TAKE BACK SHOW CARD E)



F.   **(SHUFFLE NAME CARDS)** Tell me which, if any, of the companies or brand names on these cards you have heard of.  **(RECORD ALL THAT APPLY)**

(35)

Casablanca ceiling fans .......................................... 1
Ellington ceiling fans ............................................... 2
Marrikas sheets/pillowcases .................................... 3
Manor Hill sheets/pillowcases ................................. 4
American Blinds window blinds ................................ 5
Smith & Noble window blinds ................................... 6
Electrolux vacuum cleaners ..................................... 7
Oreck vacuum cleaners ........................................... 8

---

**"AMERICAN BLINDS WINDOW BLINDS" MUST BE CIRCLED TO CONTINUE WITH Q.G, OTHERWISE TERMINATE. CIRCLE BELOW, ERASE AND RE-USE SCREENER.**

---

| Q.F:  Not Heard Of "American Blinds" | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | (36) |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | (37) |

**(TERMINATES AT Q.F <u>DO</u> COUNT TOWARD SCREENING QUOTA.)**

G.   Do you or does any member of your household work in any of the following?  **(READ LIST)**

| | Yes | No | DK/ Refused |
|---|---|---|---|
| | (38) | (39) | (40) |
| An advertising agency ............................................. | 1 | 1 | 1 |
| A marketing research department or firm ........................ | 2 | 2 | 2 |
| A company or store that makes or sells vacuum cleaners........................................................ | 3 | 3 | 3 |
| A company or store that makes or sells window blinds.... | 4 | 4 | 4 |
| An Internet search engine ........................................ | 5 | 5 | 5 |

---

**IF "YES" TO ANY BOXED ITEM, TERMINATE, CIRCLE BELOW. ERASE AND REUSE SCREENER.**

---

| Q.G Security Screen | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | (41) |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | (42) |

**(TERMINATES AT Q.G DO <u>NOT</u> COUNT TOWARD SCREENING QUOTA.)**

H.   Have you participated in any marketing research survey, other than a political poll, during the past 3 months?

(43)

Yes ...................... 1  → **(TERMINATE, CIRCLE BELOW.  ERASE AND RE-USE SCREENER.)**
No......................... 2  → **(CONTINUE)**
Don't Know ........... 3  → **(TERMINATE, CIRCLE BELOW.  ERASE AND RE-USE SCREENER.)**

| Q.H:  Past Participation/Don't Know | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | (44) |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | (45) |

**(TERMINATES AT Q.H DO <u>NOT</u> COUNT TOWARD SCREENING QUOTA.)**

I.  Do you usually wear eyeglasses or contact lenses when you read from your computer?

                    (46)
        Yes...................1  →  (ASK Q.J)
        No ....................2  →  (SKIP TO Q.K)


J.  Are you wearing these contact lenses or do you have these glasses with you today?

                    (47)
        Yes...................1  →  (CONTINUE)
        No ....................2  →  (TERMINATE, ERASE AND RE-USE SCREENER)

| Q.J: Don't Have Glasses or Contact Lenses with Them | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | (48) |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | (49) |

**(TERMINATES AT Q.J DO NOT COUNT TOWARD SCREENING QUOTA.)**


K.  I've asked you these questions to see if you are eligible for a brief interview.  Since I have something to show you, I'd like you to come with me into the interviewing facility.  It will only take a few minutes of your time and we think you will find it interesting.  For your time, we will give you $3 upon completing the survey. Are you willing to be interviewed?  **(IF RESPONDENT REFUSES, TERMINATE, ERASE AND RE-USE SCREENER.)**

                    (50)
        Yes...................1  →  (CONTINUE)
        No ....................2  →  (TERMINATE, ERASE AND RE-USE SCREENER)

| Q.K: Qualified Refusal | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | (51) |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | (52) |

**(TERMINATES AT Q.K DO NOT COUNT TOWARD SCREENING QUOTA.)**

                                                                53-79/Z; 80-1

+--------------------------------------------------+
|  •  CIRCLE AGE GROUP ON FRONT PAGE               |
|  •  CIRCLE COLOR/VERSION ON FRONT PAGE           |
|  •  CIRCLE CITY ON FRONT PAGE                    |
|  •  ESCORT RESPONDENT TO INTERVIEWING AREA       |
+--------------------------------------------------+

Target Research Group, Inc.
515 Airport Executive Park
Nanuet, NY 10954

Case ...-...0-JF    Document 237-16    Filed 12/26/2006    Page 39 of 79

Project #98-06149
September, 2006

| FOR OFFICE USE ONLY | **WEBSITE STUDY**<br><br>-  **MAIN QUESTIONNAIRE** –<br>- **TAN** - | RESPONDENT ID#:<br><br>_____<br>(Card 2; 1-6) |
| --- | --- | --- |

7-1

---

**BEFORE BRINGING RESPONDENT INTO ROOM MAKE SURE CD ROM #1 WITH TAN DOT IS LOADED INTO CD ROM DRIVE OF COMPUTER, AND MONITOR IS <u>OFF</u>.**

---

**SAY:** Please have a seat here in front of the computer and make yourself comfortable.

**REFER TO SCREENER Q.I IF RESPONDENT USUALLY WEARS "EYEGLASSES" THEN SAY:**
If you usually wear eyeglasses when reading from your computer, please put them on now.

---

**IF RESPONDENT DOES NOT HAVE GLASSES, THANK AND TERMINATE. RECORD BELOW.**

NO GLASSES:    1    2    3    4    5    6    7    8    9    (8)

---

1.  This is part of a short nationwide survey about what people do and think, when they are doing an on-line search for products or product information.  Different participants in the survey will be doing different searches.

    Today we will be using the Google search engine.  You will do <u>one</u> search after which I will be asking you some questions.  For each of these questions, if you don't know or don't have an opinion please feel free to tell me so.

2.  You said you were aware of a company or brand of <u>window blinds</u> whose name is **American Blinds**. Let's suppose that you wanted to look up information about American Blinds or to buy from American Blinds on-line.  On this computer I will show you initial results you might get if you had typed in American Blinds in the Google search box. **(TURN ON MONITOR – MAKE SURE APPROPRIATE GOOGLE RESULTS PAGE APPEARS ON THE SCREEN.)**

3.  Take as much time looking at this page of search results as you normally would if you were doing this search on your own computer.  Do not click on anything, but feel free to scroll up or down on the right of this page as you normally would.  Please tell me when you are finished looking.

4.  **(WHEN RESPONDENT INDICATES SHE IS FINISHED LOOKING, SAY:)**  As you know, using the mouse to click on underlined words will take you to a different website.

    Suppose you wanted to <u>order from American Blinds on-line</u>.  Without clicking on anything, please move the mouse to put the cursor on the listing on this page that you would try FIRST if you wanted to order American Blinds on-line.

    **(IF RESPONDENT HESITATES, SAY:)**  Pick the one you would most likely click first.  **(RECORD THE BLUE HEADING AND GREEN WEB ADDRESS OF THE SITE SELECTED)**

    **HEADING:** _____    (9,10)

    **WEB ADDRESS:** _____.COM    (11,12)

4a. Why did you select that particular listing to click on first? **(PROBE:)** What other reason, if any, do you have for selecting that listing first?  **(RECORD VERBATIM)**

    _____    (13,14)

    _____    (15,16)

    _____    (17,18)

    _____    (19,20)

    _____    (21,22)

4b.  **(READ SLOWLY:)**  Do you think that clicking on that listing <u>would</u> or <u>would not</u> take you directly, or link you, to a website where you could order American Blinds, or don't you know?

(23)

| | |
|---|---|
| Yes, it would | 1 |
| No, it would not | 2 |
| Don't know | 3 |

**INTERVIEWER: IF RESPONDENT MENTIONED "BUDGET BLINDS" AT Q.4, SKIP TO Q.9, OTHERWISE CONTINUE WITH Q.5.**

5.  **INTERVIEWER:  MOVE CURSOR TO "BUDGET BLINDS" ON THE TOP LEFT SIDE OF SCREEN**

Without actually doing so, if you were to click on the particular listing I have moved the cursor on, do you think it <u>would</u> or <u>would not</u> take you directly, or link you, to a website where you could order <u>American Blinds</u> on-line, or don't you know?

(24)

| | |
|---|---|
| Yes, it would | 1 →(CONTINUE WITH Q.5a) |
| No, it would not | 2 →(SKIP TO Q.9) |
| Don't know | 3 →(SKIP TO Q.9) |

5a.  Why do you think that?  **(PROBE:)**  What other reason, if any, do you have?  **(RECORD VERBATIM)**

_____  (25,26)

_____  (27,28)

_____  (29,30)

_____  (31,32)

_____  (33,34)

**NO QUESTIONS 6 THROUGH 8 ON THIS VERSION.**          35-67Z

9.  Have you ever obtained information about or bought window blinds on-line?

(68)

| | |
|---|---|
| Yes | 1 →(CONTINUE WITH Q.10) |
| No | 2 |

- **RESPONDENT AND INTERVIEWER MUST BOTH SIGN AND COMPLETE THE CERTIFICATION.**
- **COMPLETE RESPONDENT INFO ON NEXT PAGE.**

69-79/Z; 80-2

© TARGET RESEARCH GROUP INC., 2006

06149 MQ (Tan).doc

Case 5:03-cv-05340-JF    Document 237-16    Filed 12/26/2006    Page 41 of 79

10. Thank you very much.  Would you please sign this Certification Page so that I can prove to my supervisor that I interviewed you?

---

### RESPONDENT CERTIFICATION

I certify that I was shown a website about window blinds and was asked some questions about it.

_____          _____
Respondent's Signature                        Date


### INTERVIEWER CERTIFICATION

I certify that I carried out this interview in accordance with my interviewer instructions.

INTERVIEWER'S FULL NAME (PRINT): _____

_____          _____
Interviewer's Signature                        Date


IF RESPONDENT REFUSES NAME OR PHONE NUMBER, PLEASE HAVE SUPERVISOR SIGN BELOW AS ON-SITE VALIDATED.

_____          _____
Supervisor's Signature                        Date

---

Respondent's Name:_____

Address:_____

City:_____  State:_____  Zip:_____

Telephone Number: (____  ____  ____) ____ ____ ____ - ____ ____ ____ ____

---

Target Research Group
515 Airport Executive Park
Nanuet, NY 10954

September, 2006

<table>
<tr><td>FOR OFFICE<br>USE ONLY</td><td><strong>WEBSITE STUDY</strong><br><br>- <strong>MAIN QUESTIONNAIRE –</strong><br>- <strong>GREEN -</strong></td><td><strong>RESPONDENT ID#:</strong><br><br>_____<br>(Card 2; 1-6)</td></tr>
</table>

7-3

---

**BEFORE BRINGING RESPONDENT INTO ROOM MAKE SURE CD ROM #3 WITH GREEN DOT IS LOADED INTO CD ROM DRIVE OF COMPUTER, AND MONITOR IS OFF.**

---

**SAY:** Please have a seat here in front of the computer and make yourself comfortable.

**REFER TO SCREENER Q.I IF RESPONDENT USUALLY WEARS "EYEGLASSES" THEN SAY:**
If you usually wear eyeglasses when reading from your computer, please put them on now.

---

**IF RESPONDENT DOES NOT HAVE GLASSES, THANK AND TERMINATE. RECORD BELOW.**

NO GLASSES:    1    2    3    4    5    6    7    8    9    (8)

---

1.    This is part of a short nationwide survey about what people do and think, when they are doing an on-line search for products or product information.   Different participants in the survey will be doing different searches.

      Today we will be using the Google search engine.  You will do <u>one</u> search after which I will be asking you some questions.  For each of these questions, if you don't know or don't have an opinion please feel free to tell me so.

2.    You said you were aware of a company or brand of <u>window blinds</u> whose name is **American Blinds**. Let's suppose that you wanted to look up information about American Blinds or to buy from American Blinds on-line.  On this computer I will show you initial results you might get if you had typed in American Blinds in the Google search box. **(TURN ON MONITOR – MAKE SURE APPROPRIATE GOOGLE RESULTS PAGE APPEARS ON THE SCREEN.)**

3.    Take as much time looking at this page of search results as you normally would if you were doing this search on your own computer.  Do not click on anything, but feel free to scroll up or down on the right of this page as you normally would.  Please tell me when you are finished looking.

4.    **(WHEN RESPONDENT INDICATES SHE IS FINISHED LOOKING, SAY:)**  As you know, using the mouse to click on underlined words will take you to a different website.

      Suppose you wanted to <u>order from American Blinds on-line</u>.  Without clicking on anything, please move the mouse to put the cursor on the listing on this page that you would try FIRST if you wanted to order American Blinds on-line.

      **(IF RESPONDENT HESITATES, SAY:)**  Pick the one you would most likely click first.  **(RECORD THE BLUE HEADING AND GREEN WEB ADDRESS OF THE SITE SELECTED)**

      HEADING: _____    (9,10)

      WEB ADDRESS: _____.COM    (11,12)

4a.   Why did you select that particular listing to click on first?  **(PROBE:)**  What other reason, if any, do you have for selecting that listing first?  **(RECORD VERBATIM)**

      _____    (13,14)
      _____    (15,16)
      _____    (17,18)
      _____    (19,20)
      _____    (21,22)

**4b.** **(READ SLOWLY:)**  Do you think that clicking on that listing <u>would</u> or <u>would not</u> take you directly, or link you, to a website where you could order American Blinds, or don't you know?

(23)

Yes, it would ....................................1

No, it would not................................2

Don't know ......................................3

**INTERVIEWER:  IF "BUDGET BLINDS" <u>NOT</u> MENTIONED IN Q.4, ASK Q.5, OTHERWISE SKIP TO Q.6.**

**5.**  **INTERVIEWER:  MOVE CURSOR TO "BUDGET BLINDS" ON THE TOP LEFT SIDE OF SCREEN**

Without actually doing so, if you were to click on the particular listing I have moved the cursor on, do you think it <u>would</u> or <u>would not</u> take you directly, or link you, to a website where you could order <u>American Blinds</u> on-line, or don't you know?

(24)

Yes, it would ...................................1 → **(CONTINUE WITH Q.5a)**

No, it would not................................2 → **(SKIP TO INSTRUCTION BEFORE Q.7)**

Don't know ......................................3 → **(SKIP TO INSTRUCTION BEFORE Q.7)**

**5a.**  Why do you think that?  **(PROBE:)**  What other reason, if any, do you have?  **(RECORD VERBATIM)**

_____ (25,26)

_____ (27,28)

_____ (29,30)

_____ (31,32)

_____ (33,34)

**IF Q.5 SERIES ANSWERED, SKIP TO INSTRUCTIONS BEFORE Q.7.**

**6.**  **INTERVIEWER:  MOVE CURSOR TO "LOW COST BLINDS", THE SECOND ITEM ON THE TOP LEFT SIDE OF SCREEN**

Without actually doing so, if you were to click on the particular listing I have moved the cursor on, do you think it <u>would</u> or <u>would not</u> take you directly, or link you, to a website where you could order <u>American Blinds</u> on-line, or don't you know?

(35)

Yes, it would ...................................1 → **(CONTINUE WITH Q.6a)**

No, it would not................................2 → **(SKIP TO INSTRUCTION BEFORE Q.7)**

Don't know ......................................3 → **(SKIP TO INSTRUCTION BEFORE Q.7)**

**6a.**  Why do you think that?  **(PROBE:)**  What other reason, if any, do you have?  **(RECORD VERBATIM)**

_____ (36,37)

_____ (38,39)

_____ (40,41)

_____ (42,43)

_____ (44,45)

**INTERVIEWER: IF "BLINDS.COM" NOT MENTIONED IN Q.4, ASK Q.7, OTHERWISE SKIP TO Q.8.**

7.   **INTERVIEWER:  MOVE CURSOR TO "BLINDS.COM" ON THE TOP RIGHT SIDE OF SCREEN**

Without actually doing so, if you were to click on the particular listing I have moved the cursor on, do you think it would or would not take you directly, or link you, to a website where you could order American Blinds on-line, or don't you know?

(46)
Yes, it would ..................................... 1 →(CONTINUE WITH Q.7a)
No, it would not................................ 2 →(SKIP TO Q.9)
Don't know ...................................... 3 →(SKIP TO Q.9)

7a.   Why do you think that?  **(PROBE:)**  What other reason, if any, do you have?  **(RECORD VERBATIM)**

_____  (47,48)
_____  (49,50)
_____  (51,52)
_____  (53,54)
_____  (55,56)

> **IF Q.7 SERIES ANSWERED, SKIP TO Q.9.**

8.   **INTERVIEWER:  MOVE CURSOR TO "BLINDS BY 3 DAY BLINDS", THE SECOND ITEM ON THE TOP RIGHT SIDE OF SCREEN**

Without actually doing so, if you were to click on the particular listing I have moved the cursor on, do you think it would or would not take you directly, or link you, to a website where you could order American Blinds on-line, or don't you know?

(57)
Yes, it would ..................................... 1 →(CONTINUE WITH Q.8a)
No, it would not................................ 2 →(SKIP TO Q.9)
Don't know ...................................... 3 →(SKIP TO Q.9)

8a.   Why do you think that?  **(PROBE:)**  What other reason, if any, do you have?  **(RECORD VERBATIM)**

_____  (58,59)
_____  (60,61)
_____  (62,63)
_____  (64,65)
_____  (66,67)

9.   Have you ever obtained information about or bought window blinds on-line?

(68)
Yes................................................. 1  →(CONTINUE WITH Q.10)
No.................................................. 2

> - **RESPONDENT AND INTERVIEWER MUST BOTH SIGN AND COMPLETE THE CERTIFICATION.**
> - **COMPLETE RESPONDENT INFO ON NEXT PAGE.**

69-79/Z; 80-2

10. Thank you very much. Would you please sign this Certification Page so that I can prove to my supervisor that I interviewed you?

---

### RESPONDENT CERTIFICATION

**I certify that I was shown a website about window blinds and was asked some questions about it.**

_____          _____
**Respondent's Signature**                          **Date**


### INTERVIEWER CERTIFICATION

**I certify that I carried out this interview in accordance with my interviewer instructions.**

**INTERVIEWER'S FULL NAME (PRINT):** _____

_____          _____
**Interviewer's Signature**                          **Date**


**IF RESPONDENT REFUSES NAME OR PHONE NUMBER, PLEASE HAVE SUPERVISOR SIGN BELOW AS ON-SITE VALIDATED.**

_____          _____
**Supervisor's Signature**                          **Date**

---

Respondent's Name:_____

Address:_____

City:_____    State:_____    Zip:_____

Telephone Number: (____ ____ ____) ____ ____ ____ - ____ ____ ____ ____

---

APPENDIX B



515 Airport Executive Park    T: 845 426.1200
Nanuet, New York 10954    F: 845 426.1218

www.targetresearchgroup.com

Study #06149
Website Study – Phase One
September, 2006

## INTERVIEWERS INSTRUCTIONS

### OVERVIEW
This is a central location study to be conducted in a permanent enclosed mall facility. The purpose of this study is to interview consumers about searching for information about a product or a service on the Internet. Each respondent will be shown the initial page of a Google search the respondent might get if she had typed in American Blinds in the Google search box. The respondent will then be asked several questions regarding the Google results page.

You will be sight screening for Females aged 18 years of age or older on the mall to find respondents who have in the past 6 months bought a product or service via the internet, or have searched for information about a product or service on the internet. Respondent must have also used Google to search for information in the past 6 months and have ever used or would consider using the internet to get information about window blinds. Respondent must also be aware of American Blinds window blinds. Qualified respondents will be escorted to the interviewing facility to be interviewed on the main questionnaire.

PLEASE NOTE THERE ARE **SCREENING** QUOTAS –There are quotas by age for the # of people you screen in each age group until you reach your quota of 10 Total Completed main questionnaires (5 Tan, 5 Yellow). There are no quotas by age for completed main questionnaires. These interviews will be as they fall.

### STUDY MATERIALS
- Screeners (White)
- Tan and Yellow Main Questionnaires
- Practice Interviews (Pink)
- 4 CD's (2 labeled CD #1, Tan Dot; 2 labeled CD #2, Yellow Dot)
- Show Card E
- Show Card Deck for Q.F

### Quota/Assignment
Your supervisor will assign your quota.

## SCREENING QUOTAS

You have been assigned **SCREENING QUOTAS** by age; however, **_completed interviews_**
**_do not have any age quotas_**.

---

What counts toward your *SCREENING QUOTA* are **terminations** in Q's B, C, D, E, & F
AND **completed Main Questionnaires**.
- Terminates at Qs. A, G, H, J, & K **do NOT** count toward your screening quota.
- Terminates at Q's B, C, D, E, & F **DO** count toward your screening quota.

---

**TELL YOUR SUPERVISOR IF YOU ARE HAVING DIFFICULTIES WITH THIS
SCREENING PROCEDURE OR HAVE ANY QUESTIONS.**

## SCREENING CONTROL FORM

You have a Screening Control Form that lists your Initial Screening quota of 75 and
Additional Screening Quota of 45 (if necessary). The Screening Control Form is 2 pages.
The first page has 2 sections:

**Section 1** – Lists your Screening Quota. Record **terminations at Qs. B, C, D, E, & F
and completed main questionnaire interviews** by circling the next available number
under the appropriate age group.

**Section 2** – Indicates just the **completed** main questionnaire interviews. To record,
circle the next available number. Although the completed main questionnaires have
already been recorded in Section 1 to count as part of the Screening Quota, you must
record these completes again in Section 2 to monitor and know when you are completed
with the quota.

The second page has 1 section:

**Section 3** - There is a separate page for the Screening Control Form for the **additional
(45) screenings** in case you do not complete your quota with the initial screenings.
Make sure you include these additional screenings in Section 2 completed interviews.

## SCREENING QUALIFICATIONS

If permitted, you are to be stationed throughout the mall to provide the most efficient
screening coverage. You must screen for this project only. You may not "double screen" or
"piggyback."

---

**DO NOT INTERVIEW ANYONE WITH A HEARING, LANGUAGE OR SIGHT DISABILITY.**

---

Eligible respondents are females who:

1. Are 18+ (Q.A)
2. Must be Female Head of Household (Q.B)
3. In the past 6 months, must have bought a product or service via the internet or have searched for information about a product or service on the internet (Q.C)
4. Must have used Google to search for information in the past 6 months (Q.D)
5. Must have used, or would consider using the internet to get information about window blinds (Q.E)
6. Must have heard of "American Blinds window blinds". (Q.F)
7. Must pass the security screen (Q.G)
8. Must not have participated in any market research survey, other than a political poll, during the past 3 months (Q.H)
9. If wear glasses or contact lenses when read from computer, must have them with them at time of interview (Q.I/J)
10. Is willing to participate (Q.K)

## INTERVIEW PROCEDURES

- You must conduct the interview in a room with a door. The respondent should not be able to hear any sounds from outside the room or have visual interference from another interviewing station.
- Prior to beginning the interview, the correct CD must be in the CD Drive of the computer and the monitor turned off. **NOTE: YOUR SUPERVISOR WILL CHECK THAT THE APPROPRIATE CD IS IN COMPUTER AND THAT PAGE IS FULL SCREEN BEFORE EACH INTERVIEW!**
- Escort the respondent into the interviewing room and close the door. Seat respondent in front of the computer monitor. After respondent is comfortably seated, begin.

*If respondent indicated that she wears glasses or contact lenses for reading from computer, be sure that she is wearing them (if needed) before beginning the interview*

You have received a supply of 2 main questionnaires: Tan and Yellow. Please rotate the colors for completed interviews so you will be working both colors each day.

### Asking The Questions

Interviewers should follow all directions and read all questions EXACTLY as written. Interviewers must not paraphrase a question or re-word it. Words that are <u>underlined</u> or in bold letters in a question are to be emphasized when reading the question.

### MAIN QUESTIONNAIRE IN DETAIL

Be sure you have correct CD in the computer CD drive according to the main questionnaire you are using.

These instructions apply to both Main Questionnaire versions. The difference between each Questionnaire is the CD shown.

- Before bringing respondent into the room, the Supervisor should put the appropriate CD into the CD drive of the computer. A Google web page will open and then the monitor will be turned off!

### NOTE:

**For all questions, if respondent hesitates or says she does <u>not</u> understand, do <u>not</u> "explain" or try to interpret the question. Re-read the question exactly as worded again and continue. If the respondent still does <u>not</u> understand, record "Don't Know" and go to the next question.**

- Bring respondent into room.  Seat respondent in front of computer.
- Sit to the respondent's right. You and the respondent need access to the mouse. Also, do not allow the respondent to see what you are writing on the questionnaire.
- Read Qs 1 & 2.  Turn on monitor. The Google web page should be on the computer screen.
- Read Q 3.
- Allow respondent to review what is on the monitor. After the respondent has finished reviewing, ask Q.4.
- In order to answer the question, the <u>respondent</u> <u>should</u> <u>move</u> the cursor to a listing on the screen. Record the Blue Heading and Green website address. It is very important to include BOTH the Heading and Website Address.
- Ask Q.4a. Record answer verbatim.
- Ask  Q.4b. Record one answer.
- Follow instructions before Q.5.
- Before asking Q.5, INTERVIEWER should move the cursor to the heading indicated on the questionnaire. Record one answer. Follow the skip pattern.
- Ask Q.5a. Record answer verbatim.
- Continue as indicated.
- Complete the Certification Page.
- After the interview, MINIMIZE the Google browser and leave the CD in the drive of the computer.

---

**Respondent/Interviewer Certification Boxes**
<u>Both</u> the respondent and the interviewer must sign in the appropriate Certification box on the last page of the questionnaire. If the respondent refuses to sign, his/her initials are acceptable.



515 Airport Executive Park    T: 845 426.1200
Nanuet, New York  10954    F: 845 426.1218

www.targetresearchgroup.com

Study #06149
Website Study – Phase One
September, 2006


# INTERVIEWER BRIEFING VERIFICATION FORM


**Interviewer Name (Please Print):** _____


**Interviewer Signature:** _____


**Date of Briefing:** _____


**Company:** _____


**City:** _____



515 Airport Executive Park   T: 845 426.1200
Nanuet, New York 10954   F: 845 426.1218

www.targetresearchgroup.com

Study #06149
**Website Study – Phase One**
September, 2006

## SUPERVISOR INSTRUCTIONS

### OVERVIEW

This is a central location study to be conducted in a permanent enclosed mall facility. The purpose of this study is to interview consumers about searching for information about a product or a service on the Internet. Each respondent will be shown the initial page of a Google search the respondent might get if she had typed in American Blinds in the Google search box. The respondent will then be asked several questions regarding the Google results page.

You will be sight screening for Females aged 18 years of age or older <u>on the mall</u> to find respondents who have in the past 6 months bought a product or service via the internet, or have searched for information about a product or service on the internet. Respondent must have also used Google to search for information in the past 6 months and have ever used or would consider using the internet to get information about window blinds. Respondent must also be aware of American Blinds window blinds. Qualified respondents will be escorted to the interviewing facility to be interviewed on the main questionnaire.

PLEASE NOTE THERE ARE **SCREENING** QUOTAS –There are quotas by age for the # of people you screen in each age group until you reach your quota of 10 Total Completed main questionnaires (5 Tan, 5 Yellow). There are no quotas by age for completed main questionnaires. These interviews will be as they fall.

### MATERIALS

- 30 Screeners
- 10 Main Questionnaires (5 Tan, 5 Yellow)
- 10 Pink PRACTICE questionnaires
- Master Quota Sheet
- Screening Control Forms (Initial and Additional Quota)
- Show Card E
- Show Card Deck for Q.F
- 4 CD's (2 labeled CD #1, Tan Dot; 2 labeled CD #2, Yellow Dot)
- CD Checklist
- 6 Interviewer Instructions
- 2 Supervisor Instructions
- Respondent Number Worksheets
- Study/Shipping Schedule
- Shipping Instructions

- Validation Forms
- Daily Report Forms
- Audio Tape (Supplied by TRG)—to tape the Briefing
- Procedure to follow when loading CD
- Color Sample pages of what TAN CD #1 Google page should look like on the screen
- Color Sample pages of what YELLOW CD #2 Google page should look like on the screen

## QUOTA ASSIGNMENT/QUESTIONNAIRE VERSIONS

### Master Quota Sheet

You are to complete a total of 10 main questionnaire interviews, 5 Tan and 5 Yellow as indicated by your Master Quota Sheet. For Phase One of this study, there are 2 Cells/Color questionnaires – Tan and Yellow (Green and Blue will be used for Phase two, which will start at a later date). The colors correspond to 2 different cells:

Cell 1 Tan        Show CD #1, Tan Dot
Cell 2 Yellow     Show CD #2, Yellow Dot

### CD Checklist

In this shipment you have been provided with a CD Checklist. This checklist is to assure us that ALL FOUR CD's are working properly in your computers. The Checklist will need to be completed and signed by the study supervisor and faxed to TRG PRIOR TO BEGINNING INTERVIEWING. The original, completed Checklist MUST BE RETURNED with the final shipment made to TRG.

### CD Handling Procedures

Each day, prior to interviewing, you must test each CD, to make sure that the Google page is loading correctly. Before binning each interview make sure that you have the properly labeled CD, and that it is in the computer. At the end of each interview, the CD can be left in the computer drive and minimized on the task bar.

Any time the CD is closed completely , the procedure to follow when loading CD must be performed.

When this study is not being screened, all CD's are to be kept in a safe and secure location.

Prior to bringing a respondent into the interviewing room, make sure that the computer is on, and the interviewer has the properly labeled CD and it is loaded into the CD drive of the computer. Make sure the monitor is OFF. (The CD will auto run – we do not want the respondent to see the image on the monitor until told to do so).

At Q.2 in the Questionnaire, the interviewer will be instructed to turn the monitor on.

After the interview is completed, the interviewer will MINIMIZE the Google browser and leave the CD in the drive of the computer.

### ALTERNATING INTERVIEWS/CD's

You have 2 CD's, one for each quota. Please use 2 computers, one for CD #1 (Tan) and one for CD #2 (Yellow). Alternate respondents between the 2 computers.

If you are only using one computer, you will need to alternate the CD's between each respondent OR you can use CD #1 for Day 1 and CD #2 for Day 2, etc.

## RESOLUTION CHECK
This form is used to confirm that your monitor is resolution is set to 1024 by 768. Complete the bottom of the form and fax to TRG before starting the study. The original must be returned in your final shipment.

## SCREENING QUOTAS
To complete 10 main questionnaire interviews, you have been assigned **SCREENING QUOTAS by age and sex**; however, *completed interviews do not have any age quotas*.

> What counts toward your *SCREENING QUOTA* are <u>terminations</u> in Q's B, C, D, E, & F
> AND **completed Main Questionnaires.**
> - Terminates at Qs. A, G, H, J, & K <u>do NOT</u> count toward your screening quota.
> - Terminates at Q's B, C, D, E, & F <u>DO</u> count toward your screening quota.

Also, if you do not have 10 completed Main Questionnaires by the time you finish your 75 screenings, refer to the "Additional" screening quotas below. Continue to conduct screenings until you complete 10 main questionnaire interviews.

| INITIAL Screening Quota = 75 | |
| --- | --- |
| | **FEMALE    (75)** |
| 18 - 34 | 25 |
| 35 – 49 | 25 |
| 50+ | 25 |

| ADDITIONAL Screening Quota = 45 (if necessary) | |
| --- | --- |
| | **FEMALE (45)** |
| 18 - 34 | 15 |
| 35 – 49 | 15 |
| 50+ | 15 |

Please call TRG if you do NOT complete 10 main questionnaire interviews after 120 screenings (Initial and Additional combined). ALSO, **CALL TRG IMMEDIATELY IF YOU ARE HAVING DIFFICULTIES WITH THIS SCREENING PROCEDURE OR HAVE ANY QUESTIONS.**

## SCREENING CONTROL FORM
You have a Screening Control Form that lists your Initial Screening quota of 75 and Additional Screening Quota of 45 (if necessary). The Screening Control Form is 2 pages. The first page has 2 sections:

**Section 1** – Lists your Screening Quota. Record **terminations at Qs. B, C, D, E, & F and completed main questionnaire interviews** by circling the next available number under the appropriate age group.

**Section 2** – Indicates just the **completed** main questionnaire interviews. To record, circle the next available number. Although the completed main questionnaires have already been recorded in Section 1 to count as part of the Screening Quota, you must record these completes again in Section 2 to monitor and know when you are completed with the quota.

The second page has 1 section:

> **Section 3** - There is a separate page for the Screening Control Form for the **additional (45) screenings** in case you do not complete your quota with the initial screenings. Make sure you include these additional screenings in Section 2 completed interviews.

## SCREENING QUALIFICATIONS

If permitted, you are to be stationed throughout the mall to provide the most efficient screening coverage. You must screen for this project only. You may not "double screen" or "piggyback."

---

**DO NOT INTERVIEW ANYONE WITH A HEARING, LANGUAGE OR SIGHT DISABILITY.**

---

Eligible respondents are females who:
11. Are 18+ (Q.A)
12. Must be Female Head of Household (Q.B)
13. In the past 6 months, must have bought a product or service via the internet or have searched for information about a product or service on the internet (Q.C)
14. Must have used Google to search for information in the past 6 months (Q.D)
15. Must have used, or would consider using the internet to get information about window blinds (Q.E)
16. Must have heard of "American Blinds window blinds". (Q.F)
17. Must pass the security screen (Q.G)
18. Must not have participated in any market research survey, other than a political poll, during the past 3 months (Q.H)
19. If wear glasses or contact lenses when read from computer, must have them with them at time of interview (Q.I/J)
20. Is willing to participate (Q.K)

### INTERVIEW PROCEDURES

- You must conduct the interview in a room with a door. The respondent should not be able to hear any sounds from outside the room or have visual interference from another interviewing station.
- Prior to beginning the interview, the correct CD must be in the CD Drive of the computer and the monitor turned off. **NOTE: SUPERVISOR MUST CHECK THAT APPROPRIATE CD IS IN COMPUTER AND THAT PAGE IS FULL SCREEN BEFORE EACH INTERVIEW!**
- Escort the respondent into the interviewing room and close the door. Seat respondent in front of the computer monitor. After respondent is comfortably seated, begin.
- If respondent indicated that he/she wears glasses or contact lenses for reading from computer, be sure that he/she is wearing them (if needed) before beginning the interview.

## ASSIGNING OF INTERVIEWERS

---

**Each interviewer working on this study should not complete <u>less than 2 interviews</u> or <u>more than 5.</u>**

---

All interviewers while screening and interviewing on this study are <u>**not**</u> to be screening or interviewing on any other study.

You will need experienced interviewers who are good at recording open-ended responses. You may <u>not</u> use an inexperienced or "new" interviewer. Interviewers are to record the responses verbatim. Interviewers are to record ONLY the answers to the question. Do not record "thoughts or comments" that may be said aloud by the respondent. This means absolutely <u>NO</u> paraphrasing. They must write legibly.

For any open end question, recording comments verbatim and probing <u>ONLY</u> where indicated are very important.
All work should be edited as soon as the interview is completed in order to spot errors and quickly bring them to an interviewer's attention.

<u>BRIEFING</u>
All interviewers must attend a personal briefing. **The supervisor must record the briefing on the provided audio tape and return it to us with your first shipment of Screener/Questionnaires.** All interviewers must do at least one Practice Interview. All Practice Interviews must be looked over by the supervisor – and any problems cleared up – before actual interviewing begins. Make sure to test the volume before starting the briefing to ensure that the tapes are audible. Inaudible briefing tapes are of no use.

**At the briefing, read through the interviewer instructions.**

Each interviewer is to read his/her Interviewer Instructions and <u>sign them.</u> Each interviewer's signed Instructions are to be stapled to his/her practice interview and returned with the first partial shipment.

If possible, one briefing should be conducted, even if several interviewing shifts are involved.
If more than one briefing is required, the field supervisor must:
  o   Conduct the second briefing
  o   Record the briefing
All personnel involved in the study must attend a briefing.

**WRITING IMPLEMENTS**

o   <u>Use pencil for Screeners but you must use a BLUE OR BLACK pen (do not use erasable ink pens) for main questionnaires.</u> Because you will be erasing and re-using the Screeners, pencil is the required writing implement.
o   <u>However, for the Main Questionnaire, you MUST use only blue or black ball-point pen.</u> For the purpose of this study, Main Questionnaires **not** recorded in blue or black pen will be considered invalid and will not be included in the project or paid for. On the main questionnaire, cross out if necessary.

Field supervisors must have read and examined all materials to be completely prepared for the job. The field supervisor must conduct the briefing and be present for all days of interviewing on the study. A field kit of all paper materials must be supplied for each interviewer at the briefing.

**At your briefing,** stress the following points and be sure the interviewers at the briefing are following them:

**Screening procedures**

1.   **Screening Quotas and Tallying on Screening Control Forms**
2.   **Respondent Eligibility**
3.   **Circle method of termination**
4.   **Read each question exactly as written**
5.   **Following skip patterns**
6.   **Proper handling and usage of CD's**

Proper questions and recording procedures, as follows:

- o  Read questions slowly and exactly as written
- ⌐.  Give respondent enough time to answer
- ⸍  Ask respondent to repeat or go slower if you are not getting their entire answer
- o  Capture answers verbatim, do not summarize or paraphrase or capture thoughts or comments said aloud.
- o  Write legibly
- o  Use pen on main questionnaire (no erasing; cross out if necessary)
- o  Probing only when indicated on the questionnaire
- o  Completing the Certification Page

## MAIN QUESTIONNAIRES/CD's

You have received a supply of Tan and Yellow main questionnaires, and CD's labeled with numbers and colored dots. Each interview will require one CD. Tan Questionnaire is used with the CD marked #1 with a Tan dot. Yellow Questionnaire is used with the CD marked #2 with a Yellow dot.

## Before the interview begins:

- o  Be sure you have the correct CD in the computer and the monitor is OFF.
- o  Escort the respondent into the interviewing room and close the door.
- o  Seat respondent facing the computer monitor.
- o  Interviewer should be seated to the <u>right</u> of the respondent so interviewer and respondent can easily maneuver mouse to move cursor at appropriate times during interview AND respondent can NOT see answers that the interviewer is recording.
- o  If respondent indicated that he/she wears glasses or contact lenses for shopping, be sure that he/she is wearing them.
- \  Only the respondent and the interviewer are to be in the interviewing room except a small child, if necessary.

## Respondent Numbers

In this shipment is a respondent number worksheet. This form is for your use only and does not need to be returned to TRG. The numbers listed on this form are unique to your location and are the only respondent numbers you may use. No one respondent number can be assigned to more than one respondent. Additionally, the three numbers to the left of your location on the Master Quota Sheet and the three numbers to the right of your location on the front of the screener must match the first three numbers on your respondent number worksheet. When you are editing the questionnaires, make sure the correct city is circled on the front of the screener.

## Quality Control Procedures

## ANY WORK RECEIVED BY OUR OFFICE WHICH HAS NOT BEEN SUBJECT TO THE FOLLOWING PROCEDURES WILL BE SUBJECT TO A PAYMENT ADJUSTMENT.

Strict quality control is a primary Supervisor responsibility. Target Research Group requires that the following controls be followed:

1. This study must be screened by itself, <u>not</u> along with any other projects.
2. No more than one respondent per shopping group should be screened.
3. Friends, relatives or acquaintances must NOT be interviewed.
4. No one is to be in the interviewing room with the respondent, except a small child if necessary.
5. Anyone accompanying the respondent must wait for the respondent in the waiting room.
   Interviewing should not be conducted with anyone who has a hearing, visual or English language problem.

### Security Instructions

'l materials related to this study are the property of Target Research Group and our client.

ιου are responsible for all materials being used on this study, all materials are to be kept out of sight of anyone not directly involved in the study.

No one representing Target Research Group or our client is to be admitted to the facility or have access to the materials without your first calling Target Research Group to confirm. Further, no one is to be permitted access to the facility or materials without showing satisfactory identification.

### Editing

All work should be edited soon after completion in order to spot errors and quickly bring them to an interviewer's attention. In editing check for:
- Completeness of information on the front of each screener of each completed questionnaire
- (market, age)
- Verbatim capture of responses
- Proper skip patterns
- Legible handwriting
- Black or blue pen on the Main Questionnaire
- NO erasures on the Main Questionnaire; cross out if editing a response
- If an interviewer appears not to be following instructions exactly, please alert them to that as soon as possible and take remedial action if needed.

### Validation Sheets

- List only ONE interviewer's work on a validation sheet.
- Fill out all required respondent information, interviewer name, city and the quota groups.
- Be sure about indicating correct area code for every respondent.
- Write listings in black or blue ink ONLY.
- You are not to phone validate, since we will be independently validating 100% of every interviewer's work.
- You must however, monitor each interviewer's work for eligibility and completeness.
- SEND VALIDATION SHEETS WITH EVERY SHIPMENT
- VALIDATION FORMS MAY NOT BE CUMULATIVE

### Handling "No Phone" or "Refused Phone"

The Supervisor must attempt to do a telephone lookup for all respondents who do not give a phone number. If a number is not found, indicate that you have attempted to look-up by writing "L.U." on the validation form.

### Daily Reporting/Transmission/Study Management

The daily report must be faxed (845-426-6890) to my office not later than 8:30 AM ET Monday through Friday. You may find it necessary to fax the report the night before or at the end of your shift. At whatever time you need to cut off the figures to ensure the report is in my office by the designated time is fine. Make sure that you are recording the interviews and terminations accurately on the daily report, it is imperative that this information is recorded correctly.

### ıedule

. this shipment is a study schedule. The schedule will outline for you the study dates AND the dates of any partial shipments of completed questionnaires. Make sure all related personnel are familiar with this schedule.

## Study Management

Please read the instructions and brief the study carefully. Prior to beginning the study if you have any questions, contact my office at 845-426-1200. As always, if during the study you should encounter any problems, call me, e-mail me, fax me, but let me know. Your assistance in ensuring the quality of this study is greatly appreciated.

Thank you.
Nelson S. Davis
Field Director
nelson@TargetResearchGroup.com



515 Airport Executive Park   T: 845 426.1200
Nanuet, New York  10954   F: 845 426.1218
www.targetresearchgroup.com

Study #06149
Website Study — Phase One
September, 2006

# SUPERVISOR BRIEFING VERIFICATION FORM

Supervisor Name (Please Print): _____

Supervisor Signature: _____

Date of Briefing: _____

Company: _____

City: _____



515 Airport Executive Park    T: 845 426.1200
Nanuet, New York  10954    F: 845 426.1218
www.targetresearchgroup.com

Study #06149
Website Study – Phase Two
September, 2006

## <u>INTERVIEWERS INSTRUCTIONS</u>

### <u>OVERVIEW</u>
This is Phase Two of the Website Study you worked on last week.

Screening requirements and quotas are the same but for Phase Two you will be using DIFFERENT CDs (#3 and #4) and, the questionnaires are different.  There are additional questions and two rotations for each color.   The rotations are interleafed so use the questionnaires in the order they are received.

All materials from Phase 1 MUST be put aside.  The materials for Phase Two are in this shipment.

To review--This is a central location study to be conducted in a permanent enclosed mall facility.  The purpose of this study is to interview consumers about searching for information about a product or a service on the Internet.  Each respondent will be shown the initial page of a Google search the respondent might get if she had typed in American Blinds in the Google search box.   The respondent will then be asked several questions regarding the Google results page.

You will be sight screening for Females aged 18 years of age or older <u>on the mall</u> to find respondents who have  in the past 6 months bought a product or service via the internet, or have searched for information about a product or service on the internet. Respondent must have also used Google to search for information in the past 6 months and have ever used or would consider using the internet to get information about window blinds.  Respondent must also be aware of American Blinds window blinds.  Qualified respondents will be escorted to the interviewing facility to be interviewed on the main questionnaire.

PLEASE NOTE THERE ARE <u>**SCREENING**</u> <u>QUOTAS</u> –There are quotas by age for the # of people you screen in each age group until you reach your quota of 10 Total Completed main questionnaires (5 Green, 5 Blue).   There are no quotas by age for completed main questionnaires.  These interviews will be as they fall.

## STUDY MATERIALS
- Screeners (White)
- Green and Blue Main Questionnaires
- Practice Interviews (Pink)
- 4 CD's (2 labeled CD #3, Green Dot; 2 labeled CD #4, Blue Dot)
- Show Card E
- Show Card Deck for Q.F

## Quota/Assignment
Your supervisor will assign your quota.

## SCREENING QUOTAS
You have been assigned **SCREENING QUOTAS** by age; however, _**completed interviews do not have any age quotas**_.

---

What counts toward your _SCREENING QUOTA_ are **terminations** in Q's B, C, D, E, & F AND **completed Main Questionnaires**.
- Terminates at Qs. A, G, H, J, & K **do NOT** count toward your screening quota.
- Terminates at Q's B, C, D, E, & F **DO** count toward your screening quota.

---

**TELL YOUR SUPERVISOR IF YOU ARE HAVING DIFFICULTIES WITH THIS SCREENING PROCEDURE OR HAVE ANY QUESTIONS.**

## SCREENING CONTROL FORM
You have a Screening Control Form that lists your Initial Screening quota of 75 and Additional Screening Quota of 45 (if necessary). The Screening Control Form is 2 pages. The first page has 2 sections:

**Section 1** – Lists your Screening Quota. Record **terminations at Qs. B, C, D, E, & F and completed main questionnaire interviews** by circling the next available number under the appropriate age group.

**Section 2** – Indicates just the **completed** main questionnaire interviews. To record, circle the next available number. Although the completed main questionnaires have already been recorded in Section 1 to count as part of the Screening Quota, you must record these completes again in Section 2 to monitor and know when you are completed with the quota.

The second page has 1 section:

**Section 3** - There is a separate page for the Screening Control Form for the **additional (45) screenings** in case you do not complete your quota with the initial screenings. Make sure you include these additional screenings in Section 2 completed interviews.

## SCREENING QUALIFICATIONS

If permitted, you are to be stationed throughout the mall to provide the most efficient screening coverage. You must screen for this project only. You may not "double screen" or "piggyback."

> ### DO NOT INTERVIEW ANYONE WITH A HEARING, LANGUAGE OR SIGHT DISABILITY.

Eligible respondents are females who:

21. Are 18+ (Q.A)
22. Must be Female Head of Household (Q.B)
23. In the past 6 months, must have bought a product or service via the internet or have searched for information about a product or service on the internet (Q.C)
24. Must have used Google to search for information in the past 6 months (Q.D)
25. Must have used, or would consider using the internet to get information about window blinds (Q.E)
26. Must have heard of "American Blinds window blinds". (Q.F)
27. Must pass the security screen (Q.G)
28. Must not have participated in any market research survey, other than a political poll, during the past 3 months (Q.H)
29. If wear glasses or contact lenses when read from computer, must have them with them at time of interview (Q.I/J)
30. Is willing to participate (Q.K)

## INTERVIEW PROCEDURES

> **IMPORTANT: PLEASE NOTE TO EMPHASIZE THE FOLLOWING:**
> - **RESPONDENTS WILL BE ASKED ABOUT SEVERAL LISTINGS ON THE GOOGLE PAGE, MORE THAN PHASE ONE.**
> - **INTERVIEWERS MUST BE CAREFUL TO MOVE THE CURSOR TO THE CORRECT HEADING AND THAT THE CURSOR THEN DOESN'T MOVE—IMPORTANTLY—THAT THE RESPONDENT IS FOCUSED ON THE CORRECT HEADING—THE ONE WE ARE INTERESTED IN FOR THAT QUESTION!**
> - **THE ORDER OF THE HEADINGS WILL ROTATE BETWEEN VERSIONS, SO BE CAREFUL TO ASK ABOUT THE HEADINGS INDICATED ON THAT QUESTIONNAIRE!**

- You must conduct the interview in a room with a door. The respondent should not be able to hear any sounds from outside the room or have visual interference from another interviewing station.
- Prior to beginning the interview, the correct CD must be in the CD Drive of the computer and the monitor turned off. NOTE: YOUR SUPERVISOR WILL CHECK THAT THE APPROPRIATE CD IS IN COMPUTER AND THAT PAGE IS FULL SCREEN BEFORE EACH INTERVIEW!

- Escort the respondent into the interviewing room and close the door. Seat respondent in front of the computer monitor. After respondent is comfortably seated, begin.

*If respondent indicated that she wears glasses or contact lenses for reading from computer, be sure that she is wearing them (if needed) before beginning the interview*

You have received a supply of 2 main questionnaires: Green and Blue. Each color has two rotations within it and the questionnaires have been interleafed. Please use the questionnaires in the order you received them. Please work both colors each day.

## Asking The Questions
Interviewers should follow all directions and read all questions EXACTLY as written. Interviewers must not paraphrase a question or re-word it. Words that are <u>underlined</u> or in bold letters in a question are to be emphasized when reading the question.

## MAIN QUESTIONNAIRE IN DETAIL
Be sure you have correct CD in the computer CD drive according to the main questionnaire you are using.

These instructions apply to both Main Questionnaire versions. The difference between each Questionnaire is the CD shown.

- Before bringing respondent into the room, the Supervisor should put the appropriate CD into the CD drive of the computer. A Google web page will open and then the monitor will be turned off!

## NOTE:
**For all questions, if respondent hesitates or says he/she does <u>not</u> understand, do <u>not</u> "explain" or try to interpret the question. Re-read the question exactly as worded again and continue. If the respondent still does <u>not</u> understand, record "Don't Know" and go to the next question.**

- Bring respondent into room. Seat respondent in front of computer.
- Sit to the respondent's right. You and the respondent need access to the mouse. Also, do not allow the respondent to see what you are writing on the questionnaire.
- Read Qs 1 & 2. Turn on monitor. The Google web page should be on the computer screen.
- Read Q 3.
- Allow respondent to review what is on the monitor. After the respondent has finished reviewing, ask Q.4.
- In order to answer the question, the <u>respondent</u> <u>should</u> <u>move</u> the cursor to a listing on the screen. Record the Blue Heading and Green website address. It is very important to include BOTH the Heading and Website Address.
- Ask Q.4a. Record answer verbatim.
- Ask Q.4b. Record one answer.

## IMPORTANT FOR Q'S 5, 6, 7& 8:
**BE CAREFUL TO MOVE THE CURSOR TO THE CORRECT HEADING.**

**BE SURE THE CURSOR <u>DOESN'T MOVE</u> AND THE RESPONDENT IS <u>FOCUSED ON</u> THE <u>CORRECT</u> HEADING—THE ONE WE ARE INTERESTED IN <u>FOR THAT QUESTION!</u>**

- Follow instructions before Q.5. If the first heading indicated is mentioned in Q. 4, then skip to Q. 6.
- Before asking Q.5, INTERVIEWER should move the cursor to the heading indicated. Make sure the cursor remains on the website indicated! Record one answer, follow skip pattern.
- If "yes" in Q, 5, ask Q.5a. Record answer verbatim.
- If Q.5 series answered , skip to instructions before Q.7. If not, ask Q 6.
- Before asking Q.6, move the cursor to the website indicated on the questionnaire. Make sure the cursor remains on the website indicated! Record one answer. Follow the skip pattern.
- If "yes" to Q 6, ask Q.6a. Record answer verbatim.
- Follow the instructions before Q.7.
- Before asking Q7, move the cursor to the website indicated on the questionnaire. Make sure the cursor remains on the website indicated! Record one answer. Follow the skip pattern.
- If "yes" to Q 7, ask Q.7a. Record answer verbatim.
- If Q.7 series answered, skip to Q.9, otherwise, ask Q 8.
- Before asking Q8, move the cursor to the website indicated on the questionnaire. Make sure the cursor remains on the website indicated! Record one answer. Follow the skip pattern
- If "yes" to Q 8, ask Q.8a. Record answer verbatim.
- Ask Q.9.
- Complete the Certification Page.
- After the interview, MINIMIZE the Google browser and leave the CD in the drive of the computer.

---

**<u>Respondent/Interviewer Certification Boxes</u>**
<u>Both</u> the respondent and the interviewer must sign in the appropriate Certification box on the last page of the questionnaire. If the respondent refuses to sign, his/her initials are acceptable.

---



**515 Airport Executive Park**    **T: 845 426.1200**
**Nanuet, New York. 10954    F: 845 426.1218**
www.targetresearchgroup.com

Study #06149
Website Study – Phase Two
September, 2006

# INTERVIEWER BRIEFING VERIFICATION FORM

**Interviewer Name (Please Print):** _____

**Interviewer Signature:** _____

**Date of Briefing:** _____

**Company:** _____

**City:** _____



515 Airport Executive Park   T: 845 426.1200
Nanuet, New York 10954   F: 845 426.1218
www.targetresearchgroup.com

Study #06149
**Website Study – Phase Two**
September, 2006

## SUPERVISOR INSTRUCTIONS

### OVERVIEW
This is Phase Two of the Website Study you worked on last week.

Screening requirements and quotas are the same but for Phase Two you will be using DIFFERENT CDs (#3 and #4) and, the questionnaires are different. There are additional questions and two rotations for each color. The rotations are interleafed so use the questionnaires in the order they are received.

All materials from Phase 1 MUST be put aside. The materials for Phase Two are in this shipment.

To review--This is a central location study to be conducted in a permanent enclosed mall facility. The purpose of this study is to interview consumers about searching for information about a product or a service on the Internet. Each respondent will be shown the initial page of a Google search the respondent might get if she had typed in American Blinds in the ϸogle search box. The respondent will then be asked several questions regarding the Google results page.

You will be sight screening for Females aged 18 years of age or older <u>on the mall</u> to find respondents who have in the past 6 months bought a product or service via the internet, or have searched for information about a product or service on the internet. Respondent must have also used Google to search for information in the past 6 months and have ever used or would consider using the internet to get information about window blinds. Respondent must also be aware of American Blinds window blinds. Qualified respondents will be escorted to the interviewing facility to be interviewed on the main questionnaire.

PLEASE NOTE THERE ARE **SCREENING** QUOTAS –There are quotas by age for the # of people you screen in each age group until you reach your quota of 10 Total Completed main questionnaires (5 Green, 5 Blue). There are no quotas by age for completed main questionnaires. These interviews will be as they fall.

### MATERIALS
- 30 Screeners
- 10 Main Questionnaires (5 Green, 5 Blue)
- 10 Pink PRACTICE questionnaires
- Screener Example
- Main Questionnaire Example
- Master Quota Sheet
- Screening Control Forms (Initial and Additional Quota)
- Show Card E
- Show Card Deck for Q.F
  4 CD's (2 labeled CD #3 - Green Dot; 2 labeled CD #4 - Blue Dot)
- CD Checklist

- 6 Interviewer Instructions
- 2 Supervisor Instructions
- Respondent Number Worksheets
- Study/Shipping Schedule
- Shipping Instructions
- Validation Forms
- Daily Report Forms
- Audio Tape (Supplied by TRG)—**to tape the Briefing**
- Procedure to follow when loading CD
- Color Sample pages of what GREEN CD #3 Google page should look like on the screen
- Color Sample pages of what BLUE CD #4 Google page should look like on the screen

## QUOTA ASSIGNMENT/QUESTIONNAIRE VERSIONS

### Master Quota Sheet
You are to complete a total of <u>10</u> main questionnaire interviews, 5 Green and 5 Blue as indicated by your Master Quota Sheet. The colors correspond to the 2 different cells:

| | |
|---|---|
| Cell 3 Green | Show CD #3, Green Dot |
| Cell 4 Blue | Show CD #4, Blue Dot |

### CD Checklist
In this shipment you have been provided with a CD Checklist. This checklist is to assure us that ALL FOUR CD's are working properly in your computers. The Checklist will need to be completed and signed by the study supervisor and faxed to TRG PRIOR TO BEGINNING INTERVIEWING. The original, completed Checklist MUST BE RETURNED with the final shipment made to TRG.

### CD Handling Procedures
Each day, prior to interviewing, you must test each CD, to make sure that the Google page is loading correctly. Before beginning each interview make sure that you have the properly labeled CD, and that it is in the computer. At the end of each interview, the CD can be left in the computer drive and minimized on the task bar.

**Any time the CD is closed completely , the procedure to follow when loading CD must be performed.**

When this study is not being screened, all CD's are to be kept in a safe and secure location.

Prior to bringing a respondent into the interviewing room, make sure that the computer is on, and the interviewer has the properly labeled CD and it is loaded into the CD drive of the computer. Make sure the monitor is OFF. (The CD will auto run -- we do not want the respondent to see the image on the monitor until told to do so).

At Q.2 in the Questionnaire, the interviewer will be instructed to turn the monitor on.

After the interview is completed, the interviewer will MINIMIZE the Google browser and leave the CD in the drive of the computer.

## ALTERNATING INTERVIEWS/CD's

u have 2 CD's, one for each quota. Please use 2 computers, one for CD #3 (Green) and one for CD #4 (Blue). .ernate respondents between the 2 computers.

If you are only using <u>one</u> computer, you will need to alternate the CD's between each respondent <u>OR</u> you can use CD #3 for Day 1 and CD #4 for Day 2, etc.

## RESOLUTION CHECK

This form is used to confirm that your monitor's resolution is set to 1024 by 768. Complete the bottom of the form and fax to TRG before starting the study. The original must be returned in your final shipment.

## SCREENING QUOTAS

To complete <u>10</u> main questionnaire interviews, you have been assigned **SCREENING QUOTAS by age and sex;** however, *completed interviews do not have any age quotas.*

---

What counts toward your *SCREENING QUOTA* are **terminations** in Q's B, C, D, E, & F AND **completed Main Questionnaires.**
- Terminates at Qs. A, G, H, J, & K **do NOT** count toward your screening quota.
- Terminates at Q's B, C, D, E, & F **DO** count toward your screening quota.

---

Also, if you do not have 10 completed Main Questionnaires by the time you finish your 75 screenings, refer to the "Additional" screening quotas below. Continue to conduct screenings until you complete 10 main questionnaire interviews.

| INITIAL Screening Quota = 75 | |
|---|---|
| | **FEMALE (75)** |
| 18 – 34 | 25 |
| 35 – 49 | 25 |
| 50+ | 25 |

| ADDITIONAL Screening Quota = 45 (if necessary) | |
|---|---|
| | **FEMALE (45)** |
| 18 – 34 | 15 |
| 35 – 49 | 15 |
| 50+ | 15 |

Please call TRG if you do NOT complete 10 main questionnaire interviews after 120 screenings (Initial and Additional combined). **ALSO, CALL TRG IMMEDIATELY IF YOU ARE HAVING DIFFICULTIES WITH THIS SCREENING PROCEDURE OR HAVE ANY QUESTIONS.**

## SCREENING CONTROL FORM

You have a Screening Control Form that lists your Initial Screening quota of 75 and Additional Screening Quota of 45 (if necessary). The Screening Control Form is 4 pages. The first page has 2 sections:

**Section 1** – Lists your Screening Quota. Record **terminations at Qs. B, C, D, E, & F and completed main questionnaire interviews** by circling the next available number under the appropriate age group.

**Section 2** – Indicates just the **completed** main questionnaire interviews. To record, circle the next available number. Although the completed main questionnaires have already been recorded in Section 1 to count as part of the Screening Quota, you must record these completes again in Section 2 to monitor and know when you are completed with the quota.

The second page has 1 section:

**Section 3** - There is a separate page for the Screening Control Form for the **additional (45) screenings** in case you do not complete your quota with the initial screenings. Make sure you include these additional screenings in Section 2 completed interviews. (Section 3 is reproduced 3 times. Call or email me if you need to use additional blocks of 45 to complete your quota).

## SCREENING QUALIFICATIONS

If permitted, you are to be stationed throughout the mall to provide the most efficient screening coverage. You must screen for this project only. You may not "double screen" or "piggyback."

> **DO NOT INTERVIEW ANYONE WITH A HEARING, LANGUAGE OR SIGHT DISABILITY.**

gible respondents are females who:
31. Are 18+ (Q.A)
32. Must be Female Head of Household (Q.B)
33. In the past 6 months, must have bought a product or service via the internet or have searched for information about a product or service on the internet (Q.C)
34. Must have used Google to search for information in the past 6 months (Q.D)
35. Must have used, or would consider using the internet to get information about window blinds (Q.E)
36. Must have heard of "American Blinds window blinds". (Q.F)
37. Must pass the security screen (Q.G)
38. Must not have participated in any market research survey, other than a political poll, during the past 3 months (Q.H)
39. If wear glasses or contact lenses when read from computer, must have them with them at time of interview (Q.I/J)
40. Is willing to participate (Q.K)

## INTERVIEW PROCEDURES

- You must conduct the interview in a room with a door. The respondent should not be able to hear any sounds from outside the room or have visual interference from another interviewing station.
- Prior to beginning the interview, the correct CD must be in the CD Drive of the computer and the monitor turned off. **NOTE: SUPERVISOR MUST CHECK THAT APPROPRIATE CD IS IN COMPUTER AND THAT PAGE IS FULL SCREEN BEFORE EACH INTERVIEW!**
- Escort the respondent into the interviewing room and close the door. Seat respondent in front of the computer monitor. After respondent is comfortably seated, begin.
- If respondent indicated that he/she wears glasses or contact lenses for reading from computer, be sure that he/she is wearing them (if needed) before beginning the interview.

## ASSIGNING OF INTERVIEWERS

> **Each interviewer working on this study should not complete less than 2 interviews or more than 5.**

All interviewers while screening and interviewing on this study are **not** to be screening or interviewing on any other study.

You will need experienced interviewers who are good at recording open-ended responses. You may **not** use an inexperienced or "new" interviewer. Interviewers are to record the responses verbatim. Interviewers are to record ONLY the answers to the question. Do not record "thoughts or comments" that may be said aloud by the respondent. This means absolutely **NO** paraphrasing. They must write legibly.

For any open end question, recording comments verbatim and probing <u>ONLY</u> where indicated are very important.

All work must be edited as soon as the interview is completed in order to spot errors and quickly bring them to an interviewer's attention.

## BRIEFING

All interviewers must attend a personal briefing. **The supervisor must record the briefing on the provided audio tape and return it to us with your first shipment of Screener/Questionnaires.** All interviewers must do at least one Practice Interview. All Practice Interviews must be looked over by the supervisor – and any problems cleared up – before actual interviewing begins. Make sure to test the volume before starting the briefing to ensure that the tapes are audible. Inaudible briefing tapes are of no use.

IT IS IMPORTANT TO POINT OUT TO THE INTERVIEWERS (ESPECIALLY THOSE WHO WORKED ON PHASE 1), THAT THEY WILL BE USING CDs #3 AND #4 AND EMPHASIZE THE QUESTIONNAIRE DIFFERENCES FROM PHASE 1. THERE ARE MORE HEADINGS TO BE ASKED ABOUT, MORE SKIP PATTERNS TO FOLLOW AND THERE ARE 2 ROTATIONS OF QUESTIONS FOR EACH COLOR. THE ROTATIONS HAVE BEEN INTERLEAFED, SO USE THEM IN THE ORDER RECEIVED.

At the briefing, read through the interviewer instructions.

Each interviewer is to read his/her Interviewer Instructions and <u>**sign them.**</u> Each interviewer's signed Instructions are to be stapled to his/her practice interview and returned with the first partial shipment.

If possible, one briefing should be conducted, even if several interviewing shifts are involved.
If more than one briefing is required, the field supervisor must:
- o   Conduct the second briefing
- o   Record the briefing

All personnel involved in the study must attend a briefing.

## WRITING IMPLEMENTS

- o   <u>Use pencil for Screeners but you must use a BLUE OR BLACK pen (do not use erasable ink pens) for main questionnaires.</u> Because you will be erasing and re-using the Screeners, pencil is the required writing implement.
- o   <u>However, for the Main Questionnaire, you MUST use only blue or black ball-point pen.</u> For the purpose of this study, Main Questionnaires **not** recorded in blue or black pen will be considered invalid and will not be included in the project or paid for. On the main questionnaire, cross out if necessary.

Field supervisors must have read and examined all materials to be completely prepared for the job. The field supervisor must conduct the briefing and be present for all days of interviewing on the study. A field kit of all paper materials must be supplied for each interviewer at the briefing.

**At your briefing**, stress the following points and be sure the interviewers at the briefing are following them:

### Screening procedures

7.   **Screening Quotas and Tallying on Screening Control Forms**
8.   **Respondent Eligibility**
9.   **Circle method of termination**
10.  **Read each question exactly as written**
11.  **Following skip patterns**
12.  **Proper handling and usage of CD's**

<u>Proper questions and recording procedures, as follows:</u>

- o   **Read questions slowly and exactly as written**
- o   **Give respondent enough time to answer**
- o   **Ask respondent to repeat or go slower if you are not getting their entire answer**
- o   **Capture answers verbatim, do not summarize or paraphrase or capture thoughts or comments said aloud.**
- o   **Write legibly**
- o   **Use pen on main questionnaire (no erasing; cross out if necessary)**
- o   **Probing only when indicated on the questionnaire**
- o   **Completing the Certification Page**

## MAIN QUESTIONNAIRES/CD's

You have received a supply of Green and Blue main questionnaires, and CD's labeled with numbers and colored dots. Each interview will require one CD. Green Questionnaire is used with the CD marked #3 with a Green dot. Blue Questionnaire is used with the CD marked #3 with a Blue dot.

**Before the interview begins:**

- Be sure you have the correct CD in the computer and the monitor is OFF.
- Escort the respondent into the interviewing room and close the door.
- Seat respondent facing the computer monitor.
- Interviewer should be seated to the <u>right</u> of the respondent so interviewer and respondent can easily maneuver mouse to move cursor at appropriate times during interview AND respondent can NOT see answers that the interviewer is recording.
- If respondent indicated that he/she wears glasses or contact lenses for shopping, be sure that he/she is wearing them.
- Only the respondent and the interviewer are to be in the interviewing room except a small child, if necessary.

---

**IMPORTANT: PLEASE NOTE TO EMPHASIZE THE FOLLOWING:**
- **RESPONDENTS WILL BE ASKED ABOUT SEVERAL LISTINGS ON THE GOOGLE PAGE, MORE THAN PHASE ONE.**
- **INTERVIEWERS MUST BE CAREFUL TO MOVE THE CURSOR TO THE CORRECT HEADING AND THAT THE CURSOR THEN <u>DOESN'T MOVE</u>—IMPORTANTLY—THAT THE RESPONDENT IS <u>FOCUSED</u> ON THE <u>CORRECT</u> HEADING—THE ONE WE ARE INTERESTED IN <u>FOR THAT QUESTION</u>!**
- **THE ORDER OF THE HEADINGS WILL ROTATE BETWEEN VERSIONS, SO BE CAREFUL TO ASK ABOUT THE HEADINGS INDICATED ON <u>THAT QUESTIONNAIRE</u>!**

---

**Respondent Numbers**

In this shipment is a respondent number worksheet. This form is for your use only and does not need to be ~urned to TRG. The numbers listed on this form are unique to your location and are the only respondent ~nbers you may use. No one respondent number can be assigned to more than one respondent. Additionally, the three numbers to the left of your location on the Master Quota Sheet and the three numbers to the right of your location on the front of the screener must match the first three numbers on your respondent number worksheet. When you are editing the questionnaires, make sure the correct city is circled on the front of the screener.

**Quality Control Procedures**

**ANY WORK RECEIVED BY OUR OFFICE WHICH HAS NOT BEEN SUBJECT TO THE FOLLOWING PROCEDURES WILL BE SUBJECT TO A PAYMENT ADJUSTMENT.**

Strict quality control is a primary Supervisor responsibility. Target Research Group requires that the following controls be followed:

7. This study must be screened by itself, <u>not</u> along with any other projects.
8. No more than one respondent per shopping group should be screened.
9. Friends, relatives or acquaintances must NOT be interviewed.
10. No one is to be in the interviewing room with the respondent, except a small child if necessary.
11. Anyone accompanying the respondent must wait for the respondent in the waiting room.
12. Interviewing should not be conducted with anyone who has a hearing, visual or English language problem.

## Security Instructions

All materials related to this study are the property of Target Research Group and our client.

You are responsible for all materials being used on this study, all materials are to be kept out of sight of anyone not directly involved in the study.

No one representing Target Research Group or our client is to be admitted to the facility or have access to the materials without your first calling Target Research Group to confirm. Further, no one is to be permitted access to the facility or materials without showing satisfactory identification.

## Editing

All work should be edited soon after completion in order to spot errors and quickly bring them to an interviewer's attention.
    In editing check for:
o  **Completeness of information on the front of each screener of each completed questionnaire**
o  **(market, age)**
o  **Verbatim capture of responses**
o  **Proper skip patterns**
o  **Legible handwriting**
o  **Black or blue pen on the Main Questionnaire**
o  **NO erasures on the Main Questionnaire; cross out if editing a response**
o  **If an interviewer appears not to be following instructions exactly, please alert them to that
    as soon as possible and take remedial action if needed.**

## Validation Sheets

o  **List only ONE interviewer's work on a validation sheet.**
o  **Fill out all required respondent information, interviewer name, city and the quota groups.**
o  **Be sure about indicating correct area code for every respondent.**
o  **Write listings in black or blue ink ONLY.**
o  **You are not to phone validate, since we will be independently validating 100% of every interviewer's
    work.**
o  **You must however, monitor each interviewer's work for eligibility and completeness.**
o  **SEND VALIDATION SHEETS WITH EVERY SHIPMENT**
o  **VALIDATION FORMS MAY NOT BE CUMULATIVE**

## Handling "No Phone" or "Refused Phone"

The Supervisor must attempt to do a telephone lookup for all respondents who do not give a phone number. If a number is not found, indicate that you have attempted to look-up by writing "L.U." on the validation form.

## Daily Reporting/Transmission/Study Management

The daily report must be faxed (845-426-6890) to my office not later than 8:30 AM ET Monday through Friday. You may find it necessary to fax the report the night before or at the end of your shift. At whatever time you need to cut off the figures to ensure the report is in my office by the designated time is fine. Make sure that you are recording the interviews and terminations accurately on the daily report, it is imperative that this information is recorded correctly.

## Schedule

This shipment is a study schedule. The schedule will outline for you the study dates AND the dates of any partial shipments of completed questionnaires. Make sure all related personnel are familiar with this schedule.

**udy Management**

.ease read the instructions and brief the study carefully. Prior to beginning the study if you have any questions, contact my office at 845-426-1200. As always, if during the study you should encounter any problems, call me, e-mail me, fax me, but let me know. Your assistance in ensuring the quality of this study is greatly appreciated.

Thank you.
Nelson S. Davis
Field Director
nelson@TargetResearchGroup.com



515 Airport Executive Park    T: 845 426.1200
Nanuet, New York 10954    F: 845 426.1218

www.targetresearchgroup.com

Study #06149
Website Study – Phase Two
September, 2006

# SUPERVISOR BRIEFING VERIFICATION FORM

**Supervisor Name (Please Print):** _____

**Supervisor Signature:** _____

**Date of Briefing:** _____

**Company:** _____

**City:** _____

**To:**       Suzanne Edison, Field Solutions

**From:**     Barbara Fiascki

**Date:**     September 22, 2006

**Re:**       Validation – Website Study— #06149

This was a mall study. Please validate 100%.  Respondents were females 18 years of age or older.

Eligible respondents were shown a website.

Hello, I'm _____ from Target Research, a national market research company. I am calling to thank you for recently participating in our study in the mall. I would like to verify some information; it will only take a minute.

**Q.1:**    Are you the female head of your household?

**ANSWER:** Yes

**Q.2:**    Did you participate in an interview in a shopping mall where you were asked to look at a page of results from a website search?

**ANSWER:** Yes

**Q.3:**    Have you used Google to search for information on the Internet in the past 6 months?

**ANSWER:** Yes

**Q.4:**    Have you ever used or would you consider using the Internet to get information about window blinds?

**ANSWER:** Yes

**Q.5:**    Have you ever heard of a window blind company or a brand of window blinds called "American Blinds"?

**ANSWER:** Yes

**Q.6:**    Which of the following groups includes your age (**Read List**)?

| | |
|---|---|
| Under 18................ X | |
| 18-34 .................... 1 | **Check age against the Validation Sheet** |
| 35-49 .................... 2 | |
| 50 or over ............. 3 | |

Thank you again for participating in our survey.

## AL OSSIP
MARKETING RESEARCH CONSULTING                        11 HOMEWOOD ROAD • HARTSDALE, NY 10530

(914) 682-4782
682-1582
FAX (914) 328-8907

## Professional Experience

**Jan. 1986- Present**                **Independent Marketing Research Consultant**

Consultant for legally oriented applications of marketing and advertising research, surveys and experimental designs covering:

- trademarks, trade dress issues
- advertising claims substantiation
- advertising communication/perception

Role has ranged from review of ads, packages, names or research studies to design of studies, supervision of study execution and expert witness testimony for support or challenge.

Retained by many law firms, advertisers, as well as research firms and ad agencies on wide range of product and service categories. (Includes: food, beverages, tobacco, household products, laundry products, health & beauty aids, , prescription and OTC drugs, autos and automotive products, apparel, fragrances, appliances, toys, household furnishings, financial products, books and magazines, telecommunications, advertising media, entertainers, industrial products, retail and service establishments.)

Prepared ad substantiation procedures for several major advertisers. Conducted in-house seminars.

Consulted for survey methodology improvement for various companies.

**1962-1986**                        **General Foods Corporation**

- Director, Corporate Services  (Marketing Research Department)

Directed marketing research for corporate areas (Law, Media, Sales, Promotion, Public Affairs, Personnel, Consumer Center). Served as department methods consultant. Also supervised: Statistical Applications, Marketing Information Center, MRD training, advertising claims substantiation .

- Director, Survey Research

Directed survey research for all General Foods domestic products. Also supervised: in-house supplier, methods development, quality control. Devised and administered company's advertising claims substantiation procedures. Initiated Test Marketing Group.

Resume of Al Ossip  (continued)

## General Foods Corporation

- Manager, Division Research

Directed all marketing research activity for: pet foods, cereals, breakfast beverages and foods, frozen foods.

**1960-1962**                    **Foote, Cone & Belding Advertising**

Account Research Supervisor for: Contac Cold Capsules (national introduction), Rheingold Beer, Pepsodent Toothpaste.

**1956-1960**                    **CPC Inc.- Best Foods Division**

Senior Marketing Research Analyst. Supervised survey research for company's food and laundry products.

Supervised store audits, consumer panels, sales analysis and sales forecasting for food and laundry products

## Education

BBA, magna cum laude- Marketing Research & Statistics. Baruch College, City University of New York

MBA, Marketing- New York University

## Other Activities

Speaker      - Numerous conferences and seminars for Advertising Research Foundation,  Better Business Bureaus, law societies and others.

Instructor   - Previous experience: CASRO Project Director Training Program, General Foods  Marketing Research and Product Management Training Programs,  Adelphi  University  Evening Program.

**AL OSSIP**
MARKETING RESEARCH CONSULTING                    11 HOMEWOOD ROAD • HARTSDALE, NY 10530

(914) 682-4782
682-1582
FAX (914) 328-8907
e-mail alossip@optonline.net

Cases in which I have testified in the past 4 years (As of 9/06)     (Client underlined)

- Star Industries v. Bacardi & Co.
  USDC Southern District of  NY  CA 02 Civ 4239 (2003)

- Playtex v. Procter & Gamble
  USDC Southern District of NY  02 Civ 8046 (2003)

- Empresa Cubana Del Tabaco v. General Cigar
  USDC Southern District of NY  (2003)

- Joel D. Wallach v. Longevity Network, LTD
  USDC Central District of California (2005)
  Testimony via report

Depositions in past 4 years

- GTFM Inc. v. Wal-Mart Stores, Inc
  USDC Southern District of New York   2002

- Publications International Inc. v. Leapfrog Enterprises
  USDC North Division of Illinois, Eastern Div. 2003

- Star Industries v. Bacardi & Co.
  USDC Southern District of  NY  CA 02 civ 4239 (2003)

- Playtex v. Procter & Gamble
  USDC Southern District of NY  02 Civ 8046 (2003)

- Empresa Cubana Del Tabaco v. General Cigar
  USDC Southern District of NY  (2003)

- Nissan North America  v, Europacific Parts Intl et al
  USDC Central District of California, Southern Division  (2004)

- Mark Bric Display v. Joseph Struhl Co.,Russell & Miller and CVS Corp.
  USDC District of Rhode Island (2004)

- Joel D. Wallach v. Longevity Network, LTD
  USDC Central District of California (2005)

- MetLife Inc. v. Metropolitan National Bank
  USDC Southern District of New York (2006)

- NFL v. AllAuthentic Corp.
  USDC Southern District of New York (2006)