# EXHIBIT P

Sign in

# Google

Web   Images   Video^New!   News   Maps   more »

`american blinds`   [Search]   Advanced Search / Preferences

**Web**   Results **1 - 10** of about **6,400,000** for **american blinds**. (0.09 seconds)

**Budget Blinds**                                                                 Sponsored Link
**BudgetBlinds**.com     Quality Window **Blinds** installed. Setup a Free in-home consultation!

**American Blinds** and Wallpaper
Offering wallpaper, curtains, framed art, lighting, paint, **blinds** and shutters, area rugs and home accents.
www.decoratetoday.com/ - Similar pages

Shopping, Buy, Purchase!
Product Search: **American Blinds** Coupons All Merchants **American Blinds** Only. Shopping / **American Blinds**. • Area Rugs, • **Blinds**, • Drapery Hardware ...
www.lockergnome.com/buy/index.php?gcsiteid=769&gccid=935551 - 71k - Cached - Similar pages

**American Blinds** - coupons, online deals, discount coupon codes ...
Save 25-85% off retail prices at **American Blinds**.com! - **American Blinds** has all the home decorating products your customers are looking for.
www.fabuloussavings.com/online/us/**americanblinds**/ - 82k - Cached - Similar pages

Target : Home : **American Blinds**, Wallpaper + More
Find, shop for and buy Home **American Blinds**, Wallpaper + More at Target.
www.target.com/gp/browse.html?_encoding=UTF8&node=3944011 - 76k - Cached - Similar pages

**American Blinds**, Wallpaper and More
Deals, discounts, coupon codes, and special offers for **American Blinds**, Wallpaper & More. Decorate your house for less by using exclusive offers on window ...
couponing.about.com/od/storesofferingdiscounts/p/cpmy248.htm - 24k - Cached - Similar pages

eCoupons - **American Blinds**, Wallpaper & More Coupons, Coupon Codes ...
eCoupons has **American Blinds**, Wallpaper & More Coupons, **American Blinds**, Wallpaper & More Coupon Codes and **American Blinds**, Wallpaper & More Printable ...
www.ecoupons.com/coupon-code/**American-Blinds**-Wallpaper - 41k - Cached - Similar pages

**American Blind** Window Treatments at MSN Shopping
Window Treatments: Product information, price comparisons and user reviews and ratings for Window Treatments.
shopping.msn.com/results/shp/?bCatID=5108,av=2-4541577 - 89k - Cached - Similar pages

FatWallet - Forums, Free Coupons, Compare Prices, Cash Back and ...
I just ordered wood **blinds** from **American Blind**. Their prices were great, talked to them on the phone and found them to be very informative and courteous. ...
www.fatwallet.com/forums/retailerratings/displaystore.php?storeid=62 - 26k - Cached

- Similar pages

**American Blind**: Find, Compare, Read Reviews & Buy Online @ Yahoo ...
Yahoo! Shopping is the best place to comparison shop for **American Blind** Compare products, compare prices, read reviews and merchant ratings.
shopping.yahoo.com/s:Shopping:4168-Brand=**American**%20Blind - 67k - Cached - Similar pages

**American Blinds** Special Offer Codes for AmericanBlinds.com ...
Save with **American Blinds** coupons. Use free **American Blinds** online coupons at AmericanBlinds.com and save when shopping online. Free **American Blinds** online ...
www.couponcabin.com/coupons/**american**-blind-wallpaper/ - 42k - Cached - Similar pages

Goooooooooogle ▶

Result Page:   1 **2** 3 4 5 6 7 8 9 10    **Next**

Free! Speed up the web. Download the Google Web Accelerator.

[american blinds]   [Search]

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

Google Home - Advertising Programs - Business Solutions - About Google

©2006 Google