# EXHIBIT R

Google

| Web | Images | Video | News | Maps | more » | Sign in |

american blinds                [Search]  Advanced Search / Preferences

Web                                    Results 1 - 10 of about 1,510,000 for **american blinds**. (0.06 seconds)

**American Blinds**                                              Sponsored Link
www.AmericanBlinds.com    Official Site - **American Blinds** Save 25 -85% off & Free Shipping

**American Blinds** and **Wallpaper**
Offering wallpaper, curtains, framed art, lighting, paint, **blinds** and shutters, area rugs
and home accents.
www.decoratetoday.com/ - 2k - Cached - Similar pages

**American Drapery and Blinds**: Window Coverings, Drapery, Vertical ...
**American** Drapery and **Blinds** is a manufacturer of 100% **American** Made
commercial grade drapery, horizontal mini **blinds**, vertical **blinds**, and drapery rods.
www.**americandrapery**.com/ - 41k - Cached - Similar pages

**American Blinds** - coupons, online deals, discount coupon codes ...
GET 10% OFF BALI **BLINDS** AND SHADES - **American Blinds** has all the home
decorating products your customers are looking for.
www.fabuloussavings.com/online/us/**americanblinds**/ - 82k - Cached - Similar pages

Target : Home : **American Blinds**, **Wallpaper + More**
Find, shop for and buy Home **American Blinds**, Wallpaper + More at Target.
www.target.com/gp/browse.html?ie=UTF8&node=3944011 - 66k -
Cached - Similar pages

Technology & Marketing Law Blog: My Take on Google v. **American Blinds**
**American Blinds** & Wallpaper Factory, 2005 WL 832398 (N.D. Cal. ... Google moved
to dismiss **American Blind**'s claims, and the judge is required to apply a ...
blog.ericgoldman.org/archives/2005/04/my_take_on_goog.htm - 20k -
Cached - Similar pages

John Battelle's Searchblog: News: **American Blinds** Case: Motion to ...
The court did, however, grant Google's motion to throw out **American Blinds**' claims
of "tortious interference with prospective business advantage. ...
battellemedia.com/archives/001378.php - 50k - Dec 20, 2006 - Cached - Similar pages

Sponsored Links

Bay Area Window **Blinds**
Highest quality **blinds** - all budgets
Visit us in SF, San Mateo, or Marin
www.nationalblinds-sf.com
San Francisco-Oakland-San Jose, CA

**American Blinds** Website
Direct Savings (Free Shipping)
No Sales Tax -Lowest Cost Guarantee
AmericanWallpaper.com/**Blinds**

Shop at Nation **Blinds**
Free Sample Swatches Available!
Buy Factory Direct and Save!
www.nationblinds.com/Nation**Blinds**

**American blinds**
Looking for **American blinds**?
Search from a wide selection.
www.-All-Your-**Blinds**.com

Wholesale Shutter Source
Quality Custom Shutters
Bay Home & Window
www.BayHomeAndWindow.com
San Francisco-Oakland-San Jose, CA

**American Blinds** Special Offer Codes for AmericanBlinds.com ...
Save with **American Blinds** coupons. Use free **American Blinds** online coupons at AmericanBlinds.com and save when shopping online. Free **American Blinds** online ...
www.couponcabin.com/coupons/american-blind-wallpaper/ - 43k - Dec 20, 2006 -
Cached - Similar pages

iMedia Connection: R.I.P. Geico versus Google
**American Blind** has sued Google in two Federal Districts (Northern ... In the Northern California case, **American Blinds** is suing Google on much the same ...
www.imediaconnection.com/content/6828.asp - 41k - Cached - Similar pages

**American Blind** Window Treatments at MSN Shopping
Window Treatments: Product information, price comparisons and user reviews and ratings for Window Treatments.
shopping.msn.com/results/shp/?bCatID=5108,av=2-4541577 - 100k - Dec 20, 2006 -
Cached - Similar pages

Google Inc. v. **American Blind** & **Wallpaper Factory, Inc.** - Phillips ...
**American Blind** alleged that Google included its marks within the 'Ad Words' ... **American Blind** further alleged that Google offers an 'Adwords Keyword ...
www.phillipsnizer.com/library/cases/lib_case368.cfm - 31k - Cached - Similar pages

Result Page:   1 2 3 4 5 6 7 8 9 10   **Next**

Download Google Pack: free essential software for your PC

[american blinds] [Search]

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

Google Home - Advertising Programs - Business Solutions - About Google

©2006 Google