# EXHIBIT W

Sign in

Google

| Web | Images | Video | News | Maps | more » |

usawallpaper.com    Search    Advanced Search / Preferences

Web    Results 1 - 10 of about **48,200** for **usawallpaper.com**. (**0.04** seconds)

Sponsored Links

**Wallpapers, Borders, Wallcoverings, and coordinating home ...**
Wallpapers, borders, fabrics, murals, children's bedding and coordinating home fashions.
www.**usawallpaper.com**/ - 18k - Cached - Similar pages
  Children's Wallpaper - www.usawallpaper.com/chilwal.html
  Wallpaper & Border - www.usawallpaper.com/wabo.html
  Wall Murals - www.usawallpaper.com/wallpapermurals.html
  Children - www.usawallpaper.com/children.html
  More results from www.usawallpaper.com »

**Scenic Lighthouse Wallpaper Mural**
pad Rooms Decorating Ideas pad. home | information | returns | shopping cart | gifts,
Copyright © 2003 **USAWallpaper.com** - All Rights Reserved.
www.usawallpaper.com/sclwamu.html - 47k - Cached - Similar pages

**Compare Prices and Read Reviews on USA Wallpaper Online Store ...**
USA Wallpaper Online Store - **usawallpaper.com** ... Subscribe to More Reviews on
USA Wallpaper Online Store - **usawallpaper.com** ...
www.epinions.com/
USA_Wallpaper_Online_Store_-_usawallpaper_com/display_~reviews - 24k -
Cached - Similar pages

**Compare Prices and Read Reviews on USA Wallpaper Online Store ...**
USA Wallpaper Online Store - **usawallpaper.com** ... General Information.
Subcategory, Online Shopping, Web Site, www.**usawallpaper.com** ...
www.epinions.com/USA_Wallpaper_Online_Store_-_usawallpaper_com - 19k -
Cached - Similar pages
[ More results from www.epinions.com ]

**PriceGrabber User Rating for USAwallpaper.com - PriceGrabber.com**
Find the best deal on by comparing bottom-line prices, including tax and shipping at
PriceGrabber.com.Read real customers reviews on as well as online ...
www.pricegrabber.com/rating_getreview.php/r=6303 - Similar pages

**Wallpaper**
300,000 Patterns at Low Prices
Free Shipping - 5 Million Customers
www.AmericanWallpaper.com

**Wallpaper**
350,000 patterns
All 1st quality. Free shipping!
www.wallpaperwholesaler.com

Space Art Posters - PriceGrabber.com
Space Wars Wallpaper Mural: Space Wars Wallpaper Mural - Space Wars Wallpaper Mural: Space Wars Wallpaper Mural Rating: Write a Review . **USAWallpaper.com** ...
www.pricegrabber.com/search_attrib.php/page_id=1926/form_keyword=Space - Similar pages

Epinions Recent Reviews for USA Wallpaper Online Store ...
... reviews written about USA Wallpaper Online Store - **usawallpaper.com** en-us 80 80 http://www.epinions.com/USA_Wallpaper_Online_Store - usawallpaper_com ...
rss.epinions.com/rss/linkin_id-8003929/product-14927 1122820 - 3k -
Cached - Similar pages

Wallpaper: Find, Compare, Read Reviews & Buy Online @ Yahoo! Shopping
www.**usawallpaper.com**; Save 85% on Wallpaper Today · Open this result in new window - Find low prices & free shipping on a huge selection at American blinds. ...
shopping.yahoo.com/s:Wallpaper - 78k - Dec 18, 2006 - Cached - Similar pages

Wallies Plants, Seeds & Bulbs: Find, Compare, Read Reviews & Buy ...
www.**usawallpaper.com**; Wallies at Pottery Barn Kids · Open this result in new window - Find adorable bath accessories and more from Pottery Barn. ...
shopping.yahoo.com/s:Plants,%20Seeds%20&%20Bulbs:4168-Brand=Wallies - 40k -
Cached - Similar pages
[ More results from yahoo.com ]

**USAWallPaper.com** - www.**usawallpaper.com**
Wallpapers, borders, wallcoverings and wall murals discounted. Wallpaper and border from York, Carey Lind, Seabrook Wallcoverings, Waverly Wallcoverings, ...
www.uncoverthenet.com/listing/5902.php - 10k - Cached - Similar pages

Result Page:   1 2 3 4 5 6 7 8 9 10   **Next**

Try Google Desktop: search your computer as easily as you search the web.

[usawallpaper.com] [Search]

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

Google Home - Advertising Programs - Business Solutions - About Google

©2006 Google