# EXHIBIT X

Google | internet wallpaper store | Search | Advanced Search / Preferences

Sign in

Web | Images | Video | News | Maps | more »

**Web**     Results 1 - 10 of about 1,740,000 for <u>internet wallpaper store</u>. (0.06 seconds)

<u>Wallpaperstore.com - **wallpaper**, borders, murals</u>
Welcome to The **Internet Wallpaper Store**! The easiest way to shop for wallpapers & **wallpaper** borders. Shop from thousands of top quality national brand ...
www.**wallpaperstore**.com/ - 19k - <u>Cached</u> - <u>Similar pages</u>

<u>Designer wallpaper, borders, fabric</u> - www.**wallpaperstore**.com/Designer.htm
<u>wallcoverings, wallpaper, ...</u> - www.**wallpaperstore**.com/WhatsHot.htm
<u>styles</u> - www.**wallpaperstore**.com/Styles.htm
<u>Search by Item #</u> - www.**wallpaperstore**.com/ViewOne.htm
<u>More results from www.wallpaperstore.com »</u>

<u>**wallpaperstore**.com - murals, **wallpaper** murals, trompe l'oeil ...</u>
**wallpaperstore**.com - large mural selection for murals, **wallpaper** murals, mural accents and trompe l'oeil accents.
www.**wallpaperstore**.com/Murals.htm - 27k - <u>Cached</u> - <u>Similar pages</u>

<u>Compare Prices and Read Reviews on The **Internet Wallpaper Store** ...</u>
Epinions has the best comparison shopping information on The **Internet Wallpaper Store** Online. Compare prices from across the web and read reviews from ...
www.epinions.com/content_83312938628 - 30k - <u>Cached</u> - <u>Similar pages</u>

<u>Leland's **Wallpaper** Book Prices</u>
Simply print this list of books, go to your local **wallpaper store**, find the **wallpaper** books on the ... These prices are for our **internet** customers only. ...
www.lelandswallpaper.com/bookprices.htm - 258k - <u>Cached</u> - <u>Similar pages</u>

<u>--"WALLPAPER BORDER"---</u>
Welcome to the **internet's wallpaper** outlet **store**. Save up to 85% of retail prices, while shopping for **wallpaper** or border at our **store**. ...
www.**wallpaperoasis**.com/ - 12k - <u>Cached</u> - <u>Similar pages</u>

<u>**Wallcovering Wallpaper** Decorating</u>
Welcome to The **Internet Wallpaper Store**!(tm). Shop from thousands of searchable, on-line sets of wallpapers, borders, fabrics & murals - Great service ...
www.**wallcovering**.htm - 18k - <u>Cached</u> - <u>Similar pages</u>

<u>Welcome to The Internet Wallpaper Store...</u>
Welcome to The Internet Wallpaper Store(tm). Shop from thousands of searchable, on-line sets of wallpapers, borders, fabrics & murals - Great service ...
www.myhouseandgarden.com/Wallcovering.htm - 18k - <u>Cached</u> - <u>Similar pages</u>

Sponsored Links

<u>Online shopping</u>
40-80% off top name brands. Huge selections. Free Shipping now!
Overstock.com

<u>Wallpaper</u>
300,000 Patterns at Low Prices
Free Shipping - 5 Million Customers
www.AmericanWallpaper.com

<u>Wallpaper Shop</u>
**Wallpaper** shop Online.
Shop Target.com
www.Target.com

<u>Wallpaper store</u>
Fast, Relevant Local Information.
Find **Wallpaper Store** Here!
www.local.com

<u>Wallpaper Stores</u>
Need **Wallpaper** Stores
Save on Decorative **Wallpaper**
www.smarter.com

<u>82-97% off All Wallpaper</u>
Amazing selection of first quality manufacturers discontinued items.
www.**wallpaper**-closeouts.com

<u>Wallpaper store</u>
Brand name **wallpaper** & borders

Top Christian Web Sites - Worthy 1000
14, Neutral, Cleaninter.net - Clean Family Filtered **Internet**, Protect yourself! ... 16, Down, 3D Christian **Wallpaper** and Computer Backgrounds - All original ...
www.worthy1000.com/ - 49k - Cached - Similar pages

Computer software business web design tools asp scripts developer ...
web design tools download software **internet** tv isp list asp scripts ... **Internet** Music list Online Radio Stream ... 3000 **Internet** Shopping **Stores** online ...
www.ezgoal.com/ - 62k - Cached - Similar pages

PDRA (formerly NDPA) Paint, **Wallpaper Stores**, Decorating Advice ...
Want to know what your customers really think about your **store** and your sales staff? ... POS activated phone cards, wireless and **Internet** transactions. ...
www.pdra.org/view_section.php?section=36 - 47k - Cached - Similar pages

Downloads of ringtones, **wallpaper**, and games from Verizon ...
Downloads of ringtones, **wallpaper**, and games from Verizon Wirelesss virtual **store** from Mobile **Internet**, The in Computers & Technology provided free by ...
www.findarticles.com/p/articles/mi_m0NZB/is_1_7/ai_n9487021 - 24k - Cached - Similar pages

starting at $2.99. Free samples.
www.WallUSA.Com

**Wallpaper**- Up to 85% off
**Wallpaper**, border & wall murals.
Thousands of patterns online!
www.usawallpaper.com

Result Page: 1 2 3 4 5 6 7 8 9 10 **Next**

[internet wallpaper store] [Search]

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

Free! Speed up the web. Download the Google Web Accelerator.

Google Home - Advertising Programs - Business Solutions - About Google

©2006 Google