| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | MICHAEL H. PAGE - #154913 |
| 2 | MARK A. LEMLEY - #155830 |
| | KLAUS H. HAMM - #224905 |
| 3 | AJAY S. KRISHNAN - #222476 |
| | 710 Sansome Street |
| 4 | San Francisco, CA 94111-1704 |
| | Telephone: (415) 391-5400 |
| 5 | Facsimile: (415) 397-7188 |

Attorneys for Plaintiff and Counter Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation, | Case No. C 03-5340-JF (RS) |
| Plaintiff, | **GOOGLE'S NOTICE OF MOTION AND MOTION FOR TERMINATING, EVIDENTIARY, AND MONETARY SANCTIONS AGAINST ABWF FOR SPOLIATION OF EVIDENCE** |
| v. | |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., and DOES 1-100, inclusive, | Date: January 30, 2007<br>Time: 9:00 a.m.<br>Courtroom: 3, 5th Floor<br>Judge: Hon. Jeremy Fogel |
| Defendants. | |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., | |
| Counter-Plaintiff, | |
| v. | |
| GOOGLE INC., | |
| Counter-Defendant. | |

383873.01

GOOGLE'S NOTICE OF MOTION AND MOTION FOR TERMINATING, EVIDENTIARY, AND MONETARY
SANCTIONS AGAINST ABWF FOR SPOLIATION OF EVIDENCE
CASE NO. C 03-5340-JF (RS)

1 | TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2 |     Plaintiff and Counter-Defendant Google Inc. ("Google") hereby gives notice to all
3 | counsel of record of its Motion for Terminating, Evidentiary, and Monetary Sanctions Against
4 | American Blind & Wallpaper Factory, Inc. ("ABWF") for Spoliation of Evidence.  By way of
5 | this motion, Google requests an order either dismissing ABWF's claims against Google or
6 | imposing evidentiary sanctions against ABWF.  In either event, Google requests that relief
7 | include monetary sanctions.  This motion is based on this Notice of Motion, the accompanying
8 | Memorandum of Points and Authorities and the authorities cited therein, the accompanying
9 | Declaration of Ajay S. Krishnan, and the Court's file and such argument as may be presented at
10 | the hearing on this motion.

12 | Dated:  December 26, 2006            KEKER & VAN NEST

           By:  /s/ Ajay S. Krishnan
                AJAY S. KRISHNAN
                Attorneys for Plaintiff and Counter
                Defendant GOOGLE INC.

383873.01

1

GOOGLE'S NOTICE OF MOTION AND MOTION FOR TERMINATING, EVIDENTIARY, AND MONETARY
SANCTIONS AGAINST ABWF FOR SPOLIATION OF EVIDENCE
CASE NO. C 03-5340-JF (RS)