1 | KEKER & VAN NEST, LLP
MICHAEL H. PAGE - #154913
2 | MARK A. LEMLEY - #155830
KLAUS H. HAMM - #224905
3 | AJAY S. KRISHNAN - #222476
710 Sansome Street
4 | San Francisco, CA 94111-1704
Telephone: (415) 391-5400
5 | Facsimile: (415) 397-7188

Attorneys for Plaintiff and Counter Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| GOOGLE INC., a Delaware corporation, | Case No. C 03-5340-JF (RS) |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER RE GOOGLE'S MOTION FOR TERMINATING, EVIDENTIARY, AND MONETARY SANCTIONS AGAINST ABWF FOR SPOLIATION OF EVIDENCE** |
| v. | |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., and DOES 1-100, inclusive, | Date: January 30, 2007<br>Time: 9:00 a.m.<br>Courtroom: 3, 5th Floor<br>Judge: Hon. Jeremy Fogel |
| Defendants. | |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., | |
| Counter-Plaintiff, | |
| v. | |
| GOOGLE INC., | |
| Counter-Defendant. | |

386670.01

[PROPOSED] ORDER RE GOOGLE'S MOTION FOR TERMINATING, EVIDENTIARY, AND MONETARY
SANCTIONS AGAINST ABWF FOR SPOLIATION OF EVIDENCE
CASE NO. C 03-5340-JF (RS)

1   Plaintiff and counter-defendant Google Inc.'s ("Google") Motion for Terminating,
2  Evidentiary, and Monetary Sanctions Against American Blind and Wallpaper Factory, Inc.
3  ("ABWF") for Spoliation of Evidence was heard by this Court on January 30, 2007, at 9:00 a.m.
4  Upon reviewing the papers submitted by the parties, hearing the argument of counsel, and good
5  cause appearing therefor, Google's motion is GRANTED.
6   In light of ABWF's spoliation of evidence, each and every one of ABWF's causes of
7  action is DISMISSED.
8   [Alternatively:]
9   In light of ABWF's spoliation of evidence, preclusion and adverse inference sanctions
10 shall issue on each of the following factual issues raised in this case: _____.
11 The precise wording of the preclusion and adverse inferences instruction will be determined
12 prior to trial.
13   As a monetary sanction for spoliation of evidence, ABWF shall pay Google's costs and
14 reasonable attorneys fees for bringing this motion.  Google shall submit to ABWF an assessment
15 of its fees no later than _____, 2007.
16   IT IS SO ORDERED.
17
18   Dated: _____, 2007     _____
                                       Hon. Jeremy Fogel
19                                     Judge of the United States District Court
20
21
22
23
24
25
26
27
28

386670.01

1
[PROPOSED] ORDER RE GOOGLE'S MOTION FOR TERMINATING, EVIDENTIARY, AND MONETARY
SANCTIONS AGAINST ABWF FOR SPOLIATION OF EVIDENCE
CASE NO. C 03-5340-JF (RS)