1    KEKER & VAN NEST, LLP
     MICHAEL H. PAGE - #154913
2    MARK A. LEMLEY - #155830
     KLAUS H. HAMM - #224905
3    AJAY S. KRISHNAN - #222476
     710 Sansome Street
4    San Francisco, CA  94111-1704
     Telephone:  (415) 391-5400
5    Facsimile:  (415) 397-7188

6

7    Attorneys for Plaintiff and Counter Defendant
     GOOGLE INC.

8
                          UNITED STATES DISTRICT COURT
9
                         NORTHERN DISTRICT OF CALIFORNIA
10

11

12   GOOGLE INC., a Delaware corporation,      Case No. C 03-5340-JF (RS)

                              Plaintiff,        **PROOF OF SERVICE**
13
              v.                                Date:       January 30, 2007
14                                              Time:       9:00 a.m.
     AMERICAN BLIND & WALLPAPER               Courtroom: 3, 5th Floor
15   FACTORY, INC., a Delaware corporation      Judge:      Hon. Jeremy Fogel
     d/b/a decoratetoday.com, Inc., and DOES 1-
16   100, inclusive,

17                            Defendants.

18
     AMERICAN BLIND & WALLPAPER
19   FACTORY, INC., a Delaware corporation
     d/b/a decoratetoday.com, Inc.,
20
                        Counter-Plaintiff,
21
              v.
22
     GOOGLE INC.,
23
                        Counter-Defendant.
24

25

26

27

28

**PROOF OF SERVICE**

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

On **December 26, 2006,** I served the following documents:

1) **Google's Notice of Motion and Motion for Terminating, Evidentiary, and Monetary Sanctions Against ABWF for Spoliation of Evidence**

2) **Memorandum of Points and Authorities in Support of Google's Motion for Terminating, Evidentiary, and Monetary Sanctions Against ABWF for Spoliation of Evidence *(Public Version)***

3) **Memorandum of Points and Authorities in Support of Google's Motion for Terminating, Evidentiary, and Monetary Sanctions Against ABWF for Spoliation of Evidence *(Filed Conditionally Under Seal)***

4) **Declaration of Ajay S. Krishnan in Support of Google's Motion for Terminating, Evidentiary, and Monetary Sanctions Against ABWF for Spoliation of Evidence *(Public Version)***

5) **Declaration of Ajay S. Krishnan in Support of Google's Motion for Terminating, Evidentiary, and Monetary Sanctions Against ABWF for Spoliation of Evidence *(Filed Conditionally Under Seal)***

6) **[Proposed] Order Re Google's Motion for Terminating, Evidentiary, and Monetary Sanctions Against ABWF for Spoliation of Evidence**

7) **Notice of Motion and Motion for Administrative Relief Seeking an Order Sealing Documents for Filing in Relation to Google's Motion for Terminating, Evidentiary, and Monetary Sanctions Against ABWF for Spoliation of Evidence**

8) **Proof of Service**

☑    by **COURIER**, by placing a true and correct copy in a sealed envelope addressed as shown below, and dispatching a messenger with instructions to hand-carry the above and make delivery to the following during normal business hours, by leaving the package with the person whose name is shown or the person authorized to accept courier deliveries on behalf of the addressee.

Robert N. Phillips, Esq.
Howrey Simon Arnold & White, LLP
525 Market Street, Suite 3600
San Francisco, CA 94105-2708

Executed on December 26, 2006, at San Francisco, California. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

/s/ Robert W. Thomas
ROBERT W. THOMAS

386763.01