| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | MICHAEL H. PAGE - #154913 |
| 2 | MARK A. LEMLEY - #155830 |
| | KLAUS H. HAMM - #224905 |
| 3 | AJAY S. KRISHNAN - #222476 |
| | 710 Sansome Street |
| 4 | San Francisco, CA 94111-1704 |
| | Telephone: (415) 391-5400 |
| 5 | Facsimile: (415) 397-7188 |

Attorneys for Plaintiff and Counter Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation, | Case No. C 03-5340-JF (RS) |
| Plaintiff, | **DECLARATION OF AJAY S. KRISHNAN IN SUPPORT OF GOOGLE'S MOTION FOR EVIDENTIARY AND MONETARY SANCTIONS AGAINST ABWF FOR SPOLIATION OF EVIDENCE** |
| v. | |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., and DOES 1-100, inclusive, | Date: January 30, 2007 |
| | Time: 9 a.m. |
| | Courtroom: 3, 5th Floor |
| Defendants. | Judge: Hon. Jeremy Fogel |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., | **PUBLICLY FILED VERSION** |
| Counter-Plaintiff, | |
| v. | |
| GOOGLE INC., | |
| Counter-Defendant. | |

DECLARATION OF AJAY S. KRISHNAN IN SUPPORT OF GOOGLE'S MOTION FOR EVIDENTIARY AND
MONETARY SANCTIONS AGAINST ABWF FOR SPOLIATION OF EVIDENCE
CASE NO. C 03-5340-JF (RS)

383878.01

1  I, Ajay S. Krishnan, declare as follows:

2  1. I am an attorney at the firm of Keker & Van Nest LLP, counsel for Plaintiff and Counter-Defendant Google Inc., and am admitted to practice before this Court. I make this declaration in support of Google's Motion for Evidentiary and Monetary Sanctions Against American Blind & Wallpaper Factory, Inc. ("ABWF") for Spoliation of Evidence. Unless otherwise stated, I know the facts stated herein of my personal knowledge and if called as a witness, I would testify competently thereto.

**List of Exhibits**

2. Attached hereto as Exhibit A is a true and correct copy of a letter from Susan Greenspon to Alana Karen, dated July 23, 2002, and Bates numbered ABWF 000573 – ABWF 000575.

3. Attached hereto as Exhibit B are true and correct copies of correspondence between Google and ABWF. These documents were filed as Exhibits B, C, E, and F to the Declaration of Rose Hagan in Opposition to Defendants' Motion to Dismiss or Alternatively, to Stay (Docket Item No. 14).

4. Attached hereto as Exhibit C is a true and correct copy of a letter from Joe Charno to Rose Hagan, dated July 11, 2003. This document was filed as Exhibit D to the Declaration of Rose Hagan in Opposition to Defendants' Motion to Dismiss or Alternatively, to Stay (Docket Item No. 14).

5. Attached hereto as Exhibit D is a true and correct copy of the Proof of Service to Google, Inc.'s First Set of Requests for Production of Documents and Things from American Blind & Wallpaper Factory, Inc., dated May 21, 2004.

6. Attached hereto as Exhibit E is a true and correct copy of the Declaration of Susan Greenspon in Support of American Blind & Wallpaper Factory Inc.'s Reply in Support of Motion to Amend and Extend Case Management Order Dates (Docket Item No. 137) (filed under seal). ==Google has under separate cover requested that this document be filed under seal.==

7. Attached hereto as Exhibit F are true and correct copies of pages from the Deposition of Steven Katzman, taken on July 25, 2006. ==Google has under separate cover==

1

DECLARATION OF AJAY S. KRISHNAN IN SUPPORT OF GOOGLE'S MOTION FOR EVIDENTIARY AND MONETARY SANCTIONS AGAINST ABWF FOR SPOLIATION OF EVIDENCE
CASE NO. C 03-5340-JF (RS)

383878.01

1  requested that this document be filed under seal.

2     8.   Attached hereto as Exhibit G are true and correct copies of pages from the
3  Deposition of Scot Powers, taken on July 11, 2006. Google has under separate cover requested
4  that this document be filed under seal.

5     9.   Attached hereto as Exhibit H are true and correct copies of pages from the
6  Deposition of Michael Layne, taken on August 2, 2006.

7     10.  Attached hereto as Exhibit I is a true and correct copy of Google Inc.'s First Set
8  of Requests for Production of Documents and Things from American Blind & Wallpaper
9  Factory, Inc., dated May 21, 2004.

10    11.  Attached hereto as Exhibit J is a true and correct copy of Google Inc.'s Second
11 Set of Requests for Production of Documents and Things from American Blind & Wallpaper
12 Factory, Inc, dated May 10, 2006.

13    12.  Attached hereto as Exhibit K is a true and correct copy of a letter from myself to
14 Caroline Plater, dated May 12, 2006.

15    13.  Attached hereto as Exhibit L is a true and correct copy of a letter from myself to
16 David Rammelt, dated March 28, 2006.

17    14.  Attached hereto as Exhibit M is a true and correct copy of a letter from Caroline
18 Plater to myself, dated April 10, 2006.

19    15.  Attached hereto as Exhibit N are true and correct copies of pages from the
20 Deposition of Joseph Charno, taken on July 21, 2006. Google has under separate cover
21 requested that this document be filed under seal.

22    16.  Attached hereto as Exhibit O are true and correct copies of pages from the
23 Deposition of William Smith, taken on June 22, 2006. Google has under separate cover
24 requested that this document be filed under seal.

25    17.  Attached hereto as Exhibit P is a true and correct copy of a sample email cover
26 page for a Coremetrics report, and is Bates numbered ABWF 008806. Google has under separate
27 cover requested that this document be filed under seal.

28

2
DECLARATION OF AJAY S. KRISHNAN IN SUPPORT OF GOOGLE'S MOTION FOR EVIDENTIARY AND
MONETARY SANCTIONS AGAINST ABWF FOR SPOLIATION OF EVIDENCE
CASE NO. C 03-5340-JF (RS)

383878.01

1    18.   Attached hereto as Exhibit Q are true and correct copies of email correspondence between American Blind and Google, Bates numbered ABWF 001949- ABWF 001952 and ABWF1958- ABWF 001964. ==Google has under separate cover requested that these documents be filed under seal.==

19.   Attached hereto as Exhibit R is a true and correct copy of the Declaration of Steven B. Katzman, filed August 10, 2006, in the matter of *American Blinds And Wallpaper Factory, Inc. v. Steve Katzman,* Case No. 06-cv-13576 (E.D. Mich.).

20.   Attached hereto as Exhibit S is a true and correct copy of American Blind And Wallpaper Factory's Motion For a Temporary Restraining Order and Preliminary Injunction, filed on August 10, 2006, in the matter of *American Blinds And Wallpaper Factory, Inc. v. Steve Katzman,* Case No. 06-cv-13576 (E.D. Mich.).  This document is available on PACER.

21.   Attached hereto as Exhibit T is a true and correct copy of the Complaint, filed August 10, 2006, in the matter of *American Blinds And Wallpaper Factory, Inc. v. Steve Katzman,* Case No. 06-cv-13576 (E.D. Mich.).  This document is available on PACER.

22.   Attached hereto as Exhibit U are true and correct copies of pages from the deposition transcript of Jeffrey Alderman, taken on August 4, 2006.

23.   Attached hereto as Exhibit V is a true and correct copy of a letter from Caroline Plater to Ajay Krishnan, dated December 4, 2006, which accompanied a production of documents.

24.   Attached hereto as Exhibit W is a true and correct copy of American Blind & Wallpaper Factory, Inc.'s Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26, which are dated April 27, 2005.

25.   Attached hereto as Exhibit X is a true and correct copy of a chart, produced by ABWF in response to an order by Judge Seeborg, that matches each document ABWF has produced to the document request to which it is responsive.  A true and correct copy of the cover letter that accompanied the chart is also included in Exhibit X.

26.   The following statements pertain to factual issues raised in the spoliation motion:

**Documents Produced by ABWF**

27. To date, ABWF has produced roughly 50,000 pages of documents. ABWF first produced 2790 pages of documents on October 26, 2005. And on April 21, 2006, ABWF produced another 156 pages of documents. After June 14, 2006, ABWF produced the remaining roughly 47,000 pages of documents. These are estimates, based on the Bates numbers associated with the documents produced.

**Kaden Company Studies**

28. ABWF produced three studies that it conducted through a marketing research firm called Kaden Company on the issues of what it should call the company, what URL it should use on its website, and how consumers reacted to ABWF's catalog. The reports were produced as ABWF 002950 – ABWF 003017. Because the contents of the reports are not at issue here, Google has not submitted the reports here. However, two of the three Kaden reports will be submitted in support of Google's summary judgment motion, which will be filed on the same day as this spoliation motion.

**Analysis of Emails Produced by ABWF**

29. In November, 2006, I asked a paralegal in my office to identify all of the emails in ABWF's document production. I then asked her to exclude the following categories of emails:

   a. Emails that were cover letters to Coremetrics reports.
   b. Emails where the most recent email in the string was between an employee at ABWF and a Google employee. The content of these entire email strings would have been completely known to Google. The paralegal informed me that there were roughly 350-365 such emails.
   c. Emails between ABWF's outside counsel and a third party, where no ABWF employee was included as a sender or an addressee. These emails would have been produced as a result of document searches performed by outside counsel, of the outside counsel's email files. Thus, the production of these emails does not bear on the quality of the document search

1   performed at ABWF's offices.

2   I reviewed the resulting set of emails.  Discounting a handful of exact duplicates (copies of the
3   same email that were produced from the same employee's email account), there were 65 emails.
4   These emails span from 2001 to 2006.

5       30.    On December 5, 2006—more than three days after the close of discovery—
6   ABWF produced another set of documents, which were "from Michael Layne's email files." *See*
7   Exhibit V.  This production included another 65 emails.

8       31.    The Coremetrics emails were all sent from the email address
9   reports@coremetrics.com, included the title of the report in the subject line, contained no text in
10  the body of the email, and included the report as an attachment to the email.  Attached hereto as
11  Exhibit P is a sample cover letter for a Coremetrics report.  ABWF produced roughly three
12  thousand Coremetrics reports on a set of CDs.

13      32.    Of the emails between ABWF and Google that ABWF produced, some contain, in
14  the string of prior emails that are included at the bottom of the message, purely internal ABWF
15  communications that were incidentally forwarded to Google.  Exhibit Q contains two examples
16  of email strings that demonstrate this phenomenon.  For instance, in the first email message
17  included in Exhibit Q, the most recent message in the string is between a Google employee,
18  Britton Picciolini, and an ABWF employee, Jeffrey Alderman.  But in the string of forwarded
19  messages, there is a message between Joe Charno and Jeffrey Alderman, and another message
20  between Steve Katzman and Joe Charno, all of whom were ABWF employees.  These purely
21  internal ABWF messages happen to have been forwarded to a Google employee, and therefore
22  happen to be known to Google.  But ABWF never produced the original messages between
23  Charno and Alderman and between Katzman and Charno.  This same phenomenon is seen in the
24  second email string included in Exhibit Q.  The most recent message, between Google employee
25  Emily Nichols and ABWF employee Alderman, is followed by forwarded messages between
26  Katzman, Alderman, and Charno that were never produced.

27
28

5
DECLARATION OF AJAY S. KRISHNAN IN SUPPORT OF GOOGLE'S MOTION FOR EVIDENTIARY AND
MONETARY SANCTIONS AGAINST ABWF FOR SPOLIATION OF EVIDENCE
CASE NO. C 03-5340-JF (RS)

383878.01

**Lawsuit Between ABWF and Katzman**

33.  I and other attorneys at my law firm first learned of the lawsuit between ABWF and Katzman on October 23, 2006.

**Katzman as ABWF's 30(b)(6) Designee**

34.  ABWF designated Steve Katzman as its 30(b)(6) deposition witness for all 25 topics noticed by Google.  This designation was revoked when ABWF informed Google that Katzman had left ABWF.

I state under penalty of perjury of the laws of the United States of American that the foregoing statements are true and correct.  Executed December 26, 2006, at San Francisco, California.

/s/ Ajay S. Krishnan<br>AJAY S. KRISHNAN