MANUAL FILING NOTIFICATION

Regarding Exhibit E to the DECLARATION OF AJAY S. KRISHNAN IN SUPPORT OF GOOGLE INC.'S MOTION FOR TERMINATING, EVIDENTIARY, AND MONETARY SANCTIONS AGAINST ABWF FOR SPOLIATION OF EVIDENCE

This filing is in paper form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly.

This document was not electronically filed because it is under seal.