# EXHIBIT V

**KELLEY DRYE & WARREN LLP**

A LIMITED LIABILITY PARTNERSHIP

333 WEST WACKER DRIVE

SUITE 2600

CHICAGO, ILLINOIS 60606

(312) 857-7070

NEW YORK, NY
WASHINGTON, DC
TYSONS CORNER, VA
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICES
JAKARTA, INDONESIA
MUMBAI, INDIA

FACSIMILE
(312) 857-7095
www.kelleydrye.com

DIRECT LINE: (312) 857-2501
EMAIL: cplater@kelleydrye.com

December 4, 2006

**VIA UPS**

Ajay S. Krishnan
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111

Re:   Google Inc. v. American Blind and Wallpaper Factory, Inc.

Dear Ajay:

This follows up on our previous discussions regarding American Blind's search efforts in its production. With regard to searching the employee emails for additional information regarding the American Wallpaper Survey, I have confirmed that the proper employees were directed to search their emails for responsive materials to Google's document requests.

With regard to Michael Layne, I personally asked him to search his and all other company computers for all materials regarding the American Wallpaper Survey. As you may recall, he produced only one additional email following this request. Mr. Layne has since left the company. It now appears that he did not do a very thorough search. Recently, Jeff Alderman of American Blind re-searched Michael Layne's computer and found the enclosed additional materials. Documents Bates labeled AB000001-000270 are all from Michael Layne's email files. Jeff Alderman retrieved these emails and sent them to himself from Mr. Layne's computer.

With regard to producing ABWF 5605-7802 in electronic form, I have been told by the new CFO, Nick Darin, that they could not locate that information stored in electronic form and he believes it was never retained it in electronic form – only the paper form, which we produced. We have the same difficulties reading this material as Google does. Therefore, I invite your suggestions on how you want to deal with this and will undertake any reasonable efforts to convert this to a more readable form.

Finally, enclosed are the last set of weekly online survey spreadsheets that we have obtained, Bates range, AB000271-000275.

CH01/PLATC/213531.2

**KELLEY DRYE & WARREN** LLP

Ajay S. Krishnan
December 4, 2006
Page Two

                                                Sincerely,

                                                Caroline C. Plater

CCP:ccp
Enclosures

CH01/PLATC/213531.2