# EXHIBIT X

## KELLEY DRYE & WARREN LLP

A LIMITED LIABILITY PARTNERSHIP

333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, ILLINOIS 60606

(312) 857-7070

NEW YORK, NY
WASHINGTON, DC
TYSONS CORNER, VA
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICES
JAKARTA, INDONESIA
MUMBAI, INDIA

FACSIMILE
(312) 857-7095
www.kelleydrye.com

DIRECT LINE: (312) 857-2501
EMAIL: cplater@kelleydrye.com

December 4, 2006

VIA UPS

Ajay S. Krishnan
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111

Re: Google Inc. v. American Blind and Wallpaper Factory, Inc.

Dear Ajay:

Pursuant to Magistrate Judge Seeborg's November 13, 2006 Order, I am enclosing a chart that links up American Blind's document production by Bates range to the corresponding Google document request and the Declaration of Joel Levine.

Sincerely,

Caroline C. Plater

CCP:ccp
Enclosures

CH01/PLATC/214943.1

# American Blind and Wallpaper Factory, Inc.'s
## Document Production in Response to Google Inc.'s First and Second Sets of Document Requests

### (No. C 03-5340 JF (RS))

| Bates Range | Document Request #1 | Document Request #2 |
|---|---|---|
| ABWF 000001 – 000299 | 6, 29, 30, 32, 41 | |
| ABWF 00300 – 000337 | 3, 4, 41 | |
| ABWF 000338 – 000439 | 28, 35, 37, 41 | |
| ABWF 000440 – 000477 | 3, 4, 41 | |
| ABWF 000525 – 000572 | 6, 29, 30, 32, 41 | |
| ABWF 000573 – 000587 | 17, 40, 41 | |
| ABWF 000588 – 001522 | 6, 29, 30, 32, 41 | |
| ABWF 001679 – 001729 | 17, 40, 41 | 7 |
| ABWF 001792 – 001796 | 6, 29, 32, 41 | |
| ABWF 001800 – 002285 | 17, 40, 41 | 7 |
| ABWF 002286 – 002677 | 1, 2, 19, 41 | |
| ABWF 002681 – 002714 | 13, 14, 17, 40, 41 | 7 |
| ABWF 002715 – 002839 | 8, 9, 10, 11, 12, 41 | |
| ABWF 002840 – 002850 | 3, 4, 41 | |
| ABWF 002851 – 002892 | 9, 10, 11, 12, 41 | |
| ABWF 002894 – 002936 | 1, 2, 19, 41 | |
| ABWF 002937 – 002949 | 41 | 3, 4 |
| ABWF 002950 – 003017 | 20, 41 | 3 |
| ABWF 003018 – 003053 | 13, 14, 41 | |
| ABWF 003054 – 003772 | 1, 2, 3, 19, 41 | 11, 12 |
| ABWF 003164 – 003165 | 36, 37, 41 | |
| ABWF 003773 – 003800 | 40, 41 | 2, 3, 10 |
| ABWF 003801 - 005496 | 5, 41 | |
| ABWF 005497 – 005498 | 36, 37, 41 | |
| ABWF 005499 – 005508, 005523 – 005524 | 40, 41 | 2, 3, 10 |
| ABWF 005509 – 005522 | 24, 29, 30, 41 | |
| ABWF 005525 – 005526 | 13, 14, 41 | |
| ABWF 005527 – 005534 | 41 | 3, 4, 6 |
| ABWF 005535 – 005536 | 8, 41 | |
| ABWF 005537 – 005544 | 6, 29, 32, 41 | |
| ABWF 005545 – 005546 | 22, 23, 41 | |
| ABWF 005547 – 005604 | 20, 27, 41 | |
| ABWF 005605 – 007802 | 8, 9, 10, 11, 12, 41 | |
| ABWF 007803 – 007804, | 41 | 1, 2, 3, 4, 5, 6, 9 |

CH01/PLATC/214659.1

| | | |
|---|---|---|
| 008005 – 008535, and 008806 -008816 | | |
| ABWF 007805 – 008004 | 22, 23, 41 | |
| ABWF 008536 – 008805 | 1, 2, 19, 41 | |
| ABWF 008806 – 042980, ABWF 043173 – 044471 | 41 | 1, 2, 3, 4, 5, 6, 9 |
| ABWF 042981 – 043172 | 41 | 1, 2, 3, 4, 5, 6, 9 |
| ABWF 044473 – 045522 and 046457 – 046870 | 41 | 8 |
| ABWF 045523 – 046456 | 41 | 1, 2, 3, 4, 5, 6, 9 |
| ABWF 046871 – 046879 | 20, 26, 27, 41 | |
| ABWF 046880 – 046883 | 20, 26, 27, 41 | |
| ABWF 046880 – 046883 | 20, 26, 27, 41 | |
| ABWF 046884 – 047264 | 20, 26, 27, 41 | |
| ABWF 047265 | 36, 37, 41 | |
| ABWF 047266 – 047612 | 2, 5, 41 | |
| ABWF 047616 – 048811 | 6, 29, 32, 41 | |
| ABWF 048812 – 048834 | 3, 4, 41 | |
| ABWF 048835 – 048840 | 41 | 3 |
| ABWF 048841 – 048850 | 1, 41 | |
| ABWF 048851 – 049234 | 20, 26, 27, 41 | |
| ABWF 049235 – 049294 | 6, 29, 32, 41 | |
| ABWF 049295 – 049363 | 2, 5, 41 | |
| ABWF 049364 – 049369 | 20, 26, 27, 41 | |
| ABWF 049370 – 049380 | 41 | 1, 2, 3, 4, 5, 6, 9 |
| ABWF 049381 – 049714 | 20, 26, 27, 41 | |
| ABWF 049715 – 049716 | 20, 26, 27, 41 | |
| ABWF 049717 | 20, 26, 27, 41 | |
| AB 000001 - 000275 | 20, 26, 27, 41 | |