| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | MICHAEL H. PAGE - #154913 |
| 2 | MARK A. LEMLEY - #155830 |
| | KLAUS H. HAMM - #224905 |
| 3 | AJAY S. KRISHNAN - #222476 |
| | 710 Sansome Street |
| 4 | San Francisco, CA 94111-1704 |
| | Telephone: (415) 391-5400 |
| 5 | Facsimile: (415) 397-7188 |
| 6 | Attorneys for Plaintiff and Counterdefendant |
| | GOOGLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GOOGLE INC., a Delaware corporation, | | Case No. C 03-5340-JF (RS) |
| | Plaintiff, | **NOTICE OF GOOGLE'S MOTION TO MAINTAIN THE CURRENT SCHEDULE OR ABIDE BY IT AS CLOSELY AS POSSIBLE** |
| v. | | |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.; and DOES 1-100, inclusive, | | |
| | Defendants. | |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., | | |
| | Counterclaimant, | |
| v. | | |
| GOOGLE, INC., AMERICA ONLINE, INC., NETSCAPE COMMUNICATIONS CORPORATION, COMPUSERVE INTERACTIVE SERVICES, INC., ASK JEEVES, INC., and EARTHLINK, INC., | | |
| | Counter-Defendants/ Third-Party Defendants. | |

386991.01

NOTICE OF GOOGLE'S MOTION TO MAINTAIN THE CURRENT SCHEDULE OR
ABIDE BY IT AS CLOSELY AS POSSIBLE
CASE NO. C 03-5340-JF (RS)

Dockets.Justia.com

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2      Plaintiff and Counter-Defendant Google Inc. ("Google") hereby gives notice to all
3  counsel of record of its Motion To Maintain The Current Schedule Or Abide By It As Closely As
4  Possible.  By way of this motion, Google requests an order setting the hearing date for Google's
5  dispositive motions on January 30, 2007, or as soon thereafter as possible.  This motion is based
6  on this Notice of Motion, the accompanying Memorandum of Points and Authorities and the
7  authorities cited therein, the accompanying Declaration of Ajay S. Krishnan, and the Court's file
8  and such argument as may be presented at any hearing on this motion.

9  Dated:  December 29, 2006          KEKER & VAN NEST, LLP

11      By:  _____/s/ Klaus H. Hamm_____
12      KLAUS H. HAMM
    Attorneys for Plaintiff and
13      Counterdefendant Google, Inc.

---

1

NOTICE OF GOOGLE'S MOTION TO MAINTAIN THE CURRENT SCHEDULE OR
ABIDE BY IT AS CLOSELY AS POSSIBLE
CASE NO. C 03-5340-JF (RS)

386991.01