### Dot de Arco Fox

**From:** Ajay Krishnan
**Sent:** Friday, December 29, 2006 1:09 PM
**To:** Dot de Arco Fox
**Subject:** FW: Scheduling order

**From:** Klaus Hamm
**Sent:** Wednesday, December 27, 2006 2:12 PM
**To:** Ajay Krishnan
**Subject:** FW: Scheduling order

**From:** Michael Page
**Sent:** Thursday, February 16, 2006 3:02 PM
**To:** 'Greenspon, Susan'; Rammelt David A.
**Cc:** Klaus Hamm
**Subject:** RE: Scheduling order

I'm not sure what you mean; the judge set a December 1 date for hearing of dispositive motions, so those motions have a filing cutoff of October 27.  So we need to build a schedule that has the close of expert discovery before that date.

**From:** Greenspon, Susan [mailto:SGreenspon@KelleyDrye.com]
**Sent:** Thursday, February 16, 2006 2:55 PM
**To:** Michael Page; Rammelt David A.
**Subject:** RE: Scheduling order

Michael:
We would propose that we shorten the time for the cutoff of Expert Discovery to November 15 and thereby also shorten the time between that cutoff date and the cutoff date for filing of dispositive motions in order to accommodate the 4 month extension granted and the Judge's request for a December 1 cutoff date for the dispositive motions.   Since Fogel clearly indicated that if more time was needed he would grant an extension of these cutoff dates, if you end up needing more time to prepare your dispositive motion(s), we would not object to such a request and you should be able to get whatever reasonable additional time you need.
Let  me know if this is acceptable to you.
Thanks
Susan

Susan J. Greenspon

KELLEY DRYE & WARREN LLP
333 W. Wacker Dr.
Suite 2600
Chicago, Illinois 60606
(312) 857-7080 (direct)
(312) 857-7095 (facsimile)

-----Original Message-----
**From:** Michael Page [mailto:MPage@KVN.com]
**Sent:** Wednesday, February 15, 2006 11:19 AM
**To:** Rammelt David A.; Greenspon, Susan
**Subject:** Scheduling order

Are you guys drafting an order on the new case schedule? Fogel was unclear on whether the court would issue one, but my sense is he is expecting one from us. He also introduced some confusion by first saying that everything would be pushed back 4 months, but then shifting gears and setting December 1as the last hearing date for motions (an extension of 3 months). If we start out extending all deadlines 4 months, we wind up with a last filing date for motions before the close of expert discovery. Let me know how you want to fix this; either by extending everything 3 months or squeezing somewhere in the middle.

Pursuant to Treasury Regulations, any U.S. federal tax advice contained in this communication, unless otherwise stated, is not intended and cannot be used for the purpose of avoiding tax-related penalties.

The information contained in this E-mail message is privileged, confidential, and may be protected from disclosure; please be aware that any other use, printing, copying, disclosure or dissemination of this communication may be subject to legal restriction or sanction. If you think that you have received this E-mail message in error, please reply to the sender.

This E-mail message and any attachments have been scanned for viruses and are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened. However, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Kelley Drye & Warren LLP for any loss or damage arising in any way from its use.