### Dot de Arco Fox

| | |
|---|---|
| **From:** | Ajay Krishnan |
| **Sent:** | Friday, December 29, 2006 1:10 PM |
| **To:** | Dot de Arco Fox |
| **Subject:** | FW: Google v. ABWF: Draft stip & proposed order for additional pages in SJ briefs |
| **Attachments:** | KVNDOC1-386180-v1-BLIND-P-MOTION TO GRANT ADD'L PAGES.DOC¤; KVNDOC1-386190-v1-BLIND-STIP AND ORDER TO GRANT ADD'L PAGES.DOC¤ |

**From:** Ajay Krishnan
**Sent:** Monday, December 18, 2006 1:42 PM
**To:** 'Rammelt David A.'
**Subject:** FW: Google v. ABWF: Draft stip & proposed order for additional pages in SJ briefs

David -- I just wanted to check in again about this. We would like to get it on file today, if possible, to give Fogel sufficient time to rule.

Thanks,

Ajay

---

**From:** Ajay Krishnan
**Sent:** Friday, December 15, 2006 3:41 PM
**To:** 'Rammelt David A.'
**Cc:** Michael Page
**Subject:** RE: Google v. ABWF: Draft stip & proposed order for additional pages in SJ briefs

Thanks David. I've changed our motion and the stipulation and proposed order to reflect your concern. Is it now OK to sign on your behalf and file?

Thanks,

Ajay

---

**From:** Rammelt David A. [mailto:DRammelt@KelleyDrye.com]
**Sent:** Friday, December 15, 2006 1:45 PM
**To:** Ajay Krishnan
**Subject:** RE: Google v. ABWF: Draft stip & proposed order for additional pages in SJ briefs

Any stipulation must make clear that this applies to any motion for summary judgment filed by any party in this case, as we contemplate filing a motion as well.

Thank you.

    -----Original Message-----
    **From:** Ajay Krishnan [mailto:AKrishnan@kvn.com]
    **Sent:** Wednesday, December 13, 2006 7:39 PM

**To:** Rammelt David A.
**Subject:** Google v. ABWF: Draft stip & proposed order for additional pages in SJ briefs

David,

Pursuant to your discussion with Mike Page earlier today, here are:

(1) a draft stipulation and proposed order to extend the page limits for the summary judgment briefing by 10 pages, and
(2) the accompanying motion for administrative relief (pursuant to Civil L.R. 7-11).

Please let me know if we have your permission to sign the stipulation on your behalf (or if you want to make any changes).

Thanks,

Ajay

Ajay S. Krishnan
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA  94111
(415) 391-5400
akrishnan@kvn.com

This message is intended only for the use of the individual or entity to whom it is addressed.  The message is confidential and may contain attorney-client information, attorney work product or other privileged information.  If you are not the intended recipient, you are hereby notified that any use or dissemination of this message is strictly prohibited.  If you received this message in error, please notify the sender by replying to the message.  When complete, please delete the original message.  Thank you.

<<KVNDOC1-386190-v1-BLIND-STIP AND ORDER TO GRANT ADD'L PAGES.DOC¤>> <<KVNDOC1-386180-v1-BLIND-P-MOTION TO GRANT ADD'L PAGES.DOC¤>>