| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | MICHAEL H. PAGE - #154913 |
| 2 | MARK A. LEMLEY - #155830 |
| | KLAUS H. HAMM - #224905 |
| 3 | AJAY S. KRISHNAN - #222476 |
| | 710 Sansome Street |
| 4 | San Francisco, CA  94111-1704 |
| | Telephone:  (415) 391-5400 |
| 5 | Facsimile:  (415) 397-7188 |
| 6 | Attorneys for Plaintiff and Counter Defendant |
| | GOOGLE INC. |
| 7 | |

8   UNITED STATES DISTRICT COURT

9   NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | GOOGLE INC., a Delaware corporation, | Case No. C 03-5340-JF (RS) |
| 12 | Plaintiff, | **[PROPOSED] ORDER RE GOOGLE'S MOTION TO MAINTAIN THE CURRENT SCHEDULE OR ABIDE BY IT AS CLOSELY AS POSSIBLE** |
| 13 | v. | |
| 14 | AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., and DOES 1-100, inclusive, | |
| 15 | | |
| 16 | | |
| 17 | Defendants. | |
| 18 | AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., | |
| 19 | | |
| 20 | Counter-Plaintiff, | |
| 21 | v. | |
| 22 | GOOGLE INC., | |
| 23 | Counter-Defendant. | |

386976.01

[PROPOSED] ORDER RE GOOGLE'S MOTION TO MAINTAIN THE CURRENT SCHEDULE OR ABIDE BY IT AS CLOSELY AS POSSIBLE
CASE NO. C 03-5340-JF (RS)

1    The Court has received plaintiff and counter-defendant Google Inc.'s ("Google") Motion To Maintain the Current Schedule or Abide by It as Closely as Possible, which was filed pursuant to Civil Local Rule 6–3.  Pursuant to this Court's prior orders, the hearing date for filing dispositive motions was set for January 30, 2007, and the filing deadline for dispositive motions was therefore December 26, 2006.  Because the Court is unavailable on January 30, 2007 to hear Google's Motion For Summary Judgment and Google's Motion for Terminating, Evidentiary, and Monetary Sanctions Against ABWF for Spoliation of Evidence (collectively, "Motions"), the hearing for those motions will be rescheduled for _____, 2007, at _____ a.m./p.m.  In the interest of fairness, any additional briefing time that results from the postponement of the dispostive-motion hearing will be divided evenly between the parties.  To that end:

- ABWF shall file its opposition papers to Google's Motions no later than _____, 2007; and
- Google shall file its reply papers in support of its Motions no later than _____, 2007.

Because the deadline for filing dispositive motions has passed, other than the Motions already filed by Google, no further dispositive motions shall be filed by either party.  No other case management dates will be affected by this Order.

IT IS SO ORDERED.

Dated: _____, 2007        _____

                                          Hon. Jeremy Fogel
                                          Judge of the United States District Court

386976.01

1
[PROPOSED] ORDER RE GOOGLE'S MOTION TO MAINTAIN THE CURRENT SCHEDULE OR ABIDE BY IT AS CLOSELY AS POSSIBLE
CASE NO. C 03-5340-JF (RS)