# Exhibit A

CH01/PLATC/210357.1

## Rammelt David A.

**From:** Rammelt David A.
**Sent:** Wednesday, December 13, 2006 2:13 PM
**To:** Michael H. Page (mpage@kvn.com)
**Subject:** Summary Judgment Page Limit

Mike,

We are happy to agree to increase the page limit for our summary judgment briefs. I think you mentioned ten pages, which is fine. We will sign off on whatever stipulation you think Judge Fogel will find acceptable.

Happy Holidays to you too. Enjoy Africa.

## Rammelt David A.

**From:** Michael Page [MPage@KVN.com]
**Sent:** Wednesday, December 13, 2006 2:23 PM
**To:** Rammelt David A.
**Subject:** Re: Summary Judgment Page Limit

Thanks.  Happy Holidays to you as well.

-----Original Message-----
From: Rammelt David A. <DRammelt@KelleyDrye.com>
To: Michael Page
Sent: Wed Dec 13 12:12:59 2006
Subject: Summary Judgment Page Limit

Mike,

We are happy to agree to increase the page limit for our summary judgment briefs.  I think you mentioned ten pages, which is fine.  We will sign off on whatever stipulation you think Judge Fogel will find acceptable.

Happy Holidays to you too.  Enjoy Africa.

# Rammelt David A.

| | |
|---|---|
| From: | Ajay Krishnan [AKrishnan@kvn.com] |
| Sent: | Monday, December 18, 2006 5:33 PM |
| To: | Plater, Caroline C. |
| Cc: | Rammelt David A. |
| Subject: | RE: Google v. ABWF: Draft stip & proposed order for additional pages in SJ briefs |

Thanks, Carrie.  I'll make the change you requested and then go ahead and file.

Ajay

-----Original Message-----
From: Plater, Caroline C. [mailto:CPlater@KelleyDrye.com]
Sent: Monday, December 18, 2006 3:28 PM
To: Ajay Krishnan
Cc: Rammelt David A.
Subject: FW: Google v. ABWF: Draft stip & proposed order for additional pages in SJ briefs

Ajay -- David asked that I follow up on this as he is traveling.  It appears that the order reflects the notion that we wanted reciprocity on the page extension for both parties' motions and attendant briefs.  However, the motion does not quite mirror the order -- I think you just need to make the word "motion" plural at the end of the second sentence of the first paragraph.  With that change, we'll be good to go.  Thanks, Carrie


----- Original Message -----
From: Ajay Krishnan <AKrishnan@kvn.com>
To: Rammelt David A.
Sent: Mon Dec 18 15:42:19 2006
Subject: FW: Google v. ABWF: Draft stip & proposed order for additional pages in SJ briefs

David -- I just wanted to check in again about this.  We would like to get it on file today, if possible, to give Fogel sufficient time to rule.

Thanks,

Ajay


From: Ajay Krishnan
Sent: Friday, December 15, 2006 3:41 PM
To: 'Rammelt David A.'
Cc: Michael Page
Subject: RE: Google v. ABWF: Draft stip & proposed order for additional pages in SJ briefs


Thanks David.  I've changed our motion and the stipulation and proposed order to reflect your concern.  Is it now OK to sign on your behalf and file?

Thanks,

Ajay


From: Rammelt David A. [mailto:DRammelt@KelleyDrye.com]
Sent: Friday, December 15, 2006 1:45 PM
To: Ajay Krishnan
Subject: RE: Google v. ABWF: Draft stip & proposed order for additional pages in SJ briefs

1

Any stipulation must make clear that this applies to any motion for summary judgment filed by any party in this case, as we contemplate filing a motion as well.

Thank you.


-----Original Message-----
From: Ajay Krishnan [mailto:AKrishnan@kvn.com]
Sent: Wednesday, December 13, 2006 7:39 PM
To: Rammelt David A.
Subject: Google v. ABWF: Draft stip & proposed order for additional pages in SJ briefs



David,

Pursuant to your discussion with Mike Page earlier today, here are:

(1) a draft stipulation and proposed order to extend the page limits for the summary judgment briefing by 10 pages, and
(2) the accompanying motion for administrative relief (pursuant to Civil L.R. 7-11).

Please let me know if we have your permission to sign the stipulation on your behalf (or if you want to make any changes).

Thanks,

Ajay

Ajay S. Krishnan
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA  94111
(415) 391-5400
akrishnan@kvn.com

This message is intended only for the use of the individual or entity to whom it is addressed.  The message is confidential and may contain attorney-client information, attorney work product or other privileged information.  If you are not the intended recipient, you are hereby notified that any use or dissemination of this message is strictly prohibited.  If you received this message in error, please notify the sender by replying to the message.  When complete, please delete the original message.  Thank you.

<<KVNDOC1-386190-v1-BLIND-STIP AND ORDER TO GRANT ADD'L PAGES.DOC¤>> <<KVNDOC1-386180-v1-BLIND-P-MOTION TO GRANT ADD'L PAGES.DOC¤>>

2