**Exhibit B**

CH01/PLATC/210357.1

Dockets.Justia.com

**KELLEY DRYE & WARREN** LLP

A LIMITED LIABILITY PARTNERSHIP

333 WEST WACKER DRIVE

SUITE 2600

CHICAGO, ILLINOIS 60606

————

(312) 857-7070

NEW YORK, NY

WASHINGTON, DC

TYSONS CORNER, VA

STAMFORD, CT

PARSIPPANY, NJ

————

BRUSSELS, BELGIUM

————

AFFILIATE OFFICES

MUMBAI, INDIA

FACSIMILE

(312) 857-7095

www.kelleydrye.com

DIRECT LINE: (312) 857-2501

EMAIL: cplater@kelleydrye.com

December 27, 2006

**VIA FACSIMILE**
**CONFIRMATION VIA E-MAIL**

Ajay S. Krishnan, Esq.
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111

Re:    Google Inc. v. American Blind and Wallpaper Factory, Inc.

Dear Ajay:

We are in receipt of Google's Motion For Summary Judgment and Motion For Terminating, Evidentiary and Monetary Sanctions Against ABWF For Spoliation of Evidence.

Google has noticed both motions to be heard on Tuesday, January 30, 2007. According to Judge Fogel's online calendar information, he hears civil motions on Fridays at 9:00 a.m. As of today's date, we have been advised by Judge Fogel's chambers that the first available civil motion hearing date on the judge's calendar is February 16, 2007 at 9:00 a.m. Please advise immediately whether the Court agreed to set the hearings for Google's pending motions on January 30, 2007, and, if so, the circumstances under which Google received such permission from the Court.

Separately, according to the Standing Order Regarding Case Management In Civil Cases for the San Jose Division, "[b]efore selecting a hearing date for a motion before any of the judges of the San Jose Division, counsel must confer with opposing counsel to determine that the proposed hearing date will not cause undue prejudice." Contrary to the Standing Order, there was no meet and confer regarding the selection of this hearing date for the motions. The hearing date you selected for the motions causes undue prejudice, as American Blind's lead counsel (Susan Greenspon and David Rammelt) as well as our local counsel (both Rob Phillips and Ethan Andelman) are on vacation during this holiday week, and the schedule calls for opposition briefs to be served the day before the court-ordered deposition of Larry Page in California.

KELLEY DRYE & WARREN LLP

Ajay S. Krishnan, Esq.
December 27, 2006
Page Two


        In the event that Google has indeed received permission from the Court to set
January 30, 2007 as the return date on its motions, in view of the undue prejudice caused to
American Blind by the selection of that hearing date without a meet and confer, we request that
the hearing date on both motions be adjourned to at least February 16, 2007.  Please advise
immediately whether Google consents to this request.

                        Sincerely,

                        Caroline C. Plater

CCP:ccp

cc:    Michael H. Page (Via Facsimile and E-mail)
       Klaus H. Hamm (Via Facsimile and E-mail)

CH01/PLATC/215705.2