**E-Filed 1/5/2007**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., and DOES 1-100, inclusive,<br><br>Defendants. | Case Number C 03-5340-JF (RS)<br><br>ORDER[1] CLARIFYING MOTION HEARING DATE<br><br>[re: docket no. 244] |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.,<br><br>Counter Plaintiff,<br><br>v.<br><br>GOOGLE INC., AMERICA ONLINE, INC., NETSCAPE COMMUNICATIONS CORPORATION, COMPUSERVE INTERACTIVE SERVICES, INC., ASK JEEVES, INC. and EARTHLINK, INC.,<br><br>Counter Defendant/<br>Third Party Defendants. | |

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 03-5340 JF (RS)
ORDER CLARIFYING MOTION HEARING DATE
(JFLC1)

1  The parties dispute the deadline for filing dispositive motions in this matter and the
2  resulting hearing date. The Court has reviewed the papers submitted by each party. While each
3  party's interpretation of the Court's modified scheduling order is reasonable, the Court did not
4  intend to alter its standing order requiring counsel to consult with respect to a hearing date and
5  obtain an available date from the Court's judicial assistant, or its normal practice of hearing civil
6  law and motion matters on Friday mornings.
7  Accordingly, Google's motion for summary judgment and its motion for sanctions, both
8  filed on December 26, 2006, will be heard on February 16, 2007. Any opposition must be filed
9  by January 26, 2007. Any reply must be filed by February 2, 2007.
10  IT IS SO ORDERED.

DATED: January 5, 2007.

JEREMY FOGEL
United States District Judge

This Order has been served upon the following persons:

| | |
|---|---|
| Ethan B. Andelman | andelmane@howrey.com, gagnons@howrey.com |
| Dawn Beery | dbeery@kelleydrye.com |
| Susan Jean Greenspon | sgreenspon@kelleydrye.com, cplater@kelleydrye.com; vallen@kelleydrye.com; sdunlap@kelleydrye.com |
| Ravind Singh Grewal | rsg@kvn.com |
| Klaus Hemingway Hamm | khamm@kvn.com, efiling@kvn.com; wik@kvn.com |
| Ajay Krishnan | akrishnan@kvn.com, efiling@kvn.com; rthomas@kvn.com |
| Mark A. Lemley | mlemley@kvn.com, srosen@kvn.com |
| Michael H. Page | mhp@kvn.com, efiling@kvn.com; sjr@kvn.com; nsn@kvn.com |
| Robert Nathan Phillips | phillipsr@howrey.com, gagnons@howrey.com |
| Caroline Claire Plater | cplater@kelleydrye.com, heberhart@kelleydrye.com |
| David A. Rammelt | drammelt@kelleydrye.com, sdunlap@kelleydrye.com |

Notice will be delivered by other means to:

Paul W. Garrity
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178