\*\*E-filed 1/11/07\*\*

1   KEKER & VAN NEST, LLP
     MICHAEL H. PAGE - #154913
2   MARK A. LEMLEY - #155830
     KLAUS H. HAMM - #224905
3   AJAY S. KRISHNAN - #222476
     710 Sansome Street
4   San Francisco, CA 94111-1704
     Telephone: (415) 391-5400
5   Facsimile: (415) 397-7188

6   Attorneys for Plaintiff and Counter Defendant
     GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation, | Case No. C 03-5340-JF (RS) |
| Plaintiff, | **[PROPOSED] ORDER RE GOOGLE'S MOTION FOR ADMINISTRATIVE RELIEF SEEKING AN ORDER SEALING DOCUMENTS FOR FILING IN RELATION TO GOOGLE'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., and DOES 1-100, inclusive, | Date: January 30, 2007<br>Time: 9:00 a.m.<br>Courtroom: 3, 5th Floor<br>Judge: Hon. Jeremy Fogel |
| Defendants. | |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., | |
| Counter-Plaintiff, | |
| v. | |
| GOOGLE INC., | |
| Counter-Defendant. | |

386749.01

[PROPOSED] ORDER RE GOOGLE'S MOTION FOR ADMINISTRATIVE RELIEF SEEKING AN ORDER
SEALING DOCUMENTS FOR FILING RE GOOGLE'S MOTION FOR SUMMARY JUDGMENT
CASE NO. C 03-5340-JF (RS)

Dockets.Justia.com

1   Pursuant to Civil Local Rule 79-5(b), Google Inc. ("Google") has filed a Motion for
2 Administrative Relief Seeking an Order Sealing Documents For Filing in Relation to Google's
3 Motion for Summary Judgment ("Administrative Motion"), which pertains in part to documents
4 designated confidential by Google pursuant to the Stipulated Protective Order entered in this
5 case. These documents are (a) Exhibit D to Declaration of Klaus H. Hamm in Support of
6 Google's Motion for Summary Judgment ("Hamm Declaration"), and (b) Exhibit F to the Hamm
7 Declaration. Google has also filed a Declaration of Ajay S. Krishnan in Support of Google's
8 Motion for Administrative Relief Seeking an Order Sealing Documents for Filing in Relation to
9 Google's Motion for Summary Judgment, demonstrating that Exhibits D and F to the Hamm
10 Declaration are sealable.

11   GOOD CAUSE HAVING BEEN SHOWN, THE COURT HEREBY ORDERS that
12 Exhibits D and F to the Hamm Declaration remain sealed. The Clerk of the court shall maintain
13 said documents in accordance with the provisions of Civil Local Rule 79-5(f).

14   IT IS SO ORDERED.

16 Dated: _____January 10_____, 2007    _____
17                                          Hon. Jeremy Fogel
                                            Judge of the United States District Court

386749.01

1
[PROPOSED] ORDER RE GOOGLE'S MOTION FOR ADMINISTRATIVE RELIEF SEEKING AN ORDER
SEALING DOCUMENTS FOR FILING RE GOOGLE'S MOTION FOR SUMMARY JUDGMENT
CASE NO. C 03-5340-JF (RS)