# Exhibit D

CH01/PLATC/210357.1

Dockets.Justia.com

## DECLARATION OF STEVEN KATZMAN
## IN RESPONSE TO STATUS QUO ORDER

I make this declaration under 28 U.S.C. §1746.

1.    I cannot recall the specific name of any specific document, file, program, information or data related to or derived from things belonging to American Blinds that I erased or deleted.  However, this does not mean that I never deleted or erased documents, files, programs, information or data from the two desktops computers in my former office at American Blinds, the portable hard drives I used to store American Blind's documents, files, data and information, and the laptop computer that I returned to American Blinds, as well as any other computer or electronic storage device upon which I stored or kept American Blind's documents.

2.    For security purposes, I used a portable hard drive that I transported daily to and from the office on which I stored all of my documents and e-mails (both personal and business).  Over time, I used several different hard drives.  I also used my home computer system, as well as a third-party website, to archive and back up company documents, files and records.  I also occasionally would save both personal and business files on my computers at work and occasionally I would transfer them to my portable hard drive and delete them from my computers at work.  I never systematically or on any regular basis transferred and or deleted files.

3.      In connection with preparing this statement, I have reconsidered my August 10

declaration.  Some of the information on my hard-drives, laptop and home computer

system may include items that American Blinds has in the past considered to be

confidential and/ or proprietary.  There are still files on these drives that have neither

been deleted nor returned to American Blinds since I left the company.  None of these

files, however, were copied or transferred from American Blinds to my hard drives after

the date on which my employment was terminated at American Blinds.  The complete

contents of these hard drives will be provided to Bill Sankbeil for his review.


4.      To the best of my knowledge and belief, I did not delete or erase any business

related files on any computer either at work or at home (including the laptop that I

returned to American Blind) that I do not have either on my portable hard drives or on

my home computer system.


5.      The following is a list of documents that I currently have in hard copy form in my

possession.


   1.  Employment agreement

   2.  Red-line copy comparing an employee handbook that Irma Kline prepared and

       American Blinds' employee handbook

   3.  Screen shot of proposed ABWF website homepage

4.  Endorsement Agreement

5.  Administrative system screen shots

6.  Some copies of personal reimbursement reports

I declare under penalty of perjury that the foregoing is true and correct.

Steven Katzman                                    Dated: August 31, 2006