# Exhibit E

CH01/PLATC/210357.1

Dockets.Justia.com

1   Robert N. Phillips (SBN 120970)
    Ethan B. Andelman (SBN 209101)
2   HOWREY LLP
    525 Market Street, Suite 3600
3   San Francisco, CA 94105
    Telephone: (415) 848-4900
4   Facsimile: (415) 848-4999

5   David A. Rammelt (Admitted *Pro Hac Vice*)
    Susan J. Greenspon (Admitted *Pro Hac Vice*)
6   Paul W. Garrity (Admitted *Pro Hac Vice*)
    Caroline C. Plater (Admitted *Pro Hac Vice*)
7   KELLEY DRYE & WARREN LLP
    333 West Wacker Drive, Suite 2600
8   Chicago, IL 60606
    Telephone: (312) 857-7070
9   Facsimile: (312) 857-7095

10   Attorneys for Defendant/Counter-Plaintiff
    AMERICAN BLIND AND WALLPAPER
11   FACTORY, INC.

12             UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
13                 SAN JOSE DIVISION

14

| | |
|---|---|
| GOOGLE INC., a Delaware corporation, | Case No. C 03-5340-JF (RS) |
| Plaintiff, | |
| v. | **DECLARATION OF JOEL LEVINE** |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.; and DOES 1-100, inclusive, | |
| Defendants. | |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., | |
| Counter-Plaintiff, | |
| v. | |
| GOOGLE, INC., Counter-Defendant. | |

15
16
17
18
19
20
21
22
23
24
25
26
27
28

KELLEY DRYE &
WARREN LLP
13 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/214628.1

1    I, JOEL LEVINE, am over the age of 18 and have personal knowledge of the

2    matters set forth in this declaration, and in connection therewith state as follows:

3

4    1.    I am aware of the Court's November 13, 2006 Order regarding

5    Plaintiff/Counter-Defendant Google Inc.'s ("Google") Motion to Compel and make this

6    declaration in compliance with that Order.

7

8    2.    I am the Chief Executive Officer of Defendant/Counter-Plaintiff, American

9    Blind and Wallpaper Factory, Inc. ("American Blind").

10

11    3.    Based upon my personal knowledge, information and belief, and based

12    upon the statements made by certain employees of American Blind, I verify that American Blind

13    made a good faith search for all responsive materials to Google's discovery requests in this matter

14    and that all responsive, non-privileged documents have been produced by American Blind and its

15    counsel to Google.

16

17    I declare under penalty of perjury under the laws of the United States of America

18    that the foregoing is true and accurate.

19

20    Executed this 2C day of November, 2006.

21

22

23    JOEL LEVINE

24

25

26

27

28