# Exhibit G

CH01/PLATC/210357.1

**KELLEY DRYE & WARREN** LLP

A LIMITED LIABILITY PARTNERSHIP

333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, ILLINOIS 60606

(312) 857-7070

NEW YORK, NY
WASHINGTON, DC
TYSONS CORNER, VA
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICES
JAKARTA, INDONESIA
MUMBAI, INDIA

FACSIMILE
(312) 857-7095
www.kelleydrye.com

DIRECT LINE: (312) 857-2501
EMAIL: cplater@kelleydrye.com

September 15, 2006

**VIA UPS**

Ajay S. Krishnan
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111

Re:   Google Inc. v. American Blind and Wallpaper Factory, Inc.

Dear Ajay:

Enclosed please find documents Bates labeled ABWF 049381-049714. This Bates range contains additional documents regarding the Kaden Studies, including the questionnaires and other documents used by the participants in the February 2006 study. These correlate to the Kaden Study previously produced, ABWF002995-003017, and the DVD's previously produced, ABWF0046872, 0046874, 0046877, 0048879. We have been informed that Kaden does not possess any additional responsive materials regarding the studies it conducted.

Sincerely,

Caroline C. Plater

CCP:ccp
Enclosures

CH01/PLATC/212826.1