# Exhibit H

CH01/PLATC/210357.1

Dockets.Justia.com

# Plater, Caroline C.

| | |
|---|---|
| **From:** | Plater, Caroline C. |
| **Sent:** | Monday, October 02, 2006 5:26 PM |
| **To:** | 'Ajay Krishnan' |
| **Subject:** | Google v. ABWF |

Ajay - here is the full Kaden email that you requested today. Based on the assumption that Ron Myers forwarded this to Kaden, I am producing it in its entirety.
In producing this email, we are not making any concession of waiving any privilege properly asserted regarding this document and this may not be construed as a waiver of any other privilege properly asserted in this case.

I am providing this as an accommodation, given the timing of your reply and because Ron is no longer with the company and it would take some time to search his emails.

Also, the documents (CDs) I sent out today were sent under your name but to Klaus' attention because I thought you were out of the office.

Carrie

DOC005.PDF (96 KB)

1

# Plater, Caroline C.

**From:** Jeffrey Alderman [jeffa@americanblinds.com]
**Sent:** Friday, September 08, 2006 7:35 AM
**To:** Ron Myers
**Cc:** Plater, Caroline C.
**Subject:** RE: FW: Google - follow up re: documents

Ron - Does Kaden have any paper work, written questionnaires, phone interviews, meeting notes, etc? Need to make sure we cover all bases.

Thanks,
Jeff

-----Original Message-----
**From:** Ron Myers
**Sent:** Friday, September 08, 2006 8:23 AM
**To:** Jeffrey Alderman
**Subject:** FW: FW: Google - follow up re: documents

FYI

**From:** The Kaden Company [mailto:thekadencompany@sbcglobal.net]
**Sent:** Thursday, September 07, 2006 10:29 PM
**To:** Ron Myers
**Subject:** Re: FW: Google - follow up re: documents

Got your phone message Ron. Let's talk on Monday. I'll tell you that the only thing Ithat I might have from any focus group studies are the tapes of the sessions. Usually I toss those after 12 months so depending on the studies you want, the tapes may or may not be available. Two sets of tapes are always made for my groups and I always give one to my client. That means you may have the tapes as well...if that will do you any good.

Bob

*Ron Myers <ronm@americanblinds.com>* wrote:

> Bob,
>
> Can you give me a call to discuss
>
> Ron
> 847-707-7871
>
> **From:** Jeffrey Alderman
> **Sent:** Thursday, September 07, 2006 11:03 AM
> **To:** Ron Myers
> **Cc:** 'Greenspon, Susan'
> **Subject:** FW: Google - follow up re: documents

10/2/2006

**Importance:** High

Ron - Can you please look into this?

Thanks,
Jeff

-----Original Message-----
**From:** Plater, Caroline C. [mailto:CPlater@KelleyDrye.com]
**Sent:** Thursday, September 07, 2006 11:02 AM
**To:** Jeffrey Alderman
**Cc:** Greenspon, Susan
**Subject:** Google - follow up re: documents

Jeff, as you know, we produced the Kaden Studies (formal reports) in the course of discovery. Now, Google is asking for any additional underlying data or other materials regarding these studies. I know ABWF does not have that, but we are under an obligation to see if Kaden has any additional materials on these studies and, if they do, get copies from Kaden to produce to Google. It is also in our interest to get the underlying materials for our experts.
Could you please contact Kaden to see if they have anything on the studies and get copies if they do? If they do not have anything, please ask them when or why it was destroyed.
Please feel free to contact me if you any questions regarding the foregoing.
Thank you, Carrie

Caroline C. Plater
Kelley Drye & Warren LLP
333 W. Wacker, Suite 2600
Chicago, IL 60606
312.857.2501 (direct)
312.857.7095 (fax)

Pursuant to Treasury Regulations, any U.S. federal tax advice contained in this communication, unless otherwise stated, is not intended and cannot be used for the purpose of avoiding tax-related penalties.

The information contained in this E-mail message is privileged, confidential, and may be protected from disclosure; please be aware that any other use, printing, copying, disclosure or dissemination of this communication may be subject to legal restriction or sanction. If you think that you have received this E-mail message in error, please reply to the sender.

This E-mail message and any attachments have been scanned for viruses and are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened. However, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Kelley Drye & Warren LLP for any loss or damage arising in any way from its use.

\* \* \* \* \* \* \* \*

The information contained in this E-mail message is privileged, confidentia=
l, and may be protected from disclosure; please be aware that any other use=
, printing, copying, disclosure or dissemination
of this communication may be subject to legal restriction or sanction. If y=
ou think that you have received this E-mail message in error, please reply =
to the sender and delete it from your computer. T
hank you.

The Kaden Company
6677 N. Lincoln Ave.
Lincolnwood, IL 60712
(847) 933-9400
Fax: (847) 679-2101
www.kadencompany.com
www.guerrillamarketingresearch.com

\* \* \* \* \* \* \* \*

The information contained in this E-mail message is privileged, confidentia=r> l, and may be protected from disclosure; please be aware that any other use=r> , printing, copying, disclosure or dissemination of this communication may be subject to legal restriction or sanction. If y=r> ou think that you have received this E-mail message in error, please reply =r> to the sender and delete it from your computer. T hank you.

10/2/2006