# Exhibit I

CH01/PLATC/210357.1

## Plater, Caroline C.

**From:** Plater, Caroline C.
**Sent:** Tuesday, April 18, 2006 9:44 AM
**To:** 'Ajay Krishnan'
**Cc:** Klaus Hamm
**Subject:** RE:

Ajay & Klaus - I believe we will be sending out most if not all of our supplemental documents by the end of this week. I can confirm that we do not have any documents regarding the choice of the American Blind name.
I have explained why we have no documents regarding the name choice -- and you are free to question our 30(b)(6) witness, Steve Katzman, on why the company made this choice and did not generate any documents in making his choice. However, I believe we have documentation regarding the selection of the trademarks, in so far as this is contained in the trademark files. I will follow up on that aspect of your inquiry.
Regards, Carrie


-----Original Message-----
**From:** Ajay Krishnan [mailto:AKrishnan@kvn.com]
**Sent:** Thursday, April 13, 2006 9:24 PM
**To:** Plater, Caroline C.
**Cc:** Klaus Hamm
**Subject:**

Dear Carrie,

Thank you for your letter from April 10, 2006. Could I please have a date or a schedule as to when ABWF plans to produce the documents you agreed to produce? As you know, our 30(b)(6) deposition of ABWF is scheduled for May 11. We will need to have the documents well in advance of that date so that we can evaluate whether ABWF's production is satisfactory, and possibly seek more documents, prior to the deposition.

Also, I wanted to clarify something: you've taken the position (both with regard to items 4 and 6 in your April 10 letter), that ABWF has no documents as to (1) how it decided to name its business or (2) how it selected any of its trademarks. Is that correct? If this is so, could you please explain why no such documents exist? You suggest in your April 10 letter (with regard to item 4) that this is because ABWF chose its name a long time ago. But some of ABWF's claimed trademarks were only adopted or registered relatively recently. I just want to be sure that I understand your position.

One last thing -- I will be out of the office from tomorrow (April 14th) until Tuesday (April 18th). So, could you please be sure to address any correspondence about ABWF's production to both me and Klaus? He'll be handling this when I'm gone.

Thanks,

Ajay

Ajay S. Krishnan
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111
(415) 391-5400

akrishnan@kvn.com

This message is intended only for the use of the individual or entity to whom it is addressed. The message is confidential and may contain attorney-client information, attorney work product or other privileged information. If you are not the intended recipient, you are hereby notified that any use or dissemination of this message is strictly prohibited. If you received this message in error, please notify the sender by replying to the message. When complete, please delete the original message. Thank you.