# Exhibit K

CH01/PLATC/210357.1

## Plater, Caroline C.

**From:** Plater, Caroline C.
**Sent:** Thursday, November 16, 2006 6:08 PM
**To:** 'Ajay Krishnan'
**Subject:** American Blind damages testimony

Ajay -- I don't know if Paul Garrity already conveyed this to anyone at your office in the course of scheduling the expert deps -- but, to be safe and in compliance with the Court's 11/13/06 order, I wanted to let you know that we will be presenting our damages calculations solely through expert testimony.
Thanks, Carrie

Caroline C. Plater
Kelley Drye & Warren LLP
333 W. Wacker, Suite 2600
Chicago, IL 60606
312.857.2501 (direct)
312.857.7095 (fax)

1