Robert N. Phillips (SBN 120970)
Ethan B. Andelman (SBN 209101)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

David A. Rammelt (Admitted *Pro Hac Vice*)
Susan J. Greenspon (Admitted *Pro Hac Vice*)
KELLEY DRYE & WARREN LLP
333 West Wacker Drive, Suite 2600
Chicago, IL 60606
Telephone: (312) 857-7070
Facsimile: (312) 857-7095

Attorneys for Defendant/Counter-Plaintiff
AMERICAN BLIND AND WALLPAPER
FACTORY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.; and DOES 1-100, inclusive, <br><br> Defendants. | Case No. C 03-5340-JF (RS) <br><br> **DECLARATION OF STEVE KATZMAN** |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., <br><br> Counter-Plaintiff, <br><br> v. <br><br> GOOGLE, INC. <br><br> Counter-Defendants. | |

KELLEY DRYE & WARREN LLP
3 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/215883.1

1    I, STEVE KATZMAN, am over the age of 18 and have personal knowledge of the
2    matters set forth in this declaration, and in connection therewith state as follows:

4    1.    I acted as President and CEO of American Blind and Wallpaper Factory, Inc. ("American
5    Blind") from 1993 until I resigned on May 18, 2006. As a result of my former position at
6    American Blind, I am familiar with the issues in the lawsuit between Google and American Blind.

8    2.    I am aware of Google Inc.'s Motion For Terminating, Evidentiary and Monetary Sanctions
9    Against ABWF ("Sanctions Motion") and the statements contained therein regarding the lawsuit
10   entitled *American Blind and Wallpaper Factory, Inc. v. Steve Katzman*, 2:06-cv-13578, (E.D.
11   Mich.).

13   3.    In particular, I am familiar with Google's allegations in the Sanctions Motion regarding
14   my alleged spoliation of evidence related to this case, which appear to be based on the lawsuit
15   filed against me by American Blind in the Eastern District of Michigan.

17   4.    While I was President and CEO, I was the primary contact between outside counsel,
18   Kelley Drye & Warren LLP, and American Blind for purposes of addressing the production of
19   responsive documents to Google. After the filing of the lawsuit by Google, in 2003, I met with
20   counsel from Kelley Drye & Warren LLP. Counsel requested that all e-mail correspondences
21   between all American Blind Employees and Google be printed out and delivered to counsel,
22   which was done the same day counsel made the request. Following that, all of the document
23   requests were given to me to disseminate to the appropriate employees so that they could provide
24   the necessary responsive documents. To the best of my knowledge and belief, no electronic
25   information or hard copy documents that might be responsive to Google's discovery requests
27   were destroyed or deleted.

KELLEY DRYE &
WARREN LLP
33 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/215883.1            - 2 -

5.  While I was President and CEO, to the best of my knowledge and belief, I did not have any unique electronic information on my desktop or laptop computers that was responsive to the Google discovery requests that other employees at American Blind would not have also had.

6.  Following my resignation, I did not knowingly delete or destroy any electronic information or hard copy documents that were responsive to Google's discovery requests.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and accurate.

Executed this 17 day of January, 2007.

_____
STEVE KATZMAN