Robert N. Phillips (SBN 120970)
Ethan B. Andelman (SBN 209101)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

David A. Rammelt (Admitted *Pro Hac Vice*)
Susan J. Greenspon (Admitted *Pro Hac Vice*)
KELLEY DRYE & WARREN LLP
333 West Wacker Drive, Suite 2600
Chicago, IL 60606
Telephone: (312) 857-7070
Facsimile: (312) 857-7095

Attorneys for Defendant/Counter-Plaintiff
AMERICAN BLIND AND WALLPAPER
FACTORY, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. C 03-5340-JF (RS)<br><br>**NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF SEEKING AN ORDER SEALING DOCUMENTS FOR FILING**<br><br>Date: February 16, 2007<br>Time: 9:00 a.m.<br>Courtroom: 3<br>Hon. Jeremy Fogel |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.,<br><br>Counter-Plaintiff,<br><br>v.<br><br>GOOGLE, INC.<br><br>Counter-Defendants. | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Civil Local Rules 79-5 and 7-11(a), Defendant American Blind and Wallpaper Factory, Inc. ("American Blind") hereby gives notice to all counsel of record of its Motion for

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/216368.1

DM_US:20207832_1

Dockets.Justia.com

Administrative Relief Seeking an Order Sealing Documents for Filing. By way of this motion, American Blind requests an order sealing:

- Exhibit J to the Declaration of Susan Greenspon in support of Defendant American Blind and Wallpaper Factory, Inc.'s Opposition to Google Inc.'s Motion for Terminating, Evidentiary and Monetary Sanctions Against ABWF for Spoliation of Evidence, which contains true and correct copies of the Kaden Company Studies produced by American Blind, Bates range ABWF002950 – 003017. These documents have been designated "Attorneys Eyes Only" by American Blind pursuant to the terms of the Protective Order in place in this case because they contain confidential and sensitive proprietary information concerning American Blind.

For these reasons, and pursuant to Local Rule 79-5(b), American Blind moves to file under seal the following document: Exhibit J to the Declaration of Susan Greenspon.

American Blind also requests an order sealing:

- Exhibits G, H, I, and K to the Declaration of Paul Garrity In Support Of Defendant American Blind And Wallpaper Factory, Inc.'s Opposition To Google Inc.'s Motion For Summary Judgment, which contain true and correct copies of deposition transcripts of Google personnel. These documents have been designated "Attorneys Eyes Only" by Google pursuant to the terms of the Protective Order in place in this case.

For these reasons, and pursuant to Local Rule 79-5(d), American Blind moves to file under seal the following documents: Exhibits G, H, I, and K to the Declaration of Paul Garrity.

Pursuant to Civil Local Rule 79-5(b), Exhibit J to the Declaration of Susan Greenspon and Exhibits G, H, I, and K to the Declaration of Paul Garrity are being lodged with the Clerk concurrent with the filing of this motion.

KELLEY DRYE & WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/216368.1                                     - 2 -

DM_US:20207832_1

1

2  DATED: January 26, 2007				HOWREY LLP

3

4							By:   /s/ Robert N. Phillips
							ROBERT N. PHILLIPS
5							ETHAN B. ANDELMAN

6							David A. Rammelt
							Susan J. Greenspon
7							KELLEY DRYE & WARREN LLP
							333 West Wacker Drive, Suite 2600
8							Chicago, IL  60606

9							Attorneys for Defendant/Counter-Plaintiff
							AMERICAN BLIND AND WALLPAPER
10							FACTORY, INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/216368.1				- 3 -

DM_US:20207832_1