1   Robert N. Phillips (SBN 120970)
    Ethan B. Andelman (SBN 209101)
2   HOWREY LLP
    525 Market Street, Suite 3600
3   San Francisco, CA  94105
    Telephone:  (415) 848-4900
4   Facsimile:  (415) 848-4999

5   David A. Rammelt (Admitted *Pro Hac Vice*)
    Susan J. Greenspon (Admitted *Pro Hac Vice*)
6   KELLEY DRYE & WARREN LLP
    333 West Wacker Drive, Suite 2600
7   Chicago, IL  60606
    Telephone:  (312) 857-7070
8   Facsimile:   (312) 857-7095

9   Attorneys for Defendant/Counter-Plaintiff
    AMERICAN BLIND AND WALLPAPER
10  FACTORY, INC.

11              UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13
    GOOGLE INC., a Delaware corporation,        Case No. C 03-5340-JF (RS)
14
            Plaintiff,                          **[PROPOSED] ORDER GRANTING
15                                              DEFENDANT AMERICAN BLIND AND
        v.                                      WALLPAPER FACTORY, INC.'S
16                                              ADMINISTRATIVE MOTION TO FILE
                                                DOCUMENTS UNDER SEAL (Civ. L.R. 79-
    AMERICAN BLIND & WALLPAPER                  5(b)) IN RELATION TO OPPOSITION TO
17  FACTORY, INC., a Delaware corporation       GOOGLE INC.'S MOTION FOR
    d/b/a decoratetoday.com, Inc.; and DOES 1-  TERMINATING, EVIDENTIARY, AND
18  100, inclusive,                             MONETARY SANCTIONS AGAINST
                                                ABWF FOR SPOLIATION OF EVIDENCE**
19          Defendants.

20  _____

21  AMERICAN BLIND & WALLPAPER
    FACTORY, INC., a Delaware corporation
22  d/b/a decoratetoday.com, Inc.,

23          Counter-Plaintiff,

24      v.

25  GOOGLE, INC.

26          Counter-Defendants.

27

28

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL  60606

Case No. C 03-5340-JF (RS)                     [PROPOSED] Order Granting ABWFI's
                                               Admin. Mtn to File Docs Under Seal

1    Defendant/Counter-Plaintiff American Blind & Wallpaper Factory, Inc.'s ("American

2  Blind") Administrative Motion For a Sealing Order (Civ. L.R. 79-5(b) was heard by this Court on

3  January ___, 2007 at _____ a.m./p.m.  Upon reviewing the papers submitted by American

4  Blind and good cause appearing therefore, IT IS HEREBY ORDERED:

5        1.      American Blind's Administrative Motion for a Sealing Order is granted.

6        2.      Exhibit J to the Declaration of Susan Greenspon in Support of Defendant

7  American Blind and Wallpaper Factory, Inc.'s Opposition to Google Inc.'s Motion for

8  Terminating, Evidentiary, and Monetary Sanctions Against ABWF For Spoliation of Evidence,

9  which contains true and correct copies of the Kaden Company Studies produced by American

10  Blind, Bates range ABWF002950 – 003017 shall be filed under seal.

11

12        IT IS SO ORDERED.

13

14  Dated: _____, 2007            _____

15                                                United States District Court Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

Case No. C 03-5340-JF (RS)            - 2 -            [PROPOSED] Order Granting ABWFI's
                                                      Admin. Mtn to File Docs Under Seal