| | |
|---|---|
| 1 | Robert N. Phillips (SBN 120970) |
| | Ethan B. Andelman (SBN 209101) |
| 2 | HOWREY LLP |
| | 525 Market Street, Suite 3600 |
| 3 | San Francisco, CA 94105 |
| | Telephone: (415) 848-4900 |
| 4 | Facsimile: (415) 848-4999 |
| 5 | David A. Rammelt (Admitted *Pro Hac Vice*) |
| | Susan J. Greenspon (Admitted *Pro Hac Vice*) |
| 6 | KELLEY DRYE & WARREN LLP |
| | 333 West Wacker Drive, Suite 2600 |
| 7 | Chicago, IL 60606 |
| | Telephone: (312) 857-7070 |
| 8 | Facsimile: (312) 857-7095 |
| 9 | Attorneys for Defendant/Counter-Plaintiff |
| | AMERICAN BLIND AND WALLPAPER |
| 10 | FACTORY, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation, | Case No. C 03-5340-JF (RS) |
| Plaintiff, | **DECLARATION OF CAROLINE C. PLATER IN SUPPORT OF AMERICAN BLIND AND WALLPAPER FACTORY, INC.'S ADMINISTRATIVE MOTION FOR A SEALING ORDER** |
| v. | **(Civil L.R. 79-5(b))** |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.; and DOES 1-100, inclusive, | |
| Defendants. | |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., | |
| Counter-Plaintiff, | |
| v. | |
| GOOGLE, INC., | |
| Counter-Defendants. | |

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/216537.1

Dockets.Justia.com

I, Caroline C. Plater, declare as follows:

1. I am an associate at Kelley Drye & Warren LLP, counsel of record for Defendant/Counter-Plaintiff American Blind & Wallpaper Factory, Inc. ("American Blind") in the above-captioned action. I am a member in good standing of the State Bar of Illinois. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath:

2. American Blind seeks an order sealing the following document concurrently filed herewith: Exhibit J to the Declaration of Susan Greenspon Submitted in Support of American Blind and Wallpaper Factory, Inc.'s Opposition to Google Inc.'s Motion for Terminating, Evidentiary, and Monetary Sanctions Against ABWF for Spoliation of Evidence ("Exhibit J"), which contains copies of the Kaden Company Studies produced by American Blind, Bates range ABWF002950 – 003017, that were designated "Attorneys Eyes Only" pursuant to the Protective Order in this matter.

3. The documents contained in Exhibit J are sought to be filed under seal because they contain highly sensitive and private information concerning the marketing, promotion, and business strategies of American Blind. This information, if disclosed to the general public, would be harmful to the ongoing competitive business of American Blind.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26th day of January 2007, in Chicago, Illinois.

                                                  /s/ Caroline C. Plater
                                                  CAROLINE C. PLATER

**ATTESTATION AS TO CONCURRENCE**

I, Robert N. Phillips, under penalty of perjury of the laws of the United States of America, attest that concurrence in the filing of this document has been obtained from the signatory to this document.

                                                  /s/ Robert N. Phillips
                                                  ROBERT N. PHILLIPS