1  Robert N. Phillips (SBN 120970)
   Ethan B. Andelman (SBN 209101)
2  HOWREY LLP
   525 Market Street, Suite 3600
3  San Francisco, CA 94105
   Telephone: (415) 848-4900
4  Facsimile: (415) 848-4999

5  David A. Rammelt (Admitted *Pro Hac Vice*)
   Susan J. Greenspon (Admitted *Pro Hac Vice*)
6  KELLEY DRYE & WARREN LLP
   333 West Wacker Drive, Suite 2600
7  Chicago, IL 60606
   Telephone: (312) 857-7070
8  Facsimile: (312) 857-7095

9  Attorneys for Defendant/Counter-Plaintiff
   AMERICAN BLIND AND WALLPAPER
10 FACTORY, INC.

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

| 13-25 | |
|---|---|
| GOOGLE INC., a Delaware corporation, | Case No. C 03-5340-JF (RS) |
| Plaintiff, | |
| v. | **AMERICAN BLIND AND WALLPAPER FACTORY, INC.'S NOTICE OF MOTION AND MOTION TO EXCLUDE EXPERT TESTIMONY OF DR. ITAMAR SIMONSON** |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.; and DOES 1-100, inclusive, | |
| Defendants. | |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., | Date: March 16, 2007<br>Time: 9:00 a.m.<br>Courtroom: 3, 5th Floor<br>Judge: Hon. Jeremy Fogel |
| Counter-Plaintiff, | |
| v. | |
| GOOGLE, INC. | |
| Counter-Defendants. | |

KELLEY DRYE & WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

Case No. C 03-5340-JF (RS)         ABWFI's NOM & Motion to Exclude Expert
                                    Testimony of Dr. Itamar Simonson

Dockets.Justia.com

1  PLEASE TAKE NOTICE that on March 16, 2007 or as soon as counsel may be heard, Defendant/Counter-Plaintiff American Blind & Wallpaper Factory, Inc. ("American Blind") will and hereby does move this Court for an order pursuant to Federal Rules of Evidence 104(a), 402, 403 and 702 to exclude the testimony of an expert disclosed by Plaintiff/Counter-Defendant Google, Inc. ("Google") on the grounds that the proposed expert, Dr. Itamar Simonson ("Simonson"), does not provide admissible, properly grounded testimony concerning the issues in this case.

The motion will be based on this Notice and Motion, American Blind and Wallpaper Factory, Inc.'s Evidentiary Objections to Expert Report of Dr. Itamar Simonson Submitted in Support of Its Motion for Summary Judgment and the accompanying exhibits thereto, the pleadings and papers on file in this action, the arguments of counsel, and upon such other evidence as may be presented at the hearing on this matter.

Dated: January 26, 2007

HOWREY LLP

By:   /s/ Robert N. Phillips
      ROBERT N. PHILLIPS

David A. Rammelt (Admitted *Pro Hac Vice*)
Susan J. Greenspon (Admitted *Pro Hac Vice*)
KELLEY DRYE & WARREN LLP
333 West Wacker Drive, Suite 2600
Chicago, IL 60606

Attorneys for Defendant/Counter-plaintiff,
AMERICAN BLIND AND WALLPAPER FACTORY, INC.