| | |
|---|---|
| 1 | Robert N. Phillips (SBN 120970) |
| | Ethan B. Andelman (SBN 209101) |
| 2 | HOWREY LLP |
| | 525 Market Street, Suite 3600 |
| 3 | San Francisco, CA 94105 |
| | Telephone: (415) 848-4900 |
| 4 | Facsimile: (415) 848-4999 |
| 5 | David A. Rammelt (Admitted *Pro Hac Vice*) |
| | Susan J. Greenspon (Admitted *Pro Hac Vice*) |
| 6 | KELLEY DRYE & WARREN LLP |
| | 333 West Wacker Drive, Suite 2600 |
| 7 | Chicago, IL 60606 |
| | Telephone: (312) 857-7070 |
| 8 | Facsimile: (312) 857-7095 |
| 9 | Attorneys for Defendant/Counter-Plaintiff |
| | AMERICAN BLIND AND WALLPAPER |
| 10 | FACTORY, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 13 | GOOGLE INC., a Delaware corporation, | Case No. C 03-5340-JF (RS) |
| 14 | Plaintiff, | |
| 15 | v. | **[PROPOSED] ORDER GRANTING AMERICAN BLIND AND WALLPAPER FACTORY, INC.'S MOTION TO EXCLUDE EXPERT TESTIMONY OF DR. ITAMAR SIMONSON** |
| 16 | AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.; and DOES 1-100, inclusive, | |
| 17 | | |
| 18 | | |
| 19 | Defendants. | |
| 20 | AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., | Date: March 16, 2007 |
| 21 | | Time: 9:00 a.m. |
| 22 | Counter-Plaintiff, | Courtroom: 3, 5th Floor |
| | | Judge: Hon. Jeremy Fogel |
| 23 | v. | |
| 24 | GOOGLE, INC. | |
| 25 | Counter-Defendants. | |

KELLEY DRYE & WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

Case No. C 03-5340-JF (RS)                [Proposed] Order Granting ABWFI's Mtn to
                                           Exclude Expert Testimony of Dr. Simonson

Defendant/Counter-Plaintiff American Blind & Wallpaper Factory, Inc.'s ("American Blind") Motion to Exclude Testimony of Dr. Itamar Simonson was heard by this Court on March 16, 2007 at 9:00 a.m. Upon reviewing the papers submitted by the parties, hearing the arguments of counsel, and good cause appearing therefore, IT IS HEREBY ORDERED:

    1.    American Blind's Motion to Exclude Testimony of Dr. Itamar Simonson is granted.

    2.    The testimony of Dr. Itamar Simonson is excluded from use in this case on the grounds that he does not provide admissible, properly grounded testimony concerning the issues in this case.

IT IS SO ORDERED.

Dated: _____, 2007    _____

                                                                      United States District Court Judge