1   Robert N. Phillips (SBN 120970)
    Ethan B. Andelman (SBN 209101)
2   HOWREY LLP
    525 Market Street, Suite 3600
3   San Francisco, CA  94105
    Telephone:  (415) 848-4900
4   Facsimile:  (415) 848-4999

5   David A. Rammelt (Admitted *Pro Hac Vice*)
    Susan J. Greenspon (Admitted *Pro Hac Vice*)
6   KELLEY DRYE & WARREN LLP
    333 West Wacker Drive, Suite 2600
7   Chicago, IL  60606
    Telephone:  (312) 857-7070
8   Facsimile:  (312) 857-7095

9   Attorneys for Defendant/Counter-Plaintiff
    AMERICAN BLIND AND WALLPAPER
10  FACTORY, INC.

11                  UNITED STATES DISTRICT COURT
12                 NORTHERN DISTRICT OF CALIFORNIA

13  GOOGLE INC., a Delaware corporation,        Case No. C 03-5340-JF (RS)

14              Plaintiff,                       **DECLARATION OF SUSAN GREENSPON
                                                IN SUPPORT OF DEFENDANT
15       v.                                     AMERICAN BLIND AND WALLPAPER
                                                FACTORY, INC.'S OPPOSITION TO
16  AMERICAN BLIND & WALLPAPER                  GOOGLE INC.'S MOTION FOR
    FACTORY, INC., a Delaware corporation       SUMMARY JUDGMENT**
17  d/b/a decoratetoday.com, Inc.; and DOES 1-
    100, inclusive,
18                                              Date:  February 16, 2007
                Defendants.                     Time:  9:00 a.m.
19                                              Courtroom:  3
                                                Hon. Jeremy Fogel
20
    AMERICAN BLIND & WALLPAPER
21  FACTORY, INC., a Delaware corporation
    d/b/a decoratetoday.com, Inc.,
22
                Counter-Plaintiff,
23
         v.
24
    GOOGLE, INC.
25
                Counter-Defendants.
26

27

28

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/216016.2

Dockets.Justia.com

1    I, Susan Greenspon declare as follows:

2    1.    I am a partner at Kelley Drye & Warren LLP, counsel of record for

3    Defendant/Counter-Plaintiff American Blind & Wallpaper Factory, Inc. ("American Blinds") in

4    the above-captioned action.  I am a member in good standing of the State Bar of Illinois.  I have

5    personal knowledge of the facts set forth in this declaration and, if called as a witness, could and

6    would testify competently to such facts under oath.

7    2.    I have acted as corporate counsel for American Blinds for the last 17 years.

8    In this capacity, I have become familiar with American Blind's efforts to protect its registered and

9    common law trademarks and service marks.

10    3.    American Blinds has registered with the USPTO the following marks:

11

| **Mark** | **Reg. Number** | **Reg. Date** |
| --- | --- | --- |
| AMERICAN BLIND AND WALLPAPER FACTORY | 2,2991,126 | 9/6/05 |
| AMERICAN BLINDS WALLPAPER & MORE | 2,923,867 | 2/1/05 |
| DECORATETODAY | 2,470,542 | 7/17/01 |
| AMERICAN BLIND & WALLPAPER FACTORY | 2,022,925 | 12/17/96 |
| AMERICAN BLIND FACTORY | 1,463,548 | 11/3/87 |
| AMERICAN BLINDS | 3,149,175 | 9/26/06 |

19    Together with American Blinds' marks AMERICAN BLIND and AMERICAN

20    BLIND & WALLPAPER, these marks are collectively referred to herein as the "American Blinds

21    Marks."

22    4.    American Blinds has been vigilant about protecting the American Blinds

23    Marks.  Based upon information and belief, I am aware that American Blinds has issued

24    approximately 165 cease and desist letters upon discovery of infringing activity on any of the

25    American Blinds Marks, through the assistance of the law firms Kelley Drye & Warren LLP,

26    Freeborn & Peters, Kovitz Shifrin & Waitzman, and Dawda, Mann, Mulcahy & Sadler, PLC.  In

27    my estimation, approximately 99% of the cease and desists have resulted in the entry of a written

28

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/216016.2                    - 2 -

1    settlement agreement or some other agreement (verbal, voluntary or written) between American

2    Blinds and the infringing party wherein, among other things, the infringer agreed to refrain from

3    using the American Blinds Marks.  A representative sampling of the cease and desist letters

4    issued by American Blinds are attached as Exhibit A.

5         5.    The remaining 1% of the cease and desist requests that have not been

6    voluntarily agreed to by the infringing party have resulted in lawsuits filed by American Blinds.

7    American Blinds has filed at least 16 trademark infringements suits to protect the American

8    Blinds Marks through the assistance of the law firms Kelley Drye & Warren LLP, Freeborn &

9    Peters, Kovitz Shifrin & Waitzman, and Dawda, Mann, Mulcahy & Sadler, PLC.  A

10    representative sampling of the trademark infringement complaints filed by American Blinds are

11    attached as Exhibit B.

12         6.    American Blinds has never lost any of the lawsuits it has filed to protect

13    the American Blinds Marks.

14         7.    American Blinds was issued a permanent injunction against the defendants

15    in the case entitled *Decoratetoday.com, Inc. (d/b/a and f/k/a American Blind and Wallpaper*

16    *Factory, Inc.) a Delaware Corp. v. American Blind & Accessory Co., Inc., a Nevada Corp., and*

17    *Directory One, Inc., a Texas Corp.*, Case No. 01 CV-70804-DT (E.D. Mich.), permanently

18    enjoining them from using the word "American" with any variation or combination of the word

19    "Blind" for purposes of selling, or advertising for sale, its home decorating goods, among other

20    things.  A true and correct copy of the permanent injunction entered on March 10, 2001, is

21    attached hereto as Exhibit C.

22    I declare under penalty of perjury that the foregoing is true and correct.

23    Executed this 26th day of January 2007, in Chicago, Illinois.

24

25

26           /s/ Susan Greenspon
       SUSAN GREENSPON

27

28

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/216016.2     - 3 -