# Exhibit A

CH01/PLATC/210357.1

Dockets.Justia.com

**KELLEY DRYE & WARREN LLP**
A LIMITED LIABILITY PARTNERSHIP

**333 WEST WACKER DRIVE**
CHICAGO, ILLINOIS 60606

(312) 857-7070

NEW YORK, NY
WASHINGTON, DC
TYSONS CORNER, VA
LOS ANGELES, CA
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM
HONG KONG

AFFILIATE OFFICES
BANGKOK, THAILAND
JAKARTA, INDONESIA
MUMBAI, INDIA
TOKYO, JAPAN

SUSAN J. GREENSPON
DIRECT LINE: (312) 857-7080
EMAIL: sgreenspon@kelleydrye.com

August 14, 2002

VIA FACSIMILE 984.784.0880 AND U.S. MAIL

Mr. Mark Albeit
Manager, Advertiser Relations
Xuppa, Inc.
450 7th Avenue
New York, NY 10123

Re:    American Blind and Wallpaper Factory Trademark Claims

Dear Mr. Albeit:

    We are trademark counsel to American Blind and Wallpaper Factory, Inc. d/b/a decoratetoday.com, Inc. ("ABWF"). In connection therewith, it has come to our attention that several of ABWF's competitors have purchased advertising keywords from Xuppa, Inc.. ("Xuppa.com") that are identical or substantially similar to ABWF's registered trademarks. Attached is a copy of a printout from the Xuppa.com website showing use of ABWF's trademark, "american blind" by one of its competitors. ABWF is hereby notifying Xuppa.com of its trademark infringement claims for prompt resolution.

    As you probably know, federal and state trademark law protects a trademark owner's commercial identity (goodwill, reputation and investment in advertising) by giving such owner the exclusive right to use the trademark for its goods or services. What you may not know is that trademark law also protects the trademark owner from any person or entity that uses a trademark (*i.e.* keyword, word, name, symbol or device) that so *resembles a trademark already in use as to be likely to cause confusion or mistake* in the marketplace. Furthermore, federal law protects trademarks that are unregistered.

    ABWF is the owner of and has the exclusive rights to use the following trademarks registered with the United States Patent and Trademark Office ("USPTO"):

CH02/CARTS/12181.1

ABWF 000610

**KELLEY DRYE & WARREN LLP**

Mr. Marc Albeit
August 14, 2002
Page 2 of 3

| Mark | Reg. Number | Reg. Date |
|---|---|---|
| AMERICAN BLIND & WALLPAPER FACTORY | 2,022,925 | 12/17/96 |
| AMERICAN BLIND FACTORY | 1,463,548 | 11/3/87 |
| DECORATETODAY | 2,470,542 | 7/17/01 |

ABWF is recognized and well known in the home decorating industry and to consumers nationwide as "American Blind" and "decoratetoday." Many of ABWF's competitors have exploited the notoriety and success of ABWF, and flagrantly attempted to confuse consumers and capitalize illegally on ABWF's goodwill and reputation by purchasing identical or substantially similar keywords from search engines. ABWF has been vigilant in defending its marks from infringement and dilution at all costs. As an example, ABWF was awarded in the matter of *Decoratetoday.com, Inc. (d/b/a American Blind and Wallpaper Factory, Inc.) v. American Blind & Accessory Co., Inc. and Directory One, Inc.*, Case No. 01-CV-70804-DT, a permanent injunction by the United States District Court for the Eastern District of Michigan, permanently enjoining the defendants from using ABWF's "trademarks, service marks <u>or the word 'American' in any variation or combination with the word 'Blind' either singular or plural</u>...." We would be glad to send you a copy of the Permanent Injunction Order if you would like to read it in its entirety. Please note that ABWF was successful in defending not only its registered marks, but marks that were confusingly similar thereto. Consequently based upon federal law and precedent, use of the following similar marks by Xuppa.com's advertisers constitutes infringement of ABWF's registered marks:

american blind
american blind and wall covering
american blind and wallpaper
american blind and wallpaper co
american blind and wallpaper company
american blind and wallpaper discount
american blind and wallpaper factory
american blind and wallpaper factory discount
american blind and wallpaper outlet
american blind company
american blind discount
american blind factory
american blind wallpaper
american blind wallpaper company
american blind wallpaper factory
american home decorating
american wall covering

american wallpaper
american wallpaper and blind
american wallpaper company
american wallpaper discount
american wallpaper factory
americanblind
americanblindfactory.com
americanblindandwallpaperfactory
americanhomedecorating.com
americanwallpaper
americanwallpaperfactory.com
decorate today
decorate today discount
decoratetoday
decorate today.com
decoratetoday .com
decoratetoday com
decoratetodaycom

**ABWF 000611**

CH02/CARTS/12181.1

KELLEY DRYE & WARREN LLP

Mr. Marc Albeit
August 14, 2002
Page 2 of 3

decoratetoday.com

    In light of the foregoing, we request Xuppa.com to immediately (a) cease selling ABWF's proprietary marks and marks similar thereto (as set forth above), (b) remove such marks from all campaigns, other than ABWF's advertising, and (c) remove all advertisers who have purchased such marks. Please contact the undersigned at (312) 857-7080 with regard to how you wish to proceed with this matter.

Sincerely,

Susan J. Greenspon

SG/sec
Enclosures

cc: Steve Katzman

ABWF 000612

CH02/CARTS/12181.1




Xuppa: Home • About Xuppa • New! **Radio** • Horoscopes • **Greeting Cards** • Polls • New! **Auctions** • Weather • Freebies • Great Deals • Win Prizes • Lotto • New! **Xuppa Solitaire** • Site Map •
Make Xuppa Your Home
Contest Players: Login • Signup • Advertisers: Programs • Login • Signup • Auction Members: Login • Signup



**Play Lotto**

Easy Search: Business | Cars | Casinos | Entertainment | Gambling | Games
Health | Internet | Mortgage | Music | Shopping | Sports | Travel



**Win Prizes**

## Search Results - American Blind:

↻ **American Blind Factory** (Cost to Advertiser: $0.02)
Save up to 85% on 1000's of 1st quality name-brand blinds, Hunter Douglas. Duette, Levolor & more;
View/Buy online; 100% saisfaction guarantee; free shipping; 5 million satisfied customers.

↻ **Buying blinds from No Brainer is a No Brainer!** (Cost to Advertiser: $0.01)
NoBrainerBlinds.com - 4 STAR Rating The world's most popular and trusted online source for blinds and
shades. Award winning site, packed with helpful articles and unbiased decorating advice...huge savings on
the most popular brands. A must visit!

↻ **AMERICAN COUNCIL OF THE BLIND**
blind american council

↻ **"American Foundation for the Blind"**
american blind foundation

↻ **Welcome To Blind Spot's Home on the Web**
blind

↻ **Free book excerpt from A Blind Man Can See How Much I Love You by Amy Bloom.
Plu...**
love man blind

↻ **Welcome To Recording for the Blind & Dyslexic**
blind blind dyslexic dyslexic recording rfbd wwwrfbdorg

↻ **Bookreporter.com - THE BLIND ASSASSIN by Margaret Atwood**
assassin blind

**ABWF 000613**

# KELLEY DRYE & WARREN LLP
A LIMITED LIABILITY PARTNERSHIP

333 WEST WACKER DRIVE
CHICAGO, ILLINOIS 60606

(312) 857-7070

NEW YORK, NY
WASHINGTON, DC
TYSONS CORNER, VA
LOS ANGELES, CA
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM
HONG KONG

AFFILIATE OFFICES
BANGKOK, THAILAND
JAKARTA, INDONESIA
MUMBAI, INDIA
TOKYO, JAPAN

FACSIMILE
(312) 857-7095
www.kelleydrye.com

SUSAN J. GREENSPON
DIRECT LINE: (312) 857-7080
EMAIL: sgreenspon@kelleydrye.com

November 4, 2002

**VIA CERTIFIED MAIL
RETURN RECEIPT REQUESTED**

Mr. Brock Kauk
Ms. Jenny Kauk
d/b/a American Blind Center
902 Bowman Avenue
Elk City, Oklahoma 73644

Mr. Joe Parker
Cutting Edge Technologies
623 S. Lewis Ave
Tulsa, Oklahoma 74104

Re:   Infringement of American Blind and Wallpaper Factory's Trademark

Dear Madam Kauk and Messers. Kauk and Parker:

Please be advised that we are litigation counsel to American Blind and Wallpaper Factory, Inc. ("ABWF"). In connection therewith, it has come to our attention that you own and operate a website under the URL "www.americanblindcenter.com" which is currently hosted by Cutting Edge Technologies.

As you may or may not be aware, "American Blind Factory" and "American Blind and Wallpaper Factory" are both registered trademarks with the United States Trademark Office and owned by ABWF. ABWF has been using its corporate name in the home decorating business for over half a century and is extremely well known nationwide since ABWF has over four million customers coast to coast. It is our understanding from your web site that American Blind Center has only been in the window covering and flooring since 1995—many, many years junior to ABWF.

In addition, ABWF has also had a strong Internet presence since 1997 and owns and operates its website under several URLs including, "www.americanblind.com",

CH01/CARTS/143104.1

ABWF 000541

"www.americanblinds.com", and "www.americanblindfactory.com". Therefore, your use of the name "americanblindcenter" in connection with the sale of window coverings and blinds is not only a violation of both trademark and trade name law, but also rises to the level of cyberpiracy and dilution. In addition, your URL on the Internet creates an extreme likelihood of confusion in the marketplace with the average consumer looking for ABWF's goods and services.

For your information, ABWF successfully litigated a permanent injunction against a similar infringer of its marks. Pursuant to the federal court order, the infringer, among other things, was permanently enjoined from using ABWF's "trademarks, service marks or the word 'American' in any variation or combination with the word 'Blind', either singular or plural…in connection with any Internet website (or metatags or source codes therein contained)" and any Internet domain name. Furthermore, the infringer was ordered to pay all of ABWF's costs, expenses and attorneys' fees incurred in connection with the action.

Given the enormous value and success associated with ABWF's trademarks, our client has no choice but to be especially vigilant in protecting its assets. In light of the above, you are therefore hereby instructed to immediately cease and desist any and all use of: (1) the name "American Blind Center" and (2) the URL, "www.americanblindcenter.com"http://www.aamericanblindcompany.com/ within 24 hours of your receipt of this letter. Please also note, that this demand applies to any other URLs not mentioned above or any printed medium in which you have used or are currently using the name "American Blind Center" for the sale of blinds and other window treatments.

My client is also hereby demanding an immediate transfer of your URL, "www.americanblindcenter.com" in lieu of seeking further legal action against your business. In the event this not an acceptable solution to you, we will be forced to advise our client to take all legal and equitable action as is necessary and proper. Please contact the undersigned within 24 hours of your receipt of this letter at (312) 857-7080 with regard to how you wish to proceed with this matter.

Sincerely,

Susan J. Greenspon

cc: Steven Katzman (via email)

ABWF 000542

CH01/CARTS/143104.1

## DAWDA, MANN, MULCAHY & SADLER
PROFESSIONAL LIMITED LIABILITY COMPANY
COUNSELORS AT LAW

39533 WOODWARD AVENUE, SUITE 200
BLOOMFIELD HILLS, MICHIGAN 48304-5103
(248) 642-3700      FAX (248) 642-7791
www.dmms.com

MICHAEL D. MULCAHY  JOSEPH M. JUDGE
EDWARD C. DAWDA*   RANDAL R. COLE
CURTIS J. MANN     JEANNE DELORME GRACA
KENNETH A. FLASKA  GARY A. KRAVITZ
SUANNE TIBERIO TRIMMER  BRIAN J. CONSIDINE***
SUSAN J. SADLER    SCOTT A. SCHMUNK
TYLER D. TENNENT   KRISTINE MCKIMSON RENKE
GLENN G. ROSS      ALFREDO CASAB
ROBERT P. ANDERSON DAVID A. MOLLICONE**
JOHN MUCHA, III    DANA KREIS GLENCER
WILLIAM L. ROSIN   GABRIEL B. VALLE †
TODD A. SCHAFER*   J. LEE MCKINLEY, II
PATRICK J. ENNIS   MARC K. SALACH
DANIEL M. HALPRIN  SCOT C. STORRIE
DANIEL M. ISRAEL** CHRISTOPHER M. MANN
WAYNE S. SEGAL     ZACHARY J. ESKAU
ROBERT A. WRIGHT

OF COUNSEL
SIDNEY W. SMITH, JR.
PAUL A. BRINGER

* ALSO MEMBER OF ILLINOIS BAR
** ALSO MEMBER OF OHIO BAR
*** ALSO MEMBER OF WASHINGTON DC BAR
† ALSO MEMBER OF NEW YORK BAR
AND WASHINGTON DC BAR

WRITER'S DIRECT DIAL NUMBER

June 16, 2006

VIA EMAIL: CSWINC@COMCAST.NET

VIA FACSIMILE: 843-971-9736

BY CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Blinds Plus.Net, Inc.
1071 Marsh Court Lane, Suite 3C
Mt. Pleasant, SC 29464-3356
Attn: Samuel C. Brubaker

Re:  Unauthorized Use of American Blind and Wallpaper Factory, Inc.'s Trademarks

Dear Mr. Brubaker:

We are counsel to American Blind and Wallpaper Factory, Inc. ("ABWF"). We have been instructed to contact you concerning your company's business practices that, if true, constitute violations of state and federal law. Your company Blinds Plus.Net, Inc., ("Blinds Plus") has engaged, and continues to engage, in conduct that, as described below, infringes upon ABWF's trademarks and has harmed ABWF's business interests and reputation. For the reasons stated below, we demand that you immediately cease these activities.

Our investigation has revealed that Blinds Plus owns and/or controls the websites found at the URLs www.blindsplus.com and www.blindsplus.net, (the "Blinds Plus Site(s)" or the "Site(s)"). Our review of the Google search engine reveals that Blinds Plus, through its Sites has purchased the keywords "american blinds" which are confusingly similar to ABWF's registered trademark, "American Blind Factory", for the advertising of the Blinds Plus Sites in blatant disregard of ABWF's intellectual property rights. See attached copy of screen shot generated from the Google search engine. As you can see, inputting the term "american blinds" on Google produced a Blinds Plus Site in the 5th position evidencing its paid placement for such term (See Exhibit A).

**ABWF 048294**

**CONFIDENTIAL**

Samuel C. Brubaker      DAWDA, MANN, MULCAHY & SADLER
June 16, 2006
Page 2

      As Blinds Plus no doubt intended, its Site is being used to exploit ABWF's well-known mark and trade off of ABWF's goodwill. It is clear that Blinds Plus' actions have caused, and continue to cause, consumers who specifically intend and desire to find ABWF's products and services, to be diverted instead to the Blinds Plus Site which contains competitive products and services. Consequently, your conduct is allowing Blinds Plus to dilute the ability of ABWF's trademarks, "American Blind Factory" and "American Blind and Wallpaper Factory", to identify ABWF as a source of its goods and services.

      "American Blind Factory" (Reg. No. 1,463,548) and "American Blind and Wallpaper Factory" (Reg. No. 2,022,925) are federally registered marks on the Principal Register of the United States Trademark Office owned by our client. ABWF consequently has exclusive rights to the use of such marks. In addition, "American Blind and Wallpaper Factory" is our client's company name that has been in use for decades, and our client is recognized in the home decorating industry and to consumers nationwide as "American Blind Factory." Many of ABWF's competitors have exploited the notoriety and success of ABWF, and flagrantly attempted to confuse consumers and capitalize illegally on ABWF's goodwill and reputation by purchasing identical or substantially similar keywords from search engines. Therefore, ABWF must be vigilant in defending its marks from infringement and dilution. As an example, ABWF was awarded in the matter of *Decoratetoday.com, Inc. v. American Blind & Accessory Co., Inc. and Directory One, Inc.*, Case No. 01-CV-70804-DT, a permanent injunction by the United States District Court for the Eastern District of Michigan, permanently enjoining the defendants from using ABWF's "trademarks, service marks <u>or the word 'American' in any variation or combination with the word 'Blind' either singular or plural</u>...." We would be glad to send you a copy of the Permanent Injunction Order if you would like to read it in its entirety. Please note that ABWF was successful in defending not only its registered marks, but marks that were confusingly similar thereto.

      One effect of your conduct is that consumers using an Internet search engine to find authorized ABWF products and services will be confused and/or deceived into visiting the Blinds Plus Site. This practice is illegal and clearly violates state and federal law. Indeed, the federal Lanham Act and various state statutes prohibit such infringing and diluting use of ABWF's trademarks. Further, Michigan's Unfair Competition Statute (MCL 429.42(a)), and other similar state statutes, provide for a cause of action against anyone who misuses a copy or imitation of the trademark of another when that misuse is likely to cause confusion as to the origin of goods or services. In short, federal and state law provide immediate relief in the event legal action should prove necessary.

      Accordingly, we demand that you immediately: (1) remove "american blinds" from your post-domain path in any URL, directly or indirectly, owned or controlled by you; (2) remove "american blinds" from the content (including metatags) of all websites, directly or indirectly, owned or controlled by you; (3) identify the Prohibited ABWF Marks (as set forth below) as negative keywords on all search engines with which you currently have or may have in the future, a contract, agreement or arrangement to display any web site, directly or indirectly,

**ABWF 048295**

**CONFIDENTIAL**

Samuel C. Brubaker        DAWDA, MANN, MULCAHY & SADLER
June 16, 2006
Page 3

owned or controlled by you; and (4) cease all unauthorized use of the Prohibited ABWF Marks in the content, post-domain path and/or metatags of all websites which you, directly or indirectly, own or control.

### Prohibited ABWF Marks

(a) American Blind(s) and Wallpaper(s) Factory;

(b) American Blind(s) and Wallpaper(s) Factories;

(c) American Blind(s);

(d) American Blind(s), Wallpaper(s) & More;

(e) American Blind(s) Factory;

(f) American Blind(s) Factories;

(g) American Wallpaper(s) Factory;

(h) American Wallpaper(s) Factories;

(i) American Blind(s) and Wallpaper(s);

(j) American Wallpaper(s); and

(k) Decoratetoday or Decorate(s) Today.

In addition, ABWF further demands that you enter into the attached Settlement Agreement with ABWF to evidence your good faith in ceasing the foregoing conduct, and reimburse its attorneys' fees.

We expect that you will cooperate with ABWF and take immediate steps to terminate these harmful and predatory practices by discontinuing the use of ABWF's trademarks. Given the seriousness of the matter to ABWF, we ask that you let us know your intentions by the close of business on Monday, June 19, 2006. If we do not receive a timely response from you, we will advise our client to pursue its legal remedies.

**ABWF 048296**

O:\SCS\AMERICAN BLINDS\BlindsPlus.com\Cease & Desist Ltr 6.15.06.doc

**CONFIDENTIAL**

Samuel C. Brubaker          DAWDA, MANN, MULCAHY & SADLER
June 16, 2006
Page 4

    Thank you in advance for your prompt attention to this matter.

                             Sincerely,

                             DAWDA, MANN, MULCAHY & SADLER, PLC

                             Scot C. Storrie

SCS/sms
bcc:   Joel Levine (via email)

ABWF 048297

O:\SCS\AMERICAN BLINDS\BlindsPlus.com\Cease & Desist Ltr 6.15.06.doc

CONFIDENTIAL

## Exhibit A



ABWF 048298

O:\SCS\AMERICAN BLINDS\BlindsPlus.com\Cease & Desist Ltr 6.15.06.doc

**CONFIDENTIAL**

**DAWDA, MANN, MULCAHY & SADLER**
PROFESSIONAL LIMITED LIABILITY COMPANY
COUNSELORS AT LAW

39533 WOODWARD AVENUE, SUITE 200
BLOOMFIELD HILLS, MICHIGAN 48304-5103
(248) 642-3700      FAX (248) 642-7791
www.dmms.com

MICHAEL D. MULCAHY
EDWARD C. DAWDA*
CURTIS J. MANN
KENNETH A. FLASKA
SUANNE TIBERIO TRIMMER
SUSAN J. SADLER
TYLER D. TENNENT
GLENN C. ROSS
ROBERT P. ANDERSON
JOHN MUCHA, III
WILLIAM L. ROSIN
TODD A. SCHAFER*
PATRICK J. ENNIS
DANIEL M. HALPRIN
DANIEL M. ISRAEL**
WAYNE S. SEGAL
ROBERT A. WRIGHT, III*

JOSEPH M. JUDGE
RANDAL R. COLE
JEANNE DELORME GRACA
GARY A. KRAVITZ
BRIAN J. CONSIDINE***
SCOTT A. SCHMUNK
KRISTINE MCKIMSON RENKE
ALFREDO CASAB
DAVID A. MOLLICONE**
DANA KREIS GLENCER
GABRIEL B. VALLE †
J. LEE MCKINLEY, II
MARC K. SALACH
SCOT C. STORRIE
CHRISTOPHER M. MANN
ZACHARY J. ESKAU

May 12, 2006

OF COUNSEL
SIDNEY W. SMITH, JR.
PAUL A. BRINGER

* ALSO MEMBER OF ILLINOIS BAR
** ALSO MEMBER OF OHIO BAR
*** ALSO MEMBER OF WASHINGTON DC BAR
† ALSO MEMBER OF NEW YORK BAR
AND WASHINGTON DC BAR

WRITER'S DIRECT DIAL NUMBER

BY CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Edge Marketing FZE
P.O. Box 2466
Dubai UAE

Re:   Unauthorized Use of American Blind and Wallpaper Factory, Inc.'s Trademarks

To Whom It May Concern:

We are counsel to American Blind and Wallpaper Factory, Inc. ("ABWF"). We have been instructed to contact you concerning your company's business practices that, if true, constitute violations of the state and federal laws of the United States of America. Your company Edge Marketing FZE, ("Edge Marketing") has engaged, and continues to engage, in conduct that, as described below, infringes upon ABWF's trademarks and has harmed ABWF's business interests and reputation. For the reasons stated below, we demand that you immediately cease these activities.

Our investigation has revealed Edge Marketing owns and/or controls the website found at the URL www.us.bestwebdiscounts.com (the "Edge Marketing Site" or the "Site"). Our review of the Google search engine reveals that Edge Marketing through its Site has purchased the keywords "american blinds" which are confusingly similar to ABWF's registered trademarks "American Blind Factory" and "American Blind and Wallpaper Factory", for the advertising of the Edge Marketing Site in blatant disregard of ABWF's intellectual property rights. See attached copy of screen shot generated from the Google search engine. As you can see, inputting the term "american blinds" on Google produced the Edge Marketing Site in the 3rd position evidencing its paid placement for such term (See Exhibit A).

As Edge Marketing no doubt intended, it's website is a portal for ABWF's competitors to exploit ABWF's well-known mark and trade off of ABWF's goodwill. It is clear that the

O:\SCS\AMERICAN BLINDS\us.bestwebdiscounts.com\Cease Desist Ltr 5.8.06.doc

**ABWF 048694**

**CONFIDENTIAL**

Edge Marketing FZE        DAWDA, MANN, MULCAHY & SADLER
May 12, 2006
Page 2

content of your website has caused, and is continuing to cause, consumers who specifically intend and desire to find ABWF's products and services, to be diverted instead to search "results" that list ABWF's competitors' products and services. Consequently, your conduct is diluting the ability of ABWF's trademarks to identify ABWF as a source of its goods and services.

"American Blind Factory" (Reg. No. 1,463,548) and "American Blind and Wallpaper Factory" (Reg. No. 2,022,925) are federally registered marks on the Principal Register of the United States Trademark Office owned by our client. ABWF consequently has exclusive rights to the use of such marks. In addition, "American Blind and Wallpaper Factory" is our client's company name that has been in use for decades, and our client is recognized in the home decorating industry and to consumers nationwide as "American Blind Factory." Many of ABWF's competitors have exploited the notoriety and success of ABWF, and flagrantly attempted to confuse consumers and capitalize illegally on ABWF's goodwill and reputation by purchasing identical or substantially similar keywords from search engines. Therefore, ABWF must be vigilant in defending its marks from infringement and dilution. As an example, ABWF was awarded in the matter of *Decoratetoday.com, Inc. v. American Blind & Accessory Co., Inc. and Directory One, Inc.*, Case No. 01-CV-70804-DT, a permanent injunction by the United States District Court for the Eastern District of Michigan, permanently enjoining the defendants from using ABWF's "trademarks, service marks <u>or the word 'American' in any variation or combination with the word 'Blind' either singular or plural</u>...." We would be glad to send you a copy of the Permanent Injunction Order if you would like to read it in its entirety. Please note that ABWF was successful in defending not only its registered marks, but marks that were confusingly similar thereto.

One effect of your conduct is that consumers using an Internet search engine to find authorized ABWF products and services will be confused and/or deceived into visiting the Edge Marketing Site. This practice is illegal and clearly violates the state and federal laws of the United States of America. Indeed, the federal Lanham Act and various state statutes prohibit such infringing and diluting use of ABWF's trademarks. Further, Michigan's Unfair Competition Statute (MCL 429.42(a)), and other similar state statutes, provide for a cause of action against anyone who misuses a copy or imitation of the trademark of another when that misuse is likely to cause confusion as to the origin of goods or services. In short, federal and state law provide immediate relief in the event legal action should prove necessary.

Accordingly, we demand that you immediately: (1) remove "american blinds" from your post-domain path in any URL, directly or indirectly, owned or controlled by you; (2) remove "american blinds" from the content (including metatags) of all websites, directly or indirectly, owned or controlled by you; (3) identify the Prohibited ABWF Marks (as set forth below) as negative keywords on all search engines with which you currently have or may have in the future, a contract, agreement or arrangement to display any web site, directly or indirectly, owned or controlled by you; and (4) cease all unauthorized use of the Prohibited ABWF Marks

O:\SCS\AMERICAN BLINDS\us.bestwebdiscounts.com\Cease Desist Ltr 5.8.06.doc

ABWF 048695

CONFIDENTIAL

Edge Marketing FZE  DAWDA, MANN, MULCAHY & SADLER
May 12, 2006
Page 3

in the content, post-domain path and/or metatags of all websites which you, directly or indirectly, own or control.

<u>Prohibited ABWF Marks</u>

(a) American Blind(s) and Wallpaper(s) Factory;

(b) American Blind(s) and Wallpaper(s) Factories;

(c) American Blind(s);

(d) American Blind(s), Wallpaper(s) & More;

(e) American Blind(s) Factory;

(f) American Blind(s) Factories;

(g) American Wallpaper(s) Factory;

(h) American Wallpaper(s) Factories;

(i) American Blind(s) and Wallpaper(s);

(j) American Wallpaper(s); and

(k) Decoratetoday or Decorate(s) Today.

In addition, ABWF further demands that you enter into the attached Settlement Agreement with ABWF to evidence your good faith in ceasing the foregoing conduct, and reimburse its attorneys' fees.

We expect that you will cooperate with ABWF and take immediate steps to terminate these harmful and predatory practices by discontinuing the use of ABWF's trademarks. Given the seriousness of the matter to ABWF, we ask that you let us know your intentions by the close of business on Thursday, May 18, 2006. If we do not receive a timely response from you, we will advise our client to pursue its legal remedies.

ABWF 048696

O:\SCS\AMERICAN BLINDS\us.bestwebdiscounts.com\Cease Desist Ltr 5.8.06.doc

**CONFIDENTIAL**

Edge Marketing FZE        DAWDA, MANN, MULCAHY & SADLER
May 12, 2006
Page 4

Thank you in advance for your prompt attention to this matter.

                                      Sincerely,

                                      DAWDA, MANN, MULCAHY & SADLER, PLC

                                      Scot C. Storrie

SCS:sms

cc:    Steve Katzman (via email)

ABWF 048697

O:\SCS\AMERICAN BLINDS\us.bestwebdiscounts.com\Cease Desist Ltr 5.8.06.doc

**CONFIDENTIAL**

## Exhibit A



**ABWF 048698**

**CONFIDENTIAL**

DAWDA, MANN, MULCAHY & SADLER

## SETTLEMENT AGREEMENT

This Settlement Agreement ("Agreement"), is made and effective this ___ day of May, 2006 (the "Effective Date"), among American Blind and Wallpaper Factory, Inc. ("ABWF"), a Delaware corporation with its principal place of business located at 909 North Sheldon Road, Plymouth, Michigan, 48170, U.S.A. and Edge Marketing FZE., a United Arab Emirates Company, with its principal place of business located in Dubai. In consideration of the mutual promises, and other consideration set forth or referenced herein, the parties hereto acknowledge and agree as follows:

"Prohibited ABWF Marks" shall mean:

(a) American Blind(s) and Wallpaper(s) Factory;

(b) American Blind(s) and Wallpaper(s) Factories;

(c) American Blind(s);

(d) American Blind(s), Wallpaper(s) & More;

(e) American Blind(s) Factory;

(f) American Blind(s) Factories;

(g) American Wallpaper(s) Factory;

(h) American Wallpaper(s) Factories;

(i) American Blind(s) and Wallpaper(s);

(j) American Wallpaper(s); and

(k) Decoratetoday or Decorate(s) Today.

2. "Web Site" shall mean any web site directly or indirectly owned or controlled by Edge Marketing FZE.

3. Edge Marketing FZE 1 hereby agrees that within two (2) days of the Effective Date, it shall terminate all contracts, agreements or arrangements with any search engine whereby that search engine shall list a Web Site in response to a search using any of the Prohibited ABWF Marks (a "Search").

4. Edge Marketing FZE hereby agrees that it shall not from the Effective Date forward, directly or indirectly, enter into or maintain any contract, agreement or arrangement with any search engine whereby that search engine shall list a Web Site in response to a Search.

5. Edge Marketing FZE hereby agrees that within two (2) days of the Effective Date, it shall identify the Prohibited ABWF Marks as negative keywords on all search engines with which Edge Marketing FZE has a contract, agreement or arrangement to display a Web Site.

6. Edge Marketing FZE hereby agrees that it shall not from the Effective Date forward, directly or indirectly, use any of the Prohibited ABWF Marks in the content, post-domain path and/or metatags of a Web Site.

7. Edge Marketing FZE completely and unconditionally releases and discharges ABWF and its subsidiaries, successors, assigns, affiliates, employees, officers, directors, and outside counsel, from all causes of action, proceedings, law suits, charges, complaints, claims, debts, demands, liabilities and other obligations whatsoever, whether known or unknown, suspected or unsuspected, claimed or unclaimed, that could have been brought as of the Effective Date, including any claims relating to any negotiations, inquiries or investigations related thereto, from the beginning of time up to the Effective Date.

8. ABWF completely and unconditionally releases and discharges Edge Marketing FZE from all causes of action, proceedings, law suits, charges, complaints, claims, debts, demands, liabilities

**ABWF 048699**

**ATTORNEYS' EYES ONLY**

DAWDA, MANN, MULCAHY & SADLER

and other obligations whatsoever, whether known or unknown, suspected or unsuspected, claimed or unclaimed, that could have been brought as of the Effective Date, including any claims relating to any negotiations, inquiries or investigations related thereto, from the beginning of time up to the Effective Date; provided, however, that the foregoing release does not constitute a waiver or release by ABWF of any rights or claims that may arise after the Effective Date.

9. In addition to any other remedies which may be available, Edge Marketing FZE agrees that upon a breach by it of this Agreement, ABWF shall be entitled to seek specific performance hereof and obtain a permanent injunction against Edge Marketing FZE. In addition, Edge Marketing FZE agrees, upon a breach by it of this Agreement, that ABWF shall be entitled to liquidated damages in the amount of Ten Thousand Dollars ($10,000) per occurrence, and entitled to recover all costs and expenses incurred by ABWF in enforcing the terms of this Agreement, including but not limited to, reasonable attorneys' fees and court costs from Edge Marketing FZE. For purposes herein, each day on which any of the foregoing paragraphs 3 through 6 is breached shall constitute a single "occurrence".

10. Each party hereto hereby acknowledges and agrees that the existence of this Agreement and the terms set forth herein shall be strictly confidential. Each party agrees that neither it nor its respective officers, directors, employees, agents, contractors or advisors shall disclose the existence or terms of this Agreement to any third party. Each party shall use best efforts to protect the secrecy of and avoid disclosure of the existence or terms of this Agreement.

11. The parties agree that this Agreement shall be construed and interpreted in accordance with the laws of the State of Michigan located in the United States of America (without regard to Michigan's choice or conflict of laws provisions) and/or federal law, as warranted. The parties further agree that in the event of a breach or threatened breach in connection with or any dispute relating to this Agreement or the subject matter thereof, shall be brought exclusively in the United States District Court sitting in Wayne County, Michigan, U.S.A. that such court may exercise subject matter and personal jurisdiction over such disputes and the parties hereto, and that Edge Marketing FZE expressly waives any objections to jurisdiction or venue therein.

12. This Agreement reflects the entire understanding and agreement among the parties hereto with respect to the subject hereof. The parties acknowledge and agree that neither of them has made any promise or agreement other than as expressed in this Agreement.

13. This Agreement may not be amended or modified except upon the written agreement of the undersigned parties.

14. If any provision of this Agreement shall be declared by any court of competent jurisdiction illegal, void or unenforceable, the other provisions shall not be affected but shall remain in full force and effect.

15. This Agreement may be executed in counterparts, each of which when executed shall constitute an original. Signatures by facsimile shall be accepted as binding.

[Signatures appear on the following page]

ABWF 048700

ATTORNEYS' EYES ONLY

DAWDA, MANN, MULCAHY & SADLER

IN WITNESS WHEREOF, the undersigned have executed this Settlement Agreement this _____ day of May, 2006.

                                              **AMERICAN BLIND AND WALLPAPER FACTORY, INC.**, a Delaware corporation

                                              _____

                                              By:   Steve Katzman

                                              Title:  President


                                              **EDGE MARKETING FZE**
                                              a United Arab Emirates Company

                                              _____

                                              By:   _____

                                              Title: _____

ABWF 048701

O:\SCS\AMERICAN BLINDS\us.bestwebdiscounts.com\Edge Marketing FZE SETTLEMENT AGREEMEN.doc

ATTORNEYS' EYES ONLY