# Exhibit B – Part 2 of 2

CH01/PLATC/210357.1

Dockets.Justia.com



# CERTIFICATE OF REGISTRATION
## PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Director of the United States Patent and Trademark Office; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are part of this certificate.*

*To avoid **CANCELLATION** of the registration, the owner of the registration must submit a declaration of continued use or excusable non-use between the fifth and sixth years after the registration date. (See next page for more information.) Assuming such a declaration is properly filed, the registration will remain in force for ten (10) years, unless terminated by an order of the Commissioner for Trademarks or a federal court. (See next page for information on maintenance requirements for successive ten-year periods.)*



*Director of the United States Patent and Trademark Office*



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

**UNITED STATES DEPARTMENT OF COMMERCE**

**United States Patent and Trademark Office**

**February 27, 2001**

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,463,548* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20* YEARS FROM  *November 03, 1987*
*SECTION 8 & 15*
SAID RECORDS SHOW TITLE TO BE IN:

DECORATETODAY.COM, INC.

*A DE CORP*



By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

*H. Phillips*
H. PHILLIPS
**Certifying Officer**

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

Reg. No. 2,022,925

## United States Patent and Trademark Office

Registered Dec. 17, 1996

### SERVICE MARK
### PRINCIPAL REGISTER



COLOR TILE, INC. (DELAWARE CORPORA-
TION)
515 HOUSTON STREET
FORT WORTH, TX 76102

FOR: RETAIL MAIL ORDER SERVICES IN
THE FIELD OF WALL AND WINDOW COV-
ERINGS, IN CLASS 42 (U.S. CLS. 100 AND 101).
FIRST USE 5-0-1986; IN COMMERCE
5-0-1986.
OWNER OF U.S. REG. NO. 1,463,548.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BLIND & WALLPAPER FAC-
TORY", APART FROM THE MARK AS
SHOWN.
THE LINING SHOWN IN THE DRAWING IS
A FEATURE OF THE MARK AND NOT IN-
TENDED TO INDICATE COLOR.

SER. NO. 74-636,528, FILED 2-21-1995.

MICHELLE MOONEY RITCHY, EXAMINING
ATTORNEY



TR 372951

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE

### United States Patent and Trademark Office

#### February 27, 2001

THE ATTACHED U.S. TRADEMARK REGISTRATION *2,022,925* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM   *December 17, 1996*

SAID RECORDS SHOW TITLE TO BE IN:
   *DECORATETODAY.COM, INC.*
   *A DE CORP*



By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

H. PHILLIPS
Certifying Officer

Int. Cl.: 35

Prior U.S. Cls.: 100, 101, and 102

Reg. No. 2,470,542

## United States Patent and Trademark Office

Registered July 17, 2001

### SERVICE MARK
### PRINCIPAL REGISTER

## DECORATETODAY

DECORATETODAY.COM, INC. (DELAWARE CORPORATION)
909 NORTH SHELDON ROAD
PLYMOUTH, MI 48170 BY CHANGE OF NAME AMERICAN BLIND & WALLPAPER FACTORY, INC. (DELAWARE CORPORATION) PLYMOUTH, MI 48170

FOR: RETAIL STORE SERVICES AND ON-LINE RETAIL MAIL ORDER SERVICES IN THE FIELD OF WALL AND WINDOW COVERINGS AND HOME DECORATING PRODUCTS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 4-0-2000; IN COMMERCE 4-0-2000.

SN 75-841,054, FILED 11-4-1999.

KAREN M. STRZYZ, EXAMINING ATTORNEY



*The United States of America*

## CERTIFICATE OF REGISTRATION
### PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Director of the United States Patent and Trademark Office; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are part of this certificate.*

*This registration shall remain in force for TEN (10) years, unless terminated earlier as provided by law, and subject to compliance with the provisions of Section 8 of the Trademark Act of 1946, as Amended.*



*Nicholas P. Godici*

**Acting Director of the United States Patent and Trademark Office**

Int. Cl.: 35

Prior U.S. Cls.: 100, 101, and 102

United States Patent and Trademark Office

Reg. No. 2,923,867
Registered Feb. 1, 2005

## SERVICE MARK
### PRINCIPAL REGISTER

## AMERICAN BLINDS, WALLPAPER & MORE

AMERICAN BLIND & WALLPAPER FACTORY, INC. (DELAWARE CORPORATION)
909 NORTH SHELDON ROAD
PLYMOUTH, MI 48170

FOR: MAIL ORDER CATALOG SERVICES AND ONLINE ORDERING SERVICES FEATURING BLINDS, DRAPERIES, WALL AND WINDOW COVERINGS, AND HOME FURNISHINGS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 5-0-2003; IN COMMERCE 5-0-2003.

OWNER OF U.S. REG. NOS. 1,463,548 AND 2,022,925.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BLINDS, WALLPAPER", APART FROM THE MARK AS SHOWN.

SEC. 2(F).

SN 76-486,968, FILED 1-31-2003.

JAMES A. RAUEN, EXAMINING ATTORNEY



## CERTIFICATE OF REGISTRATION
### PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Director of the United States Patent and Trademark Office; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are part of this certificate.*

*To avoid CANCELLATION of the registration, the owner of the registration must submit a declaration of continued use or excusable non-use between the fifth and sixth years after the registration date. (See next page for more information.) Assuming such a declaration is properly filed, the registration will remain in force for ten (10) years, unless terminated by an order of the Commissioner for Trademarks or a federal court. (See next page for information on maintenance requirements for successive ten-year periods.)*



Jon W. Dudas

Director of the United States Patent and Trademark Office

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

Reg. No. 2,991,126

## United States Patent and Trademark Office

Registered Sep. 6, 2005

### SERVICE MARK
### PRINCIPAL REGISTER

## AMERICAN BLIND AND WALLPAPER FACTORY

AMERICAN BLIND AND WALLPAPER FAC-
TORY, INC. (DELAWARE CORPORATION)
909 NORTH SHELDON ROAD
PLYMOUTH, MI 41870

FOR: MAIL ORDER CATALOG SERVICES AND
ONLINE ORDERING SERVICES FEATURING
BLINDS, DRAPERIES, WALL AND WINDOW COV-
ERINGS, AND HOME FURNISHINGS , IN CLASS 35
(U.S. CLS. 100, 101 AND 102).

FIRST USE 5-0-1986; IN COMMERCE 5-0-1986.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,463,548 AND
2,022,925.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE BLIND AND WALLPAPER FAC-
TORY, APART FROM THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 76-562,033, FILED 11-26-2003.

HOWARD SMIGA, EXAMINING ATTORNEY

Int. Cl.: **20**

Prior U.S. Cl.: **32**

**Reg. No. 1,463,548**

## United States Patent and Trademark Office     Registered Nov. 3, 1987

---

### TRADEMARK
#### PRINCIPAL REGISTER



AMERICAN BLIND FACTORY, INC. (MICHI-
GAN CORPORATION)
SUITE 750
3000 TOWN CENTER
SOUTHFIELD, MI 48075

FOR: WINDOW BLINDS, IN CLASS 20 (U.S.
CL. 32).
FIRST USE 4-10-1986; IN COMMERCE
4-10-1986.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BLIND FACTORY", APART
FROM THE MARK AS SHOWN.
THE LINING IN THE DRAWING DOES NOT
REPRESENT COLOR.

SER. NO. 651,046, FILED 3-23-1987.

JACQUELINE W. ABRAMS, EXAMINING AT-
TORNEY

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

**AMERICAN BLIND & WALLPAPER FACTORY, INC.,** a Delaware corporation,

99-73972

GERALD ROSEN

Plaintiff,

vs.

HONORABLE _____

**AMERICAN BLINDS FACTORY, INC.** d/b/a **AMERICAN BLINDS AND DECORATING CENTERS,** a Florida corporation,

CIVIL ACTION NO. _____

Defendant.

ERNIE L. BROOKS (P 22875)
GEORGE R. MOSHER (P 18015)
MARIA FRANEK ANGILERI (P 45243)
**BROOKS & KUSHMAN P.C.**
1000 Town Center
Twenty-Second Floor
Southfield, Michigan 48075
(248) 358-4400

SUSAN J. GREENSPON
**KOVITZ, SHIFRIN & WAITZMAN**
750 Lake Cook Road, Suite 350
Buffalo Grove, Illinois 60089
(847) 537-0500

*Attorneys for Plaintiffs*

U.S. DIST. COURT CLERK
EAST DIST. MICH.
DETROIT
'99 AUG 10 P4:10

## <u>COMPLAINT AND JURY DEMAND</u>

**BK**
LAW OFFICES
OKS & KUSHMAN P.C.
000 TOWN CENTER
ENTY-SECOND FLOOR
UTHFIELD, MI 48075

(248) 358-4400

ABWF 000135

Plaintiff, American Blind & Wallpaper Factory, Inc., by its attorneys, alleges for its Complaint against defendant, American Blinds Factory, Inc. doing business as American Blinds and Decorating Centers, as follows:

## I.  THE PARTIES AND JURISDICTION

1.    Plaintiff, American Blind & Wallpaper Factory, Inc. (hereinafter referred to as "American"), is a Delaware corporation having its principal place of business at 909 N. Sheldon Road, Plymouth, Michigan 48170.

2.    Upon information and belief, defendant, American Blinds Factory, Inc. (hereinafter referred to as "Defendant"), a Florida corporation, is the owner of and does business as American Blinds and Decorating Centers at 6500 14th Street W., Bradenton, Florida 34207.

3.    This Court has subject matter jurisdiction over the claims herein pursuant to 15 U.S.C. §§ 1121 and 1125 and 28 U.S.C. §§ 1331 and 1338 in that this case arises under the trademark laws of the United States.

4.    This Court has supplemental jurisdiction over the Michigan state law claims pleaded herein pursuant to 28 U.S.C. § 1367 because those claims are so related to claims in the action within such original jurisdiction that they form the same case or controversy.



LAW OFFICES
ROOKS & KUSHMAN P.C.
1000 TOWN CENTER
TWENTY-SECOND FLOOR
SOUTHFIELD, MI 48075
—
(248) 358-4400

1

ABWF 000136

## II. AMERICAN'S EXCLUSIVE RIGHTS TO USE "AMERICAN BLIND" IN CONNECTION WITH THE SALE OF WINDOW TREATMENTS AND WALLPAPER PRODUCTS

**A.    American's Activities**

5.    American is in the business of selling special order window treatments and wallpaper at discounted prices to the general public via mail order and its web site on the Internet.

6.    In April 1986, American adopted and began using the mark "AMERICAN BLIND FACTORY" in connection with the sale and advertising of special order window treatments.  In 1988, American expanded its mail order business and began selling special order wallpaper together with window treatments.  At that time, American adopted and began using the mark "AMERICAN BLIND & WALLPAPER FACTORY."

7.    American has continuously and exclusively used the marks "AMERICAN BLIND FACTORY" and "AMERICAN BLIND & WALLPAPER FACTORY" on a national basis in connection with the sale and advertising of its products.

8.    Since its incorporation in April 1986, American has continuously been referred to, identified, and known by its customers and the public as "AMERICAN BLIND."

9.    Pursuant to federal law, American registered its mark "AMERICAN BLIND FACTORY" in the United States Patent and Trademark Office.  Registration No. 1,463,548 has become incontestible and is valid and subsisting, uncancelled and unrevoked.  A copy of U.S. Registration No. 1,463,548 is attached as Ex. A.



LAW OFFICES
:ooks & Kushman P.C.
1000 TOWN CENTER
WENTY-SECOND FLOOR
SOUTHFIELD, MI 48075

(248) 358-4400

2

ABWF 000137

10.    Pursuant to federal law, American registered its mark "AMERICAN BLIND & WALLPAPER FACTORY" in the United States Patent and Trademark Office. A copy of U.S. Registration No. 2,022,925 is attached as Ex. B.

11.    Over the years, American has expended great effort and expense in promoting its products and has prominently featured the tradenames and trademarks "AMERICAN BLIND FACTORY" and/or "AMERICAN BLIND & WALLPAPER FACTORY" in its advertising.

12.    American's magazine advertisements reach tens of millions of people every month.

13.    Moreover, American's magazine advertisements are published monthly in well known publications, including, for example, *Better Homes and Gardens*®, *Good Housekeeping*®, *Southern Living*®, *Country Living*® and *Home*®. For example, *Better Homes and Gardens*® alone is viewed by over 34 million people each month. Necessarily, these people are exposed to American's ads.

14.    In order to provide efficient and quality service, American currently has over 500 employees who are available to take customer orders 7 days a week, 15-18 hours a day.

15.    American's sales operators receive thousands of telephone calls every day from customers who wish to place orders or request product information. This response has been generated primarily by American's tremendous advertising activity, including its ads in national magazine publications.



LAW OFFICES
ROOKS & KUSHMAN P.C.
1000 TOWN CENTER
TWENTY-SECOND FLOOR
SOUTHFIELD, MI 48075

(248) 358-4400

3

ABWF 000138

16.    American's sales of special order window treatments and wallpaper has steadily increased from 1986 to the present.

17.    This tremendous financial success is due in large part to American's loyal customers -- nearly 75% of its sales are generated by repeat and referral business.

18.    American also offers its customers the ability to purchase products on-line at its web site "AMERICANBLINDS.COM."

19.    Currently, in excess of tens of thousands of people visit American's "AMERICANBLINDS.COM" web site monthly.

20.    American's sales of special order window treatments and wallpaper via the Internet are significant and amount to millions of dollars.

21.    Because of American's constant exposure to a larger national market and electronic commerce market via the Internet, American has established recognition for the name "AMERICAN BLIND" and its tradenames and trademarks "AMERICAN BLIND FACTORY" and "AMERICAN BLIND & WALLPAPER FACTORY" for its retail mail order service in the field of wall and window coverings.

22.    As a result of American's continuous use and extensive promotion of the tradenames and trademarks "AMERICAN BLIND FACTORY" and/or "AMERICAN BLIND



LAW OFFICES
BROOKS & KUSHMAN P.C.
1000 TOWN CENTER
TWENTY-SECOND FLOOR
SOUTHFIELD, MI 48075

(248) 358-4400

4

ABWF 000139

& WALLPAPER FACTORY," these names and marks and the name "AMERICAN BLIND" have become distinctive of American and its goods and services.

**B.      Defendant's Activities**

23.      Upon information and belief, American and Defendant are competitors in the window blinds and draperies business.

24.      Upon information and belief, subsequent to American's use of "AMERICAN BLIND FACTORY" and "AMERICAN BLIND & WALLPAPER FACTORY" as above alleged, with actual or constructive knowledge of American's use and registrations of "AMERICAN BLIND FACTORY" and "AMERICAN BLIND & WALLPAPER FACTORY," Defendant began using, and continues to use, "AMERICAN BLINDS AND DECORATING CENTERS" as its d/b/a, tradename and trademark, and "AMERICAN BLINDS FACTORY, INC." as its corporate name, for window blinds and draperies and in connection with Defendant's web site "http:/www.americanblinds.net" in unfair competition with American in the State of Michigan and in this District.

25.      Defendant's unauthorized use of "AMERICAN BLINDS" as part of its d/b/a, tradename, and trademark "AMERICAN BLINDS AND DECORATING CENTER," and its corporate name "AMERICAN BLINDS FACTORY, INC.," in connection with blinds and draperies, and on its web site located at "http:/www.americanblinds.net," is likely to cause and is causing actual confusion, mistake and deception in the marketplace.



LAW OFFICES
ᴛᴏᴏᴋs & Kᴜsʜᴍᴀɴ **P.C.**
1000 TOWN CENTER
WENTY-SECOND FLOOR
SOUTHFIELD. MI 48075

(248) 358-4400

5

ABWF 000140

26.   Defendant is deriving a benefit solely from American's well-established name "AMERICAN BLIND," its tradenames, trademarks, reputation, advertising and promoting efforts and expenditures.

27.   In a letter of June 23, 1999, American's counsel requested Defendant to stop use of "AMERICAN BLINDS" and "AMERICAN BLINDS FACTORY" as part of its tradename and trademark in connection with the sale of window blinds and draperies and in connection with its web site on the Internet. (Ex. C.)

28.   Defendant's violation of American's rights and otherwise unfair competitive practices as above alleged have been willful and deliberate.

29.   American has sustained injury caused by Defendant's acts, including irreparable injury.

30.   Defendant's unlawful acts will continue unless enjoined by the Court.



LAW OFFICES
ᴵᴼOKS & KᴜSHMAN P.C.
1000 TOWN CENTER
ᵂENTY-SECOND FLOOR
SOUTHFIELD. MI 48075

(248) 358-4400

6

ABWF 000141

### III.  COUNT I -- TRADEMARK INFRINGEMENT - 15 U.S.C. § 1114

31.  The allegations of paragraphs 1 through 30 are incorporated herein by reference.

32.  Defendant's use of "AMERICAN BLINDS" as part of its d/b/a, tradename, and trademark "AMERICAN BLINDS AND DECORATING CENTERS," and its corporate name "AMERICAN BLINDS FACTORY, INC.," in connection with the sale of window blinds and draperies and in connection with Defendant's web site at "http:/www.americanblinds.net," is likely to cause, has caused, and is causing confusion, mistake or deception in the marketplace between American and Defendant.

33.  Defendant's use of "AMERICAN BLINDS" as part of its d/b/a, tradename, and trademark "AMERICAN BLINDS AND DECORATING CENTERS," and its corporate name "AMERICAN BLINDS FACTORY, INC.," in connection with the sale of window blinds and draperies and in connection with Defendant's web site at "http:/americanblinds.net," creates the likelihood that the public will believe that Defendant and its window blind and drapery products and web site are affiliated with, sponsored by or approved by American -- which they are not.

34.  Defendant's conduct is likely to cause, has caused, and is causing actual confusion, mistake or deception as to the true source, sponsorship and origin of Defendant's goods and services and web site, thereby harming American's reputation, and diverting American's sales and goodwill to Defendant.

35.  Defendant, by the acts complained of herein, has infringed American's trademark rights in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114.



LAW OFFICES
ROOKS & KUSHMAN P.C.
1000 TOWN CENTER
TWENTY-SECOND FLOOR
SOUTHFIELD, MI 48075

(248) 358-4400

7

ABWF 000142

36.    Defendant's infringing acts have been, and are being committed, with the purpose and intent of appropriating and trading upon American's goodwill and reputation symbolized by American's distinctive name "AMERICAN BLIND" and its tradenames and trademarks "AMERICAN BLIND FACTORY" and "AMERICAN BLIND & WALLPAPER FACTORY."

37.    Defendant's actions are material and willful.

38.    American has notified Defendant of the infringing acts and demanded that Defendant discontinue all infringing uses of "AMERICAN BLINDS," as shown by Ex. C, attached hereto.

39.    By reason of Defendant's activities, American has suffered actual damage and irreparable injury in this District and elsewhere.

40.    American has no adequate remedy at law.

41.    Unless Defendant is enjoined from continuing the wrongful acts, the irreparable damage to American will continue.



LAW OFFICES
ЮOOKS & KUSHMAN P.C.
1000 TOWN CENTER
WENTY-SECOND FLOOR
SOUTHFIELD, MI 48075

(248) 358-4400

8

ABWF 000143

## IV. COUNT II -- LANHAM ACT 43(a) - UNFAIR COMPETITION

42.    The allegations of paragraphs 1 through 41 are incorporated herein by reference.

43.    By its unauthorized use of "AMERICAN BLINDS" and "AMERICAN BLINDS FACTORY," Defendant has used in commerce in connection with its goods or services and in connection with its web site, a false designation of origin, false or misleading description of fact, and false or misleading representation of fact, which is likely to cause, has caused, and is causing actual confusion, mistake, and deception that Defendant and its goods or services, commercial activities and web site are affiliated with, sponsored by, or approved by American, which they are not.

44.    Defendant's conduct is likely to cause, has caused, and is causing actual confusion, deception and mistake as to the true source, sponsorship and origin of Defendant's goods or services and web site, thereby harming American's reputation and diverting American's goodwill to Defendant, all in violation of 15 U.S.C. § 1125(a).

45.    Upon information and belief, Defendant's infringing acts have been and are being committed with the purpose and intent of appropriating and trading upon American's goodwill and reputation symbolized by American's distinctive name "AMERICAN BLIND" and its tradenames and trademarks "AMERICAN BLIND FACTORY" and "AMERICAN BLIND & WALLPAPER FACTORY."

46.    Defendant's actions constitute an intent to palm-off or benefit from the name and reputation of American and American's goods and services.

47.    Defendant's actions are material and willful.



LAW OFFICES
BROOKS & KUSHMAN P.C.
1000 TOWN CENTER
TWENTY-SECOND FLOOR
SOUTHFIELD, MI 48075

(248) 358-4400

9

ABWF 000144

48.    American has been injured in its business by Defendant's unfair competitive conduct, and such injury is irreparable.

49.    American has no adequate remedy at law.  Unless Defendant is enjoined from continuing the wrongful acts, the irreparable damage to American will continue.

LAW OFFICES
:ooks & Kushman P.C.
1000 TOWN CENTER
WENTY-SECOND FLOOR
SOUTHFIELD. MI 48075

(248) 358-4400

10

ABWF 000145

## V.  COUNT III -- COMMON LAW TRADEMARK INFRINGEMENT

50.    The allegations of paragraphs 1 through 49 are incorporated herein by reference.

51.    Defendant's unauthorized use of "AMERICAN BLINDS" and "AMERICAN BLINDS FACTORY" is likely to cause confusion, to cause mistake, and constitutes trademark infringement under the common law of Michigan.

52.    American has been injured in its business by Defendant's infringement.

**RK**

LAW OFFICES
ROOKS & KUSHMAN P.C.
1000 TOWN CENTER
TWENTY-SECOND FLOOR
SOUTHFIELD, MI 48075

(248) 358-4400

11

ABWF 000146

## VI.  COUNT IV -- COMMON LAW UNFAIR COMPETITION

53.    The allegations of paragraphs 1 through 52 are incorporated herein by reference.

54.    Defendant's unauthorized use of "AMERICAN BLINDS" and "AMERICAN BLINDS FACTORY" is likely to cause confusion, to cause mistake, and constitutes unfair competition under the common law of Michigan.

55.    American has been injured in its business by such unfair competitive conduct of Defendant.

BK

LAW OFFICES
tOOKS & KUSHMAN P.C.
1000 TOWN CENTER
WENTY-SECOND FLOOR
SOUTHFIELD, MI 48075

(248) 358-4400

12

ABWF 000147

## VII. PRAYER FOR RELIEF

WHEREFORE, American requests entry of a judgment providing relief as follows:

A.      Defendant and its officers, agents, servants, representatives, employees, successors, attorneys, and all persons or entities in active concert or privity with them who receive actual notice of this Court's judgment, be preliminarily and permanently enjoined and restrained:

(i)      from using, attempting to use, or causing to be used, including but not limited to, registering, attempting to register, or causing to be registered, either directly or through agents, servants, representatives, successors, assigns or other individuals or entities (collectively "other entities"), "AMERICAN BLIND," "AMERICAN BLINDS," or "AMERICAN BLINDS FACTORY," or any variations thereof, or any other mark or domain name confusingly similar thereto, likely to cause injury to American's business reputation, in connection with any commercial activity on the Internet or in any other medium;

(ii)      from using in any manner "AMERICAN BLIND," "AMERICAN BLINDS," or "AMERICAN BLINDS FACTORY," or any variations thereof, or any other mark or domain name confusingly similar thereto, in connection with the advertising and sale of blinds and draperies in such a manner that is likely to create the erroneous belief that said goods or services are authorized by, sponsored by, licensed by or are in some way associated with American;



LAW OFFICES
BROOKS & KUSHMAN P.C.
1000 TOWN CENTER
TWENTY-SECOND FLOOR
SOUTHFIELD, MI 48075

(248) 358-4400

13

ABWF 000148

(iii)    from listing, printing, posting, indexing, linking, storing, or otherwise associating, either directly or through other entities, "AMERICAN BLIND," "AMERICAN BLINDS," or "AMERICAN BLINDS FACTORY," or any variations thereof, or any other mark or domain name confusingly similar thereto, likely to cause injury to American's business reputation, in connection with any commercial activity in any form including, but not limited to, visible, invisible, encrypted, searchable, or non-searchable forms, within web sites, pages, home pages, Internet sites, Internet pages, databases, programs, or any other storage means, either temporary or permanent, on the Internet or any other medium;

(iv)    from disseminating, using or distributing any web site pages, advertising or Internet code words or titles, or any other promotional materials whose appearance so resembles the web site pages or marks used by American, so as to create a likelihood of confusion, mistake or deception;

(v)    from using "AMERICAN BLIND," "AMERICAN BLINDS," or "AMERICAN BLINDS FACTORY," or any variations thereof, or any other mark confusingly similar thereto, or likely to cause injury to American's business reputation, as a domain name or in any other medium; and

(vi)    from otherwise engaging in acts or conduct which would cause consumers to erroneously believe that Defendant's web site, goods or services are somehow sponsored by, authorized by, licensed by or in any other way associated with American.



LAW OFFICES
ROOKS & KUSHMAN P.C.
1000 TOWN CENTER
TWENTY-SECOND FLOOR
SOUTHFIELD, MI 48075

(248) 358-4400

14

B.    The Court order an accounting to determine **Defendant's or its affiliates'** profits derived by Defendant from their use of "AMERICAN BLINDS" and "AMERICAN BLINDS FACTORY" for all damages sustained by American by **reason of said acts** of willful infringement and unfair competition complained of herein, and that such **profits be paid over** to American, increased as the Court finds to be just under the circumstances of this case.

C.    The Court order Defendant to pay to American treble the amount of all damages suffered by American as a result of Defendant's willful act of **trademark** infringement and unfair competition.

D.    The Court find that this is an "exceptional **case**" and award American reasonable attorney fees, in addition to its costs in this action, **and pre-judgment** and post-judgment interest pursuant to 15 U.S.C. § 1117.

E.    The Court order Defendant to file in this Court **and serve** on American's counsel, Maria Franek Angileri, within thirty (30) days after **the entry** and service on Defendant of an injunction, a written report under oath setting **forth in detail** the manner and form in which Defendant has complied with the terms of the injunction with respect to all counts entered by this Court.

F.    That American have such other and further relief as the Court shall deem just and equitable.



LAW OFFICES
Brooks & Kushman P.C.
1000 TOWN CENTER
TWENTY-SECOND FLOOR
SOUTHFIELD, MI 48075

(248) 358-4400

15

**ABWF 000150**

## VIII.  JURY DEMAND

American demands a trial by jury for all issues so triable in this matter.

Respectfully submitted,

By: _Maria F Angileri_

ERNIE L. BROOKS (P22875)
GEORGE R. MOSHER (P18015)
MARIA FRANEK ANGILERI ( P45243)
**BROOKS & KUSHMAN P.C.**
Attorneys for Plaintiff
1000 Town Center
Twenty-Second Floor
Southfield, Michigan 48075
(248) 358-4400

Dated: August 10, 1999

-and-

SUSAN J. GREENSPON
**KOVITZ, SHIFRIN & WAITZMAN**
750 Lake Cook Road, Suite 350
Buffalo Grove, Illinois 60089
(847) 537-0500



LAW OFFICES
BROOKS & KUSHMAN P.C.
1000 TOWN CENTER
TWENTY-SECOND FLOOR
SOUTHFIELD, MI 48075

(248) 358-4400

16

ABWF 000151

A

ABWF 000152

Prior U.S. Cl · 32

## United States Patent and Trademark Office

Reg. No. 1,463,548
Registered Nov. 3, 1987

**TRADEMARK**
**PRINCIPAL REGISTER**

COMd AFFIDAVIT
SECTION 8 & 15
1 0 AUG 1993



AMERICAN BLIND FACTORY, INC. (MICHI-
GAN CORPORATION)
SUITE 750
X000 TOWN CENTER
SOUTHFIELD, MI 48075

FOR: WINDOW BLINDS, IN CLASS 20 (U.S.
CL. 32).
FIRST USE 4-10-1986; IN COMMERCE
4-10-1986.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BLIND FACTORY", APART
FROM THE MARK AS SHOWN.
THE LINING IN THE DRAWING DOES NOT
REPRESENT COLOR.

SER. NO. 651,046, FILED 3-23-1987.

JACQUELINE W. ABRAMS, EXAMINING AT-
TORNEY

ABWF 000153

B

ABWF 000154

Prior U.S. C   100 and 101

Reg. No. 2,022,92!
Registered Dec. 17, 199(

## United States Patent and Trademark Office

### SERVICE MARK
### PRINCIPAL REGISTER



COLOR TILE, INC. (DELAWARE CORPORA-
TION)
515 HOUSTON STREET
FORT WORTH, TX 76102

FOR: RETAIL MAIL ORDER SERVICES IN
THE FIELD OF WALL AND WINDOW COV-
ERINGS, IN CLASS 42 (U.S. CLS. 100 AND 101).
FIRST USE 5-0-1986; IN COMMERCE
5-0-1986.

OWNER OF U.S. REG. NO. 1,463,548.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BLIND & WALLPAPER FAC-
TORY", APART FROM THE MARK AS
SHOWN.
THE LINING SHOWN IN THE DRAWING IS
A FEATURE OF THE MARK AND NOT IN-
TENDED TO INDICATE COLOR.

SER. NO. 74-636,528, FILED 2-21-1995.

MICHELLE MOONEY RITCHY, EXAMINING
ATTORNEY

TOTAL P.03

ABWF 000155

C

ABWF 000156

## Lovitz Shifrin Waitzman

### A PROFESSIONAL CORPORATION

SUSAN J. GREENSPON
RICHARD W. HILLSBERG
RONALD J. KAPUSTKA
ROBERT B. KOGEN
ALAN D. ROVITZ
ROBERT B. NESBIT
LESTER A. OTTENHEIMER, III
BRIAN M. ALBIN
JORDAN H. SHIFRIN
GERALD J. SMOLLER
ROBERT A. STRENBERG
EDWARD P. TENHOULAS
GARY R. WAITZMAN
JEFFREY S. YOUNGERMAN

750 LAKE COOK ROAD
SUITE 350
BUFFALO GROVE, ILLINOIS 60089-2073
(847) 537-0500
FAX: (847) 537-0550

200 NORTH LASALLE STREET
SUITE 2330
CHICAGO, ILLINOIS 60601-1405
(312) 372-3227
FAX: (312) 372-4646

E-MAIL: mail@lswm.com
www.lswm.com

KEARY T. BARTELL
MICHAEL S. JACOBS
REENA JUROW-SCHIFFMAN
JOLIE K. KAPLAN
MATTHEW L. MOODHE
PAMELA J. PARK
GERALD A. SAUVE
DIANE J. SILVERBERG
JUDITH L. SMITH
REBECCA L. SWISZEL

OF COUNSEL
STEPHEN D. SHARP
LARRY A. SIEGEL

SENIOR COUNSELLOR
ROBERT J. LEY

REPLY TO:   **Buffalo Grove**

**CERTIFIED MAIL - RETURN RECEIPT REQUESTED
FEDERAL EXPRESS**

June 23, 1999

American Blinds Factory, Inc.
Attn: Michael T. Starr, President
6500 B 14th Street West
Bradenton, FL 34207

Re:    American Blind and Wallpaper Factory, Inc.

Please be advised that we represent American Blind and Wallpaper Factory, Inc. ("ABWF"). In connection therewith, it has come to our attention that you own and operate a company, "American Blinds Factory, Inc." doing business as "American Blinds & Decorating Centers" and that you are operating a web site under the URL "WWW.AMERICANBLINDS.NET".

As you may or may not be aware, "American Blind Factory" and "American Blind and Wallpaper Factory" are both registered trademarks with the United States Trademark Office owned by ABWF. In addition, ABWF has been using its corporate name in the home decorating business for over half a century and is extremely well known nationwide since ABWF has over four million customers coast-to-coast. ABWF has also had a strong Internet presence since 1997 and owns and operates it web site under the URL "WWW.AMERICANBLINDS.COM". Therefore, your use of the name "American Blinds" for the sale of blinds is not only a violation of both trademark and trade name law but also rises to the level of copyright infringement. In addition, your similar name to ABWF and similar URL on the Internet creates an extreme likelihood of confusion in the market place with the average consumer. You are therefore hereby instructed to immediately cease and desist any and all use of the names "American Blinds Factory, Inc." and "American Blinds & Decorating Centers"; and to immediately cease and desist any and all use of the URL "WWW.AMERICANBLINDS.NET".

K:\ETA\SJG\AMERICAN\cease&desistltr2.wpd

ABWF 000157

*Law Office*
### Kovitz Shifrin Waitzman
A PROFESSIONAL CORPORATION

American Blinds, Inc.                    June 23, 1999                    Page 2

Please also note that this demand applies to any advertisements, yellow page or other telephone directory listings or any other printed medium in which you have used the "American Blinds" name for the sale of blinds and other window treatments. In connection therewith, please send in care of the undersigned a full and complete list of any such advertisements, directory listings or other printed materials you have used under the "American Blinds" name.

My client is also hereby demanding an immediate transfer of your URL "WWW.AMERICANBLINDS.NET" in lieu of seeking further legal action against your business and you individually. In the event that this is not an acceptable solution to you, we will be forced to advise our client to take all legal and equitable action as is necessary and proper. Please contact the undersigned within the next 24 hours at 847-537-0500, Ext. 1235 with regard as to how you wish to proceed with this matter.

Very truly yours,

Susan J. Greenspon

SJG/ept
cc:    Steven B. Katzman

K:\ETA\SJG\AMERICAN\cease&desistltr2.wpd

ABWF 000158

1  LATHAM & WATKINS
     Perry J. Viscounty (SB # 132143)
2    Michele D. Johnson (SB # 198298)
   650 Town Center Drive
3  20th Floor
   Costa Mesa, California  92626
4  Telephone:  (714) 540-1235
   Facsimile:  (714) 755-8290
5
   FREEBORN & PETERS
6    Andrew L. Goldstein  (Illinois Bar # 6187568)
   311 South Wacker Drive
7  Chicago, Illinois 60606
   Telephone:  (312) 360-6438
8  Facsimile:  (312) 360-6598

9  Attorneys for Plaintiff
   AMERICAN BLIND AND WALLPAPER
10 FACTORY, INC.

11                 UNITED STATES DISTRICT COURT

12              CENTRAL DISTRICT OF CALIFORNIA

13                    SOUTHERN DIVISION

14

15 AMERICAN BLIND AND WALLPAPER        CASE NO. 01-71 DVC (ANφ)
   FACTORY, INC., a Delaware
16 corporation,                        COMPLAINT FOR

17            Plaintiff,               (1) FEDERAL TRADEMARK CYBERPIRACY
                                           (15 U.S.C. § 1125(d));
18     v.
                                       (2) FEDERAL TRADEMARK
19 ALL AMERICAN MOBILE MINI-               INFRINGEMENT
   BLIND SYSTEMS, INC., a                  (15 U.S.C. § 1114(1)(a));
20 California corporation, and
   DOES 1 through 10, inclusive,       (3) FEDERAL TRADEMARK
21                                         INFRINGEMENT, FALSE
            Defendants.                    DESIGNATION OF ORIGIN, AND
22                                         UNFAIR COMPETITION
                                           (15 U.S.C. § 1125(a));
23
                                       (4) FEDERAL TRADEMARK DILUTION
24                                         (15 U.S.C. § 1125(c));
25
                                       (5) STATE TRADEMARK INFRINGEMENT
26                                         (California common law);

27                                     (6) STATE TRADEMARK DILUTION
                                           (California common law); and

                                       (7) UNFAIR COMPETITION AND FALSE
                                           AND MISLEADING ADVERTISING

LATHAM & WATKINS   OC_DOCS\411726.2 [W97]                    COMPLAINT
ATTORNEYS AT LAW
ORANGE COUNTY              1              ABWF 000177

UNDER CALIFORNIA LAW (Cal. Bus. & Prof. Code §§ 17200 and 17500 and California common law)

**DEMAND FOR JURY TRIAL**

Plaintiff American Blind and Wallpaper Factory, Inc. ("American Blind"), by and through its counsel Freeborn & Peters and Latham & Watkins, complaining of defendants All American Mobile Mini-Blind Systems, Inc. ("All American") and Does 1-10, inclusive (collectively, "Defendants"), states as follows:

<u>NATURE OF CASE</u>

1.    This case arises from Defendants' "cyberpiracy," infringement, and dilution of American Blind's registered service mark and trademark.  Exploiting the notoriety and success of American Blind, Defendants registered, used, and continue to use an Internet domain name, namely, allamericanblind.com, to offer services related to blinds and indirectly to sell blinds through their web site.  This domain name includes American Blind's name, "American Blind" and is confusingly similar to American Blind's registered service mark and trademark.  These acts constitute "cyberpiracy" under Section 43(d) of the Lanham Act, 15 U.S.C. § 1125(d); trademark infringement under the Lanham Act, 15 U.S.C. §§ 1114(1) and 1125(a), and California common law; dilution of American Blind's "famous" marks in violation Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c), and California common law; and unfair competition and false and misleading advertising under California Business & Professions Code §§ 17200 and 17500. Defendants have also realized and continue to realize profits

1  and other benefits rightfully belonging to American Blind.

2  Accordingly, American Blind seeks an award of damages as well as

3  attorneys' fees and expenses for Defendants' willful and wanton

4  conduct.  Moreover, Defendants have indicated that they intend

5  to continue their course of conduct wrongfully to pirate,

6  infringe upon, and dilute American Blind's proprietary rights in

7  its registered marks.  Unless enjoined, Defendants will cause

8  further irreparable injury, leaving American Blind with no

9  adequate remedy at law.

### PARTIES

10

11      2.    American Blind is a Delaware corporation with its

12  principal place of business at 909 North Sheldon Road, Plymouth,

13  Michigan.

14      3.    Upon information and belief, All American is, or

15  was, a California corporation with a principal place of business

16  located at 23052 Alicia Parkway, PMB H202, Mission Viejo,

17  California.

18      4.    American Blind lacks the true names and

19  capacities of the defendants sued herein as Does 1 through 10,

20  inclusive, and therefore sues these defendants by such

21  fictitious names.  American Blind will seek leave to amend this

22  Complaint to allege their true names and capacities when they

23  have been ascertained.  American Blind is informed and believes

24  and thereon alleges that defendants Does 1 through 10,

25  inclusive, are individuals or entities doing business in the

26  Central District of California.  American Blind is further

27  informed and believes and thereon alleges that each of the

28  defendants designated herein as a Doe is responsible in some

LATHAM & WATKINS
ATTORNEYS AT LAW
ORANGE COUNTY

OC_DOCS\411726.2 [W97]

3

ABWF 000179

COMPLAINT

1  manner for the events and happenings herein alleged, as well as

2  for the damages alleged.

3      5.   American Blind is informed and believes and

4  thereon alleges that each defendant was the agent or employee of

5  each of the remaining defendants, and in doing the acts

6  hereinafter alleged, was acting in the course and scope of such

7  agency.

## JURISDICTION AND VENUE

8

9      6.   This is an action arising under the Lanham Act,

10 15 U.S.C. §§ 1114(1)(a), 1125(a), 1125(c), and 1125(d), the

11 California Business and Professions Code §§ 17200 and 17500, and

12 the laws of trademark infringement, dilution, and unfair

13 competition under the common law of the State of California.

14 This Court has jurisdiction under 15 U.S.C. § 1121, 28 U.S.C. §§

15 1331, 1338(a) and (b), and 1367.

16     7.   Venue is proper in this district under 28 U.S.C.

17 §§ 1391(b) and (c) and 1400(a), in that the Defendants may be

18 found in this district and the activities giving rise to the

19 claims alleged herein occurred in this district.

## STATEMENT OF FACTS

20

21     8.   American Blind hereby restates and incorporates

22 by reference paragraphs 1 through 5 above, as though fully set

23 forth herein.

24     9.   Since 1986, American Blind has been using its

25 corporate name and marks in the home decorating business.

26 American Blind offers a variety of products for sale, including

27 blinds and other window coverings.

28     10.  American Blind is recognized and well known in

ABWF 000180    COMPLAINT

1  the home decorating industry and to consumers as "American

2  Blind."

3       11.   American Blind is the owner of and has the

4  exclusive rights to use the following marks registered with the

5  United States Patent and Trademark Office:

| Mark | Reg. Number | Reg. Date |
|------|-------------|-----------|
| AMERICAN BLIND & WALLPAPER FACTORY | 2022925 | 12/17/96 |
| AMERICAN BLIND FACTORY | 1463548 | 11/03/87 |

11  (True and accurate copies of these registrations are attached

12  hereto as Exhibit A.)   The foregoing marks are hereinafter

13  collectively referred to as the "American Blind Marks."

14       12.   American Blind has been in the home decorating

15  business for over a half century and has over four million

16  customers coast-to-coast.  As a result of long and continuous

17  use by American Blind in connection with the sale of blinds and

18  extensive marketing, advertising, and sales by American Blind

19  throughout the United States, the American Blind Marks have

20  become "famous" and distinctive.

21       13.   Since 1997, American Blind has extensively

22  utilized the Internet as a marketing channel for its home

23  decorating business, including the sale of blinds and other

24  window coverings.

25       14.   American Blind owns and actively uses the

26  Internet domain names AMERICANBLIND.COM, AMERICANBLINDS.COM and

27  ALLAMERICANBLINDS.COM.

28       15.   On information and belief, Defendants registered

LATHAM & WATKINS
ATTORNEYS AT LAW
ORANGE COUNTY

OC_DOCS\411726.2 [W97]

ABWF 000181

COMPLAINT

1  the Internet domain name ALLAMERICANBLIND.COM (the "Domain

2  Name") on or about June 12, 1997.

3      16.  On information and belief, Defendants have

4  indirectly sold and offered to sell blinds through their dealers

5  and advertised such blinds and other services related to blinds,

6  and continue indirectly to sell, offer to sell, and advertise

7  blinds and services related to blinds through their web site

8  located at *www.allamericanblind.com*.

9      17.  On October 1, 1999, American Blind, through its

10  former attorneys, Kovitz Shifrin & Waitzman, sent a letter to

11  All American advising All American that its use of the Domain

12  Name in connection with blinds and related services through All

13  American's web site infringed upon American Blind's proprietary

14  rights and demanding that All American (a) cease all use of the

15  Domain Name, and (b) transfer the Domain Name to American Blind

16  in lieu of American Blind seeking further legal action against

17  All American.  (A true and accurate copy of such letter is

18  attached hereto as Exhibit B.)  American Blind has subsequently

19  sent additional letters to All American repeating these demands,

20  but All American has indicated its intention not to comply with

21  these demands.

**FIRST CLAIM FOR RELIEF**

**(Federal Trademark Cyberpiracy - 15 U.S.C. § 1125(d))**

**(Against All Defendants)**

25      18.  American Blind hereby restates and incorporates

26  by reference paragraphs 1 through 17 above, as though fully set

27  forth herein.

28      19.  The American Blind Marks were famous and

1  distinctive at the time of Defendants' registration of the

2  Domain Name.

3      20.  Defendants have had and continue to have a bad

4  faith intent to profit from the American Blind Marks by

5  diverting and confusing customers who attempt to locate and

6  access American Blind's goods and services through the Internet.

7      21.  Defendants have registered and used and continue

8  to use the Domain Name, which is substantially similar to, and

9  dilutes, the American Blind Marks.

10     22.  Defendants' acts constitute "cyberpiracy" of the

11 American Blind Marks in violation of the Lanham Act, 15 U.S.C. §

12 1125(d).

13     23.  The aforesaid conduct of Defendants is

14 intentional, malicious, and wanton in that Defendants registered

15 and used and continue to use the Domain Name (i) with full

16 knowledge that American Blind owns and has the exclusive right

17 to use the American Blind Marks, (ii) with the intention of

18 profiting from the American Blind Marks, (iii) with the

19 intention of eliminating competition from American Blind, and

20 (iv) after repeated notices from American Blind to cease their

21 cyberpiracy activities.

22     24.  As a result of Defendants' aforesaid conduct,

23 American Blind has suffered, and will continue to suffer, unless

24 said conduct is enjoined by this Court, a substantial loss of

25 revenues and irreparable harm.

26 ///

27 ///

28 ///

## SECOND CLAIM FOR RELIEF

### (Federal Trademark Infringement - 15 U.S.C. § 1114(1)(a))

### (Against All Defendants)

25.  American Blind hereby restates and incorporates by reference paragraphs 1 through 24 above, as though fully set forth herein.

26.  By virtue of American Blind's aforesaid extensive use, advertising, and promotion of the American Blind Marks, the public has come to associate use of the terms "American Blind" with American Blind and the services rendered by them, and American Blind has acquired extensive goodwill and a high-quality reputation which is symbolized and represented by the American Blind Marks.

27.  Defendants' use of the web site located at *www.allamericanblind.com* in connection with services related to blinds has caused and is likely to continue to cause confusion, mistake, or deception as to the origin of Defendants' goods and services, to mislead purchasers and potential purchasers of American Blind services and products, and to mislead purchasers and potential purchasers of the parties' services into believing that Defendants' services originate from, are affiliated with, or are sponsored by American Blind.

28.  The aforesaid acts of Defendants constitute infringement of American Blind's federally registered marks.

29.  The aforesaid conduct of Defendants is intentional, malicious, and wanton in that Defendants infringed and continue to infringe the American Blind Marks (i) with full knowledge that American Blind owns and has the exclusive right

LATHAM & WATKINS
ATTORNEYS AT LAW
ORANGE COUNTY

OC_DOCS\411726.2 [W97]

8

ABWF 000184

COMPLAINT

1  to use the American Blind Marks, (ii) with the intention of

2  causing a likelihood of confusion and mistake and to deceive,

3  (iii) with the intention of eliminating competition from

4  American Blind, and (iv) after repeated notices from American

5  Blind to cease their infringing activities.

6      30.   On information and belief, the aforesaid acts of

7  infringement by Defendants have caused monetary damage, loss,

8  and injury to American Blind in an amount to be determined at

9  trial.

10      31.   The aforesaid acts of infringement by Defendants,

11  unless enjoined by this Court, will cause irreparable damage,

12  loss, and injury to American Blind, for which American Blind has

13  no adequate remedy of law.

14                  THIRD CLAIM FOR RELIEF

15  (Federal Trademark Infringement, False Designation of Origin,

16          and Unfair Competition - 15 U.S.C. § 1125(a))

17                  (Against All Defendants)

18      32.   American Blind hereby restates and incorporates

19  by reference paragraphs 1 through 31 above, as though fully set

20  forth herein.

21      33.   Defendants have, without authorization from

22  American Blind, used the Domain Name to offer services related

23  to blinds and indirectly to sell blinds through Defendants' web

24  site.

25      34.   Defendants' use of the Domain Name to offer

26  services related to blinds and indirectly to sell blinds through

27  Defendants' web site has caused and is likely to cause

28  confusion, mistake, and deception to consumers as to the

LATHAM & WATKINS
ATTORNEYS AT LAW
ORANGE COUNTY

OC_DOCS\411726.2 [W97]

9

ABWF 000185

COMPLAINT

1  affiliation, connection, or association of Defendants with

2  American Blind, and as to the origin, sponsorship, or approval

3  of Defendants' goods and services by American Blind.

4      35.  Defendants' unauthorized acts constitute direct

5  infringements of American Blind's rights in the American Blind

6  Marks in violation of the Lanham Act, 15 U.S.C. § 1125(a).

7      36.  The aforesaid conduct of Defendants is

8  intentional, malicious, and wanton in that Defendants infringed

9  and continue to infringe the American Blind Marks (i) with full

10  knowledge that American Blind owns and has the exclusive right

11  to use the American Blind Marks, (ii) with the intention of

12  causing a likelihood of confusion and mistake and to deceive,

13  (iii) with the intention of eliminating competition from

14  American Blind, and (iv) after repeated notices from American

15  Blind to cease their infringing activities.

16      37.  As a result of Defendants' aforesaid conduct,

17  American Blind has suffered, and will continue to suffer, unless

18  said conduct is enjoined by this Court, a substantial loss of

19  revenues and irreparable harm.

20                 **FOURTH CLAIM FOR RELIEF**

21      **(Federal Trademark Dilution - 15 U.S.C. § 1125(c))**

22          **(Against All Defendants)**

23      38.  American Blind hereby restates and incorporates

24  by reference paragraphs 1 through 37 above, as though fully set

25  forth herein.

26      39.  Defendants' use of the Domain Name to offer

27  services related to blinds and indirectly to sell blinds through

28  its web site causes dilution of the distinctive quality of the

LATHAM & WATKINS
ATTORNEYS AT LAW
ORANGE COUNTY

OC_DOCS\411726.2 [W97]

10

COMPLAINT

ABWF 000186

1  "famous" American Blind Marks.

2     40.  Defendants' acts constitute dilution of the

3  American Blind Marks in violation of 15 U.S.C. § 1125(c).

4     41.  The aforesaid conduct of Defendants is

5  intentional, malicious, and wanton in that Defendants used the

6  Domain Name to offer services related to blinds and indirectly

7  to sell blinds and continue to offer services related to blinds

8  and indirectly to sell blinds through Defendants' web site (i)

9  with full knowledge that American Blind owned and had exclusive

10 rights to use the American Blind Marks, (ii) with the intention

11 of diluting the distinctive quality of the American Blind Marks,

12 (iii) with the intention of eliminating competition from

13 American Blind, and (iv) after repeated notices from American

14 Blind to cease their diluting activities.

15     42.  As a result of Defendants' aforesaid conduct,

16 American Blind has suffered, and will continue to suffer, unless

17 said conduct is enjoined by this Court, a substantial loss of

18 revenues and irreparable harm.

19                    **FIFTH CLAIM FOR RELIEF**

20      (State Trademark Infringement - California common law)

21                    (Against All Defendants)

22     43.  American Blind hereby restates and incorporates

23 by reference paragraphs 1 through 42 above, as though fully set

24 forth herein.

25     44.  Defendants have, without authorization from

26 American Blind, used the Domain Name to offer services related

27 to blinds and indirectly to sell blinds through Defendants' web

28 site.

45.   Defendants' use of the Domain Name to offer services related to blinds and indirectly to sell blinds through Defendants' web site has caused and is likely to cause confusion, mistake, and deception to consumers as to the affiliation, connection, or association of Defendants with American Blind, and as to the origin, sponsorship, or approval of Defendants' goods and services by American Blind.

46.   Defendants' unauthorized acts constitute direct infringements of American Blind's rights in the American Blind Marks in violation of California common law.

47.   The aforesaid conduct of Defendants is intentional, malicious, and wanton in that Defendants infringed and continue to infringe the American Blind Marks (i) with full knowledge that American Blind owns and has the exclusive right to use the American Blind Marks, (ii) with the intention of causing a likelihood of confusion and mistake and to deceive, (iii) with the intention of eliminating competition from American Blind, and (iv) after repeated notices from American Blind to cease their infringing activities.

48.   As a result of Defendants' aforesaid conduct, American Blind has suffered, and will continue to suffer, unless said conduct is enjoined by this Court, a substantial loss of revenues and irreparable harm.

## SIXTH CLAIM FOR RELIEF

### (State Trademark Dilution - California common law)

### (Against All Defendants)

49.   American Blind hereby restates and incorporates by reference paragraphs 1 through 48 above, as though fully set

LATHAM & WATKINS
ATTORNEYS AT LAW
ORANGE COUNTY
OC_DOCS\411726.2 [W97]
12
ABWF 000188
COMPLAINT

1   forth herein.

2        50.   Defendants' use of the Domain Name to offer

3   services related to blinds and indirectly to sell blinds through

4   its Web site causes and is likely to cause injury to American

5   Blind's business reputation and dilution of the distinctive

6   quality of the "famous" American Blind Marks.

7        51.   Defendants' acts constitute trademark dilution of

8   the American Blind Marks in violation of the California

9   Trademark Act, Cal. Bus. & Prof. Code § 14330.

10       52.   The aforesaid conduct of Defendants is

11  intentional, malicious, and wanton in that Defendants used the

12  Domain Name to offer services related to blinds and indirectly

13  to sell blinds and continue to offer services related to blinds

14  and indirectly to sell blinds through Defendants' web site (i)

15  with full knowledge that American Blind owned and had exclusive

16  rights to use the American Blind Marks, (ii) with the intention

17  of causing injury to American Blind's business reputation

18  diluting the distinctive quality of the American Blind Marks,

19  (iii) with the intention of eliminating competition from

20  American Blind, and (iv) after repeated notices from American

21  Blind to cease their diluting activities.

22       53.   As a result of Defendants' aforesaid conduct,

23  American Blind has suffered, and will continue to suffer, unless

24  said conduct is enjoined by this Court, a substantial loss of

25  revenues and irreparable harm.

26  ///

27  ///

28  ///

### SEVENTH CLAIM FOR RELIEF

### (Unfair Competition and False and Misleading Advertising Under California Law - Cal. Bus. & Prof. Code §§ 17200 and 17500)

### (Against All Defendants)

54. American Blind hereby restates and incorporates by reference paragraphs 1 through 53 above, as though fully set forth herein.

55. Defendants' aforesaid illegal activities constitute a violation of the California Unfair Practices Act, Cal. Bus. & Prof. Code §§ 17200 and 17500.

56. The aforesaid conduct of Defendants is intentional, malicious, and wanton in that Defendants infringed and continue to infringe the American Blind Marks (i) with full knowledge that American Blind owns and has the exclusive right to use the American Blind Marks, (ii) with the intention of causing a likelihood of confusion and mistake and to deceive, (iii) with the intention of eliminating competition from American Blind, and (iv) after repeated notices from American Blind to cease their unlawful activities.

57. As a result of Defendants' aforesaid conduct, American Blind has suffered, and will continue to suffer, unless said conduct is enjoined by this Court, a substantial loss of revenues and irreparable harm.

### PRAYER FOR RELIEF

WHEREAS, as to all Counts of this Complaint, Defendants will continue their unlawful activities unless enjoined and American Blind's remedy at law is inadequate;

///

LATHAM & WATKINS
ATTORNEYS AT LAW
ORANGE COUNTY

OC_DOCS\411726.2 (W97)

14

ABWF 000190

COMPLAINT

1    THEREFORE, as to all Counts of this Complaint,

2 American Blind requests:

3    a.   Injunctive relief in the form of prohibiting

4 Defendants and their officers, partners, agents, subcontractors,

5 servants, employees, subsidiaries, and related companies or

6 entities, and all other acting in concert or participating with

7 them, from directly or indirectly selling, offering for sale,

8 distributing, or advertising blinds or other goods or services

9 related to blinds by use of the Domain Name or any other

10 Internet domain name which is likely to cause confusion, to

11 cause mistake, or to cause deception with or with respect to

12 American Blind;

13    b.   That Defendants and their officers, partners,

14 agents, servants, employees, subsidiaries, and related companies

15 or entities, and all others acting in concert or participating

16 with them, be permanently enjoined from:

17         (1)   further use of the Domain Name or any

18               Internet domain name confusingly similar

19               thereto; and

20         (2)   engaging in any other act constituting

21               unfair competition or deceptive practices

22               with American Blind or constituting an

23               infringement of American Blind's rights in

24               and to the American Blind Marks;

25    c.   That Defendants be ordered to assign and transfer

26 the Domain Name to American Blind;

27    d.   That Defendants be required to reimburse American

28 Blind for all actual damages and lost sales suffered by American

LATHAM & WATKINS
ATTORNEYS AT LAW
ORANGE COUNTY

OC_DOCS\411726.2 [W97]

15

ABWF 000191

COMPLAINT

1  Blind by reason of Defendants' conduct, as well as any profits

2  of Defendants that are attributable to Defendants' cyberpiracy,

3  dilution, and infringement not taken into account in computing

4  the actual damages, and that punitive damages be awarded as

5  authorized under the law;

6          e.    That Defendants be required to pay all of

7  American Blind's attorneys' fees, expenses, and costs associated

8  with this action pursuant to the Lanham Act, 15 U.S.C. § 1117;

9  and

10         f.    That this Court grant such other and further

11 relief as this Court may deem just and equitable.

12

13 Dated:  January 14, 2001          Respectfully submitted,

14                                   LATHAM & WATKINS

15

16                                   By _____

17                                      Michele D. Johnson
                                        Attorneys for Plaintiff
18                                      AMERICAN BLIND AND WALLPAPER
                                        FACTORY, INC.

19

20

21

22

23

24

25

26

27

28

1

## DEMAND FOR JURY TRIAL

2          Plaintiff American Blind and Wallpaper Factory, Inc.

3  hereby demands a jury trial on all claims herein.

4

5  Dated:   January 1ᵉ, 2001          Respectfully submitted,

6                                     LATHAM & WATKINS

7

8                                     By _____
                                          Michele D. Johnson
9                                      Attorneys for Plaintiff
                                       AMERICAN BLIND AND WALLPAPER
10                                     FACTORY, INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

A

ABWF 000194

01/05/01  FRI 16:18 FAX 7034151215          MOORELAND&MOORE                    ☒002

Int. Cl.: 20

Prior U.S. Cl.: 32

Reg. No. 1,463,548

## United States Patent and Trademark Office

Registered Nov. 3, 1987

### TRADEMARK
### PRINCIPAL REGISTER



AMERICAN BLIND FACTORY, INC. (MICHI-
GAN CORPORATION)
SUITE 750
3000 TOWN CENTER
SOUTHFIELD, MI 48075

FOR: WINDOW BLINDS, IN CLASS 20 (U.S.
CL. 32).
FIRST USE 4–10–1986; IN COMMERCE
4–10–1986.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BLIND FACTORY", APART
FROM THE MARK AS SHOWN.
THE LINING IN THE DRAWING DOES NOT
REPRESENT COLOR.

SER. NO. 651,046, FILED 3–23–1987.

JACQUELINE W. ABRAMS, EXAMINING AT-
TORNEY

ABWF 000195

B

ABWF 000196

01 05 01  FRI 16:18 FAX 7034151215        MOORELAND&MOORE                                          ☑003

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 2,022,925
Registered Dec. 17, 1996

SERVICE MARK
**PRINCIPAL REGISTER**



COLOR TILE, INC. (DELAWARE CORPORA-
TION)
515 HOUSTON STREET
FORT WORTH, TX 76102

FOR: RETAIL MAIL ORDER SERVICES IN
THE FIELD OF WALL AND WINDOW COV-
ERINGS, IN CLASS 42 (U.S. CLS. 100 AND 101).
FIRST USE 5-0-1986; IN COMMERCE
5-0-1986.

OWNER OF U.S. REG. NO. 1,463,548.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BLIND & WALLPAPER FAC-
TORY", APART FROM THE MARK AS
SHOWN.

THE LINING SHOWN IN THE DRAWING IS
A FEATURE OF THE MARK AND NOT IN-
TENDED TO INDICATE COLOR.

SER. NO. 74-636,528, FILED 2-21-1995.

MICHELLE MOONEY RITCHY, EXAMINING
ATTORNEY

ABWF 000197

12/05/00  11:39    KOVITZ SHIFRIN → 312 360 6598                    NO.941  P041/050

*Law Offices*
## Kovitz Shifrin Waitzman
A  P R O F E S S I O N A L  C O R P O R A T I O N

SUSAN J. CLEMENTON
RICHARD W. HILLSBERG
RONALD J. KAPLSTKA
ROBERT B. KOGAN
ALAN D. KOVITZ
ROBERT P. NEIGT
LESTER A. OTTENHEIMER, III
BRIAN M. SILVER
JORDAN I. SHIFRIN
GERALD J. SMOLLER
ROBERT A. STENBERG
EDWARD P. TRAKOBLIS
GARY R. WAITZMAN
JEFFREY L. YOUNGERMAN

KERRY T. BARTELL
MARCY A. CADPMAN
JULIE E. KAPLAN
MATTHEW L. MOODHE
PAMELA J. PARE
GERALD A. SAUVE
DIANE J. SILVERBERG
JUDITH L. SMITH
REBECCA E. ZWEIFEL

OF COUNSEL
VILLA M. DIDINAS
STEPHEN D. SHARP
LARRY A. SEGEL

SENIOR COUNSELLOR
ROBERT J. LEY

750 LAKE COOK ROAD
SUITE 350
BUFFALO GROVE, ILLINOIS 60089-2073
(847) 537-0500
FAX: (847) 537-0550

200 NORTH LASALLE STREET
SUITE 2130
CHICAGO, ILLINOIS 60601-1405
(312) 372-3227
FAX: (312) 372-4646

E-MAIL: mail@ksvwlaw.com
www.ksvwlaw.com

REPLY TO:    **Buffalo Grove**

### CERTIFIED MAIL - RETURN RECEIPT REQUESTED
### FEDERAL EXPRESS

October 1, 1999

All American Mini-Blind Systems, Inc.
Attn: Steven Dale
23052 Alicia Parkway, #H202
Mission Viejo, CA 92692

Re:   American Blind and Wallpaper Factory, Inc.

Dear Mr. Dale:

Please be advised that we represent American Blind and Wallpaper Factory, Inc. ("ABWF"). In connection therewith, it has come to our attention that you own and operate a company, "All American Mini-Blind Systems, Inc." and that you are operating a web site under the URL "WWW.ALLAMERICANBLIND.COM".

As you may or may not be aware, "American Blind Factory" and "American Blind and Wallpaper Factory" are both registered trademarks with the United States Trademark Office owned by ABWF. In addition, ABWF has been using its corporate name in the home decorating business for over half a century and is extremely well known nationwide since ABWF has over four million customers coast-to-coast. ABWF has also had a strong Internet presence since 1997 and owns and operates it web site under the URL "WWW.AMERICANBLIND.COM". Therefore, your use of the name "WWW.ALLAMERICANBLIND.COM" as a URL for the sale of blinds is not only a violation of both trademark and trade name law but also rises to the level of copyright infringement. In addition, your similar URL on the Internet creates an extreme likelihood of confusion in the market place with the average consumer. You are therefore hereby instructed to immediately cease and desist any and all use of the URL "WWW.ALLAMERICANBLIND.COM".

K:\ETA\SJG\AMERICAN\cease&desisttltr3.wpd

ABWF 000198

12/05/00  11:40    KOVITZ SHIFRIN → 312 360 6598                NO.941  P042/050



### Law Offices
## Kovitz Shifrin Waitzman
A PROFESSIONAL CORPORATION

All American Mini-Blind Systems, Inc.          October 1, 1999          Page 2

Please also note that this demand applies to any advertisements, yellow page or other telephone directory listings or any other printed medium in which you have used the URL "WWW.ALLAMERICANBLIND.COM" for the sale of blinds and other window treatments. In connection therewith, please send in care of the undersigned a full and complete list of any such advertisements, directory listings or other printed materials you have used under the "WWW.ALLAMERICANBLIND.COM" URL.

My client is also hereby demanding an immediate transfer of your URL "WWW.ALLAMERICANBLIND.COM" in lieu of seeking further legal action against your business and you individually. In the event that this is not an acceptable solution to you, we will be forced to advise our client to take all legal and equitable action as is necessary and proper. Please contact the undersigned within the next 24 hours at 847-537-0500, Ext. 1235 with regard as to how you wish to proceed with this matter.

Very truly yours,

Susan J. Greenspon

SJG/ept
cc:    Steven B. Katzman

K:\ETA\SJG\AMERICAN\cease&desistltr3.wpd

ABWF 000199