# Exhibit B

CH01/PLATC/210357.1



# THE UNITED STATES OF AMERICA

TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

February 27, 2001

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,463,548* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20 YEARS FROM November 03, 1987*
*SECTION 8 & 15*
SAID RECORDS SHOW TITLE TO BE IN:
   *DECORATETODAY.COM, INC.*
   *A DE CORP*

By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

H. PHILLIPS
Certifying Officer

Int. Cl.: 20

Prior U.S. Cl.: 32

**United States Patent and Trademark Office**  Reg. No. 1,463,548
Registered Nov. 3, 1987

## TRADEMARK
### PRINCIPAL REGISTER



**BLIND FACTORY**

AMERICAN BLIND FACTORY, INC. (MICHIGAN CORPORATION)
SUITE 750
3000 TOWN CENTER
SOUTHFIELD, MI 48075

FOR: WINDOW BLINDS, IN CLASS 20 (U.S. CL. 32).
FIRST USE 4-10-1986; IN COMMERCE 4-10-1986.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BLIND FACTORY", APART FROM THE MARK AS SHOWN.
THE LINING IN THE DRAWING DOES NOT REPRESENT COLOR.

SER. NO. 651,046, FILED 3-23-1987.

JACQUELINE W. ABRAMS, EXAMINING ATTORNEY