# Exhibit C

CH01/PLATC/210357.1



## CERTIFICATE OF REGISTRATION
### PRINCIPAL REGISTER

    The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.

    The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Director of the United States Patent and Trademark Office; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.

    A copy of the Mark and pertinent data from the application are part of this certificate.

    This registration shall remain in force for TEN (10) years, unless terminated earlier as provided by law, and subject to compliance with the provisions of Section 8 of the Trademark Act of 1946, as Amended.



*Nicholas P. Godici*

*Acting Director of the United States Patent and Trademark Office*

Int. Cl.: 35

Prior U.S. Cls.: 100, 101, and 102

**United States Patent and Trademark Office**

Reg. No. 2,470,542
Registered July 17, 2001

## SERVICE MARK
### PRINCIPAL REGISTER

## DECORATETODAY

DECORATETODAY.COM, INC. (DELAWARE CORPORATION)
909 NORTH SHELDON ROAD
PLYMOUTH, MI 48170 BY CHANGE OF NAME AMERICAN BLIND & WALLPAPER FACTORY, INC. (DELAWARE CORPORATION) PLYMOUTH, MI 48170

FOR: RETAIL STORE SERVICES AND ON-LINE RETAIL MAIL ORDER SERVICES IN THE FIELD OF WALL AND WINDOW COVERINGS AND HOME DECORATING PRODUCTS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 4-0-2000; IN COMMERCE 4-0-2000.

SN 75-841,054, FILED 11-4-1999.

KAREN M. STRZYZ, EXAMINING ATTORNEY