# Exhibit E

CH01/PLATC/210357.1



TR 371951

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

February 27, 2001

THE ATTACHED U.S. TRADEMARK REGISTRATION *2,022,925* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM  *December 17, 1996*

SAID RECORDS SHOW TITLE TO BE IN:
   *DECORATETODAY.COM, INC.*
   *A DE CORP*



By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

H. PHILLIPS
Certifying Officer

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 2,022,925
Registered Dec. 17, 1996

## SERVICE MARK
PRINCIPAL REGISTER



COLOR TILE, INC. (DELAWARE CORPORATION)
515 HOUSTON STREET
FORT WORTH, TX 76102

FOR: RETAIL MAIL ORDER SERVICES IN THE FIELD OF WALL AND WINDOW COVERINGS, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 5-0-1986; IN COMMERCE 5-0-1986.

OWNER OF U.S. REG. NO. 1,463,548.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BLIND & WALLPAPER FACTORY", APART FROM THE MARK AS SHOWN.

THE LINING SHOWN IN THE DRAWING IS A FEATURE OF THE MARK AND NOT INTENDED TO INDICATE COLOR.

SER. NO. 74-636,528, FILED 2-21-1995.

MICHELLE MOONEY RITCHY, EXAMINING ATTORNEY



## CERTIFICATE OF REGISTRATION
### PRINCIPAL REGISTER

    *The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

    *The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Director of the United States Patent and Trademark Office; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

    *A copy of the Mark and pertinent data from the application are part of this certificate.*

    ***To avoid CANCELLATION of the registration, the owner of the registration must submit a declaration of continued use or excusable non-use between the fifth and sixth years after the registration date.*** *(See next page for more information.) Assuming such a declaration is properly filed, the registration will remain in force for ten (10) years, unless terminated by an order of the Commissioner for Trademarks or a federal court. (See next page for information on maintenance requirements for successive ten-year periods.)*



*Director of the United States Patent and Trademark Office*

Int. Cl.: **35**

Prior U.S. Cls.: **100, 101 and 102**

**United States Patent and Trademark Office**

Reg. No. **2,991,126**
Registered Sep. 6, 2005

## SERVICE MARK
### PRINCIPAL REGISTER

### AMERICAN BLIND AND WALLPAPER FACTORY

AMERICAN BLIND AND WALLPAPER FACTORY, INC. (DELAWARE CORPORATION)
909 NORTH SHELDON ROAD
PLYMOUTH, MI 41870

FOR: MAIL ORDER CATALOG SERVICES AND ONLINE ORDERING SERVICES FEATURING BLINDS, DRAPERIES, WALL AND WINDOW COVERINGS, AND HOME FURNISHINGS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 5-0-1986; IN COMMERCE 5-0-1986.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,463,548 AND 2,022,925.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE BLIND AND WALLPAPER FACTORY, APART FROM THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 76-562,033, FILED 11-26-2003.

HOWARD SMIGA, EXAMINING ATTORNEY