# Exhibit H

MANUAL FILING NOTIFICATION

Regarding Exhibit H. to the DECLARATION OF PAUL GARRITY IN SUPPORT OF DEFENDANT AMERICAN BLIND AND WALLPAPER FACTORY, INC.'S OPPOSITION TO GOOGLE INC.'S MOTION FOR SUMMARY JUDGMENT

This filing is in paper form only, and is being maintained in the case filed in the Clerk's office.  If you are a participant in this case, this filing will be served in hard-copy shortly.

This document was not electronically filed because it is under seal.