**Exhibit J – 2**

CH01/PLATC/210357.1

Dockets.Justia.com

Page 74

1    Q    -- you don't need to transcribe that.
2         Actually, going back to the e-mail list, do you
3    know why you would have cc'd sergei@google and larry@google
4    on this one?
5    A    Maybe just at a blanket attempt to -- you know, for
6    them to know that we were serious about deleting the
7    campaign, you know.  I don't know that anybody asked us to
8    copy those.  It's possible that somebody said, you know, send
9    an e-mail to the founders, but I doubt that that happened.
10   Q    Is it a reflection of how seriously you took this
11   matter?
12   A    That could be stated, yes.
13   Q    Okay.  In this e-mail that you just read, the
14   paragraph you just read I should state, you refer to contact
15   from American Blind's legal department "regarding the
16   campaign Google created for me a few weeks back."
17        Okay.  And the date of this e-mail is February
18   25th, 2004?
19   A    Right.
20   Q    So do you know, are we referring to the same
21   campaign throughout now?
22   A    2004, the campaign that we're referring to?  Yes.
23   Q    February 2004?
24   A    I would -- I'd be comfortable saying that, yes.
25   Q    Okay.  Just because we have some date issues, I

Page 75

1    want to make sure --
2    A    Okay.
3    Q    -- we're all on the same page.  Okay.  As you note
4    in it, you deleted this campaign.  You go on to state, quote,
5    however there is something more we need to talk about with
6    Google's legal department.
7         What is the "something more" that you're referring
8    to?
9    A    "Something more," I think, was probably just a --
10   again, the seriousness of the nature of that -- at any cost,
11   we wanted to -- you know, I think probably at that time we
12   were new to Google, didn't know the system that well at that
13   time and probably didn't quite know how the negative
14   campaigns worked and everything.
15        So we just wanted to make sure that we were using
16   all of our abilities to make sure that those words were
17   negatived out.  And I think that was -- the reference to the
18   seriousness of the issue was that if there was something else
19   we needed to do, we needed to do it.
20   Q    Do you think that Google providing other -- your
21   competitors' trademarks as keyword suggestions was a serious
22   matter?
23   A    Based on my e-mail, yes.
24   Q    Did you ever talk to anyone at Google from their
25   legal department regarding that statement?

Page 76

1    A    No.
2    Q    Did you ever have an e-mail with anyone?
3    A    No, not that I recall.
4    Q    Let's see.  And then if you look to the e-mail down
5    below from Kristina C. at Google, the subject line is "Your
6    AdWords optimization is ready"?
7    A    Correct.
8    Q    Okay.  In this, she states:  Based on your
9    advertising goals, I've created an optimization proposal for
10   your Campaign #4.  Again, I'm trying to tie this up.
11        Do you believe that this is all the same --
12   A    I do.
13   Q    -- ad campaign?
14   A    Yes.
15   Q    Okay.  And then it includes the proposal, and it
16   says:  You will find an explanation of our optimization
17   suggestions in your account.
18        Is that explanation provided in what I had given to
19   you as Exhibit 3, that big, long exhibit?
20        MR. SILVERBERG:  It's this one.
21        THE WITNESS:  Yeah.  Yes.
22   Q    (By Ms. Plater)  Okay.  Do you know if you made any
23   changes to their proposal or was applied to SelectBlinds'
24   account?
25   A    I don't know that we did.  This is -- you know,

Page 77

1    this is showing preapproval status, and it's not showing
2    declined or approved.  So this is only their suggestions.
3    Q    Given the timing of the cease-and-desist letter
4    from Susan Greenspon on February 12th, would you agree that
5    the American Blind's optimization campaign was approved --
6        MR. PAGE:  Calls for --
7    Q    (By Ms. Plater)  -- from that?
8        MR. PAGE:  Argumentative.  Calls for speculation.
9        THE WITNESS:  I would not agree with that, no,
10   because Google has so many broad matches and keywords that I
11   can't tell you whether I approved that or declined it.
12        It's -- those words could have very well been
13   showing up underneath broad matches is the right answer.
14   Q    (By Ms. Plater)  That's fine.  I'm just -- I'm just
15   wondering.
16   A    Yeah.
17        (Whereupon, Exhibit No. 10 was marked.)
18   Q    (By Ms. Plater)  This is Exhibit 10.  Would you take
19   a look at this e-mail I'm handing you?  It's an e-mail that
20   was produced by Google in this litigation, Bates labeled GGLE
21   00017442.  And I'm looking at the first e-mail -- I'm
22   sorry -- the last e-mail, the first one that appears on the
23   page, and that's from April Dana.
24        Do you know who that is?  I don't know if I asked
25   you about her.

Page 78

1    A   No.  You did, but I don't know that name.
2       MS. PLATER:  I'm getting confused between the Dana
3  K. --
4       MR. PAGE:  Yeah.  Yeah.
5       MS. PLATER:  -- and the April Dana.  I don't know
6  if they're different people, actually.  Are they?
7       MR. PAGE:  Off the record.
8       (Whereupon, there was a discussion off the record,
9  and the following was had:)
10      MS. PLATER:  Back on the record.
11   Q  (By Ms. Plater)  All right.  The date of this is
12  February 26, 2004.  So that is following your February 25th
13  e-mail that was Exhibit 9.  And in this e-mail, Ms. Dana
14  states:  I also want to address any concerns you may have
15  about the use of the trademarks -- trademark terms involving
16  American Blinds.  Please feel free to send your questions to
17  me via e-mail or call me so I can gather them and talk with
18  our trademark team directly.
19      Do you see that in the e-mail?
20   A   I do.
21   Q   Okay.  Did she ever address -- I should say did you
22  ever send her --
23   A   I did send them.
24   Q   -- your questions?
25   A   Well, I think, no.  You know, what I sent her was

Page 79

1  this e-mail --
2    Q   Yeah.
3    A   -- dated February 24th.
4    Q   Yeah.  And then --
5    A   Her response back on the 26th.  I think by that
6  time we had -- I believe had all of the negatives out in
7  accordance with the cease and desist from American Blind.
8       So I don't know that there was -- I think all the
9  glitches were worked out at that point, so there was no need
10  to talk.
11   Q   You didn't have any more broad-based questions
12  about the trademark policy that you wanted to discuss?
13   A   No.
14   Q   Okay.
15      MS. PLATER:  I think we're on the one that was
16  supposed to be marked.  Let me make sure.  Hold on.  Here we
17  are.  Never mind.  I'm going to have this be a group exhibit,
18  because they kind of go together.  I think this is 11.
19      (Whereupon, Exhibit No. 11 was marked.)
20   Q   (By Ms. Plater)  Have you had a chance to look at
21  those documents?
22   A   I know these documents, yes.
23   Q   Okay.  Are these complete versions of the documents
24  that you have produced to us?
25   A   Yes.

Page 80

1    Q   Do you know who Kerry C. is?
2    A   You know, a former rep.
3    Q   When you say "former," meaning you don't work with
4  her anymore?
5    A   No.  I don't know if it was a him or her.
6    Q   Oh.  That's true.  I made the assumption --
7    A   Yeah.
8    Q   -- based on my name.  And then Joann B. -- do you
9  know who that is?
10   A   Yeah.  You know, Joann B. was, I think, our --
11  maybe our most recent rep before our current rep.
12   Q   Who's your current rep?
13   A   We need to strike that.  Probably three reps ago.
14   Q   Okay.
15   A   It was Bobby Baker.  But I don't know the
16  gentleman's name we just got assigned to.
17   Q   Okay.  Let's see.  This e-mail is dated -- from
18  Kerry C. to you is September 13th, 2005.  In the
19  subject line is "Your AdWords Optimization."
20      And if you look down, go down to No. 4 of her
21  e-mail --
22   A   I see it.
23   Q   -- can you read that?
24   A   "'Wallpaper' - you currently have american blinds &
25  wallpaper keywords, but have 'wallpaper' as a campaign

Page 81

1  negative.  Would you like your ads to show on 'american
2  blinds & wallpaper'?"
3    Q   Okay.  Now I'm just going to break that statement
4  down so you can explain to me some of the things that are set
5  forth.  "You currently have american blinds & wallpaper
6  keywords" -- what does that mean?
7    A   I think they are referring to we had a campaign at
8  that time that had an Ad Group by the name of american
9  blinds.  I believe it was a campaign we had saved, you know,
10  for future reference, that had been paused or deleted or --
11  you know, whatever the word was, but...
12   Q   And is this a campaign that was created by Google?
13   A   Yes.
14   Q   Okay.  Then it states:  But have -- but you have
15  'wallpaper' as a campaign negative.  What does that mean?
16   A   That means that we want to delete that traffic.
17      You know, we had added it in our negative keywords
18  even as kind of a backup to make sure that "american blinds &
19  wallpaper" did not show for our ads.
20   Q   Okay.  And then she asks you:  Would you like your
21  ads to show on 'american blinds & wallpaper'?
22      So can you tell me what she is asking you -- oh,
23  God.  Forget that.  I just like stumbled on my own words.
24      So you, apparently, had the "american blind &
25  wallpaper" as a negative.  Is she asking you if you want to

Page 82

1  take the negative off?
2      MR. PAGE: Objection. Misstates his prior
3  testimony. Calls for speculation.
4      Q  (By Ms. Plater)  You can answer.
5      A  Yeah, she's asking me if I want to delete --
6      Q  Okay.
7      A  You know, take the "wallpaper" off.
8      Q  Then let's go to the next set of documents, which
9  is Bates labeled GGLE 0020436.  It's still part of the same
10 exhibit, No. 11.  And that's an e-mail from you, back to
11 Kerry C. at Google, dated Thursday, September 15, 2005.
12     And in it, you state: Here are your answers.
13     And is it fair to say you've, basically, taken her
14 e-mail questions --
15     A  Yes.
16     Q  -- and answered them one by one in the different
17 font?
18     A  Yes.
19     Q  Okay.  So if you go to No. 4, again, can you read
20 what you had stated?
21     A  "We added wallpaper to delete this traffic.  Please
22 delete the ABW keywords altogether."
23     Q  Okay.  So that is consistent with --
24     A  American blinds & wallpaper.
25     Q  -- what you were telling me before.

Page 83

1      Now September 2005 is the last date for which I
2  have any e-mails between you and Google, and that's the only
3  date regarding American Blind.
4      A  Okay.
5      Q  And that's the only date that you've produced to
6  us.
7      A  Okay.
8      Q  Has anyone since that -- since September 2005,
9  anyone from Google in any way suggested that you include any
10 of American Blind's marks in any ad campaigns?
11     A  No.
12     Q  Since September 2005, have you used the Keyword
13 Tool?
14     A  I don't recall.  I mean, we've done a lot with our
15 reps, so I don't know that we have.
16     Q  Okay.  Now I think --
17     MR. PAGE: Do you want to go back and mark this?
18     MS. PLATER: I've somehow skipped over that.
19     MR. PAGE: Yeah.
20     MS. PLATER: I'm not sure exactly why.  I think
21 you're probably going to get it, but let me just check and
22 see.  I'm at the end now, so I'm going to find out where I've
23 skipped over that.  Okay.  That should be it.
24     THE WITNESS: Can we take a break?
25     MS. PLATER: Sure.

Page 84

1      (Whereupon, a break was taken, and the following
2  was had:)
3      MR. PAGE: Are you done, Carrie?
4      MS. PLATER: Yes. I'm sorry.  Are you waiting for
5  me?
6      MR. PAGE: Yes.  I was just waiting to see if you
7  were done.
8      MS. PLATER: I'm sorry.  Go ahead.
9      MR. PAGE: All right.  It's my turn.
10
11         EXAMINATION
12 BY MR. PAGE:
13     Q  As you may know, my name's Michael Page.  I
14 represent Google in this matter.  I've got some questions for
15 you as well.  I'll try not to replow the same ground too
16 much, but there may be some overlap.
17     If you want to take a break at any time, let me
18 know.
19     MR. PAGE: First, for the record, I need to repeat
20 Google's objections to the taking of this deposition based on
21 the discovery cutoff having come and gone in this case.
22     It's our position that the court has,
23 basically, denied leave to take this deposition and that it
24 is not permitted, and we object to its use.
25     That being said, since it's being taken, we're

Page 85

1  here.
2      Q  (By Mr. Page)  If you could take a look -- oh.
3      First, when was the first time you were contacted
4  by anyone representing American Blind & Wallpaper Factory
5  concerning this deposition?
6      A  Three or four weeks ago we came about this date.
7      Q  Okay.  And what was the first contact you -- you
8  had with anyone representing American Blind concerning this
9  deposition?
10     A  Oh.  Concerning the deposition?
11     Q  Yes.
12     A  Again, I don't know the exact date.  Probably three
13 weeks ago.
14     Q  Well, what was that contact?
15     A  Oh.  What was the contact?  Who was the contact, or
16 what was it about?  Just --
17     Q  Both.
18     A  Both?  The contact, I believe, came from --
19     THE WITNESS: Did it come from you?
20     MS. PLATER: It came from Susan Greenspon.
21     THE WITNESS: It came from Susan.  And that
22 conversation was just that we don't -- we want to do this the
23 amicable way, so we're going to have to depose you guys or
24 give you a -- I guess "depose" is the right word, and what's
25 your dates look like over the next several weeks.

Page 86

1      And I knew what it was regarding, because, you
2  know, I've read the news and so that was how it came about.
3      Q  (By Mr. Page)  So Ms. Greenspon called you?
4      A  She did.
5      Q  In that conversation, did she discuss with you at
6  all the substance of the deposition?
7      A  I think she did tell me, yes, it was regarding
8  Google via American Blinds.  And it was with regard to
9  previous communications we had had.
10      Q  As best you can recall, can you just tell me
11  everything you remember about that conversation?
12      A  I think it was, you know, maybe a sixty-second
13  conversation, where it was more of us talking about dates
14  than anything.  She wanted to make it convenient for me.  And
15  as opposed to sending me a date via the mail and being
16  surprised, let's work with the schedules.
17      I think there were assumptions on both sides, you
18  know, that I knew and that she, you know, knew that I knew.
19  And very, you know, just kind of a nonchalant conversation.
20      Q  Okay.  And as best you recall, that was three or
21  four weeks ago?
22      A  Yes.
23      Q  Okay.  Prior to that, had you had any
24  communications with anyone connected with American Blind
25  concerning the possibility of your testifying in this matter?

Page 87

1      A  No.
2      Q  At any time has anyone from American Blind asked
3  you whether you would be available to testify at trial?
4      A  No.
5      Q  Would you be willing to testify at a trial in this
6  matter in San Jose?
7      A  In San Jose?  Date depending, sure.
8      Q  Are you busy next April?
9      A  My schedule doesn't go out that far right now.
10      Q  Okay.
11      A  Let's put it this way:  If I get a letter in the
12  mail, I might not have much of a choice, so, yeah.
13      Q  Okay.  But you've had no conversations with
14  anyone --
15      A  No.
16      Q  -- concerning that?  Let me show you what was
17  almost marked, but not marked.  It is now going to get marked
18  as Steele Exhibit 12.
19      (Whereupon, Exhibit No. 12 was marked.)
20      Q  (By Mr. Page)  We've marked as Exhibit 12 a multipage
21  document, Bates numbered ABWF 000665 through 671, which is a
22  continuation of the e-mail string we saw earlier.
23      It adds an e-mail from Susan Greenspon to you,
24  February 12th, 2004, at 12:45 p.m.
25      Do you recall receiving this e-mail from Ms.

Page 88

1  Greenspon?
2      A  I do.
3      Q  Okay.  In this e-mail, she says:  As we discussed,
4  you agreed that you block our trademarks as negative keywords
5  and I agreed that I will also request the same of American
6  Blind and Wallpaper Factory and advise you as soon as I have
7  a response to same, period.
8      At the time you received this e-mail, do you know,
9  was American Blind & Wallpaper Factory keying their own
10  advertisements off your trade name, off of the SelectBlinds'
11  name?
12      A  They were.
13      Q  Did you discuss that issue with Ms. Greenspon?
14      A  I did, yes.
15      Q  And what was her position as to whether they were
16  entitled to do so?
17      A  That we would both, you know, negative keyword
18  marks that would affect our companies' trademarks.
19      Q  And at the time you received this e-mail, American
20  Blind was not negative keywording your -- the SelectBlinds'
21  mark; is that correct?
22      A  That's correct.
23      Q  Okay.  Did you express any opinion to Ms. Greenspon
24  as to the propriety of that practice?
25      A  I did.  I was pretty heated in one of the e-mails,

Page 89

1  I believe.  You know -- you know, at least, in our
2  correspondence that, you know, I thought it was kind of
3  comical that I was getting a cease and desist, when that very
4  day I could pull up, you know, my ads -- I mean, linking to
5  their company, so...
6      Q  When you -- in your discussions with Ms. Greenspon,
7  did she seem surprised that American Blind's ads were
8  appearing?
9      A  I don't remember.  You know, I remember the nature
10  of the call, but I don't remember like a lot of details about
11  that.
12      Q  Did she express any opinion to you or did she make
13  any statement to you regarding whether American Blind thought
14  it was entitled to key its advertisements off of
15  SelectBlinds' searches?
16      A  No.  She didn't mention anything of that nature.
17      Q  Did SelectBlinds and American Blind enter into any
18  sort of settlement agreement or other written agreement as a
19  result of this dispute?
20      A  No.
21      Q  Since February 2000 -- strike that.
22      Have you had any communications from anyone
23  representing American Blind between or since the
24  communications you had in February 2004, up until Ms.
25  Greenspon contacted you about this deposition?

Page 90

1    A   I don't believe so.
2    Q   Has there been any further dispute between you and
3 American -- SelectBlinds and American Blind concerning Google
4 advertisements?
5    A   Again, I don't think there was, no.
6    Q   Okay.  Let me have you go look back at Exhibit 3,
7 which is the big stack --
8    A   Okay.
9    Q   -- of opitmizations and e-mail stuff, and have you
10 flip back to Page GGL 6018, which is the Ad Group #1
11 modifications.
12    A   Okay.
13    Q   I just want to follow up on some questions that
14 were asked earlier.  Is it your understanding that Ad Group
15 #1 was the Ad Group that was running prior to the
16 optimization campaign?
17    A   Yes, I believe so.
18    Q   Okay.  And is it your understanding that the --
19 this section of this optimization campaign constitutes
20 Google's suggestions as to modifications that you -- to be
21 made to your existing campaign?
22    A   Yes.
23    Q   Okay.  And one of those suggestions is that you
24 delete the broad keyword "american blind wallpaper" --
25 correct? -- the first item?

Page 91

1    A   Yes.
2    Q   And then further on, it suggests adding variance on
3 "american blinds wallpaper," correct?
4    A   Yes.
5    Q   So at the time you received this optimization
6 suggestion, you were already running your existing campaign
7 keyed on "american blind wallpaper" on a broad match,
8 correct?
9    A   I believe.  Again, you know, I couldn't say for
10 sure, you know.  I don't know if we were talking about the
11 entire, it looks like, nine or ten pages of keywords that are
12 the recommendations or only the Xs, so...
13    Q   Well, is it your understanding that -- that in
14 these optimization pages, a plus indicates a suggestion that
15 you add, an X is a suggestion that you delete --
16    A   Yes.
17    Q   -- and that delta is a suggestion that you modify?
18    A   Yes.
19    Q   Okay.  And in some cases, you see the plus will be
20 for the entire campaign as opposed to an individual keyword?
21    A   Correct.
22    Q   And in other cases, you'll see, for instance, an
23 individual suggestion that you delete a particular keyword;
24 isn't that correct?
25    A   Yeah.  I don't see any pluses at all.  I see only

Page 92

1 Xs in the beginning.
2    Q   Okay.  If you take a look at the earlier campaigns,
3 do you see the plus next to the heading for the entire
4 campaign?
5    A   Oh.  Yes, yes.
6    Q   And isn't it correct that that means that the
7 suggestion is you add the entire campaign?
8    A   Correct.
9    Q   Where, conversely, in Ad Group #1, next to the
10 campaign, there's a delta that indicates it's modifying an
11 existing campaign, correct?
12    A   Yes.
13    Q   And the modifications that are suggested here are
14 deleting particular keywords and leaving others as they are?
15    A   That's correct.
16         MR. PAGE:  Okay.  Let me mark this as Exhibit 13.
17         (Whereupon, Exhibit No. 13 was marked.)
18 Q (By Mr. Page)  Exhibit 13 is a two-page document, GGL
19 002602 and -3.  This is an e-mail to you from AdWords Support
20 on December 8th, 2003.  Do you recall receiving this e-mail?
21    A   I don't recall the e-mail.
22    Q   Do you recall at any time Google blocking certain
23 of your keywords based on a trademark complaint received from
24 American Blind & Wallpaper?
25    A   You know, I know -- I know that they disappeared,

Page 93

1 and I don't know how they disappeared, if it were on this or
2 it came later in February.  But I don't -- again, we're
3 talking about months apart, two months apart or three months
4 apart and I don't remember what actions caused that.
5    Q   Okay.  So you don't recall, at all, receiving this
6 notification from Google that --
7    A   No.
8    Q   -- the keywords "american blind and wallpaper
9 company" and the "american blind and wallpaper factory" were
10 disapproved?
11    A   Yeah, I don't remember this e-mail at all.
12    Q   Okay.  Do you have any reason to believe that at
13 any time after December 8th, 2003, the keywords "american
14 blind and wallpaper company" or "american blind and wallpaper
15 factory" were ever active on your Google account?
16    A   Repeat that again.
17    Q   I was afraid you were going to say that.
18    A   Yeah.
19    Q   Do you have any reason to believe that at any time
20 after December 8th, 2003, the keywords "american blind and
21 wallpaper company" or "american blind and wallpaper factory"
22 were ever active on your Google account?
23    A   I would say they were deleted based on this e-mail.
24    Q   Okay.  And do you have any reason to believe that
25 at any time after that those keywords were ever active?

Page 94

1   A  No, I don't think they were.
2   Q  Does SelectBlinds manufacture any blinds itself?
3   A  No.
4   Q  Do you -- do you handle the shipping and delivery
5 of blinds?
6   A  We do. Well, no. Well, directly, no. The
7 manufacturers we do business with do.
8   Q  So your role is, essentially, selling, and then you
9 have the manufacturer create the blinds if necessary and ship
10 them?
11   A  Correct.
12   Q  At any time have you used any of what have been
13 referred to as the American Blind marks in the text of your
14 AdWords ads?
15   A  Text or titles?
16   Q  Well, let's take it in two different pieces.
17   A  Okay. In text, no. In titles, very well possible
18 if there were still broad match terms out there that had -- I
19 forget what the terminology is, but when a keyword's typed
20 in, Google will automatically import that as a title if it's
21 in an Ad Group. And if you set the campaign up right, it
22 could be used.
23   Q  So you're referring to the automatic insertion
24 feature?
25   A  Correct.

Page 95

1   Q  And have you, from time to time, used automatic
2 insertion?
3   A  We use automatic insertion in a lot of our
4 keywords, you know, in almost every Ad Group we have.
5   Q  Do you know offhand if you've used automatic
6 insertion on keywords for any of what American Blind has
7 identified as American Blind marks?
8   A  I don't think so.
9   Q  Have you ever received a complaint from American
10 Blind that indicated that its trademarks were showing up in
11 the text or titles of your ads as opposed to as
12 keywords being used as keywords?
13   A  No.
14   Q  If you could also take a look at Exhibit 10, which
15 are -- yeah, 10 will work.
16   A  Which is what document, again?
17   Q  It's -- it's the e-mail to you from April Dana.
18   A  Okay.
19   Q  It's, actually, in another document as well, but I
20 want to ask you about your e-mail to Kristina and Dana where
21 you -- which we were discussing earlier, where it says:
22 However, we have copied the screen shots and source for the
23 future should we both need it.
24    Did you, in fact, copy screen shots and source and
25 save them?

Page 96

1   A  Oh, wow. Probably, no. It's probably something I
2 said and meant to do. And I couldn't find anything on my
3 computer, because I looked for it on the deposition paper,
4 so...
5   Q  That was going to be my next question. I might as
6 well ask it. Have you done anything to determine whether you
7 have, in fact, screen shots and source saved?
8   A  I have looked, and I don't have anything, so...
9   Q  Okay. Do you know whether you -- do you know one
10 way or the other whether you ever did?
11   A  No, I don't.
12   Q  Okay. So you have no recollection as to whether
13 you, in fact, did what you told them that you --
14   A  Correct.
15   Q  -- had done? Okay. Have you ever reviewed
16 Google's terms of use?
17   A  The big, long document that everybody clicks and
18 hits "Approve" on?
19   Q  Yeah, that one.
20   A  Yeah. Okay. I'm sure I have, yeah.
21   Q  Okay. Are you aware of Google's policies as to who
22 bears responsibility for trademark infringement?
23   A  Not aware of them, no.
24   Q  Okay. Have you ever reviewed the indemnity
25 provisions in the Google terms of use?

Page 97

1   A  No.
2   Q  If you look back at Exhibit 11 --
3   A  I've got 11 here.
4   Q  -- I just wanted to clarify what I think you said
5 earlier, but --
6   A  Okay. I've got it.
7   Q  -- Kerry C. had asked -- I'm sorry -- had asked you
8 about wallpaper in an American Blind & Wallpaper keyword
9 campaign.
10   A  Uh-huh.
11   Q  Did I understand you correctly that this was
12 referring to a campaign that was not active?
13   A  I believe it was. Because prior to this, you know,
14 we had negative campaigned everything out. So I'm assuming
15 that was a paused campaign is what -- you know.
16    And the reason it was paused was maybe for future
17 reference we could show that, you know, so...
18   Q  So what you're saying is instead of deleting it,
19 you simply paused it?
20   A  That's correct. Yeah.
21   Q  And do you know when you paused it? Was this back
22 in --
23   A  It would have been back in February when we stopped
24 running Words, yeah.
25   Q  Okay. Have you had any trademark disputes with any

Page 98

1  other competitors of yours?
2      A   We've sent out trademark disputes on our own
3  behalf. We've received trademark disputes against us as
4  well; mainly, for broad-match terms.
5      Q   I see. Did any of those involve Google
6  advertisements?
7      A   Yeah. I think every one of them's probably a
8  variation of Google and Yahoo.
9      Q   Have any of those disputes resulted in litigation?
10     A   No.
11     Q   What is your practice in responding to trademark
12  complaints from competitors?
13     A   A very kind of friendly approach, which revolves
14  around us asking our competitor to take our words down as
15  well. A lot of times they can't. You don't know they're out
16  there until you look at the broad-match phrases, so...
17     Q   Do you typically comply with requests and negative
18  out other people's trademarks?
19     A   Immediately, yeah.
20     Q   Have you ever had a situation where a competitor
21  has refused to negative out your trademark?
22     A   Yes.
23     Q   Once? More than once?
24     A   A couple of times, two or three times.
25     Q   Who are those -- who are those competitors?

Page 99

1      A   Decorating Depot. I'd say Budget Blinds.
2      Q   Have those two competitors refused to negative out
3  "select blinds"?
4      A   Uh-huh.
5      Q   Okay. Is there a reason why you haven't initiated
6  litigation against them? And let me --
7      A   Yeah.
8      Q   Before you answer, let me caution you not to
9  disclose the content of attorney/client communications.
10     A   Yeah. Sure.
11     Q   So if your lawyer has said here's why I think you
12  should do or not do this, I don't want to know that.
13     A   Right.
14     Q   But if you have an answer that's not privileged --
15     A   Yeah. I would say the answer would be, you know,
16  no answer on it. We just -- we haven't done it. You know,
17  there's...
18     Q   Do you -- do you negative out competitors'
19  trademarks that you're aware of without them asking you?
20     A   Absolutely. Yeah.
21     Q   So -- so is it true that the only situations in
22  which you're negativing out the other people's trademarks in
23  response to a cease and desist are circumstances in which you
24  weren't previously aware of the competitor?
25     A   That would be correct, yeah. Or aware that we --

Page 100

1  there were additional words from the competitor that we
2  didn't know about.
3      Q   With regard to the two competitors you mentioned
4  who have refused to negative out your -- the SelectBlinds'
5  mark, do you negative out their marks?
6      A   Yes.
7      Q   With regard to those two competitors, have you
8  lodged a trademark complaint with Google concerning them?
9      A   No.
10     Q   Do either of those competitors use your -- use
11  "select blinds" in the text or titles of their
12  advertisements?
13     A   I believe they show up underneath the text of the
14  titles, but maybe underneath the broad-match feature.
15         For Yahoo, I just think it slips through somebody's
16  hands, and they get away with physically listing that word.
17  So that is a little bit different submission process, so...
18     Q   Prior to receiving the cease-and-desist letter from
19  Ms. Greenspon that was Exhibit 4, had you had any
20  communications with anyone either at American Blind or
21  representing American Blind on any subject?
22     A   I don't think so, no.
23         MR. PAGE: I have no further questions at this
24  time.
25         MS. PLATER: I've got like three.

Page 101

1          THE WITNESS: Okay.
2          MS. PLATER: That's it.
3          MR. PAGE: Off the record.
4          (Whereupon, there was a discussion off the record,
5  and the following was had;)
6          MS. PLATER: Okay. Back on the record.
7
8              FURTHER EXAMINATION
9  BY MS. PLATER:
10     Q   With regard to Exhibit 12, that's ABWF 00665 --
11     A   Yes.
12     Q   -- you'd been asked about the mutual negativing of
13  each other's marks between yourself and American Blind,
14  correct?
15     A   Yes.
16     Q   And do you have any idea how American Blind came to
17  have "select blinds" as a keyword?
18     A   I don't.
19     Q   Is it possible that Google suggested it to American
20  Blind?
21         MR. SILVERBERG: I object. Assumes speculation.
22         THE WITNESS: Yeah. I don't know.
23         MR. PAGE: Object to the same.
24         THE WITNESS: I don't know.
25     Q   (By Ms. Plater) All right. And now we're going back

Page 102

1  to Exhibit 4, which was -- oh, no. Wait. Exhibit 4. No,
2  no, no. I'm sorry. Exhibit 13, that was GGL 2602. It's
3  probably the last one you received.
4      A    Thirteen. Okay.
5      Q    Okay. And that is the e-mail between yourself and
6  AdWords Support, where it indicates that the keywords
7  "american blind and wallpaper company" and "american blind
8  and wallpaper factory" were disapproved as trademark terms,
9  correct?
10     A    Uh-huh.
11     Q    Okay. If you go back and look at Exhibit 3, which
12 is the big -- this exhibit, Page 5983 --
13     A    Okay.
14     Q    -- do you see both of those keywords in this list?
15     A    I do.
16     Q    And this list was provided by Google as suggested,
17 right?
18     A    Correct.
19     Q    Okay. If given a choice, would you prefer that
20 Google not sell your trademark as a keyword to your
21 competitors?
22         MR. PAGE: Objection. Incomplete hypothetical.
23         THE WITNESS: If given a choice, yes, I would
24 prefer they not sell my trademark term.
25         MS. PLATER: That's all I have.

Page 103

1          MR. PAGE: That's it.
2          MS. PLATER: Okay.
3          THE WITNESS: Do you want to me sign anything or
4  just jump out of the building?
5          MS. PLATER: I think you need to review it. I
6  mean, you can choose whether or not -- do you want this on
7  the record?
8          MR. PAGE: Yeah, let me do this. Usually, it's
9  part of the introduction, but you will get an opportunity to
10 review the transcript.
11         THE WITNESS: Okay.
12         MR. PAGE: And I think the rule is that you have
13 thirty days, and you can -- the rule on transcript review is
14 you can change any answer you want in it --
15         THE WITNESS: Uh-huh.
16         MR. PAGE: -- but we -- whoever the questioning
17 attorney is has the right to comment on that change.
18         THE WITNESS: Okay.
19         MR. PAGE: So if your answer in the deposition is,
20 "I was never there," and you change it to, "She was still
21 alive when I left" --
22         MS. PLATER: It's going to come up.
23         MR. PAGE: -- that's something that somebody's
24 going to comment on in front of a jury.
25         THE WITNESS: Okay. Great.

Page 104

1          MS. PLATER: Off the record.
2          (Whereupon, the deposition concluded at 11:49 a.m.)
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

| Negative Keywords Currently in Your Campaign | Add Following Negative Keywords |
|---|---|
| 1 a blinds and wallpaper | 14 gray |
| 14 shades of gray | 14 grey |
| 14 shades of grey | apart |
| 14 shades of grey lyrics | assassin |
| antique lamp shades | assassins |
| arch | automobile |
| artistic window shades | automobiles |
| austrian shades | automotive |
| auto shades | boat |
| auto sun shades | boats |
| auto vent shades | car |
| bali | cars |
| bali blinds | council |
| bali cellular shades | councils |
| bali roman shades | crack |
| bali vertical blinds | cracks |
| bali window blinds | date |
| bali window shades | date.com |
| balli | dates |
| balloon shades | deaf |
| bamboo | deer |
| bamboo shades | dog |
| beaded lamp shades | dogs |
| black shades | duck |
| blinds cleaning | ducks |
| blinds houston | faith |
| blinds hunter douglas | foundation |
| blinds installation | gardens |
| blinds parts | guardian |
| blinds repair | guardians |
| blinds uk | guide |
| blinds wallpaper | guides |
| blue shades | hair color |
| boat blinds | heritage |
| california sun shades | hunting |
| candle shades | justice |
| car shades | korn |
| car sun shades | lamps |
| car window shades | legally |
| chandelier lamp shades | life |
| chandelier shades | love |
| clean mini blinds | lyric |
| clean venetian blinds | lyrics |
| cleaning blinds | make |
| cleaning mini blinds | making |
| color shades | man |
| colorel blinds | marine |
| comfortex blinds | mellon |
| conrad shades | mellons |
| cool shades | melon |
| coupon | melons |

EXHIBIT 3

Richard Steele
9/14/06

instprio.com

GGL005975
CONFIDENTIAL
ATTORNEYS' EYES ONLY

cp shades
curtain
curtains
curtains shades
custom lamp shades
custom shades
day night shades
deer blinds
del mar blinds
del mar shades
delmar blinds
discount lamp shades
discount shades
disney shades of green
douglas blinds
duck blinds
duette blinds
duette shades
eddie z blinds
eddie z's blinds
electric blinds
eye shades
fabric
final approach blinds
future's so bright i gotta wear shades
glass lamp shades
goose blinds
gotta wear shades
graber
graber blinds
graber shades
green shades
hardware
how to clean blinds
how to clean mini blinds
how to make lamp shades
how to make roman blinds
how to make roman shades
hunter blinds
hunting blinds
i gotta wear shades
install
install blinds
installation
just shades
kirsch
kirsch blinds
lamp
lamp shades
lamps and shades
lamps shades
lampshades

men
mice
mouse
phone
phones
pig
pigs
repair
repairs
school
schools
skateboard
skateboards
society
staind
third eye blind
uk
watchmaker
whiter shade of pale
willie mctell
win
winning
write
xp

GGL005976
CONFIDENTIAL
ATTORNEYS' EYES ONLY

levalor blinds
levelor
levelor blinds
levolor
levolor blinds
lipstick shades
m&b blinds
mainely shades
make lamp shades
make roman blinds
make roman shades
making lamp shades
making roman shades
matchstick blinds
matchstick shades
mecco shades
mecho shades
memphis shades
mica lamp shades
mini lamp shades
natural shades
night shades
nite shades
noble blinds
oakley shades
outdoor
outdoor shades
paint shades
pair of shades
paper blinds
paper lamp shades
paper shades
paper window shades
patio shades
pleated shades
pleated window shades
porch blinds
porch shades
prestige blinds
redken shades
redken shades eq
replacement lamp shades
replacement shades
rice paper blinds
rice paper shades
rollup shades
roman blinds
roman shades
roman shades how to
roman window shades
sew roman shades
sewing roman shades

GGL005977
CONFIDENTIAL
ATTORNEYS' EYES ONLY

shades apart
shades apart lyrics
shades between glass
shades corn
shades eq
shades lyrics
shades mountain
shades mountain baptist
shades mountain baptist church
shades of
shades of black
shades of blue
shades of brown
shades of color
shades of death
shades of death road
shades of gray
shades of green
shades of green disney
shades of green disney world
shades of green florida
shades of green hotel
shades of green military
shades of green military resort
shades of green orlando
shades of green resort
shades of grey
shades of grey lyrics
shades of hope
shades of life
shades of light
shades of love
shades of love lyrics
shades of night
shades of pink
shades of purple
shades of red
shades of the past
shades of white
shades of yellow
shades state park
shades state park indiana
shades valley
shades valley high school
shades window
shutter
shutters
silhouette blinds
silhouette shades
silk lamp shades
skylight blinds
skylight shades

GGL005978
CONFIDENTIAL
ATTORNEYS' EYES ONLY

spin shades
staind 14 shades
staind 14 shades of gray
staind 14 shades of grey
staind 14 shades of grey lyrics
ten shades of green
the shades
tiffany lamp shades
tint
tinting
ultimate shades
velux blinds
venetian
vent shades
victorian lamp shades
vista blinds
wallpaper & blinds
wallpaper and blinds
wallpaper blinds
wholesale lamp shades
win blinds
window blinds crack
window blinds serial
window blinds skins
window blinds themes
window blinds xp
windows blinds crack
windows blinds skins
windows xp blinds
xp blinds
z blinds

GGL005979
CONFIDENTIAL
ATTORNEYS' EYES ONLY

https://rcs.prod.google.com/search/Optimization

W: Optimization Proposal

Ronnie Castro (AdWords US) | Help | Sign out

**Google** AdWords

rick.steele@selectblinds.com • Online • CSR: gkaye • Google Accounts
14920 • 408-249-5040 • Trakken History • Edit customer
Customer time zone: Mountain Time - Arizona (PDT +00:00)

Jump to previous customer...

Open tool...

| Ops Control Center | Campaign Management | Reports | Analytics | My Account |

Select Customer | Alert Setup | Edit Internal User | Approval Bin | Risk Bin | Optimization Queue | Jumpstart | Traffic Estimator | Agreements | My Reports |
Edit Adspam Blacklist

Campaign Summary > Campaign #4 > Optimization Proposal

## Optimization Proposal #6 - Campaign #4
See currently running campaign | Download optimization as spreadsheet (.csv)

We've created a customized proposal [?] to optimize your AdWords campaign.

* Click the 'Approve' radio button beside the changes you like. Click 'Decline' beside the changes you don't like.
* Click 'Optimize' when you're done and we will make the changes you approved and discard those you declined.
* (Optional) Click 'Decline All' to decline all proposed changes at once.

View all explanations in new window | Skip to suggestions

‒ Hide  Explanation of Your Optimization

We reorganized your campaign structure to allow more customized, creative, targeted ads. My proposal involves creating separate Ad Groups for each of your product lines, then rewriting your ads to focus specifically on the products in these Ad Groups. Your ads will be more targeted, which will increase the likelihood of a prospect clicking through to your site.

We expanded your keyword list by suggesting singular and plural variations of your existing keywords, as well as additional relevant keywords.

We have separate Ad Groups for high traffic keywords 'blinds' and 'shades'. We suggest 4 customized creatives for such Ad Groups to maximize that keyword's potential.

We modified two of your existing ad text creatives and placed 4 creatives in each Ad Group, so that you can allow the ads to rotate and keep the better-performing ad text. We kept one original ad text creative in our suggestions for each of the new Ad Groups (we kept the creative with the highest CTR).

We are using our keyword insertion tool, which will allow the keywords to automatically appear in the first line of the ad text. Each creative also contains a default keyword, in case any keywords do not meet our ad character limits.

We have mirrored the CPC values that you have set in your current campaign, which you are welcome to adjust to your preferences.

Additionally, we suggested some negative keywords that I will send you in a follow up email. We can apply those negative keyword suggestions along with the list of negative keywords you currently have running) at the campaign level.

Please note that some of your negative keywords currently in your Campaign #4 actually may not be beneficial for you. Those negative keywords that I thought would not benefit your account, I suggested deleting.

For example, you currently have 'bamboo' as a negative keyword. After researching you site, however, I notice that you do sell bamboo blinds. You are losing potentially valuable and relevant traffic.

Another example is your negative keyword 'curtains'. You currently have 'blinds and curtains' as a broad matched keyword. However, when a user searches for 'blinds and curtains,' your ad will not show up. This is because your negative keyword 'curtains' prevents it from running.

If you decide to accept our optimization suggestions, please pause your Ad Group #1 to maximize the effectiveness of your campaign.

[ Optimize ]   [ Decline All ]

Google provides optimization recommendations for your account as a service and for your convenience. Your acceptance of this optimization indicates you have reviewed the optimization fully. Please note that per the Google AdWords Terms and Conditions, you are solely responsible for the changes which have been made to your account.

## Proposed Changes

Types of suggestions: Δ = Modification, + = Addition, X = Removal

**Campaign Settings**

| | Approve Decline | Suggested Setting |
| --- | --- | --- |
| **Type** | | |
| Δ | | Campaign Negative Keywords (Click for details) |

1 - 27 of 27 optimized Ad Groups.

**Ad Groups**

| Type [?] | Approve Decline | Ad Group Name (click to see detailed suggestions) | | Proposed Changes |
| --- | --- | --- | --- | --- |
| + | | Aluminum Blind | | Ad Group Created |
| + | | American Blinds | | Ad Group Created |
| + | | Blackout Shades | | Ad Group Created |
| + | | Blinds – Misc | | Ad Group Created |

GGL005980
CONFIDENTIAL
ATTORNEYS' EYES ONLY

of 2

w: Optimization Proposal

https://res.prod.google.com/search/OptimizationSuggestion?id=2702...

| | | |
|---|---|---|
| + | Blinds - Only | Ad Group Created |
| + | Cellular Blind | Ad Group Created |
| + | Cellular Shades | Ad Group Created |
| + | Custom Blinds | Ad Group Created |
| + | Fabric Shades | Ad Group Created |
| + | Faux Blinds | Ad Group Created |
| + | Horizontal Blinds | Ad Group Created |
| + | Metal Blinds | Ad Group Created |
| + | Mini Blinds | Ad Group Created |
| + | Motorized Blinds | Ad Group Created |
| + | Patio Blinds | Ad Group Created |
| + | Plantation Blinds | Ad Group Created |
| + | Roll Shades | Ad Group Created |
| + | Shades - Misc | Ad Group Created |
| + | Shades - Only | Ad Group Created |
| + | Solar Shades | Ad Group Created |
| + | URLs, Superlatives, Spelling, etc | Ad Group Created |
| + | Venetian Blind | Ad Group Created |
| + | Vertical Blind | Ad Group Created |
| + | Vinyl Blind | Ad Group Created |
| + | Wood Blinds | Ad Group Created |
| + | Wood Shades | Ad Group Created |
| Δ | Ad Group #1 | Ad Group Modified |

Optimize   Decline All

©2006 Google – AdWords Home – Editorial Guidelines – Privacy Policy – Contact Us

▸ Debug Info

GGL005981
CONFIDENTIAL
ATTORNEYS' EYES ONLY

of 2

https://ws.prod.google.com/selectmail/.cmd=OptimizationSuggesti...

**Google** AdWords

rick_steele@selectblinds.com • Online • CSR: gkaye • Google Accounts
14920 - 408-249-5040 • Trakken History • Edit customer
Customer time zone: Mountain Time - Arizona (PDT +00:00)

Ronnie Castro (AdWords US) | Help | Sign out

Jump to previous customer...

Open tool...

| Ops Control Center | Campaign Management | Reports | Analytics | My Account |

Select Customer | Alert Setup | Edit Internal User | Approval Bin | Risk Bin | Optimization Queue | Jumpstart | Traffic Estimator | Agreements | My Reports |
Edit Adspam Blacklist

Campaign Summary > Campaign #4 > Optimization Proposal > Aluminum Blind

## ✛ Aluminum Blind - Suggested Ad Group Addition

Here's a new Ad Group we feel will help improve your overall advertising performance. If you agree with this suggestion, click 'Approved' below. If you disagree
with this suggestion, click 'Declined'.

Mark this Ad Group suggestion as: Approved | Declined

Types of suggestions: △ = Modification, ✛ = Addition, ✗ = Removal

**Discount Blinds & Shades**
Over 100,000 Satisfied Customers
Free Shipping and Free Samples
☞ www.selectblinds.com

**{KeyWord:Aluminum Blinds}**
Over 100,000 Satisfied Customers
Free Shipping and Free Samples
☞ www.selectblinds.com

**{KeyWord:Aluminum Blinds}**
Wide selection of blinds and shades
Free Ship & Free Samples. Order Now
☞ www.selectblinds.com

**{KeyWord:Aluminum Blinds}**
Get Blinds & Shades up to 67% off
Free Shipping and Free Samples
☞ www.selectblinds.com

Default maximum CPC: $1.89

1 - 10 of 10 Keywords.

| Keyword | Matching | Max. CPC | Destination URL |
|---|---|---|---|
| aluminum blind | Broad | default CPC | default URL |
| aluminum blind venetian | Broad | default CPC | default URL |
| aluminum blinds | Broad | default CPC | default URL |
| aluminum blinds venetian | Broad | default CPC | default URL |
| aluminum mini blind | Broad | default CPC | default URL |
| aluminum mini blinds | Broad | default CPC | default URL |
| aluminum vertical blind | Broad | default CPC | default URL |
| aluminum vertical blinds | Broad | default CPC | default URL |
| horizontal aluminum blind | Broad | default CPC | default URL |
| horizontal aluminum blinds | Broad | default CPC | default URL |

1 - 10 of 10 Keywords.

Mark this Ad Group suggestion as: Approved | Declined

©2006 Google - AdWords Home - Editorial Guidelines - Privacy Policy - Contact Us

> Debug Info

GGL005982
CONFIDENTIAL
ATTORNEYS' EYES ONLY

1 f 1

w: Optimization Proposal

https://ics.prod.google.com/select/main?cmd=OptimizationSuggesti...

**Google** AdWords

rick_steele@selectblinds.com · Online · CSR: gkays · Google Accounts
14820 · 408-249-5040 · Trakken History · Edit customer
Customer time zone: Mountain Time - Arizona (PDT +00:00)

Ronnie Castro (AdWords U6) | Help | Sign out

Jump to previous customer...

Open tool...

Ops Control Center | Campaign Management | Reports | Analytics | My Account

Select Customer | Alert Setup | Edit Internal User | Approval Bin | Risk Bin | Optimization Queue | Jumpstart | Traffic Estimator | Agreements | My Reports |
Edit Adspam Blacklist

Campaign Summary > Campaign #4 > Optimization Proposal > American Blinds

**+American Blinds** - Suggested Ad Group Addition

Here's a new Ad Group we feel will help improve your overall advertising performance. If you agree with this suggestion, click 'Approved' below. If you disagree
with this suggestion, click 'Declined'.

Mark this Ad Group suggestion as:    Approved    Declined

Types of suggestions: ○ = Modification, + = Addition, ✕ = Removal

Default maximum CPC: $1.89

1 - 65 of 65 Keywords.

{KeyWord:American Blinds}
Over 100,000 Satisfied Customers
Free Shipping and Free Samples
🖅 www.selectblinds.com

Discount Blinds & Shades
Over 100,000 Satisfied Customers
Free Shipping and Free Samples
🖅 www.selectblinds.com

{KeyWord:American Blinds}
Wide selection of blinds and shades
Free Ship & Free Samples. Order Now
🖅 www.selectblinds.com

{KeyWord:American Blinds}
Get Blinds & Shades up to 87% off
Free Shipping and Free Samples
🖅 www.selectblinds.com

| Keyword | Matching | Max. CPC | Destination URL |
|---|---|---|---|
| american blind | Broad | default CPC | default URL |
| american blind and wall covering | Broad | default CPC | default URL |
| american blind and wall coverings | Broad | default CPC | default URL |
| american blind and wall paper | Broad | default CPC | default URL |
| american blind and wall paper factories | Broad | default CPC | default URL |
| american blind and wall paper factory | Broad | default CPC | default URL |
| american blind and wall papers | Broad | default CPC | default URL |
| american blind and wallpaper co | Broad | default CPC | default URL |
| american blind and wallpaper companies | Broad | default CPC | default URL |
| american blind and wallpaper company | Broad | default CPC | default URL |
| american blind and wallpaper coupon | Broad | default CPC | default URL |
| american blind and wallpaper coupons | Broad | default CPC | default URL |
| american blind and wallpaper factories | Broad | default CPC | default URL |
| american blind and wallpaper factory | Broad | default CPC | default URL |
| american blind and wallpaper factory.com | Broad | default CPC | default URL |
| american blind and wallpaper outlet | Broad | default CPC | default URL |
| american blind and wallpaper outlets | Broad | default CPC | default URL |
| american blind and wallpaper.com | Broad | default CPC | default URL |
| american blind and window | Broad | default CPC | default URL |
| american blind and windows | Broad | default CPC | default URL |
| american blind co | Broad | default CPC | default URL |
| american blind companies | Broad | default CPC | default URL |
| american blind company | Broad | default CPC | default URL |
| american blind council wisconsin | Broad | default CPC | default URL |
| american blind coupon | Broad | default CPC | default URL |
| american blind coupons | Broad | default CPC | default URL |
| american blind factories | Broad | default CPC | default URL |
| american blind factory | Broad | default CPC | default URL |
| american blind more wallpaper | Broad | default CPC | default URL |
| american blind shade | Broad | default CPC | default URL |
| american blind shades | Broad | default CPC | default URL |
| american blind wallpaper | Phrase | default CPC | default URL |
| american blind wallpaper store | Broad | default CPC | default URL |
| american blind wallpaper stores | Broad | default CPC | default URL |
| american blinds | Broad | default CPC | default URL |
| american blinds & wallpaper | Broad | default CPC | default URL |
| american blinds and wall covering | Broad | default CPC | default URL |
| american blinds and wall coverings | Broad | default CPC | default URL |
| american blinds and wall paper | Broad | default CPC | default URL |

GGL005983
CONFIDENTIAL
ATTORNEYS' EYES ONLY

w: Optimization Proposal

https://...prod.google...main.dll? ... Optimizations ugg...

| | | |
|---|---|---|
| american blinds and wall paper factories | Broad | default CPC  default URL |
| american blinds and wall paper factory | Broad | default CPC  default URL |
| american blinds and wall papers | Broad | default CPC  default URL |
| american blinds and wallpaper | Broad | default CPC  default URL |
| american blinds and wallpaper co | Broad | default CPC  default URL |
| american blinds and wallpaper companies | Broad | default CPC  default URL |
| american blinds and wallpaper company | Broad | default CPC  default URL |
| american blinds and wallpaper factories | Broad | default CPC  default URL |
| american blinds and wallpaper factory | Broad | default CPC  default URL |
| american blinds and wallpaper factory.com | Broad | default CPC  default URL |
| american blinds and wallpaper outlet | Broad | default CPC  default URL |
| american blinds and wallpaper outlets | Broad | default CPC  default URL |
| american blinds and wallpaper.com | Broad | default CPC  default URL |
| american blinds and window | Broad | default CPC  default URL |
| american blinds and windows | Broad | default CPC  default URL |
| american blinds co | Broad | default CPC  default URL |
| american blinds companies | Broad | default CPC  default URL |
| american blinds company | Broad | default CPC  default URL |
| american blinds factories | Broad | default CPC  default URL |
| american blinds factory | Broad | default CPC  default URL |
| american blinds more wallpaper | Broad | default CPC  default URL |
| american blinds wallpaper | Broad | default CPC  default URL |
| american blinds wallpaper store | Broad | default CPC  default URL |
| american blinds wallpaper stores | Broad | default CPC  default URL |
| american wallpaper & blinds | Broad | default CPC  default URL |
| american wallpaper and blinds | Broad | default CPC  default URL |

1 - 65 of 65 Keywords.

Mark this Ad Group suggestion as:   Approved   Declined

---

©2006 Google - AdWords Home - Editorial Guidelines - Privacy Policy - Contact Us

▶ Debug Info

GGL005984
CONFIDENTIAL
ATTORNEYS' EYES ONLY

of 2

w: Optimization Proposal                                    https://ads.prod.google.com/select/main?cmd=OptimizationSuggesti...

**Google** AdWords

rick_steele@selectblinds.com • Online • CSR: pkaye • Google Accounts
14920 - 408-249-5040 - Trakken History - Edit customer
Customer time zone: Mountain Time - Arizona (PDT +00:00)

Ronnie Castro (AdWords US) | Help | Sign out
Jump to previous customer...
Open tool...

| Ops Control Center | Campaign Management | Reports | Analytics | My Account |

Select Customer | Alert Setup | Edit Internal User | Approval Bin | Risk Bin | Optimization Queue | Jumpstart | Traffic Estimator | Agreements | My Reports |
Edit Antispam Blacklist

Campaign Summary > Campaign #4 > Optimization Proposal > Blackout Shades

## + Blackout Shades - Suggested Ad Group Addition

Here's a new Ad Group we feel will help improve your overall advertising performance. If you agree with this suggestion, click 'Approved' below. If you disagree
with this suggestion, click 'Declined'.

Mark this Ad Group suggestion as:   Approved   Declined

Types of suggestions: △ = Modification, ✛ = Addition, ✗ = Removal

Default maximum CPC: $1.89                                                1 - 6 of 6 Keywords.

**{KeyWord:Blackout Shades}**
Over 100,000 Satisfied Customers
Free Shipping and Free Samples
🛒 www.selectblinds.com

**Discount Blinds & Shades**
Over 100,000 Satisfied Customers
Free Shipping and Free Samples
🛒 www.selectblinds.com

**{KeyWord:Blackout Shades}**
Wide selection of blinds and shades
Free Ship & Free Samples. Order Now
🛒 www.selectblinds.com

**{KeyWord:Blackout Shades}**
Get Blinds & Shades up to 87% off
Free Shipping and Free Samples
🛒 www.selectblinds.com

| Keyword [?] | Matching | Max. CPC | Destination URL |
|---|---|---|---|
| black out shades | Broad | default CPC | default URL |
| blackout blind | Broad | default CPC | default URL |
| blackout blinds | Broad | default CPC | default URL |
| blackout roller shades | Broad | default CPC | default URL |
| blackout shades | Broad | default CPC | default URL |
| blackout window shades | Broad | default CPC | default URL |

1 - 6 of 6 Keywords.

Mark this Ad Group suggestion as:   Approved   Declined

©2006 Google - AdWords Home - Editorial Guidelines - Privacy Policy - Contact Us

▸ Debug Info

GGL005985
CONFIDENTIAL
ATTORNEYS' EYES ONLY

of 1

# Google™ AdWords

rick.steele@selectblinds.com • Online • CSR: gkaye • Google Accounts
14920 • 406-249-5040 • Trakken History • Edit customer
Customer time zone: Mountain Time – Arizona (PDT +00:00)

| Ops Control Center | Campaign Management | Reports | Analytics | My Acco |
|---|---|---|---|---|

Select Customer | Alert Setup | Edit Internal User | Approval Bin | Risk Bin | Optimization Queue | Jumpstart | Tra
Agreements | My Reports | Edit Adspam Blacklist

Campaign Summary > Campaign #4 > Optimization Proposal > Blinds - Misc

## ✛ Blinds - Misc - Suggested Ad Group Addition

Here's a new Ad Group we feel will help improve your overall advertising performance. If you agree with this
suggestion, click 'Approved' below. If you disagree with this suggestion, click 'Declined'.

Mark this Ad Group suggestion as:   Approved   Declined

Types of suggestions: △ = Modification, ✛ = Addition, ✗ = Removal

Default maximum CPC: $1.89

{KeyWord:Window Blinds & Shades}
Over 100,000 Satisfied Customers
Free Shipping and Free Samples
🛒 www.selectblinds.com

Discount Blinds & Shades
Over 100,000 Satisfied Customers
Free Shipping and Free Samples
🛒 www.selectblinds.com

{KeyWord:Discount Blinds & Shades}
Wide selection of blinds and shades
Free Ship & Free Samples. Order Now
🛒 www.selectblinds.com

{KeyWord:Blinds & Shades 87% off}
Get Blinds & Shades up to 87% off
Free Shipping and Free Samples
🛒 www.selectblinds.com

1 - 101 of 101 Keywords.

|  |  |  | Destination |
|---|---|---|---|
| Keyword ▼ | Matching | Max. CPC | URL |
| 2 blinds | Broad | default CPC | default URL |
| 3 day blind | Broad | default CPC | default URL |
| 3 day blinds | Broad | default CPC | default URL |
| automatic blind | Broad | default CPC | default URL |
| automatic blinds | Broad | default CPC | default URL |
| automatic window blind | Broad | default CPC | default URL |
| automatic window blinds | Broad | default CPC | default URL |
| blind and curtain | Broad | default CPC | default URL |
| blind and wallpaper | Exact | default CPC | default URL |
| blind curtain shades | Broad | default CPC | default URL |
| blinds & wallpaper | Broad | default CPC | default URL |
| blinds and curtain | Broad | default CPC | default URL |
| blinds and curtains | Broad | default CPC | default URL |
| blinds and wallpaper | Broad | default CPC | default URL |

GGL005986
CONFIDENTIAL
ATTORNEYS' EYES ONLY

w: Optimization Proposal

https://rics.prod.google.com/selectmain?cmd=OptimizationSuggestion...

| blinds cheap | Broad | default CPC | default URL |
|---|---|---|---|
| blinds curtain shades | Broad | default CPC | default URL |
| blinds direct | Broad | default CPC | default URL |
| blinds discount | Broad | default CPC | default URL |
| blinds discounts | Broad | default CPC | default URL |
| blinds factories | Broad | default CPC | default URL |
| blinds factory | Broad | default CPC | default URL |
| blinds for less | Broad | default CPC | default URL |
| blinds for sale | Broad | default CPC | default URL |
| blinds for window | Broad | default CPC | default URL |
| blinds for windows | Broad | default CPC | default URL |
| blinds home | Broad | default CPC | default URL |
| blinds new york | Broad | default CPC | default URL |
| blinds online | Broad | default CPC | default URL |
| blinds sale | Broad | default CPC | default URL |
| blinds sales | Broad | default CPC | default URL |
| blinds wholesale | Broad | default CPC | default URL |
| blinds window | Broad | default CPC | default URL |
| blinds windows | Exact | default CPC | default URL |
| budget blind | Broad | default CPC | default URL |
| budget blinds | Exact | default CPC | default URL |
| buy blind | Broad | default CPC | default URL |
| buy blind online | Broad | default CPC | default URL |
| buy blinds | Broad | default CPC | default URL |
| buy blinds online | Broad | default CPC | default URL |
| cheap blind | Broad | default CPC | default URL |
| cheap blinds | Broad | default CPC | default URL |
| clean blinds | Broad | default CPC | default URL |
| cordless blind | Broad | default CPC | default URL |
| cordless blinds | Broad | default CPC | default URL |
| curtains and blind | Broad | default CPC | default URL |
| curtains and blinds | Broad | default CPC | default URL |
| curtains blind | Broad | default CPC | default URL |
| curtains blinds | Broad | default CPC | default URL |

GGL005987
CONFIDENTIAL
ATTORNEYS' EYES ONLY

W: Optimization Proposal

https://rcs.prod.google.com/search/mainframe?OptimizationSuggesti...

| | | | |
|---|---|---|---|
| discount blind | Broad | default CPC | default URL |
| discount blinds | Broad | default CPC | default URL |
| discount window blind | Broad | default CPC | default URL |
| discount window blinds | Broad | default CPC | default URL |
| door blind | Broad | default CPC | default URL |
| door blinds | Broad | default CPC | default URL |
| double bull blind | Broad | default CPC | default URL |
| double bull blinds | Broad | default CPC | default URL |
| fabric blind | Broad | default CPC | default URL |
| fabric blinds | Broad | default CPC | default URL |
| honeycomb blind | Broad | default CPC | default URL |
| honeycomb blinds | Broad | default CPC | default URL |
| house of blinds | Broad | default CPC | default URL |
| micro blind | Broad | default CPC | default URL |
| micro blinds | Broad | default CPC | default URL |
| national blind | Broad | default CPC | default URL |
| national blind and wallpaper | Broad | default CPC | default URL |
| national blinds | Broad | default CPC | default URL |
| national blinds and wallpaper | Broad | default CPC | default URL |
| next day blind | Broad | default CPC | default URL |
| next day blinds | Broad | default CPC | default URL |
| no brainer blind | Broad | default CPC | default URL |
| no brainer blinds | Broad | default CPC | default URL |
| outdoor blind | Broad | default CPC | default URL |
| outdoor blinds | Broad | default CPC | default URL |
| pleated blind | Broad | default CPC | default URL |
| pleated blinds | Broad | default CPC | default URL |
| pocket blind | Broad | default CPC | default URL |
| pocket blinds | Broad | default CPC | default URL |
| pvc blind | Broad | default CPC | default URL |
| pvc blinds | Broad | default CPC | default URL |
| remote control blind | Broad | default CPC | default URL |

GGL005988
CONFIDENTIAL
ATTORNEYS' EYES ONLY

w: Optimization Proposal                                    https://acs.prod.google.com/select/main?cmd=OptimizationSugg...

| | | | |
|---|---|---|---|
| remote control blinds | Broad | default CPC | default URL |
| room darkening blind | Broad | default CPC | default URL |
| room darkening blinds | Broad | default CPC | default URL |
| select blind | Broad | default CPC | default URL |
| select blinds | Broad | default CPC | default URL |
| selectblinds | Broad | default CPC | default URL |
| selectblinds.com | Broad | default CPC | default URL |
| three day blind | Broad | default CPC | default URL |
| three day blinds | Broad | default CPC | default URL |
| web blinds | Broad | default CPC | default URL |
| wholesale blind | Broad | default CPC | default URL |
| wholesale blinds | Broad | default CPC | default URL |
| window blind | Broad | default CPC | default URL |
| window blinds | Broad | default CPC | default URL |
| window curtain blind | Broad | default CPC | default URL |
| window curtain blinds | Broad | default CPC | default URL |
| window treatments blinds | Broad | default CPC | default URL |
| windows and blind | Broad | default CPC | default URL |
| windows and blinds | Broad | default CPC | default URL |
| woven blind | Broad | default CPC | default URL |
| woven blinds | Broad | default CPC | default URL |

**1 – 101 of 101 Keywords.**

Mark this Ad Group suggestion as:   Approved   |   Declined

©2006 Google - AdWords Home - Editorial Guidelines - Privacy Policy - Contact Us

▸Debug Info

GGL005989
CONFIDENTIAL
ATTORNEYS' EYES ONLY

of 4

w : Optimization Proposal

https://ncs.prod.google.com/selectvihant?cmd=OptimizationSuggest...

## Google
AdWords

rick.steele@selectblinds.com • Online • CSR: gkaye • Google Accounts
14920 • 406-249-5040 • Trakken History • Edit customer
Customer time zone: Mountain Time – Arizona (PDT +00:00)

Ronnie Castro (AdWords US) | Help | Sign out

Jump to previous customer...

Open tool...

Ops Control Center | Campaign Management | Reports | Analytics | My Account

Select Customer | Alert Setup | Edit Internal User | Approval Bin | Risk Bin | Optimization Queue | Jumpstart | Traffic Estimator | Agreements | My Reports | Edit Adspam Blacklist

Campaign Summary > Campaign #4 > Optimization Proposal > Blinds - Only

### + Blinds - Only - Suggested Ad Group Addition

Here's a new Ad Group we feel will help improve your overall advertising performance. If you agree with this suggestion, click 'Approved' below. If you disagree with this suggestion, click 'Declined'.

Mark this Ad Group suggestion as:    Approved    Declined

Types of suggestions: △ = Modification, + = Addition, ✕ = Removal

**Window Blinds Sale**
Over 100,000 Satisfied Customers
Free Shipping and Free Samples
☛ www.selectblinds.com

**Discount Blinds & Shades**
Over 100,000 Satisfied Customers
Free Shipping and Free Samples
☛ www.selectblinds.com

**Window Blinds Sale**
Wide selection of blinds and shades
Free Ship & Free Samples. Order Now
☛ www.selectblinds.com

**Window Blinds - Cheap**
Get Blinds & Shades up to 87% off
Free Shipping and Free Samples
☛ www.selectblinds.com

Default maximum CPC: $1.89

1 - 2 of 2 Keywords.

| Keyword ▼ | Matching | Max. CPC Destination URL |
|-----------|----------|--------------------------|
| blinds | Broad | default CPC  default URL |
| blinds | Exact | default CPC  default URL |

1 - 2 of 2 Keywords.

Mark this Ad Group suggestion as:    Approved    Declined

©2006 Google - AdWords Home - Editorial Guidelines - Privacy Policy - Contact Us

▸ Debug Info

GGL005990
CONFIDENTIAL
ATTORNEYS' EYES ONLY

w: Optimization Proposal

https://rtcs.prod.google.com/selecthuant:and Optimizationsuggest...

# Google™
## AdWords

rick_steele@selectblinds.com - Online - CSR: gkaye - Google Accounts
14920 - 408-249-5040 - Trakken History - Edit customer
Customer time zone: Mountain Time - Arizona (PDT +00:00)

Ronnie Castro (AdWords US) | Help | Sign out

Jump to previous customer...

Open tool...

| Ops Control Center | Campaign Management | Reports | Analytics | My Account |

Select Customer | Alert Setup | Edit Internal User | Approval Bin | Risk Bin | Optimization Queue | Jumpstart | Traffic Estimator | Agreements | My Reports |
Edit Adspam Blacklist

Campaign Summary > Campaign #4 > Optimization Proposal > Cellular Blind

## + Cellular Blind - Suggested Ad Group Addition

Here's a new Ad Group we feel will help improve your overall advertising performance. If you agree with the suggestion, click 'Approved' below. If you disagree with this suggestion, click 'Declined'.

Mark this Ad Group suggestion as:   Approved   Declined

Types of suggestions: △ = Modification, + = Addition, ✕ = Removal

Default maximum CPC: $1.99

1 - 10 of 10 Keywords.

{KeyWord:Cellular Blinds}
Over 100,000 Satisfied Customers
Free Shipping and Free Samples
☞ www.selectblinds.com

Discount Blinds & Shades
Over 100,000 Satisfied Customers
Free Shipping and Free Samples
☞ www.selectblinds.com

{KeyWord:Cellular Blinds}
Wide selection of blinds and shades
Free Ship & Free Samples. Order Now
☞ www.selectblinds.com

{KeyWord:Cellular Blinds}
Get Blinds & Shades up to 87% off
Free Shipping and Free Samples
☞ www.selectblinds.com

| Keyword ▼ | Matching | Max. CPC | Destination URL |
|---|---|---|---|
| american blind cellular | Broad | default CPC | default URL |
| american blinds cellular | Broad | default CPC | default URL |
| cellular blind | Broad | default CPC | default URL |
| cellular blinds | Broad | default CPC | default URL |
| cellular window blind | Broad | default CPC | default URL |
| cellular window blinds | Broad | default CPC | default URL |
| discount cellular blind | Broad | default CPC | default URL |
| discount cellular blinds | Broad | default CPC | default URL |
| graber cellular blind | Broad | default CPC | default URL |
| graber cellular blinds | Broad | default CPC | default URL |

1 - 10 of 10 Keywords.

Mark this Ad Group suggestion as:   Approved   Declined

©2006 Google - AdWords Home - Editorial Guidelines - Privacy Policy - Contact Us

▶ Debug Info

GGL005991
CONFIDENTIAL
ATTORNEYS' EYES ONLY

of 1

W. Optimization Proposal

# Google
AdWords

rick_steele@selectblinds.com · Online · CSR: gkaye · Google Accounts
14620 · 405-248-6040 · Trakken History · Edit customer
Customer time zone: Mountain Time - Arizona (PDT +00:00)

Ronnie Castro (AdWords US) | Help | Sign out
Jump to previous customer...
Open tool...

Ops Control Center     Campaign Management     Reports     Analytics     My Account

Select Customer | Alert Setup | Edit Internal User | Approval Bin | Risk Bin | Optimization Queue | Jumpstart | Traffic Estimator | Agreements | My Reports |
Edit Adspam Blacklist

Campaign Summary > Campaign #4 > Optimization Proposal > Cellular Shades

## + Cellular Shades - Suggested Ad Group Addition

Here's a new Ad Group we feel will help improve your overall advertising performance. If you agree with this suggestion, click 'Approved' below. If you disagree
with this suggestion, click 'Declined'.

Mark this Ad Group suggestion as:   Approved   Declined

Types of suggestions: △ = Modification, + = Addition, ✕ = Removal

Default maximum CPC: $1.89

1 - 2 of 2 Keywords.

**{KeyWord:Cellular Shades}**
Over 100,000 Satisfied Customers
Free Shipping and Free Samples
☎ www.selectblinds.com

**Discount Blinds & Shades**
Over 100,000 Satisfied Customers
Free Shipping and Free Samples
☎ www.selectblinds.com

**{KeyWord:Cellular Shades}**
Wide selection of blinds and shades
Free Ship & Free Samples, Order Now
☎ www.selectblinds.com

**{KeyWord:Cellular Shades}**
Get Blinds & Shades up to 87% off
Free Shipping and Free Samples
☎ www.selectblinds.com

| Keyword [?] | Matching | Max. CPC | Destination URL |
|---|---|---|---|
| cellular shades | Broad | default CPC | default URL |
| cellular window shades | Broad | default CPC | default URL |

1 - 2 of 2 Keywords.

Mark this Ad Group suggestion as:   Approved   Declined

©2006 Google - AdWords Home - Editorial Guidelines - Privacy Policy - Contact Us

▶ Debug Info

GGL005992
CONFIDENTIAL
ATTORNEYS' EYES ONLY

w. Optimization Proposal

https://ts-prod.google.com/select/main/cmd...Optimizations.ggesti...

# Google
AdWords

rick.steele@selectblinds.com · Online · CSR: gkaye · Google Accounts
14920 · 408-248-5040 · Trakken History · Edit customer
Customer time zone: Mountain Time - Arizona (PDT +00:00)

Ronnie Castro (AdWords US) | Help | Sign out

Jump to previous customer...

Open tool...

| Ops Control Center | Campaign Management | Reports | Analytics | My Account |

Select Customer | Alert Setup | Edit Internal User | Approval Bin | Risk Bin | Optimization Queue | Jumpstart | Traffic Estimator | Agreements | My Reports |
Edit Adspam Blacklist

Campaign Summary > Campaign #4 > Optimization Proposal > Custom Blinds

## + Custom Blinds - Suggested Ad Group Addition

Here's a new Ad Group we feel will help improve your overall advertising performance. If you agree with this suggestion, click 'Approved' below. If you disagree
with this suggestion, click 'Declined'.

Mark this Ad Group suggestion as:　Approved　Declined

Types of suggestions: △ = Modification, + = Addition, ✕ = Removal

Default maximum CPC: $1.89

1 - 26 of 26 Keywords.

{KeyWord:Custom Blinds}
Over 100,000 Satisfied Customers
Free Shipping and Free Samples
✉ www.selectblinds.com

Discount Blinds & Shades
Over 100,000 Satisfied Customers
Free Shipping and Free Samples
✉ www.selectblinds.com

{KeyWord:Custom Blinds}
Wide selection of blinds and shades
Free Ship & Free Samples. Order Now
✉ www.selectblinds.com

{KeyWord:Custom Blinds}
Get Blinds & Shades up to 87% off
Free Shipping and Free Samples
✉ www.selectblinds.com

| Keyword ☑ | Matching | Max. CPC | Destination URL |
|---|---|---|---|
| blind custom design | Broad | default CPC | default URL |
| blinds custom | Phrase | default CPC | default URL |
| blinds custom design | Broad | default CPC | default URL |
| charlotte custom blind | Broad | default CPC | default URL |
| charlotte custom blinds | Broad | default CPC | default URL |
| custom blind | Broad | default CPC | default URL |
| custom blinds | Broad | default CPC | default URL |
| custom iowa blind | Broad | default CPC | default URL |
| custom iowa blinds | Broad | default CPC | default URL |
| custom made blind | Broad | default CPC | default URL |
| custom made blinds | Broad | default CPC | default URL |
| custom made vertical blind | Broad | default CPC | default URL |
| custom made vertical blinds | Broad | default CPC | default URL |
| custom painted blind | Broad | default CPC | default URL |
| custom painted blinds | Broad | default CPC | default URL |
| custom vertical blind | Broad | default CPC | default URL |
| custom vertical blinds | Broad | default CPC | default URL |
| custom window blind | Broad | default CPC | default URL |
| custom window blinds | Broad | default CPC | default URL |
| custom window mini blind | Broad | default CPC | default URL |
| custom window mini blinds | Broad | default CPC | default URL |
| custom window shades | Broad | default CPC | default URL |
| custom wood blind | Broad | default CPC | default URL |
| custom wood blinds | Broad | default CPC | default URL |
| mini custom blind | Broad | default CPC | default URL |
| mini custom blinds | Broad | default CPC | default URL |

1 - 26 of 26 Keywords.

Mark this Ad Group suggestion as:　Approved　Declined

©2006 Google - AdWords Home - Editorial Guidelines - Privacy Policy - Contact Us

▸ Debug Info

GGL005993
CONFIDENTIAL
ATTORNEYS' EYES ONLY

of 1

https://rcs.prod.google.com/selectblain?cmd=OptimizationSuggest...

w. Optimization Proposal

**Google** AdWords

rick_steele@selectblinds.com • Online • CSR: gkaye - Google Accounts
14920 • 406-249-5040 • Trakken History • Edit customer
Customer time zone: Mountain Time - Arizona (PDT +00:00)

Ronnie Castro (AdWords US) | Help | Sign out
Jump to previous customer...
Open tool...

| Ops Control Center | Campaign Management | Reports | Analytics | My Account |

Select Customer | Alert Setup | Edit Internal User | Approval Bin | Risk Bin | Optimization Queue | Jumpstart | Traffic Estimator | Agreements | My Reports |
Edit Adspam Blacklist

Campaign Summary > Campaign #4 > Optimization Proposal > Fabric Shades

**+ Fabric Shades** - Suggested Ad Group Addition

Here's a new Ad Group we feel will help improve your overall advertising performance. If you agree with this suggestion, click 'Approved' below. If you disagree
with this suggestion, click 'Declined'.

Mark this Ad Group suggestion as:  Approved  Declined

Types of suggestions: △ = Modification, + = Addition, ✕ = Removal

Default maximum CPC: $1.89

1 - 6 of 6 Keywords.

{KeyWord:Fabric Shades}
Over 100,000 Satisfied Customers
Free Shipping and Free Samples
🛒 www.selectblinds.com

**Discount Blinds & Shades**
Over 100,000 Satisfied Customers
Free Shipping and Free Samples
🛒 www.selectblinds.com

{KeyWord:Fabric Shades}
Wide selection of blinds and shades
Free Ship & Free Samples, Order Now
🛒 www.selectblinds.com

{KeyWord:Fabric Shades}
Get Blinds & Shades up to 57% off
Free Shipping and Free Samples
🛒 www.selectblinds.com

| Keyword | Matching | Max. CPC | Destination URL |
|---|---|---|---|
| fabric pleated shades | Broad | default CPC | default URL |
| fabric roller shades | Broad | default CPC | default URL |
| fabric roller window shades | Broad | default CPC | default URL |
| fabric roman shades | Broad | default CPC | default URL |
| fabric shades | Broad | default CPC | default URL |
| fabric window shades | Broad | default CPC | default URL |

1 - 6 of 6 Keywords.

Mark this Ad Group suggestion as:  Approved  Declined

©2006 Google - AdWords Home - Editorial Guidelines - Privacy Policy - Contact Us

▸ Debug Info

GGL005994
CONFIDENTIAL
ATTORNEYS' EYES ONLY

**Google** AdWords

rick.steele@selectblinds.com • Online - CSR: gkaye - Google Accounts
14920 • 406-249-5040 • Trakken History • Edit customer
Customer time zone: Mountain Time - Arizona (PDT +00:00)

Ronnie Castro (AdWords US) | Help | Sign out

Jump to previous customer...

Open bid...

| Ops Control Center | Campaign Management | Reports | Analytics | My Account |

Select Customer | Alert Setup | Edit Internal User | Approval Bin | Risk Bin | Optimization Queue | Jumpstart | Traffic Estimator | Agreements | My Reports |
Edit Adspam Blacklist

Campaign Summary > Campaign #4 > Optimization Proposal > Faux Blinds

## + Faux Blinds - Suggested Ad Group Addition

Here's a new Ad Group we feel will help improve your overall advertising performance. If you agree with this suggestion, click 'Approved' below. If you disagree
with this suggestion, click 'Declined'.

Mark this Ad Group suggestion as:  Approved  Declined

Types of suggestions: △ = Modification, + = Addition, ✗ = Removal

Default maximum CPC: $1.89

1 - 38 of 38 Keywords.

{KeyWord:Faux Blinds}
Over 100,000 Satisfied Customers
Free Shipping and Free Samples
📧 www.selectblinds.com

Discount Blinds & Shades
Over 100,000 Satisfied Customers
Free Shipping and Free Samples
📧 www.selectblinds.com

{KeyWord:Faux Blinds}
Wide selection of blinds and shades
Free Ship & Free Samples. Order Now
📧 www.selectblinds.com

{KeyWord:Faux Blinds}
Get Blinds & Shades up to 57% off
Free Shipping and Free Samples
📧 www.selectblinds.com

| Keyword | Matching | Max. CPC Destination URL |
|---|---|---|
| 1 faux wood blind | Broad | default CPC default URL |
| 1 faux wood blinds | Broad | default CPC default URL |
| 1 inch faux wood blind | Broad | default CPC default URL |
| 1 inch faux wood blinds | Broad | default CPC default URL |
| 2 faux blind | Broad | default CPC default URL |
| 2 faux blinds | Broad | default CPC default URL |
| 2 faux wood blind | Broad | default CPC default URL |
| 2 faux wood blinds | Broad | default CPC default URL |
| 2 inch faux wood blind | Broad | default CPC default URL |
| 2 inch faux wood blinds | Broad | default CPC default URL |
| blind faux levolor wood | Broad | default CPC default URL |
| blind faux plantation | Broad | default CPC default URL |
| blind faux window | Broad | default CPC default URL |
| blinds faux levolor wood | Broad | default CPC default URL |
| blinds faux plantation | Broad | default CPC default URL |
| blinds faux window | Broad | default CPC default URL |
| cheap faux wood blind | Broad | default CPC default URL |
| cheap faux wood blinds | Broad | default CPC default URL |
| discount faux wood blind | Broad | default CPC default URL |
| discount faux wood blinds | Broad | default CPC default URL |
| faux blind | Broad | default CPC default URL |
| faux blinds | Broad | default CPC default URL |
| faux mini blind | Broad | default CPC default URL |
| faux mini blinds | Broad | default CPC default URL |
| faux wood blind | Broad | default CPC default URL |
| faux wood blinds | Broad | default CPC default URL |
| faux wood mini blind | Broad | default CPC default URL |
| faux wood mini blinds | Broad | default CPC default URL |
| faux wood vertical blind | Broad | default CPC default URL |
| faux wood vertical blinds | Broad | default CPC default URL |
| faux wood window blind | Broad | default CPC default URL |
| faux wood window blinds | Broad | default CPC default URL |
| faux wooden blind | Broad | default CPC default URL |
| faux wooden blinds | Broad | default CPC default URL |
| grandwood faux wood blind | Broad | default CPC default URL |
| grandwood faux wood blinds | Broad | default CPC default URL |
| levolor faux wood blind | Broad | default CPC default URL |
| levolor faux wood blinds | Broad | default CPC default URL |

1 - 38 of 38 Keywords.

GGL005995
CONFIDENTIAL
ATTORNEYS' EYES ONLY

w. Optimization Proposal

https://rts.prod.google.com/screen/main?cid=Optimizationsuggesti...

Mark this Ad Group suggestion as:  Approved  Declined

©2006 Google - AdWords Home - Editorial Guidelines - Privacy Policy - Contact Us

▸ Debug Info

GGL005996
CONFIDENTIAL
ATTORNEYS' EYES ONLY

1. Optimization Proposal

https://ics.prod.google.com/screenmain?cmd=OptimizationSuggestin...

**Google** AdWords

rick.steele@selectblinds.com • Online - CSR: gkaye - Google Accounts
14920 • 408-249-5040 - Trakken History • Edit customer
Customer time zone: Mountain Time - Arizona (PDT +00:00)

Ronnie Castro (AdWords US) | Help | Sign out
Jump to previous customer:
Open tool...

| Ops Control Center | Campaign Management | Reports | Analytics | **My Account** |

Select Customer | Alert Setup | Edit Internal User | Approval Bin | Risk Bin | Optimization Queue | Jumpstart | Traffic Estimator | Agreements | My Reports | Edit Adspam Blacklist

Campaign Summary > Campaign #4 > Optimization Proposal > Horizontal Blinds

## ✛ Horizontal Blinds - Suggested Ad Group Addition

Here's a new Ad Group we feel will help improve your overall advertising performance. If you agree with this suggestion, click 'Approved' below. If you disagree with this suggestion, click 'Declined'.

Mark this Ad Group suggestion as:   Approved   Declined

Types of suggestions: △ = Modification, ✛ = Addition, ✗ = Removal

{KeyWord:Horizontal Blinds}
Over 100,000 Satisfied Customers
Free Shipping and Free Samples
🛒 www.selectblinds.com

**Discount Blinds & Shades**
Over 100,000 Satisfied Customers
Free Shipping and Free Samples
🛒 www.selectblinds.com

{KeyWord:Horizontal Blinds}
Wide selection of blinds and shades
Free Ship & Free Samples. Order Now
🛒 www.selectblinds.com

{KeyWord:Horizontal Blinds}
Get Blinds & Shades up to 67% off
Free Shipping and Free Samples
🛒 www.selectblinds.com

Default maximum CPC: $1.89

1 - 8 of 6 Keywords.

| Keyword [?] | Matching | Max. CPC | Destination URL |
|---|---|---|---|
| horizontal blind | Broad | default CPC | default URL |
| horizontal blinds | Broad | default CPC | default URL |
| horizontal wood blind | Broad | default CPC | default URL |
| horizontal wood blinds | Broad | default CPC | default URL |
| sheer horizontal blind | Broad | default CPC | default URL |
| sheer horizontal blinds | Broad | default CPC | default URL |

1 - 6 of 6 Keywords.

Mark this Ad Group suggestion as:   Approved   Declined

©2006 Google - AdWords Home - Editorial Guidelines - Privacy Policy - Contact Us

▸ Debug Info

GGL005997
CONFIDENTIAL
ATTORNEYS' EYES ONLY

of 1

9. Optimization Proposal

https://rics.prod.google.com/selectblinds?Cmd=Optimizationsuggest...

## Google
AdWords

rick_steele@selectblinds.com - Online • CSR: gkaye - Google Accounts
14920 • 408-248-5040 - Trakken History • Edit customer
Customer time zone: Mountain Time - Arizona (PDT +00:00)

Ronnie Castro (AdWords US) | Help | Sign out
Jump to previous customer...
Open tool...

| Ops Control Center | Campaign Management | Reports | Analytics | My Account |

Select Customer | Alert Setup | Edit Internal User | Approval Bin | Risk Bin | Optimization Queue | Jumpstart | Traffic Estimator | Agreements | My Reports |
Edit Adspam Blacklist

Campaign Summary > Campaign #4 > Optimization Proposal > Metal Blinds

## ✛ Metal Blinds - Suggested Ad Group Addition

Here's a new Ad Group we feel will help improve your overall advertising performance. If you agree with this suggestion, click 'Approved' below. If you disagree
with this suggestion, click 'Declined'.

Mark this Ad Group suggestion as: [Approved] [Declined]

Types of suggestions: △ = Modification, ✛ = Addition, ✕ = Removal

Default maximum CPC: $1.89

1 - 6 of 6 Keywords.

| Keyword [▼] | Matching | Max. CPC | Destination URL |
|---|---|---|---|
| metal blind | Broad | default CPC | default URL |
| metal blinds | Broad | default CPC | default URL |
| metal mini blind | Broad | default CPC | default URL |
| metal mini blinds | Broad | default CPC | default URL |
| metal window blind | Broad | default CPC | default URL |
| metal window blinds | Broad | default CPC | default URL |

1 - 6 of 6 Keywords.

**{KeyWord:Metal Blinds}**
Over 100,000 Satisfied Customers
Free Shipping and Free Samples
🛒 www.selectblinds.com

**Discount Blinds & Shades**
Over 100,000 Satisfied Customers
Free Shipping and Free Samples
🛒 www.selectblinds.com

**{KeyWord:Metal Blinds}**
Wide selection of blinds and shades
Free Ship & Free Samples. Order Now
🛒 www.selectblinds.com

**{KeyWord:Metal Blinds}**
Get Blinds & Shades up to 87% off
Free Shipping and Free Samples
🛒 www.selectblinds.com

Mark this Ad Group suggestion as: [Approved] [Declined]

©2006 Google - AdWords Home - Editorial Guidelines - Privacy Policy - Contact Us

▸ Debug Info

GGL005998
CONFIDENTIAL
ATTORNEYS' EYES ONLY

of 1

https://rics.prod.google.com/selectAdMatch/Omid_OptimizationSuggesu...

w. Optimization Proposal

**Google** AdWords

rick_steele@selectblinds.com • Online • CSR: gkaye - Google Accounts
14820 • 406-249-5040 • Trakken History • Edit customer
Customer time zone: Mountain Time - Arizona (PDT +00:00)

Ronnie Castro (AdWords US) | Help | Sign out

Jump to previous customer...

Open tool...

| Ops Control Center | Campaign Management | Reports | Analytics | My Account |

Select Customer | Alert Setup | Edit Internal User | Approval Bin | Risk Bin | Optimization Queue | Jumpstart | Traffic Estimator | Agreements | My Reports |
Edit Adspam Blacklist

Campaign Summary > Campaign #4 > Optimization Proposal > Mini Blinds

## ✛ Mini Blinds - Suggested Ad Group Addition

Here's a new Ad Group we feel will help improve your overall advertising performance. If you agree with this suggestion, click 'Approved' below. If you disagree with this suggestion, click 'Declined'.

Mark this Ad Group suggestion as:  [ Approved ]  [ Declined ]

Types of suggestions: △ = Modification, ✛ = Addition, ✕ = Removal

{KeyWord:Mini Window Blinds}
Over 100,000 Satisfied Customers
Free Shipping and Free Samples
☞ www.selectblinds.com

Discount Blinds & Shades
Over 100,000 Satisfied Customers
Free Shipping and Free Samples
☞ www.selectblinds.com

{KeyWord:Mini Window Blinds}
Wide selection of blinds and shades
Free Ship & Free Samples. Order Now
☞ www.selectblinds.com

{KeyWord:Mini Window Blinds}
Get Blinds & Shades up to 57% off
Free Shipping and Free Samples
☞ www.selectblinds.com.

Default maximum CPC: $1.25

1 - 62 of 62 Keywords.

| Keyword (▼) | Matching | Max. CPC Destination URL |
|---|---|---|
| 3 day mini blind | Broad | default CPC default URL |
| 3 day mini blinds | Broad | default CPC default URL |
| black mini blind | Broad | default CPC default URL |
| black mini blinds | Broad | default CPC default URL |
| buy mini blind | Broad | default CPC default URL |
| buy mini blinds | Broad | default CPC default URL |
| cheap mini blind | Broad | default CPC default URL |
| cheap mini blinds | Broad | default CPC default URL |
| color mini blind | Broad | default CPC default URL |
| color mini blinds | Broad | default CPC default URL |
| discount mini blind | Broad | default CPC default URL |
| discount mini blinds | Broad | default CPC default URL |
| faux mini blind | Broad | default CPC default URL |
| faux mini blinds | Broad | default CPC default URL |
| graber mini blind | Broad | default CPC default URL |
| graber mini blinds | Broad | default CPC default URL |
| levolor mini blind | Broad | default CPC default URL |
| levolor mini blinds | Broad | default CPC default URL |
| magnetic mini blind | Broad | default CPC default URL |
| magnetic mini blinds | Broad | default CPC default URL |
| micro mini blind | Broad | default CPC default URL |
| micro mini blinds | Broad | default CPC default URL |
| mini blind | Broad | default CPC default URL |
| mini blind distributor | Broad | default CPC default URL |
| mini blind distributors | Broad | default CPC default URL |
| mini blind for door | Broad | default CPC default URL |
| mini blind for doors | Broad | default CPC default URL |
| mini blind manufacturer | Broad | default CPC default URL |
| mini blind manufacturers | Broad | default CPC default URL |
| mini blind part | Broad | default CPC default URL |
| mini blind parts | Broad | default CPC default URL |
| mini blind remote control | Broad | default CPC default URL |
| mini blind remote controls | Broad | default CPC default URL |
| mini blind sale | Broad | default CPC default URL |
| mini blind sales | Broad | default CPC default URL |
| mini blind vertical | Broad | default CPC default URL |
| mini blinds | Broad | default CPC default URL |
| mini blinds distributor | Broad | default CPC default URL |
| mini blinds distributors | Broad | default CPC default URL |

GGL005999
CONFIDENTIAL
ATTORNEYS' EYES ONLY