# Exhibit J - 3

Dockets.Justia.com

https://hcs.prod.google.com/selecdomain?chid=OptimizationSugg&ou...

y: Optimization Proposal

| | | |
|---|---|---|
| mini blinds for door | Broad | default CPC default URL |
| mini blinds for doors | Broad | default CPC default URL |
| mini blinds manufacturer | Broad | default CPC default URL |
| mini blinds manufacturers | Broad | default CPC default URL |
| mini blinds part | Broad | default CPC default URL |
| mini blinds parts | Broad | default CPC default URL |
| mini blinds remote control | Broad | default CPC default URL |
| mini blinds remote controls | Broad | default CPC default URL |
| mini blinds sale | Broad | default CPC default URL |
| mini blinds sales | Broad | default CPC default URL |
| mini blinds vertical | Broad | default CPC default URL |
| pvc mini blind | Broad | default CPC default URL |
| pvc mini blinds | Broad | default CPC default URL |
| red mini blind | Broad | default CPC default URL |
| red mini blinds | Broad | default CPC default URL |
| room darkening mini blind | Broad | default CPC default URL |
| room darkening mini blinds | Broad | default CPC default URL |
| vinyl mini blind | Broad | default CPC default URL |
| vinyl mini blinds | Broad | default CPC default URL |
| wholesale mini blind | Broad | default CPC default URL |
| wholesale mini blinds | Broad | default CPC default URL |
| window mini blind | Broad | default CPC default URL |
| window mini blinds | Broad | default CPC default URL |

1 - 52 of 52 Keywords.

Mark this Ad Group suggestion as:   Approved    Declined

©2006 Google - AdWords Home - Editorial Guidelines - Privacy Policy - Contact Us

▶ Debug Info

GGL006000
CONFIDENTIAL
ATTORNEYS' EYES ONLY

https://rics.prod.google.com/select/main?cmd=Optimization:Suggest...

▼: Optimization Proposal

**Google** AdWords

rick_steele@selectblinds.com • Online - CSR: gkaye • Google Accounts
14920 - 408-246-5040 • Trakken History - Edit customer
Customer time zone: Mountain Time - Arizona (PDT +00:00)

Ronnie Castro (AdWords US) | Help | Sign out

Jump to previous customer...

Open tool...

| Ops Control Center | Campaign Management | Reports | Analytics | My Account |

Select Customer | Alert Setup | Edit Internal User | Approval Bin | Risk Bin | Optimization Queue | Jumpstart | Traffic Estimator | Agreements | My Reports |
Edit Adspam Blacklist

Campaign Summary > Campaign #4 > Optimization Proposal > Motorized Blinds

## + Motorized Blinds - Suggested Ad Group Addition

Here's a new Ad Group we feel will help improve your overall advertising performance. If you agree with this suggestion, click 'Approved' below. If you disagree
with this suggestion, click 'Declined'.

Mark this Ad Group suggestion as:   Approved   Declined

Types of suggestions: △ = Modification, + = Addition, ✕ = Removal

Default maximum CPC: $1.89

1 - 8 of 8 Keywords.

**(KeyWord:Motorized Blinds)**
Over 100,000 Satisfied Customers
Free Shipping and Free Samples
☞ www.selectblinds.com

**Discount Blinds & Shades**
Over 100,000 Satisfied Customers
Free Shipping and Free Samples
☞ www.selectblinds.com

**(KeyWord:Motorized Blinds)**
Wide selection of blinds and shades
Free Ship & Free Samples. Order Now
☞ www.selectblinds.com

**(KeyWord:Motorized Blinds)**
Get Blinds & Shades up to 87% off
Free Shipping and Free Samples
☞ www.selectblinds.com

| Keyword ▼ | Matching | Max CPC Destination URL |
|---|---|---|
| motorized blind | Phrase | default CPC  default URL |
| motorized blinds | Phrase | default CPC  default URL |
| motorized shades | Phrase | default CPC  default URL |
| motorized vertical blind | Broad | default CPC  default URL |
| motorized vertical blinds | Broad | default CPC  default URL |
| motorized window blind | Broad | default CPC  default URL |
| motorized window blinds | Broad | default CPC  default URL |
| motorized window shades | Broad | default CPC  default URL |

1 - 8 of 8 Keywords.

Mark this Ad Group suggestion as:   Approved   Declined

©2006 Google - AdWords Home - Editorial Guidelines - Privacy Policy - Contact Us

▸ Debug Info

GGL006001
CONFIDENTIAL
ATTORNEYS' EYES ONLY

of 1

w: Optimization Proposal

https://rcs.prod.google.com/screenshot.html?url=Optimizationsuggestion...

# Google AdWords

rick_steele@selectblinds.com - Online - CSR: gkaye - Google Accounts

Ronnie Castro (AdWords US) | Help | Sign out

14920 - 408-249-5040 - Trakken History - Edit customer
Customer time zone: Mountain Time - Arizona (PDT +00:00)

Jump to previous customer...

Open tool...

| Ops Control Center | Campaign Management | Reports | Analytics | My Account |

Select Customer | Alert Setup | Edit Internal User | Approval Bin | Risk Bin | Optimization Queue | Jumpstart | Traffic Estimator | Agreements | My Reports |
Edit Adspam Blacklist

Campaign Summary > Campaign #4 > Optimization Proposal > Patio Blinds

## + Patio Blinds - Suggested Ad Group Addition

Here's a new Ad Group we feel will help improve your overall advertising performance. If you agree with this suggestion, click 'Approved' below. If you disagree
with this suggestion, click 'Declined'.

Mark this Ad Group suggestion as:    Approved    Declined

Types of suggestions: △ = Modification, + = Addition, ✕ = Removal

**{KeyWord:Patio Window Blinds}**
Over 100,000 Satisfied Customers
Free Shipping and Free Samples
www.selectblinds.com

**Discount Blinds & Shades**
Over 100,000 Satisfied Customers
Free Shipping and Free Samples
www.selectblinds.com

**{KeyWord:Patio Window Blinds}**
Wide selection of blinds and shades
Free Ship & Free Samples, Order Now
www.selectblinds.com

**{KeyWord:Patio Window Blinds}**
Get Blinds & Shades up to 87% off
Free Shipping and Free Samples
www.selectblinds.com

Default maximum CPC: $1.99

1 - 10 of 10 Keywords.

| Keyword ▼ | Matching | Max. CPC | Destination URL |
|---|---|---|---|
| internal patio door blind | Broad | default CPC | default URL |
| internal patio door blinds | Broad | default CPC | default URL |
| patio blind | Broad | default CPC | default URL |
| patio blinds | Broad | default CPC | default URL |
| patio door blind | Broad | default CPC | default URL |
| patio door blinds | Broad | default CPC | default URL |
| patio vertical blind | Broad | default CPC | default URL |
| patio vertical blinds | Broad | default CPC | default URL |
| vertical blind for patio door | Broad | default CPC | default URL |
| vertical blinds for patio door | Broad | default CPC | default URL |

1 - 10 of 10 Keywords.

Mark this Ad Group suggestion as:    Approved    Declined

©2006 Google - AdWords Home - Editorial Guidelines - Privacy Policy - Contact Us

▸ Debug Info

GGL006002
CONFIDENTIAL
ATTORNEYS' EYES ONLY

of 1

W: Optimization Proposal

https://rcs.prod.google.com/scc/main?cmd=OptimizationSuggest...

# Google™ AdWords

rick_steele@selectblinds.com • Online • CSR: gkaye - Google Accounts
14920 • 406-249-5040 • Trakken History • Edit customer
Customer time zone: Mountain Time - Arizona (PDT +00:00)

Ronnie Castro (AdWords US) | Help | Sign out

Jump to previous customer...

Open tool...

| Ops Control Center | Campaign Management | Reports | Analytics | My Account |

Select Customer | Alert Setup | Edit Internal User | Approval Bin | Risk Bin | Optimization Queue | Jumpstart | Traffic Estimator | Agreements | My Reports |
Edit Adspam Blacklist

Campaign Summary > Campaign #4 > Optimization Proposal > Plantation Blinds

## + Plantation Blinds - Suggested Ad Group Addition

Here's a new Ad Group we feel will help improve your overall advertising performance. If you agree with this suggestion, click 'Approved' below. If you disagree
with this suggestion, click 'Declined'.

Mark this Ad Group suggestion as:    Approved    Declined

Types of suggestions: △ = Modification, + = Addition, ✕ = Removal

Default maximum CPC: $1.89

1 - 8 of 8 Keywords.

**[KeyWord:Plantation Blinds]**
Over 100,000 Satisfied Customers
Free Shipping and Free Samples
✉ www.selectblinds.com

**Discount Blinds & Shades**
Over 100,000 Satisfied Customers
Free Shipping and Free Samples
✉ www.selectblinds.com

**[KeyWord:Plantation Blinds]**
Wide selection of blinds and shades
Free Ship & Free Samples. Order Now
✉ www.selectblinds.com

**[KeyWord:Plantation Blinds]**
Get Blinds & Shades up to 87% off
Free Shipping and Free Samples
✉ www.selectblinds.com

| Keyword ☞ | Matching | Max. CPC Destination URL |
|---|---|---|
| faux plantation blind | Broad | default CPC default URL |
| faux plantation blinds | Broad | default CPC default URL |
| faux wood plantation blind | Broad | default CPC default URL |
| faux wood plantation blinds | Broad | default CPC default URL |
| plantation blind | Broad | default CPC default URL |
| plantation blinds | Broad | default CPC default URL |
| plantation shutter blind | Broad | default CPC default URL |
| plantation shutter blinds | Broad | default CPC default URL |

1 - 8 of 8 Keywords.

Mark this Ad Group suggestion as:    Approved    Declined

©2006 Google - AdWords Home - Editorial Guidelines - Privacy Policy - Contact Us

▸ Debug Info

GGL006003
CONFIDENTIAL
ATTORNEYS' EYES ONLY

of 1

w: Optimization Proposal

https://rics.prod.google.com/selectmainend Optimization Suggest...

**Google** AdWords

rick_steele@selectblinds.com • Online • CSR: gkaye • Google Accounts
14920 • 406-249-5040 • Trekken History • Edit customer
Customer time zone: Mountain Time - Arizona (PDT +00:00)

Ronnie Castro (AdWords US) | Help | Sign out

Jump to previous customer...

Open trail...

Campaign Management    Reports    Analytics    My Account

| Ops Control Center |

Select Customer | Alert Setup | Edit Internal User | Approval Bin | Risk Bin | Optimization Queue | Jumpstart | Traffic Estimator | Agreements | My Reports |
Edit Adspam Blacklist

Campaign Summary > Campaign #4 > Optimization Proposal > Roll Shades

## ＋ Roll Shades - Suggested Ad Group Addition

Here's a new Ad Group we feel will help improve your overall advertising performance. If you agree with this suggestion, click 'Approved' below. If you disagree with this suggestion, click 'Declined'.

Mark this Ad Group suggestion as:    Approved    Declined

Types of suggestions: △ = Modification, ＋ = Addition, ✕ = Removal

Default maximum CPC: $1.89

1 - 28 of 28 Keywords.

**{KeyWord:Roll Up Shades}**
Over 100,000 Satisfied Customers
Free Shipping and Free Samples
☎ www.selectblinds.com

**Discount Blinds & Shades**
Over 100,000 Satisfied Customers
Free Shipping and Free Samples
☎ www.selectblinds.com

**{KeyWord:Roll Up Shades}**
Wide selection of blinds and shades
Free Ship & Free Samples. Order Now
☎ www.selectblinds.com

**{KeyWord:Roll Up Shades}**
Get Blinds & Shades up to 67% off
Free Shipping and Free Samples
☎ www.selectblinds.com

| Keyword ⊡ | Matching | Max. CPC | Destination URL |
|---|---|---|---|
| bamboo roll up blinds | Broad | default CPC | default URL |
| bamboo roll up shades | Broad | default CPC | default URL |
| blackout roller blinds | Broad | default CPC | default URL |
| blackout roller shades | Broad | default CPC | default URL |
| decorative roller blinds | Broad | default CPC | default URL |
| decorative roller shades | Broad | default CPC | default URL |
| fabric roller blinds | Broad | default CPC | default URL |
| fabric roller shades | Broad | default CPC | default URL |
| fabric window roller blinds | Broad | default CPC | default URL |
| fabric window roller shades | Broad | default CPC | default URL |
| lace roller blinds | Broad | default CPC | default URL |
| lace roller shades | Broad | default CPC | default URL |
| motorized roller blinds | Broad | default CPC | default URL |
| motorized roller shades | Broad | default CPC | default URL |
| roll shades | Broad | default CPC | default URL |
| roll up blinds | Broad | default CPC | default URL |
| roll up shades | Broad | default CPC | default URL |
| roll up window blinds | Broad | default CPC | default URL |
| roll up window shades | Broad | default CPC | default URL |
| roller blind | Broad | default CPC | default URL |
| roller blinds | Broad | default CPC | default URL |
| roller blinds and window | Broad | default CPC | default URL |
| roller shades | Broad | default CPC | default URL |
| roller shades and window | Broad | default CPC | default URL |
| roller window shades | Broad | default CPC | default URL |
| solar roller blinds | Broad | default CPC | default URL |
| solar roller shades | Broad | default CPC | default URL |
| window roller shades | Broad | default CPC | default URL |

1 - 28 of 28 Keywords.

Mark this Ad Group suggestion as:    Approved    Declined

©2006 Google - AdWords Home - Editorial Guidelines - Privacy Policy - Contact Us

› Debug Info

GGL006004
CONFIDENTIAL
ATTORNEYS' EYES ONLY

of 1

IV: Optimization Proposal                    https://ocs.prod.google.com/screen/main?cid=Optimization&logstr=...

**Google** AdWords

rick_steele@selectblinds.com • Online • CSR: gkaye • Google Account
14620 • 408-249-5040 • Trakken History • Edit customer
Customer time zone: Mountain Time - Arizona (PDT +00:00)

Ronnie Castro (AdWords US) | Help | Sign out

Jump to previous customer...

Open tool...

| Ops Control Center | Campaign Management | Reports | Analytics | My Account |

Select Customer | Alert Setup | Edit Internal User | Approval Bin | Risk Bin | Optimization Queue | Jumpstart | Traffic Estimator | Agreements | My Reports |
Edit Adspam Blacklist

Campaign Summary > Campaign #4 > Optimization Proposal > Shades - Misc

## + Shades - Misc - Suggested Ad Group Addition

Here's a new Ad Group we feel will help improve your overall advertising performance. If you agree with this suggestion, click 'Approved' below. If you disagree with this suggestion, click 'Declined'.

Mark this Ad Group suggestion as:   Approved   Declined

Types of suggestions: △ = Modification, + = Addition, ✕ = Removal

Default maximum CPC: $1.89

1 - 33 of 33 Keywords.

{KeyWord:Window Blinds & Shades}
Over 100,000 Satisfied Customers
Free Shipping and Free Samples
🛒 www.selectblinds.com

Discount Blinds & Shades
Over 100,000 Satisfied Customers
Free Shipping and Free Samples
🛒 www.selectblinds.com

{KeyWord:Discount Blinds & Shades}
Wide selection of blinds and shades
Free Ship & Free Samples. Order Now
🛒 www.selectblinds.com

{KeyWord:Blinds & Shades 87% off}
Get Blinds & Shades up to 87% off
Free Shipping and Free Samples
🛒 www.selectblinds.com

| Keyword ☑ | Matching | Max. CPC | Destination URL |
|---|---|---|---|
| bamboo window shades | Broad | default CPC | default URL |
| blind shades | Broad | default CPC | default URL |
| blinds & shades | Broad | default CPC | default URL |
| blinds and shades | Broad | default CPC | default URL |
| blinds shades | Broad | default CPC | default URL |
| bottom up shades | Broad | default CPC | default URL |
| cell shades | Broad | default CPC | default URL |
| cheap window shades | Broad | default CPC | default URL |
| covering window shades | Broad | default CPC | default URL |
| darkening shades | Broad | default CPC | default URL |
| discount roman shades | Broad | default CPC | default URL |
| discount window shades | Broad | default CPC | default URL |
| discounted window shades | Broad | default CPC | default URL |
| door shades | Broad | default CPC | default URL |
| honeycomb shades | Broad | default CPC | default URL |
| insulated window shades | Broad | default CPC | default URL |
| light shades | Broad | default CPC | default URL |
| natural window shades | Broad | default CPC | default URL |
| room darkening shades | Broad | default CPC | default URL |
| shades and blinds | Broad | default CPC | default URL |
| shades blinds | Broad | default CPC | default URL |
| shades for windows | Broad | default CPC | default URL |
| sheer window shades | Broad | default CPC | default URL |
| soft shades | Broad | default CPC | default URL |
| sun shades | Broad | default CPC | default URL |
| window blind shades | Broad | default CPC | default URL |
| window blinds and shades | Broad | default CPC | default URL |
| window blinds shades | Broad | default CPC | default URL |
| window shades | Broad | default CPC | default URL |
| window shades and blinds | Broad | default CPC | default URL |
| window shades blinds | Broad | default CPC | default URL |
| window sun shades | Broad | default CPC | default URL |
| woven shades | Broad | default CPC | default URL |

1 - 33 of 33 Keywords.

Mark this Ad Group suggestion as:   Approved   Declined

GGL006005
CONFIDENTIAL
ATTORNEYS' EYES ONLY

of 2

w: Optimization Proposal

©2006 Google - AdWords Home - Editorial Guidelines - Privacy Policy - Contact Us

▸Debug Info

GGL006006
CONFIDENTIAL
ATTORNEYS' EYES ONLY

of 2

w: Optimization Proposal

**Google** AdWords

rick.steele@selectblinds.com • Online • CSR: gkaye - Google Accounts
14620 - 408-240-5040 - Tracken History - Edit customer
Customer time zone: Mountain Time - Arizona (PDT +00:00)

Ronnie Castro (AdWords US) | Help | Sign out
Jump to previous customer...
Open tool...

Ops Control Center | Campaign Management    Reports    Analytics    My Account

Select Customer | Alert Setup | Edit Internal User | Approval Bin | Risk Bin | Optimization Queue | Jumpstart | Traffic Estimator | Agreements | My Reports |
Edit Adspam Blacklist

Campaign Summary > Campaign #4 > Optimization Proposal > Shades - Only

## + Shades - Only - Suggested Ad Group Addition

Here's a new Ad Group we feel will help improve your overall advertising performance. If you agree with this suggestion, click 'Approved' below. If you disagree
with this suggestion, click 'Declined'.

Mark this Ad Group suggestion as:    Approved    Declined

Types of suggestions: △ = Modification, + = Addition, ✕ = Removal

Default maximum CPC: $1.89

1 - 2 of 2 Keywords.

**Window Blinds & Shades**
Over 100,000 Satisfied Customers
Free Shipping and Free Samples
☎ www.selectblinds.com

**Window Shades Sale**
Over 100,000 Satisfied Customers
Free Shipping and Free Samples
☎ www.selectblinds.com

**Window Shades Sale**
Wide selection of blinds and shades
Free Ship & Free Samples. Order Now
☎ www.selectblinds.com

**Window Shades - Cheap**
Get Blinds & Shades up to 87% off
Free Shipping and Free Samples
☎ www.selectblinds.com

| Keyword [T] | Matching | Max. CPC | Destination URL |
|---|---|---|---|
| shades | Broad | default CPC | default URL |
| shades | Exact | default CPC | default URL |

1 - 2 of 2 Keywords.

Mark this Ad Group suggestion as:    Approved    Declined

©2006 Google - AdWords Home - Editorial Guidelines - Privacy Policy - Contact Us

▶ Debug Info

GGL006007
CONFIDENTIAL
ATTORNEYS' EYES ONLY

of 1

W. Optimization Proposal

https://foo.prod.google.com/selectblinds1... and Optimization Proposal...

# Google
AdWords

rick_steele@selectblinds.com - Online - CSR: gkaye - Google Accounts
14920 - 405-249-5040 - Trakken History - Edit customer
Customer time zone: Mountain Time - Arizona (PDT +00:00)

Ronnie Castro (AdWords US) | Help | Sign out

Jump to previous customer...

Open tool...

| Ops Control Center | Campaign Management | Reports | Analytics | My Account |

Select Customer | Alert Setup | Edit Internal User | Approval Bin | Risk Bin | Optimization Queue | Jumpstart | Traffic Estimator | Agreements | My Reports |
Edit Adspam Blacklist

Campaign Summary > Campaign #4 > Optimization Proposal > Solar Shades

## ＋ Solar Shades - Suggested Ad Group Addition

Here's a new Ad Group we feel will help improve your overall advertising performance. If you agree with this suggestion, click 'Approved' below. If you disagree
with this suggestion, click 'Declined'.

Mark this Ad Group suggestion as:    Approved | Declined

Types of suggestions: △ = Modification, ＋ = Addition, ✕ = Removal

Default maximum CPC: $1.89

1 - 4 of 4 Keywords.

{KeyWord:Solar Window Shades}
Over 100,000 Satisfied Customers
Free Shipping and Free Samples
☎ www.selectblinds.com

Discount Blinds & Shades
Over 100,000 Satisfied Customers
Free Shipping and Free Samples
☎ www.selectblinds.com

{KeyWord:Solar Window Shades}
Wide selection of blinds and shades
Free Ship & Free Samples. Order Now
☎ www.selectblinds.com

{KeyWord:Solar Window Shades}
Get Blinds & Shades up to 87% off
Free Shipping and Free Samples
☎ www.selectblinds.com

| Keyword ▽ | Matching | Max. CPC | Destination URL |
|---|---|---|---|
| patio solar shades | Broad | default CPC | default URL |
| solar roller shades | Broad | default CPC | default URL |
| solar shades | Broad | default CPC | default URL |
| solar window shades | Broad | default CPC | default URL |

1 - 4 of 4 Keywords.

Mark this Ad Group suggestion as:    Approved | Declined

©2006 Google - AdWords Home - Editorial Guidelines - Privacy Policy - Contact Us

› Debug Info

GGL006008
CONFIDENTIAL
ATTORNEYS' EYES ONLY

of 1

-shades valley
-shades valley high school
-shades window
-shutter
-shutters
-silhouette blinds
-silhouette shades
-silk lamp shades
-skylight blinds
-skylight shades
-solar
-spin shades
-staind 14 shades
-staind 14 shades of gray
-staind 14 shades of grey
-staind 14 shades of grey lyrics
-ten shades of green
-the shades
-tiffany lamp shades
-tint
-tinting
-ultimate shades
-velux blinds
-venetian
-vent shades
-victorian lamp shades
-vista blinds
-wallpaper & blinds
-wallpaper and blinds
-wallpaper blinds
-wholesale lamp shades
-win blinds
-window blinds crack
-window blinds serial
-window blinds skins
-window blinds themes
-window blinds xp
-windows blinds crack
-windows blinds skins
-windows xp blinds
-xp blinds
-z blinds

CONFIDENTIAL


ABWF005521

6/13/2006

Message

-patio shades
-pleated shades
-pleated window shades
-porch blinds
-porch shades
-prestige blinds
-redken shades
-redken shades eq
-replacement lamp shades
-replacement shades
-rice paper blinds
-rice paper shades
-rollup shades
-roman blinds
-roman shades
-roman shades how to
-roman window shades
-sew roman shades
-sewing roman shades
-shades apart
-shades apart lyrics
-shades between glass
-shades com
-shades eq
-shades lyrics
-shades mountain
-shades mountain baptist
-shades mountain baptist church
-shades of
-shades of black
-shades of blue
-shades of brown
-shades of color
-shades of death
-shades of death road
-shades of gray
-shades of green
-shades of green disney
-shades of green disney world
-shades of green florida
-shades of green hotel
-shades of green military
-shades of green military resort
-shades of green orlando
-shades of green resort
-shades of grey
-shades of grey lyrics
-shades of hope
-shades of life
-shades of light
-shades of love
-shades of love lyrics
-shades of night
-shades of pink
-shades of purple
-shades of red
-shades of the past
-shades of white
-shades of yellow
-shades state park
-shades state park indiana

CONFIDENTIAL

ABWF005520

6/13/2006

-glass lamp shades
-goose blinds
-gotta wear shades
-graber
-graber blinds
-graber shades
-green shades
-hardware
-how to clean blinds
-how to clean mini blinds
-how to make lamp shades
-how to make roman blinds
-how to make roman shades
-hunter blinds
-hunting blinds
-i gotta wear shades
-install
-install blinds
-installation
-just shades
-kirsch
-kirsch blinds
-lamp
-lamp shades
-lamps and shades
-lamps shades
-lampshades
-levalor blinds
-levelor
-levelor blinds
-levolor
-levolor blinds
-lipstick shades
-m&b blinds
-mainely shades
-make lamp shades
-make roman blinds
-make roman shades
-making lamp shades
-making roman shades
-matchstick blinds
-matchstick shades
-mecco shades
-mecho shades
-memphis shades
-mica lamp shades
-mini lamp shades
-natural shades
-night shades
-nite shades
-noble blinds
-oakley shades
-outdoor
-outdoor shades
-paint shades
-pair of shades
-paper blinds
-paper lamp shades
-paper shades
-paper window shades
-patio

CONFIDENTIAL

ABWF005519

Message

- -bali vertical blinds
- -bali window blinds
- -bali window shades
- -balli
- -balloon shades
- -bamboo
- -bamboo shades
- -beaded lamp shades
- -black shades
- -blinds cleaning
- -blinds houston
- -blinds hunter douglas
- -blinds installation
- -blinds parts
- -blinds repair
- -blinds uk
- -blinds wallpaper
- -blue shades
- -boat blinds
- -california sun shades
- -candle shades
- -car shades
- -car sun shades
- -car window shades
- -chandelier lamp shades
- -chandelier shades
- -clean mini blinds
- -clean venetian blinds
- -cleaning blinds
- -cleaning mini blinds
- -color shades
- -colorel blinds
- -comfortex blinds
- -conrad shades
- -cool shades
- -coupon
- -cp shades
- -curtain
- -curtains
- -curtains shades
- -custom lamp shades
- -custom shades
- -day night shades
- -deer blinds
- -del mar blinds
- -del mar shades
- -delmar blinds
- -discount lamp shades
- -discount shades
- -disney shades of green
- -douglas blinds
- -duck blinds
- -duette blinds
- -duette shades
- -eddie z blinds
- -eddie z's blinds
- -electric blinds
- -eye shades
- -fabric
- -final approach blinds
- -future's so bright i gotta wear shades

CONFIDENTIAL

ABWF005518

6/13/2006

Message

american blind and wallpaper.com
american blind and window
american blind and windows
american blind co
american blind companies
american blind council wisconsin
american blind coupon
american blind coupons
american blind more wallpaper
american blind shade
american blind shades
american blind wallpaper store
american blind wallpaper stores
american blinds
american blinds & wallpaper
american blinds and wall covering
american blinds and wall coverings
american blinds and wall paper
american blinds and wall paper factories
american blinds and wall paper factory
american blinds and wall papers
american blinds and wallpaper
american blinds and wallpaper co
american blinds and wallpaper companies
american blinds and wallpaper company
american blinds and wallpaper factories
american blinds and wallpaper factory
american blinds and wallpaper factory.com
american blinds and wallpaper outlet
american blinds and wallpaper outlets
american blinds and wallpaper.com
american blinds and window
american blinds and windows
american blinds co
american blinds companies
american blinds company
american blinds factories
american blinds factory
american blinds more wallpaper
american blinds wallpaper
american blinds wallpaper store
american blinds wallpaper stores
american wallpaper & blinds
american wallpaper and blinds
"american blind wallpaper"
-1 a blinds and wallpaper
-14 shades of gray
-14 shades of grey
-14 shades of grey lyrics
-american
-antique lamp shades
-arch
-artistic window shades
-austrian shades
-auto shades
-auto sun shades
-auto vent shades
-bali
-bali blinds
-bali cellular shades
-bali roman shades

CONFIDENTIAL

ABWF005517

6/13/2006

REDACTED

-----Original Message-----
**From:** Rick Steele [mailto:rick@lowestmortgage.com]
**Sent:** Thursday, February 12, 2004 11:49 AM
**To:** Greenspon, Susan
**Subject:** Keyword list by Google

Susan,

Nice talking to you...here is the campaign Google created...I will also forward their email mentioning this campaign... Let me know if you have any questions. Interesting to note that we do have a negative keyword "american" that should have prevented any variation of this term from delivering within this search...

Thanks,

Rick H. Steele


american blind
american blind and wall covering
american blind and wall coverings
american blind and wall paper
american blind and wall paper factories
american blind and wall paper factory
american blind and wall papers
american blind and wallpaper co
american blind and wallpaper companies
american blind and wallpaper coupon
american blind and wallpaper coupons
american blind and wallpaper factories
american blind and wallpaper factory.com
american blind and wallpaper outlet
american blind and wallpaper outlets

CONFIDENTIAL

ABWF005516



EXHIBIT 5

jlmsteno.com

Richard Steele
9/14/06

Optimization Proposal

| | | | |
|---|---|---|---|
| window roller shades | Broad | default CPC | default URL |
| window shades | Broad | default CPC | default URL |
| window shades and blinds | Broad | default CPC | default URL |
| window shades blinds | Broad | default CPC | default URL |
| window treatments blinds | Broad | default CPC | default URL |
| windowblinds | Broad | default CPC | default URL |
| windows and blinds | Broad | default CPC | default URL |
| windows blinds crack | Negative | | |
| windows blinds skins | Negative | | |
| windows xp blinds | Negative | | |
| wood blind | Broad | default CPC | default URL |
| wood blinds | Broad | default CPC | default URL |
| wood mini blinds | Broad | default CPC | default URL |
| wood shades | Broad | default CPC | default URL |
| wood window blind | Broad | default CPC | default URL |
| wood window blinds | Broad | default CPC | default URL |
| wooden blind | Broad | default CPC | default URL |
| wooden blinds | Broad | default CPC | default URL |
| wooden shades | Broad | default CPC | default URL |
| wooden window blinds | Broad | default CPC | default URL |
| woodwinds blinds | Broad | default CPC | default URL |
| woven blinds | Broad | default CPC | default URL |
| woven shades | Broad | default CPC | default URL |
| woven wood blinds | Broad | default CPC | default URL |
| woven wood shades | Broad | default CPC | default URL |
| www.blinds.com | Broad | default CPC | default URL |
| www.blindsgalore.com | Broad | default CPC | default URL |
| www.blindswholesale.com | Broad | default CPC | default URL |
| www.ezblinds.com | Broad | default CPC | default URL |
| www.hunterdouglas.com | Broad | default CPC | default URL |
| www.selectblinds.com | Broad | default CPC | default URL |
| xp blinds | Negative | | |
| z blinds | Negative | | |

1 - 434 of 434 Keywords.

Mark this Ad Group suggestion as:    Approved    Declined

©2006 Google – AdWords Home - Editorial Guidelines - Privacy Policy - Contact Us

▸ Debug Info

GGL006028
CONFIDENTIAL
ATTORNEYS' EYES ONLY

7. Optimization Proposal

| Keyword | Match Type | | |
|---|---|---|---|
| staind 14 shades of grey | Negative | | |
| staind 14 shades of grey lyrics | Negative | | |
| sun shades | Broad | default CPC | default URL |
| ten shades of green | Negative | | |
| the shades | Negative | | |
| three day blind | Broad | default CPC | default URL |
| three day blinds | Broad | default CPC | default URL |
| tiffany lamp shades | Negative | | |
| tint | Negative | | |
| tinting | Negative | | |
| ultimate shades | Negative | | |
| velux blinds | Negative | | |
| venetian | Negative | | |
| venetian blind | Broad | default CPC | default URL |
| venetian blinds | Broad | default CPC | default URL |
| venitian blinds | Broad | default CPC | default URL |
| vent shades | Negative | | |
| vertical blinds | Broad | default CPC | default URL |
| vertical window blinds | Broad | default CPC | default URL |
| verticle blinds | Broad | default CPC | default URL |
| victorian lamp shades | Negative | | |
| vinyl blind | Broad | default CPC | default URL |
| vinyl blinds | Broad | default CPC | default URL |
| vinyl mini blinds | Broad | default CPC | default URL |
| vista blinds | Negative | | |
| wallpaper & blinds | Negative | | |
| wallpaper and blinds | Negative | | |
| wallpaper blinds | Negative | | |
| web blinds | Broad | default CPC | default URL |
| wholesale blinds | Broad | default CPC | default URL |
| wholesale lamp shades | Negative | | |
| win blinds | Negative | | |
| window blind | Broad | default CPC | default URL |
| window blind shades | Broad | default CPC | default URL |
| window blinds | Broad | default CPC | default URL |
| window blinds and shades | Broad | default CPC | default URL |
| window blinds crack | Negative | | |
| window blinds serial | Negative | | |
| window blinds shades | Broad | default CPC | default URL |
| window blinds skins | Negative | | |
| window blinds themes | Negative | | |
| window blinds xp | Negative | | |

GGL006027
CONFIDENTIAL
ATTORNEYS' EYES ONLY

v. Optimization Proposal

https://ks.prod.google.com/screen/main?cmd=Optimization&gg=sd...

| | | | |
|---|---|---|---|
| shades of gray | Negative | | |
| shades of green | Negative | | |
| shades of green disney | Negative | | |
| shades of green disney world | Negative | | |
| shades of green florida | Negative | | |
| shades of green hotel | Negative | | |
| shades of green military | Negative | | |
| shades of green military resort | Negative | | |
| shades of green orlando | Negative | | |
| shades of green resort | Negative | | |
| shades of grey | Negative | | |
| shades of grey lyrics | Negative | | |
| shades of hope | Negative | | |
| shades of life | Negative | | |
| shades of light | Negative | | |
| shades of love | Negative | | |
| shades of love lyrics | Negative | | |
| shades of night | Negative | | |
| shades of pink | Negative | | |
| shades of purple | Negative | | |
| shades of red | Negative | | |
| shades of the past | Negative | | |
| shades of white | Negative | | |
| shades of yellow | Negative | | |
| shades state park | Negative | | |
| shades state park indiana | Negative | | |
| shades valley | Negative | | |
| shades valley high school | Negative | | |
| shades window | Negative | | |
| shutter | Negative | | |
| shutters | Negative | | |
| silhouette blinds | Negative | | |
| silhouette shades | Negative | | |
| silk lamp shades | Negative | | |
| skylight blinds | Negative | | |
| skyfight shades | Negative | | |
| soft shades | Broad | default CPC | default URL |
| solar shades | Broad | default CPC | default URL |
| solar window shades | Broad | default CPC | default URL |
| spin shades | Negative | | |
| staind 14 shades | Negative | | |
| staind 14 shades of gray | Negative | | |

GGL006026
CONFIDENTIAL
ATTORNEYS' EYES ONLY

| | | | |
|---|---|---|---|
| redken shades eq | Negative | | |
| remote control blinds | Broad | default CPC | default URL |
| replacement lamp shades | Negative | | |
| replacement shades | Negative | | |
| rice paper blinds | Negative | | |
| rice paper shades | Negative | | |
| roll shades | Broad | default CPC | default URL |
| roll up blinds | Broad | default CPC | default URL |
| roll up shades | Broad | default CPC | default URL |
| roller blind | Broad | default CPC | default URL |
| roller blinds | Broad | default CPC | default URL |
| roller shades | Broad | default CPC | default URL |
| roller window shades | Broad | default CPC | default URL |
| roman shades how to | Negative | | |
| roman window shades | Negative | | |
| room darkening blinds | Broad | default CPC | default URL |
| room darkening shades | Broad | default CPC | default URL |
| select blinds | Broad | default CPC | default URL |
| selectblinds | Broad | default CPC | default URL |
| selectblinds.com | Broad | default CPC | default URL |
| sew roman shades | Negative | | |
| sewing roman shades | Negative | | |
| shades | Broad | default CPC | default URL |
| shades and blinds | Broad | default CPC | default URL |
| shades apart | Negative | | |
| shades apart lyrics | Negative | | |
| shades between glass | Negative | | |
| shades blinds | Broad | default CPC | default URL |
| shades com | Negative | | |
| shades eq | Negative | | |
| shades for windows | Broad | default CPC | default URL |
| shades lyrics | Negative | | |
| shades mountain | Negative | | |
| shades mountain baptisl | Negative | | |
| shades mountain baptist church | Negative | | |
| shades of | Negative | | |
| shades of black | Negative | | |
| shades of blue | Negative | | |
| shades of brown | Negative | | |
| shades of color | Negative | | |
| shades of death | Negative | | |
| shades of death road | Negative | | |

GGL006025
CONFIDENTIAL
ATTORNEYS' EYES ONLY

V: Optimization Proposal    https://lts.prod.google.com/screen/main?cmd=OptimizationSugg-sh...

| | | | |
|---|---|---|---|
| mecho shades | Negative | | |
| memphis shades | Negative | | |
| metal blinds | Broad | default CPC | default URL |
| mica lamp shades | Negative | | |
| micro blinds | Broad | default CPC | default URL |
| mini blind | Broad | default CPC | default URL |
| mini blinds | Broad | default CPC | default URL |
| mini lamp shades | Negative | | |
| motorized window shades | Broad | default CPC | default URL |
| national blind and wallpaper | Broad | default CPC | default URL |
| national blinds | Broad | default CPC | default URL |
| national blinds and wallpaper | Broad | default CPC | default URL |
| natural shades | Negative | | |
| next day blind | Broad | default CPC | default URL |
| next day blinds | Broad | default CPC | default URL |
| night shades | Negative | | |
| nite shades | Negative | | |
| no brainer blinds | Broad | default CPC | default URL |
| noble blinds | Negative | | |
| oakley shades | Negative | | |
| outdoor | Negative | | |
| outdoor blinds | Broad | default CPC | default URL |
| outdoor shades | Negative | | |
| paint shades | Negative | | |
| pair of shades | Negative | | |
| paper blinds | Negative | | |
| paper lamp shades | Negative | | |
| paper shades | Negative | | |
| paper window shades | Negative | | |
| patio blinds | Broad | default CPC | default URL |
| patio door blinds | Broad | default CPC | default URL |
| plantation blind | Broad | default CPC | default URL |
| plantation blinds | Broad | default CPC | default URL |
| pleated blinds | Broad | default CPC | default URL |
| pleated shades | Negative | | |
| pleated window shades | Negative | | |
| pocket blinds | Broad | default CPC | default URL |
| porch blinds | Negative | | |
| porch shades | Negative | | |
| prestige blinds | Negative | | |
| pvc blinds | Broad | default CPC | default URL |
| redken shades | Negative | | |

GGL006024
CONFIDENTIAL
ATTORNEYS' EYES ONLY

f 11

v. Optimization Proposal

https://nts.prod.google.com/selection/match/rems... Optimization Suggesti...

| | | | |
|---|---|---|---|
| hardware | Negative | | |
| honeycomb blinds | Broad | default CPC | default URL |
| honeycomb shades | Broad | default CPC | default URL |
| horizontal blind | Broad | default CPC | default URL |
| horizontal blinds | Broad | default CPC | default URL |
| house of blinds | Broad | default CPC | default URL |
| how to clean blinds | Negative | | |
| how to clean mini blinds | Negative | | |
| how to make lamp shades | Negative | | |
| how to make roman blinds | Negative | | |
| how to make roman shades | Negative | | |
| hunter blinds | Negative | | |
| hunting blinds | Negative | | |
| i gotta wear shades | Negative | | |
| install | Negative | | |
| install blinds | Negative | | |
| installation | Negative | | |
| just shades | Negative | | |
| kirsch | Negative | | |
| kirsch blinds | Negative | | |
| lamp | Negative | | |
| lamp shades | Negative | | |
| lamps and shades | Negative | | |
| lamps shades | Negative | | |
| lampshades | Negative | | |
| levalor blinds | Negative | | |
| levelor | Negative | | |
| levelor blinds | Negative | | |
| levolor | Negative | | |
| levolor blinds | Negative | | |
| light shades | Broad | default CPC | default URL |
| lipstick shades | Negative | | |
| m&b blinds | Negative | | |
| malnely shades | Negative | | |
| make lamp shades | Negative | | |
| make roman blinds | Negative | | |
| make roman shades | Negative | | |
| making lamp shades | Negative | | |
| making roman shades | Negative | | |
| matchstick blinds | Negative | | |
| matchstick shades | Negative | | |
| mecco shades | Negative | | |

GGL006023
CONFIDENTIAL
ATTORNEYS' EYES ONLY

f 11

v: Optimization Proposal                    https://its.prod.google.com/selectonramp?email=OptimizationSuggesti...

| | | | |
|---|---|---|---|
| discount lamp shades | Negative | | |
| discount mini blind | Broad | default CPC | default URL |
| discount mini blinds | Broad | default CPC | default URL |
| discount roman shades | Broad | default CPC | default URL |
| discount vertical blinds | Broad | default CPC | default URL |
| discount window blind | Broad | default CPC | default URL |
| discount window blinds | Broad | default CPC | default URL |
| discount window shades | Broad | default CPC | default URL |
| discount wood blinds | Broad | default CPC | default URL |
| disney shades of green | Negative | | |
| door blinds | Broad | default CPC | default URL |
| door shades | Broad | default CPC | default URL |
| double bull blinds | Broad | default CPC | default URL |
| douglas blinds | Negative | | |
| duck blinds | Negative | | |
| duette blinds | Negative | | |
| duette shades | Negative | | |
| eddie z blinds | Negative | | |
| eddie z's blinds | Negative | | |
| electric blinds | Negative | | |
| eye shades | Negative | | |
| ez blinds | Broad | default CPC | default URL |
| ezblinds | Broad | default CPC | default URL |
| ezblinds.com | Broad | default CPC | default URL |
| fabric | Negative | | |
| fabric blinds | Broad | default CPC | default URL |
| fabric shades | Broad | default CPC | default URL |
| fabric vertical blinds | Broad | default CPC | default URL |
| fabric window shades | Broad | default CPC | default URL |
| faux blind | Broad | default CPC | default URL |
| faux blinds | Broad | default CPC | default URL |
| faux wood blind | Broad | default CPC | default URL |
| faux wood blinds | Broad | default CPC | default URL |
| final approach blinds | Negative | | |
| future's so bright i gotta wear shades | Negative | | |
| glass lamp shades | Negative | | |
| goose blinds | Negative | | |
| gotta wear shades | Negative | | |
| graber | Negative | | |
| graber blinds | Negative | | |
| graber shades | Negative | | |
| green shades | Negative | | |

GGL006022
CONFIDENTIAL
ATTORNEYS' EYES ONLY

f 11

| | | | |
|---|---|---|---|
| car shades | Negative | | |
| car sun shades | Negative | | |
| car window shades | Negative | | |
| cell shades | Broad | default CPC | default URL |
| cellular blind | Broad | default CPC | default URL |
| cellular blinds | Broad | default CPC | default URL |
| cellular shades | Broad | default CPC | default URL |
| cellular window shades | Broad | default CPC | default URL |
| chandelier lamp shades | Negative | | |
| chandelier shades | Negative | | |
| cheap blind | Broad | default CPC | default URL |
| cheap blinds | Broad | default CPC | default URL |
| clean blinds | Broad | default CPC | default URL |
| clean mini blinds | Negative | | |
| clean venetian blinds | Negative | | |
| cleaning blinds | Negative | | |
| cleaning mini blinds | Negative | | |
| cleaning venetian blinds | Broad | default CPC | default URL |
| color shades | Negative | | |
| colorel blinds | Negative | | |
| comfortex blinds | Negative | | |
| conrad shades | Negative | | |
| cool shades | Negative | | |
| cordless blinds | Broad | default CPC | default URL |
| coupon | Negative | | |
| cp shades | Negative | | |
| curtains and blinds | Broad | default CPC | default URL |
| curtains blinds | Broad | default CPC | default URL |
| custom blind | Broad | default CPC | default URL |
| custom blinds | Broad | default CPC | default URL |
| custom lamp shades | Negative | | |
| custom shades | Negative | | |
| custom window blind | Broad | default CPC | default URL |
| custom window blinds | Broad | default CPC | default URL |
| custom window shades | Broad | default CPC | default URL |
| darkening shades | Broad | default CPC | default URL |
| day night shades | Negative | | |
| deer blinds | Negative | | |
| del mar blinds | Negative | | |
| del mar shades | Negative | | |
| delmar blinds | Negative | | |
| discount blind | Broad | default CPC | default URL |
| discount blinds | Broad | default CPC | default URL |

GGL006021
CONFIDENTIAL
ATTORNEYS' EYES ONLY

| | | | |
|---|---|---|---|
| blinds & wallpaper | Broad | default CPC | default URL |
| blinds and curtains | Broad | default CPC | default URL |
| blinds and shades | Broad | default CPC | default URL |
| blinds and wallpaper | Broad | default CPC | default URL |
| blinds cheap | Broad | default CPC | default URL |
| blinds cleaning | Negative | | |
| blinds com | Broad | default CPC | default URL |
| blinds custom | Broad | default CPC | default URL |
| blinds direct | Broad | default CPC | default URL |
| blinds discount | Broad | default CPC | default URL |
| blinds factory | Broad | default CPC | default URL |
| blinds for less | Broad | default CPC | default URL |
| blinds for sale | Broad | default CPC | default URL |
| blinds for windows | Broad | default CPC | default URL |
| blinds galore | Broad | default CPC | default URL |
| blinds home | Broad | default CPC | default URL |
| blinds houston | Negative | | |
| blinds hunter douglas | Negative | | |
| blinds installation | Negative | | |
| blinds new york | Broad | default CPC | default URL |
| blinds online | Broad | default CPC | default URL |
| blinds parts | Negative | | |
| blinds repair | Negative | | |
| blinds sale | Broad | default CPC | default URL |
| blinds shades | Broad | default CPC | default URL |
| blinds uk | Negative | | |
| blinds wallpaper | Negative | | |
| blinds wholesale | Broad | default CPC | default URL |
| blinds window | Broad | default CPC | default URL |
| blinds wood | Broad | default CPC | default URL |
| blinds.com | Broad | default CPC | default URL |
| blindsgalore | Broad | default CPC | default URL |
| blindsgalore.com | Broad | default CPC | default URL |
| blindswholesale | Broad | default CPC | default URL |
| blindswholesale.com | Broad | default CPC | default URL |
| blue shades | Negative | | |
| boat blinds | Negative | | |
| bottom up shades | Broad | default CPC | default URL |
| budget blind | Broad | default CPC | default URL |
| buy blinds | Broad | default CPC | default URL |
| buy blinds online | Broad | default CPC | default URL |
| california sun shades | Negative | | |
| candle shades | Negative | | |

GGL006020
CONFIDENTIAL
ATTORNEYS' EYES ONLY

4. Optimization Proposal

| | | | |
|---|---|---|---|
| 3 day blind | Broad | default CPC | default URL |
| 3 day blinds | Broad | default CPC | default URL |
| 3day blinds | Broad | default CPC | default URL |
| aluminum blind | Broad | default CPC | default URL |
| aluminum blinds | Broad | default CPC | default URL |
| aluminum mini blinds | Broad | default CPC | default URL |
| american blind | Broad | default CPC | default URL |
| american blinds | Broad | default CPC | default URL |
| american blinds & wallpaper | Broad | default CPC | default URL |
| american blinds and wallpaper | Broad | default CPC | default URL |
| american blinds wallpaper | Broad | default CPC | default URL |
| american wallpaper & blinds | Broad | default CPC | default URL |
| american wallpaper and blinds | Broad | default CPC | default URL |
| antique lamp shades | Negative | | |
| arch | Negative | | |
| artistic window shades | Negative | | |
| austrian shades | Negative | | |
| auto shades | Negative | | |
| auto sun shades | Negative | | |
| auto vent shades | Negative | | |
| automatic blinds | Broad | default CPC | default URL |
| bali | Negative | | |
| bali blinds | Negative | | |
| bali cellular shades | Negative | | |
| bali roman shades | Negative | | |
| bali vertical blinds | Negative | | |
| bali window blinds | Negative | | |
| bali window shades | Negative | | |
| balli | Negative | | |
| balloon shades | Negative | | |
| beaded lamp shades | Negative | | |
| best blinds | Broad | default CPC | default URL |
| black out shades | Broad | default CPC | default URL |
| black shades | Negative | | |
| blackout blinds | Broad | default CPC | default URL |
| blackout shades | Broad | default CPC | default URL |
| blind galore | Broad | default CPC | default URL |
| blind shades | Broad | default CPC | default URL |
| blinds | Broad | default CPC | default URL |
| blinds & shades | Broad | default CPC | default URL |

GGL006019
CONFIDENTIAL
ATTORNEYS' EYES ONLY

V: Optimization Proposal

Ronnie Castl
Jump to previous c

 **Google** AdWords

rick.steele@selectblinds.com · Online · CSR: gkaye · Google Accounts
14920 · 406-249-5040 · Trakken History · Edit customer
Customer time zone: Mountain Time - Arizona (PDT +00:00)

| Ops Control Center | Campaign Management | Reports | Analytics | My Account |

Select Customer | Alert Setup | Edit Internal User | Approval Bin | Risk Bin | Optimization Queue | Jumpstart | Traffic Estimator | Agreements | My Reports | Edit Adspam Blacklist

Campaign Summary > Campaign #4 > Optimization Proposal > Ad Group #1

## △ Ad Group #1 - Suggested Ad Group Modifications
See currently running ad group

Here are some changes we feel will improve the performance of this existing Ad Group. If you agree with this suggestion, click 'Approved' below. If you disagree with this suggestion, click 'Declined'.

Mark this Ad Group suggestion as:  Approved | Declined

Show only optimized keywords

Types of suggestions: △ = Modification, ✚ = Addition, ✗ = Removal

No Suggestions

Status: Active from Deleted
Default maximum CPC: $1.89 from $1.88

**Blinds & Shades 87% off**
Wide selection of blinds and shades
Free Shipping and Free Samples
🛒 www.selectblinds.com

1 - 434 of 434 Keywords.

**Discount Blinds & Shades**
Wide selection of blinds and shades
Free Shipping and Free Samples
🛒 www.selectblinds.com

**Discount Blinds & Shades**
Over 100,000 Satisfied Customers
Free Shipping and Free Samples
🛒 www.selectblinds.com

**Window Blinds & Shades**
Over 100,000 Satisfied Customers
Free Shipping and Free Samples
🛒 www.selectblinds.com

| Type ⊤ | Keyword | Matching | Max. CPC | Destination URL |
|--------|---------|----------|----------|-----------------|
| ✗ | american blind wallpaper | Broad | default CPC | default URL |
| ✗ | bamboo | Negative | | |
| ✗ | bamboo shades | Negative | | |
| ✗ | blind and wallpaper | Broad | default CPC | default URL |
| ✗ | blinds windows | Broad | default CPC | default URL |
| ✗ | budget blinds | Broad | default CPC | default URL |
| ✗ | curtain | Negative | | |
| ✗ | curtains | Negative | | |
| ✗ | curtains shades | Negative | | |
| ✗ | discount shades | Negative | | |
| ✗ | glass shades | Broad | default CPC | default URL |
| ✗ | motorized blinds | Broad | default CPC | default URL |
| ✗ | motorized shades | Broad | default CPC | default URL |
| ✗ | patio shades | Negative | | |
| ✗ | rollup shades | Negative | | |
| ✗ | roman blinds | Negative | | |
| ✗ | roman shades | Negative | | |
| | 1 a blinds and wallpaper | Negative | | |
| | 14 shades of gray | Negative | | |
| | 14 shades of grey | Negative | | |
| | 14 shades of grey lyrics | Negative | | |
| | 2 blinds | Broad | default CPC | default URL |
| | 2 wood blinds | Broad | default CPC | default URL |

GGL006018
CONFIDENTIAL
ATTORNEYS' EYES ONLY

**Google** AdWords

rick.steele@selectblinds.com - Online - CSR: gkaye - Google Accounts
14520 - 408-249-5040 - Trakken History - Edit customer
Customer time zone: Mountain Time - Arizona (PDT +00:00)

Ronnie Castro (AdWords US) | Help | Sign out
Jump to previous customer...
Open tool...

| Ops Control Center | Campaign Management | Reports | Analytics | My Account |

Select Customer | Alert Setup | Edit Internal User | Approval Bin | Risk Bin | Optimization Queue | Jumpstart | Traffic Estimator | Agreements | My Reports |
Edit Adspam Blacklist

Campaign Summary > Campaign #4 > Optimization Proposal > Wood Shades

## + Wood Shades - Suggested Ad Group Addition

Here's a new Ad Group we feel will help improve your overall advertising performance. If you agree with this suggestion, click 'Approved' below. If you disagree
with this suggestion, click 'Declined'.

Mark this Ad Group suggestion as:    Approved     Declined

Types of suggestions: Δ = Modification, + = Addition, ✕ = Removal

Default maximum CPC: $1.89

1 - 4 of 4 Keywords.

{KeyWord:Wood Window Shades}
Over 100,000 Satisfied Customers
Free Shipping and Free Samples
✉ www.selectblinds.com

Discount Blinds & Shades
Over 100,000 Satisfied Customers
Free Shipping and Free Samples
✉ www.selectblinds.com

{KeyWord:Wood Window Shades}
Wide selection of blinds and shades
Free Ship & Free Samples: Order Now
✉ www.selectblinds.com

{KeyWord:Wood Window Shades}
Get Blinds & Shades up to 87% off
Free Shipping and Free Samples
✉ www.selectblinds.com

| Keyword ▼ | Matching | Max. CPC | Destination URL |
|---|---|---|---|
| wood shades | Broad | default CPC | default URL |
| wood window shades | Broad | default CPC | default URL |
| wooden shades | Broad | default CPC | default URL |
| woven wood shades | Broad | default CPC | default URL |

1 - 4 of 4 Keywords.

Mark this Ad Group suggestion as:    Approved     Declined

©2006 Google - AdWords Home - Editorial Guidelines - Privacy Policy - Contact Us

▸ Debug Info

GGL006017
CONFIDENTIAL
ATTORNEYS' EYES ONLY.

https://ns.prod.google.com/school/main?cmd=Optimization&ggs...

iv. Optimization Proposal

▸ Debug Info

GGL006016
CONFIDENTIAL
ATTORNEYS' EYES ONLY

N. Optimization Proposal

https://rics.prod.google.com/screen/main?cmd=Optimization&gg=...

**Google** AdWords

rick_steele@selectblinds.com • Online • CSR: gkaye • Google Accounts
14920 • 406-249-5040 • Trakken History • Edit customer
Customer time zone: Mountain Time - Arizona (PDT +00:00)

Ronnie Castro (AdWords US) | Help | Sign out

Jump to previous customer...

Open tool...

| Ops Control Center | Campaign Management | Reports | Analytics | My Account |

Select Customer | Alert Setup | Edit Internal User | Approval Bin | Risk Bin | Optimization Queue | Jumpstart | Traffic Estimator | Agreements | My Reports | Edit Adspam Blacklist

Campaign Summary > Campaign #4 > Optimization Proposal > Wood Blinds

**+ Wood Blinds - Suggested Ad Group Addition**

Here's a new Ad Group we feel will help improve your overall advertising performance. If you agree with this suggestion, click 'Approved' below. If you disagree with this suggestion, click 'Declined'.

Mark this Ad Group suggestion as:  Approved  Declined

Types of suggestions: △ = Modification, + = Addition, ✗ = Removal

{KeyWord:Wood Window Blinds}
Over 100,000 Satisfied Customers
Free Shipping and Free Samples
www.selectblinds.com

Discount Blinds & Shades
Over 100,000 Satisfied Customers
Free Shipping and Free Samples
www.selectblinds.com

{KeyWord:Wood Window Blinds}
Wide selection of blinds and shades
Free Ship & Free Samples. Order Now
www.selectblinds.com

{KeyWord:Wood Window Blinds}
Get Blinds & Shades up to 87% off
Free Shipping and Free Samples
www.selectblinds.com

Default maximum CPC: $1.89

1 - 31 of 31 Keywords.

| Keyword ▽ | Matching | Max. CPC | Destination URL |
|---|---|---|---|
| 2 wood blind | Broad | default CPC | default URL |
| 2 wood blinds | Broad | default CPC | default URL |
| blinds wood | Broad | default CPC | default URL |
| cheap wood blind | Broad | default CPC | default URL |
| cheap wood blinds | Broad | default CPC | default URL |
| colorado wood blind | Broad | default CPC | default URL |
| colorado wood blinds | Broad | default CPC | default URL |
| discount wood blind | Broad | default CPC | default URL |
| discount wood blinds | Broad | default CPC | default URL |
| online wood blind | Broad | default CPC | default URL |
| online wood blinds | Broad | default CPC | default URL |
| real wood blind | Broad | default CPC | default URL |
| real wood blinds | Broad | default CPC | default URL |
| sale wood blind | Broad | default CPC | default URL |
| sale wood blinds | Broad | default CPC | default URL |
| wholesale wood blind | Broad | default CPC | default URL |
| wholesale wood blinds | Broad | default CPC | default URL |
| wood blind | Broad | default CPC | default URL |
| wood blinds | Broad | default CPC | default URL |
| wood mini blind | Broad | default CPC | default URL |
| wood mini blinds | Broad | default CPC | default URL |
| wood window blind | Broad | default CPC | default URL |
| wood window blinds | Broad | default CPC | default URL |
| wooden blind | Broad | default CPC | default URL |
| wooden blinds | Broad | default CPC | default URL |
| wooden window blind | Broad | default CPC | default URL |
| wooden window blinds | Broad | default CPC | default URL |
| woodwinds blind | Broad | default CPC | default URL |
| woodwinds blinds | Broad | default CPC | default URL |
| woven wood blind | Broad | default CPC | default URL |
| woven wood blinds | Broad | default CPC | default URL |

1 - 31 of 31 Keywords.

Mark this Ad Group suggestion as:  Approved  Declined

©2006 Google - AdWords Home - Editorial Guidelines - Privacy Policy - Contact Us

GGL006015
CONFIDENTIAL
ATTORNEYS' EYES ONLY

1f2

w. Optimization Proposal                    https://rcs.prod.google.com/select/main?cmd=OptimizationSuggest...

**Google** AdWords

rick.steele@selectblinds.com · Online · CSR: gkaye · Google Accounts
14920 · 406-246-5040 · Trekken History · Edit customer
Customer time zone: Mountain Time - Arizona (PDT +00:00)

Ronnie Castro (AdWords US) | Help | Sign out
Jump to previous customer...          Open tool...

| Ops Control Center | Campaign Management | Reports | Analytics | My Account |

Select Customer | Alert Setup | Edit Internal User | Approval Bin | Risk Bin | Optimization Queue | Jumpstart | Traffic Estimator | Agreements | My Reports |
Edit Adspam Blacklist

Campaign Summary > Campaign #4 > Optimization Proposal > Vinyl Blind

## + Vinyl Blind - Suggested Ad Group Addition

Here's a new Ad Group we feel will help improve your overall advertising performance. If you agree with this suggestion, click 'Approved' below. If you disagree
with this suggestion, click 'Declined'.

Mark this Ad Group suggestion as:   Approved    Declined

Types of suggestions: △ = Modification, + = Addition, ✗ = Removal

Default maximum CPC: $1.88                                    1 - 10 of 10 Keywords.

{KeyWord:Vinyl Window Blinds}
Over 100,000 Satisfied Customers
Free Shipping and Free Samples
☞ www.selectblinds.com

Discount Blinds & Shades
Over 100,000 Satisfied Customers
Free Shipping and Free Samples
☞ www.selectblinds.com

{KeyWord:Vinyl Window Blinds}
Wide selection of blinds and shades
Free Ship & Free Samples. Order Now
☞ www.selectblinds.com

{KeyWord:Vinyl Window Blinds}
Get Blinds & Shades up to 87% off
Free Shipping and Free Samples
☞ www.selectblinds.com

| Keyword (?) | Matching | Max CPC | Destination URL |
| --- | --- | --- | --- |
| 2 vinyl blind | Broad | default CPC | default URL |
| 2 vinyl blinds | Broad | default CPC | default URL |
| vinyl blind | Broad | default CPC | default URL |
| vinyl blinds | Broad | default CPC | default URL |
| vinyl mini blind | Broad | default CPC | default URL |
| vinyl mini blinds | Broad | default CPC | default URL |
| vinyl vertical blind | Broad | default CPC | default URL |
| vinyl vertical blinds | Broad | default CPC | default URL |
| vinyl window blind | Broad | default CPC | default URL |
| vinyl window blinds | Broad | default CPC | default URL |

1 - 10 of 10 Keywords.

Mark this Ad Group suggestion as:   Approved    Declined

©2006 Google - AdWords Home - Editorial Guidelines - Privacy Policy - Contact Us

▶Debug Info

GGL006014
CONFIDENTIAL
ATTORNEYS' EYES ONLY

https://ics.prod.google.com/select.vmain?cmd=OptimizationSugg.stu...

N: Optimization Proposal

| | | | |
|---|---|---|---|
| vertical bamboo blind | Broad | default CPC | default URL |
| vertical bamboo blinds | Broad | default CPC | default URL |
| vertical blind for patio door | Broad | default CPC | default URL |
| vertical blind for patio doors | Broad | default CPC | default URL |
| vertical blind hardware | Broad | default CPC | default URL |
| vertical blind replacement part | Broad | default CPC | default URL |
| vertical blind replacement parts | Broad | default CPC | default URL |
| vertical blind retailer | Broad | default CPC | default URL |
| vertical blind retailers | Broad | default CPC | default URL |
| vertical blind sale | Broad | default CPC | default URL |
| vertical blind sales | Broad | default CPC | default URL |
| vertical blinds | Broad | default CPC | default URL |
| vertical blinds for patio door | Broad | default CPC | default URL |
| vertical blinds for patio doors | Broad | default CPC | default URL |
| vertical blinds hardware | Broad | default CPC | default URL |
| vertical blinds replacement part | Broad | default CPC | default URL |
| vertical blinds replacement parts | Broad | default CPC | default URL |
| vertical blinds retailer | Broad | default CPC | default URL |
| vertical blinds retailers | Broad | default CPC | default URL |
| vertical blinds sale | Broad | default CPC | default URL |
| vertical blinds sales | Broad | default CPC | default URL |
| vertical window blind | Broad | default CPC | default URL |
| vertical window blinds | Broad | default CPC | default URL |
| vertical wood blind | Broad | default CPC | default URL |
| vertical wood blinds | Broad | default CPC | default URL |
| wholesale vertical blind | Broad | default CPC | default URL |
| wholesale vertical blinds | Broad | default CPC | default URL |
| wooden vertical blind | Broad | default CPC | default URL |
| wooden vertical blinds | Broad | default CPC | default URL |

1 - 68 of 68 Keywords.

Mark this Ad Group suggestion as:  Approved    Declined

©2006 Google - AdWords Home - Editorial Guidelines - Privacy Policy - Contact Us

▶ Debug Info

GGL006013
CONFIDENTIAL
ATTORNEYS' EYES ONLY

of 2

w: Optimization Proposal

https://rcs.prod.google.com/selectcustomain/ and OptimizationSuggest...

**Google** AdWords

rick.steele@selectblinds.com • Online • CSR: gkaye • Google Accounts
14820 • 406-249-5040 • Trakion History • Edit customer
Customer time zone: Mountain Time - Arizona (PDT +00:00)

Ronnie Castro (AdWords US) | Help | Sign out
Jump to previous customer...

Open tool...

Ops Control Center | Campaign Management | Reports | Analytics | My Account

Select Customer | Alert Setup | Edit Internal User | Approval Bin | Risk Bin | Optimization Queue | Jumpstart | Traffic Estimator | Agreements | My Reports |
Edit Adspam Blacklist

Campaign Summary > Campaign #4 > Optimization Proposal > Vertical Blind

## ✛ Vertical Blind – Suggested Ad Group Addition

Here's a new Ad Group we feel will help improve your overall advertising performance. If you agree with this suggestion, click 'Approved' below. If you disagree with this suggestion, click 'Declined'.

Mark this Ad Group suggestion as:   Approved   Declined

Types of suggestions: △ = Modification, ✛ = Addition, ✕ = Removal

**{KeyWord:Vertical Window Blinds}**
Over 100,000 Satisfied Customers
Free Shipping and Free Samples
✉ www.selectblinds.com

**Discount Blinds & Shades**
Over 100,000 Satisfied Customers
Free Shipping and Free Samples
✉ www.selectblinds.com

**{KeyWord:Vertical Window Blinds}**
Wide selection of blinds and shades
Free Ship & Free Samples. Order Now
✉ www.selectblinds.com

**{KeyWord:Vertical Window Blinds}**
Get Blinds & Shades up to 87% off
Free Shipping and Free Samples
✉ www.selectblinds.com

Default maximum CPC: $1.69

1 - 68 of 68 Keywords.

| Keyword ☑ | Matching | Max. CPC | Destination URL |
|---|---|---|---|
| 2 vertical blind | Broad | default CPC | default URL |
| 2 vertical blinds | Broad | default CPC | default URL |
| aluminum vertical blind | Broad | default CPC | default URL |
| aluminum vertical blinds | Broad | default CPC | default URL |
| black blind vertical | Broad | default CPC | default URL |
| black blinds vertical | Broad | default CPC | default URL |
| blind component vertical | Broad | default CPC | default URL |
| blind factory vertical | Broad | default CPC | default URL |
| blind horizontaletc mini venetian vertical | Broad | default CPC | default URL |
| blind motorized vertical | Broad | default CPC | default URL |
| blind part repair vertical | Broad | default CPC | default URL |
| blind patio vertical | Broad | default CPC | default URL |
| blinds component vertical | Broad | default CPC | default URL |
| blinds factory vertical | Broad | default CPC | default URL |
| blinds horizontaletc mini venetian vertical | Broad | default CPC | default URL |
| blinds motorized vertical | Broad | default CPC | default URL |
| blinds part repair vertical | Broad | default CPC | default URL |
| blinds patio vertical | Broad | default CPC | default URL |
| cheap vertical blind | Broad | default CPC | default URL |
| cheap vertical blinds | Broad | default CPC | default URL |
| custom made vertical blind | Broad | default CPC | default URL |
| custom made vertical blinds | Broad | default CPC | default URL |
| custom vertical blind | Broad | default CPC | default URL |
| custom vertical blinds | Broad | default CPC | default URL |
| designer vertical blind | Broad | default CPC | default URL |
| designer vertical blinds | Broad | default CPC | default URL |
| discount vertical blind | Broad | default CPC | default URL |
| discount vertical blinds | Broad | default CPC | default URL |
| fabric vertical blind | Broad | default CPC | default URL |
| fabric vertical blinds | Broad | default CPC | default URL |
| hang vertical blind | Broad | default CPC | default URL |
| installing vertical blind | Broad | default CPC | default URL |
| installing vertical blinds | Broad | default CPC | default URL |
| metalic vertical blind | Broad | default CPC | default URL |
| metalic vertical blinds | Broad | default CPC | default URL |
| mini blind vertical | Broad | default CPC | default URL |
| mini blinds vertical | Broad | default CPC | default URL |
| remote control vertical blind | Broad | default CPC | default URL |
| remote control vertical blinds | Broad | default CPC | default URL |

GCL006012
CONFIDENTIAL
ATTORNEYS' EYES ONLY

w: Optimization Proposal

https://rcs.prod.google.com/selectblmain.html#nbid=OptimizationSuggestion

**Google** AdWords

rick_steele@selectblinds.com - Online · CSR: gkaye · Google Accounts
14920 · 406-249-5040 · Trakken History · Edit customer
Customer time zone: Mountain Time - Arizona (PDT +00:00)

Ronnie Castro (AdWords US) | Help | Sign out
Jump to previous customer...
Open tool...

| Ops Control Center | Campaign Management    Reports    Analytics    My Account |

Select Customer | Alert Setup | Edit Internal User | Approval Bin | Risk Bin | Optimization Queue | Jumpstart | Traffic Estimator | Agreements | My Reports |
Edit Adspam Blacklist

Campaign Summary > Campaign #4 > Optimization Proposal > Venetian Blind

## ╋ Venetian Blind - Suggested Ad Group Addition

Here's a new Ad Group we feel will help improve your overall advertising performance. If you agree with this suggestion, click "Approved" below. If you disagree with this suggestion, click 'Declined'.

Mark this Ad Group suggestion as:    Approved  |  Declined

Types of suggestions: △ = Modification, ╋ = Addition, ✕ = Removal

Default maximum CPC: $1.89

1 - 17 of 17 Keywords.

**{KeyWord:Venetian Blinds}**
Over 100,000 Satisfied Customers
Free Shipping and Free Samples
🛒 www.selectblinds.com

**Discount Blinds & Shades**
Over 100,000 Satisfied Customers
Free Shipping and Free Samples
🛒 www.selectblinds.com

**{KeyWord:Venetian Blinds}**
Wide selection of blinds and shades
Free Ship & Free Samples. Order Now
🛒 www.selectblinds.com

**{KeyWord:Venetian Blinds}**
Get Blinds & Shades up to 87% off
Free Shipping and Free Samples
🛒 www.selectblinds.com

| Keyword ▽ | Matching | Max. CPC | Destination URL |
|---|---|---|---|
| blind manufacturer venetian | Broad | default CPC | default URL |
| blinds manufacturer venetian | Broad | default CPC | default URL |
| clearing venetian blinds | Broad | default CPC | default URL |
| venetian blind | Broad | default CPC | default URL |
| venetian blind retail | Broad | default CPC | default URL |
| venetian blinds | Broad | default CPC | default URL |
| venetian blinds retail | Broad | default CPC | default URL |
| venetian window blind | Broad | default CPC | default URL |
| venetian window blinds | Broad | default CPC | default URL |
| venetian wooden blind retailer | Broad | default CPC | default URL |
| venetian wooden blind retailers | Broad | default CPC | default URL |
| venetian wooden blinds retailer | Broad | default CPC | default URL |
| venetian wooden blinds retailers | Broad | default CPC | default URL |
| wood venetian blind | Broad | default CPC | default URL |
| wood venetian blinds | Broad | default CPC | default URL |
| wooden venetian blind | Broad | default CPC | default URL |
| wooden venetian blinds | Broad | default CPC | default URL |

1 - 17 of 17 Keywords.

Mark this Ad Group suggestion as:    Approved  |  Declined

©2006 Google - AdWords Home - Editorial Guidelines - Privacy Policy - Contact Us

▸ Debug Info

GGL006011
CONFIDENTIAL
ATTORNEYS' EYES ONLY

of 1

w: Optimization Proposal

| | | | |
|---|---|---|---|
| www.blindswholesale.com | Broad | default CPC | default URL |
| www.ezblinds.com | Broad | default CPC | default URL |
| www.hunterdouglas.com | Broad | default CPC | default URL |
| www.selectblinds.com | Broad | default CPC | default URL |

1 - 24 of 24 Keywords.

Mark this Ad Group suggestion as:   Approved   Declined

©2008 Google - AdWords Home - Editorial Guidelines - Privacy Policy - Contact Us

▸ Debug Info

GGL006010
CONFIDENTIAL
ATTORNEYS' EYES ONLY

jw: Optimization Proposal                    https://rcs.prod.google.com/screen/main/cmd=OptimizationPage...



**Google** AdWords™   rick.steele@selectblinds.com • Online • CSR: gkaye • Google Accounts
14920 • 406-249-5040 • Trakken History • Edit customer
Customer time zone: Mountain Time - Arizona (PDT +00:00)

Ron
Jump

My Account

Ops Control Center      Campaign Management       Reports      Analytics

Select Customer | Alert Setup | Edit Internal User | Approval Bin | Risk Bin | Optimization Queue | Jumpstart | Traffic
Agreements | My Reports | Edit Adspam Blacklist

Campaign Summary > Campaign #4 > Optimization Proposal > URLs, Superlatives, Spelling, etc

# ✛ URLs, Superlatives, Spelling, etc - Suggested Ad Group Addition

Here's a new Ad Group we feel will help improve your overall advertising performance. If you agree with this
suggestion, click 'Approved' below. If you disagree with this suggestion, click 'Declined'.

Mark this Ad Group suggestion as:   Approved | Declined

Types of suggestions: △ = Modification, ✛ = Addition, ✗ = Removal

Default maximum CPC: $1.89

1 - 24 of 24 Keywords.

**Window Blinds & Shades**
Over 100,000 Satisfied Customers
Free Shipping and Free Samples
🛒 www.selectblinds.com

**Discount Blinds & Shades**
Over 100,000 Satisfied Customers
Free Shipping and Free Samples
🛒 www.selectblinds.com

**Discount Blinds & Shades**
Wide selection of blinds and shades
Free Ship & Free Samples. Order Now
🛒 www.selectblinds.com

**Blinds & Shades 87% off**
Get Blinds & Shades up to 87% off
Free Shipping and Free Samples
🛒 www.selectblinds.com

| Keyword ▼ | Matching | Max. CPC | Destination URL |
|---|---|---|---|
| 3day blinds | Broad | default CPC | default URL |
| best blinds | Broad | default CPC | default URL |
| best window blind | Broad | default CPC | default URL |
| best window blinds | Broad | default CPC | default URL |
| blind galore | Broad | default CPC | default URL |
| blinds com | Broad | default CPC | default URL |
| blinds galore | Broad | default CPC | default URL |
| blinds.com | Broad | default CPC | default URL |
| blindsgalore | Broad | default CPC | default URL |
| blindsgalore.com | Broad | default CPC | default URL |
| blindswholesale | Broad | default CPC | default URL |
| blindswholesale.com | Broad | default CPC | default URL |
| ez blinds | Broad | default CPC | default URL |
| ezblinds | Broad | default CPC | default URL |
| ezblinds.com | Broad | default CPC | default URL |
| venitian blinds | Broad | default CPC | default URL |
| verticle blinds | Broad | default CPC | default URL |
| windowblinds | Broad | default CPC | default URL |
| www.blinds.com | Broad | default CPC | default URL |
| www.blindsgalore.com | Broad | default CPC | default URL |

GGL006009
CONFIDENTIAL
ATTORNEYS' EYES ONLY



```
-----Original Message-----
From: Rick Steele [mailto:rick@lowestmortgage.com]
Sent: Thursday, February 12, 2004 12:28 PM
To: Greenspon, Susan
Subject: FW: [#6898887] Campaign #4 Negative Keywords
```

Here's some correspondence...It references the optimization Google performed

```
-----Original Message-----
From: Kristina C. [mailto:kristina.c@google.com]
Sent: Thursday, February 05, 2004 11:17 AM
To: rick@lowestmortgage.com
Cc: dana.k@google.com
Subject: [#6898887] Campaign #4 Negative Keywords
```

Hello Rick,

I understand that in my previous email I failed to send you the spreadsheet with my negative keyword suggestions. I apologize for the inconvenience.

In summary:

Column A contains negative keywords that you already had in your Ad Group #1. We suggest deleting negative keywords that are marked in red, because we think that they are actually relevant to your site.

Column B contains additional negative keywords you might want to consider adding to your Ad Groups. For your convenience, we can add all of the negative keywords at the Campaign level.

Please feel free to email us if you have additional questions or concerns.

We look forward to providing you with the most effective advertising available.

Sincerely,

Kristina
The Google AdWords Team

**CONFIDENTIAL**

**ABWF005522**

1

