**Exhibit M - 2**

CH01/PLATC/210357.1

Dockets.Justia.com

(Yvonne of Phoenix) thought "advertised link" most clearly stated the motivation of the company behind the paid search ad.

In addition, Jack of Kansas City recommended that such label terminology appear "at the bottom of the search engine's main page, not on another link. It should be no longer than a paragraph and it should be at the bottom of the page no matter the search."

<u>"Sponsored" label is misleading:</u>

A number of participants thought the term "sponsored" suggested to consumers the company behind the paid search ad had philanthropic motivations, rather than those more commercial in nature.

According to Yvonne of Phoenix, "the term sponsored probably isn't the best word to be used to denote pay-for-placement links. If I were naïve, sponsored would mean they were donating to [a company's] charitable arm or something."

Fellow Phoenix resident Gary and Raleigh-Durham resident Diane agreed:

> "Using the word sponsored sounds almost charitable."(Gary)

> "Sponsored sounds like charity, so I don't like that as a possible label." She prefers the term "'Paid Links' because it reminds me more of businesses and money, which is what they're trying to get from you." (Diane)

The responses of other participants suggested they assumed a positive intent on the part of the company behind the paid search ad.

For example, the Providence ethnographer recorded this exchange with Maria:

> Maria recognized the term sponsored as conveying "some sort of money deal." She based this on how [her non-profit employer] accepts sponsorship from Dunkin' Donuts and other large companies. She did, however, see sponsorship as a kinder term than paid. This ties into Maria's explanations during the first interview of Web sites "helping each other out." [Maria later explained]: "I think sponsored is a pretty good word. I don't know if it's really a 'helping word' but it kinda shows [companies that participate in paid search] are helping [search engines] keep [their] Web site going. So that is fine. It's again part of our society. People need money to keep going."

Fellow Providence resident Larry associated the word sponsor with charitable organizations.

> "I get sponsors for my programs (Boy and Girl scouting), so I know what they are. Sponsor to me is someone who gives money to help support a program that is going to happen. A community play has sponsors who donate $50 to help pay the costs. And, in a commercial program there are sponsors on TV like Ford Motor Company or a soap company or whatever."

27

ABWF 000400

The Providence ethnographer recorded a verbal exchange, this time with Vivian, that suggests she, too, assigns positive values to search links from companies bearing a sponsored paid search label.

> Anthropologist: What does sponsored or similar terms convey to you?
> Vivian: It is a Web site that contributes money to the engine, not necessarily. Well it's less harsh than saying they pay money to them to be Number One, but there is a reason why this site did come up in the search results.
> Anthropologist: So it's a less harsh term than paid for placement?
> Vivian: Yeah.
> Anthropologist: So sponsored – what other ways do you use that term or hear it used?
> Vivian: What do you mean?
> Anthropologist: I'm just trying to figure out how you think that sponsored sounds less harsh.
> Vivian: Well, when I think of sponsored, I think of PBS [TV's Public Broadcasting Service] and or like, you know, you sponsor someone in a race. It's more of a friendly term if I think about it, I guess.
> Anthropologist: And that is the term that you think would be good?
> Vivian: Yeah, I think so.
> (We discuss a little more why she likes this term.)
> Vivian: I would understand what it is…it would make more sense for the actual engine to put [sponsored] up rather than "paid for by." It might be more honest if it was rigorously truthful about where it was coming from, that might be more honest, but I don't think that anyone would do that. I mean if InfoSpace put up links that said, "these are sponsored" I might still look at it, but if [InfoSpace] said everything was ranked based on money, then I probably wouldn't use the site at all.
> Anthropologist: Does the word sponsor convey to you pay-for-placement?
> Vivian: It conveys to me there is money involved and that the search engine isn't out – its sole purpose isn't to help me.

Industry-approved, standard labeling for paid search ads:

Two Providence residents said search engines should be more editorially consistent.

According to Maria:

> "There should be a uniform category for all sites that are paid for. It shouldn't be all these different categories like 'featured' and 'sponsored' and 'topics.' It should just be cut and dry, one thing - like 'sponsored' or 'paid' that would be ideal."

Larry echoed the same belief:

> "Whatever system is used should be consistent across the board, no matter what it is. Let's not keep changing it. And I'd like to see it consistent across the different search engines. It could be a standardized industry-wide logo that means the same thing."

ABWF 000401

**6. Some sites were better than others at making clear which results were paid for and at highlighting related disclosure information.**

Even though participants were asked to review a limited number of search engines, several participants noted situations in which a particular navigation site did well or poorly in this area. Participant comments are broken out by search engine in alphabetical order. Some comments comparing a number of search engines appear at the end of this section.

About.com:

Dennis of Providence (in reference to the "On the About Network" labeled links):

> "I assume these search results aren't true search results, that there is a keyword I typed in that relates to a list they have of people who paid to be on the About network that may or may not be relevant to my search. I'm assuming if the search engine works properly this stuff is on the Web (pointing at listings under the heading 'On the Web.') is going to find me truer results." (He looks at screen. Scrolls to bottom of the screen to see if he can find disclosure information.) "Oh, it doesn't really tell you. I guess I could go and spend some time here to visit some of these links" (small links to 'about us' and 'User agreement'). "I don't't know what the hell is going on."

AlltheWeb.com:

(verbal exchange between Larry and the Providence ethnographer):

> Anthropologist: Did you see the word sponsor?
> Larry: No.
> Anthropologist: In tiny letters here (pointed at word sponsor next to each link title)
> Larry: Oh, I didn't see that. O.K. There we go. O.K. I didn't see that. I didn't see that. I mean clearly – I'm looking right at it now and I didn't see that until you pointed it out.

AltaVista.com:

Maria of Providence:

> "The way this search engine places ads on every page. …A lot of the sites seem the same."

Maria of Providence:

> She noted AltaVista was really unclear about its results because there were so many different headings. She found this misleading and confusing. She seemed

ABWF 000402

outraged by the blatancy of the advertising (for example, the ads at the bottom of
each result page on AltaVista.com).

Dennis of Providence:

"I noticed that there is some small type that says 'preferred vendors' or they use
some language and then they give you 4 or 5 results and then it says 'Web
results.' I recall that, but if you are not paying attention, mixed into those Web
results, and that is a little devious I think, are paid results."

Dennis of Providence on a different search:

"But the interesting thing is the sponsored matches give me four choices and then
it says AltaVista found 25,000 some results, so I am assuming that those 25,000
results would be unsponsored until you get further down the page and then you
see another sponsored site (at the bottom of the listings on the page).... It's very
vague. That could basically mean anything. I have no way of knowing what I'm
actually looking at."

## AOL.com:

Sara of Raleigh-Durham:

After a post-enlightenment homework search on AOL.com she wrote in her
journal: "I like the way AOL shows 'sponsored links' with very brief
descriptions – that way you know what you're getting into before you waste your
time on those sites."

## Ask.com:

Larry of Providence after a homework search:

"Don't like obviously paid sponsors at top [Sponsored Web Results] – but at
least they are in [a] box so [they] can be seen easily."

Dennis of Providence:

Dennis seemed to know there was advertising on the results page on Google, but
not that the paid placements are sometimes integrated into search results
'seamlessly' (as AskJeeves pitches it to potential advertisers). He also seemed to
classify the 'advertisements' as different from the search results. (They were on a
different part of the page; they were labeled).

## Google.com:

Gary of Phoenix:

30

ABWF 000403

Before starting this research he was a loyal Google user and now he has even more respect for Google because "it was easy to find the advertising information and the paid links are clearly marked." He added, "The sponsored links are colored, which is very helpful."

Maria of Providence:

During a price comparison travel-related search, Maria wrote in her search log: "Chose a green square to the right [Google AdWords ad] for Priceline." She recognized this as a [sponsored link] advertisement.

Maria of Providence:

"I like that it's so clear on Google. It actually highlights [paid links] so I can ignore them completely."

Jack of Kansas City:

After a homework informational search on Google, he noted: "Recommended guidelines: Better disclosure notice."

Larry of Providence:

"Google lists [paid links] to the side and they are in a little box and they are clearly labeled 'sponsor' and that is fine."

Dennis of Providence (on building his own consumer-friendly search engine):

"I would disclose it clearly and conspicuously, people would know. Separated from the normal search like Google does. I think what they do is honorable. Don't bury it in the middle, keep it to the side, or put it at the top in different colors." (He is talking about sponsored links, not disclosure).

InfoSpace.com:

Geena of Kansas City:

She explained her first impression of InfoSpace.com was that it was not as biased as other engines, however, after a little reflection, she said, "Or maybe it did seem biased and I just couldn't tell. On most search engines it seems the results could be broken up into categories, such as, first ones – very expensive ads, second ones – middle range, and the third ones – not paid for at all. But before I learned this pay-for-placement stuff, I didn't notice these levels. Oh yeah, also there are the sponsored links, but it seems that all the engines did not have these exact levels."

Kanoodle.com:

Penny of Phoenix:

31

ABWF 000404

She does think some of the sites are more "cheesy" than others in the way that they handle pay-for-placement. Kanoodle.com shows the cost to the advertiser right under the paid link and she said it made her feel kind of yucky, so she has no plans to ever use that site again.

### LookSmart.com:

(recorded verbal exchange between Vivian and the Providence ethnographer):

Vivian: I think LookSmart isn't good because they don't offer an immediate way to find out what is sponsored.
Anthropologist: Oh, but they do. (Pointed out the link that says "sponsored listing" at the top of the section of sponsored links – off to the far right.) You didn't see that, did you?
Vivian: No, it's so small. I don't think they would make it bigger. It's like the Surgeon General's warning they have on cigarette and alcohol ads, but they don't make it the biggest part of their ad…They are not totally clear what they are.

### MSN.com:

Lucy of Kansas City (a search journal entry after a homework search):

"I noticed more of the sales-end of the searches, such as [after] the word that is put in some items for sale come up. I think it would be nice to have a separate location for items that are being sold."

Maria of Providence:

She did seem to like MSN.com, and explained that their headings for results were clearer. (But then we did the final planned search, and this threw this [previous thought] into doubt.) She did, however, have difficulty figuring out if the heading 'featured site' connoted pay-for-placement, or simply an editor at the Web site "choosing to highlight" the listing. The more she thought about it the more she realized that this act of choosing was probably due to financial compensation, but she wasn't entirely sure.

### Overture.com:

Dennis of Providence:

Dennis didn't notice the inclusion of text such as "sponsored link" at the end of search results descriptions on Overture…. He said he found a listing that was labeled "additional listing" [supplied by Inktomi] and clicked on the "additional listing" link to see what this meant. "I wanted to know if it was a sponsored site." He explained to me that the explanation he found was not satisfactory. It basically said – maybe someone paid for this or maybe they didn't.

ABWF 000405

Dennis of Providence (ethnographer note about a revisited homework search on Overture):

> He looked at the disclosure pages on Overture after noticing an ad on the search page about "Get listed in these results" [box at top of the results page.] Once he read the disclosure, he was so disgusted with Overture's lack of clear disclosure about its business practices he doesn't plan on using the search engine again.

Maria of Providence (ethnographer note):

> She noticed Overture was...all sponsored sites.

Anna of Raleigh-Durham:

> "Some [search engines] will have the same Web site for each result, but on a different page. Overture.com was really bad about that."

Yahoo.com:

Larry of Providence:

> During the second interview, we looked through Yahoo's search result print outs from the First Interview, and I asked if he could tell what was sponsored. He said, "Yes, the ones at the top under 'sponsored matches.'" I reminded him of how I explained exactly how Yahoo generates Web results, some of them come from Inktomi and are paid for. "That's not clear at all! And in that regard, you know, if Yahoo is getting things from Inktomi and from Overture, why not acknowledge it [with] 'from Overture', or 'from Inktomi?' Why not have a little box?"

Two or more comparisons of search sites:

Larry of Providence (ethnographer notation):

> Larry thinks [his preferred site] Google has a lot less bias than the other search engines we used [AOL.com, Ask.com, AlltheWeb.com, Lycos.com, and Yahoo.com] because of the way it displays sponsored results. Also he talks about Yahoo.com as being "very biased" because it has a cluttered search page, full of advertising.

Larry of Providence (ethnographer notation):

> During my observation of Larry during the planned browses, he recognized sponsored links as advertisements on some engines (AOL.com, Yahoo.com, Lycos.com, and Ask.com), but not on others (AlltheWeb.com).

Dennis of Providence (ethnographer notation):

ABWF 000406

He will use Google because they have the clearest disclosure about what is paid
and what isn't paid. He won't use Overture. He doesn't like AltaVista either.

Vivian of Providence (ethnographer notation):

What is interesting about her description of how she intuits that some things on
the Google result pages are advertisements is that it clearly has to do with graphic
layout including lack of numbers on sponsored results and use of colored
backgrounds. She doesn't recognize advertising or pay-for-placement on other
search engines [Go.com, InfoSpace.com, iWon.com, Kanoodle.com,
LookSmart.com], when they are listed in the center of the screen and numbered,
under headings such as "featured sites" etc....

**7. Once they were aware of pay-for-placement, the majority of participants had lowered trust
in search engines in general. Some even distrusted the accuracy or the credibility of links on
the first page of results.**

Once enlightened, Vivian of Providence assumed *all* links on the first page were biased:

(ethnographer notation):
She took my detailed explanation of pay-for-placement on the five different
search engines we used last time [Go.com, InfoSpace.com, iWon.com,
Kanoodle.com and LookSmart.com], and came to the conclusion all search
engines use pay-for-placement...all of the first links listed on any search engine
are paid for, including search results in [preferred search engine] Google. (Which
are not, only the sponsored links are). She took what she thought was my word –
"It's all paid for" and applied it to everything she saw on the Web.

Dennis of Providence, who searched on About.com, AltaVista.com, MSN.com, Overture.com, and
preferred site Google.com, conveyed how a lack of paid search disclosure could hurt a search
engine's credibility:

If a search engine "were up front, I would probably use it more because I know
where the information is coming from. They've got to be honest in telling me
what the scoop is, so maybe [when I] look at their search engine I won't feel so
used."

Lucy of Kansas City said search engines should "definitely disclose [paid search] that is much more
trustworthy." She specifically commented "pay-for-placement [as it now stands] makes the Internet
and search engines less trustworthy." (She assessed search sites AOL.com, AlltheWeb.com,
Ask.com, Lycos.com, and her preferred site, Yahoo.com.)

Likewise, Yvonne of Phoenix was disturbed by the idea the highest bidders got the best placement
on search sites. "The idea of a search engine is to find the best matches, not the best matches that
paid 50 bucks." (She visited the same sites as Lucy during the planned search sessions.)

Yvonne went a step further, hypothesizing – correctly – that search engines began using paid search
labels and disclosures only after warned to do so by U.S. government regulators.

34

ABWF 000407

[Yvonne] hypothesizes the search engines must be required to mark paid links due to some FCC (or some government agency) rule because "if they could get away without doing that they would." She notices some engines put sponsors on the results page even though they aren't good matches for the keywords. This makes Yvonne less likely to use that engine."

Kareem of Kansas City, who reviewed AOL.com, AlltheWeb.com, Ask.com, Lycos.com and Yahoo.com, took a different tack. He worried small businesses such as his would suffer from paid placement, as consumers are being nudged toward companies that can afford to participate in search engine marketing programs. "My small business shouldn't have to compete for informational listings."

Bob of Phoenix, who searched on About.com, Go.com, Kanoodle.com, MSN.com and preferred site Yahoo.com, said:

> Pay-for-placement and online advertising, in general, bothered him because "[search engines] are trying to disguise taking your money as something else— if there is nothing wrong with it, why are you trying to hide it?"

Mike of Raleigh-Durham reported he would be "pushed away" from search engines that did not separate "objective search results" from "advertisements." (Mike performed planned searches on Go.com, InfoSpace.com, iWon.com, Kanoodle.com, LookSmart.com.)

Several participants suggested their perception had changed about the companies that participate in paid search marketing.

Geena of Kansas City, who assessed the same sites as Mike of Raleigh-Durham, expressed mixed sentiments:

> "In some ways it may be they have enough money to pay for this ad because they are a stable company, so I may think they are more reliable or safer to buy from online. But, on the other side, maybe I should give a smaller company a chance."

Diane of Raleigh-Durham expressed frustration with search engine advertisers who "force me to look at [their ad] or trick me into reading them" when the sites do not match what she was searching for. She reported her irritation is present whether or not she "falls for it, because somebody out there will, and that's not right." (She assessed Go.com, InfoSpace.com, iWon.com, Kanoodle.com, and LookSmart.com.)

**8. Most participants generally did not comprehend the inter-company deals within the industry and didn't understand how these deals might influence their search results. This ignorance was due to a tendency to use only one or two engines for their online searching.**

Among participants who searched on Overture.com, no one noticed or seemed to understand why Overture paid search listings also appeared on partner sites such as Go.com or InfoSpace.com, until the planned search phase, or in some cases, not until it was pointed out by the anthropologist. Similarly, participants did not always realize Google sponsored links also appeared on partner sites such as AOL Search (AOL.com) and Kanoodle.com, whether Google.com was their preferred search engine or one site evaluated for the purpose of this study.

ABWF 000408

As they completed the planned searches during the first field visit, during which they were instructed to use search engines they had never heard of or used before, they began to pick up clues about how business deals affect the search results.

Dennis of Providence demonstrated, in trying to explain Google's business model, how consumers don't truly understand search engine business models.

> He held up Google as an example of an "independent" search engine, and couldn't understand how the site was profitable. He mentioned almost immediately Google had ads, but they were "subtle." He couldn't figure out how Google was such a big company. Again, he had "read somewhere it's one of the largest search engines out there." During the enlightenment phase of the interview, Dennis was surprised to see how Google financed itself. (We explored both the advertising on Google itself, and how Google sells its services to other portals and search engines, like AOL.com. This information was found under the "search solutions" link on the Google search page.)

On a related note, several participants were surprised to see Google results "powered" or "enhanced" the listings of other search and navigation sites. Larry of Providence noticed Google results on the AOL.com and Cox Cable (home) page, but he didn't understand how it worked.

> Larry pointed out at the very beginning of the interview Cox Cable used Google as their search engine (something he had just noticed and found confusing). When we visited AOL.com (which he thought he would not be able to use because he was no longer a member of AOL), he similarly noticed its search engine was Google. He was skeptical, however, it truly was Google, as he felt the search results were not as specific as [what] he usually gets from the Google Web site.

Vivian of Providence didn't connect the financial dots between Google.com, iWon.com and Kanoodle.com until the field researcher drew the line.

> She was surprised to see iWon.com was "powered by Google" and when I pointed out to her Kanoodle.com was also "powered by Google," she was a little surprised, but immediately recognized stylistic similarities between the two engines (lack of extra content on the search page, etc.)

In other words, Vivian did not recognize the financial relationships between the three navigational sites pre-enlightenment. But once it was pointed out to her, she figured the relationship between Kanoodle and Google made sense, as Kanoodle not only shared Google's results, but the site also shared what she perceived to be Google's sparse and simple user interface appearance.

Similarly, Gary of Phoenix demonstrated how consumers are not aware of how pervasive paid search is on the metasearch engines. During a homework assignment search on MetaCrawler.com, he saw a "very lengthy" list of paid sponsorship links at the top of the search page. He skipped down and "looked at unpaid links." He noticed the "descriptions were very short and appear to be the same ones from the previous search on www.dogpile.com." This is an indication Gary had no understanding that MetaCrawler.com and Dogpile.com are owned and operated by the same parent company, InfoSpace, Inc.

36

ABWF 000409

**9. The role of the U.S. government or third parties in regulating search engine marketing practices.**

Participants were mixed about what role, if any, U.S. federal regulatory agencies should play in monitoring search engine marketing practices.

Four consumers strongly recommended regulatory agencies increase their scrutiny.

For example, Maria of Providence supported the notion of government intervention, particularly when search engine marketing might affect more vulnerable Web users, like children.

> It would be good for the Federal government to set up guidelines for how advertisements are labeled on the Web, but she doesn't think this is possible because of the very nature of the Internet. The one area where she really thought there should be Federal regulation was for Web sites and search engines targeted at children. (We had discussed AJKids.com.) "There should be areas, like with children. They shouldn't be targeted. Kids should be searching online for [information], and not to find things to buy."

Geena of Kansas City suggested government regulation might be warranted:

> "Most people don't think about [paid search] and everyone I talked to said they didn't know. A friend said, 'you're kind of conditioned to think number one is the best and on down the line.' When you search for airfares, the cheapest is first and the most expensive is last in the list. There should probably be a disclaimer that shows Number One isn't necessarily the best."

Fellow Missouri resident and daycare coordinator Lucy echoed, not surprisingly, a similar concern about younger online users:

> "[Paid search on search engines] should be regulated because anything can be on there. I'm personally thinking of the kids because frequently inappropriate things are slipped in and the advertisers or whoever are not concerned about the effect on kids."

Mike of Raleigh-Durham expressed a similar idea:

> "I think it would be cool if someone made a rule everyone had to obey, that restricted pop-ups and advertisements that trick people. Who ever can do that should do it. I don't know if the free-marketplace would be capable of doing that."

The bulk of participants, however, suggested the onus of search engine site transparency should fall mainly on the industry itself.

Two participants, Larry of Providence and Jack of Kansas City, best articulated the thoughts of a number of participants:

37

ABWF 000410

Larry doesn't think the government should get involved. "Let the free market do it. I don't favor government inclusion into everything...I think they should be doing it voluntarily, the industry itself. I'm sure there is an industry organization and they get together and discuss issues of conduct. I would recommend that they do something like, something about truth in advertising. I mean there are truth in advertising laws, and I would think those laws would also apply to [search engines] as they do to publishing and television and other things. I think those [laws] should apply, and if a search engine isn't doing it, there may already be laws on the books that somebody could challenge them."

Likewise, the researcher reported Jack said:

> ...Businesses are, or should be, "trustworthy" and that government intervention may be necessary if they are not trustworthy. He believes search engines that use pay-for-placement or paid advertisements should have to disclose those facts. He feels that regardless of the type of search you are engaged in, the site should have to disclose their business practices.

Two participants suggested monitoring by an unbiased third party might be a better solution.

Claude of Raleigh-Durham suggested the Better Business Bureau. Bob of Phoenix would like to see a scenario in which there is "some regulation that requires all the advertisers to contribute to a public information source. This would be a kind of [no-advertising accepted National Public Radio/Public Broadcasting Service]-ish search engine where people could go to find quality, non-commercial information online."

## SUMMARY AND CONCLUSIONS

Consumer WebWatch researchers probed a diverse group of online searchers for this project, which included, coincidentally, four people who have experience managing their own Web sites or online databases. Although each person had a minimum of five years' of online experience, they did not understand how search engines prioritize results or how the inclusion of paid search listings might influence the types of Web pages they see first. For example, several participants didn't realize search engines are moneymaking businesses. No one realized the ranking of results they received could possibly be influenced by the inter-industry business deals between two or more search companies, until pointed out by a researcher.

These misconceptions about search sites suggest the less-experienced Internet user is even more in the dark about pay-for-placement on search engines than our panel of 17 consumers with broadband access.

Our findings show Web searchers in this ethnographic study chose links from the first page of results nearly 50 percent of the time because they trusted search engines to present only the best or most accurate results first. This *trust* led them to believe it was *unnecessary* for them to review later results pages.

38

This "first equals best" mentality among Web consumers, along with the quick-fire nature of the Internet, makes them more likely to click prominent paid search listings, particularly if such listings are not clearly demarcated from pure search results. This confusion among consumers about what is paid search and what is pure search is exacerbated by unclear or vague labels search sites use, such as "sponsored," which almost every participant thought was confusing, possibly even misleading.

This tendency to click on paid search results makes consumers vulnerable as they are more likely to encounter faulty or biased information on Web pages of companies that can afford to be listed on the first results page, yet do not necessarily have the most accurate or unbiased information. If the information received is acted upon during, say, an informational search, the consumer's decision could adversely affect his or her health. In these situations, it's possible a lower-ranked search listing could have been better suited for what the consumer was seeking.

In addition, the participants did not notice the disclosure links or "About Search" pages on the 15 sites under review until pointed out by the ethnographer, including such disclosures that appeared above the search results or next to individual listings. Most participants said these disclosures were too small for consumers to see or were hidden in areas the typical consumer would not think to look. The issue is even more elusive when applied to meta-search engines, in which disclosures that appear on the originating search site, even if flawed, are in some cases stripped away once these results are fed through a new meta-search filter and ranking mechanism.

Each participant was surprised once told about how pay-for-placement works on these popular search engines. Several participants had negative reactions, ranging from anger and betrayal to a sense of helplessness and disappointment. Most participants expressed a lowered trust in search engines, while some were more suspicious about advertisers whose prominent listings they perceived to be irrelevant.

The consumers we talked to at length became more critical of the search results they received and began to use different methods of screening the delivered search results before making a final decision to click on a listing. These strategies included reviewing more results pages and making an effort to first review pure search listings before making a decision to click on a link. Participants were even more adamant about this practice while seeking information online, particularly when they had no intention of making a purchase and did not want to see paid ads.

When asked how the search engine industry could make paid search listings easier to spot, the participants overwhelmingly suggested clear and conspicuous labeling, such as the term "paid advertisement." They also supported the use of visual aids on search sites that would help Web consumers to quickly see what areas of the results page, or individual listings, were paid for, including the use of boxed advertisements, and advertiser-only segregated areas.

The consumers in our study expressed frustration the search engine industry had not already come to a consensus about what disclosure labeling to use, which would promote consistency from search engine to search engine. The participants demanded the search engine industry, or a trade group representing industry concerns, make some decisions in this area. In addition, a sizeable number of consumers in our study felt the U.S. government regulatory agencies should increase scrutiny in this area.

The research of other groups supports Consumer WebWatch's ethnographic findings. Last May, SearchEngineWatch.com, an online marketing resource, assigned estimated "disclosure ratings" to 11 search sites based on how well each complied with FTC guidelines on paid placement and paid

39

inclusion disclosures.[ix] (The sites evaluated were AlltheWeb.com, AltaVista.com, AOL Search, Ask.com, Google.com, HotBot.com, Lycos.com, MSN Search, Netscape.com, Teoma.com and Yahoo.com.) Seven of the 11 sites were issued "FAIL" or "QUALIFIED PASS" ratings, an indication that better paid search disclosure is needed in the interest of the Web consumer. (Three of these seven sites made it hard for searchers to see disclosure links specifically about paid placement, according to SearchEngineWatch's evaluation.)

Other researchers have produced data that supports our consumer behavior findings. For example, an analysis of 1 million search queries made by 200,000 users on Excite.com found more than 70 percent looked at two pages of search results or fewer.[x] A study released by iProspect.com, a search engine marketing company, reported that half of all the Web users make their selection after reviewing the first page of results because "they expect that the Web sites with the highest search engine listings are the top in their field."[xi] In a health-information-specific focus-group study, conducted in March 2001, the authors reported that in 97 percent of cases consumers chose a search result ranked among the top 10 search results.[xii] (In 206 of 289 cases, the participants selected a link from the top five results.)

Many of the participants in this ethnographic study said they do not believe paid search on search engines is "evil." In fact, a majority of participants reported using paid search listings as tools during commercial searches, which helped them hone in on vendors selling the products or services they desired, when ready to make a purchase.

But even so, all consumers have the right to know in advance that a prominent search result listing may be the equivalent of a paid advertisement before they make a decision to click or to buy. Education about such online practices improves consumer choice. Consumers also have the right to know that information better suited to them, such as a company Web page from a small business site or a non-profit organization that cannot afford to participate in paid search, might appear several results pages from the top. Poor disclosure limits consumer choices online, as expressed by Dennis and recorded by the Providence ethnographer:

> Dennis compared pay-for-placement to another type of advertising on another medium: TV commercials. "It's like shutting the television or changing the channel when you are watching the news. If I knew [that a link was a paid listing], it would change my perspective and I would be more likely to move on to another choice. I would probably choose to use another Web site."

Based on the voices and experiences of our 17 consumers, it's clear search engine companies need to work hard to maintain the trust of their users, rather than focusing on their bottom lines.


## CONSUMER TIPS

Search engines provide a valuable service to millions of Web consumers each day, including many sites not evaluated as part of this ethnographic study. Before embarking on your next search, keep these tips in mind:

### You need to understand:

The major search engines, like any business, need to make money:
These companies are businesses, not independent, philanthropic or research-based in nature. The cost of indexing billions of Web pages each month can be very expensive, so search companies that

40

ABWF 000413

provide algorithmic, keyword relevancy-based search services, like Google.com, AlltheWeb.com and Teoma.com, need advertising revenue to support their daily operations.

Paid search is not evil:

Don't assume just because a listing has been paid for that it is not relevant to your search query. That site may well have the information you're looking for, however, you'll be more likely to spot any bias in the site's information before you make a final decision. Also keep in mind that just because a search engine offers paid search listings doesn't mean every listing it delivers or every result on the first page is tantamount to a paid ad.

Follow the dollars:

Some companies have different business models than others. The major companies sign deals that may affect the types of results you receive. Sites that provide algorithmic search results often provide these, and sometimes paid search results, to other companies in exchange for a fee. Some sites like Kanoodle.com, LookSmart.com and Overture.com primarily list the Web pages of companies that have paid. This is also why the listings of companies that have paid LookSmart.com to be listed in its database may also appear on partner sites About.com, InfoSpace.com and MSN.com.

Some companies own more than one search site, each of which carries its own, consumer-friendly name. For example, InfoSpace, Inc. owns InfoSpace.com, Dogpile.com, Excite.com, MetaCrawler.com, and WebCrawler.com. AskJeeves, Inc. also owns Teoma.com and DirectHit.com. And, as reported earlier, Overture recently acquired AlltheWeb.com and AltaVista.com. This may explain why you may see the same search results or Web pages appear on each search property under the same corporate umbrella.

**Searching tips:**

1. Make choices: Before you decide which search engine to use, consider whether the use of paid search is important to you, or, if paid search would matter to you during an information search versus one in which you are seeking to buy something.

2. Use multiple search engines: It's okay to use a favorite search engine time and time again, particularly if you're looking for less serious information such as the latest sports scores. But once a decision is made to do a serious search, say, for health or financial information, consider searching for the same query on several engines before making a final decision. Compare the results listings you receive from the sites you've queried and take note of any listings that appear at the top of the rankings, along the sides, or those that pop up on more than one site. This may be an indication that that search result is a paid advertisement.

Caveat: Some searchers like to use meta-search engines such as Dogpile.com, Excite.com or MetaCrawler.com because these sites search and rank listings from several search engines simultaneously. Although these sites can be great time-savers, you should realize the results would be skewed. Meta-search sites, which tend to provide the first few links retrieved from each engine, are more likely to present sponsored links. And in some cases, the meta-search engine removes the valuable disclosure links information that appears on the originating search engine.

3. Read further: Be sure to review several pages of results before you decide to click on a result. You might find the product or information you're looking for, on, say, page 10, provided by a smaller company or a non-profit organization that cannot afford to pay for a page-one search position.

41

ABWF 000414

<u>4. Look for telltale labels:</u>
Look for signs a result has been paid by an advertiser. If a search engine separates some search results from others, either in a special section at the top, at bottom or to one side, advertisers most likely support these segregated listings. You should also look for labels such as "Sponsored Listing," "Sponsored Match," "Sponsored Site" or "Sponsored Link." Don't be confused by other labels such as "Featured Sites" "Partner Sites" or "Additional Listings," which usually refers to advertisers or businesses who have financial deals with a particular search service. Instead, look for listings or sections labeled "Web results" or "Web Page Results" where you're more likely to find search results that have typically been generated algorithmically.

<u>5. Click on disclosure links and read "About Search" pages:</u>
Each search engine presents identity information differently, and some make it harder to find than others. Look for link description terms such as "About," "About Search," "Info," "Help," or "Results." These pages typically include information on where a search engine gets its paid search listings, as well as searching tips exclusive to that site. Even if a site does not clearly label its paid search listings, you might be able to find information on these pages, or in advertiser and investor sections, about business deals the site has that might affect the search results and rankings you receive.

<u>6. Know the marketing lingo:</u> Look out for search engine marketing terms such as "paid search" or "paid inclusion." Serious Web searchers might consider reading industry news and articles written about the nuts-and-bolts of search engine marketing by visiting sites such as SearchEngineWatch.com.

ABWF 000415

## RECOMMENDED GUIDELINES FOR SEARCH AND NAVIGATION SITES

### CONSUMER WEBWATCH GUIDELINES
### FOR SEARCH ENGINE AND NAVIGATION SITES

We believe Web sites that provide search and navigation services will promote Web credibility, improve trust among users and increase usability if they adopt Consumer WebWatch's guidelines for all Web sites and the following industry-specific guidelines:

1. Search engine sites should provide consumers with a comprehensive list of major advertisers and content sponsors with whom they do business, particularly those relationships that would influence search rankings or results page presentation. This list should be prominently displayed and easy to find, with a current date of last update. The better sites will display this information on each of the search results pages or provide an easy-to-see link (and label) from each results page.

2. Sites should provide consumers with basic explanations of how ranking and prioritizing technologies work (i.e., Web indexing, spidering, crawling, human-compiled directory, etc.) For instance, what criteria are used to determine keyword relevancy, or, how advertiser-paid results are fed into the results page.

3. Sites that provide an internal editorial review of keyword-triggered paid search advertisements and links should prominently disclose this fact and provide a basic explanation of how the editorial process works, and how much it costs the advertiser before acceptance. Sites should also provide a basic explanation of how they determine relevancy weighting for paid search results versus those derived from unbiased algorithms.

4. Sites should tell consumers if search results from a business partner or third party are exclusive to that site, and which results from that partner are pure search versus those that have been paid for, and a last date of update. For example, sites should explain what is meant by terms placed next to the search box, such as "Enhanced by Search Engine X" or "Powered by Search Engine Y."

5. The better search and navigation sites will use clear and conspicuous terms to label paid search results, whether they appear as links or in other formats, like boxed advertisements. Consumer WebWatch recommends the term "paid advertisement," which is modeled after the newspaper and magazine publishing industries. The better sites will use colored text and/or contained boxes or standard Web page areas in which to place paid search advertisements or links, making them easier for consumers to distinguish from pure results.

6. The better search and navigation sites will provide clear options for search customization at the earliest possible step of the search. Site search architecture should focus on consumer requirements, as opposed to focusing on business agreements.

7. The better sites will include a disclaimer or tutorial page for consumers explaining "first doesn't necessarily mean best," in results returns.

43

ABWF 000416

8. Sites should provide an explanation or basic definitions of frequently used search engine marketing terms such as "cost-per-click," "paid search," "paid placement," "pay-for-placement," "pay-for-performance," "pay-per-click," "paid inclusion" and "paid submission."

9. Sites that offer paid search marketing programs for advertisers should avoid making claims such as "the best," "most relevant" results or "most matches."

10. In the special case of meta-search engines, in which a number of search service providers feed their paid results to the search engine property: Clear and conspicuous disclosure should be made to indicate to consumers that many such results are the equivalent of paid advertisements.

44

ABWF 000417

## APPENDICES

**APPENDIX A: Background and study methodology**

**Choosing the search engine and navigation sites:**

The 15 sites assessed in this study:

About.com
AlltheWeb.com
AltaVista.com
AOL Search (AOL.com)
Ask.com
Go.com
Google.com
InfoSpace.com
iWon.com
Kanoodle.com
LookSmart.com
Lycos.com
MSN Search (MSN.com)
Overture.com
Yahoo.com


How we selected these sites:

Consumer WebWatch started the selection process by including only the top 30 most-trafficked search and navigation sites based on ComScore Media Metrix and Nielsen//NetRatings monthly and quarterly Web traffic data. We also looked at additional Nielsen data, commissioned by SearchEngineWatch.com, which ranked the major search engines based on where Internet users actually spent the most searching hours per month or per week.[xiii] We also incorporated global market share analysis produced by the Amsterdam-based analytics firm OneStat.com. Lastly, we looked at WebSideStory.com data, which indicated those search and navigation sites providing the most online shopping-related referrals to e-commerce shops during the 2002 holiday shopping period.[xiv] [xv] This was an important component to our study, as we aimed to track any behavioral or attitudinal differences of participants as they conducted e-commerce or commercial searches versus informational only searches.

Next, Consumer WebWatch needed to be able to gauge how well consumers discerned and understood pay-for-placement disclosures after the Federal Trade Commission (FTC) letter-writing action in June 2002. Consumer WebWatch made the decision to include at least one search property from each parent company that received a letter from this U.S. Federal government agency.[8]

---

[8] According to the FTC, 14 parent companies were sent action letters in June 2002: About, Ask Jeeves, AltaVista, AOL Time Warner, Teoma (DirectHit), Walt Disney, Google, InfoSpace, iWon, LookSmart, Microsoft, Overture, Terra Lycos and Yahoo.  A July 2001-dated complaint letter, filed by consumer advocacy group Commercial Alert,

ABWF 000418

In the interest of fairness, only the most heavily trafficked search property within a corporate family was included for assessment in this study. Consumer WebWatch did not think participants should assess more than one search property from the same corporate family. For example, we included AOL.com, but did not include popular navigation properties Netscape.com, the Open Directory Project (dmoz.org) or Compuserve.com. Likewise, we included Ask.com, but did not include subsidiary Teoma.com, or DirectHit.com, which redirects to Teoma.com. To avoid repetition within the top corporate families, we included the popular pay-per-click-only site Kanoodle.com.

Not surprisingly, we found the most-searched sites and most-trafficked sites were more or less the same properties as those previously sent letters by the FTC.

While we aimed to select only one search property from each corporate family before the study entered the field, the ever-changing nature of the search engine industry slightly altered the site selection process. Three major acquisition deals were announced mid-study: Yahoo! announced it would acquire paid inclusion service Inktomi in December 2002. (The transaction closed on March 19th of this year.) Overture announced it would acquire CMGI's AltaVista.com and FAST Search's AlltheWeb.com in February 2003. (The AlltheWeb.com deal closed on April 21; the AltaVista.com transaction closed April 28.)


The test cities:

Consumer WebWatch wanted to record varied consumer voices for this study. We decided to avoid markets like New York City, Boston, Los Angeles and Silicon Valley. Instead, we chose the medium- to large- metropolitan areas of Kansas City, Mo. City, Phoenix, Ariz., Providence, R.I., and Raleigh-Durham, N.C., which we believed, would provide more variance in offline and online consumer experiences.


Recruiting the participants:

The final 17 recruited participants in this study represented a cross-section of ages, geography, and level of Web searching proficiency. In addition, each person has been online a *minimum* of five years. The *average* is eight years online. **(See also APPENDIX E: Individual demographic profiles of 17 participants.)**

Each potential participant had to answer a series of prescreening questions before he or she was considered for this study.

First, we only selected participants with access to high-speed Internet connections (i.e., cable modem, Digital Subscriber Line) at home, at work and/or at school. Since our research budget limited us to 17 participants, it was imperative each person's online experience during the study wouldn't be hampered by technological problems typical of a dial-up Internet user's experience.

---

triggered the FTC investigation. This complaint specifically named AltaVista Co., AOL Time Warner, Inc., Direct Hit Technologies, iWon, Inc., LookSmart Ltd., Microsoft Corp. and Terra Lycos S.A. Click here to read a copy: http://www.commercialalert.org/index.php/article_id/index.php/category_id/1/subcategory_id/24/article_id/33

ABWF 000419

We didn't want to run the risk of participants possibly assigning less credibility to a search engine site due to a technological or other problem outside its control. In addition, we knew broadband users would be more likely to see the full effect and range of online advertisements on search engines, including pop-ups, with less risk of computer crashes or freeze-ups. We anticipated being able to recruit seasoned, Web-savvy users who felt very comfortable with the technology and thus would be more likely to search more aggressively. As one recent Pew Internet & American Life Project study said: "An open Internet is appealing to broadband users....As frequent searchers for information using their always-on connection, broadband users seek out the greatest range of sources to satisfy their thirst for information."[xxvi]

Second, we did not want anyone who possessed "insider" or "expert" knowledge of how search sites processed search queries and prioritized their results. As a result, we screened out people like information technologists, librarians, journalists, and industry analysts. In addition, each person was prescreened further to ensure he or she was not already aware of pay-for-placement advertising strategies on search engines and navigation sites prior to the start of our study. A participant's ignorance of this search engine marketing practice was derived based on how he or she responded to an open-ended question that asked how a typical search engine prioritizes its results. Most consumers we recruited for the study had little understanding of how search engines work or how they prioritized search results.

Third, a potential participant had to report he or she searched online at least three times per week, for an average of 30 minutes of search time per day. In addition, at least three of a potential participant's search sessions had to last 20 minutes or more per day.

Consumer WebWatch selected the final mix of participants for each city from the pool of candidates recruited by Context anthropologists. This was done to ensure greater diversity by gender, occupation, household make-up, and ethnicity. We also tried to maintain a balance amongst participants living in city, suburban and rural environments.

Each participant was paid $300 in exchange for their confidential participation, which helped to defray costs resulting from the added wear and tear to their personal computer and printer (toner, paper, etc.)

Study methodology:

Anthropological researchers monitored each participant's behavior before and after "enlightening" them about pay-for-placement practices on search engines, and then studied how this knowledge altered or modified their online behavior. This was done through "homework" assignments as well as one-on-one observational interviews with each participant in his or her computer setting.

FIELD VISIT #1:

Step 1: Contextual Interview – Researchers spent the first part of the interview getting to know the participant better by getting more information on his or her experience and history using the Web and search engines.

Step 2: Planned Topic and Search Engine Browse – Context assigned to each participant a pre-selected grouping of five search sites to be assessed. This pre-selection process was done to

47

ABWF 000420

encourage participants to use each search engine and to think about pay-for-placement on different types of navigational sites, whether they've used the sites before to find information online or not.

Each participant was asked to browse these five search engines and perform both a commercial and an informational or research search. For the purposes of this study, a commercial search involved the participant looking to buy a product or service online. (The participants were not required to complete a sales transaction online, although one person did.) The information search, on the other hand, was research-focused, meaning participants sought referrals to sites with presumably accurate or relevant information based on the keyword terms used.

For both scenarios these were "vested" searches, meaning the participant was allowed to pick subject matter (and the related keyword search terms) of importance to them. The participant was asked to use the same term for each search category (informational and commercial), a rough testing 'control' mechanism we hoped would bring out differences in search results across several sites. (For example, would the participant notice different sites are ranked differently on the various engines even though the same keyword term was used?) For the informational search, we asked participants to limit their vested searches to the health, finance or travel categories, as inaccurate or misleading information in these areas could adversely impact a consumer's health or wallet. For the commercial search, each participant was asked to choose a topic of study of vested interest, but not necessarily from the health, travel or finance categories.

As part of the study, the researchers had each participant print out, in landscape format, the search results pages derived for each session performed on the five search engines under evaluation. These print outs were reviewed and annotated by the individual ethnographer and later analyzed by Context-Based Research Group and Consumer WebWatch.

*Step 3: Personal Web Search Strategy Flow-Chart* – After the planned browse, the researcher reviewed the participant's strategy for garnering online information using a personal Web search strategy flow chart. The result was a visual flow chart illustrating the meta-steps the person went through as they made decisions about accessing information online.

*Step 4: The Enlightenment* - The ethnographer enlightened the participant about pay-for-placement on search engines in a face-to-face meeting. These discussions were guided by taking a participant to *each* of the "disclosure" pages or "About Search" links a particular engine posted on its site, which were typically buried in areas best suited for advertisers or investors, not for consumers.

For example, if a participant was assigned AOL Search (AOL.com) she read the contents of the "About AOL Search" link (http://search.aol.com/aolcom/about.jsp), as well as the link leading to Google's AdWords and Sponsored Links programs (https://adwords.google.com/select/) since Google is AOL.com's search partner as of press time. Participants assigned to assess meta-search engine InfoSpace.com were asked to review as many as seven pages and links, including disclosures from multiple search partners Ask.com, Google.com, LookSmart.com and Overture.com.

This list of "disclosure" links and "About Search" pages was compiled by Consumer WebWatch and updated through February 26, 2003, just days before the study entered the field. **(See APPENDIX D: "About Search" and disclosure links reviewed by participants, by search engine.)**

ABWF 000421

**BETWEEN FIELD VISITS #1 AND #2:**

Over a series of days, the participants were asked to capture post-enlightenment attitudes and behaviors in three ways, any one of which could bring to the surface shifts in online and offline attitudes and behaviors over time:

- By performing 10 homework online searches on navigational sites and topics of their choosing and jotting thoughts down in a search journal.
- By using a disposable camera to articulate feelings via narrative and photo essay.
- By making note of their current search strategy using a flow-chart.

**FIELD VISIT #2:**

*Step 1: Photo Essay & Web Log Debrief (attitudinal and behavioral changes post-enlightenment)* – For the first part of this visit, the participant reviewed his or her digital photos and search journal, and had a conversation about their feelings about being online based on the narrative they created using these photos. Ethnographers then asked the participant to talk about his or her experiences online, reflecting on his or her journal and how his or her attitudes and behaviors may have changed.

*Step 2: Personal Web Search Strategy Flow-chart* - The participant showed his or her current strategy for online information Web searching access using a flow chart they created.

*Step 3: Planned Browse* –The participant went on a single planned browse on one of the search engines they visited during the Field Interview #1, which allowed the ethnographer to take note of any changes in behavior, attitude or searching strategy. The participant was allowed to select the search engine he or she revisited in this planned browse session.

*Step 4: Guidelines* - The second visit ended after having a participant go over his or her list of recommended guidelines for better pay-for-placement disclosures on search engine sites, which were based on their searching experiences before and after enlightenment. These guidelines were for both the search engine industry as well as for other online consumers.

Over the course of the two interviews, the ethnographer probed for information from each participant based on a number of questions and issues of interest to Consumer WebWatch, which were used by the ethnographers as a conversational structural guide during interchanges with a participant. For example, the anthropologist attempted to get a participant's responses to, as well as record any resulting behaviors, by asking questions such as:

- *How many search engines are you aware of and can you name?*
- *What is your primary search engine?*
- *Why are some sites ranked higher than others on the search results page?*
- *How do you define information bias?*

As with any anthropological project, it's imperative the researcher observes and takes copious notes of participant activities in a manner that is not obtrusive or distracting to the participant. For this Consumer WebWatch project, it was important that conversations between the

49

ABWF 000422

ethnographer and participant remained relaxed and free flowing, yet formal enough to stimulate a one-way exchange of information (from participant to the researcher).

Ethnographers used a combination of journalistic and anthropologic techniques to discreetly extract information from participants, including:

- Standard Question-and-Answer sessions (*reported* attitudes, beliefs and behaviors)
- Gleaning information based on observations of a participant's actions, physical and emotional reactions in his or her natural setting as they interacted with the technology (*actual* behaviors)
- Receiving information the participant volunteered or that which came unprompted during the course of a typical two-hour, one-on-one interaction, which happened to address a particular question or issue.

Not surprisingly, there were occasions in which a participant said they did X online or understood Y issue, yet their actual online behavior, as observed by the ethnographer, conflicted with the participant's verbal response.

**Field study dates:**
The study was in the field from March 1 to 29, 2003.

**How we analyzed and coded ethnographer notes:**

After interviews were completed, the anthropologist wrote detailed field notes about a participant, the contents of which were culled from the two interviews, planned search sessions, and homework assignments. In other words, an ethnographic profile was written for each participant in a given test city. In addition, the researcher wrote a "final analysis" summary, which highlighted the recurring themes, attitudes and patterns of behaviors observed among the four or five participants from the same locale.

These field notes and other study materials were submitted to Context-Based Research Group, where an initial line-by-line *qualitative* analytic coding was performed to pull out general recurring themes, attitudes and patterns of behaviors found among the group of 17 participants. Consumer WebWatch performed a deeper qualitative analysis to seek more complex issues or themes (i.e. the evidence of a disconnect between what was *said* vs. what was *done*), plus a second layer of coding for *quantitative* analysis and reporting (i.e., the frequency of similarly held attitudes or behaviors among the group.)

**APPENDIX B: The merits of ethnographic research**

Perhaps the best way to envision what is involved in an ethnographic study of this nature is to relate it to the late Margaret Mead, who is perhaps most famous for her field studies of South Pacific cultures. If she were alive today in this technology-driven world, she might be inclined to observe how Internet users use search engines to find information online, and how they perceive these important Web navigational tools.

50

ABWF 000423

The advantages of anthropological study of search and navigational sites, versus other research methods, are at least five fold:

- **Natural Settings:** By using an anthropological approach, researchers can observe Web users in natural settings as they perform online searches, whether that is in their homes, their offices or at their school. As a result, this approach is more likely to yield compelling results than those set in artificial test settings such as in a computer lab or a two-way mirrored market research focus group session.

- **Real-time exchanges:** Researchers are able to capture participants' actual online behavior and ask questions about their online decisions as they search in real-time.

- **Real Behavior, not Opinion:** The ethnographers can observe what people *actually* do while searching online, and not just what they *say* they do.

- **The *Why,* Not Just What:** Ethnography research gets at the *why* - or the reasons people do the things that they do.

- **Extended Time with Participants:** This provided approximately *six hours* of contact time with each participant over the course of two separate visits, allowing researchers to *capture pre- and post-enlightenment* differences in behavior regarding pay-for-placement on search sites. This also would allow participants to recognize how their attitudes and online behaviors shifted or changed over time.

ABWF 000424

**APPENDIX C: Search engine and navigational sites evaluated, by participant**

| | Anna | Bob | Claude | Dennis | Diane | Gary | Geena | Jack | Kareem |
|---|---|---|---|---|---|---|---|---|---|
| About | X | X | X | X | | X | | X | |
| AlltheWeb | | | | | | | | | X |
| AltaVista | X | | X | X | | X | | X | |
| AOL | | | | | | | | | X |
| Ask | | | | | | | | | X |
| Go | | X | | | X | | X | | |
| Google | X | | X | X | | X | X | X | |
| InfoSpace | | | | | X | | X | | |
| iWon | | | | | X | | X | | |
| Kanoodle | | X | | | X | | X | | |
| LookSmart | | | | | X | | X | | X |
| Lycos | | | | | | | | | |
| MSN | X | X | X | X | | X | | X | |
| Overture | X | | X | X | | X | | X | X |
| Yahoo | | X | | | | | | | |

| | Larry | Lucy | Maria | Mike | Penny | Sara | Vivian | Yvonne |
|---|---|---|---|---|---|---|---|---|
| About | | | X | | | | | |
| AlltheWeb | X | X | | | | X | | X |
| AltaVista | | | X | | | | | |
| AOL | X | X | | | | X | | X |
| Ask | X | X | | | | X | | X |
| Go | | | | X | X | | X | |
| Google | | X | | | | | | |
| InfoSpace | | | | X | X | | X | |
| iWon | | | | X | X | | X | |
| Kanoodle | | | | X | X | | X | |
| LookSmart | | | | X | X | | X | |
| Lycos | X | X | | | | X | | X |
| MSN | | | X | | | | | |
| Overture | | | X | | | | | |
| Yahoo | X | X | | | | X | | X |

52

ABWF 000425

**APPENDIX D:  "About Search" and disclosure links reviewed by participants, by search engine**

(Retrieved on February 26, 2003)

**ABOUT.COM:**

"About Search" page (see reference to Sprinks): http://search.about.com/library/search_tips.htm

The following entities provide search results:

Sprinks, About.com's "pay-for-placement" and "sponsored link" program:
http://sprinks.com/faq/index.htm
and here, http://sprinks.about.com/faq/faq.htm

AskJeeves.com provides "Related Searches"
AskJeeves "Advertisers" pages begin here: http://sp.ask.com/docs/advertise/advertising.html
Pay-for-placement programs, specifically, here: http://sp.ask.com/docs/advertise/premier.html
(premier listings)
and here: http://sp.ask.com/docs/advertise/response.html (branded response)

Inktomi.com paid inclusion provides some "On the Web" results:
http://www.inktomi.com/products/Web_search/sms.html

**ALLTHEWEB.COM:**

General "About search" page: http://www.alltheWeb.com/info/aboutresults.html

The following entities provide search results:

FAST Search, AlltheWeb's parent company:
http://www.alltheWeb.com/help/Webmaster/submit_site.html

Lycos.com's paid placement and paid inclusion programs, specifically the "AdBuyer" program:
http://insite.lycos.com/searchservices/default.asp?co=atw

**ALTAVISTA.COM:**

"About AltaVista results": http://www.altavista.com/help/search/types_Web

New owner Overture provides "sponsored matches":
http://www.overture.com/d/USm/adcenter/index.jhtml (advertiser center) for details on
"How Overture Works"

**AOL SEARCH (aol.com):**

53

ABWF 000426

"About AOL Search": http://search.aol.com/aolcom/about.jsp

Results supplemented by Google, including Google Sponsorships and AdWords:
http://www.google.com/ads/index.html


**ASK.COM:**

"About Search" page under "HELP": http://sp.ask.com/docs/help/help_glossary.html

The following entities provide search results:

AskJeeves "Advertisers" pages begin here: http://sp.ask.com/docs/advertise/advertising.html
Pay-for-placement programs, specifically, here: http://sp.ask.com/docs/advertise/premier.html
(premier listings)
and here: http://sp.ask.com/docs/advertise/response.html (branded response)

Ask's "About Teoma Search": http://sp.teoma.com/docs/teoma/about/searchwithauthority.html

Results supplemented by Google Sponsored Links: http://www.google.com/ads/index.html


**GO.COM:**

[Editor's Note: Mid-study (March 10, 2003), the Walt Disney Internet Group announced
Google's Web search and Sponsored Links program would power the results for Go.com,
replacing Overture. Some study participants who assessed Go.com reviewed Overture's
disclosure pages, while others reviewed Google's advertisers' page.]

Go.com's "What are sponsored results?": http://srch.overture.com/d/search/p/go/what_sss.jhtml

Overture "advertiser center": http://www.overture.com/d/USm/adcenter/index.jhtml, including
details on "How Overture Works"

As of March 10, 2003: Google named sole search provider:
http://www.go.com/static/aboutLinks.html

Google Sponsored Links and AdWords programs: http://www.google.com/ads/


**GOOGLE.COM:**

Closest thing to an "About Search" page: http://www.google.com/help/interpret.html

Google Premium Sponsorships and AdWords: http://www.google.com/ads/index.html


**INFOSPACE.COM:**

54

ABWF 000427

"About Results" page:
http://www.infospace.com/_1_19YTHF03OUSVME__home/dog/help/about.htm

Sampling of entities that provide search results:

Overture provides "sponsored matches": http://www.overture.com/d/USm/adcenter/index.jhtml
(advertiser center) for details on
"How Overture Works"

AskJeeves "Advertisers" pages begin here: http://sp.ask.com/docs/advertise/advertising.html
Pay-for-placement programs, specifically, here: http://sp.ask.com/docs/advertise/premier.html
(premier listings) and here: http://sp.ask.com/docs/advertise/response.html (branded response)

Google Sponsored Links Program: http://www.google.com/ads/index.html

LookSmart's paid inclusion program: http://looklistings.looksmart.com/

**IWON.COM:**

Search powered by Google, including Google Sponsored Links and AdWords Program:
http://www.google.com/ads/index.html

Sponsored listings (sponsored matches) by Overture:
http://www.overture.com/d/USm/adcenter/index.jhtml (advertiser center) for details on
"How Overture Works"

(Note: iWon.com has an "About Search Results" link at the very bottom of the search results
page, but disclosure opens as a pop-up box rather than a separate page.)

**KANOODLE.COM:**

Search powered by Google, including Google Sponsored Links and AdWords Program:
http://www.google.com/ads/index.html

"About Search" page equivalent here: http://www.kanoodle.com/about/about.cool

**LOOKSMART.COM:**
Looklistings, Paid Inclusion programs: http://looklistings.looksmart.com/

(Note: The "About Search" pages open up as pop-up windows, not as separate pages. See the
"About Sponsored Listings" and the "About Reviewed Web Sites" links that appear on the upper
right side of page.)

**LYCOS.COM:**

Lycos.com's paid placement and paid inclusion programs, specifically the "AdBuyer" program:
http://insite.lycos.com/searchservices/default.asp?co=atw

55

ABWF 000428

Lycos search powered by FAST Search (a.k.a., AlltheWeb): <u>FAST Search,</u> AlltheWeb's parent company: <u>http://www.alltheWeb.com/help/Webmaster/submit_site.html</u>

(Note: About search "info" disclosure is provided, but pops up in separate box. Click on "info" link that appears on the results page, just above the results.)


**MSN SEARCH (msn.com):**

<u>These entities provide search results:</u>
LookSmart's paid inclusion listings: <u>http://looklistings.looksmart.com/</u>

Overture: <u>http://www.overture.com/d/USm/adcenter/index.jhtml</u> (advertiser center) for details on "How Overture Works"

(Note: MSN Search general disclosure page opens as a pop-up box at right screen. Click on the mini "ABOUT" link that appears to the right of the first "Featured Sites" listing. You can also click on the "ABOUT RESULTS" link that is located at the very bottom of the search results page.)


**OVERTURE.COM:**

<u>http://www.overture.com/d/USm/adcenter/index.jhtml</u> (advertiser center) for details on "How Overture Works"


(Note: "About Search" page equivalent pops up as a separate window. Click on the "Sponsored Listing" link on the search results page, which includes a link to "How Overture Works")


**YAHOO.COM:**

"What are sponsored matches":<u>http://help.yahoo.com/help/us/ysearch/sponsor/sponsor-01.html</u>

"Yahoo search results" page: <u>http://help.yahoo.com/help/us/ysearch/ysearch-03.html</u>

Yahoo's Sponsored Matches provided by Overture:
<u>http://www.overture.com/d/USm/adcenter/index.jhtml</u> (advertiser center) for details on "How Overture Works"

Recently acquired Inktomi: <u>Inktomi.com paid</u> results:
<u>http://www.inktomi.com/products/Web_search/sms.html</u>


56

**APPENDIX E: Individual demographic profiles of 17 participants**

*Pseudonyms assigned to protect participant privacy. (Location of broadband Internet access)*

<u>KANSAS CITY:</u>

**Lucy** (office user)
Age: 24
Gender: Female
Annual HH Income: $70,000
Marital/Family Status: Married with one daughter
Ethnicity: Caucasian
Occupation: Child Daycare Coordinator for a county parks and recreation department
Education: B.S., Early childhood education
How long online: approx. 7 years
Preferred search engine: Yahoo.com
Operating system: Windows 2000
Web browser: Internet Explorer 5.0
Internet connection: DSL
Service provider: AT&T
Screen size: 15 in.

**Jack** (home user)
Age: 28
Gender: Male
Annual HH Income: $15,000
Marital/Family Status: Single with no children
Ethnicity: Caucasian
Occupation: Graphic Artist
Education: B.F.A.
How long online: approx. 8 years
Preferred search engine: Dogpile.com
Operating system: Mac 05 9.1
Web browser: Internet Explorer
Internet connection: cable modem
Service provider: Time Warner
Screen size: 15 in. & 17in. (Two monitors)
Note: His artwork appears in an online art gallery.

**Geena** (office user)
Age: 48
Gender: Female
Annual HH Income: $35,000
Marital/Family Status: Married with three sons

57

ABWF 000430

Ethnicity: Caucasian
Occupation: Legal Assistant for a law office
Education: Associates Art Degree
How long online: approx. 10 years
Preferred search engine: Yahoo.com
Operating System: Windows 98
Web Browser: Internet Explorer 5.0
Internet connection: DSL
Service provider: Newvox
Monitor size: 15 in.

**Kareem** (home and office user)
Age: 37
Gender: Male
Annual HH Income: $30,000
Marital/Family Status: Married with one son
Ethnicity: Caucasian
Occupation: Restaurant Owner (part-time construction worker)
Education: High School (some college-level classes)
How long online: approx. 5 years
Preferred search engine: MSN.com
Operating system: Windows 98
Web browser: Internet Explorer 5.0
Internet connection: DSL
Service provider: AT&T
Screen size: 15 in.
Note: Maintains a Web site for his restaurant.

## PHOENIX

**Bob** (office user)
Age: 46
Gender: Male
Annual HH Income: $45,000
Marital/Family Status: Single with one son
Ethnicity: Caucasian
Occupation: Geographic Information Systems Consultant for an engineering company
Education: near completion, Ph.D., Environmental Geography
How long online: approx. 6 years
Preferred search engine: Yahoo.com
Operating system: Windows 2000
Web browser: Internet Explorer 5.0
Internet connection: DSL
Service provider: Winstar
Screen size: 15 in.

**Gary** (office user)
Age: 40
Gender: Male
Annual HH Income: $50,000
Marital/Family Status: Married with children

58

ABWF 000431

Ethnicity: Caucasian
Occupation: Environmental Compliance Coordinator for a construction materials company
Education: near completion, M.B.A.
How long online: approx. 8 years
Preferred search engine: Google.com
Operating system: Windows 2000
Web browser: Internet Explorer 6.0
Internet connection: DSL
Service provider: Winstar
Screen size: 17 in.
Note: Maintains a personal Web page.

**Penny** (home user)
Age: 34
Gender: Female
Annual HH Income: $100,000
Marital/Family Status: Married with one infant daughter
Ethnicity: Caucasian
Occupation: Stay-at-home mother (former environmental compliance planner)
Education: M.A., Environmental Planning
How long online: approx. 12 years
Preferred search engine: Google.com
Operating system: Windows 98
Web browser: Internet Explorer (unsure of version)
Internet connection: cable modem
Service provider: Cox Cable
Screen size: 17 in.

**Yvonne** (home and office user)
Age: 32
Gender: Female
Annual HH Income: $76,000
Marital/Family Status: Single with no children
Ethnicity: Caucasian
Occupation: Physician's Assistant at a pain clinic
Education: B.S., Molecular and Cellular Biology, B.S., Medical Science
How long online: approx. 12 years
Preferred search engine: Search.com
Operating system: Windows 98
Web browser: Internet Explorer 6.0
Internet connection: cable modem
Service provider: Cox Cable
Screen size: 14 in.

PROVIDENCE

**Dennis** (home and office user)
Age: 40
Gender: Male
Annual HH Income: $140,000 - $160,000

59

ABWF 000432

Marital/Family Status: Married with one son (from a previous marriage)
Ethnicity: Caucasian
Occupation: V.P. of Operations for jewelry-accessories mass-market importer and distribution
Education: B.A., English, J.D. (law school)
How long online: approx. 9 years
Preferred search engine: Google.com
Operating system: Windows 98
Web browser: Internet Explorer 5.0
Internet connection: Cable modem with wireless network system
Service provider: Cox Cable
Screen size: 17 in.

**Larry** (home and office user)
Age: 62
Gender:  Male
Annual HH Income: $100,000-$120,000
Marital/Family Status: Married with three grown children (2 sons, 1 daughter)
Ethnicity: Caucasian
Occupation: Independent Consultant for the marina and boating industry
Education: B.A., Agricultural Sciences, M.A., Adult Education
How long online: approx. 17 years
Preferred search engine: Google.com
Operating system: Mac 9.2.2
Web browser: Netscape 7.0
Internet connection: cable modem
Service provider: Cox Cable
Screen size: 21 in.
Note: Maintains a database of Web pages related to environmental pollution and boating issues
and a not-for-profit Web page about the Dominican Republic.

**Maria** (office user)
Age: 27
Gender: Female
Annual HH Income: $30,000
Marital/Family Status: Single with live-in boyfriend, no children
Ethnicity: Caucasian
Occupation: Office Manager of a non-profit art organization (part-time waitress-bartender)
Education: Fours years of college courses, no degree (Art History)
How long online: approx. 9 years
Preferred search engine: Google.com
Operating system: Windows 2000 Professional
Web browser: Internet Explorer 6.0
Internet connection: cable modem
Service provider: Cox Cable
Screen size: 17 in.

**Vivian** (home and school user)
Age: 19
Gender:  Female
Annual HH Income: approx. $5,200
Marital/Family Status: Single with no children

60

ABWF 000433

Ethnicity: Asian American
Occupation: Full-time University Student (part-time babysitter)
Education: B.A. expected in 2005
How long online: approx. 7 years
Preferred search engine: Google.com
Operating system: Windows XP
Web browser: Netscape 6.0
Internet connection: Ethernet connection to University server
Service provider: University
Screen size: 15 in., HP laptop


RALEIGH-DURHAM

**Anna** (home user)
Age: 55
Gender: Female
Annual HH Income: $200,000
Marital/Family Status: Married with grown children
Ethnicity: Caucasian
Occupation: Retired Banker
Education: Two years of college
How long online: approx. 5 years
Preferred search engine: Google.com
Operating system: Windows 2000
Web browser: Internet Explorer 5.0
Internet connection: cable modem
Service provider: Time Warner Cable
Screen size: 18 in.

**Claude** (home user)
Age: 36
Gender: Male
Annual HH Income: $35,000
Marital/Family Status: Single (with two children living with mother)
Ethnicity: Caucasian
Occupation: Concrete Worker for a construction company
Education: High School
How long online: approx. 6 years
Preferred search engine: AltaVista.com
Operating system: Windows 98
Web browser: Internet Explorer 5.0
Internet connection: Cable modem
Service provider: Charter Cable
Screen size: 15 in.

**Diane** (home and school user)
Age: 20
Gender: Female
Annual HH Income: $10,000
Marital/Family Status: Single with no children

61

ABWF 000434

Ethnicity: Caucasian
Occupation: Full-time University Student (works two part-time jobs)
Education: B.A. expected in 2004
How long online: approx. 5 years
Preferred search engine: Yahoo.com
Operating system: Windows 2000
Web browser: Internet Explorer 5.0
Internet connection: cable modem
Service provider: Time Warner Cable
Screen size: 14 in.

**Sara** (office user)
Age: 30
Gender: Female
Annual HH Income: $40,000
Marital/Family Status: Single with no children
Ethnicity: African-American
Occupation: Elementary School Teacher (3rd grade)
Education: M.A., Teaching
How long online: approx. 6 years
Preferred search engine: Yahoo.com
Operating system: Windows 2000
Web browser: Internet Explorer 5.0
Internet connection: cable modem
Service provider: Time Warner Cable
Screen size: 14 in.

**Mike** (home user)
Age: 25
Gender: Male
Annual HH Income: $18,000
Marital/Family Status: Single with no children
Ethnicity: Caucasian
Occupation: Electric Meter Reader (part-time student)
Education: One year of college
How long online: approx. 5 years
Preferred search engine: Google.com
Operating system: Windows 2000
Web browser: Internet Explorer 5.0
Internet connection: cable modem
Service provider: Time Warner Cable
Screen size: 14 in.

**ABWF 000435**

## REFERENCES:

"Response to Commercial Alert Complaint Requesting Investigation of Various Internet Search Engine Companies for Paid Placement and Paid Inclusion Programs." *Federal Trade Commission* (2002) Available online at http://www.ftc.gov/os/closings/staff/commercialalertletter.htm

"Complaint Requesting Investigation of Various Internet Search Engine Companies for Paid Placement and Paid Inclusion Programs." [Letter sent to search engines] *Federal Trade Commission* (2002) Available online at http://www.ftc.gov/os/closings/staff/commercialalertattatch.htm

Fogg, B., Soohoo, C., Danielson, D., Marable, L., Stanford, J., & Tauber, E. (2002). "How Do People Evaluate a Web Site's Credibility? Results from a Large Study." *Consumer WebWatch* Available online at http://www.consumerWebwatch.org/news/report3_credibilityresearch/stanfordPTL_abstract.htm

Princeton Survey Research Associates (2002) "A Matter of Trust: What Users Want From Web Sites. Results of a National Survey of Internet Users." *Consumer WebWatch* Available online at http://www.consumerWebwatch.org/news/1_abstract.htm

Rashtchy, S., Avilio, J. (2003) "The Golden Search: Dynamics of the Online Search Market and the Scope of Opportunity." *U.S. Bancorp Piper Jaffray*

"Nielsen NetRatings Search Engine Ratings." *SearchEngineWatch.com* (February 25, 2003) Available online at http://www.searchenginewatch.com/reports/print.php/34701_2156451

"Google, Yahoo, MSN, and AOL Account for More Than 90 Percent of Search Referrals to Shopping Web Sites." *WebSideStory.com* (2002) Available online at http://www.Websidestory.com/pressroom/pressreleases.html?id=175

"Google Challenges Yahoo as the No. 1 Search Site in the World." *WebSideStory.com* (2002) Available online at http://www.Websidestory.com/pressroom/pressreleases.html?id=149

ABWF 000436

## ENDNOTES

[i] Princeton Survey Research Associates (2002) "A Matter of Trust: What Users Want From Web Sites. Results of a National Survey of Internet Users." *Consumer WebWatch* Available online at http://www.consumerWebwatch.org/news/1_abstract.htm.

[ii] Fogg, B., Soohoo, C., Danielson, D., Marable, L., Stanford, J., & Tauber, E. (2002) "How Do People Evaluate a Web Site's Credibility? Results from a Large Study." *Consumer WebWatch* Available online at http://www.consumerWebwatch.org/news/report3_credibilityresearch/stanfordPTL_abstract.htm

[iii] Princeton Survey Research Associates (2002) "A Matter of Trust: What Users Want From Web Sites. Results of a National Survey of Internet Users." *Consumer WebWatch*  Available online at http://www.consumerWebwatch.org/news/1_abstract.htm.

"Search Engines: Project Data Memo." (2002) *Pew Internet & American Life Project* (July 2002) Available online at http://www.pewinternet.org/reports/pdfs/PIP_Search_Engine_Data.pdf

[iv] "Search Engine Referrals Nearly Double Worldwide." *WebSideStory.com* (2003) Available online at http://www.Websidestory.com/pressroom/pressreleases.html?id=181

[v] Stein, G. "Search Engine Marketing: Agency Positioning Strategies." (2003) *Jupiter Research* (May 20, 2003)

[vi]Rashtchy, S., Avilio, J. (2003) "The Golden Search: Dynamics of the Online Search Market and the Scope of Opportunity." *U.S. Bancorp Piper Jaffray*

[vii]Stanford, J., Tauber, E., Fogg, B., Marable, L. (2002). "Experts vs. Online Consumers: A Comparative Credibility Study of Health and Finance Web Sites." *Consumer WebWatch* Available online at http://www.consumerWebwatch.org/news/report3_credibilityresearch/slicedbread_abstract.htm

"Credibility on the Web: An international study of the credibility of consumer information on the Internet." (2002) *Consumers International* Available online at http://www.consumersinternational.org/documents_asp/news_display.asp?regionid=135&id=162&categorylD=677&langid=1

[viii] "Complaint Requesting Investigation of Various Internet Search Engine Companies for Paid Placement and Paid Inclusion Programs." *Federal Trade Commission* (2002) Available online at http://www.ftc.gov/os/closings/staff/commercialalertattatch.htm

[ix] Sullivan, D. (2003) "Search Engine Disclosure Ratings: May 2003." *SearchEngineWatch.com* (May 30, 2003)

[x] Spink, A., Jansen, B., Wolfram, D., Saracevic, T. (2002) "From E-Sex to E-Commerce: Web Search Changes." *IEEE Computer*, 35(3), 107-109

[xi] Watlington, A., Smith, G. (2002) "Marketing Tactics of Big Brands Not Meeting Web User Expectations." *iProspect.com*

[xii] Eysenbach, G., Kohler, C. (2002) "How do consumers search for and appraise health information on the world wide web? Qualitative study using focus groups, usability tests, and in-depth interviews." *BMJ* [British Medical Journal] (March 9, 2002, Vol. 324)

[xiii] "Nielsen NetRatings Search Engine Ratings." *SearchEngineWatch.com* (February 25, 2003) Available online at http://www.searchenginewatch.com/reports/print.php/34701_2156451

ABWF 000437

[xiv] "Google, Yahoo, MSN, and AOL Account For More Than 90 Percent of Search Referrals to Shopping Web Sites." *WebSideStory.com* (2002) Available online at http://www.Websidestory.com/pressroom/pressreleases.html?id=175

[xv] "Google Challenges Yahoo as the No. 1 Search Site in the World." *WebSideStory.com* (2002) Available online at http://www.Websidestory.com/pressroom/pressreleases.html?id=149

[xvi] "The Broadband Difference: How online Americans' behavior changes with high-speed Internet connections at home." *Pew Internet & American Life Project* (2002) Available online at http://www.pewinternet.org/reports/pdfs/PIP_Broadband_Report.pdf

ABWF 000438

**PREFERRED CITATION:**

If you use this material, please reference it in the following manner:

Academic citation:

Marable, Leslie (2003) "FALSE ORACLES: Consumer Reaction to Learning
the Truth About How Search Engines Work. Results of an Ethnographic
Study." *Consumer WebWatch* Available online at
http://www.consumerwebwatch.org/news/searchengines/index.html

Media citation:

Consumer WebWatch's "Ethnographic Research Study of Search Engines."
Available online at http://www.consumerwebwatch.org

ABWF 000439