# Exhibit N-2

Dockets.Justia.com

**FIGURE 6: ALTA VISTA**



*altavista*   Web   Images   MP3/Audio   Video   Directory   News

Atkins diet

Advanced Search
Settings

**SEARCH:** ○ Worldwide ● USA    **RESULTS IN:** ● All languages ○ English, Spanish

Sponsored Matches  About  Become a sponsor

**Atkins Diet Super Sale - 50% off**
Save up to 50% on all Atkins products. Atkin's low carb bars, Atkin's
shakes, pasta, breads and more. Hundreds of low carb products in stock
now. Shop and save. Buy now.
www.vitacost.com

**Get with the Atkins Program**
Follow the Atkins plan with eDiets. Atkins has never been easier thanks to
personalized meal plans created just for you by eDiets. Get started today
with a free profile and newsletter.
www.ediets.com

**Save on Atkins at CoolSavings**
The Atkins Diet is now online. Get your personalized plan for just
$2.99/week. Join CoolSavings today to save on this great offer. Plus, print
real coupons, get free stuff and more.
www.coolsavings.com

**Atkins at Home-Fresh Food Delivery**
The fast and easy way to lose weight. Gourmet meals delivered daily for
only $36.95 per day. No cooking, cleaning, planning or preparing, just open
your front door.
atkinsathome.com

**Everyday Low Prices on Atkins Products**
One of the most complete online low carb stores serving the U.S. and
Canada for brand-name Atkins Diet products and other low carb selections.
thebetterhealthstore.com

AltaVista found 292,278 results  About
🖾 **News: Atkins diet**  AltaVista News
**Popular Diet May Mean Fatter Grocery Bill Prevention ...**  KSAT
**Atkins Diet hurts sales of Slim-Fast**  Billings Gazette

**Atkins Nutritionals: Home**
Atkins Nutritionals, Inc. is the market-leading provider of innovative
products and services based on controlled carbohydrate nutritional science.
... after his death, Dr. Atkins' message. lives on. ... proudly airs his
experience with Atkins, which helped him lose 105 ... banana and
blueberry. Atkins Morning StartTM Cereals are a quick ...
www.atkinscenter.com
More pages from atkinscenter.com

**Atkins Diet Products Online**
Dr. Atkins Diet Products On Sale. Learn about the Dr. Atkins Diet. ...
Atkins Diet. When he authored the book Dr. Atkins' Diet Revolution back in
1972, Dr ...
www.weight-loss-success.com

scroll down the page to find since the hyperlink incorrectly directed users to the site's paid inclusion disclosure.

One tester complained the disclosure page was set at a fixed line-length, which meant the text did not "wrap" when viewed in minimized form, and ran off the page. "The line length is longer than acceptable typographic standards for the font size," the tester said. "Thus I would say the layout is made intentionally difficult to read."

Despite these technical quibbles, most testers deemed Alta Vista's paid placement disclosure clear and accessible to the average consumer. "Alta Vista is up-front about its paid placement program, which makes it easy for the alert searcher to follow-up on what a sponsored match means," said one.

**Paid Inclusion**
Alta Vista uses paid inclusion. Results were supplied by Yahoo, appeared in between two sets of paid placement results, and were disclosed with a heading and a hyperlink to a disclosure page.

All testers said the "Alta Vista found X results" heading failed to adequately convey the site's use of paid inclusion, but they praised its appearance. "Good contrast—dark red on white background," said one. Comments on the "About" hyperlink were similar to those for paid placement, i.e. good language, poor visibility.

Clicking on the hyperlink opened a separate page containing all disclosures and took users directly to the paid inclusion statement, which was explained under the heading "Alta Vista Results." Apart from the inexplicable page labeling ("Audio Results") and the line-length issues, some testers found the disclosure somewhat jargon-laden and confusing.

"The text is littered with proprietary names like Inktomi SearchSubmit™ and Content Acquisition Program (CAP)," noted one.

"While Alta Vista is to be praised for explaining paid inclusion, the explanation is lengthy and heavy with

acronyms—likely confusing to most readers," said another. "Alta Vista does a better job explaining its paid placement programs."

## AOL SEARCH
http://search.aol.com/aolcom/index.jsp
Dates tested: April 28, 29, 30 & May 4
See Figure 7

**Paid Placement**
AOL Search's paid placement listings appeared at the top and bottom of the results page, and were distinguished from other results by a heading and hyperlink to a separate disclosure page. Results were provided by Google, a fact disclosed directly on the results page.

The site sometimes uses "content promotion," which can include both AOL and advertiser results selected by editors. These "Recommended Sites" were typically placed between paid placement and paid inclusion results, and were disclosed by a heading and hyperlink to a disclosure.

All testers noted the large, red, eye-catching "Sponsored Links" heading, which most agreed indicated the use of advertising-driven results. One tester, however, mistook "Recommended Sites" for paid placement listings, underscoring a recurring problem with content promotion, which occupies a gray area straddling paid and non-paid results.

Testers liked the unusual disclaimer following the heading: "Provided by a third party and not endorsed by AOL." They also praised the clear and unambiguous language of the "What is a Sponsored Link?" hyperlink, as well as its bright blue font, which made it one of the few truly noticeable links among all engines tested.

Testers were generally less enamored of the actual disclosures, which were contained on a single page titled "About AOL Search." Paid placement was explained under two separate headings: "Sponsored Links— Search" and "Sponsored Links—Content," which was unnecessarily confusing, testers said.

**FIGURE 7: AOL SEARCH**





Office DEPOT
Shop Office Depot for low prices on TECHNOLOGY you need for your business.

Advanced Search
Main | Help

AOL Search | technology jobs + San Francisco | Search

Gray links require an AOL account. Download AOL

| Web | Images | Audio/Video | Shopping | News | In Your Area |

**Sponsored Links:**
What is a Sponsored Link? | provided by a third party and not endorsed by AOL

- **Monster Job Search Help** 🔲 - Let Employers Find You. Post Your Resume on Monster Now!
  http://www.Monster.com

- **San Francisco Jobs** 🔲 - 900,000 Jobs - The Internet's Largest Job Site - Free & Private
  http://CareerBuilder.com

- **BAJobs.com (SF Bay Area)** 🔲 - 1000s of Local Jobs-Great Employers From Biotech to HiTech & In Between
  http://www.bajobs.com

- **San Francisco Tech Jobs** 🔲 - Search over 30,000 tech positions. Job matches delivered to your inbox
  http://www.Dice.com

careerbuilder.com

**Matching Sites:** Page 1 of 89334                  Enhanced by Google™
What is a Matching Site?

- **Mercury News: Bay Area news, technology, jobs, cars & real estate** 🔲 - ... David Kiefer on the San Francisco Giants. Chris Haft on the Oakland Athletics. Dan Brown on the San Francisco 49ers. Victor Chi on the San Jose Sharks. ...
  http://www.mercurynews.com/mld/mercurynews

- **Mercury News: Bay Area news, technology, jobs, cars & real estate** 🔲 - San Francisco Giants, FEATURED STORY, ... Get the answers you're looking for. San Francisco Giants beat writer David Kiefer responds to reader questions. ...
  http://www.mercurynews.com/mld/mercurynews/sports/baseball/mlb/san_francisco_giants/

- **Mercury News: Bay Area news, technology, jobs, cars & real estate** 🔲 - ... San Francisco 49ers beat writer Dan Brown responds to reader ... By MARK EMMONS and DAVID E. EARLY / San Jose Mercury ... 16, 49ers 13, OT Smash-end-grab job for 49ers ...
  http://www.mercurynews.com/mld/mercurynews/sports/football/nfl/san_francisco_49ers/

- **Mercury News: Bay Area news, technology, jobs, cars & real estate** 🔲 - ... San Francisco 49ers beat writer Dan Brown responds to reader questions. ... a burning desire to play quarterback, or at least compete for a quarterback job in 2004 ...
  http://www.bayarea.com/mld/mercurynews/sports/football/nfl/san_francisco_49ers/

- **Mercury News: Bay Area news, technology, jobs, cars & real estate** 🔲 - ... San Francisco Giants, LATEST NEWS, ... Get the answers you're looking for. San Francisco Giants beat writer David Kiefer responds to reader questions. MORE NEWS, ...
  http://www.bayarea.com/mld/mercurynews/sports/baseball/mlb/san_francisco_giants/

- **Mercury News: Bay Area news, technology, jobs, cars & real estate** 🔲 - ... By Joshua L. Kwan / Mercury News.

"While AOL does a good job at explaining the concept of paid placement in a concise manner, the explanation gets lost among the other information on the page," said one tester. "The difference between 'Sponsored Links— Search' and 'Sponsored Links—Content' may not be clear to all searchers."

Another tester noted with disapproval the disclosure offers both a link to Google disclosure pages aimed at advertisers rather than consumers, and the opportunity to sign up for Google's ADWords program.

### Paid Inclusion

AOL's main results, provided by Google, were grouped under the heading "Matching Sites" and a link (labeled "What is a Matching Site") to a disclosure page.

AOL did not use paid inclusion, making it one of the few sites that doesn't. This fact wasn't imminently clear to testers, however, underscoring a potential communication problem for consumers as well.

When asked to determine whether AOL used paid inclusion, one tester responded, "I believe that it does, but it is hard to tell." Said another: "They say they get their matching sites from Google, but Google does not say whether they include paid inclusion in their index."

## ASK JEEVES
*http://www.ask.com*
Dates tested: April 29, 30 & May 4
See Figure 8

### Paid Placement

Ask Jeeves uses paid placement and relies on results from Google. These listings appeared at the top of the page, and were distinguished from other results by a heading, a hyperlink to a disclosure page, and a thin line framing the section. Ask Jeeves sometimes placed a "featured sponsor" listing at the very top of the page in a separate box with its own heading and hyperlink.

All testers praised the "Sponsored Web Results" heading for its good visibility. "Red print on yellow background—

clearly stands out," said one. Most believed the wording clearly conveyed the site's use of paid placement, while one disapproved of the potential misinterpretation of the word "sponsored."

While the "about" hyperlink adequately alerted testers to the availability of a disclosure, most testers criticized the small, faint hyperlink for poor visibility and its inconspicuous location across the page from the heading. Because of the link's size, color and position, one tester failed to notice it at all.

Clicking on the hyperlink took users to a page titled "Sponsored Web Results" that contained only the paid placement disclosure, which most testers found both simple and straightforward.

"Very brief and easy to understand," remarked a tester. "In fact, the disclosure about Google-provided links is much clearer than the Google pages themselves."

### Paid Inclusion

Ask Jeeves used paid inclusion at the time of testing but announced in early July that it was phasing out this program. Results were supplied by Teoma, which is owned by Ask Jeeves, a fact not readily acknowledged without some additional digging through the help pages. Paid inclusion results appeared below the paid placement results, and were disclosed with a heading and hyperlink to a separate disclosure page.

None of the testers thought the "Web Results" heading adequately conveyed the use of paid inclusion, but most found the bold, red font easy to spot. Comments on the "About" hyperlink were identical to those for the paid placement link, which was also overlooked by one of the testers due to its poor visibility and placement.

Clicking on the "About" hyperlink took users to a page called "Web Search Results" containing the paid inclusion disclosure. Although most testers found the disclosure simple and straightforward, one tester did not.

In fact, the failure of Ask Jeeves to acknowledge its ownership of Teoma in the disclosure led one tester to

**FIGURE 8: ASK JEEVES**



presidential election

Search: ⦿ Web ○ Pictures ○ News ○ Products

**Sponsored Web Results**                                                    About

**John Kerry for President**
The Real Deal The Right Choice. Democrat 2004.
From: http://www.johnkerry.com

**Presidential Election**
Vote for your candidate on reality show American Candidate.
From: http://americancandidate.com

**Run for President**
Run for President in 2004 in this computer game!
From: http://www.hotpotsoftware.com

**Web Results**                                                              About

**Politics1 - 2004 U.S. Presidential Election (P2004)**
Project Vote Smart: Presidential Election 2004 - This site provided a great directory
of the P2000 candidates -- with basic bio information...
From:www.politics1.com/p2004.htm

**White House 2004**
An overview and highlights of Web coverage of the presidential election, grouped by
candidates, logistics, finances, latest news, and history.
From:www.niu.edu/newsplace/whitehouse.html

**The Green Papers: United States General Election 2004**
The Green Papers: 2004 General / 2004 Presidential Election. Facts, figures, and
tidbits about the General Election, Primaries, Caucuses, Delegats...
From:www.thegreenpapers.com/

**Project Vote Smart**
Now Hiring! The 2004 election is in full swing at Project Vote Smart.
From:www.vote-smart.org/

**Atlas of U.S. Presidential Elections**
Presents a detailed view of U.S. Presidential election results from 1789 thorugh
2000, state and county data from 1948 through 2000.
From:www.uselectionatlas.org/

**CNN/AllPolitics.com - Election 2000 Archive**
Victory restores Bush dynasty to Washington Bush: 'I will work to earn your respect'
Gore concedes presidential election How we got here: A timeline....
From:www.cnn.com/ELECTION/2000/

**FEC - About Elections and Voting**
...the term Voting Age Population. National and State Voter Registration and Turnout in
the Presidential Election - 2000...
From:www.fec.gov/elections.html

**:: John Kerry for President - Welcome to JohnKerry.com! ::**
John Kerry for President: Homepage...
From:www.johnkerry.com/

**Frequently Asked Questions About Election Day and Voting Procedures**
Frequently Asked Questions About Election Day and Voting Procedures ...
(Presidential Succession Act of 1947.)
From:www.fec.gov/pages/faqvdayeprocedures.htm

**Federal Election Commission**
The FEC regulates and discloses financing of Federal election campaigns, oversees
public funding of Presidential elections, and serves as the...
From:www.fec.gov/

1 2 3 4 5 6 7 8 9 10 Next >

mistakenly suspect deception in a sentence explaining how some companies pay to have their Web sites included in Teoma's index: "This is a subtle use of paid inclusion where the search engine uses the fact they are using another company's search technology to obfuscate paid inclusion," said the tester. This misplaced suspicion might have been avoided had Ask Jeeves been more up-front about its ownership of Teoma.

---

*Continued in Part 2*



# SEARCHING FOR DISCLOSURE

*How Search Engines Alert Consumers to the Presence of Advertising in Search Results*

**Part 2 of 3**

**By Jørgen J. Wouters**
*November 8, 2004*

Consumer Reports WebWatch
101 Truman Avenue
Yonkers, NY 10703-1057
Tel: 914.378.2600
www.ConsumerWebWatch.org

# RESULTS BY SEARCH ENGINE

*Continued from Part 1*

## CNET'S SEARCH.COM

http://www.search.com
Dates tested: April 29, 30 & May 4
See Figure 9

**Paid Placement**
CNET Search's paid placement results appeared at the top of the page and were distinguished from other listings by a heading—but without a hyperlink or disclosure page. The meta-search engine used results supplied by Google, Ask Jeeves, Business.com, Kanoodle, LookSmart and others.

The site's "Sponsored Links" heading appeared in black lettering on white background and earned praise from all testers for its visibility to users. Although CNET did not offer a disclosure link, the heading itself is hyperlinked. However, clicking on it only expanded the list of sponsored links, which annoyed more than one tester. "The hyperlinking of the heading may be misleading, since it does not lead to a disclosure," said one.

CNET Search featured a section titled "Understanding Search Results" in its help pages, but provided no expla-

nation of paid placement results. One tester questioned the accuracy of the statement: "Search.com now searches Google, Ask Jeeves, LookSmart and dozens of other leading search engines to bring you the best results." Said the tester: "This would make it appear that all results are the best (e.g. most relevant) and that paid placement and/or paid inclusion is not being used."

**Paid Inclusion**
CNET Search uses paid inclusion, although it did not overtly disclose this fact anywhere on the site. But CNET's reliance on results from search engines that use paid inclusion left little doubt among several testers this practice takes place within the site's main listings.

CNET grouped main listings under the heading "Web Pages," but there was no further explanation or disclosure of these results anywhere on the site. As with the paid placement heading, the "Web Pages" heading was also hyperlinked and, once again, only expanded the available display of results.

Although one tester found it impossible to tell whether CNET used paid inclusion, most thought it did but faulted

**FIGURE 9: CNET'S SEARCH.COM**



Web | Downloads | Shopping | Games | More...

meet singles [Search] advanced search

Results from: Google, Ask Jeeves, Business.com, Kanoodle, LookSmart, MSN, Open Directory, and more.

show thumbnails · advanced · help · research by topic · hide search history

related searches: free photo personals · christian singles · singles · singles dating · photo personals · american singles · dating · online dating · personals

show thumbnails

**Sponsored Links**

· **Singles, Find Dates Here**
You'll meet singles in your area Profile Pics of Singles here!
date.com ·

· **Matchmaker.com**
Join the Millions Who Have tried Matchmaker. com. Sign Up for Free.
www.matchmaker.com

· **Meet Singles**
View Millions of Profiles & Photos. Meet the Perfect Match in Your Area
www.americansingles.com

see more Sponsored Links results

**Web Pages**

· **AdamMeetEve Christian Singles Dating, Christian Personals for ...**
Adam Meet Eve, Meet Christian Singles for pen pals, christian dating, christian chat, Godly marriage. Christians, meet your special, personal Adam or Eve....
www.adammeeteve.com

· **Club Podrushka**
Club Podrushka is an online match-making service where users can meet single Russian women. Visitors to Club Podrushka can also register online for membership to the sites services.
www.podrushka.com

· **Kiss.com Picture Personals**
Offers picture personal ads and the opportunity to meet singles. Join to find fun, friendship, and romance at this Internet dating site.
www.kiss.com

· **Singles - www.Singles.com**
Singles.com is brought to you by National A-1 Advertising, Inc., and is not affiliated with any other Internet site(s). Singles.com is not affiliated with any ...
www.singles.com

· **American Singles Online Dating Personals**
Meet single men and women at this online dating service. Visit chat rooms, engage in anonymous correspondence, get a free membership, and search personalized profiles.
www.americansingles.com/default.asp?prm=5104

· **Mail order brides Singles Philippines and Russia**
meet single asian women online for filipino penpal or penpals. ... nightlife guide to singles bars and clubs. meet local swingers find sexy singles here free. ...
manilahotties.com

· **DateMail.com - Free Adult Dating Service For Singles Seeking Sex**
... Tonight! - Free Membership! Find A New Lover Meet A Perfect New Lover...Hot Local Singles..Meet Local Women For Sex! Find Horny ...
www.datemail.com

· **Best Online Dating Singles Resource. Metrodate.com**

**FIGURE 10: GOOGLE**

# Google

Web  Images  Groups  News  Froogle<sup>New!</sup>  more »

Europe + tours     [Search]  Advanced Search  Preferences

**Web**                    Results 1 - 10 of about 3,670,000 for Europe + tours. (0.18 seconds)

**Tour Europe with Globus**
www.globusjourneys.com    Get $200 off for two when you buy select Globus European vacations.

**Europe Vacation Packages**
www.vacationeurope.com    Save on Air, Hotels, Escorted Tours, Villas, River & Sea Cruise Packages.

**News results for Europe + tours** - View all the latest headlines
Chinese Prime Minister Tours Europe - Voice of America - 19
hours ago

**Rick Steves Europe Tours, Rail Passes, Travel Books,**
**Luggage and ...**
... for 2004 tours! European Railpasses Plan your itinerary and choose
the right pass. Order online, and we'll toss in lots of FREE extras. Rick
Steves' Europe on ....
www.ricksteves.com/ - 11k - Cached - Similar pages

**Europe Tours - Tour Europe with your private driver-guide**
Privately guided driving tours of Europe featuring major European
cities, historic landmarks and natural sites. Europe Tours, Europe
Tours. ...
www.a-la-carte-europe-tours.com/ - 20k - May 2, 2004 - Cached -
Similar pages

**Europe tours | Europe tour booking online |**
**Travellerspoint**
... Tours > Tours Europe. Europe Tours. Choose one of the countries
below to find tours in Europe and to book securely online. Austria ....
www.travellerspoint.com/ tours-by-region.cfm?region=Europe - 15k -
May 2, 2004 - Cached - Similar pages

**EUROPE TOURS ITINERARIES**
... Southern France to Paris, 14 Days, April to October. CENTRAL
EUROPE. Name of Itinerary. Length. Time of Year. ... EASTERN
EUROPE. Name of Itinerary. Length. Time of Year. ...
www.ehi.com/tauck/europe-itineraries-tours.htm - 37k - Cached -
Similar pages

**CENTRAL EUROPE TOURS ITINERARIES**
trlogo2.jpg (10153 bytes). Travel By Fingertip presents... Central
Europe Itineraries Toll Free Reservations & Information 1 800
214 8669. ...
www.ehi.com/tauck/central-europe-itineraries-tours.htm - 17k -
Cached - Similar pages

**Contiki - Worldwide Vacations for 18 to 35 Year Olds**
... Tour Plus Contiki Resort Mykonos - Save US$50 Combine a Contiki Europe tour of at
least 10 days long with a stay of at least 5 nights at the Contiki Resort ...
contiki.com/deals.asp - 52k - May 2, 2004 - Cached - Similar pages

Sponsored Links

**Europe Tours Discounted**
Large selection of European tours
Every package is discounted
affordabletours.com

**Free Airfare to Europe**
Purchase any European tour and get
free airfare to Europe!
www.goaheadvacations.com

**Contiki: Save $100 Europe**
Save on fun affordable Contiki
Europe trips for 18-35 year olds.
www.contiki.com/deals.asp

**Fully Escorted Tours $295**
Great Tours & Incredible Prices
52 Years. Smart Shoppers Compare.
CaravanTours.com/

**Europe vacation deals**
With our deals to Europe it's more
expensive to stay home
www.eurovacations.com

**Save on Europe Tours**
Escorted Europe tours are up to 40%
less than traveling independently.
tourvacationslogo.com

**Europe: Travel and Learn**
You're virtually there!
Info, pics, maps and video clips.
www.passports.com

**Europe Cruise Packages**
10-to-15 day cruise-tour from $2419
plus get a $200 shipboard credit.
www.cruiseweb.com

See your message here...

the site for its lack of disclosure. "I'm assuming this site uses paid inclusion because some of the search engines included in the search use paid inclusion (e.g. MSN Search)," said one tester.

"They do [use paid inclusion], but do not tell you," said another. "They tell you where their results come from, but unless you know the policies of each (there are no links to their policies) you wouldn't know."

One tester noted there wasn't "any statement made within this site that could lead consumers as to the basis of which a result is generated."

## GOOGLE

http://www.google.com
Dates tested: April 29, 30 & May 4
See Figure 10

### Paid Placement

Google uses paid placement and supplies its own results. Paid links were visually separated from main results, appearing in the right column and delineated by a vertical blue line. Paid links also appeared across the top of the results field in blue-shaded boxes. Both sets of paid results were further distinguished by headings, but not with a hyperlink or disclosure page.

While Google earned high marks from testers for the clarity with which it visually separated paid links from "pure" results, testers roundly criticized the site for not providing accessible, fuller disclosure information. Google's "Sponsored Links" heading was deemed an adequate indicator of the site's use of paid placement, but it blended in with the page due to a thin, gray font. Some testers noted that clicking on the paid placement heading in the blue boxes above the main results misleadingly took users to the advertiser's site, rather than to an expected disclosure. Google did not link to a disclosure from the results page.

Although the FTC does not require a paid placement disclosure beyond the results page, many of the search engines tested—including those using Google results—did provide disclosure pages. Google, however, did

not. This fact, combined with the difficulty in locating an explanation of Google's search results puzzled and exasperated several testers—all of whom noted the ease in finding this information on sites supplied by Google. "It is odd that other sites that use Google seem to link to [Google] disclosure pages I cannot find from Google itself," commented one.

"The layers-deep disclosure information could also be easily accessed via hyperlinks on the results page," said another tester. "Interestingly, other search engines dependent on Google for their search results do this." "Google's paid placement program is difficult to find information about unless one goes several pages into 'help screens,'" complained another.

"Most search engines who receive paid placement listings from Google provide disclosure links and pages," said another tester. "I think Google should do the same."

### Paid Inclusion

At the time of testing, Google—apart from the sites it supplies with their main results—was the only major search engine that did not use paid inclusion. Engines are not technically required by the FTC to explain if they do not use a paid advertising program. However, given that Google has made it a point to publicly shun paid inclusion and call attention to the purity of its results, it was somewhat odd to discover most testers were unable to find information on the Google site itself regarding whether the engine used paid inclusion.

Only two testers noted Google's lack of paid inclusion with any certainty, although one acknowledged the difficulty in reaching this conclusion. "Google does not use paid inclusion—not that following the links would tell you," remarked a tester.

## INFOSPACE WEB SEARCH

http://www.infospace.com/home/search
Dates tested: April 29, 30 & May 4
See Figure 11

### Paid Placement

**FIGURE 11: INFOSPACE WEB SEARCH**

# InfoSpace®

Home | ▶

▶ yellow pages • white pages • public records • web search • maps & directions
browse categories • reverse lookup • near an address • email search • world directories

⊙ Web Pages ○ Images ○ Audio ○ Multimedia ○ News ○ Shopping

| breast cancer | | Search | Advanced Preferences |

Now Searching: Google • Yahoo • Ask Jeeves • About • Overture • Altavista • Learn More

Web search results for "breast cancer" (1 - 20 of 131)

**Are you looking for?**

⊙ View By Relevance ○ View By Search Engine

About Breast Cancer

Information On Breast Cancer

Information About Breast Cancer

Breast Cancer Causes

Breast Cancer In Women

American Cancer Society

Susan G. Komen

Breast Cancer Information

1. **National Breast Cancer Foundation**
   Explore the complete site on breast cancer facts. Help save the lives of homeless, bett-underserved women. Click to provide free mammograms.
   Sponsored by: http://www.nationalbreastcancer.org

2. **Take Our Metastatic Breast Cancer Survey**
   If you qualify for our study, we will make a donation in your name to a breast cancer here to begin the survey.
   Sponsored by: http://www.anabus-reports.com

3. **Dr. Lorraine Day's Videos: $18.99**
   Alternative breast cancer treatment. Dr. Day's video series and workbook can help pre how the doctor treated her cancer. Free health tests, next day shipping.
   Sponsored by: http://www.drdaystore.com

4. **Breast Cancer Treatment Overviews**
   Cancerconsultants provide cancer patients with a comprehensive resource that includes information about screening, prevention, and treatment on a disease-specific basis.
   Sponsored by: http://www.cancerconsultants.com

5. **MedMalUSA Breast Cancer**
   A medical malpractice information Web site and national attorney directory.
   Sponsored by: http://www.medmalusa.us

6. **National Alliance of Breast Cancer Organizations**
   NABCO, the leading non-profit information and education resource on breast cancer, free at (888) 80-NABCO. ....
   http://www.nabco.org/

7. **BreastCancer.Net**
   News and information on breast cancer, updated daily.
   http://www.breastcancer.net/

8. **Breast Cancer Facts**
   Get treatment and research info from M. D. Anderson Cancer Center.
   Sponsored by: http://www.mdanderson.org/

9. **Breast Cancer**
   genetics study with sisters Quick and easy enrollment
   Sponsored by: http://www.genbasix.com/

10. **Natl Breast Cancer Fd.**
    Premier site for breast cancer info Give today to help poor women in US
    Sponsored by: http://nationalbreastcancer.org/

11. **New Liquid Ionic Cesium Chloride**
    Kill cancer with pH therapy for $119.95 with a free 55-day supply of potassium. Check breast cancer therapy information on the site. Call for details - $75 Liquid Cesium.
    Sponsored by: http://www.essense-of-life.com

12. **Breast Cancer Bracelets**

This meta-search engine uses paid placement, and culls results from several sources, including Google, Overture and FindWhat. Paid placement listings were interspersed throughout the results page and identified with a heading on a result-by-result basis, as well as a single hyperlink to a disclosure page.

Headings appeared on the last line of each search result and used the same font and faint blue color of the URLs they preceded. Most of the researchers agreed the term "Sponsored by" indicated paid placement, but several complained the headings were easy to miss because of their location, size and color. In fact, one tester failed to spot the headings at all.

"Its [the heading] placement at the bottom of the citation next to, and the same color as, the (unclickable) URL made it very hard for me to spot at first—even when I knew to look for it," remarked one tester.

Several testers also said the "Learn More" hyperlink, located at the top of the page after a list of participating search engines, was hard to find—an observation borne out by the inability of two testers to locate the link. Although two testers believed the language used for the hyperlink adequately indicated the availability of a disclosure, one did not and said the wording suggested learning more about the search engines themselves, rather than the nature of their business relationships with InfoSpace.

Clicking on the hyperlink directed users to a page headlined "Why is Metosearch Better?" Scrolling down the page approximately one full screen took users to an explanation of the site's paid placement program as well as a partial list of engines providing these results.

Although the three testers who managed to locate disclosure gave InfoSpace high marks for its easy-to-understand language explaining its paid placement program, two doubted consumers would ever find it, given the unusual placement of the hyperlink and the lack of any instructions on the page to scroll down.

Since testing concluded, InfoSpace's disclosure page has changed and no longer carries a headline,

although the browser window bears the title, "About Results—InfoSpace." Also, the disclosure page now explains "results returned from these search engines including commercial (sponsored) and non-commercial results." The explanation of the engine's paid-placement program specifically has been reduced to one sentence: "Pay-for-Placement: Engines that return relevant sponsored listings."

**Paid Inclusion**

InfoSpace uses paid inclusion but did not disclose this fact. Like other meta-engines tested, InfoSpace strips out any disclosure language from the search engines whose results it displays. Unless one knows the business practices of these engines—which should not be expected of the average consumer—there is no way to tell if InfoSpace uses paid inclusion.

The meta-engine's stated use of results from Yahoo, Ask Jeeves and Alta Vista alerted testers as to InfoSpace's use of paid inclusion. One tester noted: "Although paid inclusion certainly takes place—since this is a meta-search engine that uses other engines known to use paid inclusion—there is no disclosure whatsoever, either on the results page or on a disclosure page."

Other researchers were unsure. "You cannot tell—I presume they at least inherit it from the engines that they search," said one tester. "In looking at a search engine where the provenance of search results is so hard to trace, it's hard to rule out the presence of results that were part of a paid inclusion program," remarked another.

## LYCOS NETWORK SEARCH

http://www.lycos.com
Dates tested: April 30 & May 3, 4
See Figure 12

**Paid Placement**

Lycos used paid placement results provided by Google. Visually, they were grouped above and below the main listings, and distinguished by a heading and hyperlink to a disclosure page. Unlike the main results, which were numbered, paid placement results were preceded by a

**FIGURE 12: LYCOS NETWORK SEARCH**

 | buy + mutual funds | Web | Search

Find "buy + mutual funds" in: News | Shopping

**New! Get Sidesse**

**NARROW YOUR SEARCH:** Vanguard Mutual Funds - Top Mutual Funds -
Canadian Mutual Funds - Vanguard Mutual Funds

🖨 Hide

SPONSORED LINKS

**SPONSORED LINKS (Info)**

- **Buy Mutual Funds**
  Open an Individual, Custodial, or Joint Account & Get a $100 Credit!
  www.harrisdirect.com

- **Buy Stocks For Just $4**
  No account or Investment minimums. No Inactivity Fee
  www.ShareBuilder.com

- **Vanguard Mutual Funds**
  With More Than 100 No-Load Funds We Have the Investments You Need.
  www.vanguard.com

- **BrownlCo - $5 trades**
  $5 market orders. $10 limit orders. Built & priced for active traders.
  www.brownco-apply.com

- **Free Mutual Fund Guide.**
  Get a free Mutual Fund Guide from American Express Financial Advisors
  www.americanexpress.com/financial

- **Mutual Funds**
  Reports and ratings to help you find the right funds.
  www.morningstar.com

**Online Investments**
A better way to build your future. Easily
invest a little at a time.
www.sharebuilder.com

**Free Mutual Fund Info**
Choose from over 1000 funds. Hardcopy
and downloads available
vcall.fundinfo.wilink.com

**Mutual Fund Info**
Free info on finding a great mutual fund for
your investment style.
infobeagle.com

**Mutual Fund Guide**
A directory of websites offering information
on mutual funds.
www.financialdirectory.ws

Place Your Ad Here...

**WEB RESULTS: Showing Results 1 thru 10 of 558,460 (Info)**

1. **CNN/Money**
   CNN & MONEY magazine combine business news, stock quotes & financial
   market coverage with personal finance advice, tools & investing tips
   www.money.com   May 3, 2004 - 81 KB

2. **Before You Buy Mutual Funds**
   Use this guide to help you buy mutual funds the right way.
   mutualfunds.about.com/library/weekly/aabybmutualfunds...   April 21, 2004
   - 26 KB

3. **Amazon.com: Books: Bogle on Mutual Funds: New Perspectives
   for the...**
   Bogle on Mutual Funds: New Perspectives for the Intelligent Investor, John
   Bogle
   www.amazon.com/exec/obidos/ASIN/0440506824   March 15, 2004 - 110
   KB

4. **Fool.com: Why Not to Buy Mutual Funds [Motley Fool Take] July
   31 ...**
   Some 98% of large-cap mutual funds aren't making the grade.
   www.fool.com/news/mft/2003/mft03073105.htm   April 13, 2004 - 30 KB

5. **Earn More With Your Mutual Funds - Investment Strategies**
   Earn 30 to 50% annually with your mutual funds - double your investment
   in 3 years!
   www.mutualfundmagic.com   December 28, 2003 - 6 KB

6. **Fool.com: Can you buy mutual funds through a discount broker?**

bullet. Additional paid placement listings also appeared on the right-hand side of the results page in shaded boxes, under a separate heading.

Most of the reviewers believed the "Sponsored Links" heading clearly conveyed the existence of paid placement listings, and all of them praised the eye-catching, red font above the paid results, as well as the hard-to-miss boxes on the right. The link to the site's disclosure page was deemed easy to spot, thanks to the use of blue and red colors, and testers thought the "info" label was effective.

Clicking on the hyperlink opened a pop-up window titled "Sponsored Search Links" containing only the paid placement disclosure. Below the disclosure, users were asked to answer "yes" or "no" to the question: "Did this answer your question?" Clicking "no" took users to another pop-up with seven hyperlinked subjects: 1) Web Results; 2) Sponsored Search Links; 3) What are the various Search Results Page sections?; 4) News Search; 5) From the Lycos Network; 6) Lycos Search Box; and 7) Shopping Search.

Clicking on the first option took users to a disclosure of the site's paid inclusion program. Clicking on the second link took users back to the initial paid placement disclosure, while the third link connected to a page containing both disclosures. None of the other options offered any further explanation of either program.

Although testers agreed the disclosure language was easy to understand, some found it somewhat too simple. They also were divided as to how straightforward the content was given the site's use of seven links for more information. "The hyperlink initially provides only minimal information describing sponsored search links," remarked a tester. "To dig further.... the searcher is redirected to a choice of seven additional links to more detailed information on search engine marketing."

**Paid Inclusion**

Lycos used paid inclusion results from Inktomi (which is owned by Yahoo), LookSmart and FAST, which it disclosed with a heading and a link to a disclosure

page. Lycos sometimes promoted its own content at the top of the main results, which it acknowledged in the disclosure.

None of the testers believed the "Web Results" heading adequately conveyed the use of paid inclusion, although all said it was very noticeable. Remarks regarding the "info" link echoed those for the paid placement link: Good visibility and wording.

But one tester failed to notice the paid inclusion hyperlink, which was separated from the heading with a sentence describing the number of results found such as: "Showing Results 1 thru 11 of 4,658,499." This appeared to support the FTC's sentiment that users encounter problems when hyperlinks are separated from headings, even if only by a few inches.

Clicking on the "info" link opened a pop-up window headlined "Web Results" containing the paid inclusion disclosure. As with paid placement, below the disclosure users were asked to answer "yes" or "no" to the question: "Did this answer your question?" Clicking "no" takes the user to another pop-up with the same seven hyperlinked subjects detailed above in the evaluation of paid placement.

Some testers found the disclosure lacking in clarity and candor. "The disclosure explicitly states that 'Participation in Lycos InSite, our paid inclusion program does not improve placement in search results,' but does not explicitly state that participation in the LookSmart paid inclusion program does not improve placement," noted one tester.

Another reviewer echoed this complaint: "The disclosure is confusing and incomplete, since it mentions more than one source of paid inclusion without explaining how all of them work. It says the 'Lycos InSite' paid inclusion program does not improve placement in the search results, but it doesn't clearly indicate whether results from FAST or Looksmart are part of this program— let alone how they operate. Finally, the links that it does provide (why no link to FAST?) don't take you to specific information, just homepages that require further searching."

FIGURE 13: MSN SEARCH

## MSN SEARCH
*http://www.search.msn.com*
Dates tested: April 30 & May 3, 4, 5
See Figure 13
### Paid Placement
MSN Search uses paid placement, with results provided by Yahoo-owned Overture. Paid placement results appeared on the right-hand side of the page, boxed by a thin, blue line. Paid placement results sometimes also occurred at the top of the results page. Both sets of listings featured a heading and hyperlink to a disclosure pop-up.

MSN was using "content promotion" during testing (a practice it terminated in July), which included both MSN and advertiser results, selected by editors. These links were often placed at the top of the results page. Although they were disclosed by a heading ("Featured Sites") and a hyperlink, they caused considerable confusion among testers, who mistook them for both paid placement and paid inclusion listings. The following sentence in the content promotion disclosure was a considerable source of confusion: "Microsoft accepts payment for listings from these [advertising] partners."

While testers approved of the language of the "Sponsored Sites" heading, they criticized the light gray font, which was difficult to spot. One tester mistook the "Recommended Sites" content promotion heading for a paid placement indicator, again underscoring the troubles content promotion creates for users.

Most reviewers believed the "About" hyperlink indicated the availability of a disclosure, but most also noted the gray font made the hyperlink easy to overlook. Clicking on the hyperlink opened a narrow, vertical pop-up window titled "About MSN Results" that ran the length of the far right-hand screen. Finding the "Sponsored Sites" disclosure required scrolling to a brief disclosure. Additionally, users were required to scroll further to a hyperlink labeled "About Sponsored Sites search results" to access the full disclosure—a lengthy process testers criticized as too cumbersome.

"It takes several pages to piece together a complete disclosure," said one. "You must scroll down to find links to further details and even these are incomplete," complained another. "Too much scrolling and clicking required," said another.

### Paid Inclusion
Although MSN had long used paid inclusion listings under its "Web Pages" heading, several weeks before testing began, the site inexplicably ceased disclosing this practice—despite receiving its main results from Yahoo, which featured paid inclusion. Then in early July, MSN announced it was getting out of the paid inclusion business and would begin removing those listings from its Yahoo-supplied results.

This lack of disclosure perplexed testers, and the general confusion was only exacerbated by MSN's content promotion listings ("Featured Sites"), which two reviewers mistook for paid inclusion listings.

Regardless of which heading the testers identified ("Web Pages" or "Featured Sites"), most said the gray font was easy to overlook, and none thought the wording indicated paid inclusion. Most reviews faulted the "About" hyperlink for poor visibility.

Clicking on the hyperlink required an identical amount of scrolling and clicking to locate the complete disclosure. Regardless of which disclosure the testers clicked on, almost all were critical of the effort involved.

Testers were confused about whether MSN used paid inclusion from the vaguely worded disclosure: "Web Page search results include all Internet-wide Web sites that best match your search words." Said one reviewer: "It is not clear from this statement which sites are searched and how they are identified for inclusion in the search results. MSN does a better job disclosing paid placement than providing any indication of whether they use paid inclusion."

Another tester expressed frustration with the various terms and definitions found on the disclosure pages. "I struggled with MSN's 'word game' definitions—Popular Topics, Featured Sites, Sponsored Sites—and how they may, or may not, interrelate," remarked one tester.

**FIGURE 14: MY SEARCH**

"Popular Topics can be Sponsored Sites, but are usually not Featured Sites. Featured Sites are MSN-affiliated, but it is Web Pages that 'best match your search words.'"

## MY SEARCH

http://www.mysearch.com/jsp/home.jsp

Dates tested: May 1, 3, 4 & 5

See Figure 14

### Paid Placement

My Search used paid placement and relied on results from Google, among others. A type of search engine portal, My Search allowed users to choose from one of several search engines. Testers were asked to search using "AlltheWeb" (an option no longer offered) to cover the spectrum of results. Paid placement listings appeared at the top of the results page and were disclosed with a heading and hyperlink to a disclosure page.

Most of the testers found the tiny, gray font used for the "Sponsored Listings" heading too difficult to detect, and all but one thought the label clearly signified advertising-driven results.

Most testers believed the "About Search Results" hyperlink clearly suggested the availability of a disclosure and contrasted well with the page for easier visibility. But any enthusiasm was more than tempered by the link's inconspicuous placement at the bottom right-hand corner of the page. "The hyperlink was buried," said one tester, speaking for the others.

Clicking on the hyperlink opened a large pop-up window and took users to a disclosure for "All the Web" results. Users were required to scroll up the page to find the "About My Search Sponsored Listings" heading at the top of the page.

While several testers complained about the location of the link and the need to scroll, most found the language itself simple and straightforward. "Although it takes a little while to find the 'About Search Results' link at the very bottom of the page, the policy is clearly stated," said one.

### Paid Inclusion

When searching with "AlltheWeb," My Search used paid inclusion, but not with other results from sites that do not employ it. Results were supplied by FAST and disclosed with a heading and hyperlink to a disclosure page—the same link used to disclose paid placement.

None of the testers believed the "Web Results powered by AlltheWeb" heading adequately conveyed paid inclusion, and all said the size and color of the font made the heading blend in with the page. "Light gray on white with very small print makes the words less visible," noted one.

Since My Search used the same "About Search Results" link to disclose paid inclusion as well, comments echoed those above. "Again, the disclosure hyperlink is easy to miss, since it is buried at the bottom of the page, rather than adjacent to the header," noted one.

Clicking on the hyperlink opened a large pop-up window that took users directly to a disclosure for "AlltheWeb" results. Reviews were mixed about the quality of the disclosure itself. While testers agreed consumers could easily find the disclosure, doubts were raised when asked to analyze and interpret that language.

"I become lost in the discussion of page ranking technology," said one tester.

"The explanation repeats twice that they receive payment from less than 1% of the Web sites," noted another tester. "But this has nothing to do with the case. The crucial number is the frequency with which paid Web sites are included in results compared with unpaid sites."

*Continued in Part 3*



# SEARCHING FOR DISCLOSURE

*How Search Engines Alert Consumers to the Presence of Advertising in Search Results*

**Part 3 of 3**

**By Jørgen J. Wouters**
*November 8, 2004*

Consumer Reports WebWatch
101 Truman Avenue
Yonkers, NY 10703-1057
Tel: 914.378.2600
www.ConsumerWebWatch.org

# RESULTS BY SEARCH ENGINE

*Continued from Part 2*

## MY WAY SEARCH

http://www.myway.com/
Dates tested: May 4
See Figure 15

*Note: For the "My Way Search" evaluation, testers were inadvertently supplied with the url for its sister site "My Search." As such, the following review was based solely on the comments of the report's author.*

### Paid Placement

My Way Search used paid placement and displayed results from Google, among others. Like its sister site ("My Search"), My Way Search allowed users to choose from one of several search engines. Testing was done using "LookSmart" since other options were addressed in testing of other engines. Paid placement listings appeared at the top of the results page and were disclosed with a heading.

Although the "Sponsored Listings" heading conveyed the use of paid placement, the minuscule, light gray font blended in with the page, making it easy to overlook.

Unlike its sister site, My Way Search did not offer users a hyperlink to a disclosure page. Although information about the various search engines could be found by clicking on the "help center" link at the bottom of the page and digging down several pages, there is no mention of "Sponsored Listings."

### Paid Inclusion

When searching with "LookSmart," My Way Search used paid inclusion. Results were supplied by LookSmart and disclosed with a heading: "LookSmart's Directory." This wording wasn't effective in indicating the use of paid inclusion, and the tiny, gray font was easy to miss.

Although My Way Search did not provide a disclosure hyperlink, information on LookSmart was found by clicking on the "help center," a small, blue hyperlink buried in the bottom-right hand corner of the page. But the process was laborious, and the disclosure was inadequate. After much clicking and scrolling, one finally arrived at a statement that acknowledged the presence of paid inclusion listings within search results, but failed to explain how they are ranked.

## NETSCAPE SEARCH

http://netscape.com/search
Dates tested: May 1, 3 & 4
See Figure 16

**FIGURE 15: MY WAY SEARCH**



# myway

No banners. No pop-ups. No kidding.™

home | my page | my email

buy + mutual funds

select search provider | select language

| Google | Yahoo! | Ask Jeeves | LookSmart |

**Search Results**

Search took 0.48 seconds

sponsored listings

**Buy Stocks For Just $4**
No account or investment minimums. No inactivity fee
www.sharebuilder.com

**Buy Mutual Funds**
Open an Individual, Custodial, or Joint Account & Get a $100 Credit!
www.harrisdirect.com

**Want to Trade Online?**
Open an Ameritrade® account today Get 25 Commission-Free trades
www.ameritrade.com

**BrownCo - $5 trades**
$5 market orders. $10 limit orders. Built & priced for active traders.
www.brownco-apply.com

LookSmart's Directory

Results 1-10 of about 19

**Parker & Weichman - Morgan Stanley Targeted in Mutual Funds**
Describes 2003 accusations that the firm was targeted by securities regulators for allegedly misleading customers who bought mutual funds from its brokers.

**Morningstar - Fidelity Mutual Funds**
Get Morningstar's take on Fidelity mutual funds before you buy or sell. Exclusive reports include star ratings, performance data, and investment profiles.

**Morningstar - Vanguard Mutual Funds**
Get Morningstar's take on Vanguard mutual funds before you buy or sell. Exclusive reports include star ratings, performance data, and investment profiles.

buy + mutual funds

Google Search

Make My Way Your Home Page  |  Spread the Word

My Settings: Overview | Search | Email | Chat | Portfolio | Calendar | Groups | Profile

IMPORTANT: We do not present our users with pop-ups, banners or any other non-text advertising. Nor do we send email to our users. If you see or receive one of these items, it is coming from an outside source, either as a result of something you have previously downloaded or as an "exit" pop-up from the site you just visited. It is not coming from our site.

Privacy Policy  Terms of Service  About Us  Our Mission  Sign In  Sign Out  Help Center

© 2002-2004 My Way