# Exhibit Q-2

Google Inc. v. American Blind & Wallpaper Factory, Inc.
Case 5:03-cv-05340-JF     Document 265-25     Filed 01/26/2007     Page 1 of 6

Dockets.Justia.com



## Detailed Findings

1. It's vital for search engine marketers to ensure that their websites are found on the first page of search results, or at a minimum within the first three pages of search results, in order to be found by search engine users. Only 10% click on results beyond the third page.



**62% Of Search Engine Users Don't Look Past The First Page Of Results**

- Only a few: 23%
- The first page: 39%
- The first 2 pages: 19%
- The first 3 pages: 9%
- More than 3 pages: 10%

Percentage of search engine users

Question: When you perform a search on a search engine and are looking over the results, approximately how many entries do you typically review before clicking one? (Select one)

© 2005 JupiterResearch, a division of Jupitermedia Corporation | Source: JupiterResearch/Ipsos Insight Consumer Survey (01/06), n = 2,103 (Search engine users US only)





For 10 years iProspect has preached the need for websites to be found within the first three pages of search results – at a minimum – on any given search engine in order to be found by Internet users seeking products, services, or information. In fact, we long ago established the practice of tracking and reporting only top 30 rankings attained by our clients (those within the first three pages of results), often using the analogy that a website found beyond page three was no more than a "billboard in the woods." Certainly the findings of this study continue to validate our long-time position – with only 1 out of 10 search engine users willing to look beyond the first three pages for their desired result.

But the findings of this study do more than validate the "first three pages rule" – they actually amplify it. In fact, this study has uncovered the trend that fewer users now, as opposed to two years ago and four years ago, are journeying past the third page of search results before either clicking on a result, or abandoning their review of results and launching a new search. Focusing on the first page in particular, over the past four years the percentage of users who click on either the first few results, or results on page one, has shot up from 48% to 62%.

Tel: 800.522.1152 | Email: interest@iprospect.com | Web: www.iprospect.com
Copyright © 2006 iProspect.com, Inc. | All Rights Reserved.

13

 

Possible reasons behind this trend are pure conjecture, but include the slow but steady improvement in search engine algorithms' ability to satisfy users with results that are highly relevant to their searches. Then there is the complementary, which-came-first-the-chicken-or-the-egg factor of the burgeoning search engine marketing industry, which has lead to a much higher percentage of websites (the leading ones in most online marketplaces) being professionally optimized in 2006 than in 2002.

Finally, there's simply the human factor – more experienced search engine users using search engines more effectively, and the higher expectations that they develop when they grow accustomed to the search engines' efficacy. When a search doesn't immediately deliver with the efficiency or relevancy that users have grown accustomed to, they may be abandoning it faster now than they did a few short years ago.

2. **Search engine user confidence has increased over the last four years, as has the use of longer keyword searches.**



## 82% Of Search Engine Users Attempt To Refine Their Search

| Response | Percentage |
|---|---|
| Enter a few more words to better target the search | 82% |
| Switch to another search engine and enter the same keywords you first tried | 13% |
| Give up | 3% |
| Switch to another search engine and enter different keywords than first tried | 2% |

Question: When you perform a search on a search engine and don't find what you are looking for, what are you typically more likely to do? (Select one)

Source: JupiterResearch/Ipsos Insight Consumer Survey (01/06), n = 2,103 (US search engine users only)
© 2005 JupiterResearch, a division of Jupitermedia Corporation




In April 2004 iProspect released the Search Engine User Attitudes Study in which we asked users about the frequency of their use of one search engine over another. From that study, we concluded that at that time there was, in fact, a degree of search engine loyalty among the Internet user population, and that different search engines were the beneficiaries of varying degrees of user loyalty.

In this 2006 study, a different set of findings, based on different questions about user behavior, has lead us to at least confirm that search engine confidence — if not out-and-out loyalty — exists. A full 82% of search engine users claim that when they launch a search that does not yield their desired result, they re-launch a modified version of the original search using the <u>same search engine</u> as they used for their initial search.

Furthermore, this confidence/loyalty clearly appears to be growing, for when this same question was asked in 2002, the percentage that stuck with the same search engine was just 68%.

The implication for marketers is that because of the search engine users' increasing preference to re-launch unsuccessful initial searches as longer keyword searches, they need to better target these longer keyword phrases to be found by searchers. One important tactic that may help accomplish this in Google is to utilize the "broad match" functionality within their paid search campaigns in order to be found on some of the longer searches. These "long tail" keyword phrases are too numerous and unpredictable to include exhaustively, but Google's broad matching tool is useful in helping to be found on these longer terms. Similar functionality exists in Yahoo! in the form of "advanced match" but there is a pricing benefit to knowing and including the longer queries in your keyword set. Therefore, marketers should make good use of their log file data to identify the actual keyword phrases utilized by search engine users and include them in their Yahoo! keyword sets. In both engines, marketers should take care to filter out unqualified broad match traffic through the use of "negative matching" or "exclusions."



3. **Search engine results continue to impart brand equity on those companies that appear at the top of search results.**



In 2002 when users were asked if they believed that companies whose websites were found at the top of the search results were the leading companies in their respective fields, 33% responded that they believed that to be the case. Four years later, a slightly higher percentage (36%) still believes this to be true.

Even though approximately two-thirds of U.S. Internet users are either neutral, or do not believe this to be true, brand marketers and search engine marketers should be heartened that one-third of users still believe that top of search results equals top of field. So for this segment of the user population, top search rankings impart brand equity and create the perception of industry leadership. Brand marketers would be well advised to not only pay attention to, but also become involved in, the efforts of their search engine marketing colleagues, as it is clear that these efforts produce positive branding results.

Why has this figure remained flat over the last four years? We speculate that despite the growing number of "veteran" search engine users who are becoming more sophisticated and savvier about how search engines operate, the percentage of these users within the overall Internet user population has remained consistent due to the overall growth of the U.S. Internet user population over the last four years. As the percentage of total U.S. households with a computer reaches a saturation point within the next couple of years, it will be interesting to see if this belief changes as a higher percentage of the user population becomes more experienced with, and knowledgeable of, the use of search engines.