# Exhibit A



Dockets.Justia.com

D MUCH MORE
HAN JUST BLINDS & WALLPAPER

'ER 500,000 IDEAS FOR DECORATING, INCLUDING:

- ore than 5,000 area rugs
- ver 7,000 custom framed wall art choices
- undreds of styles of curtains, draperies, toppers and window hardware
- esigner bedding–comforter sets, duvet covers, sheet sets and more

ST CALL OR VISIT www.AMERICANBLINDS.com



# 3 REASONS TO SHOP

LIFETIME LOWEST PRICE GUARANTEE*

When you shop at American Blinds, Wallpaper & More, you always receive our Lifetime Lowest Price Guarantee. When you place your order now, you can take the rest of your lifetime to shop around. If you ever find the identical item for less, we'll refund you the price difference plus we will beat your best price for your entire order by $10!

FREE UPS SHIPPING*

Standard UPS ground shipping is included FREE on all orders within the contiguous United States. Some large items may incur an additional freight charge. Most orders ship within 2–5 days!

100% SATISFACTION GUARANTEE*

We're so confident that you'll be happy with your purchase that we offer an exclusive 100% satisfaction guarantee. If you are not completely satisfied with your purchase for any reason, we'll do everything we can to make you happy.

# 3 WAYS TO SHOP

SHOP OUR FREE CATALOGS

For your **FREE** Blinds, Wallpaper and Area Rug Catalogs, or more information, call **800-921-7584** anytime, or visit us online at **americanblinds.com.**

SHOP ONLINE

Select from over 500,000 blinds, wallpaper, borders, fabrics and other home decorating products at **americanblinds.com.** Our user-friendly searches make it easy to instantly find items by manufacturer, style, color, design element (i.e. "stripes" or "flowers") and more. If you can dream it, we have it!

SHOP AROUND, THEN CALL US

If you see something you like at your local decorating store or home decorating center, write down all the product information (brand name, style, color name and number), then call us or visit our website for your Lifetime Guaranteed Lowest Price.*

*Call or visit our website for details.




YOU CAN DREAM IT, WE HAVE IT!

**American**
BLINDS, WALLPAPER & MORE
**americanblinds.com**
**800-921-7584**

LOOK INSIDE FOR YOUR
SPECIAL SAVINGS OFFER!

## *Our gift to you*

SAVE UP TO

# $150 OFF*

YOUR NEXT PURCHASE

THE MORE YOU DECORATE, THE MORE YOU SAVE!

| IF YOUR PURCHASE TOTALS* | YOU SAVE |
|---|---|
| $50.00–$224.99 | $5 |
| $225.00–$599.99 | $25 |
| $600.00–$999.99 | $75 |
| $1,000.00 or more | $150 |

*Order total does not include shipping charges, sales tax and processing fees. Cannot be used or combined with any other discounts, pricing offers or applied to prior orders. Discounts are applied pro-rata to individual products and credited accordingly. To receive this offer, enter or mention code **VABE** when ordering. Offer valid for 90 days.

**American**
BLINDS, WALLPAPER & MORE
**americanblinds.com**
**800-921-7584**

## HAVE YOU SEEN OUR WEB SITE?



AMERICANBLINDS.com MAKES DECORATING SO EASY—IT'S FUN *AND* CONVENIENT!

- View over 500,000 blinds, wallpaper, rugs, custom framed art, curtains, bedding and more—the same products as at your local stores
- Search for wallpaper and borders by manufacturer, style, color, design element (i.e. "stripes" or "flowers") and more
- Create your own online decorating scrapbook to keep track of products and ideas you find on our site, or to compare samples
- Check order status, get advice from our decorators, or let our Personal Blinds and Wallpaper Shoppers do the searching for you…

**If you can dream it, we have it!**

THANKS AGAIN FOR YOUR ORDER! PLEASE CALL ON US OR LOG ON IF YOU NEED ANY HELP WITH YOUR NEW PURCHAS

### IF YOU HAVE QUESTIONS, WE HAVE ANSWERS.

Visit us at **www.americanblinds.com/customer**. You can get design tips, check on the status of other orders, find out about parts, repairs, returns ar more. Or you can call **800-921-7584** 24 hours a day, 7 days a week for questions about your order. Our customer service representatives are available to talk with you Monday through Friday, 9:00 am–6:00 pm EST.

### CHECK OUT OUR NO-HASSLE RETURN POLICY.

If you are not completely satisfied with your purchase, simply return your ord within 14 days of receipt for a 100% refund. Return shipping charges are the responsibility of the customer and are not refundable. Please see **www.americanblinds.com/return** for more details.

### WHAT ABOUT A WALLPAPER HANGER?

To search for a professional paperhanger in your area, simply type in **www.americanblinds.com/installers**

## 3 ways to get FREE catalogs for you and your friends!

1. **Logon at: freeamericancatalogs.com**
2. **Call: 800-921-7584**
3. **Complete and mail to: American Blinds, Wallpaper & More, 909 N. Sheldon Road, Plymouth, MI 48170**

Name ______
Address ______
City ______ State ____ Zip ____
E-mail ______
**PLEASE CHECK CATALOG(S) DESIRED:**
☐ BLINDS CATALOG ☐ WALLPAPER CATALOG ☐ AREA RUG CATALOG

Name ______
Address ______
City ______ State ____ Zip ____
E-mail ______
**PLEASE CHECK CATALOG(S) DESIRED:**
☐ BLINDS CATALOG ☐ WALLPAPER CATALOG ☐ AREA RUG CATALOG