# Exhibit B

CH01/PLATC/210357.1

Case 5:03-cv-05340-JF    Document 266-3    Filed 01/26/2007    Page 2 of 7



## Go vertical with ease and style!

### New Vertical Sliders

These sliding window treatments are ideal for: over doors, wide windows and room dividers. With a variety of stacking options and a sleek valance Cellular Slider Vertical Shades can work in any room!

To view our Vertical Sliders collection go to:
www.americanblinds.com/sliders

### Easy Walls™ Wallcoverings

## You can go where paint can't take you

A revolutionary breakthrough in wallcoverings.
Easy to hang. Easy to remove.
And it is as easy as dip, hang, remove.

To view the Easy-Walls™ Collection go to:
www.americanblinds.com/easywalls

### American's best New Arrival Curtains

## The latest in window fashion design

Pop Art panels featured on left.
High twist voile with subtle crushed texture.

To view more New Arrival curtains go to:
www.americanblinds.com/newcurtains

### Custom Framed Art

## Custom frame your favorite prints

Visit us online to view over 7,000 additional choices!

To view more custom framed art go to:
www.americanblinds.com/framedart

---

Hunter Douglas® • Levolor® • Duette® • Ball® Waverly® • Imperial® • American® & more

### Email Ellen



You have questions, I have answers. Email me with your window treatment questions and I'll write you back with answers and tips.

Go online to email me: www.americanblinds.com/askellen

Be sure to give us your email to recieve our latest promotions!
Visit us at www.americanblinds.com/email

**American**
BLINDS, WALLPAPER & MORE
888-658-3168
909 N. Sheldon Rd.
Plymouth, MI 48170

POSTMASTER
PLEASE DELIVER AS SOON AS POSSIBLE

NBV8_0706

PRSTD STD
U.S. POSTAGE
PAID
ABWF



Case 5:03-cv-05340-JF    Document 266-3    Filed 01/26/2007    Page 5 of 7

SHV3_0706

POSTMASTER
PLEASE DELIVER AS SOON AS POSSIBLE

**American**
50th Anniversary
BLINDS, WALLPAPER & MORE
877-806-0231
909 N SHELDON RD
PLYMOUTH, MI 48170

PRSTD STD
U.S. POSTAGE
PAID
ABWF

# Shop our Plymouth Showroom



**Plymouth**
located at
909 N Sheldon Rd
just South of M-14

For specific directions call
**877-806-0231**

Showroom Hours
Mon-Wed..........9:30am-7pm     Sat..............9am-6pm
Thurs-Fri..........9:30am-9pm    Sun..............closed

We are Michigan's largest Hunter Douglas® and Levolor® retailer.

We have over 500 blinds on display, 1,000's of wallpaper books to shop from, and a large assortment of in-stock and custom order rugs and curtains available.

We have a staff available to help you search our collections for the right look for your home.



# FREE Shop-At-Home Service or Shop At Our Design Center!

## Let us bring samples right to your home!

With our FREE Shop-At-Home Service, our team of Professional Window Treatment Consultants will help you choose the right style for your home, on any budget. We carry the largest selection of blinds, window shades, shutters, custom draperies and more!

**CALL US TO SCHEDULE YOUR FREE APPOINTMENT TODAY!**

## 800-688-2659



Hunter Douglas®   Levolor®
Duette®   Bali®   Waverly®
American® & More

NVPC

## Shop At Our PLYMOUTH DESIGN CENTER!

909 N. Sheldon Road
**PLYMOUTH**
Just south of M-14

*Showroom Hours*
MON-FRI............12pm-6pm
SAT....................10am-6pm
SUN.........................CLOSED

*Call 800-688-2659
For Detailed Directions*



OVER 500 BLINDS ON DISPLAY!
THOUSANDS OF WALLPAPER BOOKS TO SHOP FROM.
A LARGE ASSORTMENT OF IN-STOCK AND CUSTOM ORDER RUGS AND CURTAINS AVAILABLE!

**American**
BLINDS, WALLPAPER & MORE
909 N. Sheldon Rd.
Plymouth, MI 48170
**800-688-2659**

POSTMASTER
Please Deliver As Soon As Possible

PRSTD STD
U.S. POSTAGE
PAID
ABWF



