# Exhibit D

CH01/PLATC/210357.1

# INTRODUCTION

**1a**   Thank you for calling American Blinds where we always offer:
  CHOOSE AN OPTION
  Option 1:     Our Lowest Price Guarantee
  Option 2:     Our Exclusive Satisfaction Guarantee
  Option 3:     Free ground delivery

**1b**   This is ___YOUR FIRST NAME___ , how can I help you today?

**2**   GREAT! We have fantastic sale prices for you today!

**3a**   Do you have a quote saved in the system for this order?
  IF NO:                              GO TO OPENING SCRIPT for WP or BLINDS
**3b**   IF YES:                           Did you receive a reference number at that time?
  CUSTOMER HAS A REFERENCE #:   Enter MR# and select Convert Quote

3c   May I have your home phone number area code first please?

---

## MAILER SCRIPT

**CST:**  *Can you send me a catalog (or samples) in the mail?*

**TSR:**  Sure, I would be happy to. Are you interested in a wallpaper catalog (samples) or a blind catalog (samples)?

**IF WALLPAPER:**   Go to Step 4a on the Catalog Script

**IF BLINDS:**   Which type of blinds are you interested in?
  If you are interested in a white or off-white color and you have your window measurements, we can go ahead and give you some prices today!

  IF YES:   Use CHOOSE-A-COLOR CHART then GO TO OPENING SCRIPT FOR BLINDS
  IF NO:    Go To Step 3a on the Catalog Script

---

**How to Convert a Quoted Order**

1. Get a reference / MR # and access the order
2. Review the order with the customer
3. Make necessary additions or changes to the order
4. Go to step 7

Page: 1

07.12.06

## OPENING SCRIPT – WALLPAPER

▪ Where have you most recently seen our advertisement?

## ORDER BY PATTERN #:

- May I have your first pattern # please?

    NO PATTERN #:         Do you have the book in front of you? Please check to see if there is an index in the back of the book.

    NO BOOK or INDEX:     GO TO 6

- Is that from BOOK NAME ?         verify pattern number and then give a description
- How many S/R's, BOLTS, YARDS, ETC… do you need?
- May I have your next pattern # from this book please?

## ORDER BY BOOK TITLE:

- May I have the title of the book on the spine (binding)?
- May I have your first page number, please?    verify page number and then give a description
- How many S/R's, BOLTS, YARDS, ETC… do you need?
- May I have your next page # from this book please?

## ORDER BY WALLPAPER SEARCH:

I'm sorry Ma'am/Sir there is no match to your description. But, what I can do for you is send your information to our personal shopper and they can **E-mail** you the links from their search or phone you the results within 24 hours.
TSR MUST INCLUDE SALES ID# AND INITIALS:    1234/XY

**DISCONTINUED PATTERN:**     I'm sorry. This manufacturer has discontinued this pattern. Do you have any other patterns I can price for you?
**SCHUMACHER or GRAMERCY:**   Unfortunately, you can only purchase this paper through our Michigan Showroom
Do you have any other books?

IF YES:    Price out and continue with the script
IF NO:     I'm sorry I wasn't able to help you today. You can visit us online at **AmericanBlinds.com**. On our exciting new website you can view thousands of wallpaper patterns as well as, custom blinds, wall art, curtains, rugs and other home decorating accessories. Visit our site often, as we add new products daily. Remember to shop using our catalog, by phone, or on-line at AmericanBlinds.com.

- Are you ordering from any other books today?
- We also have a wall liner available that should be used if you're papering over rough surfaces or paneling. Would you like to add this to your order?

GO TO CLOSING SALE SCRIPT

---
*Promo Rolls " due to packaging efficiencies you will receive __ free rolls of wallpaper for a total of ___ rolls. The additional free rolls are, of course, not refundable.*

12. **NON-CUSTOM MADE PRODUCTS** (ready-made curtains & draperies, curtain hardware, bedding, and area rugs)
Let me tell you about our return policy:
If you are not completely satisfied with your purchase for any reason, we'll do everything we can to make you happy. Please contact customer service within 14 days of receipt so that we can address your concerns. Any refunds issued will be in the form of an in-store credit redeemable at American Blinds, Wallpaper and More. Non custom made products are subject to a 25% restocking fee and shipping charge. There is no restocking fee for the return of non custom made products that are damaged or defective.

13. Because this is special order merchandise, I'm going to review it to make sure it's 100% accurate.

14. REVIEW ORDER WITH CUSTOMER.
**Because we can't change or cancel your order from this point forward, please confirm that the measurements I have reviewed are correct.**

15. ENTER SHIPPING INFORMATION

16. We also send order confirmation, status, and exclusive offers via email. May I add your email address to our files? BE SURE TO CHECK "SIGN UP FOR EMAIL" IF ENTERING AN EMAIL ADDRESS

17. May I have the FIRST NAME on the credit card? Is there a MIDDLE initial on the card?
May I have the LAST NAME on the credit card? Is there a suffix on the card?
What address is the billing statement mailed to? Is there an apt# or unit#? Which zip code is that?

18. We're shipping this to VERIFY SHIPPING INFO   /   We're billing this to VERIFY BILLING INFO

19. We are now offering DELIVERY INSURANCE for only $.50 per roll of wallpaper / $.75 per blind. Would you like to apply this to your order? If more info needed: This means if your order is damaged during shipping, we will immediately reorder your entire order for you. Otherwise, a claim must first be filed and resolved with the shipping company before we can reorder new merchandise. Would you like to apply the delivery insurance to your order?

20. The total of your order including processing and/or sales tax / delivery insurance is $____, and depending on your credit card billing cycle, this charge may appear on your statement prior to receiving your merchandise. And your credit card number please? Your CVV* (customer verification value) number please? Your expiration date please?

****If Credit Card declines proceed to Declined Credit Card Script.*****

TO MAKE A CHANGE TO THE ORDER:    CLICK BACK    TO PROCESS CREDIT CARD:    CLICK PLACE ORDER NOW
Go To FINAL CLOSE Step 20

Page 5

# OBJECTIONS PAGE ONE

07.13.06

▮▮▮▮▮▮▮▮▮▮ OBJECTION

**CST:** I would like to call around. This is the first place I have checked.

**TSR:** Before you do, I would like to tell you about our Lowest Price Guarantee:

▮ ▮▮▮▮▮▮▮▮▮▮

Take the $10 challenge. When you shop at American Blinds, Wallpaper & More ("ABWM"), you always receive our FREE lowest price guarantee. That's right, when you place your order now, you can take 30 days to shop around. If you find the identical item for less, let us know and if you can verify it, we'll refund you the price difference plus we will beat your best price for your entire order by $10! Our Lowest Price Guarantee only covers custom-made blinds, shades, interior shutters and special-order wallpaper. It does not include any non-custom made items, closeout or discontinued items, or commercial orders. ABWM reserves the right not to sell any product below its cost.

Our Michigan Showroom and Shop at Home Divisions are happy to match prices from any local retail store. However, they are not able to match prices with Internet sites and out-of-state stores.

**CST:** Well, no. I'm not ready to order right now.     **USE:** ANOTHER REBUTTAL OR SAVE QUOTE

▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Guarantee

**CST:** I've never ordered from you before, maybe I should check with my spouse first **or**
Did I see something about a guarantee?

**TSR:** We're so confident you'll be happy with your purchase that we offer an exclusive satisfaction guarantee. If you are not completely satisfied with your purchase, we'll do everything we can to make you happy. Please contact customer service within 14 days of receipt so we can address your concerns. Refunds will be issued in the form of an in-store credit or merchandise voucher redeemable at American Blinds, Wallpaper & More.
Which form of payment would you like to use?

**If No:** ANOTHER REBUTTAL or SAVE QUOTE

# OBJECTIONS PAGE TWO

07.10.06



**SAVE QUOTE**

Let's guarantee these incredible prices into our system, so when you call back all your information will be saved for the next seven days.

**When Quoting In House Products, DO NOT READ:**

BLIND ORDER: We have a new blind catalog which we can mail out to you FREE of charge. In the catalog you'll also find curtains, draperies, wallpaper, area rugs, wall art and home decorating products for every room in your home. Would you like me to send you our new catalog?

WALLPAPER ORDER: Would you like me to send you our free 36 page wallpaper catalog, containing over 500 patterns to choose from?

**CLICK QUOTE / ENTER SHIPPING INFO / CHECK SAME AS SHIPPING FOR BILLING INFO**

Please visit our website at americanblinds.com to view our complete line of home decorating products.

OK, please write down the following reference number:    MR _____.
Please give this number to the sales representative when you are ready to place your order.

And remember, we guarantee the absolute lowest prices – PERIOD!
If by chance you happen to ever find a lower price, call us back within 30 days and we'll not only beat that price for you, but you will receive our exclusive *Lowest Price Guarantee*. Unlike our competitors, we offer free delivery and we charge no sales tax on any orders shipped outside of Michigan.

TSR:    American Blinds, Wallpaper & More would appreciate your business. Thank you
        And have a great day!


(IF CUSTOMER WAS APPROVED FOR IN-HOUSE ACCOUNT PROCEED TO INFISTAR PROCEDURES PAGE 7)

**13**  Because this is special order merchandise, we cannot change or cancel your order from this point. Let me review it with you to make sure it is 100% accurate.

**14**  ENTER SHIPPING INFORMATION

**15**  We also send order confirmation, status, and exclusive offers via email. May I add your email address to our files?  BE SURE TO CHECK/SIGN UP FOR EMAIL IF ENTERING AN EMAIL ADDRESS

**16**  Is the address on your check the same as your shipping address?

**17**  We're shipping this to VERIFY SHIPPING INFO   /   We're billing this to VERIFY BILLING INFO

**18**  Do you have a pen and paper handy? Please include your order number(s) and a daytime phone # on the check. Please send your check to the following address:

> American Blinds, Wallpaper, & More
> Attn: Sales Department
> 909 N. Sheldon Road
> Plymouth, MI 48170

**19**  Please include the following MR# on the bottom of your check.
GO TO FINAL CLOSE / page 06

07.11.06

**13** Because this is special order merchandise, we cannot change or cancel your order from this point. Let me review it with you to make sure it is 100% accurate.

**14** ENTER SHIPPING INFORMATION

**15** We also send order confirmation, status, and exclusive offers via email. May I add your email address to our files? BE SURE TO CHECK SIGN-UP FOR EMAIL IF ENTERING AN EMAIL ADDRESS

**16** We're shipping this to VERIFY SHIPPING INFO    /    We're billing this to VERIFY BILLING INFO

**17** We are now offering DELIVERY INSURANCE for only $.50 per roll of wallpaper / $.75 per blind. Would you like to apply this to your order?

**18** The total of your order including processing (and delivery insurance) is $_____.
Is this a Two Party Check*?
- May I have the FIRST name **exactly** as it appears on the check?  *May I have the SECOND name on the check?
- May I have your address please? (street, city, state and the zip code)
- May I have your home phone number please? Would you like to leave a business phone number?
- What is the name of your bank? Where is it located? (City, state, & zip)
- Your account number, please?
- Your check number, please?
- Can you read me **ALL** the numbers on the bottom of the check from left to right? (Review numbers)

Okay, We'll print a check using your banking information, send it to your bank to clear, and payment will be applied to this order. Please record this transaction in your check register and void the original check. You should receive the cancelled check with your next bank statement.

Go to Final Close / page 6

# Showroom Information

**Plymouth Showroom**
**909 N Sheldon Rd.**
**Plymouth, MI 48170**
**800-442-3919**

**Showroom Hours:**

| | |
|---|---|
| **Monday - Wednesday** | 9:30 am - 7 pm |
| **Thursday - Friday** | 9:30 am - 9 pm |
| **Saturday** | 9 am - 6 pm |
| **Sunday** | Closed |

## Showroom Directions:

### From Detroit EAST
I-96 West to M-14, to Sheldon rd. exit. Turn left onto Sheldon rd. cross the railroad tracks. Turn right at the first stoplight into the ABWM parking lot.

### From Ann Arbor:
M-14 East to Sheldon Rd. exit. Turn left onto Sheldon rd. cross the railroad tracks. Turn right at the first stoplight into the ABWM parking lot.

### From the WEST:
I-96 East to I-275 South ,then M-14 West to Sheldon Rd. exit. Turn left onto Sheldon Rd. cross the railroad tracks. Turn right at the first stoplight into the ABWM parking lot.

### -OR-

I-94 East to I-275 North, then M-14 West to Sheldon Rd. exit. Turn left onto Sheldon Rd. cross the railroad tracks. Turn right at the first stoplight into the ABWM parking lot.

### From the NORTH:
I-96 East to I-275 South, then M-14 West, to Sheldon Rd. exit. Turn left onto Sheldon Rd. cross the railroad tracks. Turn right at the first stoplight into the ABWM parking lot.

### From the SOUTH:
I-275 North to M-14 West, to Sheldon Rd. exit. Turn left onto Sheldon Rd. cross the railroad tracks. Turn right at the first stoplight into the ABWM parking lot.