# Exhibit E

CH01/PLATC/210357.1





THE MARKING AFFIXED TO THE BOTTOM
OF AMERICAN BLIND'S PRIVATE-LABEL BLINDS