# Exhibit F

CH01/PLATC/210357.1



**American**
Blinds, Wallpaper & More

909 N Sheldon Rd
Plymouth, MI 48170
800-575-2720
www.decoratetoday.com

100% Satisfaction Guarantee
Free UPS Ground Shipping
Lifetime Lowest Price Guarantee
Up to 25-85% off most retail store prices

11/20/2006
Ref: 5680166

Dear KRISTEN,

Thank you for your recent order of sample swatches. When you are ready to place your order, please be sure to visit us at www.decoratetoday.com or call us at 1-800-575-2720 (7:00 AM - 1:00 AM EST; 7 days a week.)

The samples that you ordered are listed below and should match the enclosed swatches. If for any reason you did not receive your entire sample order or if there is some other problem, please let us know by calling 1-800-575-2720 or go to www.decoratetoday.com/customer to email us.

| TYPE | COLOR# | COLOR NAME |
|---|---|---|
| Roman Shades | CT0401 | SAND, SHELBY |
| Roman Shades | CT0502 | CHAMPAGNE, TIFFANY |
| Roman Shades | CT0503 | LINEN, TIFFANY |

**REPRINT**

**Aveno®** Window Fashions, Inc.

4765F Fulton Ind. Blvd.
Atlanta, GA 30336
TEL: 800-763-16..
FAX: 800-444-....
...58-1898

PACKING LIST

PAGE: 1

S 522807

1012   S-BEST WAY   10/25/06

S   ZUP

EDI   10/23/06   PRINTED: 10/23/06   PG IF: 2
LBL: 10/23/06

SHIP TO: ~~redacted~~

BILL TO: AMERICAN BLINDS&WALLPAPER
909 N SHELDON ROAD
PLYMOUTH   MI 48170
(800) 735-5300

| ITM | QTY | WIDTH x LENGTH | IO | TLT | VAL TYPE | LIFT | VAL SIZE | VAL RET | LADDER | DESCRIPTION | COLOR | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 24 x 53 | OB | W-R | R | STD. POLI | 24 1/2 | 2 1/2 | ROUTLESS | 2" POLI-BLINDS ROOM: TAPE: LITE TITE ROUTLESS FE CT421 1 | E421 EMB. PECAN | Routless |
| 2 | 1 | 63 1/8 x 53 | OB | W-R | R | STD. POLI | 63 5/8 | 2 1/2 | ROUTLESS | 2" POLI-BLINDS ROOM: TAPE: LITE TITE ROUTLESS FE CT421 3 | E421 EMB. PECAN | Routless |

**PACK**
1 of 1   OB
63 1/8 x 53
STD LD: 93
VAL   TTL RTN: 3
WO#522807   10/23/..   PG: 2
2" POLI-BLINDS   E421
EMB. PECAN
AMERICAN BLI...
L:R   SH:...
1012   PO:150459517
SPC CTRL: ...

TOTAL SOFT

AL WINDOWS: 3
END OF WORK ORDER **