# Exhibit G

CH01/PLATC/210357.1

Printable Order Form

*Please print form in landscape orientation. Use this form to fax or mail your order. To place orders over the phone call 1-800-454-0252.

**BILL TO:**
Name: _____
Address: _____
(Street address only, UPS cannot to ship to P.O. Boxes)
City: _____ State: _____ Zip: _____
Today's Date: _____ Are you shipping to more than one address?
Phone ( ) _____ ( ) _____
        Day              Evening

If you'd like your order shipped to another address, please indicate below
**SHIP TO:**
Name: _____
Address: _____
(Street address only, UPS cannot to ship to P.O. Boxes)
City: _____ State: _____ Zip: _____

Fill out this form completely and mail with check, money order, or credit card information to the address above right. Or Fax your order: 1-800-391-2293.

**WALLPAPER**

| Item Number Page # | Single Roll Quantity (order in even numbers of single rolls only) | Description | Price Each (per single roll) | Individual Total |
|---|---|---|---|---|
|  |  |  | $ | $ |
|  |  |  | $ | $ |
|  |  |  | $ | $ |

**TOPPERS**

| Item Number Page # | Qty | Fabric Style | Width | Description | Price Each | Individual Total |
|---|---|---|---|---|---|---|
|  |  |  |  |  | $ | $ |
|  |  |  |  |  | $ | $ |
|  |  |  |  |  | $ | $ |

**LIGHTING, RUGS, WALLART & HOME DECOR**

| Item Number Page # | Qty. | Size (Rugs only) | Description | Price Each | Individual Total |
|---|---|---|---|---|---|
|  |  |  |  | $ | $ |
|  |  |  |  | $ | $ |
|  |  |  |  | $ | $ |
|  |  |  |  | $ | $ |
|  |  |  |  | $ | $ |

American Blind and Wallpaper Factory
decoratetoday.com
909 N. Sheldon Road, Plymouth MI 48170
**To Place Orders call TOLL-FREE!**
**1-800-454-0252**
Shop online or call us anytime. 24 hours a day. 7 days a week. Or order online at www.decoratetoday.com.
To make ordering by phone easier, fill out the order form and have your credit card information ready before placing the call.

Printable Order Form

**BLINDS**

| Qty | Type of blind | Type of Mount | Measurements | | Horizontals | | | Verticals | | | Color Number | Color Name | Price Each | Options | Surcharges for Options | Express Delivery | Inividual Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Width | Height | Tilt | Cord | Stack Position | Control Position | Vane | Track | Valance | | | | | | |
| | | • Inside<br>• Outside | | | • Left<br>• Right | • Left<br>• Right | • Left<br>• Right<br>• Split | • Left<br>• Right | • Inserted<br>• Freehang | • Standard<br>• Deluxe | • Standard<br>• Dust Cover<br>• Standard | | | $ | $ | • Next Day Air<br>• 2nd Day Air<br>• Standard | $ |
| | | • Inside<br>• Outside | | | • Left<br>• Right | • Left<br>• Right | • Left<br>• Right<br>• Split | • Left<br>• Right | • Inserted<br>• Freehang | • Standard<br>• Deluxe | • Standard<br>• Dust Cover<br>• Standard | | | $ | $ | • Next Day Air<br>• 2nd Day Air<br>• Standard | $ |
| | | • Inside<br>• Outside | | | • Left<br>• Right | • Left<br>• Right | • Left<br>• Right<br>• Split | • Left<br>• Right | • Inserted<br>• Freehang | • Standard<br>• Deluxe | • Standard<br>• Dust Cover<br>• Standard | | | $ | $ | • Next Day Air<br>• 2nd Day Air<br>• Standard | $ |
| | | • Inside<br>• Outside | | | • Left<br>• Right | • Left<br>• Right | • Left<br>• Right<br>• Split | • Left<br>• Right | • Inserted<br>• Freehang | • Standard<br>• Deluxe | • Standard<br>• Dust Cover<br>• Standard | | | $ | $ | • Next Day Air<br>• 2nd Day Air<br>• Standard | $ |
| | | • Inside<br>• Outside | | | • Left<br>• Right | • Left<br>• Right | • Left<br>• Right<br>• Split | • Left<br>• Right | • Inserted<br>• Freehang | • Standard<br>• Deluxe | • Standard<br>• Dust Cover<br>• Standard | | | $ | $ | • Next Day Air<br>• 2nd Day Air<br>• Standard | $ |

**SUBTOTAL** (include any items from other page) $

**STANDARD SHIPPING & HANDLING** FREE

**EXPRESS & OVERSIZE CHARGES** (See left) $

**6% SALES TAX** (MI residents only) $

**TOTAL** $

**FREE DELIVERY!**
There is no charge for standard UPS delivery within the continental U.S. (Some items are too large for UPS shipping may incur an additional charge. For shipments to Alaska, Canada or Puerto Rico, please call 1-800-575-2750 for shipping and handling charges. In a hurry? We offer next day and 2nd day express shipping. Please call for additional charges.

**MEASURED BY CUSTOMER**
Please do not measure smaller than eigths. The width and height measurements noted are correct, and not reversed. I understand that American Blind & Wallpaper Factory will use these measurements to manufacture custom window products that are not refundable except for warranty repair. This order cannot be processed with out your complete signature here.

Signature _____ Order Date _____

Additional Notes: _____

**PLEASE INDICATE METHOD OF PAYMENT**
Payment Enclosed (Check or money order). Checks may be held for clearance. Make payable to American Blind & Wallpaper Factory. Sorry, No C.O.D.s.
• Visa     • Mastercard     • American Express     • Discover
• Diners Club     • American Blind & Wallpaper Factory Preffered Customer

Account No: ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐
Expiration Date: ☐☐☐☐

Signiture (required on credit card orders) _____

Ask About No Payments for 90 Days!

American Blind and Wallpaper Factory Preferred Customer

100% Satisfaction Guaranteed



ABWF004842



ABWF004843