1  Robert N. Phillips (SBN 120970)
   Ethan B. Andelman (SBN 209101)
2  HOWREY LLP
   525 Market Street, Suite 3600
3  San Francisco, CA 94105
   Telephone: (415) 848-4900
4  Facsimile: (415) 848-4999

5  David A. Rammelt (Admitted *Pro Hac Vice*)
   Susan J. Greenspon (Admitted *Pro Hac Vice*)
6  KELLEY DRYE & WARREN LLP
   333 West Wacker Drive, Suite 2600
7  Chicago, IL 60606
   Telephone: (312) 857-7070
8  Facsimile: (312) 857-7095

9  Attorneys for Defendant/Counter-Plaintiff
   AMERICAN BLIND AND WALLPAPER
10 FACTORY, INC.

11              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
12

13 | GOOGLE INC., a Delaware corporation, | Case No. C 03-5340-JF (RS) |

14        Plaintiff,

   **CORRECTED NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF SEEKING AN ORDER SEALING DOCUMENTS FOR FILING**

15     v.

16 AMERICAN BLIND & WALLPAPER
   FACTORY, INC., a Delaware corporation
17 d/b/a decoratetoday.com, Inc.; and DOES 1-
   100, inclusive,

   Date: February 16, 2007
   Time: 9:00 a.m.
   Courtroom: 3
18      Defendants.
   Hon. Jeremy Fogel

19 AMERICAN BLIND & WALLPAPER
   FACTORY, INC., a Delaware corporation
20 d/b/a decoratetoday.com, Inc.,

21      Counter-Plaintiff,

22      v.

23 GOOGLE, INC.

24      Counter-Defendants.

25

26

27

28

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/216368.1

DM_US:20207832_2

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  Pursuant to Civil Local Rules 79-5 and 7-11(a), Defendant American Blind and Wallpaper Factory, Inc. ("American Blind") hereby gives notice to all counsel of record of its Motion for Administrative Relief Seeking an Order Sealing Documents for Filing.  By way of this motion, American Blind requests an order sealing:

- Exhibit J to the Declaration of Susan Greenspon in support of Defendant American Blind and Wallpaper Factory, Inc.'s Opposition to Google Inc.'s Motion for Terminating, Evidentiary and Monetary Sanctions Against ABWF for Spoliation of Evidence, which contains true and correct copies of the Kaden Company Studies produced by American Blind, Bates range ABWF002950 – 003017.  These documents have been designated "Attorneys Eyes Only" by American Blind pursuant to the terms of the Protective Order in place in this case because they contain confidential and sensitive proprietary information concerning American Blind.

For these reasons, and pursuant to Local Rule 79-5(b), American Blind moves to file under seal the following document:  Exhibit J to the Declaration of Susan Greenspon.

American Blind also requests an order sealing:

- American Blind & Wallpaper Factory, Inc.'s Opposition to Google's Motion for Summary Judgment, which quotes from and characterizes the below material.
- Exhibits G, H, I, and K to the Declaration of Paul Garrity In Support Of Defendant American Blind And Wallpaper Factory, Inc.'s Opposition To Google Inc.'s Motion For Summary Judgment, which contain true and correct copies of deposition transcripts of Google personnel.  These documents have been designated "Attorneys Eyes Only" by Google pursuant to the terms of the Protective Order in place in this case.

For these reasons, and pursuant to Local Rule 79-5(d), American Blind moves to file under seal the following documents:  American Blind & Wallpaper Factory, Inc.'s Opposition to

KELLEY DRYE & WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/216368.1          - 2 -

DM_US:20207832_2

1  Google's Motion for Summary Judgment, and Exhibits G, H, I, and K to the Declaration of Paul
2  Garrity.
3       Pursuant to Civil Local Rule 79-5(b), Exhibit J to the Declaration of Susan Greenspon and
4  Exhibits G, H, I, and K to the Declaration of Paul Garrity are being lodged with the Clerk
5  concurrently with the filing of this motion.

7  DATED:  January 26, 2007           HOWREY LLP

By:     /s/ Robert N. Phillips
     ROBERT N. PHILLIPS
     ETHAN B. ANDELMAN

     David A. Rammelt
     Susan J. Greenspon
     KELLEY DRYE & WARREN LLP
     333 West Wacker Drive, Suite 2600
     Chicago, IL  60606

Attorneys for Defendant/Counter-Plaintiff
AMERICAN BLIND AND WALLPAPER
FACTORY, INC.

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/216368.1      - 3 -

DM_US:20207832_2