1   Robert N. Phillips (SBN 120970)
    Ethan B. Andelman (SBN 209101)
2   HOWREY LLP
    525 Market Street, Suite 3600
3   San Francisco, CA  94105
    Telephone:  (415) 848-4900
4   Facsimile:  (415) 848-4999

5   David A. Rammelt (Admitted *Pro Hac Vice*)
    Susan J. Greenspon (Admitted *Pro Hac Vice*)
6   KELLEY DRYE & WARREN LLP
    333 West Wacker Drive, Suite 2600
7   Chicago, IL  60606
    Telephone:  (312) 857-7070
8   Facsimile:   (312) 857-7095

9   Attorneys for Defendant/Counter-Plaintiff
    AMERICAN BLIND AND WALLPAPER
10  FACTORY, INC.

11              UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
12

13  GOOGLE INC., a Delaware corporation,        Case No. C 03-5340-JF (RS)

14          Plaintiff,                          **PROOF OF SERVICE**

15       v.

16  AMERICAN BLIND & WALLPAPER
    FACTORY, INC., a Delaware corporation
17  d/b/a decoratetoday.com, Inc.; and DOES 1-
    100, inclusive,
18
            Defendants.
19                                              Date:  September 6, 2006
20  AMERICAN BLIND & WALLPAPER                  Time:  9:30 a.m.
    FACTORY, INC., a Delaware corporation       Courtroom:  3, 5th Floor
21  d/b/a decoratetoday.com, Inc.,              Hon. Jeremy Fogel

22          Counter-Plaintiff,

23       v.

24  GOOGLE, INC.

25          Counter-Defendants.

26

27

28

DM_US:20208308_1

Dockets.Justia.com

**PROOF OF SERVICE**

STATE OF CALIFORNIA     )
                               )   ss.:

COUNTY OF SAN FRANCISCO   )

      I am employed in the County of San Francisco, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 525 Market Street, Suite 3600, San Francisco, California 94105.

      I caused to be served on the interested parties in said action the within:

**American Blind & Wallpaper Factory, Inc.'s Opposition to Google's Motion for Summary Judgment (FILED UNDER SEAL);**

**Exhibits J to the Declaration of Susan Greenspon in Support of Defendant American Blind & Wallpaper Factory, Inc.'s Opposition to Google's Motion for Terminating, Evidentiary, and Monetary Sanctions against ABWF for Spoliation of Evidence (FILED UNDER SEAL); and**

**Exhibits G, H, I and K to the Declaration of Paul W. Garrity in Support of Defendant American Blind & Wallpaper Factory, Inc.'s Opposition to Google's Motion for Summary Judgment (FILED UNDER SEAL)**

by electronically emailing said documents to the addresses indicated below on January 26, 2007, and

by causing said document to be personally served to the addressees indicated for the parties listed below via SPECIALIZED LEGAL SERVICES:

MICHAEL E. PAGE
MARK A. LEMLEY
RAVIND S. GREWAL
KEKER & VAN NEST LLP
710 SANSOME STREET
SAN FRANCISCO, CA  94111.


      I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

      Executed on January 29, 2007, San Francisco, California.


| Suzanne Gagnon | /s/ Suzanne Gagnon |
|---|---|
| (Type or print name) | (Signature) |

- 2 -