1  KEKER & VAN NEST, LLP
   MICHAEL H. PAGE - #154913
2  MARK A. LEMLEY - #155830
   KLAUS H. HAMM - #224905
3  AJAY S. KRISHNAN - #222476
   710 Sansome Street
4  San Francisco, CA  94111-1704
   Telephone:  (415) 391-5400
5  Facsimile:  (415) 397-7188

6  Attorneys for Plaintiff and Counter Defendant
   GOOGLE INC.
7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11
   GOOGLE INC., a Delaware corporation,          Case No. C 03-5340-JF (RS)
12
                        Plaintiff,               **DECLARATION OF KLAUS H. HAMM
13                                                RE: MOTION FOR ADMINISTRATIVE
          v.                                      RELIEF SEEKING AN ORDER SEALING
14                                                DOCUMENTS FOR FILING
   AMERICAN BLIND & WALLPAPER                     [REGARDING DOCUMENTS FILED BY
15 FACTORY, INC., a Delaware corporation          AMERICAN BLIND & WALLPAPER
   d/b/a decoratetoday.com, Inc., and DOES 1-    FACTORY, INC.]**
16 100, inclusive,

17                      Defendants.

18 AMERICAN BLIND & WALLPAPER
   FACTORY, INC., a Delaware corporation
19 d/b/a decoratetoday.com, Inc.,

20                      Counter Plaintiff,

21        v.

22 GOOGLE INC., AMERICA ONLINE, INC.,
   NETSCAPE COMMUNICATIONS
23 CORPORATION, COMPUSERVE
   INTERACTIVE SERVICES, INC., ASK
24 JEEVES, INC. and EARTHLINK, INC.,

25                      Counter Defendant/
                        Third-Party Defendants.
26

27

28

DECLARATION OF KLAUS H. HAMM RE: MOTION FOR ADMINISTRATIVE RELIEF SEEKING AN
ORDER SEALING DOCUMENTS FOR FILING [REGARDING DOCUMENTS FILED BY AMERICAN BLIND
& WALLPAPER FACTORY, INC.]
CASE NO. C 03-5340-JF (RS)
389043.01
Dockets.Justia.com

I, Klaus H. Hamm, declare as follows:

1.  I am associated with the firm of Keker & Van Nest LLP, counsel for Plaintiff Google Inc., and am admitted to practice before this Court. The facts set forth herein are known to me of my personal knowledge, and if called upon I can testify truthfully thereto.

2.  Exhibit G to the Declaration of Paul W. Garrity in Support of Defendant American Blind & Wallpaper Factory, Inc.'s Opposition to Google Inc's Motion for Summary Judgment is a copy of the deposition transcript of Alana Karen, taken on April 12, 2006. This deposition transcript has been designated "Confidential – Attorneys' Eyes Only" pursuant to the protective order governing this case. Also attached under Exhibit G are Exhibits 2 and 4 to the deposition of Alana Karen. Exhibit 4 is a document produced by Google Inc. as GGE004786 – GGE004787 and designated "Confidential – Attorneys' Eyes Only" pursuant to the protective order governing this case.

3.  Exhibit H to the Declaration of Paul W. Garrity in Support of Defendant's Opposition to Google Inc's Motion for Summary Judgment is a copy of the deposition transcript of Rose Hagan, taken on August 10, 2006. This deposition transcript has been designated "Confidential – Attorneys' Eyes Only" pursuant to the protective order governing this case. Also attached under Exhibit H are Exhibits 6, 14 and 16 to the deposition transcript of Rose Hagan. Exhibit 6 is a document produced by Google Inc. as GOOGLE 008758 – GOOGLE 008836, and designated "Confidential – Attorneys' Eyes Only" pursuant to the protective order governing this case. Exhibit 14 is a document produced by Google Inc. as GOG 01200 – GOG 01212, and designated "Confidential" pursuant to the protective order governing this case. Exhibit 16 is a document produced by Google Inc. as GGE005656 – GGE005663 and designated "Confidential – Attorneys' Eyes Only" pursuant to the protective order governing this case.

4.  Exhibit I to the Declaration of Paul W. Garrity in Support of Defendant's Opposition to Google Inc's Motion for Summary Judgment is a copy of the deposition transcript of Larry Page, taken on January 10, 2007. This deposition transcript has been designated "Confidential – Attorneys' Eyes Only" pursuant to the protective order governing this case.

1

DECLARATION OF KLAUS H. HAMM RE: MOTION FOR ADMINISTRATIVE RELIEF SEEKING AN ORDER SEALING DOCUMENTS FOR FILING [REGARDING DOCUMENTS FILED BY AMERICAN BLIND & WALLPAPER FACTORY, INC.]
CASE NO. C 03-5340-JF (RS)

389043.01

1  Also attached under Exhibit I is Exhibit 9 to the deposition transcript of Larry Page.  Exhibit 9 is
2  a document produced by Google as GGLE0019888 - GGLE0019889, and designated
3  "Confidential – Attorneys' Eyes Only" pursuant to the protective order governing this case.

4          5.      Exhibit K to the Declaration of Paul W. Garrity in Support of Defendant's
5  Opposition to Google Inc's Motion for Summary Judgment are copies of the deposition
6  transcripts of Prashant Fuloria, taken on May 18, 2006 and August 9, 2006.  These deposition
7  transcripts contain highly confidential information pursuant to the protective order in this matter
8  and although they do not appear to bear the designation Confidential – Attorneys' Eyes Only,
9  this omission is an oversight and throughout this litigation both parties have treated these
10 transcripts as if they were so desginated.  Also attached under Exhibit K are Exhibits 3, 21 and
11 22 to the deposition of Prashant Fuloria.  Exhibit 3 is a document produced by Google Inc. as
12 GOOGLE 33576 – GOOGLE 33582, , Exhibit 21 is a document  produced by Google Inc. as
13 GOOGLE 034467 – GOOGLE 034471, and Exhibit 22 is a document produced by Google Inc.
14 as GGE004816 – GGE004821. These documents have been designated "Confidential –
15 Attorneys' Eyes Only" pursuant to the protective order governing this case.

16         6.      American Blind & Wallpaper Factory, Inc.'s Opposition to Google's Motion for
17 Summary Judgment quotes from and characterizes material from Exhibits G, H, I, and K, which
18 have been designated "Confidential" or "Confidential – Attorneys' Eyes Only" pursuant to the
19 Protective Order in this matter

20         7.      The deposition transcripts and corresponding exhibits filed as Exhibits G, H, I and
21 K to the Declaration of Paul Garrity In Support of American Blind & Wallpaper Factory, Inc.'s
22 Opposition to Google Inc.'s Motion for Summary Judgment are of Google personnel and contain
23 highly confidential information regarding Google Inc.  For these reasons, and pursuant to Local
24 Rule 79-5(d), Google Inc. requests that American Blind & Wallpaper Factory, Inc. Opposition to
25 Google Inc.'s Motion for Summary Judgment, and Exhibits G, H, I and K to the Declaration of
26 Paul Garrity In Support of American Blind & Wallpaper Factory, Inc. Opposition to Google
27 Inc.'s Motion for Summary Judgment be filed under seal.
28

2
DECLARATION OF KLAUS H. HAMM RE: MOTION FOR ADMINISTRATIVE RELIEF SEEKING AN
ORDER SEALING DOCUMENTS FOR FILING [REGARDING DOCUMENTS FILED BY AMERICAN BLIND
& WALLPAPER FACTORY, INC.]
CASE NO. C 03-5340-JF (RS)

389043.01

1    I state under penalty of perjury of the laws of the United States of American that the
2 foregoing statements are true and correct and that this declaration was executed at San Francisco,
3 California, on February 2, 2007.

4

5                             /s/  Klaus H. Hamm
                              KLAUS H. HAMM

3
DECLARATION OF KLAUS H. HAMM RE: MOTION FOR ADMINISTRATIVE RELIEF SEEKING AN
ORDER SEALING DOCUMENTS FOR FILING [REGARDING DOCUMENTS FILED BY AMERICAN BLIND
& WALLPAPER FACTORY, INC.]
CASE NO. C 03-5340-JF (RS)

389043.01