1　KEKER & VAN NEST, LLP
　　MICHAEL H. PAGE - #154913
2　MARK A. LEMLEY - #155830
　　KLAUS H. HAMM - #224905
3　AJAY S. KRISHNAN - #222476
　　710 Sansome Street
4　San Francisco, CA 94111-1704
　　Telephone: (415) 391-5400
5　Facsimile: (415) 397-7188

6

7　Attorneys for Plaintiff and Counter Defendant
　　GOOGLE INC.

8　　　　　　　　　　UNITED STATES DISTRICT COURT

9　　　　　　　　　　NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | GOOGLE INC., a Delaware corporation, | Case No. C 03-5340-JF (RS) |
|---|---|---|
| 12 | Plaintiff, | [PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF SEEKING AN ORDER SEALING DOCUMENTS FOR FILING [REGARDING DOCUMENTS FILED BY AMERICAN BLIND & WALLPAPER FACTORY, INC.] |
| 13 | v. | |
| 14 | AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., and DOES 1-100, inclusive, | |
| 15 | | |
| 16 | | |
| | Defendants. | |
| 17 | | |
| 18 | AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., | |
| 19 | | |
| 20 | Counter Plaintiff, | |
| 21 | v. | |
| 22 | GOOGLE INC., AMERICA ONLINE, INC., NETSCAPE COMMUNICATIONS CORPORATION, COMPUSERVE INTERACTIVE SERVICES, INC., ASK JEEVES, INC. and EARTHLINK, INC., | |
| 23 | | |
| 24 | | |
| 25 | Counter Defendant/ Third-Party Defendants. | |

26

27

28

[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF SEEKING AN ORDER
SEALING DOCUMENTS FOR FILING
CASE NO. C 03-5340-JF (RS)

389053.01

dockets.Justia.com

1  Pursuant to Civil Local Rule 79-5(d), Plaintiff Google Inc. has applied to this Court for an order to file under seal Defendant American Blind & Wallpaper Factory, Inc.'s Opposition to Google Inc.'s Motion for Summary Judgment, and Exhibits G, H, I, and K to the Declaration of Paul Garrity In Support of Defendant American Blind & Wallpaper Factory, Inc.'s Opposition to Google Inc.'s Motion for Summary Judgment, which were filed on January 26, 2007. Google has submitted the Declaration of Klaus H. Hamm in support of its motion to file under seal, stating these documents lodged contain confidential information under the Protective Order in this matter.

GOOD CAUSE HAVING BEEN SHOWN, THE COURT HEREBY ORDERS that Defendant American Blind & Wallpaper Factory, Inc.'s Opposition to Google Inc.'s Motion for Summary Judgment, and Exhibits G, H, I, and K to the Declaration of Paul Garrity In Support of Defendant American Blind And Wallpaper Factory, Inc.'s Opposition to Google Inc.'s Motion for Summary Judgment, be filed under seal.

The Clerk of the court shall maintain said documents in accordance with the provisions of Local Civil Rule 79-5(f).

IT IS SO ORDERED.

Dated: _____

THE HONORABLE JEREMY FOGEL
Judge of the United States District Court