KEKER & VAN NEST, LLP
MICHAEL H. PAGE - #154913
MARK A. LEMLEY - #155830
KLAUS H. HAMM - #224905
AJAY S. KRISHNAN - #222476
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Plaintiff and Counter Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation,<br><br>                          Plaintiff,<br><br>      v.<br><br>AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., and DOES 1-100, inclusive,<br><br>                          Defendants.<br><br>AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.,<br><br>                          Counter-Plaintiff,<br><br>      v.<br><br>GOOGLE INC.,<br><br>                          Counter-Defendant. | Case No. C 03-5340-JF (RS)<br><br>**SUPPLEMENTAL DECLARATION OF AJAY S. KRISHNAN IN SUPPORT OF GOOGLE'S MOTION FOR TERMINATING, EVIDENTIARY AND MONETARY SANCTIONS AGAINST ABWF FOR SPOLIATION OF EVIDENCE**<br><br>Date:       February 16, 2007<br>Time:       9 a.m.<br>Courtroom: 3, 5th Floor<br>Judge:      Hon. Jeremy Fogel |

SUPPLEMENTAL DECLARATION OF AJAY S. KRISHNAN IN SUPPORT OF GOOGLE'S MOTION FOR
TERMINATING, EVIDENTIARY AND MONETARY SANCTIONS FOR SPOLIATION OF EVIDENCE
CASE NO. C 03-5340-JF (RS)

389197.01

I, Ajay S. Krishnan, declare as follows:

1. I am an attorney at the firm of Keker & Van Nest LLP, counsel for Plaintiff and Counter-Defendant Google Inc., and am admitted to practice before this Court. I make this supplemental declaration in support of Google's Motion for Terminating, Evidentiary and Monetary Sanctions Against American Blind & Wallpaper Factory, Inc. ("ABWF") for Spoliation of Evidence. Unless otherwise stated, I know the facts stated herein of my personal knowledge and if called as a witness, I would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of a letter from me to ABWF attorney Caroline Plater, dated July 21, 2006.

3. Attached hereto as Exhibit B is a true and correct copy of a letter from Ms. Plater to me, dated July 26, 2006.

4. Attached hereto as Exhibit C is a true and correct copy of an email exchange between Google attorney Michael Page and ABWF attorney David Rammelt, on which I was copied, and which was dated January 23, 2007.

5. On December 5, 2006, Ms. Plater sent me a PDF copy of the Declaration of Joel Levine by email. Exhibit E of Declaration of Susan Greenspon in Support of Defendant American Blind and Wallpaper Factory, Inc.'s Opposition to Google Inc.'s Motion for Terminating, Evidentiary, and Monetary Sanctions Against ABWF for Spoliation of Evidence (Docket Item No. 258) appears to be a true and correct copy of that declaration.

I state under penalty of perjury of the laws of the United States of American that the foregoing statements are true and correct. Executed February 2, 2007, at San Francisco, California.

/s/ Ajay S. Krishnan
AJAY S. KRISHNAN

1

SUPPLEMENTAL DECLARATION OF AJAY S. KRISHNAN IN SUPPORT OF GOOGLE'S MOTION FOR TERMINATING, EVIDENTIARY AND MONETARY SANCTIONS FOR SPOLIATION OF EVIDENCE
CASE NO. C 03-5340-JF (RS)

389197.01