1 | KEKER & VAN NEST, LLP
   | MICHAEL H. PAGE - #154913
2 | MARK A. LEMLEY - #155830
   | KLAUS H. HAMM - #224905
3 | AJAY S. KRISHNAN - #222476
   | 710 Sansome Street
4 | San Francisco, CA 94111-1704
   | Telephone: (415) 391-5400
5 | Facsimile: (415) 397-7188

6 | Attorneys for Plaintiff and Counter Defendant
   | GOOGLE INC.

7 |

8 |                     UNITED STATES DISTRICT COURT

9 |                   NORTHERN DISTRICT OF CALIFORNIA

10 |

| 11 | GOOGLE INC., a Delaware corporation, | Case No. C 03-5340-JF (RS) |
|---|---|---|
| 12 | Plaintiff, | **DECLARATION OF ALANA KAREN IN SUPPORT OF GOOGLE'S MOTION FOR SUMMARY JUDGMENT** |
| 13 | v. | |
| 14 | AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation | Date:       February 16, 2007 |
| 15 | d/b/a decoratetoday.com, Inc., and DOES 1-100, inclusive, | Time:       9 a.m. |
| 16 | | Courtroom: 3, 5th Floor |
| 17 | Defendants. | Judge:      Hon. Jeremy Fogel |
| 18 | AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation | |
| 19 | d/b/a decoratetoday.com, Inc., | |
| 20 | Counter Plaintiff, | |
| 21 | v. | |
| 22 | GOOGLE INC., | |
| 23 | Counter Defendant. | |

24

25

26

27

28

1    I, Alana Karen, hereby declare:

2    1.    I am the Online Operations Manager for Policy for Google Inc. ("Google"). I

3  have been a Google employee since November 2001, and have held multiple positions at Google

4  before my current position. I have personal knowledge of the facts set forth herein, and if called

5  to testify as a witness thereto, could and would do so competently and under oath.

6    2.    Google provides a wide range of support and diagnostic tools to its thousands of

7  advertisers. One of those tools is the Keyword Tool.

8    3.    The Keyword Tool performs an entirely automated, empirical task. In simplified

9  form, when any search term is entered into the tool, it searches a database of billions of prior

10  searches on Google, and generates a list of other words that have frequently appeared in

11  conjunction with the entered word. Thus, for example, entering "Apple" in the tool results in a

12  long list of phrases, the first of which is "apple store," indicating that the word that most often

13  appears in the same search string as "apple" is "store." Dozens of other Apple Computer

14  products also appear in the list. Further down the list one finds both "fiona apple" and "apple

15  cider vinegar," indicating that a lesser number of Google users entered those search terms. A

16  true and correct copy of a printout of the results of entering "Apple" into the Keyword Tool is

17  attached hereto as Exhibit A. The tool can also display uses that involve synonyms of the

18  entered term; the user chooses whether to enable this feature.

19    4.    Armed with this information, an advertiser can make informed adjustments to her

20  advertising campaign. For example, a merchant who sells Apple computers but not iPods might

21  replace the keyword "Apple" with "Apple G4." Alternatively, she might decide she wants traffic

22  from any user who searches for "Apple" **except** for users interested in iPods, and therefore leave

23  the keyword "Apple" in place but add a negative keyword of "Apple iPod". Someone selling

24  rock CDs would select "Fiona apple" and delete the computer related keywords. And everyone

25  except the food vendors would set "apple cider vinegar" as a negative keyword.

26    5.    The Keyword Tool has other features, such as displaying monthly trends for each

27  term, anticipated costs, and the like. It can also take as an input a particular website, and analyze

28  the text of that website to generate relevant search terms. These variants operate in the same

1

DECLARATION OF ALANA KAREN IN SUPPORT OF GOOGLE'S MOTION FOR SUMMARY JUDGMENT
CASE NO. C 03-5340-JF (RS)

1    fashion as the primary functions of the Keyword Tool: i.e., they automatically organize raw

2    empirical data about the frequency with which one word appears in conjunction with others. A

3    more complete description of the Keyword Tool is found at:

4    https://adwords.google.com/support/bin/answer.py?answer=49116&topic=1500, and is attached

5    hereto as Exhibit B.

6.    Because the Keyword Tool does not "know," based on the user's input, what

7    searches will be of interest to a particular user, it cannot and does not suggest either adding or

8    deleting keywords or negative keywords. Instead, it merely presents collated raw data in a

9    format useful to the user, with a warning that the user is responsible for assuring her

10    advertisements comply with trademark and other laws. For this reason, Google renamed the

11    Keyword Tool several years ago. Previously, it had been called the Keyword Suggestion Tool.

7.    Google's current trademark policy accommodates the interests of trademark

13    holders by precluding advertisers from including registered trademarks in the text of Sponsored

14    Links, upon request of the trademark holder. Google maintains a list of the trademarks whose

15    owners have made such requests. That list is referred to as the "monitor list." As a further

16    courtesy to trademark holders, once a trademark is placed on the monitor list, it is also blocked

17    from appearing in Keyword Tool results.

8.    American Blinds & Wallpaper Factory, Inc. ("ABWF") has not notified Google

19    that "American Blinds" became a registered trademark on September 26, 2006. But, because of

20    the current litigation between ABWF, Google became aware of this fact and already knows of

21    ABWF's desire to prevent this term from appearing in the text of unauthorized Sponsored Links

22    or from appearing in Keyword Tool results. As a result, Google placed "American Blinds" and

23    "American Blind" on its monitor list. Other ABWF registered trademarks and variations

24    thereof—including "American Wallpaper Company," "American Blind and Wallpaper

25    Company," "American Blind Factory," "American Blind & Wallpaper," "American Blind

26    Company," and "decoratetoday"—are also on the monitor list.

9.    True and correct printouts of Keyword Tool results for the terms "blinds,"

28    "American Blind," "American Blinds," "American Blind & Wallpaper Factory," "American

2

389253.01

1  Blind Factory," and "Decoratetoday" are attached hereto as Exhibits C through H.  The Keyword

2  Tool is available online at:

3  https://adwords.google.com/select/KeywordToolExternal?defaultView=3.

4       I declare under penalty of perjury under the laws of the State of California that the

5  foregoing is true and correct.  Executed on this 2nd day of February, 2007, at Santa Clara,

6  California.

7

8

9                                     /s/ Alana Karen
                                   ALANA KAREN

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF ALANA KAREN IN SUPPORT OF GOOGLE'S MOTION FOR SUMMARY JUDGMENT
CASE NO. C 03-5340-JF (RS)

# Exhibit A



**It's All About Results™**

Help | Contact Us

## Keyword Tool

The Keyword Tool generates potential keywords for your ad campaign and reports their Google statistics, including search performance and seasonal trends. Start your search by entering your own keyword phrases or a specific URL. You can then add new keywords to the green box at the right. Learn more

**Important note:** Please note that we cannot guarantee that these keywords will improve your campaign performance. We also reserve the right to disapprove any new keywords you add. Keep in mind that you alone are responsible for the keywords you select and for making sure that your use of the keywords does not violate any applicable laws, including any applicable trademark laws. For more details, please review our Terms and Conditions.

Results are tailored to **English, United States** Edit

| **Keyword Variations** | **Site-Related Keywords** |
| --- | --- |

Enter one keyword or phrase per line:

| Apple | |
| --- | --- |

☐ Use synonyms

[ Get More Keywords ]

Choose data to display: [ Search Volume Trends ] ⓘ

**More specific keywords** - sorted by relevance ⓘ

| Keywords | Avg Search Volume ⓘ | Search Volume Trends (Jan - Dec 2006) ⓘ | Highest Volume Occurred In | Match Type: ⓘ Broad |
| --- | --- | --- | --- | --- |
| apple store | | | Dec | Add » |
| apple ipod | | | Dec | Add » |
| apple com | | | Dec | Add » |
| apple computer | | | Dec | Add » |
| fiona apple | | | Jan | Add » |
| apple trailers | | | Dec | Add » |
| apple computers | | | Dec | Add » |
| apple boot camp | | | Apr | Add » |
| apple cider vinegar | | | Oct | Add » |

**Selected Keywords:**

Click 'Sign up with these keywords' w are finished building your keyword lis

*No keywords added yet*

+ Add your own

[ Sign up with these keywor ]

| apple bottom | | Dec | Add » |
|---|---|---|---|
| www apple com | | Dec | Add » |
| apple tree | | Oct | Add » |
| apple mac | | Jun | Add » |
| apple rumors | No data | Jan | Add » |
| apple movie trailers | | Nov | Add » |
| fiona apple lyrics | | Feb | Add » |
| apple bottoms | | Dec | Add » |
| apple stock | | Jan | Add » |
| big apple circus | | Nov | Add » |
| apple news | | Sep | Add » |
| apple ibook | | Jan | Add » |
| apple trees | | Apr | Add » |
| apple corps | | Mar | Add » |
| apple remote desktop | | Nov | Add » |
| apple movie | | Nov | Add » |
| apple logo | | Oct | Add » |
| apple powerbook | | Mar | Add » |
| apple blossom | | May | Add » |
| apple stores | | Dec | Add » |
| apple airport | | Dec | Add » |
| apple laptop | | Dec | Add » |
| big apple | | Oct | Add » |
| apple one | | Oct | Add » |
| apple crisp | | Oct | Add » |
| apple juice | | Oct | Add » |
| apple ipod nano | | Dec | Add » |
| apple trailer | | Dec | Add » |
| apple support | | Dec | Add » |
| apple vacation | | Oct | Add » |
| apple itunes | | Dec | Add » |

| Keyword | | Month | |
|---|---|---|---|
| apple martini | | Dec | Add » |
| apple quicktime | | Dec | Add » |
| apple bottom jeans | | Mar | Add » |
| golden apple | | Mar | Add » |
| apple valley | | Jun | Add » |
| green apple | | Dec | Add » |
| apple laptops | | Dec | Add » |
| apple mail | | Oct | Add » |
| apple imac | | Mar | Add » |
| apple ii | | Mar | Add » |
| apple pie recipe | | Nov | Add » |
| apple ipods | | Dec | Add » |
| apple remote | | Dec | Add » |
| apple intel | | Jan | Add » |
| apple bees | | Dec | Add » |
| apple windows | | Apr | Add » |
| apple music | | Dec | Add » |
| apple g4 | | Mar | Add » |
| apple software | | Jan | Add » |
| apple g5 | | Mar | Add » |
| apple valley mn | | Aug | Add » |
| apple widgets | | Dec | Add » |
| red apple | | Dec | Add » |
| apple bank | | Nov | Add » |
| apple valley ca | | Mar | Add » |
| apple cinema display | | Dec | Add » |
| apple i pod | | Dec | Add » |
| apple care | | Aug | Add » |
| apple sauce | | Oct | Add » |
| apple keyboard | | Dec | Add » |
| apple movies | | Sep | Add » |
| apple i | | Dec | Add » |

| | | | |
|---|---|---|---|
| apple macintosh | | Feb | Add » |
| apple corp | | Mar | Add » |
| apple ipod video | | Dec | Add » |
| apple history | | Oct | Add » |
| apple records | | Mar | Add » |
| apple store locations | | Dec | Add » |
| apple leopard | No data | Jan | Add » |
| apple 30th anniversary | No data | Jan | Add » |
| apple motion | | Mar | Add » |
| apple nano | | Dec | Add » |
| apple games | | Dec | Add » |
| apple cake | | Oct | Add » |
| apple ipod mini | | Nov | Add » |
| apple macbook | | Nov | Add » |
| apple com support | | Dec | Add » |
| apple mini | | Dec | Add » |
| the big apple | | Sep | Add » |
| apple video | | Dec | Add » |
| apple powerbook g4 | | Mar | Add » |
| apple macbook pro | | Dec | Add » |
| apple aperture | | Dec | Add » |
| apple cider | | Oct | Add » |
| apple works | | Oct | Add » |
| apple newton | | May | Add » |
| www apple com support | No data | Jan | Add » |
| apple core | | Oct | Add » |
| apple of my eye | | Mar | Add » |
| crab apple | | Sep | Add » |
| apple script | | Dec | Add » |

| | | | |
|---|---|---|---|
| apple education | | Nov | Add » |
| apple ipod shuffle | | Dec | Add » |
| apple lossless | | Dec | Add » |
| apple orchard | | Oct | Add » |
| apple notebook | | Jun | Add » |
| candy apple | | Oct | Add » |
| apple safari | | Jan | Add » |
| apple wallpaper | | Feb | Add » |
| apple hill | | Oct | Add » |
| apple logic | | Dec | Add » |
| apple ibook g4 | | Jan | Add » |
| apple keynote | | Jan | Add » |
| apple com support ipod | | Dec | Add » |
| apple jacks | | May | Add » |
| apple recipes | | Oct | Add » |
| bad apple | | Dec | Add » |
| apple pages | | Sep | Add » |
| apple wireless | | Dec | Add » |
| apple seed | | Sep | Add » |
| apple valley high school | | Sep | Add » |
| apple com ipod | | Dec | Add » |
| apple river | | Jul | Add » |
| bootcamp apple | | Apr | Add » |
| apple com trailers | No data | Jan | Add » |
| apple g3 | | Mar | Add » |
| apple display | | Dec | Add » |
| apple os x | | Jan | Add » |
| apple student discount | | Dec | Add » |

| Keyword | | Month | |
|---|---|---|---|
| apple fruit | | Oct | Add » |
| apple studio display | | Jan | Add » |
| used apple | | Nov | Add » |
| www apple | | Dec | Add » |
| apple download | No data | Jan | Add » |
| apple mountain | | Oct | Add » |
| apple service | | Dec | Add » |
| apple picking | | Oct | Add » |
| apple pc | | Mar | Add » |
| apple forums | | Mar | Add » |
| apple os | | Jan | Add » |
| apple uk | | May | Add » |
| apple event | No data | Jan | Add » |
| apple 1984 | | Feb | Add » |
| apple xp | | Apr | Add » |
| apple tart | | Nov | Add » |
| apple ipod 30gb | | Dec | Add » |
| apple osx | | Feb | Add » |
| apple orchards | | Oct | Add » |
| apple hardware | | Feb | Add » |
| apple cinema | | Dec | Add » |
| apple talk | | Dec | Add » |
| apple daily | | Feb | Add » |
| apple new | | Feb | Add » |
| apple co | | Dec | Add » |
| apple iweb | | Jan | Add » |
| apple france | | Mar | Add » |
| apple credit union | | Oct | Add » |
| green apple music festival | No data | Jan | Add » |
| apple headquarters | | Oct | Add » |
| apple videos | | Jan | Add » |
| apple | | Sep | Add » |

| Keyword | Search Volume | Best Month | |
|---|---|---|---|
| wallpapers | | | |
| apple muffins | | Oct | Add » |
| apple accessories | | Dec | Add » |
| apple vs pc | | Dec | Add » |
| apple laserwriter | | Mar | Add » |
| apple final cut pro | | Mar | Add » |
| apple inn | | Jul | Add » |
| johnny apple | | Oct | Add » |
| apple clip art | | Sep | Add » |
| apple dessert | | Oct | Add » |
| apple rubber | | Aug | Add » |
| apple educational | No data | Jan | Add » |
| apple ii games | | Jan | Add » |
| apple speakers | | Dec | Add » |
| apple ipod software | | Jan | Add » |
| apple ipod hi fi | | Dec | Add » |
| apple studio | | Mar | Add » |
| apple canada | | Dec | Add » |
| apple dvd | | Dec | Add » |
| apple ftp | | Sep | Add » |
| the first apple computer | No data | Jan | Add » |
| apple auto | | Oct | Add » |
| apple powerbook g3 | | Apr | Add » |
| apple support phone number | No data | Jan | Add » |
| apple shop | | Sep | Add » |
| apple screensavers | | Oct | Add » |
| apple pro | | Dec | Add » |

| | | | |
|---|---|---|---|
| apple support number | | Sep | Add » |
| apple dual boot | No data | Jan | Add » |
| apple restaurant | | Oct | Add » |
| apple financial | | Nov | Add » |
| apple phone number | No data | Jan | Add » |
| apple sauce recipe | | Oct | Add » |
| linux apple | | Apr | Add » |
| windows xp on apple | | Apr | Add » |
| apple 3 | | Dec | Add » |
| apple store uk | | Dec | Add » |
| apple tablet pc | | Mar | Add » |
| french apple pie | | Nov | Add » |
| apple shares | | Jan | Add » |

**Add all 200 »**

Download all keywords: .csv (for excel), .csv

©2007 Google - AdWords Home - Editorial Guidelines - Privacy Policy - Contact Us

# Exhibit B

Google AdWords Help Center: How does the Keyword Tool generate keywords? Page 15 of 40 Page 1 of 2

Case 5:05-cv-05340-JF   Document 279   Filed 02/02/2007   Page 15 of 40

 **AdWords Help Center**

Change Language: English (US) 

Google Help > AdWords Help > Working with My AdWords Account > Tools

## How does the Keyword Tool generate keywords?

We provide the Keyword Tool to help you build relevant, targeted ad campaigns for your AdWords account. Results are based on search history patterns across Google.com and our search partners, including keyword search volume, performance, and traffic patterns.

### How it works

When you submit your keyword, the tool uses several methods to generate results, including:

- Developing a set of synonyms from the keyword.
- Identifying additional search queries that contain the initial keyword as part of a longer keyword phrase. For example, if you submit *europe vacation* as a keyword, the tool may find that many users previously submitted longer variations such as *cheap europe vacation, europe vacation tours,* and *affordable europe vacation package.*
- Identifying the sequence of related queries users enter and those search results they click on immediately after their search. For example, if many users enter *Japan travel*, then enter *Okinawa travel,* and finally click a search result link for a hotel in Okinawa, the links and keywords used are related to one another.
- For URLs: Identifying potential keywords from your site content.

### Get more keyword ideas

We encourage you to use any available methods you can to create your keyword lists. Try using a thesaurus, synonym finder, or any other online tools available. Using these tools can help you build a well-targeted keyword list for a successful advertising campaign.

To learn more about our Keyword Tool, see the Keyword Tool section of the Help Center.

### Was this information helpful?

 Yes ⊙ No

### You may also be interested in...

How do I use the Keyword Tool?

What features does the Keyword Tool include?

### Search AdWords Help Center

examples: *reporting* or *broad matching*

    Search Help Center

### Look Up Terminology

Glossary

### Learn from other AdWords users

Ask questions, share answers, and post your favorite AdWords tips and tricks on the AdWords Help Discussion Group.

Posts are not moderated by Google

Case 5:03-cv-05340-JF    Document 273    Filed 02/02/2007    Page 16 of 40

Why does the Keyword Tool sort keywords by
relevance?

**Don't see the answer to your question?** Try one of
these resources:

AdWords Discussion Group - Ask questions, share
answers, and post your favorite AdWords tips and
tricks on Google Groups.

Learning Center - Build and test your knowledge of
AdWords.

Contact Us - Let one of our AdWords Specialists
help.

---

©2007 Google - AdWords Home - Editorial Guidelines - Contact Us

# Exhibit C

 **AdWords**    **It's All About Results™**

# Keyword Tool

The Keyword Tool generates potential keywords for your ad campaign and reports their Google statistics, including search performance and seasonal trends. Start your search by entering your own keyword phrases or a specific URL. You can then add new keywords to the green box at the right. Learn more

**Important note:** Please note that we cannot guarantee that these keywords will improve your campaign performance. We also reserve the right to disapprove any new keywords you add. Keep in mind that you alone are responsible for the keywords you select and for making sure that your use of the keywords does not violate any applicable laws, including any applicable trademark laws. For more details, please review our Terms and Conditions.

Results are tailored to **English, United States** Edit

| **Keyword Variations** | **Site-Related Keywords** |
| --- | --- |

Enter one keyword or phrase per line:

blinds

☑ Use synonyms

[ Get More Keywords ]

Choose data to display: Search Volume Trends ⓘ

**Selected Keywords:**

Click 'Sign up with these keywords' wh are finished building your keyword list.

*No keywords added yet*

+ Add your own ke

[ Sign up with these keywords ]

**More specific keywords** - sorted by relevance ⓘ

| Keywords ⓘ | Avg Search Volume ⓘ | Search Volume Trends (Jan - Dec 2006) ⓘ | Highest Volume Occurred In | Match Type: ⓘ Broad |
| --- | --- | --- | --- | --- |
| blinds | | | Mar | Add » |
| window blinds | | | Mar | Add » |
| wood blinds | | | Mar | Add » |
| vertical blinds | | | Mar | Add » |
| windows blinds | | | Mar | Add » |
| mini blinds | | | Aug | Add » |
| blinds to go | | | Aug | Add » |
| 3 day blinds | | | Jul | Add » |

| budget blinds | | Sep | Add » |
|---|---|---|---|
| faux wood blinds | | Nov | Add » |
| bali blinds | | Jan | Add » |
| next day blinds | | Jul | Add » |
| wooden blinds | | Mar | Add » |
| roman blinds | | Dec | Add » |
| blinds com | | Nov | Add » |
| venetian blinds | | Mar | Add » |
| discount blinds | | Jan | Add » |
| custom blinds | | Oct | Add » |
| door blinds | | Sep | Add » |
| cellular blinds | | Aug | Add » |
| just blinds | | Aug | Add » |
| plantation blinds | | Jan | Add » |
| roller blinds | | May | Add » |
| three day blinds | | Jul | Add » |
| levolor blinds | | Mar | Add » |
| hunting blinds | | Nov | Add » |
| levolor blinds | | Oct | Add » |
| outdoor blinds | | May | Add » |
| graber blinds | | Mar | Add » |
| cheap blinds | | Oct | Add » |
| enclosed blinds | | Sep | Add » |
| pulling the blinds | No data | Jan | Add » |
| blinds and shades | | Aug | Add » |
| verticle | | Jan | Add » |

blinds

| | | | |
|---|---|---|---|
| matchstick blinds | | Jul | Add » |
| horizontal blinds | | Jan | Add » |
| vinyl mini blinds | | Nov | Add » |
| blinds and wallpaper | | Jan | Add » |
| select blinds | | Nov | Add » |
| motorized blinds | | Aug | Add » |
| blackout blinds | | Jul | Add » |
| blinds shades | | Dec | Add » |
| window blinds skins | | Mar | Add » |
| double bull blinds | | Oct | Add » |
| blinds galore | | May | Add » |
| aluminum blinds | | Aug | Add » |
| woven blinds | | Mar | Add » |
| windows blinds 5 | | Jan | Add » |
| blinds for less | | Mar | Add » |
| remote control blinds | | Apr | Add » |
| blinds and shutters | | Oct | Add » |
| patio door blinds | | Apr | Add » |
| blinds parts | | Jan | Add » |
| duck blinds | | Oct | Add » |
| blinds for windows | | Sep | Add » |
| cleaning blinds | | Jun | Add » |
| solar blinds | | Jul | Add » |

blinds

| direct | | Mar | Add » |
|---|---|---|---|
| pleated blinds | | Nov | Add » |
| discount window blinds | | Oct | Add » |
| blinds online | | Sep | Add » |
| french door blinds | | Jul | Add » |
| fabric vertical blinds | | Mar | Add » |
| shutter blinds | | Apr | Add » |
| porch blinds | | May | Add » |
| 3day blinds | | Oct | Add » |
| blinds installation | | Dec | Add » |
| venitian blinds | | Jan | Add » |
| wood mini blinds | | Aug | Add » |
| bottom up blinds | | Jan | Add » |
| m&b blinds | | Apr | Add » |
| wholesale blinds | | Apr | Add » |
| blinds repair | | Jul | Add » |
| pullin the blinds | No data | Jan | Add » |
| blinds express | | Mar | Add » |
| darkening blinds | | Mar | Add » |
| black out blinds | | Jul | Add » |
| curtains and blinds | | Nov | Add » |
| clean blinds | | Apr | Add » |
| doors with blinds | | Aug | Add » |
| internal blinds | | Apr | Add » |

| Keyword | | Month | |
|---|---|---|---|
| cleaning mini blinds | | Apr | Add » |
| prestige blinds | | Aug | Add » |
| automatic blinds | | May | Add » |
| built in blinds | | Aug | Add » |
| 2 blinds | | Aug | Add » |
| metal blinds | | Oct | Add » |
| no brainer blinds | | Mar | Add » |
| top down bottom up blinds | | Jan | Add » |
| between the glass blinds | | Apr | Add » |
| sheer blinds | | Apr | Add » |
| sliding door blinds | | Oct | Add » |
| temporary blinds | | Nov | Add » |
| all about blinds | | Mar | Add » |
| install blinds | | Jan | Add » |
| buy blinds | | Sep | Add » |
| hunter blinds | | Oct | Add » |
| blinds houston | | Jul | Add » |
| hunter douglas wood blinds | | Oct | Add » |
| 2 wood blinds | | Nov | Add » |
| blinds wallpaper | | Jan | Add » |
| top down blinds | | Jan | Add » |
| levalor blinds | | Oct | Add » |
| how to clean | | Oct | Add » |

| | | | |
|---|---|---|---|
| blinds | | | |
| disney blinds | | Oct | Add » |
| your blinds | | Feb | Add » |
| odl enclosed blinds | | Apr | Add » |
| noble blinds | | Aug | Add » |
| 2 faux wood blinds | | Nov | Add » |
| arch blinds | | Jul | Add » |
| basswood blinds | | Nov | Add » |
| ground blinds | | Oct | Add » |
| curtains blinds | | Oct | Add » |
| blinds chicago | | Jun | Add » |
| blinds store | | Nov | Add » |
| vertical window blinds | | Jan | Add » |
| star blinds | | Jun | Add » |
| ride the blinds | | Mar | Add » |
| window blinds crack | | Jan | Add » |
| blinds and more | No data | Jan | Add » |
| blinds shutters | | Oct | Add » |
| eddie z blinds | | Oct | Add » |
| aluminum mini blinds | | Aug | Add » |
| blinds between glass | | Apr | Add » |
| blinds and drapery | | Nov | Add » |
| magnetic blinds | | Oct | Add » |
| sliding | | | |

| glass door blinds | | Oct | Add » |
|---|---|---|---|
| privacy blinds | | Oct | Add » |
| comfortex blinds | | Oct | Add » |
| windows and blinds | | Nov | Add » |
| custom window blinds | | Oct | Add » |
| custom wood blinds | | Jul | Add » |
| blinds plus | | Aug | Add » |
| blinds for sale | | Oct | Add » |
| vertical wood blinds | | Mar | Add » |
| grandwood blinds | | Oct | Add » |
| windows xp blinds | | Feb | Add » |
| exterior blinds | | Jul | Add » |
| blinds hunter douglas | | Oct | Add » |
| del mar blinds | | Jan | Add » |
| bali wood blinds | | Jan | Add » |
| z blinds | | Nov | Add » |
| rollup blinds | | Jun | Add » |
| www blinds com | | Nov | Add » |
| blinds austin | | Jul | Add » |
| eddie z's blinds | | Nov | Add » |
| how to clean mini blinds | No data | Jan | Add » |
| blinds 2 go | | Mar | Add » |
| outdoor bamboo | | Apr | Add » |

| blinds | | | |
|---|---|---|---|
| bamboo window blinds | | Apr | Add » |
| blinds for sliding glass doors | | May | Add » |
| blinds for french doors | | Sep | Add » |
| xp blinds | | Feb | Add » |
| remote blinds | | Apr | Add » |
| design view blinds | | Jul | Add » |
| home blinds | | Mar | Add » |
| download windows blinds | | Feb | Add » |
| how to make roman blinds | | Jan | Add » |
| texas hold em blinds | | Jan | Add » |
| blinds new york | | Jun | Add » |
| black mini blinds | | Apr | Add » |
| vinyl vertical blinds | | Apr | Add » |
| hanging blinds | | May | Add » |
| designer blinds | | Mar | Add » |
| blinds etc | No data | Jan | Add » |
| blinds and drapes | | Sep | Add » |
| m & b blinds | | Apr | Add » |
| alta blinds | | Aug | Add » |
| panel track blinds | | Nov | Add » |
| sheer vertical blinds | | Jan | Add » |

| Keyword | | Month | |
|---|---|---|---|
| affordable blinds | | May | Add » |
| just blinds com | | Oct | Add » |
| blinds dallas | | Jul | Add » |
| 2 inch blinds | | Nov | Add » |
| enclosed door blinds | | Sep | Add » |
| blinds atlanta | | Jun | Add » |
| cheap mini blinds | | Aug | Add » |
| pulling the blinds lesbian | No data | Jan | Add » |
| pvc blinds | | Oct | Add » |
| commercial blinds | | Sep | Add » |
| windows with built in blinds | | Jul | Add » |
| windows blinds vista | | May | Add » |
| free window blinds | | Mar | Add » |
| plastic blinds | No data | Jan | Add » |
| century blinds | | Jun | Add » |
| real wood blinds | | Feb | Add » |
| www blinds | | Nov | Add » |
| window shades blinds | | Nov | Add » |
| bali mini blinds | | Aug | Add » |
| blinds and draperies | | Oct | Add » |
| blinds hardware | | Dec | Add » |
| house blinds | | Mar | Add » |
| window treatments | | Mar | Add » |

| | | | |
|---|---|---|---|
| blinds | | | |
| window blinds 5 crack | | Jan | Add » |
| free windows blinds | No data | Jan | Add » |
| hunter douglas window blinds | | Mar | Add » |
| velux blinds | | Jun | Add » |
| cloth blinds | | Apr | Add » |
| cheap window blinds | | Oct | Add » |
| nien made blinds | | Mar | Add » |
| win blinds | | Jan | Add » |

**Add all 201 »**

Download all keywords: .csv (for excel), .csv

©2007 Google - AdWords Home - Editorial Guidelines - Privacy Policy - Contact Us

# Exhibit D



**It's All About Results™**

## Keyword Tool

The Keyword Tool generates potential keywords for your ad campaign and reports their Google statistics, including search performance and seasonal trends. Start your search by entering your own keyword phrases or a specific URL. You can then add new keywords to the green box at the right. Learn more

**Important note:** Please note that we cannot guarantee that these keywords will improve your campaign performance. We also reserve the right to disapprove any new keywords you add. Keep in mind that you alone are responsible for the keywords you select and for making sure that your use of the keywords does not violate any applicable laws, including any applicable trademark laws. For more details, please review our Terms and Conditions.

Results are tailored to **English, United States** Edit

| Keyword Variations | Site-Related Keywords |
| --- | --- |

Enter one keyword or phrase per line:

American Blind

☐ Use synonyms

[ Get More Keywords ]

Choose data to display: Search Volume Trends ⓘ

**Selected Keywords:**

Click 'Sign up with these keywords' whe are finished building your keyword list.

*No keywords added yet*

+ Add your own ke

[ Sign up with these keywords ]

**More specific keywords** - sorted by relevance ⓘ

| Keywords ⓘ | Avg Search Volume ⓘ | Search Volume Trends (Jan - Dec 2006) ⓘ | Highest Volume Occurred In | Match Type: ⓘ Broad |
| --- | --- | --- | --- | --- |
| american foundation for the blind | | No data | Jan | Add » |
| american printing house for the blind | | No data | Jan | Add » |
| american council of the blind | |  | Nov | Add » |
| american council for the blind | | No data | Jan | Add » |
| american | | | | |

| | | | |
|---|---|---|---|
| federation for the blind | No data | Jan | Add » |
| american association for the blind | | Nov | Add » |
| american association of the deaf blind | No data | Jan | Add » |
| american federation of the blind | No data | Jan | Add » |
| american wallpaper & blind | | Jan | Add » |
| american foundation of the blind | No data | Jan | Add » |
| the american foundation for the blind | No data | Jan | Add » |
| american foundation blind | No data | Jan | Add » |
| american council blind | No data | Jan | Add » |
| american drapery blind & carpet | No data | Jan | Add » |
| american drapery & blind | No data | Jan | Add » |
| blind american | | Mar | Add » |
| american drapery blind | No data | Jan | Add » |
| american action fund for blind | No data | Jan | Add » |
| blind african american | No data | Jan | Add » |
| | | | Add all 19 » |

Download all keywords: .csv (for excel), .csv

**Additional keywords to consider** [?] - sorted by relevance 🅰

| Keywords | Avg Search Volume 🅰 | Search Volume Trends (Jan - Dec 2006) 🅰 | Highest Volume Occurred In | Match Type: 🅰 Broad |
|---|---|---|---|---|
| america blinds | | | Mar | Add » |
| america blind | | | Apr | Add » |
| american shades | | | Mar | Add » |
| | | | | **Add all 3 »** |

Download all keywords: .csv (for excel), .csv

---

©2007 Google - AdWords Home - Editorial Guidelines - Privacy Policy - Contact Us

# Exhibit E

 **It's All About Results™**

## Keyword Tool

The Keyword Tool generates potential keywords for your ad campaign and reports their Google statistics, including search performance and seasonal trends. Start your search by entering your own keyword phrases or a specific URL. You can then add new keywords to the green box at the right. Learn more

**Important note:** Please note that we cannot guarantee that these keywords will improve your campaign performance. We also reserve the right to disapprove any new keywords you add. Keep in mind that you alone are responsible for the keywords you select and for making sure that your use of the keywords does not violate any applicable laws, including any applicable trademark laws. For more details, please review our Terms and Conditions.

Results are tailored to **English, United States** Edit

| **Keyword Variations** | **Site-Related Keywords** |
| --- | --- |

Enter one keyword or phrase per line:

American Blinds

☐ Use synonyms

[ Get More Keywords ]

Choose data to display: Search Volume Trends ⊚

**Selected Keywords:**

Click 'Sign up with these keywords' whe are finished building your keyword list.

*No keywords added yet*

+ Add your own ke

[ Sign up with these keywords ]

**More specific keywords** - sorted by relevance ⊚

| Keywords ⊚ | Avg Search Volume ⊚ | Search Volume Trends (Jan - Dec 2006) ⊚ | Highest Volume Occurred In | Match Type: ⊚ Broad |
| --- | --- | --- | --- | --- |
| american windows and blinds | | | Jan | Add » |
| american window and blinds | | | Jan | Add » |
| american brand blinds | | | Jan | Add » |
| blinds american | | | Jan | Add » |
| american drapery and blinds | | | Mar | Add » |

**Add all 5 »**

Download all keywords: .csv (for excel), .csv

**Additional keywords to consider** [?] - sorted by relevance ⑦

| Keywords | Avg Search Volume ⑦ | Search Volume Trends (Jan - Dec 2006) ⑦ | Highest Volume Occurred In | Match Type: ⑦ Broad |
|---|---|---|---|---|
| america blinds | | | Mar | Add » |
| america blind | | | Apr | Add » |
| american shades | | | Mar | Add » |

**Add all 3 »**

Download all keywords: .csv (for excel), .csv

©2007 Google – AdWords Home – Editorial Guidelines – Privacy Policy – Contact Us

# Exhibit F

 **It's All About Results™**

## Keyword Tool

The Keyword Tool generates potential underline keywords for your ad campaign and reports their Google statistics, including search performance and seasonal trends. Start your search by entering your own keyword phrases or a specific URL. You can then add new keywords to the green box at the right. Learn more

**Important note:** Please note that we cannot guarantee that these keywords will improve your campaign performance. We also reserve the right to disapprove any new keywords you add. Keep in mind that you alone are responsible for the keywords you select and for making sure that your use of the keywords does not violate any applicable laws, including any applicable trademark laws. For more details, please review our Terms and Conditions.

Results are tailored to **English, United States** Edit

| Keyword Variations | Site-Related Keywords |
| --- | --- |

Enter one keyword or phrase per line:

American Blind & Wallpaper Factory

Use synonyms

[ Get More Keywords ]

*We're sorry, but we're unable to generate relevant keywords for this keyword. Please make sure you have entered the keyword correctly. Or, enter another keyword into the box to see related keywords.*

**Selected Keywords:**

Click 'Sign up with these keywords' when you are finished building your keyword list.

*No keywords added yet*

+ Add your own keywords

[ Sign up with these keywords ]

---

©2007 Google – AdWords Home - Editorial Guidelines - Privacy Policy - Contact Us

# Exhibit G

 **It's All About Results™**

Help | Contact Us

## Keyword Tool

The Keyword Tool generates potential keywords for your ad campaign and reports their Google statistics, including search performance and seasonal trends. Start your search by entering your own keyword phrases or a specific URL. You can then add new keywords to the green box at the right. Learn more

**Important note:** Please note that we cannot guarantee that these keywords will improve your campaign performance. We also reserve the right to disapprove any new keywords you add. Keep in mind that you alone are responsible for the keywords you select and for making sure that your use of the keywords does not violate any applicable laws, including any applicable trademark laws. For more details, please review our Terms and Conditions.

Results are tailored to **English, United States** Edit

| Keyword Variations | Site-Related Keywords |

Enter one keyword or phrase per line:

American Blind Factory

Use synonyms

[ Get More Keywords ]

*We're sorry, but we're unable to generate relevant keywords for this keyword. Please make sure you have entered the keyword correctly. Or, enter another keyword into the box to see related keywords.*

**Selected Keywords:**

Click 'Sign up with these keywords' when you are finished building your keyword list.

*No keywords added yet*

+ Add your own keywords

[ Sign up with these keywords ]

---

©2007 Google - AdWords Home - Editorial Guidelines - Privacy Policy - Contact Us

# Exhibit H



**It's All About Results™**

# Keyword Tool

The Keyword Tool generates potential keywords for your ad campaign and reports their Google statistics, including search performance and seasonal trends. Start your search by entering your own keyword phrases or a specific URL. You can then add new keywords to the green box at the right. Learn more

**Important note:** Please note that we cannot guarantee that these keywords will improve your campaign performance. We also reserve the right to disapprove any new keywords you add. Keep in mind that you alone are responsible for the keywords you select and for making sure that your use of the keywords does not violate any applicable laws, including any applicable trademark laws. For more details, please review our Terms and Conditions.

Results are tailored to **English, United States** Edit

| **Keyword Variations** | **Site-Related Keywords** |
|---|---|

Enter one keyword or phrase per line:

Decoratetoday

Use synonyms

Get More Keywords

*We're sorry, but we're unable to generate relevant keywords for this keyword. Please make sure you have entered the keyword correctly. Or, enter another keyword into the box to see related keywords.*

**Selected Keywords:**

Click 'Sign up with these keywords' when you are finished building your keyword list.

*No keywords added yet*

+ Add your own keywords

Sign up with these keywords

---

©2007 Google - AdWords Home - Editorial Guidelines - Privacy Policy - Contact Us