1  KEKER & VAN NEST, LLP
   MICHAEL H. PAGE - #154913
2  MARK A. LEMLEY - #155830
   KLAUS H. HAMM - #224905
3  AJAY S. KRISHNAN - #222476
   710 Sansome Street
4  San Francisco, CA 94111-1704
   Telephone: (415) 391-5400
5  Facsimile: (415) 397-7188

6
   Attorneys for Plaintiff and Counter Defendant
7  GOOGLE INC.

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11
   GOOGLE INC., a Delaware corporation,          Case No. C 03-5340-JF (RS)
12
                         Plaintiff,              **NOTICE OF MOTION AND MOTION
13                                               FOR ADMINISTRATIVE RELIEF
       v.                                        SEEKING AN ORDER SEALING
14                                               DOCUMENTS FOR FILING IN
   AMERICAN BLIND & WALLPAPER                    RELATION TO GOOGLE'S REPLY IN
15 FACTORY, INC., a Delaware corporation         SUPPORT OF ITS MOTION FOR
   d/b/a decoratetoday.com, Inc., and DOES 1-    SUMMARY JUDGMENT**
16 100, inclusive,

17                       Defendants.

18
   AMERICAN BLIND & WALLPAPER
19 FACTORY, INC., a Delaware corporation
   d/b/a decoratetoday.com, Inc.,
20
                         Counter-Plaintiff,
21
       v.
22
   GOOGLE INC.,
23
                         Counter-Defendant.
24

25

26

27

28

389336.01

NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF SEEKING AN ORDER SEALING
DOCUMENTS FOR FILING IN RELATION TO GOOGLE'S REPLY IN SUPPORT OF ITS MOTION FOR
SUMMARY JUDGMENT
CASE NO. C 03-5340-JF (RS)

Dockets.Justia.com

**NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF SEALING DOCUMENTS**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Civil Local Rules 79-5(d) and 7-11(a), Plaintiff and Counter-Defendant Google Inc. ("Google") hereby gives notice to all counsel of record of its Motion for Administrative Relief Seeking an Order Sealing Documents For Filing in Relation to Google's Reply In Support of its Motion for Summary Judgment ("Administrative Motion"). By way of this Administrative Motion, Google requests an order sealing certain portions of its Reply In Support of its Motion for Summary Judgment ("Google's Reply")

Google's Reply cites to Exhibit G to the Supplemental Declaration of Klaus Hamm In Support of Google's Motion for Summary Judgment. Exhibit G contains excerpts from the deposition testimony of Jeffrey Alderman, an ABWF employee.

Google's Reply cites to Ex. K of the Declaration of Paul Garrity In Support of American Blind & Wallpaper Factory, Inc.'s Opposition to Google's Motion for Summary Judgment. Ex. K contains confidential business testimony by Google personnel as well as documents produced by Google that have been previously filed under seal pursuant to the Stipulated Protective Order signed by all parties to this litigation and approved by the Court on September 19, 2005 ("Protective Order").

Additionally, Google cites to Exhibit L to the Hamm Declaration In Support of Google's Motion for Summary Judgment. Exhibit L which was filed under seal.

Pursuant to Local Rule 79-5(c), Google moves to file under seal unredacted copies of the Google's Reply, and an unredacted version of Google's Reply is lodged with the Clerk concurrently with this Administrative Motion. Pursuant to Civil Local Rule 79-5(d), Exhibit G to the Supplemental Hamm Declaration is lodged with the Clerk concurrently with this Administrative Motion. Local Rule 79-5(d) outlines the procedure that ABWF must follow within five days of the filing of this Administrative Motion if it wishes to maintain the confidential designation of Exhibit G.

1
NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF SEEKING AN ORDER SEALING DOCUMENTS FOR FILING IN RELATION TO GOOGLE'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT
CASE NO. C 03-5340-JF (RS)

389336.01

1  Dated: February 2, 2007                    KEKER & VAN NEST, LLP
2
3
                                        By:  /s/ Klaus H. Hamm
4                                            KLAUS H. HAMM
                                             Attorneys for Plaintiff and Counter Defendant
5                                            GOOGLE INC.
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF SEEKING AN ORDER SEALING
DOCUMENTS FOR FILING IN RELATION TO GOOGLE'S REPLY IN SUPPORT OF ITS MOTION FOR
SUMMARY JUDGMENT
CASE NO. C 03-5340-JF (RS)

389336.01