1  KEKER & VAN NEST, LLP
   MICHAEL H. PAGE - #154913
2  MARK A. LEMLEY - #155830
   KLAUS H. HAMM - #224905
3  AJAY S. KRISHNAN - #222476
   710 Sansome Street
4  San Francisco, CA  94111-1704
   Telephone:  (415) 391-5400
5  Facsimile:  (415) 397-7188

6

7  Attorneys for Plaintiff and Counter Defendant
   GOOGLE INC.

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  GOOGLE INC., a Delaware corporation,        | Case No. C 03-5340-JF (RS)

12                          Plaintiff,          | **[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF SEEKING AN ORDER SEALING DOCUMENTS FOR FILING**

13        v.

14  AMERICAN BLIND & WALLPAPER
    FACTORY, INC., a Delaware corporation
15  d/b/a decoratetoday.com, Inc., and DOES 1-
    100, inclusive,
16
                            Defendants.
17
    AMERICAN BLIND & WALLPAPER
18  FACTORY, INC., a Delaware corporation
    d/b/a decoratetoday.com, Inc.,
19
                     Counter Plaintiff,
20
          v.
21
    GOOGLE INC., AMERICA ONLINE, INC.,
22  NETSCAPE COMMUNICATIONS
    CORPORATION, COMPUSERVE
23  INTERACTIVE SERVICES, INC., ASK
    JEEVES, INC. and EARTHLINK, INC.,
24
                     Counter Defendant/
25                  Third-Party Defendants.

26

27

28

389361.01  | [PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF SEEKING AN ORDER SEALING DOCUMENTS FOR FILING
           | CASE NO. C 03-5340-JF (RS)

Dockets.Justia.com

1  Pursuant to Civil Local Rule 79-5(d), Plaintiff Google Inc. has applied to this Court for
2  an order to file under seal Google's Reply to Its Motion for Summary Judgment, which is being
3  filed herewith.  Google has submitted the Declaration of Klaus H. Hamm in support of its motion
4  to file under seal, stating these documents lodged contain confidential information under the
5  Protective Order in this matter.
6  GOOD CAUSE HAVING BEEN SHOWN, THE COURT HEREBY ORDERS that
7  Google's Reply In Support of Its Motion for Summary Judgment be filed under seal.
8  The Clerk of the court shall maintain said documents in accordance with the provisions of
9  Local Civil Rule 79-5(f).
10
11  IT IS SO ORDERED.
12
13
14  Dated: _____
    THE HONORABLE JEREMY FOGEL
15  Judge of the United States District Court
16
17
18
19
20
21
22
23
24
25
26
27
28

389361.01

1

[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF SEEKING AN ORDER SEALING DOCUMENTS FOR FILING
CASE NO. C 03-5340-JF (RS)