1  KEKER & VAN NEST, LLP
   MICHAEL H. PAGE - #154913
2  MARK A. LEMLEY - #155830
   KLAUS H. HAMM - #224905
3  AJAY S. KRISHNAN - #222476
   710 Sansome Street
4  San Francisco, CA  94111-1704
   Telephone:  (415) 391-5400
5  Facsimile:  (415) 397-7188

6  Attorneys for Plaintiff and Counter Defendant
   GOOGLE INC.
7

8
                           UNITED STATES DISTRICT COURT
9
                          NORTHERN DISTRICT OF CALIFORNIA
10

11

12 | GOOGLE INC., a Delaware corporation, | Case No. C 03-5340-JF (RS)
   |                                      |
13 |                          Plaintiff,   | **DECLARATION OF KLAUS H. HAMM IN SUPPORT OF GOOGLE'S MOTION FOR ADMINISTRATIVE RELIEF SEEKING AN ORDER SEALING DOCUMENTS**
14 |     v.                                |
   |                                      |
15 | AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., and DOES 1-100, inclusive, |
16 |                                      |
17 |                          Defendants.  |
18 | AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., |
19 |                                      |
20 |                   Counter Plaintiff,  |
21 |     v.                                |
22 | GOOGLE INC., AMERICA ONLINE, INC., NETSCAPE COMMUNICATIONS CORPORATION, COMPUSERVE INTERACTIVE SERVICES, INC., ASK JEEVES, INC. and EARTHLINK, INC., |
23 |                                      |
24 |                                      |
25 |        Counter Defendant/Third-Party Defendants. |
26

27

28

389338.01

DECLARATION OF KLAUS H. HAMM IN SUPPORT OF GOOGLE'S MOTION FOR ADMINISTRATIVE RELIEF
SEEKING AND ORDER SEALING DOCUMENTS
CASE NO. C 03-5340-JF (RS)

Dockets.Justia.com

I, Klaus H. Hamm, declare as follows:

1. I am associated with the firm of Keker & Van Nest LLP, counsel for Plaintiff Google Inc., and am admitted to practice before this Court.

2. I make this declaration in support of Google's Motion For Administrative Relief Seeking An Order Sealing Documents. Unless otherwise stated, I know the facts stated herein of my personal knowledge and if called as a witness, I would testify competently thereto.

3. In its Reply In Support of Its Motion for Summary Judgment, Google cites to and discusses documents and testimony that the parties have designated as sensitive pursuant to the protective order entered in this action or have been previously filed under seal. Those documents and testimony, which are also attached to declarations submitted by both parties in connection to Google's motion for summary judgment, is described below.

4. Exhibit G to the Supplemental Declaration of Klaus Hamm In Support of Google's Motion for Summary Judgment are excerpts from the deposition testimony of Jeffrey Alderman, an ABWF employee.

5. Exhibit K to the Declaration of Paul W. Garrity in Support of Defendant's Opposition to Google Inc's Motion for Summary Judgment includes copies of the deposition transcripts of Prashant Fuloria, taken on May 18, 2006 and August 9, 2006, as well as exhibits from the depositions that have been designated Confidential – Attorneys' Eyes Only. These deposition transcripts contain highly confidential information pursuant to the protective order in this matter and although they do not appear to bear the designation Confidential – Attorneys' Eyes Only, this omission is an oversight and throughout this litigation both parties have treated these transcripts as if they were so designated. Exhibit K was previously filed under seal.

6. Exhibit L to the Hamm Declaration In Support of Google's Motion for Summary Judgment are excerpts from the deposition transcript of Jeffrey Alderman, taken on August 4, 2006. Exhibit L was previously filed under seal.

I state under penalty of perjury of the laws of the United States of American that the foregoing statements are true and correct and that this declaration was executed in San Francisco,

1

DECLARATION OF KLAUS H. HAMM IN SUPPORT OF GOOGLE'S MOTION FOR ADMINISTRATIVE RELIEF SEEKING AND ORDER SEALING DOCUMENTS
CASE NO. C 03-5340-JF (RS)

389338.01

1  California on February 2, 2007.

3          /s/ Klaus H. Hamm
           KLAUS H. HAMM