KEKER & VAN NEST, LLP
MICHAEL H. PAGE - #154913
MARK A. LEMLEY - #155830
KLAUS H. HAMM - #224905
AJAY S. KRISHNAN - #222476
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

**E-filed 2/5/07**

Attorneys for Plaintiff and Counter Defendant
GOOGLE INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation,<br><br>                      Plaintiff,<br><br>    v.<br><br>AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., and DOES 1-100, inclusive,<br><br>                      Defendants. | Case No. C 03-5340-JF (RS)<br><br>**[~~PROPOSED~~] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF SEEKING AN ORDER SEALING DOCUMENTS FOR FILING** |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.,<br><br>                      Counter Plaintiff,<br><br>    v.<br><br>GOOGLE INC., AMERICA ONLINE, INC., NETSCAPE COMMUNICATIONS CORPORATION, COMPUSERVE INTERACTIVE SERVICES, INC., ASK JEEVES, INC. and EARTHLINK, INC.,<br><br>                Counter Defendant/<br>            Third-Party Defendants. | |

389361.01

[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF SEEKING AN ORDER
SEALING DOCUMENTS FOR FILING
CASE NO. C 03-5340-JF (RS)

Dockets.Justia.com

1    Pursuant to Civil Local Rule 79-5(d), Plaintiff Google Inc. has applied to this Court for

2  an order to file under seal Google's Reply to Its Motion for Summary Judgment, which is being

3  filed herewith.  Google has submitted the Declaration of Klaus H. Hamm in support of its motion

4  to file under seal, stating these documents lodged contain confidential information under the

5  Protective Order in this matter.

6    GOOD CAUSE HAVING BEEN SHOWN, THE COURT HEREBY ORDERS that

7  Google's Reply In Support of Its Motion for Summary Judgment be filed under seal.

8    The Clerk of the court shall maintain said documents in accordance with the provisions of

9  Local Civil Rule 79-5(f).

10

11    IT IS SO ORDERED.

12

13

Dated:    2/5/07

14
_____
          THE HONORABLE JEREMY FOGEL
          Judge of the United States District Court

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF SEEKING AN ORDER
SEALING DOCUMENTS FOR FILING
CASE NO. C 03-5340-JF (RS)

389361.01