1  KEKER & VAN NEST, LLP
   MICHAEL H. PAGE - #154913
2  MARK A. LEMLEY - #155830
   KLAUS H. HAMM - #224905
3  710 Sansome Street
   San Francisco, CA 94111-1704
4  Telephone: (415) 391-5400
   Facsimile: (415) 397-7188
5
6  Attorneys for Plaintiff and Counterdefendant
   GOOGLE INC. and Third-Party Defendants
7  ASK JEEVES, INC. and EARTHLINK, INC.

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | GOOGLE INC., a Delaware corporation, | Case No. C 03-5340-JF (RS)
12 |                          Plaintiff,   | **PROOF OF SERVICE**
13 |    v.
14 | AMERICAN BLIND & WALLPAPER
15 | FACTORY, INC., a Delaware corporation
   | d/b/a decoratetoday.com, Inc. and DOES 1-
16 | 100, inclusive,
17 |                          Defendants.
18 | AMERICAN BLIND & WALLPAPER
19 | FACTORY, INC., a Delaware corporation
   | d/b/a decoratetoday.com, Inc.,
20 |                    Counter Plaintiff,
21 |    v.
22 
23 | GOOGLE INC., AMERICA ONLINE, INC.,
   | NETSCAPE COMMUNICATIONS
24 | CORPORATION, COMPUSERVE
   | INTERACTIVE SERVICES, INC., ASK
25 | JEEVES, INC., and EARTHLINK, INC.,
26 |                    Counter Defendants/
   |                    Third-Party Defendants.
27
28

332455.01

Proof Of Service
Case No. C 03-5340-JF (RS)

## PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

On **February 2, 2007,** I served the following documents:

- **GOOGLE'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

- **GOOGLE INC.'S RESPONSE TO AMERICAN BLIND AND WALLPAPER FACTORY, INC.'S EVIDENTIARY OBJECTIONS TO EXPERT REPORT OF DR. ITAMAR SIMONSON SUBMITTED IN SUPPORT OF ITS [SIC] MOTION FOR SUMMARY JUDGMENT**

- **GOOGLE'S OBJECTIONS TO EVIDENCE SUBMITTED BY AWBF IN OPPOSITION TO GOOGLE'S MOTION FOR SUMMARY JUDGMENT**

- **SUPPLEMENTAL DECLARATION OF KLAUS H. HAMM IN SUPPORT OF GOOGLE'S MOTION FOR SUMMARY JUDGMENT (PUBLIC VERSION)**

- **EXHIBIT G TO SUPPLEMENTAL DECLARATION OF KLAUS H. HAMM IN SUPPORT OF GOOGLE'S MOTION FOR SUMMARY JUDGMENT (FILED UNDER SEAL)**

- **DECLARATION OF ALANA KAREN IN SUPPORT OF GOOGLE'S MOTION FOR SUMMARY JUDGMENT**

- **NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF SEEKING AN ORDER SEALING DOCUMENTS FOR FILING IN RELATION TO GOOGLE'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT and [PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF SEEKING AN ORDER SEALING DOCUMENTS FOR FILING**

- **DECLARATION OF KLAUS H. HAMM IN SUPPORT OF GOOGLE'S MOTION FOR ADMINISTRATIVE RELIEF SEEKING AN ORDER SEALING DOCUMENTS**

by **PDF TRANSMISSION** by transmitting via PDF to:

| | |
|---|---|
| David A. Rammelt, Esq.<br>Kelley Drye & Warren LLP<br>333 West Wacker Drive<br>Chicago, IL 60606<br>drammelt@kellydrye.com | Susan J. Greenspon, Esq.<br>Kelley Drye & Warren LLP<br>333 West Wacker Drive<br>Chicago, IL 60606<br>sgreenspon@kelleydrye.com |

Paul Garrity, Esq.  
Kelley Drye & Warren LLP  
101 Park Avenue  
New York, NY 10178  
pgarrity@kelleydrye.com

Caroline Plater, Esq.  
Kelley Drye & Warren LLP  
333 West Wacker Drive  
Chicago, IL 60606  
cplater@kelleydrye.com

Robert N. Phillips, Esq.  
Howrey Simon Arnold & White, LLP  
525 Market Street, Suite 3600  
San Francisco, CA 94105-2708  
phillipsr@howrey.com

and on February 5, 2007 by **COURIER**, by placing true and correct copies in a sealed envelope addressed as shown below, and dispatching a messenger with instructions to hand-carry the above and make delivery to the following during normal business hours, by leaving the package with the person whose name is shown or the person authorized to accept courier deliveries on behalf of the addressee.

Robert N. Phillips, Esq.  
Howrey Simon Arnold & White, LLP  
525 Market Street, Suite 3600  
San Francisco, CA 94105-2708

Executed on February 5, 2007, at San Francisco, California. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

/s/ Wanda Krawczyk  
Wanda Krawczyk