Robert N. Phillips (SBN 120970)
Ethan B. Andelman (SBN 209101)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

David A. Rammelt (Admitted *Pro Hac Vice*)
Susan J. Greenspon (Admitted *Pro Hac Vice*)
KELLEY DRYE & WARREN LLP
333 West Wacker Drive, Suite 2600
Chicago, IL 60606
Telephone: (312) 857-7070
Facsimile: (312) 857-7095

Attorneys for Defendant/Counter-Plaintiff
AMERICAN BLIND AND WALLPAPER
FACTORY, INC.

*e-filed 2/7/07

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.; and DOES 1-100, inclusive,<br><br>　　　　Defendants.<br><br>AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.,<br><br>　　　　Counter-Plaintiff,<br><br>　v.<br><br>GOOGLE, INC.<br><br>　　　　Counter-Defendants. | Case No. C 03-5340-JF (RS)<br><br>**ORDER GRANTING DEFENDANT AMERICAN BLIND AND WALLPAPER FACTORY, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (Civ. L.R. 79-5(b)) IN RELATION TO OPPOSITION TO GOOGLE INC.'S MOTION FOR TERMINATING, EVIDENTIARY, AND MONETARY SANCTIONS AGAINST ABWF FOR SPOLIATION OF EVIDENCE** |

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

Case No. C 03-5340-JF (RS)                    [PROPOSED] Order Granting ABWFI's
                                               Admin. Mtn to File Docs Under Seal

Dockets.Justia.com

1  Defendant/Counter-Plaintiff American Blind & Wallpaper Factory, Inc.'s ("American
2  Blind") Administrative Motion For a Sealing Order (Civ. L.R. 79-5(b) was heard by this Court on
3  January ___, 2007 at _____ a.m./p.m.  Upon reviewing the papers submitted by American
4  Blind and good cause appearing therefore, IT IS HEREBY ORDERED:
5      1.  American Blind's Administrative Motion for a Sealing Order is granted.
6      2.  Exhibit J to the Declaration of Susan Greenspon in Support of Defendant
7  American Blind and Wallpaper Factory, Inc.'s Opposition to Google Inc.'s Motion for
8  Terminating, Evidentiary, and Monetary Sanctions Against ABWF For Spoliation of Evidence,
9  which contains true and correct copies of the Kaden Company Studies produced by American
10 Blind, Bates range ABWF002950 – 003017 shall be filed under seal.

12     IT IS SO ORDERED.

14 Dated: ___2/5_____, 2007    _____
                                    United States District Court Judge

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

Case No. C 03-5340-JF (RS)    - 2 -    [PROPOSED] Order Granting ABWFI's
                                       Admin. Mtn to File Docs Under Seal