**E-filed 2/9/07**

1  KEKER & VAN NEST, LLP
   MICHAEL H. PAGE - #154913
2  MARK A. LEMLEY - #155830
   KLAUS H. HAMM - #224905
3  AJAY S. KRISHNAN - #222476
   710 Sansome Street
4  San Francisco, CA 94111-1704
   Telephone: (415) 391-5400
5  Facsimile: (415) 397-7188

6

   Attorneys for Plaintiff and Counter Defendant
7  GOOGLE INC.

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11 | GOOGLE INC., a Delaware corporation,         | Case No. C 03-5340-JF (RS)
12 |                         Plaintiff,           | [PROPOSED] ORDER GRANTING
                                                    MOTION FOR ADMINISTRATIVE
13 |     v.                                       | RELIEF SEEKING AN ORDER SEALING
                                                    DOCUMENTS FOR FILING
14 | AMERICAN BLIND & WALLPAPER                   | [REGARDING DOCUMENTS FILED BY
     FACTORY, INC., a Delaware corporation         AMERICAN BLIND & WALLPAPER
15   d/b/a decoratetoday.com, Inc., and DOES 1-    FACTORY, INC.]
     100, inclusive,
16
                             Defendants.
17
   AMERICAN BLIND & WALLPAPER
18 FACTORY, INC., a Delaware corporation
   d/b/a decoratetoday.com, Inc.,
19
                       Counter Plaintiff,
20
       v.
21
   GOOGLE INC., AMERICA ONLINE, INC.,
22 NETSCAPE COMMUNICATIONS
   CORPORATION, COMPUSERVE
23 INTERACTIVE SERVICES, INC., ASK
   JEEVES, INC. and EARTHLINK, INC.,
24
                       Counter Defendant/
25                     Third-Party Defendants.

26

27

28

---

389053.01

[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF SEEKING AN ORDER
SEALING DOCUMENTS FOR FILING
CASE NO. C 03-5340-JF (RS)

dockets.Justia.com

1    Pursuant to Civil Local Rule 79-5(d), Plaintiff Google Inc. has applied to this Court for
2   an order to file under seal Defendant American Blind & Wallpaper Factory, Inc.'s Opposition to
3   Google Inc.'s Motion for Summary Judgment, and Exhibits G, H, I, and K to the Declaration of
4   Paul Garrity In Support of Defendant American Blind & Wallpaper Factory, Inc.'s Opposition to
5   Google Inc.'s Motion for Summary Judgment, which were filed on January 26, 2007. Google
6   has submitted the Declaration of Klaus H. Hamm in support of its motion to file under seal,
7   stating these documents lodged contain confidential information under the Protective Order in
8   this matter.

9    GOOD CAUSE HAVING BEEN SHOWN, THE COURT HEREBY ORDERS that
10  Defendant American Blind & Wallpaper Factory, Inc.'s Opposition to Google Inc.'s Motion for
11  Summary Judgment, and Exhibits G, H, I, and K to the Declaration of Paul Garrity In Support of
12  Defendant American Blind And Wallpaper Factory, Inc.'s Opposition to Google Inc.'s Motion
13  for Summary Judgment, be filed under seal.

14  The Clerk of the court shall maintain said documents in accordance with the provisions of
15  Local Civil Rule 79-5(f).

17  IT IS SO ORDERED.

Dated:    2/9/07

_____
THE HONORABLE JEREMY FOGEL
Judge of the United States District Court

389053.01

1

[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF SEEKING AN ORDER
SEALING DOCUMENTS FOR FILING
CASE NO. C 03-5340-JF (RS)