**E-Filed 2/12/2007**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., and DOES 1-100, inclusive,<br><br>Defendants. | Case Number C 03-5340-JF (RS)<br><br>ORDER[1] REFERRING MOTION FOR SANCTIONS<br><br>[re: docket no. 238] |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.,<br><br>Counter Plaintiff,<br><br>v.<br><br>GOOGLE INC., AMERICA ONLINE, INC., NETSCAPE COMMUNICATIONS CORPORATION, COMPUSERVE INTERACTIVE SERVICES, INC., ASK JEEVES, INC. and EARTHLINK, INC.,<br><br>Counter Defendant/<br>Third Party Defendants. | |

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 03-5340 JF (RS)
ORDER REFERRING MOTION FOR SANCTIONS
(JFLC1)

1  IT IS HEREBY ORDERED that the motion for sanctions filed by Plaintiff Google Inc. on
2 December 26, 2006, is REFERRED to Judge Seeborg.
3  This order does not alter the hearing date for the motion for summary judgment filed by
4 Plaintiff Google Inc. on December 26, 2006. The Court will hear oral argument on that motion
5 at 9.00 a.m. on February 16, 2006.

8 DATED: February 12, 2007.

_____
JEREMY FOGEL
United States District Judge

2

Case No. C 03-5340 JF (RS)
ORDER REFERRING MOTION FOR SANCTIONS
(JFLC1)

1   This Order has been served upon the following persons:

2   Ethan B. Andelman              andelmane@howrey.com, gagnons@howrey.com

3   Dawn Beery                     dbeery@kelleydrye.com

4   Susan Jean Greenspon           sgreenspon@kelleydrye.com, cplater@kelleydrye.com;
                                   vallen@kelleydrye.com; sdunlap@kelleydrye.com
5

6   Ravind Singh Grewal            rsg@kvn.com

    Klaus Hemingway Hamm           khamm@kvn.com, efiling@kvn.com; wik@kvn.com
7
    Ajay Krishnan                  akrishnan@kvn.com, efiling@kvn.com; rthomas@kvn.com
8
    Mark A. Lemley                 mlemley@kvn.com, srosen@kvn.com
9
    Michael H. Page                mhp@kvn.com, efiling@kvn.com; sjr@kvn.com;
10                                 nsn@kvn.com

11  Robert Nathan Phillips         phillipsr@howrey.com, gagnons@howrey.com

12  Caroline Claire Plater         cplater@kelleydrye.com, heberhart@kelleydrye.com

13  David A. Rammelt               drammelt@kelleydrye.com, sdunlap@kelleydrye.com

14  Notice will be delivered by other means to:

15  Paul W. Garrity
    Kelley Drye & Warren LLP
16  101 Park Avenue
    New York, NY 10178

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C 03-5340 JF (RS)
ORDER REFERRING MOTION FOR SANCTIONS
(JFLC1)