1  Robert N. Phillips (SBN 120970)
   Ethan B. Andelman (SBN 209101)
2  HOWREY LLP
   525 Market Street, Suite 3600
3  San Francisco, CA 94105
   Telephone: (415) 848-4900
4  Facsimile: (415) 848-4999

5  David A. Rammelt (Admitted *Pro Hac Vice*)
   Susan J. Greenspon (Admitted *Pro Hac Vice*)
6  KELLEY DRYE & WARREN LLP
   333 West Wacker Drive, Suite 2600
7  Chicago, IL 60606
   Telephone: (312) 857-7070
8  Facsimile: (312) 857-7095

9  Attorneys for Defendant/Counter-Plaintiff
   AMERICAN BLIND AND WALLPAPER
10 FACTORY, INC.

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13 

| GOOGLE INC., a Delaware corporation, | Case No. C 03-5340-JF (RS) |
|---|---|
| Plaintiff, | |
| v. | **DECLARATION OF ETHAN B. ANDELMAN IN SUPPORT OF DEFENDANT AMERICAN BLIND AND WALLPAPER FACTORY, INC.'S OPPOSITION TO GOOGLE INC.'S MOTION FOR SUMMARY JUDGMENT** |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.; and DOES 1-100, inclusive, | |
| Defendants. | |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., | Date: February 16, 2007<br>Time: 9:00 a.m.<br>Courtroom: 3, 5th Floor<br>Judge: Hon. Jeremy Fogel |
| Counter-Plaintiff, | |
| v. | |
| GOOGLE, INC. | |
| Counter-Defendants. | |

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

Case No. C03-5340-JF (RS)
Dec of EBA ISO Opposition to Google's MSJ

DM_US:20225647_1

I, Ethan B. Andelman declare as follows:

  1. I am an attorney at Howrey LLP, counsel of record for Defendant/Counter-Plaintiff American Blind & Wallpaper Factory, Inc. ("American Blind") in the above-captioned action. I am a member in good standing of the State Bar of California. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

  2. Attached hereto as Exhibit 1 is a true and correct copy of the deposition transcript of Jeffrey A. Alderman dated August 4, 2006.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

            /s/ Ethan B. Andelman
              Ethan B. Andelman

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

Case No. C03-5340-JF (RS)
Dec of EBA ISO Opposition to Google's MSJ   - 2 -

DM_US:20225647_1