1  ROBERT N. PHILLIPS (SBN 120970)
   ETHAN B. ANDELMAN (SBN 209101)
2  HOWREY LLP
   525 Market Street, Suite 3600
3  San Francisco, CA  94105
   T: (415) 848-4900
4  F: (415) 848-4999

5  DAVID A. RAMMELT (Admitted *Pro Hac Vice*)
   SUSAN J. GREENSPON (Admitted *Pro Hac Vice*)
6  KELLEY DRYE & WARREN LLP
   333 West Wacker Drive, Suite 2600
7  Chicago, IL  60606
   T: (312) 857-7070
8  F: (312) 857-7095

9  Counsel for Defendant/Counter-Plaintiff
   American Blind and Wallpaper Factory, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation, | CASE NO. C 03-5340 JF (RS) |
| Plaintiff, | **NOTICE OF ADDITIONAL EVIDENCE TO BE RELIED UPON AT ORAL ARGUMENT** |
| v. | |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., and DOES 1-100, INCLUSIVE, | Date: February 16, 2007<br>Courtroom: 3, 5th Floor<br>Time: 9:00 a.m.<br>Judge: Hon. Jeremy Fogel |
| Defendant. | |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., | |
| Counter-Plaintiff, | |
| v. | |
| GOOGLE, INC., | |
| Counter-Defendant. | |

Case No. C 03-5340 JF (RS)  Notice of Additional Evidence to be Relied Upon at Oral Argument

1  TO THE COURT AND ALL COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE THAT, at the oral argument on Google's pending motion for summary judgment, currently scheduled to be held on February 16, 2007 at 9:00 a.m., American Blind intends to rely on the following evidence in addition to the evidence submitted concurrently with its opposition brief, in order to respond to arguments and evidence presented by Google for the first time in its reply brief:

### EVIDENCE CURRENTLY OF RECORD

- Dkt. No. 128, Ex. B (filed under seal as Dkt. No. 135):  Documents bates labeled GGLE0020905-0021227 on CD labeled GGLE0003.

### EVIDENCE NOT CURRENTLY OF RECORD

- Deposition transcript of Jeffrey A. Alderman.  (Filed as Dkt No. 293, Ex. 1).
- Deposition transcript of Prashant Fuloria taken in the *GEICO v. Google* case, pages 138, 147, 160-61, 195-96 (to be filed in the record under seal as soon as possible).

Dated: February 16, 2007              HOWREY LLP

                                      By: /s/ Robert N. Phillips
                                           ROBERT N. PHILLIPS

                                      David A. Rammelt
                                      Susan J. Greenspon
                                      KELLEY DRYE & WARREN LLP
                                      333 West Wacker Drive, Suite 2600
                                      Chicago, Illinois 60606

                                      Attorneys for Defendant/Counter-Plaintiff
                                      American Blind and Wallpaper Factory, Inc.