# UNITED STATES DISTRICT COURT

## JUDGE JEREMY FOGEL, PRESIDING
### COURTROOM NO. 3 - 5TH FLOOR

### CIVIL  MINUTES

**Court Proceedings:** Motion for Summary Judgment, Motion for Sanctions , Friday, February 16, 2007
**Case Number:** C03-5340JF

**Courtroom Deputy Clerk:** Patty Cromwell
**Court Reporter:** Jana Ridenour

---

**TITLE:   GOOGLE V. AMERICAN BLIND & WALLPAPER FACTORY, INC.**

| **PLAINTIFF** | **DEFENDANT** |
|---|---|
| **Google** | **American Blind & Wallpaper** |

| **Attorneys Present: Michael Page** | **Attorneys Present: Robert Phillips,** |
|---|---|
| **Klaus Hamm** | David Rammelt, Paul Garrity |

PROCEEDINGS:

Counsel present arguments.

Matters taken under submission.  Court to issue written ruling.

Matter is scheduled for a Case Management Conference on April 6, 2007 at 10:00 a.m.  All
pending hearing dates are vacated.

Dockets.Justia.com