| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | MICHAEL H. PAGE - #154913 |
| 2 | MARK A. LEMLEY - #155830 |
| | KLAUS H. HAMM - #224905 |
| 3 | AJAY S. KRISHNAN - #222476 |
| | 710 Sansome Street |
| 4 | San Francisco, CA  94111-1704 |
| | Telephone:  (415) 391-5400 |
| 5 | Facsimile:  (415) 397-7188 |

Attorneys for Plaintiff and Counter Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation, | Case No. C 03-5340-JF (EAI) |
| Plaintiff, | **COUNTERDEFENDANT GOOGLE INC.'S MOTION FOR ADMINISTRATIVE RELIEF SEEKING LEAVE TO FILE A NON-ARGUMENTATIVE STATEMENT OF RECENT DECISION** |
| v. | |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., and DOES 1-100, inclusive, | |
| Defendants. | |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., | |
| Counter Plaintiff, | |
| v. | |
| GOOGLE INC., | |
| Counter Defendant | |

1
COUNTERDEFENDANT GOOGLE INC.'S MOTION FOR ADMINISTRATIVE RELIEF SEEKING LEAVE TO
FILE A NON-ARGUMENTATIVE STATEMENT OF RECENT DECISION
CASE NO. C 03-5340-JF (EAI)

390934.01

1    Pursuant to Civil Local Rule 7-11, Plaintiff and Counterdefendant Google Inc. moves the
2 Court for leave to file a Statement of Recent Decision, which is submitted herewith.  Google
3 believes that a recent decision from the United States Court of Appeals for the First Circuit is
4 relevant to Google's summary judgment motion, which is already under submission with the
5 Court.  *See* Docket Item No. 295.  Civil Local Rule 7-3(d) prevents Google from bringing this
6 case to the Court's attention without leave of Court.  The Court should grant leave to file the
7 Statement of Recent Decision for three reasons.
8    *First*, the Statement of Recent Decision that Google seeks to file contains no legal
9 argument.  The prejudice to ABWF is therefore minimal.
10    *Second*, Google believes that the recent decision is relevant to the trademark-use issue
11 that is currently before the Court in the context of Google's summary judgment motion.  ABWF
12 disputes this point.  The trademark-use issue is discussed on:

- Pages 6-14 of Google's opening brief in support of its summary judgment motion (Docket Item No. 234),
- Pages 13-20 of American Blind and Wallpaper Factory's opposition brief (Docket Item No. 263), and
- Pages 5-10 of Google's reply brief (Docket Item No. 275).

17    In the interest of complying with the spirit of Civil Local Rule 7-3(d), Google refrains
18 from presenting legal argument either here or in the Statement of Recent Decision as to why the
19 case is relevant to the trademark-use issue.  Of course, the Court need not decide whether the
20 case is in fact relevant to the trademark-use issue in order to grant leave to file the Statement of
21 Recent Decision.
22    *Third*, Google was not able to bring this case to the Court's attention at a prior
23 proceeding or in a prior filing.  This Court's hearing on Google's summary judgment motion
24 took place on February 16, 2007.  The First Circuit issued its decision on February 23, 2007.
25    This motion is supported by the Declaration of Ajay S. Krishnan in Support of
26 Counterdefendant Google Inc.'s Motion for Administrative Relief Seeking Leave to File a Non-
27 Argumentative Statement of Recent Decision, filed herewith.
28    ///

2
COUNTERDEFENDANT GOOGLE INC.'S MOTION FOR ADMINISTRATIVE RELIEF SEEKING LEAVE TO FILE A NON-ARGUMENTATIVE STATEMENT OF RECENT DECISION
CASE NO. C 03-5340-JF (EAI)

390934.01

1  Google respectfully requests that the Court grant leave to file the Statement of Recent
2  Decision.

4  Dated: March 2, 2007                    KEKER & VAN NEST, LLP

                                           By:   /s/ Ajay S. Krishnan
                                                 AJAY S. KRISHNAN
                                                 Attorneys for Plaintiff and Counter Defendant
                                                 GOOGLE INC.

3
COUNTERDEFENDANT GOOGLE INC.'S MOTION FOR ADMINISTRATIVE RELIEF SEEKING LEAVE TO FILE A NON-ARGUMENTATIVE STATEMENT OF RECENT DECISION
CASE NO. C 03-5340-JF (EAI)

390934.01