KEKER & VAN NEST, LLP
MICHAEL H. PAGE - #154913
MARK A. LEMLEY - #155830
KLAUS H. HAMM - #224905
AJAY S. KRISHNAN - #222476
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff and Counter Defendant
GOOGLE INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation,<br><br>                              Plaintiff,<br><br>        v.<br><br>AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., and DOES 1-100, inclusive,<br><br>                              Defendants. | Case No. C 03-5340-JF (EAI)<br><br>**DECLARATION OF AJAY S. KRISHNAN IN SUPPORT OF COUNTERDEFENDANT GOOGLE INC.'S MOTION FOR ADMINISTRATIVE RELIEF SEEKING LEAVE TO FILE A NON-ARGUMENTATIVE STATEMENT OF RECENT DECISION** |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.,<br><br>                    Counter Plaintiff,<br><br>        v.<br><br>GOOGLE INC.,<br><br>                    Counter Defendant | |

1

DECLARATION OF AJAY S. KRISHNAN IN SUPPORT OF COUNTERDEFENDANT GOOGLE INC.'S
MOTION FOR ADMINISTRATIVE RELIEF SEEKING LEAVE TO FILE A NON-ARGUMENTATIVE
STATEMENT OF RECENT DECISION
CASE NO. C 03-5340-JF (EAI)

391005.01

Dockets.Justia.com

I, Ajay S. Krishnan, declare as follows:

1.      I am an attorney at the firm of Keker & Van Nest LLP, counsel for Plaintiff and Counterdefendant Google Inc., and am admitted to practice before this Court.  I make this declaration in support of Google Inc.'s Motion for Administrative Relief Seeking Leave To File A Non-Argumentative Statement Of Recent Decision  Unless otherwise stated, I know the facts stated herein of my personal knowledge and if called as a witness, I would testify competently thereto.

2.      On March 1, 2007, I called Caroline C. Plater, attorney for American Blind and Wallpaper Factory, Inc. ("ABWF"), and requested a stipulation from her for leave to file a Statement of Recent Decision, notifying the Court of *Universal Communication Systems, Inc. v. Lycos, Inc.*, -- F.3d --, No. 06-1826, 2007 WL 549111 at *8-*11 (1st Cir. Feb. 23, 2007).

3.      On March 2, 2007, Ms. Plater stated in a letter that ABWF would not stipulate to a motion for leave to amend because it is ABWF's belief that *Universal Communication Systems* is not relevant to the trademark-use issue in the summary judgment briefs.

4.      On March 2, 2007, I called Ms. Plater again to see whether ABWF would stipulate to the Court's granting leave to file the Statement of Recent Decision on the condition that ABWF's belief that *Universal Communication Systems* is not relevant to the trademark-use issue would be noted in the stipulation.  I stated that this would avoid the need for briefing or argument on the issue by either party.

5.      On March 2, 2007, Ms. Plater stated to me in an email that ABWF still refused to stipulate to the Court's granting leave to file the Statement of Recent Decision.

I state under penalty of perjury of the laws of the United States of America that the foregoing statements are true and correct.  Executed March 2, 2007, at San Francisco, California.

/s/ Ajay S. Krishnan_____
AJAY S. KRISHNAN

DECLARATION OF AJAY S. KRISHNAN IN SUPPORT OF COUNTERDEFENDANT GOOGLE INC.'S
MOTION FOR ADMINISTRATIVE RELIEF SEEKING LEAVE TO FILE A NON-ARGUMENTATIVE
STATEMENT OF RECENT DECISION
CASE NO. C 03-5340-JF (EAI)

391005.01