| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | MICHAEL H. PAGE - #154913 |
| 2 | MARK A. LEMLEY - #155830 |
| | KLAUS H. HAMM - #224905 |
| 3 | AJAY S. KRISHNAN - #222476 |
| | 710 Sansome Street |
| 4 | San Francisco, CA 94111-1704 |
| | Telephone: (415) 391-5400 |
| 5 | Facsimile: (415) 397-7188 |

Attorneys for Plaintiff and Counter Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation, | Case No. C 03-5340-JF (EAI) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING COUNTERDEFENDANT GOOGLE INC. LEAVE TO FILE A STATEMENT OF RECENT DECISION** |
| v. | |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., and DOES 1-100, inclusive, | |
| Defendants. | |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., | |
| Counter Plaintiff, | |
| v. | |
| GOOGLE INC., | |
| Counter Defendant. | |

1

[PROPOSED] ORDER GRANTING COUNTERDEFENDANT GOOGLE INC. LEAVE TO FILE A
STATEMENT OF RECENT DECISION
CASE NO. C 03-5340-JF (EAI)

390935.01

1    Pursuant to Civil Local Rule 7-11, the Court hereby grants Plaintiff and
2  Counterdefendant Google Inc.'s Motion for Administrative Relief Seeking Leave To File A
3  Non-Argumentative Statement Of Recent Decision.  Google's Statement of Recent Decision,
4  concerning the case *Universal Communication Systems, Inc. v. Lycos, Inc.*, -- F.3d --, No. 06-
5  1826, 2007 WL 549111 (1st Cir. Feb. 23, 2007), which was submitted as Docket Item No.
6  _____, is hereby deemed filed.
7    **IT IS SO ORDERED.**

9  Dated:
                                    The Honorable Jeremy Fogel
10                                   UNITED STATES DISTRICT COURT JUDGE

2
[PROPOSED] ORDER GRANTING COUNTERDEFENDANT GOOGLE INC. LEAVE TO FILE A
STATEMENT OF RECENT DECISION
CASE NO. C 03-5340-JF (EAI)

390935.01