Robert N. Phillips (SBN 120970)
Ethan B. Andelman (SBN 209101)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

David A. Rammelt (Admitted *Pro Hac Vice*)
Susan J. Greenspon (Admitted *Pro Hac Vice*)
KELLEY DRYE & WARREN LLP
333 West Wacker Drive, Suite 2600
Chicago, IL 60606
Telephone: (312) 857-7070
Facsimile: (312) 857-7095

Attorneys for Defendant/Counter-Plaintiff
AMERICAN BLIND AND WALLPAPER
FACTORY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.; and DOES 1-100, inclusive,<br><br>Defendants.<br><hr>AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.,<br><br>Counter-Plaintiff,<br><br>v.<br><br>GOOGLE, INC.<br><br>Counter-Defendants. | Case No. C 03-5340-JF (RS)<br><br>**DECLARATION OF CAROLINE C. PLATER IN SUPPORT OF AMERICAN BLIND AND WALLPAPER FACTORY, INC.'S RESPONSE TO GOOGLE INC.'S MOTION FOR ADMINISTRATIVE RELIEF SEEKING LEAVE TO FILE A NON-ARGUMENTATIVE STATEMENT OF RECENT DECISION** |

KELLEY DRYE & WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/217671.1

I, Caroline C. Plater, declare as follows:

1.    I am an associate at Kelley Drye & Warren LLP, counsel of record for Defendant/Counter-Plaintiff American Blind & Wallpaper Factory, Inc. ("American Blind") in the above-captioned action. I am a member in good standing of the State Bar of Illinois. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath:

2.    On March 1, 2007, I spoke with Ajay S. Krishnan, counsel for Google Inc. ("Google"), regarding Google's request for a stipulation allowing for Google to seek leave to file a Statement of Recent Decision. At that time, Mr. Krishnan notified me that the decision Google sought to submit was *Universal Communications Systems, Inc. v. Lycos, Inc.*, -- F.3d --, No. 06-1826, 2007 WL 549111 (1st Cir. Feb. 23, 2007).

3.    On March 2, 2007, after I had reviewed the *Universal* case, I sent Mr. Krishnan a letter detailing the reasons why American Blind could not stipulate to the submission of the *Universal* case; addressing the four main reasons why the case was not relevant to Google's motion for summary judgment. A copy of that letter is attached hereto as Exhibit A.

4.    On March 2, 2007, after receiving my letter, Mr. Krishnan again asked if American Blind would stipulate so long as Google noted American Blind's objection to the relevance of the *Universal* case. I informed Mr. Krishnan by phone and later by email that American Blind could not stipulate to this motion because a stipulation would be in direct contradiction to our relevance objection given that Google's motion was being brought under Civil Local Rule 7.3(d).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of March 2007, in Chicago, Illinois.

                                            __/s/ Caroline C. Plater_____
                                            CAROLINE C. PLATER