**E-Filed 3/12/2007**

1  KEKER & VAN NEST, LLP
   MICHAEL H. PAGE - #154913
2  MARK A. LEMLEY - #155830
   KLAUS H. HAMM - #224905
3  AJAY S. KRISHNAN - #222476
   710 Sansome Street
4  San Francisco, CA  94111-1704
   Telephone:  (415) 391-5400
5  Facsimile:  (415) 397-7188

6

7  Attorneys for Plaintiff and Counter Defendant
   GOOGLE INC.

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  GOOGLE INC., a Delaware corporation, | Case No. C 03-5340-JF (RS) |
| 12                         Plaintiff, | ~~[PROPOSED]~~ **ORDER GRANTING COUNTERDEFENDANT GOOGLE INC. LEAVE TO FILE A STATEMENT OF RECENT DECISION** |
| 13       v. | |
| 14  AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., and DOES 1-100, inclusive, | |
| 15 | |
| 16 | |
| 16                         Defendants. | |
| 17 | |
| 18  AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., | |
| 19 | |
| 20                    Counter Plaintiff, | |
| 21       v. | |
| 22  GOOGLE INC., | |
| 23                    Counter Defendant. | |

---

1

~~[PROPOSED]~~ ORDER GRANTING COUNTERDEFENDANT GOOGLE INC. LEAVE TO FILE A
STATEMENT OF RECENT DECISION
CASE NO. C 03-5340-JF (RS)

390935.01

1  Pursuant to Civil Local Rule 7-11, the Court hereby grants Plaintiff and
2  Counterdefendant Google Inc.'s Motion for Administrative Relief Seeking Leave To File A
3  Non-Argumentative Statement Of Recent Decision.  Google's Statement of Recent Decision,
4  concerning the case *Universal Communication Systems, Inc. v. Lycos, Inc.*, -- F.3d --, No. 06-
5  1826, 2007 WL 549111 (1st Cir. Feb. 23, 2007), which was submitted as Docket Item No.
6  302, is hereby deemed filed.
7  **IT IS SO ORDERED.**

Dated: March 12, 2007

The Honorable Jeremy Fogel
UNITED STATES DISTRICT COURT JUDGE

2
[PROPOSED] ORDER GRANTING COUNTERDEFENDANT GOOGLE INC. LEAVE TO FILE A
STATEMENT OF RECENT DECISION
CASE NO. C 03-5340-JF (RS)

390935.01