UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Civil Minute Order

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR: FTR                          DATE: 3/14/07
COURTROOM DEPUTY: MARTHA PARKER BROWN
                                                     CASE #: C 03-05340JF(RS)

CASE TITLE: GOOGLE, INC        VS.     AMERICAN BLIND & WALLPAPER

**Appearances for Plaintiff(s)**            **Appearances for Defendant(s)**

  MICHAEL H. PAGE                     DAVID A. RAMMELT

  AJAY S. KRISHNAN                   CARRIE PLATER

**TODAY'S PROCEEDINGS**

{ } SETTLEMENT CONF.    { } PRETRIAL CONF.        {X} MOTIONS LISTED BELOW:

| Pltf. | Deft. | Cross Mot. | | |
|---|---|---|---|---|
| {X} | { } | { } | 1. | FOR SANCTIONS |
| { } | { } | { } | 2. | |
| { } | { } | { } | 3. | |
| { } | { } | { } | 4. | |

DISPOSITION of TODAY'S PROCEEDINGS

[ ] SETTLED      [ ] NOT SETTLED    [ ] SETTLEMENT DISCUSSIONS ONGOING

**MOTION DISPOSITION SHOWN BELOW:**

[ ] GRANTED          [ ] DENIED          [ ] SUBMITTED          [ ] DENIED/GRANTED in part

[ ] BRIEFS TO BE FILED AS FOLLOWS:

{ } Cont'd to           @           For

**ORDER TO BE PREPARED BY:**     [ ]PLTF;    [ ]DEFT;    [ ]COURT
Additional Comments: MOTION IS ARGUED BY COUNSEL. COURT WILL ISSUE WRITTEN ORDER.

HOURS IN SETTLEMENT:            Copies to: