UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE INC.,<br>　　　　Plaintiff,<br>V.<br>AMERICAN BLIND & WALLPAPER,<br>　　　　Defendant. | Case Number CV-03-5340-JF<br><br>Case Management Conference<br><br>Friday, May 11, 2007<br><br>CLERK'S NOTICE |

To all Parties and Attorneys of Record:

The Case Management Conference set on April 6, 2007 is continued to May 11, 2007 at 10:30 a.m. before Judge Jeremy Fogel. Please report at that time to courtroom 3 on the 5th floor of the U.S. District Court, 280 S. First St., San Jose, California.

April 4, 2007　　　　　　　　　　　　　　　For the Court
　　　　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk

　　　　　　　　　　　　　　　　　　　　　　By:　/s/
　　　　　　　　　　　　　　　　　　　　　　Diana Munz
　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy Clerk