**E-Filed 5/8/2007**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., and DOES 1-100, inclusive,<br><br>    Defendants. | Case Number C 03-5340-JF (RS)<br><br>ORDER[1] RE ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR SUMMARY JUDGMENT<br><br>[re: docket no. 308] |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.,<br><br>    Counter Plaintiff,<br><br>    v.<br><br>GOOGLE INC., AMERICA ONLINE, INC., NETSCAPE COMMUNICATIONS CORPORATION, COMPUSERVE INTERACTIVE SERVICES, INC., ASK JEEVES, INC. and EARTHLINK, INC.,<br><br>    Counter Defendant/<br>    Third Party Defendants. | |

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 03-5340 JF (RS)
ORDER RE ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR SUMMARY JUDGMENT
(JFLC1)

1   On April 18, 2007, the Court granted in part and denied in part Plaintiff Google Inc.'s
2   ("Google") motion for summary judgment as to the counterclaims brought by American Blind &
3   Wallpaper Factory, Inc. ("ABWF"). In so doing, the Court concluded that "ABWF has not
4   produced sufficient evidence to allow a reasonable trier of fact to conclude that ABWF's marks
5   are famous or distinctive as required under either the federal or the state dilution statute."
6   Summary Judgment Order 19. Accordingly, the Court granted summary judgment in favor
7   Google as to ABWF's counterclaims for dilution under the Lanham Act and Cal. Bus. & Prof.
8   Code § 14330. The Court omitted ABWF's ninth counterclaim for contributory dilution from its
9   grant of summary judgment. Because the Court's conclusion regarding the absence of a triable
10  issue of fact as to fame applies equally in the context of contributory dilution, Google also is
11  entitled to summary judgment as to this counterclaim.[2]

13  IT IS SO ORDERED.

15  DATED: May 8, 2007.

                            JEREMY FOGEL
                            United States District Judge

---

[2] The parties raised this issue in their Joint Case Management Conference Statement, filed on April 27, 2007. There it states that "ABWF is not opposed to Google's request" for clarification that the Court's grant of summary judgment in favor of Google includes the ninth counterclaim.

2

Case No. C 03-5340 JF (RS)
ORDER RE ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR SUMMARY JUDGMENT
(JFLC1)

This Order has been served upon the following persons:

| | |
|---|---|
| Ethan B. Andelman | andelmane@howrey.com, gagnons@howrey.com |
| Dawn Beery | dbeery@kelleydrye.com |
| Susan Jean Greenspon | sgreenspon@kelleydrye.com, cplater@kelleydrye.com; vallen@kelleydrye.com; sdunlap@kelleydrye.com |
| Ravind Singh Grewal | rsg@kvn.com |
| Klaus Hemingway Hamm | khamm@kvn.com, efiling@kvn.com; wik@kvn.com |
| Ajay Krishnan | akrishnan@kvn.com, efiling@kvn.com; rthomas@kvn.com |
| Mark Alan Lemley | mlemley@kvn.com, srosen@kvn.com |
| Michael H. Page | mhp@kvn.com, efiling@kvn.com; nsn@kvn.com |
| Robert Nathan Phillips | phillipsr@howrey.com, gagnons@howrey.com |
| Caroline Claire Plater | cplater@kelleydrye.com, heberhart@kelleydrye.com |
| David A. Rammelt | drammelt@kelleydrye.com, sdunlap@kelleydrye.com |

Notice will be delivered by other means to:

Paul W. Garrity
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

3

Case No. C 03-5340 JF (RS)
ORDER RE ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR SUMMARY JUDGMENT
(JFLC1)