1  Robert N. Phillips (SBN 120970)
   Ethan B. Andelman (SBN 209101)
2  HOWREY LLP
   525 Market Street, Suite 3600
3  San Francisco, CA 94105
   Telephone: (415) 848-4900
4  Facsimile: (415) 848-4999

5  David A. Rammelt (Admitted *Pro Hac Vice*)
   Susan J. Greenspon (Admitted *Pro Hac Vice*)
6  KELLEY DRYE & WARREN LLP
   333 West Wacker Drive, Suite 2600
7  Chicago, IL 60606
   Telephone: (312) 857-7070
8  Facsimile: (312) 857-7095

9  Attorneys for Defendant/Counter-Plaintiff
   AMERICAN BLIND AND WALLPAPER
10 FACTORY, INC.

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. C 03-5340-JF (RS)<br><br>**DECLARATION OF JOSEPH CHARNO** |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.,<br><br>Counter-Plaintiff,<br><br>v.<br><br>GOOGLE, INC.<br><br>Counter-Defendants. | |

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/216096.1

I, JOSEPH CHARNO, am over the age of 18 and have personal knowledge of the matters set forth in this declaration, and in connection therewith state as follows:

1. I was employed by American Blind and Wallpaper Factory, Inc. ("American Blind") as Vice President of Marketing from July 2002 until I resigned in July 2005. As a result of my former position at American Blind, I became familiar with the issues in the lawsuit between Google and American Blind.

2. After the filing of the lawsuit by Google, in 2003, I participated in a meeting with Steve Katzman, then CEO of American Blind, and outside counsel from Kelley Drye & Warren LLP, Susan Greenspon and David Rammelt. At that meeting Ms. Greenspon and Mr. Rammelt addressed the need for me and Steve Katzman, on behalf of American Blind, to collect and preserve relevant documents to the Google litigation.

3. I recall counsel explaining to myself and Steve Katzman, at that same meeting in 2003, that we (American Blind) needed to collect all Google related documents from everyone's computer and any other location where relevant documents might be found. Counsel also instructed us to preserve all relevant documents to this lawsuit at that time.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and accurate.

Executed this ___ day of January, 2007.

_____
JOSEPH CHARNO

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/216096.1                - 2 -