Ethan B. Andelman (SBN 209101)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

David A. Rammelt (Admitted *Pro Hac Vice*)
Susan J. Greenspon (Admitted *Pro Hac Vice*)
KELLEY DRYE & WARREN LLP
333 West Wacker Drive, Suite 2600
Chicago, IL 60606
Telephone: (312) 857-7070
Facsimile: (312) 857-7095

Attorneys for Defendant/Counter-Plaintiff
AMERICAN BLIND AND WALLPAPER FACTORY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.; and DOES 1-100, inclusive,<br><br>　　　　Defendants.<br><br>AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.,<br><br>　　　　Counter-Plaintiff,<br><br>　v.<br><br>GOOGLE, INC.<br><br>　　　　Counter-Defendants. | Case No. C 03-5340-JF (RS)<br><br>**DECLARATION OF ROBERT FLYNN REGARDING ABWF'S PRESERVATION, COLLECTION AND PRODUCTION OF MATERIALS IN RESPONSE TO APRIL 27, 2007 COURT ORDER**<br><br>Hon. Richard Seeborg |

KELLEY DRYE & WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/219475.1

Dockets.Justia.com

KELLEY DRYE & WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

I, ROBERT FLYNN, declare as follows:

1. I am over the age of 18 and have personal knowledge of the matters set forth in this declaration, and in connection therewith state as follows.

2. I was employed by American Blind and Wallpaper Factory, Inc. ("ABWF") as Chief Financial Officer from July 2000 until June 2005.

3. This Declaration is being submitted in order to address my knowledge of efforts undertaken within ABWF to locate, produce and preserve documents and electronic matter pertaining to the subject matter of the Google trademark lawsuit.

4. Within the first quarter of 2004, after the filing of the lawsuit by Google, on November 26, 2003, I participated in a meeting with Steve Katzman, then CEO of American Blind, Joe Charno, then Vice President of e-Commerce Online Marketing and outside counsel from Kelley Drye & Warren LLP, Susan Greenspon and David Rammelt. At that meeting, Ms. Greenspon and Mr. Rammelt addressed the need for ABWF to collect and preserve relevant documents to the Google litigation.

5. Sometime in the first half of the year in 2004, I participated in a meeting with Mr. Katzman and the ABWF management team. Mr. Katzman instructed me and the other members of the management team to find and preserve documents that were relevant to the Google lawsuit, which I was told included documentation concerning communications with Google, keyword advertising (including bidding, spending, click-through rates, consumer surveys, trademarks), ABWF's Internet branding efforts, domain names and URLs, and consumer confusion. I and the other members of the management team were specifically told by Mr.

1  Katzman not to destroy these kinds of materials. This same instruction was repeatedly issued to
2  all of the management team at subsequent meetings in 2004 and 2005.
3
4      6.  I complied with Mr. Katzman's instructions to collect and preserve relevant
5  documents to the Google lawsuit.
6
7  I declare under penalty of perjury under the laws of the United States of America
8  that the foregoing is true and accurate.
9
10  Executed this 10th day of May, 2007.

*/s/ Robert Flynn*
Robert Flynn

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/219475.1

- 3 -