UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Further Case Management Conference, May 11, 2007
**Case Number:** CV-03-5340-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Lee-Anne Shortridge

**TITLE:**     **GOOGLE V. AMERICAN BLIND & WALLPAPER**

| PLAINTIFF | DEFENDANT |
|---|---|
| Google | American Blind & Wallpaper |
| **Attorneys Present:** Michael Page | **Attorneys Present:** Robert Phillips, David Rammelt |

PROCEEDINGS:
    Further Case Management Conference held.  Parties are present.
    The case is set for jury trial on 11/9/07 at 1:30 p.m. and pretrial conference on 10/26/07 at 11:00 a.m.