1  KEKER & VAN NEST, LLP
   MICHAEL H. PAGE - #154913
2  MARK A. LEMLEY - #155830
   KLAUS H. HAMM - #224905
3  AJAY S. KRISHNAN - #222476
   710 Sansome Street
4  San Francisco, CA 94111-1704
   Telephone: (415) 391-5400
5  Facsimile: (415) 397-7188

6

7  Attorneys for Plaintiff and Counter Defendant
   GOOGLE INC.

8

                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11

12  GOOGLE INC., a Delaware corporation,           Case No. C 03-5340-JF (RS)

13                              Plaintiff,          NOTICE OF MOTION AND MOTION
                                                    FOR ADMINISTRATIVE RELIEF
14       v.                                         SEEKING AN ORDER SEALING
                                                    DOCUMENTS FOR FILING IN
15  AMERICAN BLIND & WALLPAPER                      RELATION TO GOOGLE'S RESPONSE
    FACTORY, INC., a Delaware corporation          TO ABWF'S FOUR DECLARATIONS
16  d/b/a decoratetoday.com, Inc., and DOES 1-     REGARDING ABWF'S ALLEGED
    100, inclusive,                                 PRESERVATION, COLLECTION, AND
17                                                  PRODUCTION OF MATERIALS IN
                                Defendants.         RESPONSE TO APRIL 27, 2007 COURT
18                                                  ORDER

19  AMERICAN BLIND & WALLPAPER
    FACTORY, INC., a Delaware corporation
20  d/b/a decoratetoday.com, Inc.,                  Hon. Richard Seeborg

21                              Counter-Plaintiff,

22       v.

23  GOOGLE INC.,

24                              Counter-Defendant.

25

26

27

28
    NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF SEEKING AN ORDER SEALING
        DOCUMENTS FOR FILING IN RELATION TO GOOGLE'S RESPONSE TO ABWF'S FOUR
    DECLARATIONS REGARDING ABWF'S ALLEGED PRESERVATION, COLLECTION, AND PRODUCTION
396106.01       OF MATERIALS IN RESPONSE TO APRIL 27, 2007 COURT ORDER
                              CASE NO. C 03-5340-JF (RS)

## NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF SEALING DOCUMENTS

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Civil Local Rules 79-5(d) and 7-11(a), Plaintiff and Counter-Defendant Google Inc. ("Google") hereby gives notice to all counsel of record of its Motion for Administrative Relief Seeking an Order Sealing Documents For Filing in Relation to Google's Response to ABWF's Four Declarations Regarding ABWF's Alleged Preservation, Collection, and Production of Materials in Response to April 27, 2007 Court Order ("Administrative Motion"). By way of this Administrative Motion, Google requests an order sealing Exhibit A to the Declaration of Ajay Krishnan ("Krishnan Declaration") that was designated "Attorneys' Eyes Only" by American Blind & Wallpaper Factory, Inc. ("ABWF") pursuant to the Stipulated Protective Order signed by all parties to this litigation and approved by the Court on September 19, 2005 ("Protective Order") (Docket Item No. 60). Exhibit A is a document produced by ABWF in the course of discovery, and Bates labeled ABWF 047376-047377.

Pursuant to Local Rules 79-5(d), Google moves to file under seal Exhibit A to the Krishnan Declaration. Pursuant to Civil Local Rule 79-5(d), Exhibit A is lodged with the Clerk concurrently with this Administrative Motion.

Local Rule 79-5(d) outlines the procedure that ABWF must follow within five days of the filing of this Administrative Motion if it wishes to maintain the confidential designation of Exhibit A.

Dated: May 25, 2007                     KEKER & VAN NEST, LLP


By:  /s/ Ajay S. Krishnan
     AJAY S. KRISHNAN
     Attorneys for Plaintiff and Counter Defendant
     GOOGLE INC.

396106.01

1

NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF SEEKING AN ORDER SEALING DOCUMENTS FOR FILING IN RELATION TO GOOGLE'S RESPONSE TO ABWF'S FOUR DECLARATIONS REGARDING ABWF'S ALLEGED PRESERVATION, COLLECTION, AND PRODUCTION OF MATERIALS IN RESPONSE TO APRIL 27, 2007 COURT ORDER
CASE NO. C 03-5340-JF (RS)