| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | MICHAEL H. PAGE - #154913 |
| 2 | MARK A. LEMLEY - #155830 |
| | KLAUS H. HAMM - #224905 |
| 3 | 710 Sansome Street |
| | San Francisco, CA  94111-1704 |
| 4 | Telephone:  (415) 391-5400 |
| | Facsimile:  (415) 397-7188 |
| 5 | |
| 6 | Attorneys for Plaintiff and Counterdefendant |
| | GOOGLE INC. and Third-Party Defendants |
| 7 | ASK JEEVES, INC. and EARTHLINK, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GOOGLE INC., a Delaware corporation, | | Case No. C 03-5340-JF (RS) |
| | Plaintiff, | **PROOF OF SERVICE** |
| v. | | |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc. and DOES 1-100, inclusive, | | |
| | Defendants. | |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., | | |
| | Counter Plaintiff, | |
| v. | | |
| GOOGLE INC., AMERICA ONLINE, INC., NETSCAPE COMMUNICATIONS CORPORATION, COMPUSERVE INTERACTIVE SERVICES, INC., ASK JEEVES, INC., and EARTHLINK, INC., | | |
| | Counter Defendants. | |

332455.01

PROOF OF SERVICE
Case No. C 03-5340-JF (RS)

**PROOF OF SERVICE**

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

On **May 25, 2007**, I served the following documents:

- **Declaration of Ajay S. Krishnan in Support of Google's Response to ABWF's Four Declarations Regarding ABWF's Alleged Preservation, Collection, and Production of Materials in Response to April 27, 2007 Court Order (Confidential Version)**

by **PDF TRANSMISSION** by transmitting via PDF to:

David A. Rammelt, Esq.
Kelley Drye & Warren LLP
333 West Wacker Drive
Chicago, IL 60606
drammelt@kellydrye.com

Susan J. Greenspon, Esq.
Kelley Drye & Warren LLP
333 West Wacker Drive
Chicago, IL 60606
sgreenspon@kelleydrye.com

Paul Garrity, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
pgarrity@kelleydrye.com

Caroline Plater, Esq.
Kelley Drye & Warren LLP
333 West Wacker Drive
Chicago, IL 60606
cplater@kelleydrye.com

Robert N. Phillips, Esq.
Howrey Simon Arnold & White, LLP
525 Market Street, Suite 3600
San Francisco, CA 94105-2708
phillipsr@howrey.com

By **COURIER**, by placing true and correct copies in a sealed envelope addressed as shown below, and dispatching a messenger with instructions to hand-carry the above and make delivery to the following during normal business hours, by leaving the package with the person whose name is shown or the person authorized to accept courier deliveries on behalf of the addressee:

Robert N. Phillips, Esq.
Howrey Simon Arnold & White, LLP
525 Market Street, Suite 3600
San Francisco, CA 94105-2708

Executed on May 25, 2007, at San Francisco, California. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

/s/ Robert W. Thomas
ROBERT W. THOMAS