1  Robert N. Phillips (SBN 120970)
2  Ethan B. Andelman (SBN 209101)
   HOWREY LLP
3  525 Market Street, Suite 3600
   San Francisco, CA 94105
4  Telephone: (415) 848-4900
   Facsimile: (415) 848-4999

5  David A. Rammelt (Admitted *Pro Hac Vice*)
   Susan J. Greenspon (Admitted *Pro Hac Vice*)
6  Paul W. Garrity (Admitted *Pro Hac Vice*)
   Caroline C. Plater (Admitted *Pro Hac Vice*)
7  KELLEY DRYE & WARREN LLP
   333 West Wacker Drive, Suite 2600
8  Chicago, IL 60606
   Telephone: (312) 857-7070
9  Facsimile: (312) 857-7095

10 Attorneys for Defendant/Counter-Plaintiff
   AMERICAN BLIND AND WALLPAPER
11 FACTORY, INC.

12              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
13                     SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE INC., a Delaware corporation, | Case No. C 03-5340-JF (RS) |
| Plaintiff, | **RESPONSIVE DECLARATION OF CAROLINE C. PLATER REGARDING GOOGLE INC.'S MOTION FOR ADMINISTRATIVE RELIEF SEEKING AN ORDER SEALING DOCUMENTS FOR FILING IN RELATION TO GOOGLE'S RESPONSE TO ABWF'S FOUR DECLARATIONS REGARDING ABWF'S ALLEGED PRESERVATION, COLLECTION, AND PRODUCTION OF MATERIALS IN RESPONSE TO APRIL 27, 2007 COURT ORDER** |
| v. | |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.; and DOES 1-100, inclusive, | |
| Defendants. | |
| | Judge: Hon. Richard Seeborg |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., | |
| Counter-Plaintiff, | |
| v. | |
| GOOGLE, INC., | |
| Counter-Defendant. | |

KELLEY DRYE & WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/219996.1

I, Caroline C. Plater, declare as follows:

1. I am an associate with the firm Kelley Drye & Warren LLP, counsel for Defendant/Counter-Plaintiff, American Blind and Wallpaper Factory, Inc. ("American Blind"), and I am admitted to practice before this Court *pro hac vice*.

2. I make this responsive declaration pursuant to Civil Local Rule 79-5(d) regarding the Motion For Administrative Relief Seeking An Order Sealing Documents For Filing In Relation To Google's Response to ABWF's Four Declarations Regarding ABWF's Alleged Preservation, Collection, and Production of Materials in Response to April 27, 2007 Court Order ("Google's Sealing Motion"). Unless otherwise stated, I know the facts stated herein of my personal knowledge and if called as a witness, I would testify competently thereto.

3. Google's Sealing Motion seeks an order sealing Exhibit A to the Declaration of Ajay S. Krishnan.

4. Exhibit A to the Declaration of Ajay S. Krishnan contains documents that were produced by American Blind in this litigation, bates range ABWF 047376-047377, and marked as Attorneys Eyes Only. These pages contain American Blind's confidential business information and business plans regarding its internet advertising strategy. These matters are deemed confidential and subject to the Confidential and Attorneys Eyes Only designations pursuant to the terms of the Protective Order in place in this case.

I state under penalty of perjury of the laws of the United States of America that the foregoing statements are true and correct and that this declaration was executed on June 1, 2007.

/s/ Caroline C. Plater
CAROLINE C. PLATER

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/219996.1                - 2 -