1   Robert N. Phillips (SBN 120970)
     Ethan B. Andelman (SBN 209101)
2   HOWREY LLP
     525 Market Street, Suite 3600
3   San Francisco, CA 94105
     Telephone: (415) 848-4900
4   Facsimile: (415) 848-4999

5   David A. Rammelt (Admitted *Pro Hac Vice*)
     Susan J. Greenspon (Admitted *Pro Hac Vice*)
6   KELLEY DRYE & WARREN LLP
     333 West Wacker Drive, Suite 2600
7   Chicago, IL 60606
     Telephone: (312) 857-7070
8   Facsimile: (312) 857-7095

9   Attorneys for Defendant/Counter-Plaintiff
     AMERICAN BLIND AND WALLPAPER
10   FACTORY, INC.

11                     UNITED STATES DISTRICT COURT

12                     NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.; and DOES 1-100, inclusive, <br><br> Defendants. | Case No. C 03-5340-JF (RS) <br><br> **[PROPOSED] ORDER GRANTING GOOGLE INC.'S MOTION FOR ADMINISTRATIVE RELIEF SEEKING AN ORDER SEALING DOCUMENTS FOR FILING IN RELATION TO GOOGLE'S RESPONSE TO ABWF'S FOUR DECLARATIONS REGARDING ABWF'S ALLEGED PRESERVATION, COLLECTION, AND PRODUCTION OF MATERIALS IN RESPONSE TO APRIL 27, 2007 COURT ORDER** |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., <br><br> Counter-Plaintiff, <br><br> v. <br><br> GOOGLE, INC. <br><br> Counter-Defendants. | |

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/220961.1

1

2        Plaintiff/Counter-Defendant Google Inc.'s Administrative Motion For a Sealing

3 Order (Civ. L.R. 79-5(d)) was heard by this Court on June ___, 2007 at ____ a.m./p.m.  Upon

4 reviewing the papers submitted by Google Inc. and American Blind and Wallpaper Factory, Inc.,

5 ("American Blind"), and good cause appearing therefore, IT IS HEREBY ORDERED:

6       1.      Google Inc.'s Administrative Motion for a Sealing Order is granted.

7       2.      Exhibit A to the Declaration of Ajay S. Krishnan in Support of Google Inc.'s

8 Motion For Administrative Relief Seeking An Order Sealing Documents For Filing In Relation

9 To Google's Response to ABWF's Four Declarations Regarding ABWF's Alleged Preservation,

10 Collection, and Production of Materials in Response to April 27, 2007 Court Order, which

11 contains true and correct copies of documents that were produced by American Blind in this

12 litigation, bates range ABWF 047376-047377, and marked as Attorneys Eyes Only shall be filed

13 under seal.

14

15       IT IS SO ORDERED.

16

17 Dated: _____, 2007       _____

18       United States District Court Judge

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/220961.1     - 2 -