1  Robert N. Phillips (SBN 120970)
   Ethan B. Andelman (SBN 209101)
2  HOWREY LLP
   525 Market Street, Suite 3600
3  San Francisco, CA 94105
   Telephone: (415) 848-4900
4  Facsimile: (415) 848-4999

5  David A. Rammelt (Admitted *Pro Hac Vice*)        *E-FILED 7/5/07*
   Susan J. Greenspon (Admitted *Pro Hac Vice*)
6  KELLEY DRYE & WARREN LLP
   333 West Wacker Drive, Suite 2600
7  Chicago, IL 60606
   Telephone: (312) 857-7070
8  Facsimile: (312) 857-7095

9  Attorneys for Defendant/Counter-Plaintiff
   AMERICAN BLIND AND WALLPAPER
10 FACTORY, INC.

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13 | GOOGLE INC., a Delaware corporation, | Case No. C 03-5340-JF (RS)
14 |                                      |
   | Plaintiff,                           | [PROPOSED] ORDER GRANTING
15 |                                      | GOOGLE INC.'S MOTION FOR
   | v.                                   | ADMINISTRATIVE RELIEF SEEKING
16 |                                      | AN ORDER SEALING DOCUMENTS FOR
   | AMERICAN BLIND & WALLPAPER           | FILING IN RELATION TO GOOGLE'S
17 | FACTORY, INC., a Delaware corporation | RESPONSE TO ABWF'S FOUR
   | d/b/a decoratetoday.com, Inc.; and DOES 1- | DECLARATIONS REGARDING ABWF'S
18 | 100, inclusive,                      | ALLEGED PRESERVATION,
   |                                      | COLLECTION, AND PRODUCTION OF
19 | Defendants.                          | MATERIALS IN RESPONSE TO APRIL
   |                                      | 27, 2007 COURT ORDER
20

21 AMERICAN BLIND & WALLPAPER
   FACTORY, INC., a Delaware corporation
22 d/b/a decoratetoday.com, Inc.,

23   Counter-Plaintiff,

24 v.

25 GOOGLE, INC.

26   Counter-Defendants.

27

28

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/220961.1

1

2       Plaintiff/Counter-Defendant Google Inc.'s Administrative Motion For a Sealing

3  Order (Civ. L.R. 79-5(d)) was ~~heard by this Court on June ___, 2007 at ___ a.m./p.m.~~ submitted for decision. Upon

4  reviewing the papers submitted by Google Inc. and American Blind and Wallpaper Factory, Inc.,

5  ("American Blind"), and good cause appearing therefore, IT IS HEREBY ORDERED:

6       1.    Google Inc.'s Administrative Motion for a Sealing Order is granted.

7       2.    Exhibit A to the Declaration of Ajay S. Krishnan in Support of Google Inc.'s

8  Motion For Administrative Relief Seeking An Order Sealing Documents For Filing In Relation

9  To Google's Response to ABWF's Four Declarations Regarding ABWF's Alleged Preservation,

10 Collection, and Production of Materials in Response to April 27, 2007 Court Order, which

11 contains true and correct copies of documents that were produced by American Blind in this

12 litigation, bates range ABWF 047376-047377, and marked as Attorneys Eyes Only shall be filed

13 under seal.

14

15       IT IS SO ORDERED.

16

17  Dated: ____July 5_____, 2007   _____[signature]_____

18                                         United States District Court Judge

KELLEY DRYE &
WARREN LLP
333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606

CH01/PLATC/220961.1                - 2 -