KEKER & VAN NEST, LLP
MICHAEL H. PAGE - #154913
MARK A. LEMLEY - #155830
KLAUS H. HAMM - #224905
AJAY S. KRISHNAN - #222476
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff and Counter Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., and DOES 1-100, inclusive,<br><br>Defendants.<br><br>AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.,<br><br>Counter-Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br><br>Counter-Defendant. | Case No. C 03-5340-JF (RS)<br><br>**PARTIES' STIPULATED REQUEST TO SET BRIEFING SCHEDULE ON GOOGLE INC.'S FORTHCOMING (1) RENEWED MOTION FOR SUMMARY JUDGMENT, AND (2) MOTION TO STRIKE ABWF'S JURY DEMAND**<br><br>Judge:            Hon. Jeremy Fogel<br><br>Date Comp. Filed:   November 26, 2003<br><br>Trial Date:        November 13, 2007 |

1

PARTIES' STIPULATED REQUEST TO SET BRIEFING SCHEDULE ON GOOGLE'S FORTHCOMING (1)
RENEWED MOT. FOR SUMMARY JUDGMENT, AND (2) MOT. TO STRIKE ABWF'S JURY DEMAND
CASE NO. C 03-5340-JF (RS)

400597.01

Dockets.Justia.com

1    WHEREAS Plaintiff and Counterdefendant Google Inc. intends to file two motions, a

2  Renewed Motion for Summary Judgment, and a Motion to Strike ABWF's Jury Demand;

3    WHEREAS Google and Defendant and Counterplaintiff American Blind & Wallpaper

4  Factory ("ABWF") are both available for a law-and-motion hearing on September 28, 2007, at

5  9:00 a.m., and Google has reserved that date and time on the Court's civil law-and-motion

6  calendar;

7    WHEREAS  both parties would be served by an additional week to file opposition and

8  reply briefs with regard to these motions;

9    The parties hereby agree and stipulate to the following briefing schedule, which will

10  apply to both of Google's forthcoming motions:

11    1.  Google shall file both motions, with supporting papers, no later than August 10, 2007.

12    2.  ABWF shall file its opposition papers no later than August 31, 2007.

13    3.  Google shall file its reply papers no later than September 14, 2007.

14  Dated:  August 8, 2007          KELLEY DRYE & WARREN LLP

15

16                    By:_____/s/_____

17                    DAVID A. RAMMELT
                      Attorneys for Defendant and Counter-Plaintiff AMERICAN
                      BLIND & WALLPAPER FACTORY, INC.
18

19  Dated:  August 8, 2007          KEKER & VAN NEST, LLP

20

21                    By: _____/s/_____

22                    MICHAEL H. PAGE
                      Attorneys for Plaintiff and Counter-Defendant GOOGLE INC.

23

24    PURSUANT TO STIPULATION, IT IS SO ORDERED.

25  Dated:

26

27                    _____
                      Honorable Jeremy Fogel
                      United States District Court

28

2

PARTIES' STIPULATED REQUEST TO SET BRIEFING SCHEDULE ON GOOGLE'S FORTHCOMING (1)
RENEWED MOT. FOR SUMMARY JUDGMENT, AND (2) MOT. TO STRIKE ABWF'S JURY DEMAND
CASE NO. C 03-5340-JF (RS)

400597.01