1  KEKER & VAN NEST, LLP
   MICHAEL H. PAGE - #154913
2  MARK A. LEMLEY - #155830
   KLAUS H. HAMM - #224905
3  AJAY S. KRISHNAN - #222476
   710 Sansome Street
4  San Francisco, CA  94111-1704
   Telephone:  (415) 391-5400
5  Facsimile:  (415) 397-7188

6  Attorneys for Plaintiff and Counter Defendant
   GOOGLE INC.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 GOOGLE INC., a Delaware corporation,        Case No. C 03-5340-JF (RS)

12                              Plaintiff,      **DECLARATION OF AJAY S. KRISHNAN
                                                IN SUPPORT OF PARTIES'
13          v.                                  STIPULATED REQUEST TO SET
                                                BRIEFING SCHEDULE ON GOOGLE
14 AMERICAN BLIND & WALLPAPER                   INC.'S FORTHCOMING (1) RENEWED
   FACTORY, INC., a Delaware corporation        MOTION FOR SUMMARY JUDGMENT,
15 d/b/a decoratetoday.com, Inc., and DOES 1-   AND (2) MOTION TO STRIKE ABWF'S
   100, inclusive,                              JURY DEMAND**

16                              Defendants.     Judge:           Hon. Jeremy Fogel

17                                              Date Comp. Filed:  November 26, 2003
   AMERICAN BLIND & WALLPAPER
18 FACTORY, INC., a Delaware corporation        Trial Date:       November 13, 2007
   d/b/a decoratetoday.com, Inc.,

19
                              Counter-Plaintiff,
20

21          v.

22 GOOGLE INC.,

                              Counter-Defendant.
23

24

25

26

27

28
                                        1
   KRISHNAN DECL. IN SUPP. OF PARTIES' STIPULATED REQ. TO SET BRIEFING SCHEDULE ON
   GOOGLE'S FORTHCOMING (1) RENEWED MOT. FOR SUMMARY JUDGMENT, AND (2) MOT. TO
                            STRIKE ABWF'S JURY DEMAND
                              CASE NO. C 03-5340-JF (RS)

400629.01                                                          Dockets.Justia.com

1    I, Ajay S. Krishnan, declare as follows:

2    1.    I am an attorney at the firm of Keker & Van Nest LLP, counsel for Plaintiff and

3  Counter-Defendant Google Inc., and am admitted to practice before this Court. I make this

4  declaration in support of the Parties' Stipulated Request to Set Briefing Schedule on Google

5  Inc.'s Forthcoming (1) Renewed Motion for Summary Judgment, and (2) Motion to Strike

6  ABWF's Jury Demand (the "Stipulated Request"). Unless otherwise stated, I know the facts

7  stated herein of my personal knowledge and if called as a witness, I would testify competently

8  thereto.

9    2.    Google intends to file, in the near future, two motions, a Renewed Motion for

10  Summary Judgment, and a Motion to Strike ABWF's Jury Demand. After conferring with

11  counsel for ABWF, Google learned that both parties would be available for a civil law-and-

12  motion hearing on September 28, 2007, at 9:00 a.m. I therefore contacted the Court's chambers

13  and reserved time on the Court's civil law-and-motion calendar for that date and time.

14    3.    Both parties would benefit from an additional week to file opposition and reply

15  briefs with regard to Google's two forthcoming motions. Accordingly, the parties agreed to a

16  briefing schedule, set out in the Stipulated Request, that would provide this additional time.

17    4.    Other than requiring Google and ABWF to file their opening and opposition

18  briefs earlier than they otherwise would have, this stipulated briefing schedule will have no

19  impact on the schedule for the case.

20    5.    Pursuant to Civil Local Rule 6–2(a)(3), the remainder of this declaration

21  discloses, to the best of my knowledge, all previous time modifications in this case.

22    6.    On May 16, 2005, the Court adopted following schedule:

| | |
|---|---|
| Cutoff of Fact Discovery | February 27, 2006 |
| All Parties' Expert Reports Due | March 31, 2006 |
| Rebuttal Expert Reports Due | May 15, 2006 |
| Cutoff of Expert Discovery | June 30, 2006 |
| Cutoff for filing Dispositive Motions | July 31, 2006 |

2

400629.01

| | | |
|---|---|---|
| 1 | Pretrial Conference Statement | October 2, 2006 |
| 2 | Pretrial Conference | October 13, 2006 at 11:00 a.m. |
| 3 | Trial Date | November 17, 2006 at 11:00 a.m. |

4   *See* May 16, 2005 Order (Docket Item No. 57).

5       7.    On February 16, 2006, the Court issued an order stating "The Court extends all

6   case management dates by 4 months.  The case is set for jury trial on 3/16/07 at 1:30 p.m, pretrial

7   conference on 3/2/07 at 11:00 a.m. and motion hearing on 12/1/06 at 9 a.m." *See* February 16,

8   2006 Order (Docket Item No. 95).

9       8.    On June 23, 2006, the Court issued an order stating that "the Court will amend

10  and extend the case management dates by only sixty (60) days." *See* June 23, 2006 Order

11  Granting In Part Defendant's Motion To Extend Case Management Deadlines (Docket Item No.

12  113).

13      9.    On August 31, 2006, the Court extended the deadline for the serving of expert

14  reports from September 29, 2006 to November 14, 2006 and extended the deadline for the

15  serving of rebuttal expert reports from November 14, 2006 to December 5, 2006.  *See* Stipulation

16  and Order Amending Case Management Dates for Expert Reports (Docket Item No. 180).

17

18      I state under penalty of perjury of the laws of the United States of America that the

19  foregoing statements are true and correct.  Executed August 8, 2007, at San Francisco,

20  California.

21

22      /s/ Ajay S. Krishnan

    AJAY S. KRISHNAN

23

24

25

26

27

28

PARTIES' STIPULATED REQUEST TO SET BRIEFING SCHEDULE ON GOOGLE'S FORTHCOMING (1)
RENEWED MOT. FOR SUMMARY JUDGMENT, AND (2) MOT. TO STRIKE ABWF'S JURY DEMAND
CASE NO. C 03-5340-JF (RS)

400629.01