1   KEKER & VAN NEST, LLP
    MICHAEL H. PAGE - #154913
2   MARK A. LEMLEY - #155830
    KLAUS H. HAMM - #224905
3   AJAY S. KRISHNAN - #222476
    710 Sansome Street
4   San Francisco, CA  94111-1704
    Telephone:  (415) 391-5400
5   Facsimile:  (415) 397-7188

6
    Attorneys for Plaintiff and Counter Defendant
7   GOOGLE INC.

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  GOOGLE INC., a Delaware corporation,        Case No. C 03-5340-JF (RS)

12                              Plaintiff,      **[PROPOSED] ORDER RE GOOGLE'S
                                                MOTION TO STRIKE ABWF'S JURY
13        v.                                    DEMAND**

14  AMERICAN BLIND & WALLPAPER                  Date Comp. Filed:  November 26, 2003
    FACTORY, INC., a Delaware corporation
15  d/b/a decoratetoday.com, Inc., and DOES 1-  Trial Date:  November 13, 2007
    100, inclusive,
16
                                Defendants.
17
    AMERICAN BLIND & WALLPAPER
18  FACTORY, INC., a Delaware corporation
    d/b/a decoratetoday.com, Inc.,
19
                         Counter Plaintiff,
20
          v.
21
    GOOGLE INC.,
22
                         Counter Defendant
23

24

25

26

27

28

1    Plaintiff and counter-defendant Google Inc.'s ("Google") Motion To Strike ABWF's Jury

2  Demand was heard by this Court on _____, 2007, at _____.  Upon reviewing the papers

3  submitted by the parties, hearing the argument of counsel, and good cause appearing therefor,

4  Google's motion is GRANTED.  ABWF is not entitled to damages on any of its claims.  As a

5  result, it is not entitled to a jury, and its jury demand is hereby stricken.

6    IT IS SO ORDERED.

7

8  Dated: _____, 2007

9                                                    _____
                                                     Hon. Jeremy Fogel
                                                     Judge of the United States District Court

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2