1  KEKER & VAN NEST, LLP
   MICHAEL H. PAGE - #154913
2  MARK A. LEMLEY - #155830
   KLAUS H. HAMM - #224905
3  AJAY S. KRISHNAN - #222476
   710 Sansome Street
4  San Francisco, CA 94111-1704
   Telephone: (415) 391-5400
5  Facsimile: (415) 397-7188

6

   Attorneys for Plaintiff and Counter Defendant
7  GOOGLE INC.

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11  GOOGLE INC., a Delaware corporation,          | Case No. C 03-5340-JF (RS)

12                              Plaintiff,        | **DECLARATION OF KLAUS H. HAMM
                                                  | IN SUPPORT OF GOOGLE'S MOTION
13       v.                                       | TO STRIKE ABWF'S JURY DEMAND**

14  AMERICAN BLIND & WALLPAPER               | Date:      September 28, 2007
    FACTORY, INC., a Delaware corporation    | Time:      9 a.m.
15  d/b/a decoratetoday.com, Inc., and DOES 1- | Courtroom: 3, 5th Floor
    100, inclusive,                          | Judge:     Hon. Jeremy Fogel
16
                               Defendants.    | Date Comp. Filed: November 26, 2003
17  _____
    AMERICAN BLIND & WALLPAPER           | Trial Date: November 13, 2007
18  FACTORY, INC., a Delaware corporation
    d/b/a decoratetoday.com, Inc.,
19
                         Counter Plaintiff,
20
         v.
21
    GOOGLE INC.,
22
                      Counter Defendant
23

24

25

26

27

28

DECLARATION OF KLAUS H. HAMM IN SUPPORT OF GOOGLE'S MOTION TO STRIKE ABWF'S JURY
DEMAND
CASE NO. C 03-5340-JF (RS)

Dockets.Justia.com

I, Klaus H. Hamm, declare as follows:

1.      I am associated with the firm of Keker & Van Nest LLP, counsel for Plaintiff and Counter Defendant Google Inc., and am admitted to practice before this Court. The facts set forth herein are known to me of my personal knowledge, and if called upon I can testify truthfully thereto.

2.      Attached hereto as Exhibit A is a true and correct copy of a document from the Google website entitled "Google AdWords Editorial Guidelines," and Bates labeled GGL002960 – GGL002965.

3.      Attached hereto as Exhibit B is a true and correct copy of a document printed from the Google website entitled "Learning Center," and Bates labeled GGL002921 – GGL002932.

4.      Attached hereto as Exhibit C is a true and correct copy of Google Inc.'s Advertising Terms and Conditions. The document is Bates labeled GGL002958 – GGL002959.

5.      Attached hereto as Exhibit D is a true and correct copy of Google's First Set of Interrogatories to American Blind & Wallpaper Factory, Inc., dated May 21, 2004.

6.      Attached hereto as Exhibit E is a true and correct copy of American Blind & Wallpaper Factory, Inc.'s Answers to Google, Inc.'s First Set of Interrogatories, dated June 10, 2005.

7.      Attached hereto as Exhibit F is a true and correct copy of a letter from myself to David A. Rammelt, counsel for American Blind & Wallpaper Factory, Inc., dated November 10, 2005.

8.      Attached hereto as Exhibit G is a true and correct copy of a letter from myself to Mr. Rammelt, dated December 5, 2005.

9.      Attached hereto as Exhibit H is a true and correct copy of a letter from myself to Mr. Rammelt. Due to a typographical error, this letter is erroneously dated February 9, 2005. In fact, I had this letter faxed to Mr. Rammelt on February 9, 2006.

10.     Attached hereto as Exhibit I is a true and correct copy of a letter from Caroline Plater to myself, dated February 17, 2006.

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I state under penalty of perjury of the laws of the United States of American that the foregoing statements are true and correct and that this declaration was executed in San Francisco, California on August 10, 2007.

/s/ Klaus H. Hamm
KLAUS H. HAMM

2

DECLARATION OF KLAUS H. HAMM IN SUPPORT OF GOOGLE'S MOTION TO STRIKE ABWF'S JURY DEMAND
CASE NO. C 03-5340-JF (RS)

396337.01