1  KEKER & VAN NEST, LLP
   MICHAEL H. PAGE - #154913
2  MARK A. LEMLEY - #155830
   KLAUS H. HAMM - #224905
3  AJAY S. KRISHNAN - #222476
   710 Sansome Street
4  San Francisco, CA  94111-1704
   Telephone:  (415) 391-5400
5  Facsimile:  (415) 397-7188

6
   Attorneys for Plaintiff and Counter Defendant
7  GOOGLE INC.

8                      UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  GOOGLE INC., a Delaware corporation,          Case No. C 03-5340-JF (RS)

12                            Plaintiff,          **[PROPOSED] ORDER RE GOOGLE'S**
                                                 **RENEWED MOTION FOR SUMMARY**
13          v.                                    **JUDGMENT**

14  AMERICAN BLIND & WALLPAPER                    Date:        September 28, 2007
    FACTORY, INC., a Delaware corporation         Time:        9 a.m.
15  d/b/a decoratetoday.com, Inc., and DOES 1-    Courtroom:   3, 5th Floor
    100, inclusive,                               Judge:       Hon. Jeremy Fogel
16
                              Defendants.         Date Comp. Filed:  November 26, 2003
17
    AMERICAN BLIND & WALLPAPER                    Trial Date:  November 13, 2007
18  FACTORY, INC., a Delaware corporation
    d/b/a decoratetoday.com, Inc.,
19
                         Counter Plaintiff,
20
21          v.

22  GOOGLE INC.,

23                       Counter Defendant

24

25

26

27

28

                                        1

1    Plaintiff and counter-defendant Google Inc.'s ("Google") Renewed Motion for Summary

2  Judgment was heard by this Court on _____, 2007, at _____.    Upon reviewing the papers

3  submitted by the parties, hearing the argument of counsel, and good cause appearing therefore,

4  Google's renewed motion for summary judgment is GRANTED.

5    IT IS SO ORDERED.

6

7  Dated: _____, 2007            _____

8                                             Hon. Jeremy Fogel
                                              Judge of the United States District Court

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

400589.01

[PROPOSED] ORDER RE GOOGLE'S RENEWED MOTION FOR SUMMARY JUDGMENT
CASE NO. C 03-5340-JF (RS)