1  ROBERT N. PHILLIPS (SBN 120970)
   ETHAN B. ANDELMAN (SBN 209101)
2  HOWREY LLP
   525 Market Street, Suite 3600
3  San Francisco, CA 94105
   T: (415) 848-4900
4  F: (415) 848-4999

5  DAVID A. RAMMELT (Admitted *Pro Hac Vice*)
   SUSAN J. GREENSPON (Admitted *Pro Hac Vice*)
6  KELLEY DRYE & WARREN LLP
   333 West Wacker Drive, Suite 2600
7  Chicago, IL 60606
   T: (312) 857-7070
8  F: (312) 857-7095

9  Counsel for Defendant/Counter-Plaintiff
   American Blind & Wallpaper Factory, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc., and DOES 1-100, inclusive,<br><br>Defendants. | Case No. C 03-5340-JF (RS)<br><br>**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; [PROPOSED] ORDER** |
| AMERICAN BLIND & WALLPAPER FACTORY, INC., a Delaware corporation d/b/a decoratetoday.com, Inc.,<br><br>Counter-Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br><br>Counter-Defendant. | |

1

STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; [PROPOSED] ORDER
CASE NO. C 03-5340-JF (RS)

401965.01

**STIPULATION**

Plaintiff and Counter-Defendant Google Inc. and Defendant and Counter-Plaintiff American Blind & Wallpaper Factory, Inc. ("ABWF") hereby stipulate as follows:

1. The parties agree that all of ABWF's claims against Google will be dismissed with prejudice.

2. In light of the foregoing dismissal with prejudice and other factual developments, the parties agree that Google's claims are moot, and therefore stipulate to their dismissal as moot.

3. The parties further agree that each of them shall bear its own attorneys' fees and costs in this litigation.

IT IS SO STIPULATED.

Dated: August 31, 2007        KELLEY DRYE & WARREN LLP

By: _____
DAVID A. RAMMELT
Attorneys for Defendant and Counter-Plaintiff AMERICAN BLIND & WALLPAPER FACTORY, INC.

Dated: August 31, 2007        KEKER & VAN NEST, LLP

By: _____
MICHAEL H. PAGE
Attorneys for Plaintiff and Counter-Defendant GOOGLE INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:

_____
Honorable Jeremy Fogel
United States District Court